UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| **GreenLatinos, 350 Colorado and Sierra Club** | |
| v. | **Case No. 25-1243** |
| **Suncor Energy (U.S.A.) Inc.** | |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for GreenLatinos, 350 Colorado and Sierra Club, in the above-captioned case.

 s/ Ian Coghill
Ian Coghill
Earthjustice
633 17th Street
Suite 1600
Denver, CO 80202
303-996-4620
icoghill@earthjustice.org

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

_July 7, 2025_____
Date

_s/Ian Coghill_____
Signature

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2025, I served a true and complete copy of the foregoing document on all parties of record via the Court's electronic filing service:

| | |
|---|---|
| *Attorneys for Suncor Energy (U.S.A.) Inc.* <br> Eric L. Robertson <br> Hugh Q. Gottschalk <br> Wheller Trigg O-Donnell LLP <br> 370 17th Street, Suite 4500 <br> Denver, CO 80202-5647 <br> Robertson@wtotrial.com <br> gottschalk@wtotrial.com | *Attorneys for Suncor Energy (U.S.A.) Inc.* <br> John H. Bernetich <br> Carlos R. Romo <br> Williams Weese Pepple & Ferguson PC <br> 1801 California St., Ste 3400 <br> Denver, CO 80202 <br> jbernetich@williamsweese.com <br> cromo@williamsweese.com |

Respectfully submitted,

/s/ Ian Coghill
**Ian Coghill**
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 996-4620
Email: icoghill@earthjustice.org
Email: rjaffe@earthjustice.org
Attorneys for Plaintiffs GreenLatinos, 350 Colorado, and Sierra Club