# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| GREENLATINOS, 350 COLORADO, and SIERRA CLUB<br><br>v.<br><br>SUNCOR ENERGY (U.S.A.) INC. | Case No. 25-1243 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Suncor Energy (U.S.A.) Inc.
_____
[Party or Parties][1]

_____

Appellee
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| John H. Bernetich | Carlos R. Romo |
| Name of Counsel | Name of Counsel |
| *s/ John H. Bernetich* | *s/ Carlos R. Romo* |
| Signature of Counsel | Signature of Counsel |
| 1801 California St, Ste 3400, Denver, CO 80202; 303-861-2828 | 1801 California St, Ste 3400, Denver, CO 80202; 303-861-2828 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| jbernetich@williamsweese.com | cromo@williamsweese.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

| | |
|---|---|
| Hugh Q. Gottschalk | Eric L. Robertson |
| Name of Counsel | Name of Counsel |
| *s/ Hugh Q. Gottschalk* | *s/ Eric L. Robertson* |
| Signature of Counsel | Signature of Counsel |
| 370 17th St, Ste 4500, Denver, CO 80202; 303-244-1800 | 370 17th St, Ste 4500, Denver, CO 80202; 303-244-1800 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| gottschalk@wtotrial.com | robertson@wtotrial.com |
| E-Mail Address | E-Mail Address |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

7/8/2025
_____
Date

*s/ Eric L. Robertson*
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
      [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]

7/8/2025
_____
Date

*s/ Eric L. Robertson*
_____
Signature