In the United States Court of Appeals
for the Tenth Circuit

CASE NO. 25-1243

GREENLATINOS, 350 COLORADO,
AND SIERRA CLUB,

    *Plaintiff – Appellant,*

  v.

SUNCOR ENERGY (U.S.A.), INC.,

    *Defendant – Appellee.*

On Appeal from the United Stated District Court
For the District of Colorado
The Honorable Judge Domenico
D.C. No. 1:24-cv-02164-DDD

ORAL ARGUMENT IS REQUESTED

**Appellants' Appendix**

**Vol. II**

September 5, 2025

**INDEX to the APPENDIX**
**Case No. 25-1243**
Appeal from USDC CO, Case No. 1:24-cv-02164-DDD

GREENLATINOS, 350 COLORADO AND SIERRA CLUB, *Plaintiff-Appellants*, v.
SUNCOR ENERGY (U.S.A.), INC., *Defendant-Appellee*.

| VOLUME II | | | |
|---|---|---|---|
| Doc. No. | District Court Docket No. | Document | App. Page No. |
| 15 | 27.2 (Part 1) | Exh. 2 – Operating Permit, Suncor Energy Commerce City Refinery, Plant 1 (West) & Plant 3 (Asphalt Unit), Renewed July 9, 2025 | 172 |

i

# Exhibit 2



# Colorado Department of Public Health and Environment

# OPERATING PERMIT

Suncor Energy (U.S.A.), Inc. – Commerce City
Refinery, Plant 1 (West) & Plant 3 (Asphalt Unit)

First Issued: August 1, 2004
Renewed: July 9, 2024

# AIR POLLUTION CONTROL DIVISION
# COLORADO OPERATING PERMIT

| | | |
|---|---|---|
| FACILITY NAME: | Commerce City Refinery, Plants 1 and 3 | OPERATING PERMIT NUMBER |
| FACILITY ID: | 001- 0003 | |
| RENEWED: | July 9, 2024 | **96OPAD120** |
| EXPIRATION DATE: | July 9, 2029 | |
| MODIFICATIONS: | See Appendix F of Permit | |

Issued in accordance with the provisions of Colorado Air Pollution Prevention and Control Act, 25-7-101 et seq. and applicable rules and regulations.

ISSUED TO:

Suncor Energy (U.S.A.), Inc.
5801 Brighton Blvd.
Commerce City, CO 80022-3696

PLANT SITE LOCATION:

Commerce City Refinery, Plants 1 and 3
5801 Brighton Blvd.
Commerce City, CO 80022- 3696
Adams County

INFORMATION RELIED UPON

| | |
|---|---|
| Operating Permit Renewal Application Received: | September 16, 2016 |
| And Additional Information Received: | Various – see Technical Review Document that supports the renewal permit. |

| | |
|---|---|
| Nature of Business: | Petroleum Refining |
| Primary SIC: | 2911 |

| RESPONSIBLE OFFICIAL | | FACILITY CONTACT PERSON | |
|---|---|---|---|
| Name: | Jeff Krafve | Name: | Bernd Haneke |
| Title: | VP Commerce City Refinery | Title: | Manager- Environmental and Regulatory |
| Phone: | (303) 286-2070 | Phone | (303) 227-7527 |

RESPONSIBLE OFFICIAL'S AUTHORIZED REPRESENTATIVE

| | |
|---|---|
| Name: | Vincente DiLuca |
| Title: | Manager, Environmental, Health & Safety |
| Phone: | (720) 827-4114 |

SUBMITTAL DEADLINES

| | |
|---|---|
| First Semi-Annual Monitoring Period: | July 9, 2024 – December 31, 2024 |
| Subsequent Semi-Annual Monitoring Periods: | January 1 - June 30, July 1 - December 31 |
| Semi-Annual Monitoring Reports: | Due March 1, 2025 & September 1, 2025 & subs. years |
| First Annual Compliance Period: | July 9, 2024 – June 30, 2025 |
| Subsequent Annual Compliance Period: | July 1 – June 30 |
| Annual Compliance Certification: | Due on September 1, 2025 and subsequent years |

**Note that the Semi-Annual Monitoring Report and the Annual Compliance Certification must be received at the Division office by 5:00 p.m. on the due date. Postmarked dates will not be accepted for the purposes of determining the timely receipt of those reports.**

# Table of Contents:

**SECTION I - General Activities and Summary** ........................................................................ **1**
   1.   Permitted Activities ............................................................................................................... 1
   2.   Alternative Operating Scenarios ........................................................................................ 3
   3.   Nonattainment Area New Source Review (NANSR) and Prevention of Significant Deterioration (PSD) 3
   4.   Accidental Release Prevention Program (112(r)) .............................................................. 3
   5.   Summary of Emission Units ................................................................................................ 3
   6.   Compliance Assurance Monitoring (CAM) ...................................................................... 16

**SECTION II - Specific Permit Terms** ..................................................................................... **17**
   1.   Tanks for Which Construction Permits Are Not Required – T67, T70, T74, T75, T77, T78, T80, T776, T57, T59, T64, T65, T66, T68, T69, T71, T72, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193, T194, Pipeline Receipt Station Sump ....................................................... 17
   2.   Tank with Unique Requirements, Subject to 40 CFR Part 63, Subpart CC (Group 1) – T1 .................... 18
   3.   Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart Kb and 40 CFR 63, Subpart CC (Group 1) – T34, T55, T58, T96, T97, T116, T775, T2010 .................................................... 19
   4.   Tanks with Unique Requirements, Subject to 40 CFR 63, Subpart CC (Group 1 and 2) – T2, T3, T52, T62, T94, T774, T777, T778, T3801 ....................................................................................... 22
   5.   Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart UU, and 40 CFR 63, Subpart CC (Group 2) – T2006, T3201 .......................................................................................... 26
   6.   Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart Kb and Storing Organic Liquids – T7208 .................................................................................................................. 28
   7.   Tanks with Unique Requirements, Subject to Colorado Regulation No. 24, Part B, Section II – D-811, T81, T82, D-812, D-813, D-814, T90, T91, T92 and T400 ............................................... 29
   8.   Stationary Internal Combustion Engines .......................................................................... 30
   D002 - Three (3) Diesel Fuel Fired Emergency Fire Pump Engines (each rated at 481 hp) ............ 30
   D003 -One (1) Diesel-Fuel Fired Emergency Generator Engine (rated at 157 hp) – P1 Control Room.......... 30
   P1AC1 & P1AC2 - Two (2) Diesel Fuel-Fired Emergency Air Compressor Engines (each rated at 525 hp/391.4 kW) .................................................................................................................... 30
   P1EG1 - Propane-Fired Emergency Generator (rated at 162 hp/121 kW) – Pipeline Receipt Station ........... 31
   9.   Solvent Usage ..................................................................................................................... 51
   D001 - Cold Cleaner Solvent Degreaser ........................................................................... 51
   D004 - Industrial Solvent Cleaning Operations ............................................................... 51
   10.  Cooling Towers – Plant 1: Y1, Y3 and Y4 and Plant 3: Y2 ........................................... 55
   11.  Process Heater H-6 (rated at 14.4 MMBtu/hr) ................................................................ 59
   12.  Process Heaters Without Annual Emission Limitations – H-10 (rated at 34.02 MMBtu/hr), H-11 (Rated at 29.76 MMBtu/hr), H-16 (Rated at 6.0 MMBtu/hr), H-18 (Rated at 6.0 MMBtu/hr), H-20 (Rated at 14.0 MMBtu/hr), H-21 (Rated at 24 MMBtu/yr), H-22 (Rated at 59.76 MMBtu/hr) and H-27 (Rated at 76.48 MMBtu/hr) ...................................................................................................... 62
   13.  Process Boilers B6 (Rated at 111.0 MMBtu/hr) and B8 (rated at 161.0 MMBtu/hr)............................. 66
   14.  Process Heaters H-13 (Rated at 6.8 MMBtu/hr)  and H-17 (Rated at 58.4 MMBtu/hr) ......................... 72
   15.  Process Heater H-19 (Rated at 29.18 MMBtu/hr) ......................................................... 75
   16.  Process Heaters H-28 (Rated at 35.6 MMBtu/hr), H-29 (Rated at 35.6 MMBtu/hr), and H-30 (Rated at 17.4 MMBtu/hr) and Catalytic Reforming Unit P104 ..................................................... 78
   17.  Process Heaters H-31 (Rated at 23.56 MMBtu/hr) and H-32 (Rated at 37.8 MMBtu/hr) ..................... 82
   18.  Process Heaters H-33 (Rated at 7.680 lb/MMBtu) and H-37 (Rated at 57.25 MMBtu/hr)..................... 85
   19.  Process Boiler B4 (Rated at 130.0 MMBtu/hr) .............................................................. 89
   20.  Sulfur Recovery Units (SRU #1 – P101, SRU #2 – P102) with Tail Gas Unit (TGU) and TGU Incinerator – H-25 ................................................................................................................. 96

# Table of Contents:

21. Process Heaters H-1716 (Rated at 57.96 MMBtu/hr) and H-1717 (Rated at 38.64 MMBtu/hr) ........... 102
22. Fluid Catalytic Cracking Unit (FCCU) Regenerator( P103) and FCCU Catalyst Handling ................. 107
23. Plant 1 Wastewater Treatment System – F201 ...................................................................................... 118
AIRS pt 095 – Tank T4501 (Part of the Slop Oil System) ............................................................................ 118
AIRS pt 146 – Controlled Sources: API Separators (T4514, T4515), DGF System (T4502, T4503, T4504, T4507, T4508), API Lift Station, T60 Lift Station, Slop Oil System (T4516, T4517, T4518), API Headworks, Centrifuge and Associated Control Devices ......................................................................... 118
AIRS pt 149 – Uncontrolled Sources and Sumps: Uncontrolled sources include Equalization Tank (T60), Sludge Thickener Tank (T29), Aeration Tanks (T26, T4511), Clarifiers (T28, T4512), Lagoons 1 thru 4 and Train A Improvement Project Equipment (Aeration Basins 1 and 2, UF and MBR Splitter Boxes and Membrane Tanks 2 through 7). Sumps include Lab, Spider, T58, T70, T75, T80, T775, T777 Sumps and Associated Control Devices ....................................................................................................................... 118
24. Rail Loading Rack and Enclosed Vapor Combustion Unit (VCU) – R101 ......................................... 127
25. Truck Loading Rack (Denver Products Terminal) ............................................................................... 137
R102 (AIRS Pt 069) – Truck Loading Rack and Flare ................................................................................ 137
F203 (AIRS Pt 162) – Truck Loading Rack Drains .................................................................................... 138
SU0001 (AIRS pt 163) – Truck Loading Rack Sump (8,000 gal, underground) ......................................... 138
26. Groundwater Treatment Unit with Air Strippers – A1 ....................................................................... 148
27. Process Heater H-2101 (Rated at 331 MMBtu/hr) .............................................................................. 150
28. Process Heater H-2410 (Rated at 51.5 MMBtu/hr) ............................................................................. 157
29. Plant 1 (Main Plant (MP)) Flare – F1 ................................................................................................. 161
30. Plant 3 (Asphalt Unit (AU)) Flare – F2 .............................................................................................. 166
31. GBR Unit Flare – F3 ........................................................................................................................... 171
32. Asphalt Unit (Plant 3) Wastewater Treatment System – F101 - CPI Separator .................................. 177
33. Fugitive VOC Equipment Leaks without Permitted Emission Limits – F107 ...................................... 179
34. Fugitive VOC Equipment Leaks with Permitted Emission Limits ....................................................... 181
Asphalt Unit (Plant 3) Wastewater Treatment System – Individual Drain Systems – F101 ......................... 181
Asphalt Processing Unit Fugitives – F102 .................................................................................................. 181
Number 3 Hydrodesulfurizer Fugitives –F103 ........................................................................................... 181
Cryogenic Vapor Recovery Unit Fugitives – F104 ..................................................................................... 181
Number 2 Hydrodesulfurizer Fugitives – F105 .......................................................................................... 181
Light Straight Run Distillation Tower Fugitives – F106 .............................................................................. 181
Vapor Recovery Unit Debutanizer Fugitives – F108 .................................................................................. 181
Number 4 Hydrodesulfurizer Fugitives – F109 .......................................................................................... 181
Tail Gas Unit Amine Treatment System Fugitives – F110 ........................................................................... 181
Sour Water Stripper System Fugitives – F111 ............................................................................................ 181
Modified Tank Farm Piping Fugitives – F112 ............................................................................................ 181
Catalytic Reforming Unit Modification Fugitives – F113 ............................................................................ 181
GBR Unit Fugitives – F114 ....................................................................................................................... 181
Bio-Diesel Fugitives – F115 ...................................................................................................................... 181
Relief Valve Project – F116 ....................................................................................................................... 181
Pipeline Receipt Station Fugitives – F200 .................................................................................................. 181
MPV Project Fugitives – F202 ................................................................................................................... 181
$H_2$ Plant Individual Drain Systems – F204 ............................................................................................ 181
Plant 1 Rail Rack RSR Compliance Project – F205 .................................................................................... 181
No. 2 HDS Tier 3 ULSG Project Fugitives – F206 ..................................................................................... 181
Boiler B-4 Fuel Gas Filter-Coalescer Fugitives – F207 .............................................................................. 181
P1 Main Plant Flare Isolation Valve Project – F208 ................................................................................... 181

# Table of Contents:

Reformulated Gasoline (RFG) Project – F209 ................................................................ 181

P3 Flare RSR Project Fugitives – F210 ....................................................................... 181

35. Opacity Limits ....................................................................................................... 187

36. Particulate Matter Emission Limits – Fuel Burning Equipment.............................. 190

37. SV1 Soil Vapor Extraction (SVE) Unit – RSI Engine ......................................... 191

38. Facility Wide Requirements ................................................................................. 192

39. Reasonably Available Control Technology – General Requirements for Storage and Transfer of Volatile Organic Compounds - Colorado Regulation No. 24, Part B, Section I ................................................. 204

40. Reasonably Available Control Technology – Storage of Highly Volatile Organic Compounds - Colorado Regulation No. 24, Part B, Section II ................................................................................. 205

41. Reasonably Available Control Technology for Storage and Transfer of Petroleum Liquid - Colorado Regulation No. 24, Part B, Section IV ..................................................................................... 206

42. Reasonably Available Control Technology for Crude Oil – Colorado Regulation No. 24, Part B Section V......................................................................................................................................................... 210

43. Reasonably Available Control Technology for Petroleum Processing and Refining - Colorado Regulation No. 24, Part B, Section VI ................................................................................................................. 211

44. Reasonably Available Control Technology – Control of Volatile Organic Compound Leaks from Vapor Collection Systems and Vapor Control Systems Located at Gasoline Terminals, Gasoline Bulk Plants, and Gasoline Dispensing Facilities – Colorado Regulation No. 24, Part B, Section VII............................. 215

45. 40 CFR Part 60, Subpart J – Standards of Performance for Petroleum Refineries ................................ 216

46. 40 CFR Part 60 Subpart Ja – Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 ..................................................... 220

47. 40 CFR Part 60, Subpart GGGa – Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 ...................................................................................................................................................... 228

48. 40 CFR Part 60, Subpart Kb - Standards of Performance for Volatile Organic Liquid Storage Vessels (Including Petroleum Liquid Storage Vessels) for Which Construction, Reconstruction or Modification Commenced After July 23, 1984 ....................................................................................................... 229

49. 40 CFR Part 60, Subpart UU – Standards of Performance for Asphalt Processing and Asphalt Roofing Manufacture ................................................................................................................................... 234

50. 40 CFR Part 60, Subpart XX – Standards of Performance for Bulk Gasoline Terminals ..................... 235

51. Standards of Performance for VOC Emissions From Petroleum Refinery Wastewater Systems – 40 CFR Part 60, Subpart QQQ .................................................................................................................. 237

52. 40 CFR Part 63, Subpart R – National Emission Standards for Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations) ...................................................................... 241

53. 40 CFR Part 63, Subpart CC – National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries ..................................................................................................................................... 245

54. 40 CFR Part 63, Subpart UUU – National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units ............. 298

55. 40 CFR Part 60 Subpart VVa – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 ............................................................................................ 329

56. 40 CFR Part 60, Subpart A - General Provisions ............................................................................ 341

57. Flare Requirements ..................................................................................................................... 341

58. Fuel Monitoring .......................................................................................................................... 343

59. Continuous Emission Monitoring and Continuous Opacity Monitoring Systems................................. 344

60. Compliance Assurance Monitoring (CAM) Requirements .............................................................. 350

61. Reserved ...................................................................................................................................... 357

# Table of Contents:

62.  Reserved.................................................................................................................. 357
63.  40 CFR Part 63, Subpart DDDDD – National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters................................................. 357
64.  40 CFR Part 60 Subpart VV – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for which Construction, Reconstruction, or Modification Commenced After January 5, 1981, and on or before November 7, 2006 ............................................ 364
65.  40 CFR Part 61 Subpart FF – National Emission Standards for Benzene Waste Operations ............... 375
66.  40 CFR Part 63 Subpart GGGGG – National Emission Standards for Hazardous Air Pollutants:  Site Remediation ........................................................................................................................... 388
67.  Sand Creek Remediation Project – Air Sparge/Soil Vapor Extraction (AS/SVE) and AS Systems...... 391
AIRS Pt 606 –Recovery Trench Zone F & G ................................................................................. 391
AIRS Pt 615 – Suncor Western Property Boundary ......................................................................... 391
AIRS Pt 616 Metro M & E East ................................................................................................. 391
AIRS Pt 617 – RPC Zone 2 ...................................................................................................... 391
AIRS Pt 618 – Metro Utility Corridor Zones 1 & 2 ......................................................................... 391
AIRS Pt 623 – Metro South Secondary Area Zone 1 ........................................................................ 391
AIRS Pt 624 – Metro South Secondary Area Zone 2 ........................................................................ 391
AIRS Pt 625 - Recovery Trench Zone E & H ................................................................................. 391
AIRS Pt 634 – Metro Utility Corridor Zones 3 & 4 ......................................................................... 391
AIRS Pt 635 – PCA Subslab Depressurization ............................................................................... 391
AIRS Pt 636 - NW Boundary Uncontrolled Zones 3 & 4 .................................................................. 391
AIRS Pt 637 –Laboratory ......................................................................................................... 391
AIRS Pt 638 – East Burlington Ditch .......................................................................................... 391
AIRS Pt 639 – West of Burlington Ditch ...................................................................................... 391
68.  Sand Creek Remediation Project – Tanks and Tank Truck Loading.................................................. 400
LO-1 (AIRS pt 628) – Tank Truck Loading, D-20 (AIRS pt 631) – Storage Tanks (21,150 gal) and Tanks 17675 & 20529 (APEN exempt) – Two (2) Storage Tanks (525 gal, each)........................................ 400
69.  Sand Creek Remediation Project – Project Wide Requirements ...................................................... 404
70.  Tank Cleaning and Degassing –P1DGTO .................................................................................. 406
Thermal Oxidizer for Degassing and Cleaning Tanks....................................................................... 406
71.  Miscellaneous Process Vents – MPVs...................................................................................... 413
72.  Reasonably Available Control Technology for Combustion Equipment in the 8-Hour Ozone Control Area: NO$_X$ Emission Limitations; Colorado Regulation No. 26, Part B, Sections II.A.2, 4, 5, 6 and 7 (excluding paragraph 7.f).......................................................................................................................... 414
73.  Reasonably Available Control Technology for Combustion Equipment in the 8-Hour Ozone Control Area: Combustion Process Adjustment and Associated Recordkeeping Requirements, Colorado Regulation No. 26, Part B, Sections II.A.6 and II.A.7.f............................................................................................ 419

**SECTION III - Permit Shield** ........................................................................................... **424**
1.  Specific Non-Applicable Requirements ..................................................................................... 424
2.  General Conditions ................................................................................................................ 426
3.  Streamlined Conditions .......................................................................................................... 427

**SECTION IV - General Permit Conditions** ........................................................................ **430**
1.  Administrative Changes .......................................................................................................... 430
2.  Certification Requirements ...................................................................................................... 430
3.  Common Provisions ............................................................................................................... 430
4.  Compliance Requirements ....................................................................................................... 434
5.  Emergency Provisions ............................................................................................................ 435

# Table of Contents:

6.  Emission Controls for Asbestos ................................................................. 435
7.  Emissions Trading, Marketable Permits, Economic Incentives ................ 435
8.  Fee Payment .............................................................................................. 435
9.  Fugitive Particulate Emissions ................................................................. 436
10. Inspection and Entry ................................................................................ 436
11. Minor Permit Modifications ..................................................................... 436
12. New Source Review .................................................................................. 436
13. No Property Rights Conveyed .................................................................. 436
14. Odor .......................................................................................................... 436
15. Off-Permit Changes to the Source ........................................................... 436
16. Opacity ...................................................................................................... 437
17. Open Burning ............................................................................................ 437
18. Ozone Depleting Compounds ................................................................... 437
19. Permit Expiration and Renewal ................................................................ 437
20. Portable Sources ....................................................................................... 437
21. Prompt Deviation Reporting ..................................................................... 437
22. Record Keeping and Reporting Requirements ......................................... 438
23. Reopenings for Cause ............................................................................... 439
24. Requirements for Major Stationary Sources ............................................ 440
25. Section 502(b)(10) Changes ..................................................................... 441
26. Severability Clause ................................................................................... 441
27. Significant Permit Modifications ............................................................. 441
28. Special Provisions Concerning the Acid Rain Program .......................... 441
29. Transfer or Assignment of Ownership ..................................................... 441
30. Volatile Organic Compounds ................................................................... 441
31. Wood Stoves and Wood burning Appliances .......................................... 442

**APPENDIX A - Inspection Information** ..................................................... 1
Directions to Plant: ........................................................................................ 1
Safety Equipment Required: .......................................................................... 1
Facility Plot Plan: .......................................................................................... 1
List of Insignificant Activities: ..................................................................... 1

**APPENDIX B** ............................................................................................... 1
Reporting Requirements and Definitions ...................................................... 1
Monitoring and Permit Deviation Report - Part I ......................................... 5
Monitoring and Permit Deviation Report - Part II ........................................ 11
Monitoring and Permit Deviation Report - Part III ...................................... 13

**APPENDIX C** ............................................................................................... 1
Required Format for Annual Compliance Certification Report ..................... 1

**APPENDIX D** ............................................................................................... 1
Notification Addresses ................................................................................... 1

**APPENDIX E** ............................................................................................... 1
Permit Acronyms ........................................................................................... 1

**APPENDIX F** ............................................................................................... 1
Permit Modifications ..................................................................................... 1

# Table of Contents:

**APPENDIX G** ................................................................................................................ 1

Consent Decree Benzene, LDAR and Flaring Events ...................................................... 1

**APPENDIX H** ................................................................................................................ 1

FCCU Regenerator (P103) Compliance Assurance Monitoring Plan ............................. 1

**APPENDIX I** ................................................................................................................. 1

Site Remediation MACT (40 CFR Part 63 Subpart GGGGG) Applicability Diagram ...... 1

**APPENDIX J** ................................................................................................................. 1

Plant 1 FCCU Opacity Plan ............................................................................................ 1

**APPENDIX K** ................................................................................................................ 1

Prevention of Significant Deterioration (PSD) Review and Non-Attainment Area New Source Review (NASR)
Applicability Tests .......................................................................................................... 1

**APPENDIX L** ................................................................................................................. 1

Analyses of Emissions Increases from Various Suncor Projects ....................................... 1

**APPENDIX M** ............................................................................................................... 1

Thermal and Catalytic Oxidizer Compliance Assurance Monitoring Plans ..................... 1

**APPENDIX N** ............................................................................................................... 1

Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans ....... 1

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 1 |

## SECTION I -  General Activities and Summary

**1.    Permitted Activities**

1.1    This facility is classified as a petroleum refinery under Standard Industrial Code 2911.  Plant 1 is the portion of the heritage Conoco facility located on the west side of Brighton Boulevard (formerly the West Plant) and Plant 3 is the portion of the heritage Conoco facility located on the east side of Brighton Boulevard (formerly the Asphalt Unit). The Plant 1 and 3 facilities form an integrated petroleum refinery producing a wide range of finished petroleum products, including gasoline, jet fuel, diesel fuel, fuel oil, LPG, vacuum residue and sulfur. Processes used at the facility include atmospheric and vacuum distillation, desalting, reforming, catalytic cracking, catalytic polymerization and hydrotreating.  The facility processes both sweet and sour crude oils received via pipeline. The No. 1 Crude Unit (Plant 1) has a nominal capacity to process 32,000 barrels per day of crude and the No. 3 Crude Unit (Asphalt Unit, Plant 3) has a nominal capacity to process 38,540 barrels per day. The No. 1 Crude Unit processes sweet (low sulfur crude) and the No. 3 Crude Unit processes sour (high sulfur crude). Finished products primarily leave the refinery via rail and truck loading facilities.

This facility also consists of Plant 2 (formerly the East Plant) which was formerly owned by Colorado Refining Company and is addressed in a separate Title V Operating Permit (95OPAD108). Plant 2 has a nominal capacity of 35,000 barrels per day.

The facility is located at 5801 Brighton Boulevard, Commerce City. The Denver Metro Area is classified as attainment/maintenance for particulate matter less than 10 microns ($PM_{10}$) and carbon monoxide. Under that classification, all SIP-approved requirements for $PM_{10}$ and CO will continue to apply in order to prevent backsliding under the provisions of Section 110(l) of the Federal Clean Air Act. The Denver Metro Area is classified as non-attainment for ozone and is part of the 8-hour Ozone Control Area as defined in Regulation No. 7, Part A, Section II.A.1. The 8-hr Ozone Control Area was classified as a serious ozone non-attainment area effective January 27, 2020 and as a severe ozone non-attainment area effective November 7, 2022.

There are no affected states within 50 miles of the plant. Rocky Mountain National Park and Eagle Nest National Wilderness Area, both Federal Class I designated areas, are within 100 kilometers of the plant.

1.2    Until such time as this permit expires or is modified or revoked, the permittee is allowed to discharge air pollutants from this facility in accordance with the requirements, limitations, and conditions of this permit.

1.3    This Operating Permit incorporates the applicable requirements contained in the underlying construction permits, and does not affect those applicable requirements, except as modified during review of the application or as modified subsequent to permit issuance using the modification procedures found in Regulation No. 3, Part C.  These Part C procedures meet all applicable substantive New Source Review requirements of Part B.  Any revisions made using the provisions of Regulation No. 3, Part C shall become new applicable requirements for purposes of this

Air Pollution Control Division                                                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                                                    Page 2

Operating Permit and shall survive reissuance.  Any requirements that were designated in the Consent Decree (H-01-4430, entered April 30, 2002), First Amendment to the Consent Decree (entered August 8, 2003), Second Amendment to the Consent Decree (entered October 2006) and Compliance Orders on Consent (December 17, 2001 and March 28, 2012), as applicable requirements have been incorporated into this operating permit and shall survive reissuance as applicable requirements. This Operating Permit incorporates the applicable requirements (except as noted in Section II) from the following Colorado Construction Permit(s): 84AD027, 85AD027(1-2), 85AD079, 86AD059, 86AD450, 87AD110, 87AD210, 88AD012, 88AD388, 89AD164, 90AD474, 90AD524, 91AD180 (1, 2 & 4), 88AD240, 96AD881, 90AD053, 91AD726R, 97AD0699, 98AD0896, 99AD0432, 99AD0931, 01AD0363, 01AD0609, 01AD0899, 02AD0326, 02AD0327, 03AD0030, 03AD0031, 03AD0153, 04AD0109, 04AD0110, 04AD0111, 04AD0112, 04AD0113, 04AD0114, 04AD0115, 09AD1351, 09AD1352, 10AD1768, 12AD1825, 12AD1826, 20AD0714 and 20AD0715.

1.4    All conditions in this permit are enforceable by US Environmental Protection Agency, Colorado Air Pollution Control Division (hereinafter Division) and its agents, and citizens unless otherwise specified.  **State-only enforceable conditions are:**  Permit Condition Number(s):  Section II – Condition 12.11 (Regional Haze), Condition 19.11 (Regional Haze), Condition 22.1.1 (Regional Haze), Condition 35.3 (opacity, as referenced throughout this permit), Condition 38.6 (emergency notifications), Condition 38.7 (fenceline monitoring), Condition 38.8 (annual emissions report), Condition 38.9 (quarterly community report) and Condition 38.10 (disseminate continuous emissions monitoring data to public website), Condition 38.11 (disseminate continuous emissions monitoring data to the Division), Condition 38.12 (upgrades to community-based monitors), and Section IV – Conditions as noted.

Note that the Regional Haze Requirements (Conditions 12.11 and 19.11) are state-only enforceable until the requirements adopted by the AQCC on December 17, 2021 into Regulation No. 23 (effective January 30, 2022) are approved into Colorado's Round 2 Regional Haze SIP.

1.5    All information gathered pursuant to the requirements of this permit is subject to the Recordkeeping and Reporting requirements listed under Condition 22 of the General Conditions in Section IV of this permit. Either electronic or hard copy records are acceptable.

1.6    This Operating Permit incorporates applicable requirements associated with Consent Decree (H-01-443, entered April 30, 2002), the First Amendment to the Consent Decree (entered August 8, 2003), the Second Amendment to the Consent Decree (entered October 2006) and Compliance Orders on Consent (December 17, 2001 and March 28, 2012). To the extent that wording in this Operating Permit differs from the wording in these documents, the wording in the Consent Decree (H-01-4430), the First Amendment to the Consent Decree (entered August 8, 2003), the Second Amendment to the Consent Decree (entered October 2006) and Compliance Orders on Consent (December 17, 2001 and March 28, 2012), is deemed to be the correct wording.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit           Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 3

## 2.    Alternative Operating Scenarios

2.1    The permittee shall be allowed to make the following changes to its method of operation without applying for a revision of this permit.

    2.1.1    No separate operating scenarios have been specified.

## 3.    Nonattainment Area New Source Review (NANSR) and Prevention of Significant Deterioration (PSD)

3.1    This facility is categorized as a NANSR major stationary source (Potential to Emit of VOC and $NO_X$ >50 tons/year).  Future modifications at this facility resulting in a significant net emissions increase (see Regulation No. 3, Part D, Sections II.A.27 and 44) for VOC or $NO_X$ or a modification which is major by itself (Potential to Emit $\geq$ 50 tons/year or either VOC or $NO_X$) may result in the application of the NANSR review requirements.

3.2    This source is categorized as a PSD major stationary source (Potential to Emit $\geq$ 100 tons/year) for PM, $PM_{10}$, $SO_2$, $NO_X$ and CO.  Future modifications at this facility resulting in a significant net emissions increase (see Regulation No. 3, Part D, Sections II.A.27 and 44) or a modification that is major by itself (Potential to Emit > 100 tons/yr) for any pollutant listed in Regulation No. 3, Part D, Section II.A.44 for which the area is in attainment or attainment/maintenance may result in the application of the PSD review requirements.

3.3    The following Operating Permit is associated with this facility for purposes of determining applicability of NANSR and PSD review regulations: 95OPAD108 (Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 2 (East))

## 4.    Accidental Release Prevention Program (112(r))

4.1    Based on information provided by the applicant, this facility is subject to the provisions of the Accidental Release Prevention Program (Section 112(r) of the Federal Clean Air Act).

## 5.    Summary of Emission Units

5.1    The emissions units regulated by this permit are the following:

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| | | **Petroleum Liquid Storage Tanks** | | |
| D-811 | APEN exempt[1] | 42,000 gallon capacity pressurized propane storage tank | | N/A |
| D-812 | APEN exempt[1] | 42,000 gallon capacity pressurized propane storage tank | | N/A |
| D-813 | APEN exempt[1] | 42,000 gallon capacity pressurized propane storage tank | | N/A |

---

Permit Number: 96OPAD120                                              First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                              Page 4

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| D-814 | APEN exempt[1] | 42,000 gallon capacity pressurized propane storage tank | | N/A |
| T1 | 050 | 81,260 barrel external floating roof gasoline tank | 1975 | 01AD0899 |
| T2 | 094 | 120,000 barrel fixed roof, petroleum distillate tank | | 03AD0031 |
| T3 | 090 | 120,000 barrel fixed roof petroleum distillate tank | 2/2000 | 99AD0432 |
| T34 | 092 | 90,000 barrel external floating roof gasoline mixtures storage tank | 9/2002 | 01AD0609 |
| T52 | 141 | 22,547 barrel external floating roof tank.  This tank primarily stores sour water but a layer of diesel is on top of the sour water to minimize volatilization of $H_2S$. | | N/A |
| T55 | 028 | 80,000 barrel external floating roof petroleum feedstock and/or products storage tank | 1/2001 | 99AD0931 |
| T57 | 107 | 5,000 barrel fixed roof carbon black storage tank | | N/A |
| T58 | 065 | 25,000 barrel external floating roof crude oil storage tank | 1957 | N/A |
| T59 | 108 | 10,000 barrel fixed roof clarified oil storage tank | | N/A |
| T62 | 080 | 47,000 barrel external floating roof Jet 50/kerosene storage tank | 1991 | 90AD474 |
| T64 | 109 | 25,118 barrel external floating roof diesel storage tank | 1960 | N/A |
| T65 | 110 | 25,118 barrel external floating roof diesel storage tank | 1960 | N/A |
| T66 | 111 | 25,118 barrel external floating  roof diesel storage tank | 1960 | N/A |
| T67 | 043 | 25,119 barrel external floating roof gasoline blend stock storage tank | 1961 | N/A |
| T68 | 112 | 2,623 barrel fixed roof vacuum resid. storage tank | | N/A |
| T69 | 113 | 2,623 barrel fixed roof vacuum resid. storage tank | | N/A |
| T70 | 049 | 80,000 barrel external floating roof gasoline blend stock storage tank | 1963 | N/A |
| T71 | 114 | 80,426 barrel fixed roof resid. storage tank | | N/A |
| T72 | 115 | 80,574 barrel external floating roof diesel storage tank | 1938 | N/A |
| T74 | 031 | 25,000 barrel fixed roof diesel/kerosene storage tank | 1969 | N/A |
| T75 | 056 | 80,000 barrel external floating roof gasoline storage tank | 1969 | N/A |
| T76 | 116 | 10,000 barrel fixed roof. storage tank | | N/A |
| T77 | 046 | 120,000 barrel external floating roof gasoline storage tank | 1971 | N/A |
| T78 | 045 | 120,000 barrel external floating roof gasoline storage tank | 1971 | N/A |
| T80 | 057 | 120,667 barrel external floating roof gasoline blending stock storage tank | 1971 | N/A |
| T81 | APEN exempt[1] | 46,824 gallon capacity pressurized butane storage tank | | N/A |
| T82 | APEN exempt[1] | 31,600 gallon capacity pressurized butane storage tank | | N/A |
| T90 | APEN exempt[1] | 28,382 gallon capacity pressurized butane storage tank | | N/A |
| T91 | APEN exempt[1] | 29,382 gallon capacity pressurized butane storage tank | | N/A |
| T92 | APEN exempt[1] | 28,382 gallon capacity pressurized butane storage tank | | N/A |

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division                                                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                                     Page 5

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| T94 | 015 | 80,000 barrel jet kerosene fixed roof storage tank | 4/1985 | 85AD027-2 |
| T96 | 059 | 20,000 barrel gasoline internal floating roof storage tank | 1988 | 87AD110 |
| T97 | 066 | 20,000 barrel gasoline internal floating roof storage tank | 1988 | 87AD110 |
| T105 | 117 | 5,141 barrel fixed roof asphalt slop storage tank | | N/A |
| T112 | 118 | 15,095 barrel fixed roof asphalt storage tank | | N/A |
| T116 | 072 | 25,000 barrel internal floating roof gasoline component storage tank | 1988 | 87AD210 |
| T140 | 119 | 16,786 barrel fixed roof heavy oil storage tank | | N/A |
| T142 | 120 | 10,346 barrel fixed roof asphalt storage tank | | N/A |
| T144 | 121 | 39,481 barrel fixed roof gas oil storage tank | | N/A |
| T145 | 122 | 80,574 barrel fixed roof asphalt storage tank | | N/A |
| T146 | 123 | 55,954 barrel fixed roof asphalt storage tank | | N/A |
| T147 | 124 | 80,574 barrel fixed roof asphalt storage tank | | N/A |
| T182 | 135 | 280 barrel fixed roof diesel storage tank | | N/A |
| T191 | 125 | 10,346 barrel fixed roof asphalt storage tank | | N/A |
| T192 | 126 | 10,346 barrel fixed roof asphalt storage tank | | N/A |
| T193 | 127 | 10,317 barrel fixed roof asphalt storage tank | | N/A |
| T194 | 128 | 24,985 barrel fixed roof asphalt storage tank | | N/A |
| T400 | APEN exempt[1] | 8,000 barrel propane/butane mixture pressurized storage tank | | N/A |
| T774 | 104 | 120,000 barrel external-floating roof, diesel storage tank | | 04AD0114 |
| T775 | 042 | 120,000 barrel external floating roof crude oil storage tank | 1948 | 98AD0896 |
| T776 | 061 | 120,000 barrel external floating roof crude oil storage tank | 1948 | N/A |
| T777 | 105 | 120,000 barrel external floating roof light straight run (LSR)/naphtha/kerosene storage tank | 1972 | 04AD0115 |
| T778 | 037 | 120,000 barrel external floating roof naphtha storage tank. Crude oil is stored in this tank when other crude oil tanks are out of service for inspection or repair. | 1971 | N/A |
| T2006 | 088 | 55,000 barrel fixed roof asphalt storage tank | 4/1997 | 96AD881 |
| T2010 | 089 | 80,000 barrel external floating roof gasoline storage tank | 9/1998 | 97AD0699 |
| T3201 | 093 | 120,000 barrel fixed roof petroleum distillate/asphalt storage tank | 1/2004 | 03AD0030 |
| T3801 | 129 | 53,138 barrel fixed roof kerosene or heavier petroleum product storage tank | | N/A |
| T7208 | 070 | 4,000 barrel internal floating roof organic liquids storage tank. This tank serves the truck rack. | | 88AD240 |
| | APEN Exempt[2] | Pipeline Receipt Station Sump, 3,000 gallons, underground | April 2016 | |
| | | **Fired Sources** | | |
| H-6 | 004 | Radco Inc. SN SJ502 14.4 MMBtu/hr Vacuum Tower Preheater. This heater serves the No. 1 (Plant 1) Crude Unit, which is nominally rated at 32,000 barrels per day. | 1956 Modified 1977 & 1988 | N/A |

Permit Number: 96OPAD120                                                        First Issued: 8/1/04
                                                                                Renewed: 7/9/2024

Air Pollution Control Division                                                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                                          Page 6

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| H-10 | 007 | Tulsa Heaters Inc. H10/N/A 34.02 MMBtu/hr Re-Run Feed Heater. This heater serves the No. 2 Hydrodesulfurizer (HDS), which is nominally rated at 15,000 barrels per day. The No. 2 HDS treats light straight run (LSR), naphtha and kerosene. | 1959 | 90AD053 |
| H-11 | 009 | K.W. Aldelson SN89379 29.76 MMBtu/hr Vacuum Tower Heater. This heater serves the No. 1 (Plant 1) Crude Unit, which is nominally rated at 32,000 barrels per day. | 1960 | 90AD053 |
| H-13 | 014 | One Radco Inc. S/N 352, refinery fuel gas fired process heater, 6.8 MMBtu/hour, for heating asphalt. This heater serves the No. 3 (Plant 3) Crude Unit (also referred to as the Asphalt Unit), which is nominally rated at 38,540 barrels per day. | 1985 | 85AD027-1 |
| H-16 | 052 | Radco Inc. 6.0 MMBtu/hr Heater. North Oil Heating Furnace, used for asphalt blending and loading. | 1966 | N/A |
| H-17 | 013 | One Custom S/N 352 refinery fuel gas fired process heater, 58.4 MMBtu/hour, for heating asphalt. This heater serves the No. 3 (Plant 3) Crude Unit (also referred to as the Asphalt Unit), which is nominally rated at 38,540 barrels per day. | 1984 | 84AD027 |
| H-18 | 051 | Empire 6.0 MMBtu/hr Heater. South Oil Heating Furnace, used for asphalt blending and loading. | 1966 | N/A |
| H-19 | 016 | One custom built, Model H-19, S/N SJ-114, refinery fuel gas fired heater, 29.18 MMBtu/hour, for heating of charge to the No. 2 HDS. The No. 2 HDS is nominally rated at 15,000 barrels per day and treats LSR, naphtha and kerosene. | 1959 Modified 1991 | 90AD524 |
| H-20 | 017 | Radco Inc. 14.0 MMBtu/hr Heater. This heater serves the Naphtha Splitter/Stabilizer. | 1958 | N/A |
| H-21 | APEN Exempt[2] | M. W. Kellog Co., 24 MMBtu/hr, Fluid Catalytic Cracking Unit (FCCU) Air Preheater | 1947 | N/A |
| H-22 | 018 | Born Engineering Inc. 59.76 MMBtu/hr FCCU Heater | 1971 | N/A |
| H-27 | 054 | Radco Inc. H27/SJ480 76.48 MMBtu/hr Crude Preheater. This heater serves the No. 1 (Plant 1) Crude Unit, which is nominally rated at 32,000 barrels per day. | 1974 | 90AD053 |
| H-28, 29, 30 | 078 | Refinery fuel gas fired heaters: Radco S/N 369, H-28, rated at 35.6 MMBtu/hr; Radco S/N 370, H-29, rated at 35.6 MMBtu/hr; and Radco S/N 368, H-30, rated at 17.4 MMBtu/hr. Total heat input rating: 88.6 MMBtu/hour. These heaters serve the Catalytic Reforming Unit. | 2/1989 | 86AD059 |
| H-31 | 002 | One custom built, Model H-31 refinery gas fuel fired heater, 23.56 MMBtu/hour, for heating of gas-oil charge to the No. 3 HDS. The No. 3 HDS is rated at 25,352 barrels per day. | 8/1993 | 91AD180-1 |
| H-32 | 003 | One custom built, Model H-32 refinery fuel gas fired heater, 37.8 MMBtu/hour, for heating of Fractionator Unit. This heater serves the No. 3 HDS, which is rated at 25,352 barrels per day. | 8/1993 | 91AD180-1 |

Permit Number: 96OPAD120                                                           First Issued: 8/1/04
                                                                                   Renewed: 7/9/2024

Air Pollution Control Division                                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                   Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                                     Page 7

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| H-33 | 010 | One custom built, Model H-33 refinery gas fuel fired heater, 7.680 MMBtu/hour, for heating of asphalt. Equipped with ultra-low NOx burners (ULNB). This heater serves the No. 3 (Plant 3) Crude Unit (also referred to as the Asphalt Unit), which is nominally rated at 38,540 barrels per day. | 1993 | 91AD180-2 |
| H-37 | 012 | One custom built, Model H-37 refinery fuel gas fired heater, 57.24 MMBtu/hour, for heating of asphalt. Equipped with ULNB. This heater serves the No. 3 (Plant 3) Crude Unit (also referred to as the Asphalt Unit), which is nominally rated at 38,540 barrels per day. | 1993,   modified 4/2021 (installed ULNB) | 91AD180-2 |
| H-1716 | 097 | One custom built, Model H-1716 refinery fuel gas fired heater, 57.96 MMBtu/hour for heating gas-oil charge to the Gas Oil HDS (also referred to as the No. 4  HDS) | 5/2006 | 04AD0110 |
| H-1717 | 098 | One custom built, Model H-1717 refinery fuel gas fired heater, 38.64 MMBtu/hr for heating of gas-oil charge to the Gas Oil HDS (also referred to as the No. 4  HDS) | 5/2006 | 04AD0110 |
| H-2101 | 096 | One custom built, Model H-2101 natural gas/PSA reject gas fired steam methane reformer heater, 331 MMBtu/hour, for production of purified $H_2$ in the Hydrogen Plant. | 1/2006 | 04AD0109 |
| H-2410 | 137 | Tulsa Heaters Inc., Model No. J10-661, S/N VP-24H2410-014, refinery fuel gas fired heater, 51.5 MMBtu/hour for re-boiling in the Gasoline Benzene Reduction (GBR) Unit.  Equipped with ultra-low $NO_X$ burners. | 5/2012 | 09AD1351 |
| B-4 | 019 | Henry Vogt Machine Co. Model WSPSN 1986 130.0 MMBtu/hr steam boiler, equipped with ultra-low $NO_X$ burners.. | Prior to 1963 Modified 9/2021 (install ULNB) | 20AD0714 |
| B-6 | 021 | Zurn Industries Inc. Model 898307 SN10056 111.0 MMBtu/hr steam boiler, equipped with low-NOx burners (LNB). | 1971, modified 12/2003  (install LNB) | 02AD0326 |
| B-8 | 023 | Zurn Industries Inc. SN 98974 161.0 MMBtu/hr steam boiler, equipped with low-NOx burners | 1974,   modified 12/2004  (install LNB) | 02AD0327 |
| | | **Process Units** | | |
| H-25 | 100 | Sulfur Recovery Units (P101 – SRU #1 – 2-Stage Claus Unit and P102 - SRU #2 – 3 Stage Claus Unit) with Tail Gas Unit (TGU) and TGU Incinerator H-25. Emissions from the SRUs and their associated sulfur pits (SRU #1 (T-98) and SRU #2 (T2005 and T2000)) are routed through the TGU and vented through the TGU incinerator.<br>H-25, custom built refinery fuel gas fired incinerator, rated at 15 MMBtu/hour (pilot). | SRU #1 2/1977 SRU #2 7/1993 H-25 4/2006 | 04AD0111 |
| P103 | 025 | FCC Regenerator<br>A third stage separator commenced operation in March 2006 to control PM emissions.<br>The regenerator operates in full burn mode, uses palladium combustion promoters and is equipped with a waste heat boiler that provides steam to the refinery. | 1971 | N/A |

Permit Number: 96OPAD120                                                          First Issued: 8/1/04
                                                                                 Renewed: 7/9/2024

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                            Page 8

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| P104 | N/A[3] | Catalytic Reforming Unit | | N/A |
| | | **Loading Racks** | | |
| R101 | 067 | Rail Loading Rack equipped with a Zeeco, Inc. enclosed vapor combustion unit (VCU), Model No. EGF-640 | 1989 Flare replaced with an enclosed VCU December 2018 | 88AD012 |
| | | Truck Loading Rack (Denver Products Terminal) | | |
| R102 | 069 | Truck Loading Rack and Flare | 5/1987 | 86AD450 |
| F203 | 162 | Truck Loading Rack Drains | 5/1987, controls installed December 2017 | |
| SU0001 | 163 | Truck Loading Rack Sump. 8,000 gallon underground horizontal tank, routed to two (2) carbon canisters in series. | December 2017 | |
| | | **Flares** | | |
| F1 | 073 | Plant 1 (Main Plant (MP)) Flare, Steam-Assisted, Equipped with Flare Gas Recovery System | Prior to 1950 Modified (per NSPS Ja) in 2015 | N/A |
| F2 | 074 | Plant 3 (Asphalt Unit (AU)) Flare, Air-Assisted, Equipped with Flare Gas Recovery System | 1984 Modified (per NSPS Ja) in 2015 | N/A |
| F3 | 139 | GBR Unit Flare. Zeeco, Model No. QFSC-24/28, Steam-Assisted Flare. S/N 601-Z-1002 | 4/2012 | 10AD1768 |
| | | **Remediation Equipment** | | |
| A1 | 079 | Inlet basin and two air strippers for removal of hydrocarbons from contaminated groundwater near Sand Creek – Air Strippers mfctd by R.E. Wright, Model AST, S/N's: 90-ST-729A and 90-ST-729B | 7/1990 | 88AD388 |
| SV1 | 106[4] | Remediation Service International (RSI), Model No. V3, 4-stroke rich burn combustion engine, rated at 0.60 MMBtu/hr and 50 hp. This unit is used to recover and combust vapors extracted from soil. | 10/2007 | N/A |
| | | **F101 – Asphalt Unit (Plant 3) Wastewater Treatment System** | | |
| F101 | 085 | Asphalt Unit (Plant 3) Wastewater Treatment System – CPI Separator and Individual Drain System. The CPI separator is enclosed and vapors vented to a carbon filter. The CPI design capacity is 200 gpm. | 10/1992 | 91AD726R |
| | | **F201 – Plant 1 Wastewater Treatment System** | | |
| T4501 | 095 | 5,768 barrel external floating roof storage tank for sour water and/or wastewater with a layer of floating diesel or slop oil | 1/2004 | 03AD0153 |

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 9

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| | | **Controlled Sources.** The following sources are controlled by carbon canisters (cc) or a regenerative thermal oxidizer (RTO). For sources controlled by RTO, when the RTO is not in operation, emissions are vented to ccs.  Equipment marked as RTO* is not currently controlled by the RTO but may be in the future.<br>The RTO is an Anguil, Model No. 150, 4 MMBtu/hr unit designated as TO-110.  Serial No. Unavailable.<br>The RTO commenced operation March 2015. | | |
| T4502 | 146 | 30 barrel fixed roof tank DGF mix storage tank -  RTO*, cc | 6/2007 | N/A |
| T4503 | 146 | 135 barrel fixed roof tank DGF flocculation storage tank - RTO*, cc | 6/2007 | N/A |
| T4504 | 146 | 1,240 barrel fixed roof DGF storage tank - RTO*, cc | 6/2007 | N/A |
| T4507 | 146 | 411 barrel fixed roof DGF effluent tank - RTO*, cc | 6/2007 | N/A |
| T4508 | 146 | 209 barrel fixed roof DGF float tank - RTO*, cc | 6/2007 | N/A |
| T4514 | 146 | 4,427 barrel fixed roof oil/water separator tank -  RTO*, cc | 10/2011 | N/A |
| T4515 | 146 | 4,427 barrel fixed roof oil/water separator tank - RTO*, cc | 2/2010 | N/A |
| T4516 | 146 | 1,574 barrel fixed roof API oil tank - RTO*, cc | 2/2010 | N/A |
| T4517 | 146 | 1,290 barrel API sludge tank - RTO*, cc | 2/2010 | N/A |
| T4518 | 146 | 1,290 barrel API sludge tank - RTO*, cc | 2/2010 | N/A |
| T60 Lift Station | 146 | Fixed roof lift station conveying process wastewater - RTO, cc<br>This unit meets the definition of a tank in 40 CFR Part 61 Subpart FF. | 2/2010 | N/A |
| API Lift Station | 146 | Fixed roof lift station conveying process wastewater - RTO, cc<br>This unit meets the definition of a tank in 40 CFR Part 61 Subpart FF. | 2/2010 | N/A |
| API Headworks | 146 | Enclosed individual drain system at the front end of the wastewater treatments system and receives most refinery wastewater.  RTO, cc | 2/2010 | N/A |
| Centrifuge | 146 | Centrifuge handling effluent from T-4516 and other sources - RTO, cc<br>The centrifuge will not be operated when the associated control device (RTO) is not in operation. | 9/2010<br>TO installed in 2013 & replaced by RTO in 2016 | N/A |
| | | **Uncontrolled Sources and Sumps**.  Emissions from the following sources are estimated using EPA's ToxChem model and/or AP-42 emission factors.  The sumps are controlled by carbon canisters (cc) | | |
| T60 | 149 | 25,000 barrel external floating roof wastewater equalization storage tank | Modified 2008 | N/A |
| Lab Sump | 149 | Fixed roof below-grade laboratory sample sump – cc | | N/A |
| Spider Sump | 149 | Fixed and floating roof below-grade water draw sump for various Plant 1 tanks – cc | | N/A |
| T58 Sump | 149 | Fixed roof below-grade water draw sump for T58 – cc | | N/A |
| T70 Sump | 149 | Fixed roof below-grade water draw sump for T70 – cc | | N/A |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 10

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| T75 Sump | 149 | Fixed roof below-grade water draw sump for T75 – cc | | N/A |
| T80 Sump | 149 | Fixed roof below-grade water draw sump for T80 – cc | | N/A |
| T775 Sump | 149 | Fixed roof below-grade water draw sump for T775 – cc | | N/A |
| T777 Sump | 149 | Fixed roof below-grade water draw sump for T777 – cc | | N/A |
| T-26 | 149 | Aeration Tank A | | N/A |
| T-4511 | 149 | Aeration Tank B | | N/A |
| T-28 | 149 | Clarifier A | | N/A |
| T4512 | 149 | Clarifier B | | N/A |
| L1 | 149 | Lagoon 1 | | N/A |
| L2 | 149 | Lagoon 2 | | N/A |
| L3 | 149 | Lagoon 3 | | N/A |
| L4 | 149 | Lagoon 4 | | N/A |
| T-29 | 149 | Sludge Thickener Tank | | N/A |
| MBR | 149 | Train A Improvement Project Equipment (Membrane Bioreactor (MBR) Equipment: Aeration Basin 1 and 2, ultra-filtration (UF) and MBR Splitter Boxes, Membrane Tanks 2 through 7 (Tanks 2 – 4 will be in MBR service and Tanks 5 – 7 will be UF service). | Projected for July 2017 | |
| | | **Fugitive VOC Emission Sources** | | |
| F102 | 020 | Equipment Leaks associated with components in the Asphalt Processing Unit | 1993 | 91AD180-2 |
| F103 | 008 | Equipment Leaks associated with the components in the Number.3 Hydrodesulfurizer System (#3 HDS) | 8/1993 | 91AD180-1 |
| F104 | 071 | Fugitives from Cryogenic Vapor Recovery Unit | 8/1989 | 89AD164 |
| F105 | 024 | Equipment leaks associated with the components in the Number 2 Hydrodesulfurizer System (#2 HDS). | 1992 | 91AD180-4 |
| F106 | 083 | Light Straight Run Distillate Tower Fugitives | 12/1985 | 85AD079 |
| F107 | 075 | Plant wide Fugitive Emissions not Subject to Construction Permit Requirements | Prior to 1950 | N/A |
| F108 | 091 | Fugitives from Vapor Recovery Unit Debutanizer | 2002 | 01AD0363 |
| F109 | 099 | Equipment leaks associated with the components in the Number 4 Hydrodesulfurizer (#4 HDS) | 5/2006 | 04AD0110 |
| F110 | 101 | Equipment leaks associated with the components in the Tail Gas Unit Amine System | 4/2006 | 04AD0111 |
| F111 | 102 | Equipment leaks associated with the components in the modified sour water stripper (SWS) system, specifically SWS column (W-7401) | 4/2006 | 04AD0112 |
| F112 | 103 | Equipment leaks associated with the components in the modified tank farm piping | 4/2006 | 04AD0113 |
| F113 | 143 | Equipment leaks associated with the No. 1 Catalytic Reforming Unit modifications | | N/A |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 11

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| F114 | 138 | Equipment leaks associated with the GBR Unit | 5/2012 | 09AD1352 |
| F115 | 144 | Equipment leaks associated with Bio-Diesel | | N/A |
| F116 | 157 | Equipment leaks associated with the Relief Valve Project | 2015 | |
| F200 | 153 | Pipeline Receipt Station Fugitives | April 2016 | N/A |
| F202 | 161 | Equipment leaks associated with the MPV project | September 2017 | |
| F204 | 164 | Hydrogen ($H_2$) Plant Individual Drain Systems | 2006 | |
| F205 | 167 | Equipment leaks associated with Plant 1 Rail Rack RSR Compliance Project (replace flare with VCU) | 2018 | |
| F206 | 168 | Equipment leaks associated with the No. 2 HDS Tier 3 Ultra-Low Sulfur Gasoline (ULSG) Project. | November 2019 | |
| F207 | 169 | Equipment leaks associated with fuel gas filter-coalescer for Boiler B-4. | September 2021 | 20AD0715 |
| F208 | 170 | Equipment leaks associated with the P1 Main Plant Flare Isolation Valve Project | April 2021 | |
| F209 | 171 | Equipment leaks associated with the Reformulated Gasoline (RFG) Project | March 2023 | |
| F210 | 165 | Equipment leaks associated with the Asphalt Unit (Plant 3) Flare RSR Project | 2019 | |
| | | **Miscellaneous Sources** | | |
| D001 | APEN Exempt[2] | Cold Cleaner Solvent Degreasers | | N/A |
| D004 | N/A[2] | Industrial Solvent Cleaning | | |
| D002 | APEN Exempt[2] | Emergency Engines. Three (3) diesel fuel-fired fire pump engines, each rated at 481 hp and 25.5 gal/hr, make and model numbers not available. | 1993 | N/A |
| D003 | APEN Exempt[2] | Emergency Generator (Plant 1 Control Room. John Deere, Model No. 4045HF275, diesel fuel-fired emergency generators, Rated at 157 hp and 8.1 gal/hr (at 100% load), Serial No. PE4045H504772. | 2006 Engine Manufactured 9/6/2005 | |
| P1AC1 & P1AC2 | APEN Exempt[2] | Emergency Air Compressors. Two (2) Cummins Model No. QSX15 525, Diesel Fuel-Fired Engines, Serial Nos. 80039797 and 80046261. Each Engine Rated at 525 hp (391.4 kW) and 25 gal/hr. Each engine drives an air compressor that supports the plant 1 instrument air supply system.<br>Although the emergency engines are only required to meet Tier 3 standards, the engines meet Tier 4 final standards and iareequipped with selective catalytic reduction (SCR) for $NO_X$ control and a fuel filter for particulate matter control. | 2013 | N/A |
| P1EG1 | 152[5] | PSI, Model No. Industrial 8.8 L, propane-fired internal combustion engine, rated at 162 hp/121 kw (ste) and 1.57 MMBtu/hr (17.1 gal/hr). Serial no. unknown. This engine drives an emergency generator (Kohler Model No. 12REZGC) at the pipeline receipt station. | 2013 | N/A |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 12

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| P1DGTO | 160 | Tank Cleaning and Degassing<br>Degassing and Cleaning of tanks is controlled by a thermal oxidizer with a maximum rating of 20 MMBtu/hr | | |
| MPVs | N/A[6] | Miscellaneous Process Vents.  Miscellaneous process vents are defined in 40 CFR Part 63 Subpart CC §63.641 and include maintenance vents. Process vents can be designated as maintenance vents if the vent is only used as a result of startup, shutdown, maintenance, or inspection of equipment where equipment is emptied, depressurized, degassed or placed into service. | | |
| Y2 | 158 | Plant 3 Cooling Tower:  Y2 rated at 2,650 gal/min. | Constructed 1965, possibly replaced/ upgraded 1987 | N/A |
| | | **Plant 1 Cooling Towers** | | |
| Y1 | 154 | Y1 rated at 41,000 gal/min | constructed prior to 1972, modified 1986 | N/A |
| Y3 | 156 | Y3 rated at 15,000 gal/min | 2004 | |
| Y4 | 155 | Y4 rated at 7,000 gal/min. | modified 1987 or 1991 | |
| | | Sand Creek Remediation Project Equipment | | |
| | | Specific equipment information for each air sparge/soil vapor extraction (AS/SVE) system is included in the Table in Condition 5.2 below. | | |
| Pt 606 | 606 | Recovery Trench AS/SVE System Zone F & G | August 2013 | 12AD1825 |
| Pt 615 | 615 | Suncor Western Property Boundary AS/SVE System | December 2012 | 12AD1825 |
| Pt 616 | 616 | M & E East AS/SVE System | December 2012 | 12AD1825 |
| Pt 617 | 617 | RPC AS/SVE System Zone 2 | July 2012 | 12AD1825 |
| Pt 18 | 618 | Metro Utility Corridor AS/SVE System Zones 1 & 2 | August 2012 | 12AD1825 |
| Pt 623 | 623 | Metro South Secondary Area AS/SVE System Zone 1 | December 2012 | 12AD1825 |
| P6 624 | 624 | Metro South Secondary Area AS/SVE System Zone 2 | December 2012 | 12AD1825 |
| Pt 625 | 625 | Recovery Trench AS/SVE System Zone E & H | November 2013 | 12AD1825 |
| PT 634 | 634 | Metro Utility Corridor AS/SVE System Zones 3 & 4 | March 2014 | 12AD1825 |
| Pt 635 | 635 | PCA Subslab Depressurization | August 2013 | |
| Pt 636 | 636 | NW Boundary Uncontrolled Zones 3 & 4 (AS System only) | Zone 3 6/2014, Zone 4 2015 | |
| Pt 637 | 637 | Laboratory SVE | September 2016 | |
| Pt 638 | 638 | East Burlington Ditch AS/SVE | August 2019 | |
| Pt 639 | 639 | West of Burlington Ditch AS/SVE | TBD 2020 | |
| LO-1 | 628 | Loading of recovered gasoline/reformate into tank trucks | September 2012 | 12AD1826 |
| D-20 | 631 | Horizontal above ground 21,150 gallon tanks for storage of recovered gasoline/reformate.  The tank is vented to two (2) carbon canisters in series. | 2013 | 12AD1826 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 13 |

| Emission Unit Number | AIRS Point No. | Description | Startup Date | Construction Permit No. |
|---|---|---|---|---|
| | 627[7] | Two (2) 525 gallon tanks for storage of recovered gasoline/reformate. Tank ID numbers are 17675 and 20529. | | N/A |

[1]These tanks are APEN exempt because they store butane, propane, or liquefied petroleum gas in tanks less than 60,000 gallons and meet the requirements in Regulation No. 24, Part B, Section II (see Regulation No. 3, Part A, Section II.D.1.zz).

[2]APEN exempt if actual, uncontrolled emissions are below the APEN de minimis level as provided for in Colorado Regulation No. 3, Part A, Section II.D.1.a and/or b.

[3]Emissions from this unit during depressuring and purging are routed to the main plant flare and reported on that APEN. Emissions from this unit during coke-burn-off and catalyst regeneration are below APEN de minimis levels so an APEN is not required.

[4]As long as this engine does not remain in one location for more than 12 consecutive months, it is a non-road engine (not a stationary source) and is not subject to APEN reporting or permitting requirements. Note however, that emissions from the soil vent do require APEN reporting and because VOC emissions from the vent are controlled by the engine, VOC emissions from the engine must be reported.

[5]This engine is APEN exempt but an APEN was submitted, so an AIRS Id No. was assigned.

[6]Group 1 MPVs are routed to a flare. For maintenance vents, prior to venting to atmosphere process liquids are removed or equipment is depressured to a control device, fuel gas system or back to the process until one of the conditions in 63.643(c)(1) (Condition 53.14.1) are met. Emissions from MPVs emitted to atmosphere are below the APEN de minimis level.

[7]AIRS pt was assigned for forty three (43) 525 gallon storage but APEN cancellation request was submitted on 5/28/14 since emissions from each individual tank were below APEN de minimis level.

5.2    Specific information on the air sparge/soil vapor extraction systems (AS/SVE) for the Sand Creek Remediation Project is contained in the below table:

| AIRs Point No. | Equipment Description | Current Control Device[1] |
|---|---|---|
| 606 | **Recovery Trench AS/SVE System Zone F & G** | CC-MET-8 (north), -8a (middle) and -8b (south). |
| | SVE Blower: Ametek/Rotron, Model No. EN979BK72WL, rated at 750 scfm, S/N BP643244. | Three (3) sets of two carbon canisters (cc) in series. Rated at 1,500 scfm (500 scfm per cc set). |
| 615 | **Suncor Western Property Boundary AS/SVE** | TO-SUN-2, Anquill, Model No. 100, Regenerative Thermal Oxidizer (RTO), Rated at 3.0 MMBtu/hr and 10,000 scfm. |
| | Zones 1 and 2 SVE Blowers: One (1) Roots, Model No. 718-U-RAI, S/N 1211960538 and One (1) Roots Model No. 718-U-RAI-B, S/N 1909B21648 each blower rated at 1,000 scfm. RTO in service December 2012. | |
| 616 | **M & E East AS/SVE System** | CC-MET-9 (north), -9a (middle) and -9b (south). |
| | SVE Blowers: One (1) Roots, Model No. 615-U-RAI, Rated at 1,200 scfm, S/N 1211960542 and One (1) Eurus, Model No. ZZ6L, Rated at 1,200 scfm, S/N ZZ00329U. | Three (3) sets of two ccs in series. Rated at 1,500 scfm (500 scfm per cc set). |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 14

| AIRs Point No. | Equipment Description | Current Control Device[1] |
|---|---|---|
| 617 | **RPC AS/SVE System Zone 2** | CO-RPC-1, Electric Catalytic Oxidizer CatOX-E1000, Rated at 96kW (0.33 MMBtu/hr) and 750 scfm. |
| | SVE Blowers: Two (2) American Fan, Model No. AVP3-6-21A, Each Rated at 750 scfm, S/Ns DX4124520083 and DX4124520013. | |
| | Booster Blower: American Fan, Model No. AF15-8-1121, Rated at 1,500 scfm, S/ 123798K-2. Booster blower is between the SVE blowers and the control device. | |
| 618 | **Metro Utility Corridor AS/SVE System Zones 1 & 2** | CC-MET-7a (east) and 7b (west) Two (2) sets of two ccs in series. Rated at 1,000 scfm (500 scfm per cc set). |
| | Zone 1 SVE Blower:  American Fan, Model No. 5N-04F-26.54N, Rated at 750 scfm, S/N 002972-1 | |
| | Zone 2 SVE Blower: American Fan, Model No. 5N-04F-26.5N, Rated at 750 scfm, S/N WO-002972-2 | |
| | Booster Blower: American Fan, Model No. AVP-4-10F-19B, Rated at 1,500 scfm, S/N WO-002913. Booster blower is between the SVE blowers and the control device. | |
| 623 | **Metro South Secondary Area AS/SVE System Zone 1** | CC-MET-6a (north), -6b (middle) and -6c (south). Three (3) sets of two ccs in series. Rated at 1,500 scfm (500 scfm per cc set). |
| | SVE Blower: American Fan, Model No. 05N-04F-26.5N, Rated at 750 scfm, S/N WO-003042-1-2A | |
| | Booster Blower: American Fan, Model No. BC-6-08F-24B, Rated at 2,950 scfm, S/N 125785-001-2 (also WO 003042-1-2). Booster blower is between the SVE blowers and the control device.  This blower is also used at AIRs Pt 624. | |
| 624 | **Metro South Secondary Area AS/SVE System Zone 2** | CC-MET- 6a (north), -6b (middle) and -6c (south). Three (3) sets of two ccs in series. Rated at 1,500 scfm (500 scfm per cc set). |
| | SVE Blower: American Fan, Model No. 05N-04F-26.5N, Rated at 750 scfm, S/N WO- 003042-1-2B. The Booster Blower listed for AIRs point 624 is used for this point. | |
| 625 | **Recovery Trench AS/SVE System Zone E & H** | CC-MET- 8 (north), -8a (middle) and -8b (south). Three (3) sets of two ccs in series. Rated at 1,500 scfm (500 scfm per cc set). |
| | SVE Blower: Roots, Model No. 615-U-RAI DSL Rated at 750 scfm, S/N 504996617. | |
| 634 | **Metro Utility Corridor AS/SVE System Zones 3 & 4** | CC-MET- 7c, -7d, -7e and -7f Four (4) sets of two ccs in series. Rated at 2,000 scfm (500 scfm per cc set). The carbon canisters replaced a catalytic oxidizer (CO-MET-1) in April 2015, |
| | Zone 3 SVE Blowers: Two (2) Ametek/Rotron, Model No. EN14BK72MWL, Rated at 800 and 850 scfm, S/Ns BP633330 and BP594013-1. | |
| | Zone 4 SVE Blowers: Two (2) Ametek/Rotron, Model Nos. EN14DX72MWL and EN14BK72MWL, each rated at 850 scfm, S/Ns BP806827 and BP612538-2. | |
| | Booster Blower: American Fan, Model No. AVP-4-10F-19B, Rated at 2,060 scfm, S/N WO-002913 | |
| 635 | **PCA Subslab Depressurization** | CC-SUN-3 One (1) set of two ccs in series. Rated at 500 scfm. |
| | SVE Blower: Ametek/Rotron, Model No. EN858BD72W, Rated at 500 scfm, S/N BP409943. | |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 15

| AIRs Point No. | Equipment Description | Current Control Device[1] |
|---|---|---|
| 636 | **NW Boundary Uncontrolled Zones 3 & 4(AS System only)** | Uncontrolled |
| | AS Blowers: Two (2) GE Oil & Gas Roots Rotary Lobe Blowers, Model No. 1009-RAS-J-H-N-PL-71.0-L-B-OGE, each rated at 1,060 scfm, S/Ns LR13-8578 and LR13-8579. These AS blowers also inject air into wells for Pt 615. | |
| | Zone 3 has 28 wells with a presumed injection rate of 10 scfm per well. | |
| | Zone 4 has 21 wells with a presumed injection rate of 10 scfm per well. | |
| 637 | **Laboratory SVE** | CC-SUN-2 |
| | SVE Blower: Ametek/Rotron, Model No. EN404AR58ML, Rated at 107 scfm, S/N 11492-2. | One (1) set of ccs in series. Rated at 500 scfm. |
| 638 | **East Burlington Ditch AS/SVE** | CC-MET-5c and -5a (SVE 1209958308) |
| | SVE Blowers: Two (2) Roots, Model No. 615-U-RAI, Each Rated at 650 scfm, S/Ns 1209958308 and 1209957737. | CC-MET- 5b and -5d (SVE 1209957737) Four (4) sets of two ccs in series. Rated at 2,000 scfm (500 scfm per cc set). |
| 639 | **West of Burlington Ditch AS/SVE** | CC-MET-10a (north) and -10b (south) |
| | SVE Blowers: Two (2) Roots, Model No. URAI-59, Each rated at 500 scfm, S/Ns TBD | Two (2) sets of two ccs in series. Rated at 1,000 scfm (500 scfm per cc set). |

[1]As specified in Condition 67.6, the control devices may be replaced or removed as long as the emissions limitations can be met.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 16

**6.    Compliance Assurance Monitoring (CAM)**

6.1    The following emission points at this facility use a control device to achieve compliance with an emission limitation or standard to which they are subject and have pre-control emissions that exceed or are equivalent to the major source threshold.  They are therefore subject to the provisions of the CAM program as set forth in 40 CFR Part 64, as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV:

Unit P103 – FCCU Regenerator

AIRs Pt 615 - Suncor Western Property Boundary AS/SVE System

AIRS Pt 617 – RPC Zone 2 AS/SVE System

P1DGTO – Tank Cleaning and Degassing Thermal Oxidizer (TO)

F201 - Plant 1 Wastewater Treatment System RTO and API Headworks (when controlled by carbon canisters)

R101 – Rail Loading Rack

R102 – Truck Loading Rack

F2 – Plant 3 (AU) Flare

F3 – GBR Flare

See Section II, Condition 60 for compliance assurance monitoring requirements.

---

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 17 |

## SECTION II - Specific Permit Terms

1. **Tanks for Which Construction Permits Are Not Required – T67, T70, T74, T75, T77, T78, T80, T776, T57, T59, T64, T65, T66, T68, T69, T71, T72, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193, T194, Pipeline Receipt Station Sump**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 1.1 | | TankESP Program | Recordkeeping and Calculation | Annually |
| MACT | 1.2 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| RACT | 1.3 | See Condition 1.3 | | See Condition 1.3 | |
| Throughput | 1.4 | | | Recordkeeping | Annually |
| BWON – **Pipeline Receipt Station Sump** | 1.5 | See 40 CFR Part 61 Subpart FF (Condition 65) | | See 40 CFR Part 61 Subpart FF (Condition 65) | |

1.1     For APEN reporting and fee purposes, annual emissions for each tank shall be calculated using a version of the TankESP program based on the June 2020 version of AP-42, Chapter 7.1 and actual throughput (as required by Condition 1.4) for the tank. Emissions shall be based on the average (or numerically greater) Reid Vapor Pressure (RVP) of the materials stored over the annual period. Note that if a new version of AP-42, Chapter 7.1 is published, Suncor may be required to modify this condition to include the new calculation methodologies to calculate emissions.

1.2     These sources are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit. The following tanks are only subject to Conditions 53.37 and 53.86 (Group 2 Tanks): T57, T59, T64, T65, T66, T68, T69, T71, T72, T74, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193 and T194

1.3     These sources are subject to Colorado Regulation No. 24 requirements as follows:

1.3.1     These tanks are subject to the requirements in Part B, Sections I.A and IV.A.1 as set forth in Conditions 39.1 and 41.1 of this permit.

1.3.2     Except for T182 and the pipeline receipt station, these tanks are subject to the requirements in Part B, Section IV.B.2.b as set forth in Condition 41.2.2 of this permit.

1.3.3     Tanks T64, T65, T66 and T72 are subject to the recordkeeping requirements of Part B, IV.B.2.c(ii)(C) as set forth in Condition 41.2.3 of this permit.

1.3.4     The following tanks are subject to the requirements in Part B, Section IV.B.2.c as set forth in Condition 41.2.3: T67, T70, T75, T77, T78, T80 and T776.

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit             Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                  Page 18

1.3.5        Tank T776 is subject to Part B, Section V as set forth in Condition 42 of this permit.

1.4        The throughputs for each tank shall be monitored and recorded annually. Records of the vapor
           pressures of stored materials shall be maintained and made available to the Division upon request.

1.5        The pipeline receipt station sump is subject to the requirements of 40 CFR Part 61 Subpart FF, as
           set forth in Condition 65 of this permit.

## 2.    Tank with Unique Requirements, Subject to 40 CFR Part 63, Subpart CC (Group 1) – T1

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 2.1 | 13.6 tons/year | TANKS | Recordkeeping and Calculation | Monthly |
| MACT | 2.2 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| RACT | 2.3 | See Condition 2.3 | | See Condition 2.3 | |
| Throughput | 2.4 | 2,500,000 barrels of gasoline per year | | Recordkeeping | Monthly |

2.1        Emissions of air pollutants from this tank shall not exceed the limits listed in the above table.
           (Colorado Construction Permit 01AD0899). Compliance with the annual limits shall be monitored
           by calculating monthly emissions from the tank using EPA's TANKS 4.09d program and the
           monthly throughput (as required by Condition 2.4).  Emissions shall be based on the average (or
           numerically greater) RVP of the materials stored over the monthly period. Monthly emissions shall
           be calculated by the end of the subsequent month and used in a twelve month rolling total to
           monitor compliance with the annual emission limitations.  Each month a new twelve month total
           shall be calculated using the previous twelve months data.

2.2        This tank is subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous
           Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit.

2.3        This tank is subject to Colorado Regulation No. 24, Part B, Sections I.A, and IV.B.2.b and c as set
           forth in Conditions 39.1, 41.2.2, and 41.2.3 of this permit.

2.4        Throughput of gasoline and/or products with a RVP or 13 psia or lower shall not exceed 2,500,000
           barrels/year. (Colorado Construction Permit 01AD0899) Compliance with the annual throughput
           limits shall be monitored by recording throughput monthly. Monthly quantities of throughput shall
           be used in a twelve month rolling total to monitor compliance with the annual limitations. Each
           month a new twelve month total shall be calculated using the previous twelve months data. Records
           of the vapor pressures of stored materials shall be maintained and made available to the Division
           upon request.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                  Page 19

### 3. Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart Kb and 40 CFR 63, Subpart CC (Group 1) – T34, T55, T58, T96, T97, T116, T775, T2010

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 3.1 | T34: 9.6 tons/year<br>T55: 4.26 tons/year<br>T58: 4.17 tons/year<br>T96/97*: 6.72 tons/year<br>T116: 7.1 tons/year<br>T775: 7.1 tons/year<br>T2010: 4.98 tons/year | TANKS | Recordkeeping and Calculation | Monthly |
| RACT | 3.2 – 3.7 | See Conditions 3.2 – 3.7 | | See Conditions 3.2 – 3.7 | |
| NSPS | 3.8 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and Kb (Condition 48) | |
| | | Specific Requirements – Subpart Kb (Condition 48) | | | |
| MACT | 3.9 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Throughput | 3.10 | T34: 5,840,000 barrels of gasoline per year<br>T55: 8,000,000 barrels of petroleum feedstock per year<br>T58: 6,260,000 barrels of petroleum liquids per year<br>T96: 3,000,000 barrels of gasoline per year<br>T97: 2,000,000 barrels of gasoline per year<br>T116: 3,000,000 barrels of gasoline blending components per year<br>T775: 13,140,000 barrels of crude oil per year<br>T2010: 8,000,000 barrels of gasoline per year | | Recordkeeping | Monthly |

*Emissions limit for tanks T96 and T97 is a combined limit.  Limit applies to emissions from both tanks together.

3.1    Emissions of air pollutants from these tanks shall not exceed the limits listed in the above table. (Colorado Construction Permits 87AD110 (T96 & T97), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 12/28/12, 87AD210 (T116), 97AD0699 (T2010), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 6/1/09, 98AD0896 (T775), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase emissions per APEN submitted 9/15/06, 99AD0931 (T55), as modified under the

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 20 |

provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 7/23/13, 01AD0609 (T34), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 2/17/16 and for T-58, as provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 4/7/08). Compliance with the annual limits shall be monitored by calculating monthly emissions from each tank using EPA's TANKS 4.09d program and the monthly throughput (as required by Condition 3.10). Emissions shall be based on the average (or numerically greater) RVP of the materials stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

3.2    These tanks are subject to Colorado Regulation No. 24, Part B, Section I.A, as set forth in Condition 39.1 of this permit.

3.3    These tanks are subject to Colorado Regulation No. 24, Part B, Section IVA.1, as set forth in Condition 41.1 of this permit.

3.4    T96, T97, and T116 are subject to Colorado Regulation No. 24, Part B, IV.B.2.a as set forth in Condition 41.2.1 of this permit.

3.5    These tanks are subject to Colorado Regulation No. 24, Part B, Section IV.B.2.b, as set forth in Condition 41.2.2 of this permit.

3.6    T34, T55, T58, T775 and T2010 are subject to Colorado Regulation No. 24, Part B, Section IV.B.2.c as set forth in Condition 41.2.3 of this permit.

3.7    T58 and T775 are subject to Colorado Regulation No. 24, Part B, Section V, as set forth in Condition 42 of this permit.

3.8    Except for tank T58, these tanks are subject to NSPS requirements as follows:

3.8.1    These tanks are subject to the NSPS general provisions in 40 CFR Part 60, Subpart A as set forth in Condition 56 of this permit.

3.8.2    These tanks are subject to the specific NSPS requirements for volatile organic liquid (including petroleum liquids) storage vessels in 40 CFR Part 60, Subpart Kb, as set forth in Condition 48 of this permit.

3.9    These sources are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Conditions 53 of this permit.

3.10    These tanks shall be limited to throughputs as follows:

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 21 |

T34: Throughput of gasoline and/or products with a RVP of 15 psia or lower (shall not exceed 5,840,000 barrels per year. (Colorado Construction Permit 01AD0609, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the vapor pressure of products stored as specified in the modification application submitted on 2/17/16)

T55: Throughput of petroleum feedstocks and/or products with a RVP of 15 psia or lower shall not exceed 8,000,000 barrels per year. (Colorado Construction Permit 99AD0931, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set throughput limits as specified in the APEN submitted on 7/23/13)

T58: Throughput of petroleum liquids with a RVP of 7 psia or lower shall not exceed 6,260,000 barrels per year. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on 4/7/08)

T96: Throughput of gasoline and/or products with a RVP of 15 psia or lower shall not exceed 3,000,000 barrels per year. (Colorado Construction Permit 87AD110, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the RVP of material stored as requested in 12/28/12 application)

T97: Throughput of gasoline and/or products with a RVP of 15 psia or lower shall not exceed 2,000,000 barrels per year. (Colorado Construction Permit 87AD110, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the RVP of material stored as requested in 12/28/12 application)

T116: Throughput of gasoline blending components with a RVP of 13 or lower shall not exceed 3,000,000 barrels per year. (Colorado Construction Permit 87AD210)

T775: Throughput of crude oil and/or products with a RVP of 10 psia or lower shall not exceed 13,140,000 barrels per year. (Colorado Construction Permit 98AD0896)

T2010: Throughput of gasoline and/or products with a RVP of 15 psia or lower shall not exceed 8,000,000 barrels per year. (Colorado Construction Permit 97AD0699, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on 6/1/09)

Compliance with the annual throughput limits shall be monitored by recording the throughput for each tank monthly. Monthly quantities of throughput from each tank will be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

Air Pollution Control Division                                   Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                  Page 22

## 4.    Tanks with Unique Requirements, Subject to 40 CFR 63, Subpart CC (Group 1 and 2) – T2, T3, T52, T62, T94, T774, T777, T778, T3801

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 4.1 | T2: 3.7 tons/year<br>T3: 3.7 tons/year<br>T52: 0.11 tons/year<br>T62: 0.13 ton/year<br>T94: 1.48 tons/year<br>T774: 0.54 tons/yr<br>T777: 2.75 tons/yr<br>T778: 3.54 tons/yr<br>T3801: 2.19 tons/yr | TANKS | Recordkeeping and Calculation | Monthly |
| RACT | 4.2-4.5 | See Conditions 4.2-4.5 | | See Conditions 4.2-4.5 | |
| MACT | 4.6 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Tank 62 Requirement | 4.7 | EFR w/ double seals | | | |
| Throughput | 4.8 | T2: 12,000,000 barrels of petroleum products per year<br>T3: 12,000,000 barrels of petroleum products per year<br>T52: 1,300,000 barrels of sour water with a floating diesel layer per year<br>T62: 2,000,000 barrels of jet 50/kerosene per year<br>T94: 3,331,928 barrels of jet kerosene per year<br>T774: 13,898,052 barrels of diesel per year<br>T777: 9,155,066 barrels of LSR/Naphtha/Kerosene per year<br>T778: 13,500,000 barrels of crude oil per year<br>T3801: 20,095,096 barrels of jet kerosene per year | | Recordkeeping | Monthly |
| **Tanks T52, T774 & T777:** Restrictions on Relaxing Emission Limitations | 4.9 | See Condition 4.9 | | Certification | Annually |

4.1    Emissions of air pollutants from these tanks shall not exceed the limits listed in the above table
(Colorado Construction Permits 03AD0031 (T2), 85AD027-2 (T94), 90AD474 (T62), as modified
in accordance with the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 23 |

B, Section II.A.6 and Part C, Section X to revise emission limits as requested on the APEN submitted on May 30, 2017, red-lined September 9, 2019, 99AD0432 (T3), 04AD0114 (T774), 04AD0115 (T777) and for T3801, T52 and T778 as modified in accordance with the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APEN submitted on 11/1/10 (T3801), 3/3/10 (T52) and 12/9/09 (T778)). Compliance with the annual limits shall be monitored by calculating monthly emissions from each tank using EPA's TANKS 4.09d program and the monthly throughput (as required by Condition 4.8). Emissions shall be based on the average (or numerically greater) RVP of the material stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

4.2    These tanks are subject to Colorado Regulation No. 24, Part B, Section I.A, as set forth in Condition 39.1 of this permit.

4.3    These tanks are subject to Colorado Regulation No. 24, Part B, Section IV.B.2.b, as set forth in Condition 41.2.2 of this permit.

4.4    T52, T62 and T774 are subject to the recordkeeping requirements of Colorado Regulation No. 24, Part B, Section IV.B.2.c(ii)(C) as set forth in Condition 41.2.3 of this permit.

4.5    T777 and T778 are subject to Colorado Regulation No. 24, Part B, Section IV.B.2.c as set forth in Condition 41.2.3 of this permit.

4.6    The following sources are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit: T2, T3, T52, T62, T94, T774, T777, T778 and T3801. Note that T2, T3, T52, T62, T94, T774 and T3801 are Group 2 tanks and T777 and T778 are Group 1 tanks.

4.7    T62: The tank shall be equipped with an external floating roof with double seals. (Colorado Construction Permit 90AD474)

4.8    These tanks shall be limited to throughputs as follows:

T2: Throughput of petroleum distillate products with a RVP of 0.029 psia or lower shall not exceed 12,000,000 barrels per year. (Colorado Construction Permit 03AD0031)

T3: Throughput of petroleum distillate products with a RVP of 0.029 psia or lower shall not exceed 12,000,000 barrels per year. (Colorado Construction Permit 99AD0432)

T52: Throughput of sour water with a floating diesel layer shall not exceed 1,300,000 barrels per year. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on March 3, 2010).

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 24

T62: Throughput of Jet50/kerosene and/or products with a RVP of 0.029 psia or lower shall not exceed 2,000,000 barrels per year. (Colorado Construction Permit 90AD474, as modified in accordance with the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise throughput limits as requested on the APEN submitted on May 30, 2017, red-lined September 9, 2019)

T94: Throughput of jet kerosene and/or materials with a RVP of 0.029 psia or lower shall not exceed 3,331,928 barrels per year. (Colorado Construction Permit 85AD027-2)

T774: Throughput of diesel and/or products with a RVP or 0.022 psia or lower shall not exceed 13,898,052 barrels per year (Colorado Construction Permit 04AD0114).

T777: Throughput of LSR/Naphtha/Kerosene and/or other products with a RVP of 2.7 psia or lower shall not exceed 9,155,066 barrels per year (Colorado Construction Permit 04AD0115).

T778: Throughput of crude oil and/or materials with a RVP of 10 psia or lower shall not exceed 13,500,000 barrels per year (as provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on 12/9/08).

T3801: Throughput of jet kerosene and/or petroleum products with a RPV of 0.029 psia or lower shall not exceed 20,095,096 barrels per year. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include throughput specified in the APEN submitted on 11/1/10)

Compliance with the annual throughput limits shall be monitored by recording the throughput for each tank monthly. Monthly quantities of throughput from each tank will be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

4.9    The requirements of Colorado Regulation No. 3, Part D shall apply at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Section VI.B.4).

Limitations were taken on the emission units addressed as part of the Clean Fuels Project (CFP) to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the CFP shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level. The emission units associated with the CFP are addressed in this Section II.4 (Tanks T52, T774 and T777), as well Sections II.10 (Y-3 Cooling Tower), II.13 (Boilers B-6 and B-8), II.20 (TGU Incinerator H-25), II.21 (Process Heaters H-1716 and H-1717), II.27 (Process Heater H-2101) and II.34 (F102 – Asphalt Unit Fugitives, F103 – No. 3 HDS Fugitives, F105 - No. 2 HDS Fugitives, F108 – Debutanizer Fugitives, F109 – No. 4 HDS Fugitives, F110 – Amine System Fugitives, F111 - SWS System Fugitives, F112 – Tank Farm Fugitives and F204 $H_2$ Plant Drain Systems). The assessment of

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 25 |

emission increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

It should be noted that at the time the CFP was permitted (application received January 29, 2004, permits issued May 24, 2004), the area in which the facility was located was designated as attainment or attainment maintenance for all pollutants.

---

Air Pollution Control Division                                 Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 26

5.  **Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart UU, and 40 CFR 63, Subpart CC (Group 2) – T2006, T3201**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 5.1 | T2006: 0.2 ton/year<br>T3201: 2.8 tons/year | TANKS | Recordkeeping and Calculation | Monthly |
| RACT | 5.2-5.3 | See Conditions 5.2-5.3 | | See Conditions 5.2-5.3 | |
| NSPS | 5.4 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and UU (Condition 49) | |
| | | Specific Requirements – Subpart UU (Condition 49) | | | |
| MACT | 5.5 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Throughput | 5.6 | T2006: 4,896,498 barrels of asphalt per year<br>T3201: 5,000,000 barrels of petroleum distillate and/or asphalt per year | | Recordkeeping | Monthly |

5.1   Emissions of air pollutants from these tanks shall not exceed the limits listed in the above table. (Colorado Construction Permits 96AD881 (T2006), and 03AD0030 (T3201))  Compliance with the annual limits shall be monitored by calculating monthly emissions from each tank using EPA's TANKS 4.09d program and the monthly throughput (as required by Condition 5.6). For T3201, if materials other than asphalt are stored, emissions shall be based on the average (or numerically greater) RVP of the material stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

5.2   These tanks are subject to Colorado Regulation No. 24, Part B, Section I.A, as set forth in Condition 39.1 of this permit.

5.3   These tanks are subject to Colorado Regulation No. 24, Part B, Section IV.B.2.b, as set forth in Condition 41.2.2 of this permit.

5.4   These tanks are subject to NSPS requirements as follows:

5.4.1   These tanks are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                             Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 27

5.4.2    These tanks are subject to the specific NSPS requirements for asphalt processing and asphalt roofing manufacture in 40 CFR Part 60, Subpart UU, as set forth in Condition 49 of this permit.

5.5    The following sources are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit: T2006, T3201.

5.6    These tanks shall be limited to throughputs as follows.

T2006: Throughput of asphalt shall not exceed 4,896,498 barrels per year. (Colorado Construction Permit 96AD881, revised in accordance with Section I, Condition 1.3 of this permit)

T3201: Throughput of petroleum distillate and/or asphalt products with a RVP of 0.022 psia or lower shall not exceed 5,000,000 barrels per year. (Colorado Construction Permit 03AD0030)

Compliance with the annual throughput limits shall be monitored by recording the throughput for each tank monthly. Monthly quantities of throughput from each tank will be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 28 |

## 6. Tanks with Unique Requirements, Subject to 40 CFR Part 60, Subpart Kb and Storing Organic Liquids – T7208

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 6.1 | 0.39 ton/year | TANKS | Recordkeeping and Calculation | Monthly |
| RACT | 6.2 | See Condition 6.2 | | See Condition 6.2 | |
| NSPS | 6.3 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and Kb (Condition 48) | |
| | | Specific Requirements – Subpart Kb (Condition 48) | | | |
| Throughput | 6.4 | 2,095,000 barrels of organic liquids per year | | Recordkeeping | Monthly |

6.1     Emissions of air pollutants from this tank shall not exceed the limits listed in the above table. (Colorado Construction Permit 88AD240, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the emission limitations per August 17, 2010 modification request) Compliance with the annual limits shall be monitored by calculating monthly emissions from each tank using EPA's TANKS 4.09d program and the monthly throughput (as required by Condition 6.4). Emissions shall be based on the average (or numerically greater) RVP of the material stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

6.2     This tank is subject to Colorado Regulation No. 24, Part B, Sections I.A and B, as set forth in Conditions 39.1 and 39.2 of this permit.

6.3     This tank is subject to NSPS requirements as follows:

6.3.1     This tank is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

6.3.2     This tank is subject to the specific NSPS requirements for volatile organic liquid (including petroleum liquids) storage vessels in 40 CFR Part 60, Subpart Kb, as set forth in Condition 48 of this permit.

6.4     Throughput of organic liquids with true vapor pressure (TVP) less than or equal to 0.619 psia at 60°F shall not exceed 2,095,000 barrels per year. (Colorado Construction Permit 88AD240, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase the throughput per August 17, 2010 modification request) Compliance with the annual throughput limits shall be monitored by recording the throughput monthly. Monthly quantities of throughput shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 29 |

calculated using the previous twelve months data. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

**7.**   **Tanks with Unique Requirements, Subject to Colorado Regulation No. 24, Part B, Section II – D-811, T81, T82, D-812, D-813, D-814, T90, T91, T92 and T400**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| RACT | 7.1 | Minimize vapor loss | | Leak Detection and Repair | See Condition 40 |

7.1   These sources are subject to Colorado Regulation No. 24, Part B, Section II as set forth in Condition 40 of this permit.

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 30 |

## 8.    Stationary Internal Combustion Engines

### D002 - Three (3) Diesel Fuel Fired Emergency Fire Pump Engines (each rated at 481 hp)
### D003 -One (1) Diesel-Fuel Fired Emergency Generator Engine (rated at 157 hp) – P1 Control Room

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| MACT ZZZZ Requirements | 8.1 | Change Oil and Filter Inspect Air Cleaner Inspect all Hoses and Belts | | See Condition 8.1. | |
| SO$_2$ | 8.3 | 0.3 lb SO$_2$/bbl/day of oil processed | | See Condition 8.3 | Daily, Monthly |
| Fuel Consumption | 8.4 | | | Calculation | Daily |
| SO$_2$ | 8.5. | 0.8 lb/MMBtu | | Fuel Restriction | Only Diesel Fuel is Used as Fuel |
| Opacity | 8.6 | Not to Exceed 20% Except as Provided for Below | | EPA Method 9 | See Condition 8.6 |
| | | For Startup – Not to Exceed 30%, for a Period or Periods Aggregating More than Six (6) Minutes in any 60 Consecutive Minutes | | | |

Note that these engines are exempt from the APEN reporting requirements in Regulation No. 3, Part A and the minor source construction permit requirements provided actual, uncontrolled emissions do not exceed the APEN de minimis level (1 ton/yr of NO$_X$) per Colorado Regulation No. 3, Part A, Section II.D.1.a and Part B, Section II.D.1.a. Based on AP-42 emission factors (Section 3.3, dated 10/96, Table 3.3-1, NO$_X$ – 0.031 lb/hp-hr) and design rate (fire pump engines: 481 hp, emergency generator: 157 hp), emissions exceed the APEN de minimis level at 135 hrs/yr for each emergency fire pump engine and 411 hrs/yr for the emergency generator.

### P1AC1 & P1AC2 - Two (2) Diesel Fuel-Fired Emergency Air Compressor Engines (each rated at 525 hp/391.4 kW)

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| SO$_2$ | 8.3 | 0.3 lb SO$_2$/bbl/day of oil processed | | See Condition 8.3 | Daily, Monthly |
| Fuel Consumption | 8.4 | | | Calculation | Daily |
| Opacity | 8.6 | Not to Exceed 20% Except as Provided for Below | | EPA Method 9 | See Condition 8.6 |
| | | For Startup – Not to Exceed 30%, for a Period or Periods Aggregating More than Six (6) Minutes in any 60 Consecutive Minutes | | | |
| NSPS Subpart IIII | 8.7 | NO$_X$-NMHC – 4.0 g/kw-hr CO – 3.5 g/kw-hr PM – 0.20 g/kw-hr | | See Condition 8.7 | |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                     Page 31

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| MACT ZZZZ Requirements | 8.8 | Initial Notification | | Notification | Within 120 Days of Startup |

Note that these engines are exempt from the APEN reporting requirements in Regulation No. 3, Part A and the minor source construction permit requirements provided actual, uncontrolled emissions do not exceed the APEN de minimis level (1 ton/yr of $NO_X$) per Colorado Regulation No. 3, Part A, Section II.D.1.a and Part B, Section II.D.1.a. Based on the NSPS $NO_X$ limit (4.0 g/kW-hr) and design rate (391.4 kW), emissions exceed the APEN de minimis level at 580 hrs/yr for each engine.

**P1EG1 - Propane-Fired Emergency Generator (rated at 162 hp/121 kW) – Pipeline Receipt Station**

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| MACT ZZZZ Requirements | 8.2 | Compliance with MACT met by complying with NSPS Subpart JJJJ | | See Condition 8.2. | |
| $SO_2$ | 8.3 | 0.3 lb $SO_2$/bbl/day of oil processed | | See Condition 8.3 | Daily, Monthly |
| Fuel Consumption | 8.4 | | | Calculation | Daily |
| Opacity | 8.6 | Not to Exceed 20% Except as Provided for Below | | EPA Method 9 | See Condition 8.6 |
| | | For Startup – Not to Exceed 30%, for a Period or Periods Aggregating More than Six (6) Minutes in any 60 Consecutive Minutes | | | |
| NSPS Subpart JJJJ | 8.9 | HC-$NO_X$ – 2.7 g/kw-hr CO – 4.4 g/kw-hr | | See Condition 8.9 | |
| Propane Requirements | 8.10 | Propane must be purchased and isolated from refinery fuel gas system. | | See Condition 8.10 | |

Note that this engine is exempt from the APEN reporting requirements in Regulation No. 3, Part A and the minor source construction permit requirements provided actual, uncontrolled emissions do not exceed the APEN de minimis level (1 ton/yr of $NO_X$) per Colorado Regulation No. 3, Part A, Section II.D.1.a and Part B, Section II.D.1.a. Based on the NSPS $NO_X$ limit (2.7 g/kW-hr) and design rate (121 kW), emissions exceed the APEN de minimis level at 2,777 hrs/yr.

8.1    The **emergency fire pump and P1 control room emergency generator engines** are subject to the requirements in 40 CFR Part 63 Subpart ZZZZ, "National Emission Standards for Hazardous Air Pollutants for Stationary Reciprocating Internal Combustion Engines", as follows:

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 63 Subpart ZZZZ published in the Federal Register on December 4, 2020. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63 Subpart ZZZZ.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 32 |

The D. C. Circuit Court issued a mandate on May 4, 2016 for vacatur for certain requirements allowing emergency engines to operate for limited hours for demand response. Upon issuance of the mandate § 63.6640(f)(2)(ii)-(iii) (Conditions 8.1.11.2.b and 8.1.11.2.c) have no legal effect. Operation of emergency engines is limited to emergency situations specified in 63.6640(f)(1) (Condition 8.1.11.1); maintenance checks and readiness testing for a limited number of hours per year as specified in 63.6640(f)(2)(i) (Condition 8.1.11.2.a); and certain non-emergency situations for a limited number of hours per year as specified in 63.6640(f)(3)–(4) (Condition 8.1.11.3). See EPA memorandum dated April 15, 2016 regarding "Guidance on Vacatur of RICE NESHAP and NSPS Provisions for Emergency Engines" for more information.

It should be noted that additional revisions to the requirements in 40 CFR Part 63 Subpart ZZZZ are expected to be made in response to issues related to legal action associated with the allowable hours of operation provisions for emergency engines regarding engines used for demand response. Therefore, the requirements below may change in the future.

Note that as of the date of revised permit issuance **July 9, 2024**, the requirements in 40 CFR Part 63 Subpart ZZZZ promulgated after July 1, 2007 have not been adopted into Colorado Regulation No. 8, Part E by the Division and are therefore not state-enforceable.   In the event that the requirements in 40 CFR Part 63 Subpart ZZZZ promulgated after July 1, 2007 are adopted into Colorado Regulations, they will become state-enforceable.

*When do I have to comply with this subpart (§60.6595)*

8.1.1    If you have an existing stationary CI RICE with a site rating of less than or equal to 500 brake HP located a major source of HAP emissions, you must comply with the applicable emission limitations, operating limitations and other requirements no later than May 3, 2013. (§63.6595(a)(1))

*What emission limitations and other requirements must I meet if I own or operate an existing stationary RICE with a site rating of equal to or less than 500 brake HP located at a major source of HAP emissions (§63.6602)*

8.1.2    If you own or operate an existing stationary RICE with a site rating of equal to or less than 500 brake HP located at a major source of HAP emissions, you must comply with the emission limitations and other requirements in Table 2c of 40 CFR Part 63 Subpart ZZZZ which apply to you. Compliance with the numerical emission limitations established of 40 CFR Part 63 Subpart ZZZZ is based on the results of testing the average of three 1-hour runs using the testing requirements and procedures in §63.6620 and Table 4 of 40 CFR Part 63 Subpart ZZZZ. (§63.6602)

Note that these engines are not subject to emission limitations but are subject to work practice standards.

The requirements in Table 2c of 40 CFR Part 63 Subpart ZZZZ that apply to these engines are as follows:

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 33

8.1.2.1    Change oil and filter every 500 hours of operation or annually whichever comes first. (40 CFR Part 63 Subpart ZZZZ, Table 2c, item 1.a)

8.1.2.2    Inspect air cleaner every 1,000 hours of operation or annually whichever comes first. (40 CFR Part 63 Subpart ZZZZ ,Table 2c, item 1.b)

8.1.2.3    Inspect all hoses and belts every 500 hours of operation or annually whichever comes first, and replace as necessary. (40 CFR Part 63 Subpart ZZZZ Table 2c, item 1.c)

8.1.2.4    During periods of startup you must minimize the engine's time spent at idle and minimize the engine's startup time at startup to a period needed for appropriate and safe loading of the engine, not to exceed 30 minutes, after which time the non-startup emission limitations apply. (40 CFR Part 63 Subpart ZZZZ Table 2c, item 1)

Notwithstanding the above requirements, the following applies:

8.1.2.5    If an emergency engine is operating during an emergency and it is not possible to shut down the engine in order to perform the work practice requirements on the schedule required in Conditions 8.1.2.1through 8.1.2.3, or if performing the management practice on the required schedule would otherwise pose an unacceptable risk under Federal, State, or local law, the work practice can be delayed until the emergency is over or the unacceptable risk under Federal, State, or local law has abated. The work practice should be performed as soon as practicable after the emergency has ended or the unacceptable risk under Federal, State, or local law has abated. Sources must report any failure to perform the work practice on the schedule required and the Federal, State or local law under which the risk was deemed unacceptable. (40 CFR Part 63 Subpart ZZZZ, Table 2c, footnote 1)

8.1.2.6    Sources have the option to utilize an oil analysis program as described in Condition 8.1.9 in order to extend the specified oil change requirement in Condition 8.1.2.1. (40 CFR Part 63 Subpart ZZZZ, Table 2c, footnote 2)

8.1.2.7    Sources can petition the Administrator pursuant to the requirements of 40 CFR 63.6(g) for alternative work practices. (40 CFR Part 63 Subpart ZZZZ, Table 2c, footnote 3)

*What fuel requirements must I meet if I own or operate a stationary CI RICE? (§ 63.6604)*

8.1.3    Beginning January 1, 2015, if you own or operate an existing emergency CI stationary RICE with a site rating of more than 100 brake HP and a displacement of less than 30 liters per cylinder that uses diesel fuel and operates or is contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in Conditions 8.1.11.2.b and 8.1.11.2.c or that operates for the purpose specified in §

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 34 |

63.6640(f)(4)(ii), you must use diesel fuel that meets the requirements in 40 CFR 80.510(b) for nonroad diesel fuel, except that any existing diesel fuel purchased (or otherwise obtained) prior to January 1, 2015, may be used until depleted. (§ 63.6604(b))

*What are my general requirements for complying with this subpart? (§63.6605)*

8.1.4    You must be in compliance with the emission limitations, operating limitations and other requirements in this subpart that apply to you at all times. (§63.6605(a))

8.1.5    At all times you must operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. The general duty to minimize emissions does not require you to make any further efforts to reduce emissions if levels required by this standard have been achieved. Determination of whether such operation and maintenance procedures are being used will be based on information available to the Division which may include, but is not limited to, monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source. (§63.6605(b))

*What are my monitoring, installation, collection, operation, and maintenance requirements? (§63.6625)*

8.1.6    If you own or operate an existing emergency or black start stationary RICE with a site rating of less than or equal to 500 HP located at a major source of HAP emissions, you must operate and maintain the stationary RICE and after-treatment control device (if any) according to the manufacturer's emission-related written instructions or develop your own maintenance plan which must provide to the extent practicable for the maintenance and operation of the engine in a manner consistent with good air pollution control practice for minimizing emissions.  (§63.6625(e)(2))

8.1.7    If you own or operate an existing emergency stationary RICE with a site rating of less than or equal to 500 brake HP located at a major source of HAP emissions or an existing emergency stationary RICE located at an area source of HAP emissions, you must install a non-resettable hour meter if one is not already installed. (§63.6625(f))

8.1.8    If you operate a new or existing stationary engine, you must minimize the engine's time spent at idle during startup and minimize the engine's startup time to a period needed for appropriate and safe loading of the engine, not to exceed 30 minutes, after which time the emission standards applicable to all times other than startup in Tables 1a, 2a, 2c, and 2d of 40 CFR Part 63 Subpart ZZZZ apply. (§63.6625(h))

8.1.9    If you own or operate a stationary CI engine that is subject to the work, operation or management practices in Condition 8.1.2, you have the option of utilizing an oil analysis program in order to extend the specified oil change requirement in Condition

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 35 |

8.1.2.1. The oil analysis must be performed at the same frequency specified for changing the oil in Condition 8.1.2.1. The analysis program must at a minimum analyze the following three parameters: Total Base Number, viscosity, and percent water content. The condemning limits for these parameters are as follows: Total Base Number is less than 30 percent of the Total Base Number of the oil when new; viscosity of the oil has changed by more than 20 percent from the viscosity of the oil when new; or percent water content (by volume) is greater than 0.5. If all of these condemning limits are not exceeded, the engine owner or operator is not required to change the oil. If any of the limits are exceeded, the engine owner or operator must change the oil within 2 business days of receiving the results of the analysis; if the engine is not in operation when the results of the analysis are received, the engine owner or operator must change the oil within 2 business days or before commencing operation, whichever is later. The owner or operator must keep records of the parameters that are analyzed as part of the program, the results of the analysis, and the oil changes for the engine. The analysis program must be part of the maintenance plan for the engine. (§63.6625(i)

*How do I demonstrate continuous compliance with the emission limitations, operating limitations and other requirements? (§63.6640)*

8.1.10    You must demonstrate continuous compliance with each emission limitation, operating limitation and other requirements in Tables 1a and 1b, Tables 2a and 2b, Table 2c, and Table 2d [Conditions 8.1.2.1 through 8.1.2.4] to this subpart that apply to you according to methods specified in Table 6 to this subpart. (§63.6640(a))

8.1.10.1    Operating and maintaining the stationary RICE according to the manufacturer's emission-related operation and maintenance instructions (Subpart ZZZZ, Table 6, item 9.a.i); or

8.1.10.2    Develop and follow your own maintenance plan which must provide to the extent practicable for the maintenance and operation of the engine in a manner consistent with good air pollution control practice for minimizing emissions. (Subpart ZZZZ, Table 6, item 9.a.ii)

8.1.11    If you own or operate an emergency stationary RICE, you must operate the emergency stationary RICE according to the requirements in Conditions 8.1.11.1 through 8.1.11.3 of this permit. In order for the engine to be considered an emergency stationary RICE under 40 CFR Part 63 Subpart ZZZZ, any operation other than emergency operation, maintenance and testing, emergency demand response, and operation in non-emergency situations for 50 hours per year, as described in Conditions 8.1.11.1 through 8.1.11.3 of this permit, is prohibited. If you do not operate according to the requirements in Conditions 8.1.11.1 through 8.1.11.3 of this permit, the engine will not be considered an emergency engine under 40 CFR Part 63 Subpart ZZZZ and must meet all requirements for non-emergency engines. (§63.6640(f))

8.1.11.1    There is no time limit on the use of emergency stationary RICE in emergency situations. (§63.6640(f)(1))

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 36

8.1.11.2    You may operate your emergency stationary RICE for any combination of the purposes specified in Conditions 8.1.11.2.a through 8.1.11.2.c for a maximum of 100 hours per calendar year. Any operation for non-emergency situations as allowed Condition 8.1.11.3 counts as part of the 100 hours per calendar year allowed by this condition. (§63.6640(f)(2))

a. Emergency stationary RICE may be operated for maintenance checks and readiness testing, provided that the tests are recommended by federal, state or local government, the manufacturer, the vendor, the regional transmission organization or equivalent balancing authority and transmission operator, or the insurance company associated with the engine. The owner or operator may petition the Administrator for approval of additional hours to be used for maintenance checks and readiness testing, but a petition is not required if the owner or operator maintains records indicating that federal, state, or local standards require maintenance and testing of emergency RICE beyond 100 hours per calendar year. (§63.6640(f)(2)(i))

b. Emergency stationary RICE may be operated for emergency demand response for periods in which the Reliability Coordinator under the North American Electric Reliability Corporation (NERC) Reliability Standard EOP-002-3, Capacity and Energy Emergencies (incorporated by reference, see §63.14), or other authorized entity as determined by the Reliability Coordinator, has declared an Energy Emergency Alert Level 2 as defined in the NERC Reliability Standard EOP-002-3. (§63.6640(f)(2)(ii))

c. Emergency stationary RICE may be operated for periods where there is a deviation of voltage or frequency of 5 percent or greater below standard voltage or frequency. (§63.6640(f)(2)(iii))

8.1.11.3    Emergency stationary RICE located at major sources of HAP may be operated for up to 50 hours per calendar year in non-emergency situations. The 50 hours of operation in non-emergency situations are counted as part of the 100 hours per calendar year for maintenance and testing and emergency demand response provided in Condition 8.1.11.2 of this permit. The 50 hours per year for non-emergency situations cannot be used for peak shaving or non-emergency demand response, or to generate income for a facility to supply power to an electric grid or otherwise supply power as part of a financial arrangement with another entity. (§63.6640(f)(3))

*What reports must I submit and when? (§63.6650)*

8.1.12    If you own or operate an emergency stationary RICE with a site rating of more than 100 brake HP that operates or is contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in Conditions 8.1.11.2.b or

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 37 |

8.1.11.2.c, you must submit an annual report according to the requirements in 63.665(h)(1) - (3). (63.6650(h))

*What records must I keep?  (§63.6655)*

8.1.13    You must keep records of the maintenance conducted on the stationary RICE in order to demonstrate that you operated and maintained the stationary RICE and after-treatment control device (if any) according to your own maintenance plan if you own or operate an existing stationary emergency RICE. (§63.6655(e) and §63.6655(e)(2))

8.1.14    If you own or operate an existing emergency stationary CI RICE with a site rating of less than or equal to 500 brake Hp located at major source of HAP emissions that does not meet the standards applicable to non-emergency engines, you must keep records of the hours of operation of the engine that is recorded through the non-resettable hour meter. The owner or operator must document how many hours are spent for emergency operation, including what classified the operation as emergency and how many hours are spent for non-emergency operation. If the engine is used for the purposes specified Conditions 8.1.11.2.b or 8.1.11.2.c, the owner or operator must keep records of the notification of the emergency situation, and the date, start time, and end time of engine operation for these purposes. (§63.6655(f) and §63.6655(f)(1))

*In what form and how long must I keep my records?  (§ 63.6660)*

8.1.15    Records shall be kept in the form and for the duration specified in § 63.6660.

*What parts of the General Provisions apply to me? (§ 63.6665)*

8.1.16    Table 8 of Subpart ZZZZ shows which parts of the General Provisions in §§63.1 through 63.15 apply to you.  (§ 63.6665)  The general provisions that apply to these engines include, but are not limited to the following:

8.1.16.1    Prohibited activities in § 63.4(a).

8.1.16.2    Circumvention in § 63.4(b).

8.2    The **pipeline receipt station emergency generator** is subject to the requirements in 40 CFR Part 63 Subpart ZZZZ, "National Emission Standards for Hazardous Air Pollutants for Stationary Reciprocating Internal Combustion Engines", as follows:

Note that as of the date of revised permit issuance **July 9, 2024**, the requirements in 40 CFR Part 63 Subpart ZZZZ promulgated after July 1, 2007 have not been adopted into Colorado Regulation No. 8, Part E by the Division and are therefore not state-enforceable.  In the event that the Division adopts these requirements, these requirements will become both state and federally enforceable.

A new or reconstructed spark ignition 4 stroke rich burn (4SRB) stationary RICE with a site rating of less than or equal to 500 brake HP located at a major source of HAP emissions must meet the

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 38 |

requirements of this part by meeting the requirements of 40 CFR part 60 subpart JJJJ, for spark ignition engines. No further requirements apply for such engines under this part. (§ 63.6590(c)(4))

8.3     Sulfur dioxide emissions **from each engine** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit.

Daily $SO_2$ emissions **from each engine** shall be calculated, using the daily fuel consumption (as required by Condition 8.4) in the following equations:

For diesel fuel-fired engines:

$SO_2$ (lb/day) = 15 lbs S/$10^6$ lbs diesel x gal diesel/day x 7.05 lb diesel/gal of diesel x lb-mole S/32 lb S x lb-mole $SO_2$/lb-mole S x 64 lb $SO_2$/lb-mole $SO_2$

For propane fuel-fired engines:

$SO_2$ (lb/day) = 0.35 lb $SO_2$/1000 gal propane x gal propane/day

Where:     0.35 lb $SO_2$/1000 gal from San Diego County Air Pollution Control District calculation procedures, uncontrolled propane-fire engine

8.4     Fuel consumption **from each engine** shall be monitored and recorded daily, when the engine is operated. Recording fuel consumption/hours of operation is not required on days the engine is not operated. Daily fuel consumption shall be determined based on hours of operation for the engine and the maximum hourly fuel consumption rate for that engine (D002 (emergency fire pump engine) – 25.5 gal/hr, each, D003 (P1 control room emergency generator) – 8.1 gal/hr, P1AC1 & P1AC2 – 25 gal/hr, each and P1EG1 (pipeline receipt station emergency generator) – 27 gal/hr) (daily monitoring is required to demonstrate compliance with Colorado Regulation No. 1, Section VI requirements, as described in Conditions 8.3 and 38.1).

8.5     Sulfur Dioxide ($SO_2$) emissions **from each emergency fire pump and the P1 control room emergency generator engine** shall not exceed 0.8 lbs/MMBtu (Colorado Regulation No. 1, Section VI.B.4.b. (i)). In the absence of credible evidence to the contrary, compliance with the $SO_2$ emission limitation shall be presumed since only diesel fuel is permitted to be used as fuel in these engines.

8.6     Opacity of emissions from these engines shall not exceed the following:

8.6.1     Except as provided for in Condition 8.6.2 below, no owner or operator of a source shall allow or cause the emission into the atmosphere of any air pollutant which is in excess of 20% opacity (Colorado Regulation No. 1, Section II.A.1).

8.6.2     No owner or operator of a source shall allow or cause to be emitted into the atmosphere any air pollutant resulting from startup which is in excess of 30% opacity for a period or periods aggregating more than six (6) minutes in any sixty (60) consecutive minutes (Colorado Regulation No. 1, Section II.A.4).

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 39 |

Compliance with these limitations shall be monitored by conducting opacity observations in accordance with EPA Reference Method 9 as follows:

8.6.3    **For propane-fired engine (pipeline receipt station emergency generator).** In the absence of credible evidence to the contrary, compliance with the opacity requirements will be presumed since only propane is permitted to be used as fuel for this engine. The permittee shall maintain records that verify that only propane is used as fuel in this engine.

8.6.4    **For diesel fuel-fired engines (emergency fire pump engines, P1 control room emergency generator and emergency air compressors).** Compliance with the opacity limitations shall be monitored by conducting opacity observations in accordance with EPA Reference Method 9 as follows:

    8.6.4.1    Engine startup shall not exceed 30 minutes. An engine startup period of less than 30 minutes shall not require an opacity observation to monitor compliance with the opacity limit in Condition 8.6.2. A record shall be kept of the date and time the engine started and when it was shutdown.

    8.6.4.2    A Method 9 opacity observation shall be conducted annually (calendar year period). Annual opacity observations for an individual engine shall be separated by a period of four (4) months.

        If an engine is operated more than 250 hours in any calendar year period, a second opacity observation shall be conducted. If two opacity readings are conducted in the annual (calendar year) period, such readings shall be conducted at least thirty days apart.

    8.6.4.3    If an engine is not operated during the annual (calendar year) period, then no opacity observation is required.

    8.6.4.4    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

    8.6.4.5    All opacity observations shall be performed by an observer with current and valid Method 9 certification. Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

8.7    The **emergency air compressor engines** are subject to the requirements in 40 CFR Part 60 Subpart IIII, "Standards of Performance for Stationary Compression Ignition Internal Combustion Engines", as adopted by reference in Colorado Regulation No. 6, Part A, as follows:

The requirements below reflect the rule language in 40 CFR Part 60 Subpart IIII as of the latest revisions to 40 CFR Part 60 Subpart IIII published in the Federal Register on November 13, 2019.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 40 |

However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart IIII.

The D. C. Circuit Court issued a mandate on May 4, 2016 for vacatur for certain requirements allowing emergency engines to operate for limited hours for demand response. Upon issuance of the mandate § 60.4211(f)(2)(ii)-(iii) (Conditions 8.7.8.2.b and 8.7.8.2.c) have no legal effect. Operation of emergency engines is limited to emergency situations specified in 60.4211(f)(1) (Condition 8.7.8.1); maintenance checks and readiness testing for a limited number of hours per year as specified in 60.4211(f)(2)(i) (Condition 8.7.8.2.a); and certain non-emergency situations for a limited number of hours per year as specified in 60.4211(f)(3) (Condition 8.7.8.3). See EPA memorandum dated April 15, 2016 regarding "Guidance on Vacatur of RICE NESHAP and NSPS Provisions for Emergency Engines" for more information.

It should be noted that additional revisions to the requirements in 40 CFR Part 60 Subpart IIII are expected to be made in response to issues related to the vacatur or requirements associated with the allowable hours of operation provisions for emergency engines discussed in the above paragraph. If such revisions are finalized prior to issuance of the permit, they will be included in the permit.

*What emission standards must I meet for emergency engines if I am an owner or operator of a stationary CI internal combustion engine? (§ 60.4205)*

8.7.1    Owners and operators of 2007 model year and later emergency stationary CI ICE with a displacement of less than 30 liters per cylinder that are not fire pump engines must comply with the emission standards for new nonroad CI engines in §60.4202, for all pollutants, for the same model year and maximum engine power for their 2007 model year and later emergency stationary CI ICE. (§ 60.4205(b))

Stationary CI internal combustion engine manufacturers must certify their 2007 model year and later emergency stationary CI ICE with a maximum engine power less than or equal to 2,237 KW (3,000 HP) and a displacement of less than 10 liters per cylinder that are not fire pump engines to the emission standards specified in paragraphs (a)(1) through (2) of this section. (§ 60.4202(a))

For engines with a rated power greater than or equal to 37 KW (50 HP), the Tier 2 or Tier 3 emission standards for new nonroad CI engines for the same rated power as described in 40 CFR part 1039, appendix I, for all pollutants and the smoke standards as specified in 40 CFR 1039.105 beginning in model year 2007. (§ 60.4202(a)(2))

The specific emission limitations in 40 CFR 89.112 that apply to the **emergency air compressor engines** are as follows:

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 41 |

| Tier 3 requirements for Model Engines 225 $\leq$ kw < 450 kW | | |
|---|---|---|
| Emission Standards (g/kW-hr) | | |
| NMHC + NOX | CO | PM |
| 4.0 | 3.5 | 0.2 |

Note that the smoke standards in 40 CFR 89.113 do not apply because these engines are constant speed engines (89.113(c)(3))

*How long must I meet the emission standards if I am an owner or operator of a stationary CI internal combustion engine? (§60.4206)*

8.7.2    Owners and operators of stationary CI ICE must operate and maintain stationary CI ICE that achieve the emission standards as required in §§60.4204 and 60.4205 over the entire life of the engine.

*What fuel requirements must I meet if I am an owner or operator of a stationary CI internal combustion engine subject to this subpart? (§60.4207)*

8.7.3    Beginning October 1, 2010, owners and operators of stationary CI ICE subject to this subpart with a displacement of less than 30 liters per cylinder that use diesel fuel must use diesel fuel that meets the requirements of 40 CFR 1090.305 for nonroad diesel fuel, except that any existing diesel fuel purchased (or otherwise obtained) prior to October 1, 2010, may be used until depleted. (§60.4207(b))

The fuel limitations in 80.510(b) are: sulfur content of 15 ppm maximum for NR diesel fuel and 500 ppm maximum for LM diesel fuel and a minimum cetane index of 40 or a maximum aromatic content of 35 volume percent.

Compliance with the fuel limitations shall be monitored by sampling and analyzing each shipment of diesel fuel to determine the sulfur and cetane and/or aromatic content using appropriate ASTM methods, or equivalent if approved in advance by the Division. In lieu of sampling, vendor data may be used to verify that the diesel fuel delivered meets the sulfur and cetane and/or aromatic requirements.

*What are the monitoring requirements if I am an owner or operator of a stationary CI internal combustion engine? (§60.4209)*

8.7.4    If you are an owner or operator of an emergency stationary CI internal combustion engine that does not meet the standards applicable to non-emergency engines, you must install a non-resettable hour meter prior to startup of the engine. (§ 60.4209(a))

8.7.5    If you are an owner or operator of a stationary CI internal combustion engine equipped with a diesel particulate filter to comply with the emission standards in §60.4204, the diesel particulate filter must be installed with a backpressure monitor that notifies the owner or operator when the high backpressure limit of the engine is approached. (§60.4209(b))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 42 |

*What are my compliance requirements if I am an owner or operator of a stationary CI internal combustion engine? (§60.4211)*

8.7.6    If you are an owner or operator and must comply with the emission standards specified in this subpart, you must do all of the following, except as permitted under §60.4211(g) (Condition 8.7.9): (§60.4211(a))

   8.7.6.1    Operate and maintain the stationary CI internal combustion engine and control device according to the manufacturer's emission-related written instructions;

   8.7.6.2    Change only those emission-related settings that are permitted by the manufacturer; and

   8.7.6.3    Meet the requirements of 40 CFR part 1068, as they apply to you. (§60.4211(a)(1) – (3))

8.7.7    If you are an owner or operator of a 2007 model year and later stationary CI internal combustion engine and must comply with the emission standards specified in §60.4204(b) or §60.4205(b), or if you are an owner or operator of a CI fire pump engine that is manufactured during or after the model year that applies to your fire pump engine power rating in table 3 to this subpart and must comply with the emission standards specified in §60.4205(c), you must comply by purchasing an engine certified to the emission standards in §60.4204(b), or §60.4205(b) or (c), as applicable, for the same model year and maximum (or in the case of fire pumps, NFPA nameplate) engine power. The engine must be installed and configured according to the manufacturer's emission-related specifications, except as permitted under §60.4211(g) (Condition 8.7.9). (§60.4211(c))

8.7.8    If you own or operate an emergency stationary ICE, you must operate the emergency stationary ICE according to the requirements in 60.4211(f)(1) through (3) (Conditions 8.7.8.1 through 8.7.8.3). In order for the engine to be considered an emergency stationary ICE under this subpart, any operation other than emergency operation, maintenance and testing, emergency demand response, and operation in non-emergency situations for 50 hours per year, as described in 60.4211(f)(1) through (3) (Conditions 8.7.8.1 through 8.7.8.3), is prohibited. If you do not operate the engine according to the requirements in 60.4211(f)(1) through (3) (Conditions 8.7.8.1 through 8.7.8.3), the engine will not be considered an emergency engine under this subpart and must meet all requirements for non-emergency engines. (§ 60.4211(f))

   8.7.8.1    There is no time limit on the use of emergency stationary ICE in emergency situations. (60.4211(f)(1))

   8.7.8.2    You may operate your emergency stationary ICE for any combination of the purposes specified in 60.4211(f)(2)(i) through (iii) for a maximum of 100 hours per calendar year. Any operation for non-emergency situations as allowed by 60.4211(f)(3) counts as part of the 100 hours per calendar

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 43 |

year allowed by this paragraph (f)(2). (60.4211(f)(2))

    a. Emergency stationary ICE may be operated for maintenance checks and readiness testing, provided that the tests are recommended by federal, state or local government, the manufacturer, the vendor, the regional transmission organization or equivalent balancing authority and transmission operator, or the insurance company associated with the engine. The owner or operator may petition the Administrator for approval of additional hours to be used for maintenance checks and readiness testing, but a petition is not required if the owner or operator maintains records indicating that federal, state, or local standards require maintenance and testing of emergency ICE beyond 100 hours per calendar year. (60.4211(f)(2)(i))

    b. Emergency stationary ICE may be operated for emergency demand response for periods in which the Reliability Coordinator under the North American Electric Reliability Corporation (NERC) Reliability Standard EOP-002-3, Capacity and Energy Emergencies (incorporated by reference, see §60.17), or other authorized entity as determined by the Reliability Coordinator, has declared an Energy Emergency Alert Level 2 as defined in the NERC Reliability Standard EOP-002-3. (60.4211(f)(2)(ii))

    c. Emergency stationary ICE may be operated for periods where there is a deviation of voltage or frequency of 5 percent or greater below standard voltage or frequency. (60.4211(f)(2)(iii))

8.7.8.3    Emergency stationary ICE may be operated for up to 50 hours per calendar year in non-emergency situations. The 50 hours of operation in non-emergency situations are counted as part of the 100 hours per calendar year for maintenance and testing and emergency demand response provided in 60.4211(f)(2) (Condition 8.7.8.2). Except as provided in 60.4211(f)(3)(i), the 50 hours per calendar year for non-emergency situations cannot be used for peak shaving or non-emergency demand response, or to generate income for a facility to an electric grid or otherwise supply power as part of a financial arrangement with another entity. (60.4211(f)(3))

    a. The 50 hours per year for non-emergency situations can be used to supply power as part of a financial arrangement with another entity if all of the requirements in 60.4211(f)(3)(i)(A) through (E) are met. (60.4211(f)(3)(i))

8.7.9    If you do not install, configure, operate, and maintain your engine and control device according to the manufacturer's emission-related written instructions, or you change emission-related settings in a way that is not permitted by the manufacturer, you must demonstrate compliance as specified in § 60.4211(g)(1) through (3), as applicable. (§ 60.4211(g))

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                 Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 44

*What are my notification, reporting, and recordkeeping requirements if I am an owner or operator of a stationary CI internal combustion engine? (§60.4214)*

8.7.10    If the stationary CI internal combustion engine is an emergency stationary internal combustion engine, the owner or operator is not required to submit an initial notification. Starting with the model years in table 5 to this subpart, if the emergency engine does not meet the standards applicable to non-emergency engines in the applicable model year, the owner or operator must keep records of the operation of the engine in emergency and non-emergency service that are recorded through the non-resettable hour meter. The owner must record the time of operation of the engine and the reason the engine was in operation during that time. (§ 60.4214(b))

8.7.11    If the stationary CI internal combustion engine is equipped with a diesel particulate filter, the owner or operator must keep records of any corrective action taken after the backpressure monitor has notified the owner or operator that the high backpressure limit of the engine is approached. (§60.4214(c))

*What parts of the general provisions apply to me? (§60.4218)*

8.7.12    Table 8 to this subpart shows which parts of the General Provisions in §§60.1 through 60.19 apply to you.

Note that the relevant general provisions applicable to this engine are specified in Condition 56.3 of this permit.

8.8    The **emergency air compressor engines** are subject to the requirements in 40 CFR Part 63 Subpart ZZZZ, "National Emission Standards for Hazardous Air Pollutants for Stationary Reciprocating Internal Combustion Engines", as follows:

8.8.1    An affected source which meets either of the criteria in paragraphs (b)(1)(i) through (ii) of this section does not have to meet the requirements of this subpart and of subpart A of this part except for the initial notification requirements of §63.6645(f). (§63.6590(b)(1))

**Each emergency air compressor engine** meets the following criteria: The stationary RICE is a new or reconstructed emergency stationary RICE with a site rating of more than 500 brake HP located at a major source of HAP emissions that does not operate or is not contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in §63.6640(f)(2)(ii) and (iii). (63.6590(b)(1)(i))

8.8.2    If you are required to submit an Initial Notification but are otherwise not affected by the requirements of this subpart, in accordance with §63.6590(b), your notification should include the information in §63.9(b)(2)(i) through (v), and a statement that your stationary RICE has no additional requirements and explain the basis of the exclusion (for example, that it operates exclusively as an emergency stationary RICE if it has a site rating of more than 500 brake HP located at a major source of HAP emissions).

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                             Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 45 |

As specified in 63.6645(c), the initial notification must be submitted no later than 120 days after the engine becomes subject to this subpart (i.e., upon startup). The emergency air compressors commenced operation on January 28, 2020.

8.9    The **pipeline receipt station emergency generator** is subject to the requirements in 40 CFR Part 60 Subpart JJJJ, "Standards of Performance for Stationary Spark Ignition Internal Combustion Engines", as adopted by reference in Colorado Regulation No. 6, Part A, as follows:

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 60 Subpart JJJJ published in the Federal Register on June 29, 2021. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart JJJJ.

The D. C. Circuit Court issued a mandate on May 4, 2016 for vacatur for certain requirements allowing emergency engines to operate for limited hours for demand response. Upon issuance of the mandate § 60.4243(d)(2)(ii)-(iii) (Conditions 8.9.6.2.b and 8.9.6.2.c) have no legal effect. Operation of emergency engines is limited to emergency situations specified in 60.4243(d)(1) (Condition 8.9.6.1); maintenance checks and readiness testing for a limited number of hours per year as specified in 60.4243(d)(2)(i) (Condition 8.9.6.2.a); and certain non-emergency situations for a limited number of hours per year as specified in 60.4243(d)(3) (Condition 8.9.6.3). See EPA memorandum dated April 15, 2016 regarding "Guidance on Vacatur of RICE NESHAP and NSPS Provisions for Emergency Engines" for more information.

It should be noted that additional revisions to the requirements in 40 CFR Part 60 Subpart JJJJ are expected to be made in response to issues related to the vacatur or requirements associated with the allowable hours of operation provisions for emergency engines discussed in the above paragraph. If such revisions are finalized prior to issuance of the permit, they will be included in the permit.

These requirements have not been adopted into Colorado Regulation No. 6, Part A as of the date of this permit issuance **July 9, 2024**, and are therefore not state-enforceable. In the event that these requirements are adopted into Colorado Regulations, they will become state-enforceable and the emergency engine may be subject to APEN reporting and minor source permitting requirements.

*What emission standards must I meet if I am an owner or operator of a stationary SI internal combustion engine? (§60.4233)*

8.9.1    Owners and operators of stationary SI ICE with a maximum engine power greater than 19 KW (25 HP) manufactured on or after the applicable date in §60.4230(a)(4) that are rich burn engines that use LPG must comply with the emission standards in §60.4231(c) for their stationary SI ICE. (§60.4233(c))

Stationary SI internal combustion engine manufacturers must certify their stationary SI ICE with a maximum engine power greater than 19 KW (25 HP) (except emergency stationary ICE with a maximum engine power greater than 25 HP and less than 130

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 46 |

HP) that are rich burn engines that use LPG and that are manufactured on or after the applicable date in §60.4230(a)(2), or manufactured on or after the applicable date in §60.4230(a)(4) for emergency stationary ICE with a maximum engine power greater than or equal to 130 HP, to the certification emission standards and other requirements for new nonroad SI engines in 40 CFR part 1048. (§60.4231(c), includes just the language relevant to the engine)

The specific emission limitations in 40 CFR part 1048 that apply to this engine are shown in the table below:

| Pollutant | Emission Limitation |
|---|---|
| General Duty Standards | |
| HC + NO$_X$ | 2.7 g/kW-hr |
| CO | 4.0 g/kW-hr |
| Field Testing Standards | |
| HC + NO$_X$ | 3.8 g/kW-hr |
| CO | 6.5 g/kW-hr |

8.9.2 Owners and operators of stationary SI ICE that are required to meet standards that reference 40 CFR 1048.101 must, if testing their engines in use, meet the standards in that section applicable to field testing, except as indicated in paragraph (e) of this section. (§60.4233(h))

*How long must I meet the emission standards if I am an owner or operator of a stationary SI internal combustion engine? (§ 60.4234)*

8.9.3 Owners and operators of stationary SI ICE must operate and maintain stationary SI ICE that achieve the emission standards as required in §60.4233 over the entire life of the engine. (§60.4234)

*What are the monitoring requirements if I am an owner or operator of an emergency stationary SI internal combustion engine? (§60.4237)*

8.9.4 Starting on January 1, 2011, if the emergency stationary SI internal combustion engine that is greater than or equal to 130 HP and less than 500 HP that was built on or after January 1, 2011, does not meet the standards applicable to non-emergency engines, the owner or operator must install a non-resettable hour meter. (§60.4237(b))

*What are my compliance requirements if I am an owner or operator of a stationary SI internal combustion engine? (§ 60.4243)*

8.9.5 If you are an owner or operator of a stationary SI internal combustion engine that is manufactured after July 1, 2008, and must comply with the emission standards specified in §60.4233(a) through (c), you must comply by purchasing an engine certified to the emission standards in §60.4231(a) through (c), as applicable, for the same engine class and maximum engine power. In addition, you must meet one of the requirements specified in (a)(1) and (2) of this section. (§60.4243(a))

Air Pollution Control Division                                                        Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                                    Page 47

8.9.5.1     If you operate and maintain the certified stationary SI internal combustion engine and control device according to the manufacturer's emission-related written instructions, you must keep records of conducted maintenance to demonstrate compliance, but no performance testing is required if you are an owner or operator. You must also meet the requirements as specified in 40 CFR part 1068, subparts A through D, as they apply to you. If you adjust engine settings according to and consistent with the manufacturer's instructions, your stationary SI internal combustion engine will not be considered out of compliance. (§60.4243(a)(1))

8.9.5.2     If you do not operate and maintain the certified stationary SI internal combustion engine and control device according to the manufacturer's emission-related written instructions, your engine will be considered a non-certified engine, and you must demonstrate compliance according to (a)(2)(i) through (iii) of this section, as appropriate. (§60.4243(a)(2)) Note that (a)(2)(ii) is applicable, so only that paragraph was included.

a. If you are an owner or operator of a stationary SI internal combustion engine greater than or equal to 100 HP and less than or equal to 500 HP, you must keep a maintenance plan and records of conducted maintenance and must, to the extent practicable, maintain and operate the engine in a manner consistent with good air pollution control practice for minimizing emissions. In addition, you must conduct an initial performance test within 1 year of engine startup to demonstrate compliance. (§60.4243(a)(2)(ii))

8.9.6     If you own or operate an emergency stationary ICE, you must operate the emergency stationary ICE according to the requirements in paragraphs (d)(1) through (3) of this section. In order for the engine to be considered an emergency stationary ICE under this subpart, any operation other than emergency operation, maintenance and testing, emergency demand response, and operation in non-emergency situations for 50 hours per year, as described in Conditions 8.9.6.1 through 8.9.6.3, is prohibited. If you do not operate the engine according to the requirements in Conditions 8.9.6.1 through 8.9.6.3, the engine will not be considered an emergency engine under this subpart and must meet all requirements for non-emergency engines. (§60.4243(d))

8.9.6.1     There is no time limit on the use of emergency stationary ICE in emergency situations. (§60.4243(d)(1))

8.9.6.2     You may operate your emergency stationary ICE for any combination of the purposes specified in Conditions 8.9.6.2.a through c of this section for a maximum of 100 hours per calendar year. Any operation for non-emergency situations as allowed by Condition 8.9.6.3 of this section counts as part of the 100 hours per calendar year allowed by this Condition 8.9.6.2. (§60.4243(d)(2))

a. Emergency stationary ICE may be operated for maintenance checks and readiness testing, provided that the tests are recommended by federal, state or local government, the manufacturer, the vendor, the regional transmission organization or equivalent balancing authority and transmission operator, or the insurance company associated with the engine. The owner or operator may petition the Administrator for approval of additional hours to be used for maintenance checks and readiness testing, but a petition is not required if the owner or operator maintains records indicating that federal, state, or local standards require maintenance and testing of emergency ICE beyond 100 hours per calendar year. (§60.4243(d)(2)(i))

b. Emergency stationary ICE may be operated for emergency demand response for periods in which the Reliability Coordinator under the North American Electric Reliability Corporation (NERC) Reliability Standard EOP-002-3, Capacity and Energy Emergencies (incorporated by reference, see §60.17), or other authorized entity as determined by the Reliability Coordinator, has declared an Energy Emergency Alert Level 2 as defined in the NERC Reliability Standard EOP-002-3. (§60.4243(d)(2)(ii))

c. Emergency stationary ICE may be operated for periods where there is a deviation of voltage or frequency of 5 percent or greater below standard voltage or frequency. (§60.4243(d)(2)(iii))

8.9.6.3    Emergency stationary ICE may be operated for up to 50 hours per calendar year in non-emergency situations. The 50 hours of operation in non-emergency situations are counted as part of the 100 hours per calendar year for maintenance and testing and emergency demand response provided in Condition 8.9.6.2. Except as provided in Condition 8.9.6.3.a, the 50 hours per year for non-emergency situations cannot be used for peak shaving or non-emergency demand response, or to generate income for a facility to an electric grid or otherwise supply power as part of a financial arrangement with another entity. (§60.4243(d)(3))

a. The 50 hours per year for non-emergency situations can be used to supply power as part of a financial arrangement with another entity if all of the requirements in §62.4243(d)(3)(i)(A) through E) are met. (§60.4243(d)(3)(i))

8.9.7    If you are an owner or operator of a stationary SI internal combustion engine that is less than or equal to 500 HP and you purchase a non-certified engine or you do not operate and maintain your certified stationary SI internal combustion engine and control device according to the manufacturer's written emission-related instructions, you are required to perform initial performance testing as indicated in this section, but you are not required to conduct subsequent performance testing unless the stationary engine undergoes rebuild, major repair or maintenance. Engine rebuilding means to

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 49 |

overhaul an engine or to otherwise perform extensive service on the engine (or on a portion of the engine or engine system). For the purpose of this 60.4343(f), perform extensive service means to disassemble the engine (or portion of the engine or engine system), inspect and/or replace many of the parts, and reassemble the engine (or portion of the engine or engine system) in such a manner that significantly increases the service life of the resultant engine. (§60.4243(f))

*What are my notification, reporting, and recordkeeping requirements if I am an owner or operator of a stationary SI internal combustion engine? (§ 60.4245)*

8.9.8    Owners and operators of all stationary SI ICE must keep records of the following information:

    8.9.8.1    All notifications submitted to comply with this subpart and all documentation supporting any notification. (§60.4245(a)(1))

    8.9.8.2    Maintenance conducted on the engine. (§60.4245(a)(2))

    8.9.8.3    If the stationary SI internal combustion engine is a certified engine, documentation from the manufacturer that the engine is certified to meet the emission standards and information as required in 40 CFR parts 1048, 1054, and 1060, as applicable. (§60.4245(a)(3))

    8.9.8.4    If the stationary SI internal combustion engine is not a certified engine or is a certified engine operating in a non-certified manner and subject to §60.4243(a)(2), documentation that the engine meets the emission standards. (§60.4245(a)(4))

8.9.9    For all stationary SI emergency ICE greater than or equal to 130 HP and less than 500 HP manufactured on or after July 1, 2011 that do not meet the standards applicable to non-emergency engines, the owner or operator must keep records of the hours of operation of the engine that is recorded through the non-resettable hour meter. The owner or operator must document how many hours are spent for emergency operation, including what classified the operation as emergency and how many hours are spent for non-emergency operation. (§60.4245(b), includes just the language relevant to the engine)

8.9.10    If you own or operate an emergency stationary SI ICE with a maximum engine power more than 100 HP that operates or is contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in Conditions 8.9.6.2.b and c or that operates for the purposes specified in Condition 8.9.6.3.a, you must submit an annual report according to the requirements in §60.4245(e)(1) through (3). (§60.4245(e))

*What parts of the General Provisions apply to me? (§ 60.4246)*

Air Pollution Control Division                                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                                        Page 50

     8.9.11     Table 3 to this subpart shows which parts of the General Provisions in §§60.1 through 60.19 apply to you. (§ 60.4246)  These requirements include but are not limited to the following:

         8.9.11.1     The circumvention requirements in §60.12 (Condition 56.3)

8.10     The **pipeline receipt station emergency generator** must be fired with purchased propane from a dedicated line and isolated from the refinery's fuel gas system. Records of propane purchases shall be maintained and made available to the Division upon request.

Permit Number: 96OPAD120                                                         First Issued: 8/1/04
                                                                                Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 51 |

## 9. Solvent Usage

### D001 - Cold Cleaner Solvent Degreaser

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Work Practice Standards | 9.1 | | | Certification | Annually |
| Transfer and Storage of Waste Solvents | 9.2 | | | Certification | Annually |

Note that these emission units are exempt from the APEN reporting requirements in Regulation No. 3, Part A and the construction permit requirements in Regulation No. 3, Part B.

### D004 - Industrial Solvent Cleaning Operations

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Transfer and Storage of Waste Solvents | 9.2 | | | Certification | Annually |
| Industrial Solvent Cleaning Operations | 9.3 | Requirements apply if actual, uncontrolled VOC emissions from industrial solvent cleaning operations exceed 3 tons in a calendar year | | Applicability | |
| | | | | Recordkeeping and Calculation | Annual (Calendar Year) |
| | | | | See Colorado Regulation No. 25, Part B, Section II.E (Condition 9.3) | |
| APEN Reporting | 9.4 | | | See Condition 9.4 | |

9.1    The design and operation of these cold cleaner solvent degreasers shall meet the standards defined in Colorado Regulation 25, Part B, Section II.B, set forth below. The permittee's operating procedures for solvent cleaning shall include these requirements.

Control Equipment (Regulation No. 25, Part B, Section II.B.1)

9.1.1    Covers (Section II.B.1.a)

9.1.1.1    All cold-cleaners shall have a properly fitting cover. (II.B.1.a.(i))

9.1.1.2    Covers shall be designed to be easily operable with one hand under any of the conditions set forth in Section II.B.1.b.(ii)(A) through (C). (II.B.1.a.(ii))

9.1.2    Drainage Facility (Section II.B.1.b)

9.1.2.1    All cold-cleaners shall have a drainage facility that captures the drained liquid solvent from the cleaned parts. (Section II.B.1.b.(i))

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 52

> 9.1.2.2    For cold-cleaners using solvent which has a vapor pressure greater than 32 torr (0.62 psia) measured at 38 ºC (100 ºF) the drainage facility shall meet the requirements in either Section II.B.1.b.(ii)(A) or (B). (Section II.B.1.b.(ii))

9.1.3    A permanent, clearly visible sign shall be mounted on or next to the cold-cleaner. The sign shall list the operating requirements. (Section II.B.1.c)

9.1.4    Solvent spray apparatus shall not have a splashing, fine atomizing, or shower type action but rather should produce a solid, cohesive stream. Solvent spray shall be used at a pressure that does not cause excessive splashing. For solvents with a true vapor pressure above 32 torr (0.62 psia) at 38 ºC (100 ºF), or, for solvents heated above 50 ºC (120 ºF), one of the techniques specified in Section II.B.1.d.(i) or (ii) shall be used (Section II.B.1.d)

Operating Requirements (Regulation No. 25, Part B, Section II.B.2)

9.1.5    The cold-cleaner cover shall be closed whenever parts are not being handled within the cleaner confines. (Section II.B.2.a)

9.1.6    Cleaned parts shall be drained for at least 15 seconds and/or until dripping ceases. Any pools of solvent shall be tipped out on the clean part back into the tank. (Section II.B.2.b)

9.2    The transfer and storage of waste and used solvents from the cold cleaner solvent degreasers are subject to the following requirements (Colorado Regulation No. 25, Part B, Section II.A.3 and 4):

9.2.1    In any disposal or transfer of waste or used solvent, at least 80 percent by weight of the solvent/waste liquid shall be retained (i.e., no more than 20 percent of the liquid solvent/solute mixture shall evaporate or otherwise be lost during transfers).

9.2.2    Waste or used solvents shall be stored in closed containers unless otherwise required by law.

The permittee's operating procedures for the solvent vats and contracts and/or agreements with contractors to service these vats shall include these requirements.

9.3    Industrial solvent cleaning operations shall meet the requirements in Colorado Regulation No. 25, Part B, Section II.E set forth below in any calendar year when actual, uncontrolled VOC emissions from industrial solvent cleaning operations exceed the level specified in Section II.E.1 (Condition 9.3.1).

Control Requirements (Regulation No. 25, Part B, Section II.E.1)

9.3.1    The owner or operator of an industrial cleaning solvent operation with total combined uncontrolled actual VOC emissions equal to or greater than three (3) tons per calendar

---

Permit Number: 96OPAD120                                         First Issued: 8/1/04
                                                                Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 53

year (excluding VOC emissions from solvents used for cleaning operations that are exempt under Section II.E.4.) must (Section II.E.1):

9.3.1.1    Limit the VOC content of cleaning solvents to less than or equal to 0.42 lb of VOC/gal (50 grams VOC/liter) (Section II.E.1.a); or

9.3.1.2    Limit the composite partial vapor pressure of the cleaning solvent to 8 millimeters of mercury (mmHg) at 20 degrees Celsius (68 degrees Fahrenheit) (Section II.E.1.b); or

9.3.1.3    Reduce VOC emissions with an emission control system having a control efficiency of 90% or greater. (Section II.E.1.c)

Work Practice Requirements (Regulation No. 25, Part B, Section II.E.2)

9.3.2    The owner or operator of an industrial cleaning solvent operation must implement the following work practice requirements at all times to reduce VOC emissions from fugitive sources:

9.3.2.1    Cover open containers and used applicators in a manner that minimizes evaporation into the atmosphere (Section II.E.2.a);

9.3.2.2    Properly dispose of used solvent and shop towels (Section II.E.2.b); and

9.3.2.3    Implement good air pollution control practices that minimize emissions, including, but not limited to, using only volumes necessary for cleaning and maintaining cleaning equipment to be leak free. (Section II.E.2.c)

Monitoring, Recordkeeping and Reporting Requirements (Regulation No. 25, Part B, Section II.E.3)

9.3.3    The owner or operator of an industrial cleaning solvent operation must keep the following records for two (2) years and make them available for inspection by the Division upon request: (Section II.E.3.a) In lieu of retaining records for two years, records shall be kept as required by Section IV, Condition 22.b and c.

9.3.3.1    If applicable, records demonstrating that a listed exemption to this Section II.E. applies. (Section II.E.3.a.(i))

9.3.3.2    If applicable, monthly records such as safety data sheets or other analytical data from the industrial cleaning solvent manufacturer showing the VOC type and VOC content, or the composite partial vapor pressure at 20 degrees Celsius, and total amount of VOC-containing solvent used in solvent cleaning operations to demonstrate compliance with the control requirements in Sections II.E.1.a. and II.E.1.b. (Section II.E.3.a.(ii))

9.3.3.3    If applicable, monthly records sufficient to demonstrate compliance with the control requirement in Section II.E.1.c. (Section II.E.3.a.(iii))

9.3.3.4    Records of calendar year VOC emission estimates demonstrating whether

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 54 |

the industrial cleaning solvent operation meets or exceeds the applicability threshold in Section II.E.1. (Section II.E.3.a.(iv))

9.3.4    Compliance with the control requirements in Section II.E.1. must be demonstrated using one of the following methods as applicable:

9.3.4.1    Safety data sheets or other analytical data from the industrial cleaning solvent manufacturer to demonstrate compliance with Sections II.E.1.a and II.E.1.b. (Section II.E.3.b.(i));

9.3.4.2    A manufacturer guarantee of the control equipment's emission control efficiency and operation and maintenance of control equipment according to manufacturer's specifications to demonstrate compliance with Section II.E.1.c. (Section II.E.3.b.(ii)); or

9.3.4.3    A performance test conducted during representative operations using one of the methods in Section II.E.3.b.(iii)(A) or (B), as applicable (Section II.E.3.b.(iii))

Exemptions (Regulation No. 25, Part B, Section II.E.4)

9.3.5    Industrial cleaning solvent operations are not subject to Section II.E. if they are subject to a work practice or emission control requirement in another federally enforceable section of Regulation Number 7 that establishes RACT. (Section II.E.4.a)

As of the date of this permit issuance **July 9, 2024**, no exemptions have been identified for industrial solvent cleaning operations at this facility.

9.3.6    The VOC control requirements in Section II.E.1. do not apply to: the activities listed in  Section II.E.4.b.(i) through  (xi). (Section II.E.4.b)

9.4    In the event that actual, uncontrolled VOC emissions from industrial solvent cleaning operations exceed the level specified in Condition 9.3.1 (3 tons per year), an APEN shall be filed for industrial solvent cleaning operations. The APEN shall cover emissions from any industrial solvent cleaning operation that is not already reported on an APEN (e.g. solvents routed to a flare of the tank degassing thermal oxidizer).

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 55

## 10.    Cooling Towers – Plant 1: Y1, Y3 and Y4 and Plant 3: Y2

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring Method | Interval |
|---|---|---|---|---|---|
| Water Circulated | 10.1 | Y1: 21,549,600,000 gallons/year<br>Y2: 1,392,840,000 gallons/year<br>Y3: 3,679,000,000 gallons/year<br>Y4: 7,884,000,000 gallons/year | | Flow Monitors and Recordkeeping | Monthly |
| Total Dissolved Solids and Strippable Hydrocarbons Analysis | 10.2 | | | See Condition 10.2 | |
| **Y1 Cooling Tower:** Hours of Operation | 10.3 | | | Recordkeeping | Monthly |
| PM | 10.4 | Y1: 13.5 tons/year<br>Y4: 4.9 tons/year | See Condition 10.4 | Recordkeeping and Calculation | Monthly |
| PM$_{10}$ | | Y1: 13.5 tons/year<br>Y4: 4.9 tons/year | | | |
| VOC | | Y1: 34.6 tons/year<br>Y2: 2.2 tons/year<br>Y3: 1.85 tons/year<br>Y4: 12.4 tons/year | | | |
| Opacity | 10.5 | Not to Exceed 20% | | See Condition 10.5. | |
| MACT | 10.6 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| **Y2 and Y3:** PM and PM$_{10}$ Annual Emissions | 10.7 | | | Recordkeeping and Calculation | Annually |
| **Y3:** Restrictions on Relaxing Emission Limitations | 10.8 | See Condition 10.8 | | Certification | Annually |

10.1    Water Circulated through the **Cooling Towers Y1, Y2, Y3 & Y4)** shall not exceed the above limitations. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Section I.A.7 and Part C, Section III.B.7 based on the requested throughput on the APENs submitted June 10, 2015 and red-lined July 14, 2015) The quantity of water circulated **through each tower** shall be monitored and recorded monthly. **For Y3 and Y4,** the monthly quantity of water circulated shall be determined using flow meters. **For Y1 and Y2,** the monthly quantity of water circulated shall be determined using the maximum circulation rate (2,460,000 gal/hr for Y1 and 159,000 gal/hr for Y2) multiplied by hours of operation (as required by Condition 10.3). The monthly quantities of water circulated through each tower shall be used in separate twelve month rolling totals to monitor compliance with the annual limitations. Each month a new twelve month total shall be estimated using the previous twelve months data.

Air Pollution Control Division                                       Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit         Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 56

10.2    The total dissolved solids and strippable hydrocarbons from the **Plant 1 (Y1, Y3 & Y4) and Plant 3 (Y2) Cooling Towers** shall be determined as follows:

    10.2.1    Total dissolved solids shall be determined monthly using the measured monthly specific conductivity multiplied by 0.7. A copy of the procedures used to obtain the specific conductivity measurement shall be maintained and made available to the Division upon request. The monthly total dissolved solids shall be used as follows:

        10.2.1.1    The monthly total dissolved solids for **Y1 and Y4** shall be used to calculate monthly emissions as required by Condition 10.4.

        10.2.1.2    The monthly total dissolved solids for **Y2 and Y3** shall be used to calculate a calendar year annual average.

    10.2.2    Total strippable hydrocarbons shall be determined using the methods and frequency specified in Condition 53.56. The total strippable hydrocarbons shall be used to calculate VOC emissions as required by Condition 10.4.

10.3    Hours of operation from the **Y1 and Y2 Cooling Towers** shall be monitored and recorded monthly.  Hours of operation shall be used to determine the monthly quantity of water circulated (as required by Condition 10.1).

10.4    Particulate Matter (PM and $PM_{10}$) and Volatile Organic Compound (VOC) emissions from the **Plant 1 (Y1, Y3 & Y4) and Plant 3 (Y2) Cooling Towers** shall not exceed the above limitations. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Section I.A.7 and Part C, Section III.B.7 based on the emissions requested on the APENs submitted on June 10, 2015 and red-lined July 14, 2015 for towers Y-1, Y-2 and Y-4 and July 18, 2018 for tower Y-3) Monthly emissions **from each cooling tower** shall be calculated by the end of the subsequent month using the equations and information below:

PM and $PM_{10}$ emissions – Y1 and Y4 only.

PM = $PM_{10}$ (tons/mo) = Q x d x % drift x total dissolved solids/2000 lbs/ton

Where:   Q = water circulated, gal/mo
              d = density of water, lbs/gal = 8.34 lb/gal
              % drift = Y1 and Y4 - 0.005%, Y3 - 0.001%
              Total dissolved solids = total dissolved solids, in ppm (lbs solids/$10^6$ lbs water) - to be determined by Condition 10.2.  Emissions shall be calculated using monthly total dissolved solids.

VOC emissions – all towers

VOC equations are from "Air Stripping Method (Modified El Paso Method) for Determination of Volatile Organic Compound Emissions from Water Sources" Revision Number One, dated January 2003, Sampling Procedures Manual, Appendix P: Cooling Tower Monitoring, prepared by Texas Commission on Environmental Quality, January 31, 2003"

VOC (ppmw) = $\dfrac{\text{MW x (P x 0.03342 atm/inHg) x b x c}}{\text{R x (T + 273) x a}}$

Where:   a = sample water flow rate (ml/min)

---

Permit Number: 96OPAD120                                             First Issued: 8/1/04
                                                              Renewed: 7/9/2024

Air Pollution Control Division                                        Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 57

b = stripping air flow rate (ml/min)
c = concentration of compound in stripped air (ppmv)
M = molecular weight of methane (16.04 g/mole)
P = pressure in the stripping chamber (inHg), atmospheric = 27.8 inHg
R = ideal gas constant (82.054 ml-atm/mole-K)
T = stripping chamber temperature (°C)

VOC (tons/month) = C x Q x d/2000 lb/ton

Where:  C = concentration of air strippable compound in the water matrix (ppmw), determined by above equation
        Q = water circulated, gal/mo
        d = density of water, lbs/gal = 8.34 lb/gal

Monthly emissions from each cooling tower shall be used in separate twelve month rolling totals to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be estimated using the previous twelve months data.

10.5    Opacity of emissions **from each cooling tower** shall not exceed 20% (Colorado Regulation No. 1, Section II.A.1). In the absence of credible evidence to the contrary, compliance with the opacity standard shall be presumed, provided the drift eliminators on the towers are maintained and operated in accordance with manufacturers' requirements and good engineering practices.

10.6    The heat exchange systems (cooling tower and all petroleum refinery process unit heat exchangers that are in organic HAP service, as defined in 40 CFR Part 63 Subpart CC, serviced by that cooling tower) are subject to the requirements in 40 CFR Part 63 Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 53 of this permit.

10.7    For purposes of APEN reporting annual emissions of PM and $PM_{10}$ from the Y2 and Y3 Cooling Towers shall be calculated on an annual (calendar year) basis using the equation set forth in Condition 10.4, the average total solids concentrations (as required by Condition 10.2.1.2) and the annual (calendar year) throughput in Condition 10.1. Annual emissions calculations shall be conducted by February 1 of the subsequent calendar year. If annual (calendar year) emissions from either Y2 or Y3 exceed the APEN de minimis level, then a minor modification application shall be submitted within 30 days of completing the emissions calculations to include emissions limitations in the permit.

10.8    The requirements of Colorado Regulation No. 3, Part D shall apply at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Section VI.B.4).

Limitations were taken on the emission units addressed as part of the Clean Fuels Project (CFP) to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the CFP shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level. The emission units associated with the CFP are addressed in this Section II.10 (Y-3 Cooling Tower), as well Sections II.4 (Tanks T-52, T-774 and T-777), II.13 (Boilers B-6 and B-8), II.20 (TGU Incinerator H-25), II.21 (Process

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 58 |

Heaters H-1716 and H-1717), II.27 (Process Heater H-2101) and II.34 (F102 – Asphalt Unit Fugitives, F103 – No. 3 HDS Fugitives, F105 - No. 2 HDS Fugitives, F108 – Debutanizer Fugitives, F109 – No. 4 HDS Fugitives, F110 – Amine System Fugitives, F111 - SWS System Fugitives, F112 – Tank Farm Fugitives and F204 H2 Plant Drain Systems). The assessment of emission increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

It should be noted that at the time the CFP was permitted (application received January 29, 2004, permits issued May 24, 2004), the area in which the facility was located was designated as attainment or attainment maintenance for all pollutants.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 59

## 11.    Process Heater H-6 (rated at 14.4 MMBtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 11.1 | | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| | 11.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 11.1 | | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 11.1 | 1.87 tons/year | See Condition 11.1 | | |
| | 11.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 11.4 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condiition 11.4 | Recordkeeping and Calculation | Daily Monthly |
| $NO_x$ | 11.1 | 3.09 tons/year | 0.049 lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | | $5.39 \times 10^{-3}$ lbs/MMBtu | | |
| CO | | 5.17 tons/year | 0.082 lbs/MMBtu | | |
| Heat Input | 11.5 | 126,144,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 11.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (**State-Only**) | | | |
| MACT | 11.7 | Annual Tune-Up One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 11.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60, Subpart A (Condition 56) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 60 |

11.1 Emissions of air pollutants shall not exceed the limits listed in the above table. (As provided for in accordance with Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to set emissions limits at the levels included on the APEN submitted October 4, 2017) **For all pollutants except $SO_2$,** compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr with low $NO_X$ burners, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a) and the monthly fuel consumption (as required by Condition 11.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lbs/ton)

**For $SO_2$,** daily emissions shall be calculated using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 11.3) and the daily fuel consumption (as required by Condition 58) in the following equation.

$SO_2$ (lbs/day) = [daily fuel flow (Mscf/day) x $H_2S$ conc. (ppm) x 0.169 lb $SO_2$/ppm$H_2S$-1,000 Mscf]

1 ppm $H_2S$ = 0.169 lb $SO_2$/ 1,000 Mscf as shown in the equation below:

1 ppm $H_2S$ = (1 scf $H_2S$/$10^6$ scf FG) x lb-mole $H_2S$/379 scf $H_2S$ x lb-mole $SO_2$/lb-mole $H_2S$ x 64 lb $SO_2$/lb-mole $SO_2$ x $10^6$ scf FG/1,000 Mscf FG = 0.169 lb $SO_2$/1,000 Mscf FG

Daily $SO_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

Note that PM, $PM_{10}$ and VOC emission limits are not included in the permit for process heater H-6 but emissions from these pollutants shall be calculated and reported on revised APENs submitted for the unit.

11.2 This source is subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

11.3 This source is subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 45 of this permit. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate the Consent Decree (H-01-4430) requirement that heaters are subject to NSPS Subpart J. Consent Decree (H-01-4430), paragraph 69)

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 45.4.3.

11.4 Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
| | Renewed: 7/9/2024 |

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 61 |

of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions shall be calculated as set forth in Condition 11.1 of this permit.

11.5   The heat input (Btu per year, higher heating value (HHV)) shall not exceed 126,144,000,000 Btu per year. (As provided for in accordance with Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to set throughput limits at the levels included on the APEN submitted October 4, 2017) Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for this unit monthly. Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

11.6   This source is subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

11.7   This heater is subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

11.8   This heater is subject to the NSPS general provisions in 40 CFR part 60 Subpart A as set forth in Condition 56 of this permit. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate Consent Decree (H-01-4430) requirement that heaters are subject NSPS Subpart A. Consent Decree (H-01-4430), paragraph 69)

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 62

**12.    Process Heaters Without Annual Emission Limitations – H-10 (rated at 34.02 MMBtu/hr), H-11 (Rated at 29.76 MMBtu/hr), H-16 (Rated at 6.0 MMBtu/hr), H-18 (Rated at 6.0 MMBtu/hr), H-20 (Rated at 14.0 MMBtu/hr), H-21 (Rated at 24 MMBtu/yr), H-22 (Rated at 59.76 MMBtu/hr) and H-27 (Rated at 76.48 MMBtu/hr)**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 12.1 | | 7.6 lb/MMscf | Recordkeeping and Calculation | Annually |
| | 12.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| PM$_{10}$ | 12.1 | | 7.6 lb/MMscf | Recordkeeping and Calculation | Annually |
| SO$_2$ | 12.1 | | See Condition 12.1 | | Daily, Annually |
| | 12.3 | NSPS Subpart J Requirement: Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Emission Monitor | Continuous |
| | 12.4 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 12.4 | Recordkeeping and Calculation | Daily Monthly |
| NO$_X$ | 12.1 | | 100 lb/MMscf | Recordkeeping and Calculation | Annually |
| VOC | | | 5.5 lb/MMscf | | |
| CO | | | 84 lb/MMscf | | |
| Fuel Use | 12.5 | | | Recordkeeping | Daily Annually |
| Opacity | 12.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| **All Except H-21:** MACT | 12.7 | **For all but H-16 & H-18:** Annual Tune-Up **For H-16 & H-18:** Tune-Up Every Two Years One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 12.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit         Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                       Page 63

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|-----------|-------------------------|------------|-----------------|------------|---|
| | | | | Method | Interval |
| RACT | 12.9 | $NO_X$ emissions not to exceed 0.1 lb/MMBtu | | See Condition 72 | |
| | 12.10 | Combustion Process Adjustment Requirements | | See Condition 73 | |
| Regional Haze Requirements – **State-Only** | 12.11 | H-11: $NO_X$ – 12.78 tons/yr  H-27: $NO_X$ = 32.84 tons/yr | 100 lb/MMscf | Recordkeeping and Calculation | Monthly |

Heater H-21 is exempt from the APEN reporting requirements, as long as actual, uncontrolled emissions do not exceed the APEN de minimis level.

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

12.1   These emission units are subject to the APEN reporting and annual emission fee requirements. **For all pollutants except $SO_2$,** annual emissions **from each heater or boiler** shall be calculated using the emission factors in the above table (PM., $PM_{10}$ and VOC from AP-42, Section 1.4, dated 7/98, Table 1.4-2 and $NO_X$ and CO from AP-42, Section 1.4, dated 7/98, Table 1.4-1, boilers < 100 MMBtu/hr, uncontrolled. AP-42 emission factors converted to lb/MMBtu using a heat content of 1020 Btu/scf per footnote a) and actual fuel usage (as required by Condition 12.5) in the following equation:

Emissions (Tons/year) = [EF (lbs/MMscf) x fuel usage (MMscf/year]/2000 (lbs/ton)

**For $SO_2$,** daily emissions shall be estimated using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 12.3) and the daily fuel consumption (as required by Condition 58) in the following equation.

$SO_2$ (lbs/day) = [daily fuel flow (Mscf/day) x $H_2S$ conc. (ppm) x 0.169 lb $SO_2$/ppm$H_2S$-1,000 Mscf]

Note that the derivation of the constant 0.169 lb $SO_2$/ppm $H_2S$-1,000 Mscf is shown in Condition 11.1.

Daily $SO_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions, monthly $SO_2$ emissions shall be summed to determine annual $SO_2$ emissions.

12.2   These sources are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

12.3   These sources are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 45 of this permit. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to include Consent Decree (H-01-4430) requirement that heaters are subject to NSPS Subpart J. Consent Decree (H-01-4430), paragraph 69)

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 45.4.3.

12.4    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from **each heater** shall be calculated as set forth in Condition 12.1 of this permit.

12.5    Refinery fuel gas will be monitored as set forth in Condition 58 of this permit. Records will be made available for inspection upon request (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Fuel use for each unit will be monitored and recorded annually.

12.6    These sources are subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

12.7    **With the exception of H-21**, these sources are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

H-21 does not meet the definition of a process heater in §63.7575 since the combustion gases from H-21 come into direct contact with the process materials of the FCCU regenerator., therefore, H-21 is not subject to the requirements in Subpart DDDDD.

12.8    These sources are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7, III.B.7 to include Consent Decree (H-01-4430) requirement that heaters are subject to NSPS Subpart A. Consent Decree (H-01-4430), paragraph 69)

12.9    Except as provided for in Colorado Regulation No. 3, Part E, Section II.A.2, these emissions subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in Condition 72.

Note that the exemption in Colorado Regulation No. 26, Part B, Section II.A.d.f (Condition 72.1.3) does not apply until approval of the adopted by the AQCC on December 17, 2021 into Regulation No. 23 (effective January 30, 2022) are approved into Colorado's Round 2 Regional Haze SIP.

12.10    These emission units are subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on each heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

12.11    **State-Only Requirement. Heaters H-11 and H-27** are subject to the requirements in Colorado Regulation No. 23, "Regional Haze Limits", as follows:

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 65 |

Note that the language below is from Colorado Regulation No. 23, adopted by the Colorado Air Quality Control Commission (AQCC) on December 17, 2021 (effective January 30, 2022). However, if revisions to Colorado Regulation No. 23 are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Colorado Regulation No. 23.

12.11.1   $NO_X$ emissions shall not exceed the following limitations (Colorado Regulation No. 23, Section IV.F.3):

    12.11.1.1   For H-11: 12.78 tons/yr, on a 12-month rolling total

    12.11.1.2   For H-17: 32.84 tons/yr, on a 12-month rolling total

12.11.2   Compliance with the emission limits in Section IV.F.3. (Condition 12.11.1) must be determined by recording fuel consumption and calculating monthly emissions using the emission factors in the following table. Monthly emissions must be calculated by the end of the subsequent month. Monthly emissions must be used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve-month total must be calculated using the previous twelve months of data. The owner/operator must calculate emissions in the applicable units. (Colorado Regulation No. 23, Section V.A.2.e.(i))

| Process Heater | Emission Factor |
|---|---|
| H-11, H-27 | 100 lb/MMscf |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 66

## 13. Process Boilers B6 (Rated at 111.0 MMBtu/hr) and B8 (rated at 161.0 MMBtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 13.1 | B6: 3.59 tons/year<br>B8: 5.20 tons/year | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| | 13.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 13.1 | B6: 3.59 tons/year<br>B8: 5.20 tons/year | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 13.1 | B6: 12.70 tons/year<br>B8: 18.40 tons/year | See Condition 13.1.4 | | |
| | 13.3 | NSPS Subpart J Requirement:<br>Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuously |
| | 13.4 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 13.4 | Recordkeeping and Calculation | Daily Monthly |
| $NO_X$ | 13.1 | B6: 19.45 tons/year<br>B8: 28.21 tons/year | CEMS | Continuous Emission Monitoring System | Continuous |
| | 13.7 | 0.040 lb/MMBtu based on 365 day rolling average | | | |
| VOC | 13.1 | B6: 2.60 tons/year<br>B8: 3.77 tons/year | $5.39 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| CO | 13.1 | B6: 19.45 tons/year<br>B8: 28.21 tons/year | CEMS | Continuous Emission Monitoring System | Continuously |
| | 13.8 | 0.060 lb/MMBtu based on 24 hour rolling average<br>0.040 lb/MMBtu based on 365 day rolling average<br>During Turndown: 0.08 lb/MMBtu based on 7 day rolling average, in lieu of the 0.060 lb/MMBtu limit | | | |
| Fuel Use | 13.5 | B6: 972,360,000,000 Btu/year<br>B8: 1,410,360,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 13.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| MACT | 13.9 | Annual Tune-Up<br>One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 67

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NSPS General Provisions | 13.10 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| RACT | 13.11 | $NO_X$ emissions not to exceed 0.2 lb/MMBtu, on a 30-day rolling average | | Continuous Emission Monitoring System | Continuously |
| | 13.12 | Combustion Process Adjustment Requirements | | See Condition 73 | |
| Restrictions on Relaxing Emission Limitations | 13.13 | See Condition 13.13 | | Certification | Annually |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

13.1  Emissions of air pollutants shall not exceed the limits listed in the above table. (Colorado Construction Permits 02AD0326 and 02AD0327). Compliance with the annual limits shall be monitored as follows:

13.1.1  **For PM, PM10 and VOC**, compliance with the annual limitations shall be monitored by calculating monthly emissions **from each boiler** using the emission factors in the above table (from AP-42, Section 1.4. dated 7/98, Table 1.4-2, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a) and the monthly fuel consumption (as required by Condition 13.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lbs/ton)

Monthly emissions **from each boiler** shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

13.1.2  For $NO_X$, compliance with the annual limits shall be monitored using the $NO_X$ continuous emission monitoring system (CEMS) required by Condition 13.7 as follows:

For any hour is which fuel is fired in the boiler, the permittee shall program the data acquisition and handling system to calculate lb/hr of $NO_X$ emissions in accordance with the requirements in Condition 59.1.1.3.b and 40 CFR Part 60.

Specifically hourly mass $NO_X$ emissions (in lb/hr) shall be calculated **for each boiler** using the following equation:

$E_h = F_d \times C_d \times MW/385.3 \times 10^{-6} \times (20.9/(20.9 - \%O_2)) \times H_g$

Where:        $E_h$ = mass emissions (lb/hr)

---

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 68

$F_d$ = fuel factor, dry, scf/MMBtu (calculated from on-site analyzers)
$C_d$ = $NO_X$ concentration, dry basis, ppm
MW = $NO_X$ molecular weight, 46.01 lb/mol
$Q_d$ = volumetric flow rate, dry basis, scfm
$\%O_2$ = $O_2$ concentration, dry basis (from $O_2$ CEMS)
$H_g$ = heat input rate (MMBtu/hr)

The resulting $NO_X$ lb/hr value is then multiplied by the unit operating time for the boiler for that hour to produce a $NO_X$ lbs value. The hourly $NO_X$ mass emissions (lbs) shall be summed and divided by 2000 to determine monthly $NO_X$ emissions (in tons).

Monthly emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

13.1.3     For CO, compliance with the annual limits shall be monitored using the CO CEMS required by Condition 13.8, as follows:

For any hour is which fuel is fired in the boiler, the permittee shall program the data acquisition and handling system to calculate lb/hr of CO emissions in accordance with the requirements in Condition 59.1.1.3.b and 40 CFR Part 60.

Specifically hourly mass CO emissions (in lb/hr) shall be calculated **for each boiler** using the following equation:

$E_h = F_d$ x $C_d$ x MW/385.3 x $10^{-6}$ x (20.9/(20.9 - $\%O_2$)) x $H_g$

Where:     $E_h$ = mass emissions (lb/hr)
$F_d$ = fuel factor, dry, scf/MMBtu (calculated from on-site analyzers)
$C_d$ = CO concentration, dry basis, ppm
MW = CO molecular weight, 28 lb/mol
$Q_d$ = volumetric flow rate, dry basis, scfm
$\%O_2$ = $O_2$ concentration, dry basis (from $O_2$ CEMS)
$H_g$ = heat input rate (MMBtu/hr)

The resulting CO lb/hr value is then multiplied by the unit operating time for the boiler for that hour to produce a CO lbs value. Hourly CO mass emissions (lbs) shall be summed and divided by 2000 to determine monthly CO emissions (in tons).

Monthly emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

13.1.4     **For SO₂**, daily emissions **from each boiler** shall be estimated using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 13.3) and the daily fuel consumption (as required by Condition 58)

$SO_2$ (lbs/day) = [daily fuel flow (Mscf/day) x $H_2S$ conc. (ppm) x 0.169 lb $SO_2$/ppm$H_2S$-1,000 Mscf]

Note that the derivation of the constant 0.169 lb $SO_2$/ppm $H_2S$-1,000 Mscf is shown in Condition 11.1.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 69

Daily $SO_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions. Monthly emissions **from each boiler** shall be used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

13.2     These boilers are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

13.3     These boilers are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 45 of this permit. (Colorado Construction Permits 02AD0326 and 02AD0326 and Consent Decree (H-01-4430), paragraph 69)

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 45.4.3.

13.4     Sulfur dioxide emissions from these boilers shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from **each boiler** shall be calculated as set forth in Condition 13.1.4 of this permit.

13.5     Consumption of refinery fuel gas from these boilers shall not exceed the following:

Boiler B6: 972,360,000,000 Btu (HHV) per year. (Colorado Construction Permit 02AD0326)

Boiler B8: 1,410,360,000,000 Btu (HHV) per year (Colorado Construction Permit 02AD0327)

Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for each boiler monthly. Monthly quantities of fuel used in each boiler shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

13.6     These boilers are subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

13.7     $NO_X$ emissions **from each boiler** shall not exceed 0.040 lb NOx/MMBtu on a 365-day rolling average. (Colorado Construction Permits 02AD0326 and 02AD0327 and Consent Decree (H-01-4430), paragraph 55(d)) $NO_X$ CEMS shall be used to monitor compliance with the annual (365-day rolling average basis) $NO_X$ emissions limitations.  The $NO_X$ CEMS shall be certified, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (Consent Decree (H-01-4430), paragraphs 55(d) and 64)

13.8     Upon installation of $NO_X$ Controls at a specific heater or boiler, Suncor shall limit the CO emissions from that Controlled Heater and Boiler to 0.060 lb/MMBtu (HHV) on a 24-hour rolling

Air Pollution Control Division

Suncor Energy (U.S.A.) Inc.

Colorado Operating Permit

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Permit #96OPAD120

Page 70

average basis and 0.040 lb/MMBtu on a 365-day rolling average basis, except during Turndown Operations where Suncor shall limit CO emissions to 0.08 lb/MMBtu on a 7-day rolling average basis in lieu of the 0.060 lb/MMBtu CO limit. Turndown Operations shall be defined as a period when the specific heater or boiler is firing at a rate that is less than 30% of the heater or boilers maximum firing rate in MMBtu/hr. CO emissions during periods of startup, shutdown and malfunctions will not be used for determining compliance with the 24-hour or 7-day rolling average basis limits, provided Suncor implements good air pollution control practices to minimize emissions during such periods. If Suncor demonstrates that meeting these limits is not technically feasible, the Suncor may request and EPA may approve alternative limits. (Colorado Construction Permits 02AD0327 and 02AD0326 and Consent Decree (H-01-4430), paragraph 73(a), as modified under the provisions of Section I, Condition 1.3, to include full language from Consent Decree (H-01-4430), paragraph 73(a) per December 9, 2008 minor modification.)

Determination of whether good air pollution control practices are being used will be based on information available to the Division which may include, but is not limited to, monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source.

If Suncor requests and EPA approves alternative CO limits Suncor shall submit an application to modify this permit within 30 days of EPA's approval of alternative CO limits to incorporate the alternative CO limits into this permit.

CO CEMS shall be used to monitor compliance with the 24-hour and annual (365-day rolling average basis) CO emissions limitations. The CO CEMS shall be certified, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate the Consent Decree (H-01-4430) requirement to use CO CEMS for boilers. Consent Decree (H-01-4430), paragraphs 55(d) and 64)

13.9    These boilers are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

13.10   These boilers are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate the Consent Decree (H-01-4430) requirement that boilers are subject to NSPS Subpart A. Consent Decree (H-01-4430), paragraph 69)

13.11   Boilers B6 and B8 are subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in Condition 72.

13.12   These emission units are subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual,

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                 Page 71

uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on each boiler's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

13.13  The requirements of Colorado Regulation No. 3, Part D shall apply at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Section VI.B.4).

Limitations were taken on the emission units addressed as part of the Clean Fuels Project (CFP) to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the CFP shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level. The emission units associated with the CFP are addressed in this Section II.13 (Boilers B-6 and B-8), as well as Sections II.4 (Tanks T52, T774 and T777), II.10 (Y-3 Cooling Tower), II.20 (TGU Incinerator H-25), II.21 (Process Heaters H-1716 and H-1717), II.27 (Process Heater H-2101) and II.34 (F102 – Asphalt Unit Fugitives, F103 – No. 3 HDS Fugitives, F105 - No. 2 HDS Fugitives, F108 – Debutanizer Fugitives, F109 – No. 4 HDS Fugitives, F110 – Amine System Fugitives, F111 - SWS System Fugitives, F112 – Tank Farm Fugitives and F204 $H_2$ Plant Drain Systems). The assessment of emission increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

It should be noted that at the time the CFP was permitted (application received January 29, 2004, permits issued May 24, 2004), the area in which the facility was located was designated as attainment or attainment maintenance for all pollutants.

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 72

## 14.   Process Heaters H-13 (Rated at 6.8 MMBtu/hr)  and H-17 (Rated at 58.4 MMBtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring Method | Monitoring Interval |
|---|---|---|---|---|---|
| PM | 14.1 | H-17: 1.89 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 14.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 14.1 | H-17: 1.89 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 14.1 | H-13: 0.87 ton/year H-17: 7.45 tons/year | See Condition 14.1 | Recordkeeping and Calculation | Monthly |
| | 14.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf | | Continuous Monitoring System | Continuous |
| | 14.4 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 14.4 | Recordkeeping and Calculation | Daily Monthly |
| $NO_X$ | 14.1 | H-13: 2.89 tons/year H-17: 24.83 tons/year | 0.098 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | H-17: 1.37 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | H-13: 2.43 tons/year H-17: 20.86 tons/year | 0.082 lb/MMBtu | | |
| Fuel Use | 14.5 | H-13: 59,568,000,000 Btu/year H-17: 511,584,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 14.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (State-Only) | | | |
| MACT | 14.7 | H-13: Tune-Up Every Two Years H-17: Annual Tune-Up One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDDD (Condition 63) | |
| NSPS General Provisions | 14.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| RACT | 14.9 | $NO_X$ emissions not to exceed 0.1 lb/MMBtu | | See Condition 72 | |
| | 14.10 | Combustion Process Adjustment Requirements | | See Condition 73 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 73 |

3-hour period (See 73 FR 35852).

14.1   Emissions of air pollutants shall not exceed the limits listed in the above table (Colorado Construction Permits 85AD027-1 (H-13) and 84AD027 (H-17) and Colorado Regulation No. 23, Section VI.F.3 for H-17 $NO_X$ limit). **For all pollutants except $SO_2$**, compliance with the annual limitations shall be monitored by calculating monthly emissions **for each heater** using the emission factors in the above table (from AP-42, Section 1.4. dated 3/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, uncontrolled, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a. For H-17 the $NO_X$ emission factor is required by Regulation No. 23, Section V.A.2.3.(i) to be used in emission calculations.) and the monthly fuel consumption (as required by Condition 14.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/ 2000 (lbs/ton)

**For $SO_2$**, daily emissions shall be estimated using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 14.3) and the daily fuel consumption (as required by Condition 58) in the following equation.

$SO_2$ (lbs/day) = [daily fuel flow (Mscf/day) x $H_2S$ conc. (ppm) x 0.169 lb $SO_2$/ppmH$_2$S-1,000 Mscf]

Note that the derivation of the constant 0.169 lb $SO_2$/ppm $H_2S$-1,000 Mscf is shown in Condition 11.1.

Daily $SO_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

Note that PM, $PM_{10}$ and VOC emission limits are not included in the permit for process heater H-13 but emissions from these pollutants shall be calculated and reported on revised APENs.

14.2   These sources are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

14.3   These sources are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 45 of this permit.

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 45.4.3.

14.4   Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from **each heater** shall be calculated as set forth in Condition 14.1 of this permit.

14.5   Consumption of refinery fuel gas through these heaters shall not exceed the following:

| | |
|---|---|
| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 74

H-13: 59,568,000,000 Btu (HHV) per year. (Colorado Construction Permit 85AD027-1)

H-17: 511,584,000,000 Btu (HHV) per year (Colorado Construction Permit 84AD027)

Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for each unit monthly. Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

14.6    These sources are subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.3 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

14.7    These heaters are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

14.8    These heaters are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

14.9    Except as provided for in Colorado Regulation No. 3, Part E, Section II.A.2, these emissions subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in Condition 72.

Note that the exemption in Colorado Regulation No. 26, Part B, Section II.A.d.f (Condition 72.1.3) does not apply until the requirements adopted by the AQCC on December 17, 2021 into Regulation No. 23 (effective January 30, 2022) are approved into Colorado's Round 2 Regional Haze SIP.

14.10   These emission units are subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on each heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 75

## 15.    Process Heater H-19 (Rated at 29.18 MMBtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring Method | Monitoring Interval |
|---|---|---|---|---|---|
| PM | 15.1 | 0.96 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
|  | 15.2 | See Conditions 36.1 |  | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 15.1 | 0.96 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 15.1 | 3.44 tons/year | See Condition 15.1 | Recordkeeping and Calculation | Monthly |
|  | 15.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] |  | Continuous Monitoring System | Continuous |
|  | 15.4 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 15.4 | Recordkeeping and Calculation | Daily Monthly |
| $NO_X$ | 15.1 | 15.34 tons/year | 0.12 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC |  |  | $5.39 \times 10^{-3}$ lb/MMBtu |  |  |
| CO |  | 10.54 tons/year | 0.082 lb/MMBtu |  |  |
| Fuel Use | 15.5 | 256,000,000,000 Btu/year |  | Recordkeeping | Daily Monthly |
| Opacity | 15.6 | Not to exceed 20%, except as provided for below |  | Fuel Restriction | Only Gaseous Fuel is Used |
|  |  | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes |  |  |  |
|  |  | Not to exceed 20% - (**State-Only**) |  |  |  |
| MACT | 15.7 | Annual Tune-Up One Time Facility Energy Assessment- |  | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 15.8 | See 40 CFR Part 60 Subpart A (Condition 56) |  | See 40 CFR Part 60 Subpart A (Condition 56) | |
| RACT | 15.9 | $NO_X$ emissions not to exceed 0.1 lb/MMBtu |  | See Condition 72 | |
|  | 15.10 | Combustion Process Adjustment Requirements |  | See Condition 73 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

Air Pollution Control Division                                  Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 76

15.1  Emissions of air pollutants shall not exceed the limits listed in the above table. (Colorado Construction Permit 90AD524, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise PM, PM$_{10}$ and CO emissions as indicated in January 12, 2007 modification request). **For all pollutants except SO$_2$**, compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (PM, PM$_{10}$, CO and VOC from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, uncontrolled, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a and NO$_X$ from manufacturer) and the monthly fuel consumption (as required by Condition 15.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/ 2000 (lbs/ton)

**For SO$_2$**, daily emissions shall be estimated using the daily average H$_2$S concentration (as determined using the continuous monitoring system required by Condition 15.3) and the daily fuel consumption (as required by Condition 58) in the following equation.

SO$_2$ (lbs/day) = [daily fuel flow (Mscf/day) x H$_2$S conc. (ppm) x 0.169 lb SO$_2$/ppmH$_2$S-1,000 Mscf]

Note that the derivation of the constant 0.169 lb SO$_2$/ppm H$_2$S-1,000 Mscf is shown in Condition 11.1.

Daily SO$_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily SO$_2$ emissions shall be summed to determine monthly SO$_2$ emissions.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

Note that a VOC emission limit is not included in the permit for but VOC emissions shall be calculated and reported on revised APENs.

15.2  This source is subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

15.3  This source is subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 45 of this permit.

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous H$_2$S monitoring system as specified in Condition 45.4.3.

15.4  Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily SO$_2$ emissions from this heater shall be calculated as set forth in Condition 15.1 of this permit.

15.5  Consumption of gaseous fuel in the heater shall not exceed 256,000,000,000 Btu (HHV) per year. (Colorado Construction Permit 90AD524) Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 77 |

once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for this unit monthly. Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

15.6     This source is subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.3 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

15.7     This heater is subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

15.8     This heater is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

15.9     Except as provided for in Colorado Regulation No. 3, Part E, Section II.A.2, these emissions subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in Condition 72.

15.10    These emission units are subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on the heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
|  | Renewed: 7/9/2024 |

Air Pollution Control Division                                           Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 78

## 16.   Process Heaters H-28 (Rated at 35.6 MMBtu/hr), H-29 (Rated at 35.6 MMBtu/hr), and H-30 (Rated at 17.4 MMBtu/hr) and Catalytic Reforming Unit P104

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 16.1 | 3.1 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 16.2 | See Conditions 36.1 | | Fuel Type | N/A |
| $PM_{10}$ | 16.1 | 3.1 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 16.1 | 10.5 tons/year | See Condition 16.1 | Recordkeeping and Calculation | Monthly |
| | 16.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 16.4 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 16.4 | Recordkeeping and Calculation | Daily Monthly |
| $NO_X$ | 16.1 | 20.4 tons/year | 0.049 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 2.2 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | 34.2 tons/year | 0.082 lb/MMBtu | | |
| Fuel Use | 16.5 | 776,136,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 16.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - **(State-Only)** | | | |
| Reforming Unit[2]: MACT | 16.7 | For initial catalyst depressuring and catalyst purging: vent emissions to a flare For coke burn-off and catalyst rejuvenation[3]: daily HCl concentration not to exceed 27 ppmv | | See 40 CFR Part 63 Subpart UUU (Condition 54) | |
| NSPS General Provisions | 16.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| H-28, H-29 & H-30 - MACT | 16.9 | Annual Tune-Up One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| RACT | 16.10 | $NO_X$ emissions not to exceed 0.1 lb/MMBtu | | See Condition 72 | |

Permit Number: 96OPAD120                                                    First Issued: 8/1/04
                                                                                      Renewed: 7/9/2024

Air Pollution Control Division                                   Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 79

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| | 16.11 | Combustion Process Adjustment Requirements | | See Condition 73 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

[2]Note that the catalytic reforming unit (CRU) is not generally a source of emissions. Emissions from the CRU during catalyst depressuring and purging operations are routed to the main plant flare (emissions are reported on that APEN. Fugitive VOC emissions from piping components are reported on the APEN for   Emissions from the CRU during coke burn-off and catalyst rejuvenation are below the APEN de minimis level so an APEN for this activity is not required.  However, the CRU is subject to requirements in 40 CFR Part 63 Subpart UUU and so it has been included in this permit.

[3]Note that the emission limitations is actually 30 ppmv HCl, on a dry basis, corrected to the 3% $O_2$. The above HCl concentration represents the operating limit established by the performance test.

16.1    Emissions of air pollutants **from heaters H-28, H-29 and H-30 combined** shall not exceed the limits listed in the above table (Colorado Construction Permit 86AD059 and Colorado Regulation No. 23, Section IV.F.3 for $NO_X$ emissions). **For all pollutants except SO₂,** compliance with the annual limitations shall be monitored by calculating monthly emissions **from each heater** using the emission factors in the above table (from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, with low $NO_X$ burners, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a. The $NO_X$ emission factor is required by Colorado Regulation No. 23, Section V.A.2.3.(i) to be used in emission calculations.) and the monthly fuel consumption (as required by Condition 16.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lbs/ton)

For SO₂, daily emissions **from each heater** shall be estimated using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 16.3) and the daily fuel consumption (as required by Condition 58) in the following equation.

SO₂ (lbs/day) = [daily fuel flow (Mscf/day) x $H_2S$ conc. (ppm) x 0.169 lb $SO_2$/ppm$H_2S$-1,000 Mscf]

Note that the derivation of the constant 0.169 lb SO₂/ppm $H_2S$-1,000 Mscf is shown in Condition 11.1.

Daily SO₂ emissions for the month shall be calculated by the end of the subsequent month. Daily SO₂ emissions shall be summed to determine monthly SO₂ emissions (daily monitoring is required to demonstrate compliance with Colorado Regulation No. 1, Section VI requirements, as described in Conditions 16.4 and 38.1).

Monthly emissions from each heater shall be calculated by the end of the subsequent month and summed to get combined monthly emissions from heaters H-28, H-29 and H-30. Combined monthly emissions from heaters H-28, H-29 and H-30 shall be used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 80

16.2    The heaters are subject to the particulate matter emission limit set forth in Condition 36.1 of this permit.

16.3    The heaters are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 45 of this permit.

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 45.4.3.

16.4    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from each heater shall be calculated as set forth in Condition 16.1 of this permit.

16.5    Total consumption of refinery fuel gas **in heaters H-28, H-29 and H-30 combined**, shall not exceed 776,136,000,000 Btu (HHV) per year. (Colorado Construction Permit 86AD059, as modified under the provisions of Section I, Condition 1.3 to reflect the fuel limit (in Btu/yr) in the November 18, 1996 version of 86AD059) Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use **for each heater** monthly. Monthly quantities of fuel used for each heater shall be summed together to get combined monthly fuel use from heaters H-28, H-29 and H-30. The combined monthly fuel use from heaters H-28, H-29 and H-30 shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

16.6    These sources are subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.3 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

16.7    The catalytic reforming unit (P104) is subject to 40 CFR Part 63, Subpart UUU, National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units, as set forth in Condition 54 of this permit.

16.8    These heaters are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

16.9    Heaters H-28, H-29 and H-30 are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

16.10   Except as provided for in Colorado Regulation No. 3, Part E, Section II.A.2, these emissions subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in Condition 72.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 81 |

Note that the exemption in Colorado Regulation No. 26, Part B, Section II.A.d.f (Condition 72.1.3) does not apply until the requirements adopted by the AQCC on December 17, 2021 into Regulation No. 23 (effective January 30, 2022) are approved into Colorado's Round 2 Regional Haze SIP.

16.11    These emission units are subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on each heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

---

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 82

## 17. Process Heaters H-31 (Rated at 23.56 MMBtu/hr) and H-32 (Rated at 37.8 MMbtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 17.1 | 3.68 tons/year | 0.0137 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 17.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| PM$_{10}$ | 17.1 | 3.68 tons/year | 0.0137 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| SO$_2$ | 17.1 | 7.66 tons/year | See Condition 17.1 | | |
| | 17.3 | NSPS Subpart J Requirement: Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average | | Continuous Emission Monitor | Continuous |
| | 17.4 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 17.4 | Recordkeeping and Calculation | Daily Monthly |
| NO$_X$ | 17.1 | 32.25 tons/year | 0.12 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | | 5.39 x 10$^{-3}$ lb/MMBtu | | |
| CO | | 16.39 tons/year | 0.0610 lb/MMBtu | | |
| Fuel Use | 17.5 | 537,520,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 17.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (**State-Only**) | | | |
| MACT | 17.7 | Annual Tune-Up One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 17.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | 40 CFR Part 60 Subpart A (Condition 56) | |
| RACT | 17.9 | NO$_X$ emissions not to exceed 0.1 lb/MMBtu | | See Condition 72 | |
| | 17.10 | Combustion Process Adjustment Requirements | | See Condition 73 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 83 |

17.1    Emissions of air pollutants **from heaters H-31 and H-32 combined** shall not exceed the limits listed in the above table (Colorado Construction Permit 91AD180-1). **For all pollutants except SO$_2$**, compliance with the annual limitations shall be monitored by calculating monthly emissions **from each heater** using the emission factors the above table (PM, PM$_{10}$ and CO from construction permit, VOC from AP-42, Section 1.4. dated 7/93 (AP-42 Version 4, September 1985 with Supplements A-F (updated 7/93)), Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, uncontrolled, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a and NO$_X$ from manufacturer) and the monthly fuel consumption (as required by Condition 17.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lb/ton)

**For SO$_2$**, daily emissions **from each heater** shall be estimated using the daily average H$_2$S concentration (as determined using the continuous monitoring system required by Condition 17.3) and the daily fuel consumption (as required by Condition 58) in the following equation.

SO$_2$ (lbs/day) = [daily fuel flow (Mscf/day) x H$_2$S conc. (ppm) x 0.169 lb SO$_2$/ppmH$_2$S-1,000 Mscf]

Note that the derivation of the constant 0.169 lb SO$_2$/ppm H$_2$S-1,000 Mscf is shown in Condition 11.1.

Daily SO$_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily SO$_2$ emissions shall be summed to determine monthly SO$_2$ emissions.

Monthly emissions **from each heater** shall be calculated by the end of the subsequent month and summed together to get combined monthly emissions from heaters H-31 and H-32. Combined monthly emissions from heaters H-31 and H-32 shall be used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

Note that a VOC emission limit is not included in the permit for but VOC emissions from each heater shall be calculated, summed together and reported on revised APENs

17.2    These sources are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

17.3    These sources are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 45  of this permit.

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous H$_2$S monitoring system as specified in Condition 45.4.3.

17.4    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily SO$_2$ emissions from each heater shall be calculated as set forth in Condition 17.1 of this permit.

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 84

17.5    Consumption of gaseous fuel **in heaters H-31 and H-32 combined** shall not exceed 537,520,000,000 Btu (HHV) per year. (Colorado Construction Permit 91AD180-1) Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for each heater monthly. Monthly quantities of fuel used for each heater shall be summed together to get combined monthly fuel use from heaters H-31 and H-32. The combined monthly fuel use from heaters H-31 and H-32 shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

17.6    These sources are subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.3 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

17.7    These heaters are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

17.8    These heaters are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

17.9    Except as provided for in Colorado Regulation No. 3, Part E, Section II.A.2, these emissions subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in Condition 72.

17.10   These emission units are subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on each heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

---

Permit Number: 96OPAD120                                           First Issued: 8/1/04
                                                                   Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 85

## 18.    Process Heaters H-33 (Rated at 7.680 lb/MMBtu) and H-37 (Rated at 57.25 MMBtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 18.1 | **H-37:** 1.87 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 18.2 | See Conditions 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| PM$_{10}$ | 18.1 | **H-37:** 1.87 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| SO$_2$ | 18.1 | **H-37:** 7.45 tons/year | See Condition 18.1 | | |
| | 18.3 | <u>NSPS Subpart J Requirements:</u> Fuel gas shall not contain H2S in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 18.4 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 18.4 | Recordkeeping and Calculation | Daily Monthly |
| NO$_x$ | 18.1 | **H-33:** 1.72 tons/year | 0.051 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | | **H-37:** 10.41 tons/year | 0.042 lb/MMBtu | | |
| VOC | | **H-37:** 1.35 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | **H-33:** 2.76 tons/year **H-37:** 20.56 tons/year | 0.082 lb/MMBtu | | |
| Fuel Use | 18.5 | **H-33:** 67,277,000,000 Btu/year **H-37:** 501,422,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 18.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (**State-Only**) | | | |
| MACT | 18.7 | **H-33:** Tune-Up Every Two Years **H-37:** Annual Tune-Up One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 18.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 86 |

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| **H-37 Only:** RACT | 18.9 | NO$_X$ emissions not to exceed 0.1 lb/MMBtu | | See Condition 72 | |
| | 18.10 | Combustion Process Adjustment Requirements | | See Condition 73 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

18.1    Emissions of air pollutants shall not exceed the limits listed above (Colorado Construction Permit 91AD180-2, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emissions limitations requested on APENs submitted October 4, 2017 (for H-33) and October 13, 2020 (for H-37) and Colorado Regulation No. 23, Section IV.F.3 for H-37 NO$_X$ emissions). **For all pollutants except SO$_2$**, compliance with the annual limitations shall be monitored by calculating monthly emissions **from each heater** using the emissions factors in the above table (PM, PM$_{10}$, NO$_X$ (H-37 – w/o ULNB), CO and VOC: from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, for boilers < 100 MMBtu/hr, uncontrolled, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a and NO$_X$: for H-33 based on performance tests conducted in 2002 and for H-37 based on NSPS Ja limit converted to lb/MMBtu. The NO$_X$ emission factor for H-37 is required by Colorado Regulation No. 23, Section V.A.2.3.(i) to be used in emission calculations.) and the monthly fuel consumption (as required by Condition 18.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lbs/ton)

**For SO$_2$**, daily emissions **from each heater** shall be estimated using the daily average H$_2$S concentration (as determined using the continuous monitoring system required by Condition 18.3) and the daily fuel consumption (as required by Condition 58) in the following equation.

SO$_2$ (lbs/day) = [daily fuel flow (Mscf/day) x H$_2$S conc. (ppm) x 0.169 lb SO$_2$/ppmH$_2$S-1,000 Mscf]

Note that the derivation of the constant 0.169 lb SO$_2$/ppm H$_2$S-1,000 Mscf is shown in Condition 11.1.

Daily SO$_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily SO$_2$ emissions shall be summed to determine monthly SO$_2$ emissions.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

Note that PM, PM$_{10}$, SO$_2$ and VOC emission limits are not included in the permit for process heater H-33 but emissions from these pollutants shall be calculated and reported on revised APENs submitted for the unit.

18.2    These heaters are subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 87

18.3    These heaters are subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum
Refineries, as set forth in Condition 45 of this permit.

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous $H_2S$ monitoring
system as specified in Condition 45.4.3.

18.4    Sulfur dioxide emissions from these heaters shall be included when evaluating compliance with
the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For
purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions
from each heater shall be calculated as set forth in Condition 17.1 of this permit.

18.5    Consumption of gaseous fuel in heaters shall not exceed 67,277,000,000 Btu (HHV) per year **for
H-33** and 501,422,000,000 Btu (HHV) per year **for H-37**. (Colorado Construction Permit
91AD180-2, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation
No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limitations requested on
the APENs submitted October 4, 2017 (for H-33) and October 13, 2020 (for H-37)) Refinery fuel
gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for
each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limits
shall be monitored by recording the fuel use for each heater monthly. Monthly quantities of fuel
used shall be used in a twelve month rolling total to monitor compliance with the annual
limitations.  Each month new twelve month rolling totals shall be calculated using the previous
twelve months data.

18.6    These heaters are subject to the opacity limits set forth in Conditions 35.1, 35.2, and 35.3 of this
permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

18.7    These heaters are subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for
Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process
Heaters, as set forth in Condition 63of this permit.

18.8    These heaters are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth
in Condition 56 of this permit.

18.9    Except as provided for in Colorado Regulation No. 3, Part E, Section II.A.2, **Heater H-37** is
subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting
requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in
Condition 72.

Note that the exemption in Colorado Regulation No. 26, Part B, Section II.A.d.f (Condition 72.1.3)
does not apply until the requirements adopted by the AQCC on December 17, 2021 into Regulation
No. 23 (effective January 30, 2022) are approved into Colorado's Round 2 Regional Haze SIP.

18.10    **Heater H-37** is subject to the combustion process adjustment requirements in Colorado Regulation
No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual,
uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

Air Pollution Control Division                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                              Page 88

of these requirements is based on each heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                      Page 89

## 19.    Process Boiler B4 (Rated at 130.0 MMBtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 19.1 | 4.98 tons/year | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| | 19.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 19.1 | 4.98 tons/year | $7.45 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 19.1 | 6.54 tons/year | See Condition 19.1.3 | | |
| | 19.3 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 19.3 | Recordkeeping and Calculation | Daily Monthly |
| NSPS Subpart Ja | 19.4 | Fuel gas shall not contain $H_2S$ in excess of: 162 ppmv, on a 3-hour rolling average, and 60 ppmv, on a 365 day rolling average | | Continuous Monitoring System | Continuously |
| $NO_X$ | 19.1 | 34.2 tons/year | CEMS | Continuous Emission Monitoring System | Continuously |
| NSPS Db | 19.5 | $NO_X$: 0.20 lb/MMBtu, on a 30-day rolling average | | | |
| | | Annual Capacity Factor | | Recordkeeping and Calculation | Daily Monthly |
| VOC | 19.1 | 3.61 tons/year | $5.39 \times 10^{-3}$ lbs/MMBtu | Recordkeeping and Calculation | Monthly |
| CO | | 55.1 tons/year | 0.082 lb/MMBtu | | |
| Fuel Use | 19.6 | 1,138,800 MMBtu/year | | Recordkeeping | Daily Monthly |
| Opacity | 19.7 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - (**State-Only**) | | | |
| MACT | 19.8 | Annual Tune-Up One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| NSPS General Provisions | 19.9 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 90

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| RACT | 19.10 | Combustion Process Adjustment Requirements | | See Condition 73 | 13.12 |
| Regional Haze Requirements – **State-Only** | 19.11 | $NO_X$: - 0.06 lb/MMBtu, on a 30-day rolling average | | Continuous Emission Monitoring System | Continuously |

19.1     Emissions of air pollutants are subject to the following requirements:

19.1.1     PM, $PM_{10}$, CO and VOC emissions shall not exceed the limits listed in the above summary table. (Colorado Construction Permit 20AD0714) Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (from AP-42, Section 1.4. dated 7/98, Tables 1.4-1 and 1.4-2, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a) and the monthly fuel consumption (as required by Condition 13.5) in the equation below:

Emissions (Tons/Month) = [EF (lbs/MMBtu) x fuel usage (MMBtu/month)]/2000 (lbs/ton)

Monthly emissions shall be calculated by the end of the subsequent month and used in twelve-month rolling totals to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculated using the previous twelve months data.

19.1.2     $NO_X$ emissions shall not exceed the limits listed in the above summary table. (Colorado Construction Permit 20AD0714) Compliance with the annual limits shall be monitored using the $NO_X$ continuous emission monitoring system (CEMS) required by Condition 13.7 as follows:

For any hour is which fuel is fired in the boiler, the permittee shall program the data acquisition and handling system to calculate lb/hr of $NO_X$ emissions in accordance with the requirements in Condition 59.1.1.3.b and 40 CFR Part 60.

Specifically hourly mass $NO_X$ emissions (in lb/hr) shall be calculated using the following equation:

$E_h = F_d \times C_d \times MW/385.3 \times 10^{-6} \times (20.9/(20.9 - \%O_2)) \times H_g$

Where:     $E_h$ = mass emissions (lb/hr)
           $F_d$ = fuel factor, dry, scf/MMBtu (calculated from on-site analyzers)
           $C_d$ = $NO_X$ concentration, dry basis, ppm
           MW = $NO_X$ molecular weight, 46.01 lb/mol
           $Q_d$ = volumetric flow rate, dry basis, scfm
           $\%O_2$ = $O_2$ concentration, dry basis (from $O_2$ CEMS)
           $H_g$ = heat input rate (MMBtu/hr)

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 91 |

The resulting $NO_X$ lb/hr value is then multiplied by the unit operating time for the boiler for that hour to produce a $NO_X$ lbs value. The hourly $NO_X$ mass emissions (lbs) shall be summed and divided by 2000 to determine monthly $NO_X$ emissions (in tons).

Monthly emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

19.1.3   $SO_2$ emissions shall not exceed the limits listed in the above summary table. (Colorado Construction Permit 20AD0714) Compliance with the annual limitation shall be monitored by calculating $SO_2$ emissions daily as described below

Daily $SO_2$ emissions shall be estimated using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 19.4) and the daily fuel consumption (as required by Condition 58) (daily monitoring is required to demonstrate compliance with Colorado Regulation No. 1, Section VI requirements, as described in Conditions 19.3 and 38.1).

$SO_2$ (lbs/day) = [daily fuel flow (Mscf/day) x $H_2S$ conc. (ppm) x 0.169 lb $SO_2$/ppm$H_2S$-1,000 Mscf]

Note that the derivation of the constant 0.169 lb $SO_2$/ppm $H_2S$-1,000 Mscf is shown in Condition 11.1.

Daily $SO_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions. Monthly emissions shall be used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

19.2   This boiler is subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

19.3   Sulfur dioxide emissions from this boiler shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from the boiler shall be calculated as set forth in Condition 19.1.3 of this permit.

19.4   This boiler is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

Compliance with the Subpart Ja fuel gas limits shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 46.14.

19.5   This boiler is subject to the requirements in 40 CFR Part 60 Subpart Db, "Standards of Performance for Industrial-Commercial-Institutional Steam Generating Units", as adopted by reference in Colorado Regulation No. 6, Part A, as follows (Colorado Construction Permit 20AD0714):

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 92 |

The requirements below reflect the rule language in 40 CFR Part 60 Subpart Db as of the latest revisions to 40 CFR Part 60 Subpart Db published in the Federal Register on February 27, 2014. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart Db.

*Standard for nitrogen oxides (§60.44b)*

19.5.1    On and after the date on which the initial performance test is completed or is required to be completed under 60.8, whichever date is first, no owner or operator of an affected facility that commenced construction after July 9, 1997 shall cause to be discharged into the atmosphere from that affected facility any gases that contain NOx (expressed as NO2) in excess of 86 ng/J (0.20 lb/MMBtu) heat input if the affected facility combusts coal, oil, or natural gas (or any combination of the three), alone or with any other fuels. (60.44b(l)(1))

19.5.2    For purposes of 60.44b(i) (Condition 19.5.3), the $NO_X$ standards under this section apply at all times including periods of startup, shutdown, or malfunction. (60.44b(h))

19.5.3    Except as provided under 60.44b(j), compliance with the emission limits under this section is determined on a 30-day rolling average basis. (60.44b(i))

*Compliance and performance test methods and procedures for nitrogen oxides (§60.46b)*

19.5.4    Compliance with the $NO_X$ emission standards under §60.44b (Condition 19.5.1) shall be determined through performance testing under 60.46b(e) or (f) (Condition 19.5.5), or under 60.46b(g) and (h), as applicable. (60.46b(c))

19.5.5    To determine compliance with the emission limits for $NO_X$ required under §60.44b (Condition 19.5.1), the owner or operator of an affected facility shall conduct the performance test as required under §60.8 using the continuous system for monitoring $NO_X$ under §60.48(b). (60.46b(e))

19.5.5.1    For the initial compliance test, $NO_X$ from the steam generating unit are monitored for 30 successive steam generating unit operating days and the 30-day average emission rate is used to determine compliance with the $NO_X$ emission standards under §60.44b (Condition 19.5.1). The 30-day average emission rate is calculated as the average of all hourly emissions data recorded by the monitoring system during the 30-day test period. (60.44b(e)(1))

19.5.5.2    Following the date on which the initial performance test is completed or required to be completed under §60.8, whichever date comes first, the owner or operator of an affected facility that has a heat input capacity of 73 MW (250 MMBtu/hr) or less and that combusts natural gas, distillate oil, gasified coal, or residual oil having a nitrogen content of 0.30 weight percent or less shall upon request determine compliance with the $NO_X$

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 93 |

standards in §60.44b through the use of a 30-day performance test. During periods when performance tests are not requested, $NO_X$ emissions data collected pursuant to §60.48b(g)(1) (Condition 19.5.8) or §60.48b(g)(2) are used to calculate a 30-day rolling average emission rate on a daily basis and used to prepare excess emission reports, but will not be used to determine compliance with the $NO_X$ emission standards. A new 30-day rolling average emission rate is calculated each steam generating unit operating day as the average of all of the hourly $NO_X$ emission data for the preceding 30 steam generating unit operating days. (60.44b(e)(4))

*Emission monitoring for nitrogen (§60.48b)*

19.5.6    Except as provided under 6048b(g), (h), and (i), the owner or operator of an affected facility subject to a $NO_X$ standard under §60.44b (Condition 19.5.1) shall comply with either 60.48b(b)(1) or (b)(2). (60.48b(b))

19.5.6.1    Install, calibrate, maintain, and operate CEMS for measuring $NO_X$ and $O_2$ (or $CO_2$) emissions discharged to the atmosphere, and shall record the output of the system. (60.48b(b)(1))

The CEMS shall meet the CEMS requirements in Condition 59.

19.5.7    The 1-hour average $NO_X$ emission rates measured by the continuous $NO_X$ monitor required by 60.48b(b) (Condition 19.5.6 and required under §60.13(h) (Conditions 59.2.3 through 59.2.5) shall be expressed in ng/J or lb/MMBtu heat input and shall be used to calculate the average emission rates under §60.44b. The 1-hour averages shall be calculated using the data points required under §60.13(h)(2) (Condition 59.2.4). (60.48b(d)).

19.5.8    The owner or operator of an affected facility that has a heat input capacity of 73 MW (250 MMBtu/hr) or less, and that has an annual capacity factor for residual oil having a nitrogen content of 0.30 weight percent or less, natural gas, distillate oil, gasified coal, or any mixture of these fuels, greater than 10 percent (0.10) shall comply with the provisions of 60.48b(b), (c), (d), (e)(2), (e)(3), and (f) (Conditions 19.5.6, 19.5.7 and 59.5) . (60.48(g)(1))

*Reporting and Recordkeeping Requirements (§60.49b)*

19.5.9    Except as provided in 60.49b(d)(2), the owner or operator of an affected facility shall record and maintain records as specified in 60.49b(d)(1) (see below). (60.49b(d))

19.5.9.1    The owner or operator of an affected facility shall record and maintain records of the amounts of each fuel combusted during each day and calculate the annual capacity factor individually for coal, distillate oil, residual oil, natural gas, wood, and municipal-type solid waste for the reporting period. The annual capacity factor is determined on a 12-month

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 94

rolling average basis with a new annual capacity factor calculated at the end of each calendar month. (60.49b(d)(1))

19.5.10    Except as provided under 60.49b(p), the owner or operator of an affected facility subject to the $NO_X$ standards under §60.44b (Condition 19.5.1) shall maintain records of the information in 60.49b(g)(1) through (10) for each steam generating unit operating day. (60.49b(g))

19.6    Consumption of refinery fuel gas from this boiler shall not exceed 1,138,800 MMBtu/year (Colorado Construction Permit 20AD0714). Refinery fuel gas will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use monthly. Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

19.7    This boiler is subject to the opacity limits set forth in Conditions 35.1, 35.2 and 35.3 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

19.8    This boiler is subject to 40 CFR Part 63 Subpart DDDDD, National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, as set forth in Condition 63 of this permit.

19.9    This boiler is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit. (Colorado Construction Permit 20AD0714)

19.10    This boiler is subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

19.11    **State-Only Requirement.** This boiler is subject to the requirements in Colorado Regulation No. 23, "Regional Haze Limits", as follows:

Note that the language below is from Colorado Regulation No. 23, adopted by the Colorado Air Quality Control Commissions (AQCC) on December 17, 2021 (effective January 30, 2022). However, if revisions to Colorado Regulation No. 23 are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Colorado Regulation No. 23.

19.11.1    $NO_X$ emissions shall not exceed 0.06 lb/MMBtu, on a 30-day rolling average (Colorado Regulation No. 23, Section IV.F.3):

19.11.2    At all times after the compliance deadline specified in Regulation Number 23, Sections IV.A.3., IV.B.3., or IV.F.4., the owner/operator of each BART or RP unit must

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 95 |

maintain, calibrate, and operate a CEMS in full compliance with the requirements in 40 CFR Part 60, Section 60.13 and 40 CFR Part 60, Appendices A, B, and F to accurately measure, as applicable based on the regional haze limits in Sections IV.A.2, IV.B.2, or IV.F.3, SO2, NOX, and diluents, if diluent is required. The CEMS must be used to determine compliance with the applicable SO2 and NOx regional haze emission limits for each such unit. For particular units, such limits are expressed in units of pounds per hour, tons per year, pounds per ton clinker, or pounds per million Btu. The owner/operator must calculate emissions in the applicable units. In determining compliance with the SO2 and NOx regional haze limits, all periods of emissions must be included, including startups, shutdowns, emergencies, and malfunctions. (Colorado Regulation No. 23, Section V.A.1.b)

The $NO_X$ CEMS shall meet the requirements in Condition 59. Excess emissions shall be reported as required by Condition 59.4.

19.11.2.1    For any hour in which fuel is combusted in the BART or RP unit, the owner/operator must calculate hourly NOx and SO2 emissions in the appropriate units (lbs/hr) or (lbs/MMbtu) in accordance with the provisions in 40 CFR Part 60. These hourly values must be used to determine compliance in accordance with the particular limits averaging time, as follows. (Colorado Regulation No. 23, Section V.A.1.b.(i)

a. Before the end of each operating day, the owner/operator must calculate and record the 30-day rolling average emission rate in lb/MMBtu or lb/hr from all valid hourly emission values from the CEMS for the previous 30 operating days. (Colorado Regulation No. 23, Section V.A.1.b.(i)(A))

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                          Page 96

## 20. Sulfur Recovery Units (SRU #1 – P101, SRU #2 – P102) with Tail Gas Unit (TGU) and TGU Incinerator – H-25

**Emissions from the SRUs are routed through the TGU and vented through the TGU incinerator.**

| Parameter | Permit Condition Number | Limitation | | Emission Factor | Monitoring | |
|---|---|---|---|---|---|---|
| | | | | | Method | Interval |
| PM | 20.1 | 0.48 tons/yr | | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 20.2 | 0.10 gr/dscf @ 12% $CO_2$ | | | Waste Restriction | Only Gaseous Waste is Combusted |
| $PM_{10}$ | 20.1 | 0.48 tons/yr | | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 20.1 | 15.68 lbs/hr | 59.7 tons/yr | | Continuous Emission Monitor | Continuously |
| | 20.3 | 0.3 lb $SO_2$/bbl/day of oil processed | | See Condition 20.3 | Recordkeeping Calculation | Daily Monthly |
| | 20.4 | Startup/Shutdown Provisions | | | See Condition 20.4 | |
| $NO_X$ | 20.1 | 1.97 tons/yr | | 0.03 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 0.35 tons/yr | | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | 2.63 tons/yr | | 0.04 lb/MMBtu | | |
| NSPS Requirements | 20.5 | Subpart J – SRUs[1]: 250 ppmvd $SO_2$ at 0% excess air, on a 12-hour rolling average | | | Continuous Emission Monitor | Continuous |
| | | Subpart J - H-25: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[2] | | | Continuous Monitoring System | Continuous |
| | | General Provisions – Subpart A (Condition 56) | | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Sulfur Pit Emissions[1] | 20.6 | See Condition 20.6 | | | See Condition 20.6 | |
| Fuel Combusted | 20.7 | 131,400,000,000 Btu/yr | | | Recordkeeping | Monthly |
| Sour Water Stripper Gas Processing | 20.8 | See Condition 20.8 | | | See Condition 20.8 | |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 97

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| MACT Standard | 20.9 | <u>Emission Limit:</u><br>250 ppmv (dry basis) $SO_2$, corrected to 0% $O_2$, on a 12-hour rolling average<br><u>Operating limits during startup and shutdown[3]:</u><br>Maintain the hourly average firebox temperature and $O_2$ concentration at or above 1,200 °F and 2% | | See 40 CFR Part 60 Subpart UUU (condition 54) | |
| RACT | 20.10 | See Condition 20.10 | | See Condition 20.10 | |
| Opacity | 20.11 | Not to exceed 20%, except as provided for below | | Visual Inspection<br><br>Method 9 | Monthly<br><br>Quarterly |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - (**State-Only**) | | | |
| Tail Gas Incidents | 20.12 | See Condition 20.12 | | See Condition 20.12 | |
| Continuous Emission Monitoring System Requirements | 20.13 | See Condition 20.13 | | See Condition 20.13 | |
| Restrictions on Relaxing Emission Limitations | 20.14 | See Condition 20.14 | | Certification | Annually |

[1]Note:  Emissions from SRU #1, SRU #2 and their associated sulfur pits are routed through the TGU and then to the TGU incinerator.  Therefore, emissions from the SRUs and sulfur pits (T2005 and T2000) are measured at the TGU incinerator (H-25) stack.
[2]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).
[3]During periods of startup and shutdown, the source may elect to comply with these requirements or the emission and operating limitations or startup and shutdown purge gases can be routed to a flare that meets the requirements in 40 CFR Part 63 §§ 63.670 & 63.671.

20.1     Emissions of air pollutants from the TGU incinerator (H-25) are subject to the following requirements:

20.1.1     Emissions of PM, $PM_{10}$, CO, VOC and $NO_X$ from the TGU incinerator (H-25) shall not exceed the limits listed in the above table (Colorado Construction Permit 04AD0111). Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above summary table (PM, $PM_{10}$ and VOC from AP-42, Section 1.4. dated 3/98, Table 1.4-2, $NO_X$ and CO from manufacturer) and the monthly fuel gas consumption (as required by Condition 20.7) in the equation below.

Emissions (Tons/Year) = [EF (lbs/MMBtu) x fuel usage (MMBtu/year)]/2000 lbs/ton

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 98 |

Monthly emissions shall be calculated by the end of the subsequent month and used in rolling twelve month totals to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculated using the previous twelve months data.

20.1.2 Emissions of $SO_2$ from the TGU incinerator (H-25) shall not exceed 15.68 lbs/hr and 59.7 tons/yr. (Colorado Construction Permit 04AD0111 and Colorado Regulation No. 23, Section IV.F.3 for the annual $SO_2$ limit) Compliance with the $SO_2$ limits shall be monitored using the $SO_2$ continuous emission monitoring system required by Condition 20.13. For every hour that gases are routed to the TGU incinerator (H-25), hourly $SO_2$ emissions (in lb/hr) shall be calculated using the following procedures:

The TGU stack is equipped with two $SO_2$ CEMS, one reporting low range (0-495 ppm) and one reporting high range (1 to 4%), so a composite $SO_2$ concentration is tracked.

- If $SO_2$ ppm (at stack $O_2$ and 60 °F) from the low range analyzer is less than 495 ppm, then the low range analyzer shall be used to estimate emissions.

- If $SO_2$ ppm (at stack $O_2$ and 60 °F) from the low range analyzer is greater than or equal to 495 ppm, then the high range analyzer must be used.

$SO_2$ (lb/hr) = $SO_2$ ppm (at stack $O_2$ and 60°F) x stack flow (scf/min) x correction factor

Correction factor = 1 $ft^3$ $SO_2$/$10^6$ $ft^3$-ppm exhaust x lbmole $SO_2$/359.04 $ft^3$ $SO_2$ x 491.67 °R/519.67 °R x 12.12 psia/14.7 psia x 64.05 lb $SO_2$/lbmole $SO_2$ x 60 min/1 hr = 8.3495 x $10^{-6}$

The correction factor changes the molar volume constant (359.04 scf/lbmole) for 1 atm (14.7 psia) and 0 °C (491.67 °R) to 12.12 psia and 60°F C (519.67 °R) per EPA guidance and to convert from minutes to hours (exhaust gas flow rate time span is 1 minute).

Hourly $SO_2$ emissions (in lbs/hr) shall be compared to the hourly $SO_2$ emission limit of 15.68 lbs/hr to assess compliance with the short-term limitation.

Hourly $SO_2$ emissions shall be summed to get daily $SO_2$ emissions. Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions. Monthly emissions shall be used in a twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

20.2 In areas designated as nonattainment or attainment/maintenance for particulate matter, no owner or operator of an incinerator shall cause or permit emissions of more than 0.10 grain of particulate matter per standard cubic foot (dry flue gas corrected to 12 percent carbon dioxide). (Colorado Construction Permit 04AD0111 and Colorado Regulation No. 1, Section III.B.2.a) In the absence of credible evidence to the contrary, compliance with the PM standard shall be presumed since only gaseous waste is permitted to be combusted in the tail gas incinerator.

20.3 Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from the TGU incinerator (H-25) shall be calculated as set forth in Condition 20.1.2 of this permit.

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                   Page 99

20.4    During the life of the Consent Decree, for the purpose of determining compliance with the SRP
[SRP means Sulfur Recovery Plant – SRUs #1 and #2] emission limits, the permittee shall apply
the "startup/shutdown" provisions set forth in NSPS Subpart A to the Claus Sulfur Recovery Plant
and not to the independent start-up or shutdown of its corresponding control device(s) (e.g. TGU).
However, the malfunction exemption set forth in NSPS Subpart A shall apply to both the Claus
Sulfur Recovery Plant and its control device(s) (e.g. TGU). (As provided for under the provisions
of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to
incorporate the Consent Decree (H-01-4430) requirements for the SRU. Consent Decree (H-01-
4330), Paragraph 175) These provisions apply with respect to the emission limitations in Condition
20.5.

20.5    These sources are subject to NSPS requirements as follows:

20.5.1    The SRUs are subject to the NSPS requirements in 40 CFR Part 60 Subpart J as set
forth in Condition 45 of this permit.

20.5.2    The fuel gas used at the tail gas incinerator is subject to the fuel gas requirements of 40
CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth
in Condition 45 of this permit. This limitation applies to the fuel gas combusted in the
TGU incinerator and does not apply to the offgas (tail gas) combusted by the
incinerator.

20.5.3    These sources are subject to the NSPS general provisions as set forth in Condition 56
of this permit.

20.6    All sulfur pit emissions to the atmosphere shall be either eliminated or included and monitored as
part of the SRP's emissions. (Colorado Construction Permit 04AD0111 and Consent Decree (H-
01-4430), Paragraph 173)  Vents from the #1 SRU sulfur pit and #2 SRU sulfur pit are vented to
the TGU incinerator and emissions are monitored via the $SO_2$ CEMS.

20.7    Consumption of gaseous fuel in the tail gas incinerator (H-25) shall not exceed 131,400,000,000
Btu per year (Colorado Construction Permit 04AD0111). Refinery fuel gas shall be monitored as
set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value
analyzed once per week). Compliance with the annual limit shall be monitored as follows:

20.7.1    Daily tail gas flow is monitored using the flow meter. Tail gas streams located
downstream of the flow meter shall be calculated using process knowledge. Daily tail
gas from the flow meter and calculated streams shall be summed together. Daily total
tail gas throughput shall be summed together to get monthly tail gas throughput.
Records of daily tail gas calculations, methods and assumptions shall be maintained
and made available to the Division upon request. The Btu content of the tail gas shall
be assumed to be 27.86 Btu/scf (HHV). Alternatively, if tail gas Btu testing is
completed for the #1 and #2 SRU tail gas stream, the most current site-specific value
shall be used.

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                     Page 100

20.7.2    Refinery fuel gas (supplemental fuel) will be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Daily quantities of fuel gas shall be summed to get monthly fuel gas values.

Monthly quantities of tail and fuel gas shall be summed together and used shall be used in a twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

20.8    All gas from the sour water stripper shall be processed through the #2SRU/TGU and/or the #1 SRU/TGU except for emergency startup, shutdown, or malfunction conditions when flaring may be necessary to maintain safe operations. (04AD0111 and as required by supplemental environmental project (SEP) conducted for Compliance Order on Consent, 98-08-07-02, RCRA (3008) VIII-98-03, dated August 7, 1998)

20.9    This source is subject to 40 CFR Part 63, Subpart UUU, National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units, as set forth in Condition 54 of this permit.

20.10    These sources are subject to Reasonably Available Control Technology (RACT) requirements as follows:

20.10.1    These sources are subject to RACT requirements for $SO_2$ as a $PM_{10}$ precursor. (Colorado Construction Permit 04AD0111 and Colorado Regulation No. 3, Part B, Section III.D.2.b) RACT has been determined to be operation of the tail gas processing unit such that it meets the short-term (lbs/hr) and annual (tons/yr) emission limitations specified in Condition 20.1.

20.10.2    These sources are subject to RACT requirements for $PM_{10}$, CO and VOC emissions. (Colorado Construction Permit 04AD0111 and Colorado Regulation No. 3, Part B, Section III.D.2.a)  RACT has been determined to be the following:

20.10.2.1    For $PM_{10}$ – use of refinery fuel gas which meets the requirements in Condition 20.5.2 (40 CFR Part 60 Subpart J).

20.10.2.2    For VOC and CO – use of good combustion practices.

20.11    These sources are subject to the opacity limits set forth in Conditions 35.1, 35.2 and 35.3 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.5.

20.12    Tail Gas Incidents are subject to the following requirements:

20.12.1    Tail Gas Flaring Incidents are subject to the Root Cause Failure Analysis and Corrective Action requirements in paragraphs 183 through 188 of the Consent Decree as set forth in Appendix G of the permit. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate Consent Decree (H-01-4430) requirements related to tail gas flaring. Consent Decree (H-01-4430), paragraph 178)

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 101 |

20.12.2    Tail Gas Incidents are defined as combustion of Tail Gas that is combusted in a monitored incinerator and the amount of SO2 emissions in excess of the 250 ppm limit (as defined in 40 CFR Part 60 §60.104(2)(i)) on a 24-hr average exceeds 500 pounds. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate Consent Decree (H-01-4430) requirements related to tail gas flaring. Consent Decree (H-01-4430), paragraph 155(s))

20.13    Continuous emissions monitoring systems (CEMS) shall be installed for $SO_2$, $O_2$ and air flow. (Colorado Construction Permit 04AD0111) The CEMS shall meet the requirements in Conditions 45.4.4 and 59.

20.14    The requirements of Colorado Regulation No. 3, Part D shall apply at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Section VI.B.4).

Limitations were taken on the emission units addressed as part of the Clean Fuels Project (CFP) to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the CFP shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level. The emission units associated with the CFP are addressed in this Section II.20 (TGU Incinerator H-25), as well as Sections II.4 (Tanks T52, T774 and T777), II.10 (Y-3 Cooling Tower), II.13 (Boilers B-6 and B-8), II.21 (Process Heaters H-1716 and H-1717), II.27 (Process Heater H-2101) and II.34 (F102 – Asphalt Unit Fugitives, F103 – No. 3 HDS Fugitives, F105 - No. 2 HDS Fugitives, F108 – Debutanizer Fugitives, F109 – No. 4 HDS Fugitives, F110 – Amine System Fugitives, F111 - SWS System Fugitives, F112 – Tank Farm Fugitives and F204 $H_2$ Plant Drain Systems). The assessment of emission increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

It should be noted that at the time the CFP was permitted (application received January 29, 2004, permits issued May 24, 2004), the area in which the facility was located was designated as attainment or attainment maintenance for all pollutants.

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                            Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 102

## 21. Process Heaters H-1716 (Rated at 57.96 MMBtu/hr) and H-1717 (Rated at 38.64 MMBtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 21.1 | 3.15 tons/year | 7.45 x 10$^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| | 21.2 | See Conditions 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| PM$_{10}$ | 21.1 | 3.15 tons/year | 7.45 x 10$^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| NSPS Subpart Ja | 21.3 | Fuel gas shall not contain H$_2$S in excess of: 162 ppmv, on a 3-hour rolling average, and 60 ppmv, on a 365 day rolling average | | Continuous Monitoring System | Continuous |
| | | **H-1716 Only:** NO$_X$ emissions shall not exceed 40 ppmvd, corrected to 0% excess air, on a 30-day rolling average basis | | Continuous Monitoring System | Continuous |
| SO$_2$ | 21.1 | 10.30 tons/year | See Condition 21.1 | Recordkeeping Calculation | Monthly |
| | 21.4 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 21.4 | Recordkeeping Calculation | Daily Monthly |
| NOx | 21.5 | 0.04 lb/MMBtu, on a 3-hr rolling average | | See Condition 21.5 | |
| | 21.1 | 12.7 tons/year | 0.03 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 2.28 tons/year | 5.39 x 10$^{-3}$ lb/MMBtu | | |
| CO | | 16.92 tons/year | 0.04 lb/MMBtu | | |
| Fuel Consumption | 21.6 | 846,216,000,000 Btu/year | | Recordkeeping | Monthly |
| MACT | 21.7 | Annual Tune-Up One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDDD (Condition 63) | |
| RACT – Reg 3 | 21.8 | See Condition 21.8 | | See Condition 21.8 | |
| NSPS General Provisions | 21.9 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 103

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Opacity | 21.10 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - **(State-Only)** | | | |
| Restrictions on Relaxing Emission Limitations | 21.11 | See Condition 21.11 | | Certification | Annually |
| RACT – Reg 7 | 21.12 | NO$_X$ emissions not to exceed 0.1 lb/MMBtu | | See Condition 72 | |
| | 21.13 | Combustion Process Adjustment Requirements | | See Condition 73 | |

21.1    Emissions of air pollutants **from heaters H-1716 and H-1717 combined** shall not exceed the limits listed above (Construction Permit 04AD0110). **For all pollutants except SO$_2$**, compliance with the annual limitations shall be monitored by calculating monthly emissions **from each heater** using the emission factors in the above table (PM, PM$_{10}$ and VOC from AP-42, Section 1.4. dated 7/98, Table 1.4-2, converted to lb/MMBtu by dividing by 1020 Btu/scf as noted in footnote a; NO$_X$ and CO from manufacturer) and the monthly fuel consumption (as required by Condition 21.6) in the equation below:

Emissions (Tons/Year) = [EF (lbs/MMBtu) x fuel usage (MMBtu/year)]/2000 (lbs/ton)

**For SO$_2$**, daily emissions **from each heater** shall be estimated using the daily average H$_2$S concentration (as determined using the continuous monitoring system required by Condition 21.3) and the daily fuel consumption (as required by Condition 58) in the following equation.

SO$_2$ (lbs/day) = [daily fuel flow (Mscf/day) x H$_2$S conc. (ppm) x 0.169 lb SO$_2$/ppmH$_2$S-1,000 Mscf]

Note that the derivation of the constant 0.169 lb SO$_2$/ppm H$_2$S-1,000 Mscf is shown in Condition 11.1.

Daily SO$_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily SO$_2$ emissions shall be summed to determine monthly SO$_2$ emissions.

Monthly emissions **from each heater** shall be calculated by the end of the subsequent month and summed together to get combined monthly emissions from heaters H-1716 and H-1717. Combined monthly emissions from heaters H-1716 and H-1717 shall be used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

21.2    These sources are subject to the particulate matter emission limits set forth in Condition 36.1.

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

Air Pollution Control Division                            Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 104

21.3    These heaters are subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

Compliance with the Subpart Ja fuel gas limits shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 46.14. Compliance with the NSPS Ja $NO_X$ limit for H-1716 shall be monitored using a $NO_X$ continuous emission monitoring system as specified in Condition 46.18.

21.4    Sulfur dioxide emissions from these sources shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from each heater shall be calculated as set forth in Condition 21.1 of this permit.

21.5    $NO_X$ emissions from each heater shall not exceed 0.04 lb/MMBtu, on a 3-hour rolling average (Colorado Construction Permit 04AD0110, as modified under the provisions on Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections II.A.7 and III.b.7 to include the $NO_X$ emission limits in Consent Decree H-01-4430, paragraph 220(a) required for new or modified heaters associated with projects that used reductions from Consent Decree requirements for netting per paragraphs 219 and 220.) Compliance with the $NO_X$ emission limits shall be monitored as follows:

21.5.1    **For heater H-1716:** Compliance with the $NO_X$ limit shall be monitored using the $NO_X$ continuous emission monitoring system required by Condition 21.3. For every hour in which fuel is combusted in heater, the permittee shall program the data acquisition and handling system (DAHS) to calculate the $NO_X$ concentration in lb/MMBtu, in accordance with the requirements in 40 CFR Part 60 and Condition 59.1.1.3.b of this permit. Compliance with the $NO_X$ emission limits in Condition 21.5 shall be based on a 3-hr rolling average. Before the end of each operating hour, the permittee must calculate and record the 3-hr rolling average emission rate in lb/MMBtu from the previous three operating hours. (An operating hour is any hour in which fuel is combusted for any time in the unit.)

21.5.2    **For heater H-1717:** Compliance with the $NO_X$ limit shall be monitored by conducting a compliance test within 180 days of renewal permit issuance **July 9, 2024**. Frequency of testing thereafter shall be based on the test results: no further testing is required if $NO_X$ emissions are less than or equal to 50% of the $NO_X$ emission limit, every five (5) years if $NO_X$ emissions are greater than 50% but less than or equal to 75% of the $NO_X$ emission limit and every two (2) years if $NO_X$ emissions are greater than 75% of the $NO_X$ emission limit.

If a $NO_X$ compliance test has been conducted within one year of renewal permit issuance **July 9, 2024**, upon written approval from the Division, the permittee may rely on that test to meet the initial test requirement and establish ongoing compliance test

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                            Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 105 |

frequency. The compliance tests shall be conducted using the appropriate EPA Test Methods.

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

21.6 Consumption of gaseous fuel **in heaters H-1716 and H-1717 combined** shall not exceed 846,216,000,000 Btu (HHV) per year (Colorado Construction Permit 04AD0110). Refinery fuel gas shall be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value analyzed once per week). Compliance with the annual fuel use limit shall be monitored by recording the quantity of fuel consumed in each heater monthly. Monthly quantities of fuel used for each heater shall be summed together to get combined monthly fuel use from heaters H-1716 and H-1717. The combined monthly fuel use from heaters H-1716 and H-1717 shall be used in a twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month rolling total shall be determined using the previous twelve months data.

21.7 The heaters are subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 63 of this permit.

21.8 The heaters are subject to RACT requirements for $PM_{10}$, VOC, CO and $NO_X$ (VOC and $NO_X$ are ozone precursors). (Colorado Construction Permit 04AD0110 and Colorado Regulation No. 3, Part B, Section III.D.2.a) RACT has been determined to be the following:

21.8.1 For $PM_{10}$ – Use of refinery fuel gas which meets the requirements in Condition 21.3.

21.8.2 For CO and VOC – Use of good combustion practices. In the absence of credible evidence to the contrary, compliance with the VOC and CO RACT requirements shall be presumed provided the requirements in Conditions 21.9 (NSPS General Provisions) and 21.13 (Reg 7 combustion process adjustment requirements) are met.

21.8.3 For $NO_X$ – low $NO_X$ burners.

21.9 The heaters are subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

21.10 The heaters are subject to the opacity limits set forth in Conditions 35.1, 35.2 and 35.3 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.4.

21.11 The requirements of Colorado Regulation No. 3, Part D shall apply at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 106

of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Section VI.B.4).

Limitations were taken on the emission units addressed as part of the Clean Fuels Project (CFP) to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the CFP shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level. The emission units associated with the CFP are addressed in this Section II.21 (Process Heaters H-1716 and H-1717), as well as Sections II.4 (Tanks T52, T774 and T777), II.10 (Y-3 Cooling Tower), II.13 (Boilers B-6 and B-8), II.20 (TGU Incinerator H-25), II.27 (Process Heater H-2101) and II.34 (F102 – Asphalt Unit Fugitives, F103 – No. 3 HDS Fugitives, F105 - No. 2 HDS Fugitives, F108 – Debutanizer Fugitives, F109 – No. 4 HDS Fugitives, F110 – Amine System Fugitives, F111 - SWS System Fugitives, F112 – Tank Farm Fugitives and F204 $H_2$ Plant Drain Systems). The assessment of emission increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

It should be noted that at the time the CFP was permitted (application received January 29, 2004, permits issued May 24, 2004), the area in which the facility was located was designated as attainment or attainment maintenance for all pollutants.

21.12   Except as provided for in Colorado Regulation No. 3, Part E, Section II.A.2, these heaters are subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in Condition 72.

21.13   These heaters are subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on each heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                             Renewed: 7/9/2024

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                     Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 107

## 22. Fluid Catalytic Cracking Unit (FCCU) Regenerator( P103) and FCCU Catalyst Handling

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| **PM – State-Only** | 22.1 | 85.4 tons/yr | 1 lb/1,000 lb coke burn-off | Recordkeeping Calculation | Annually |
| | | | | Compliance Tests | See Conditions 22.1.1.2 and 22.1.1.3 |
| | | | | CAM | |
| PM$_{10}$ | 22.1 | | 1 lb/1,000 lb coke burn-off | Recordkeeping Calculation | Annually |
| SO$_2$ | 22.1 | | CEMS | CEMS | Continuously |
| | 22.2 | 50 ppmvd at 0% O$_2$, on a 7-day rolling average 25 ppmvd at 0% O$_2$, on a 365 day rolling average | | | |
| | 22.3 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 22.3 | Recordkeeping Calculation | Daily Monthly |
| NO$_X$ | 22.1 | | CEMS | CEMS | Continuously |
| | 22.4 | 86.8 ppmvd at 0% O$_2$, on a 7-day rolling average 58.7 ppmvd at 0% O$_2$, on a 365-day rolling average | | | |
| CO | 22.1 | | | | |
| VOC | | | 7.48 lb/Mbbl fresh feed | Recordkeeping Calculation | Annually |
| FCCU Feed Rate | 22.5 | | | Recordkeeping | Daily |
| Coke Burn-Off | 22.6 | 170,820,000 lb/yr | | Recordkeeping | Daily Monthly |
| Opacity | 22.7 | Not to exceed 20%, except as provided for below | | FCCU regenerator and removal of catalyst buildup in waste heat boiler: | |
| | | | | COMS | Continuously |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | Catalyst Loading/ Unloading: Method 9 | Quarterly |
| Hydrotreater Outages - Consent Decree | 22.8 | See Condition 22.8 | | See Condition 22.8 | |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 108

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM Reductions – Consent Decree | 22.9 | 1 lb/1,000 lbs coke burned | | Performance Test | Annually |
| | | | | CAM | See Condition 22.9.1.2 |
| CO Reductions – Consent Decree | 22.10 | 500 ppmvd at 0% $O_2$ on a 1-hr average | | CEMS | Continuously |
| | | 150 ppmvd at 0% $O_2$ on a 365-day rolling average | | | |
| NSPS | 22.11 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and J (Condition 45) | |
| | | PM: 1 lb/1,000 lbs coke burn-off CO: 500 ppmvd Opacity: Not to exceed 30% except for one 6 minute average opacity reading in any 1-hour period | | | |
| MACT | 22.12 | Emission Limits: PM: 1 lb/1,000 lbs coke burn-off Opacity: Not to exceed 30% except for one 6 minute average opacity reading in any 1-hour period CO: 500 ppmvd Operating Limits: Opacity not to exceed 20% on a 3-hour rolling average During startup, shutdown and hot standby[1]: maintain inlet velocity at or above 20 ft/sec (PM/opacity) maintain the $O_2$ concentration at or above 1 vol % (dry) | | See 40 CFR Part 63 Subpart UUU (Condition 54) | |
| CAM Requirements | 22.13 | See Condition 22.13 | | See Condition 22.13 | |
| HCN Emissions | 22.14 | 12.8 tons/yr | 0.15 lb/1000 lb coke burn-off | Recordkeeping Calculation Performance Test | Monthly Annually |
| FCCU Automated Shutdown System Operations & Maintenance Plan | 22.15 | | | | |

22.1    Emissions of air pollutants from the FCCU Regenerator (P103) are subject to the following requirements:

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit         Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 109

22.1.1      **State-Only Requirement:** Particulate matter (PM) emissions shall not exceed 85.4 tons/yr (Colorado Regulation No. 23, Section IV.F.3). Compliance with the annual emission limit shall be monitored as follows:

22.1.1.1    Emissions from the Suncor FCC Units must be calculated monthly using the quantity of coke burn-off in the following equation. Monthly emissions must be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve-month total must be calculated using the previous twelve months of data. (Colorado Regulation No. 23, Section V.B.4.e.(ii))

PM Emissions (Tons/Month) = [1 (lb/1,000 lbs coke burn-off) x coke burn-off (lbs/month)]/2000 lbs/ton

22.1.1.2    Compliance tests conducted as required by Condition 22.9.1.1 shall be used to assess compliance with the annual emission limitation in Condition 22.1.1.

Any compliance test conducted to show compliance with a monthly or annual emission limitation must have the results projected up to the monthly or annual averaging time by multiplying the test results by either the allowable number of operating hours for that averaging time or the Throughput Limit(s) (see Condition 22.6) for that averaging time.

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

22.1.1.3    Complying with the CAM requirements in Condition 22.13.

22.1.2      For APEN reporting and fee purposes, annual emissions of $PM_{10}$, and VOC shall be calculated using the emission factors listed in the above table (for $PM_{10}$ – NSPS J limit, and VOC – February 2001 performance test conducted on Plant 2 FCCU) and the annual quantities of fresh feed (as required by Condition 22.5) or coke burn-off (as required by Condition 22.6) in the following equations:

VOC Emissions (Tons/Year) = [EF (lbs/Mbbl fresh feed) x feed rate (Mbbl/year)]/2000 (lbs/ton)

$PM_{10}$ Emissions (Tons/Year) = [EF (lbs/1,000 lbs coke burn-off x coke burn-off (lbs/year)]/2000 lbs/ton

22.1.3      For APEN reporting and fee purposes, annual emissions of $SO_2$ shall be determined using the CEMS required by Condition 22.2.2. For every hour that the FCCU is operating, hourly $SO_2$ emissions shall be calculated as follows:

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 110

$SO_2$ (lb/hr) = $SO_2$ $ft^3$ (dry, zero $O_2$)/$10^6$ $ft^3$ stack flow x stack flow (scfm, dry x 9.97 min-lb $SO_2$/hr-$ft^3$ $SO_2$

Where:    stack flow (scfm, dry) = stack flow (scfm, wet) x (100% - x.xx% $H_2O$)
          x.xx% = sample moisture content (following $H_2O$ removal in sample train, sample moisture
                content verified during required RATA and most recent measurement will be used to
                calculate emissions, typical value is 8.7%)
          stack flow (scfm, wet) = process flow analyzer value for stack exhaust flow, wet
          9.97 min-lb $SO_2$/hr-$ft^3$ $SO_2$ = conversion factor = 60 min/hr x lb-mole $SO_2$/358.4 $ft^3$ $SO_2$
                (at 68°F) x 64.063 lb $SO_2$/lb-mole $SO_2$
          $SO_2$ $ft^3$ (dry, zero) = $SO_2$ $ft^3$ (dry)/$10^6$ $ft^3$ stack flow x 20.9%/(20.9% - %$O_2$ (dry))
          $SO_2$ (dry) = stack gas concentration of $SO_2$ measured by CEMS, corrected for water vapor
                per equation above.
          20.9% $O_2$ = atmospheric $O_2$ concentration
          % $O_2$ (dry) = stack gas concentration of $O_2$ measured by CEMS, corrected for water vapor

Hourly $SO_2$ emissions shall be summed to get daily $SO_2$ emissions. Daily emissions
shall be summed to get annual $SO_2$ emissions.

22.1.4    For APEN reporting and fee purposes, annual emissions of $NO_X$ shall be determined
          using the CEMS required by Condition 22.4.2 as follows:

          For every hour that the FCCU is operating, the permittee shall program the data
          acquisition and handling system to calculate lb/hr of $NO_X$ emissions in accordance with
          the requirements in Condition 59.1.1.3.b and 40 CFR Part 60.

          Specifically hourly mass $NO_X$ emissions (in lb/hr) shall be calculated using the
          following equation:

          $E_h$ = K x $C_d$ x $Q_d$ x 60 min/hr

          Where:    $E_h$ = mass emissions (lb/hr)
                    K = 1.212 x $10^{-7}$ (lb/ppm-scf)
                    $C_d$ = $NO_X$ concentration, dry basis, ppm
                    $Q_d$ = volumetric flow rate, dry basis, scfm

          The resulting $NO_X$ lb/hr value is then multiplied by the unit operating time for the
          FCCU for that hour to produce a $NO_X$ lbs value. Hourly $NO_X$ emissions (lbs) shall be
          summed and divided by 2000 to determine annual $NO_X$ emissions (in tons).

22.1.5    For APEN reporting and fee purposes, annual emissions of CO shall be determined
          using the CEMS required by Conditions 22.10.3 and 45.4.2 as follows:

          For every hour that the FCCU reactor regenerator (P103) is operating, the permittee
          shall program the data acquisition and handling system to calculate lb/hr of CO
          emissions in accordance with the requirements in Condition 59.1.1.3.b and 40 CFR
          Part 60.

          Specifically hourly mass CO emissions (in lb/hr) shall be calculated for each boiler
          using the following equation:

---

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 111

$$E_h = K \times C_d \times Q_d \times 60 \text{ min/hr}$$

Where:
$E_h$ = mass emissions (lb/hr)
$K$ = 7.38 x $10^{-8}$ (lb/ppm-scf)
$C_d$ = CO concentration, dry basis, ppm
$Q_d$ = volumetric flow rate, dry basis, scfm

The resulting CO lb/hr value is then multiplied by the unit operating time for the FCCU for that hour to produce a CO lbs value. Hourly CO emissions (lbs) shall be summed and divided by 2000 to determine annual CO emissions (in tons).

22.2    $SO_2$ emissions from the FCCU Regenerator (P103) are subject to the following requirements:

(As provided for in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per September 12, 2011 modification application to include $SO_2$ limits and monitoring as required by Consent Decree No. H-01-4430, paragraph 210(a))

22.2.1    $SO_2$ emissions from the FCCU shall not exceed the following limitations (paragraph 38 and Colorado Regulation No. 23, Section IV.F.3 for the 365-day limit)

22.2.1.1    50 ppmvd at 0% $O_2$, on a 7-day rolling average, and

22.2.1.2    25 ppmvd at 0% $O_2$, on a 365-day rolling average.

22.2.2    The permittee shall use a $SO_2$ and $O_2$ CEMS to report compliance with the emission limits specified in Condition 22.2.1 (paragraph 43 and Colorado Regulation No. 23, Section V.A.1.e). The $SO_2$ and $O_2$ CEMS shall be installed, certified, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (paragraph 45)

For every hour that the FCCU is operated, the permittee shall calculate hourly average $SO_2$ ppm concentration (dry basis, at 0% $O_2$) using the procedures in 40 CFR Part 60 and Condition 59.1.1.3.b. At the end of each operating hour, 7-day and 365-day rolling averages shall be calculated and recorded from all valid hourly $SO_2$ concentrations for the previous 7 and 365 operating days, except as provided for in Condition 22.8.2.

22.2.3    The permittee shall make CEMS and process data available to the EPA [and the Division] upon demand as soon as practicable. (paragraph 44)

22.3    Sulfur dioxide emissions from the FCCU Regenerator (P103) shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emissions limit, daily $SO_2$ emissions shall be calculated as set forth in Condition 22.1.3 of this permit.

22.4    $NO_X$ emissions from the FCCU Regenerator (P103) are subject to the following requirements:

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division                                  Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 112

(As provided for in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per September 12, 2011 modification application to include $NO_X$ limits and monitoring as required by Consent Decree No. H-01-4430, paragraph 210(a))

22.4.1    $NO_X$ emissions from the FCCU shall not exceed the following limitations (paragraph 15):

22.4.1.1    86.8 ppmvd at 0% $O_2$, on a 7-day rolling average, and

22.4.1.2    58.7 ppmvd at 0% $O_2$, on a 365-day rolling average.

22.4.2    The permittee shall use a $NO_X$ and $O_2$ CEMS to report compliance with the emission limits specified in Condition 22.4.1 (paragraph 28). The $NO_X$ and $O_2$ CEMS shall be installed, certified, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (paragraph 30)

For every hour that the FCCU is operated, the permittee shall calculate hourly average NOx ppm concentration (dry basis, at 0% $O_2$) using the procedures in 40 CFR Part 60 and Condition 59.1.1.3.b. At the end of each operating hour, 7-day and 365-day rolling averages shall be calculated and recorded from all valid hourly $NO_X$ concentrations for the previous 7 and 365 operating days, except as provided for in Condition 22.8.1.

22.4.3    The permittee shall make CEMS and process data available to the EPA upon demand as soon as practicable. (paragraph 29)

22.5    Fresh feed to the FCCU shall be tracked and recorded daily and summed monthly. Monthly quantities of fresh feed shall be used to determine annual consumption and to calculate VOC emissions as required by Condition 22.1.

22.6    The quantity of coke burn-off from the FCCU Regenerator (P103) shall not exceed 170,820,000 lb per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.4 & 7 and Part C, Sections I.A.7 and III.B.7 and Colorado Regulation No. 8, Part E, Section IV, based on requested throughput identified on the APEN submitted on November 8, 2016, red-lined December 2, 2016) Compliance with the coke burn-off limit shall be monitored by recording the quantity of coke burn-off daily. Daily coke burn-off values shall be summed to get the monthly quantity of coke burn-off. Monthly quantities of coke burn-off shall be used in a twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data. The monthly and annual coke burn-off shall be used to calculate emissions as specified in Conditions 22.1 and 22.14.

22.7    The FCCU Regenerator (P103) and FCCU catalyst handling (loading, unloading and removal of catalyst buildup in waste heat boiler) are subject to the Regulation No. 1 opacity limits set forth in Conditions 35.1and 35.2 of this permit. Compliance with the opacity limits shall be monitored as set for in Conditions 35.6.1 (FCCU regenerator), 35.6.2 (catalyst buildup in waste heat boiler) and 35.6.3 (FCCU catalyst loading and unloading).

Permit Number: 96OPAD120                                        First Issued: 8/1/04
                                                                Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                  Page 113

22.8    Hydrotreater Outages are subject to the following requirements: (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate the requirements in Consent Decree (H-01-4430) related to hydrotreater outages.)

    22.8.1    The permittee shall comply with the plan to minimize NOx emissions from the FCCU at all times, including periods of startup shutdown and malfunction. The short-term (7-day rolling) NOx emission limit shall not apply during hydrotreater outages provided that the permittee is maintaining and operating the FCCU (including associated air pollution control equipment) in a manner consistent with good air pollution control practices for minimizing emissions in accordance with the EPA-approved good air pollution control practices plan.  (paragraph 27)

    22.8.2    The permittee shall comply with the plan to minimize $SO_2$ emissions from the FCCU (including associated air pollution control equipment) during hydrotreater outages as of the Date of Purchase (August 1, 2003). The seven (7) day $SO_2$ emission limits shall not apply during periods of hydrotreater outages provided that the permittee is maintaining and operating the FCCU (including associated air pollution control equipment) in a manner consistent with good air pollution control practices for minimizing emissions in accordance with the EPA-approved good air pollution control practices plan. Following the installation of a wet gas scrubber at the FCCU, this Condition 22.8.2 shall no longer apply to the FCCU. (paragraph 41)

    22.8.3    A Hydrotreater Outage shall mean the period of time during which the operation of an FCCU is affected as a result of catalyst change-out operations or shutdowns required by ASME pressure vessel requirements or state boiler codes, or as a result of malfunction, that prevents the hydrotreater from effectively producing the quantity and quality of feed necessary to achieve established FCCU emission performance. (paragraphs 27 and 41)

22.9    Reductions of PM Emissions from the FCCU Regenerator (P103) are subject to the following requirements;

    (As provided for in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7, III.B.7 and V.C.5 to incorporate requirements in Consent Decree (H-01-4430) related to FCCU PM and opacity requirements and monitoring)

    22.9.1    The permittee shall comply with a PM emissions limit of 1 pound per 1000 pounds of coke burned as demonstrated by a stack test as described below. (Paragraph 46)

        22.9.1.1    PM Monitoring – FCCU. Pursuant to the original Consent Decree, a stack test protocol was proposed and submitted for approval to EPA and the applicable Plaintiff-Intervener no later than 240 days after lodging. This test protocol was submitted for all covered refineries on August 6, 2002. Each company will follow the test methods specified in 40 C.F.R.

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division                                 Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                     Page 114

§60.106(b)(2) or as in the protocol submitted to EPA, if approved, to measure PM emissions from the FCCUs. Following installation of the control device selected for that particular facility, the Company shall conduct annual stack tests by December 31 of each calendar year at the FCCU and will submit the results of each test in the first report due under Section XIV [semi-annual reports required by Condition 38.5.3] that is at least three (3) months after the test. Company may request to EPA that tests be conducted less frequently than annually upon a showing of at least three (3) annual tests that the PM limits are not being exceeded at a particular facility. (Paragraph 47(a))

22.9.1.2    In addition to the performance test required by Condition 22.9.1.1, the permittee shall comply with the CAM requirements in Condition 22.13.

22.9.2    Opacity Monitoring – FCCU. The permittee shall install, certify, calibrate, maintain, and operate all COMS required by this Condition in accordance with the requirements of Condition 59 of this permit.(Paragraph 47(b))

22.10    Reductions of CO Emissions from the FCCU Regenerator (P103) are subject to the following requirements:

(As provided for in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7, III.B.7 and V.C.5 to incorporate requirements in Consent Decree (H-01-4430) related to FCCU CO limits and monitoring.)

22.10.1    The permittee shall meet an emission limit of 500 ppmvd CO at 0% $O_2$ on a 1-hour average basis. (Paragraph 49)

22.10.2    The permittee shall meet an emission limit of 150 ppmvd CO at 0% $O_2$ on a 365-day rolling average basis.(Paragraph 50)

22.10.3    The permittee shall use a CO CEMS to monitor performance of the FCCU and to report compliance with the emission limitations in Conditions 22.10.1 and 22.10.2. (Paragraph 51) The CO CEMS shall be installed, calibrated, maintained and operated in accordance with the requirements in Condition 59 of this permit. (paragraph 53)

22.10.4    The permittee shall make CEMS and process data available to EPA [and the Division] upon demand as soon as practicable.(Paragraph 52)

22.11    The FCCU Regenerator (P103) is subject to the requirements of NSPS Subparts A and J as set forth in Conditions 45 (Subpart J) and 56 (Subpart A) of this permit. (As provided for in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A. and, III.B.7 to include Consent Decree (H-01-4430) requirement for the FCCU to meet NSPS A and J requirements. Consent Decree (H-01-4430), Paragraph 54) Compliance with the NSPS Subpart J requirements shall be monitored as follows:

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 115 |

22.11.1　Compliance with the opacity and $SO_2$ emission limits shall be monitored as required by the provisions in Condition 45 (NSPS J requirements).

22.11.2　In the absence of credible evidence to the contrary compliance with the NSPS J PM emission limit shall be presumed provided the monitoring in Condition 22.9.1 indicates compliance with the PM emission limit in Condition 22.9.1

22.12　The FCCU Regenerator (P103) is subject to 40 CFR Part 63, Subpart UUU, National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units, as set forth in Condition 54 of this permit.

22.13　The FCCU Regenerator (P103) is subject to the compliance assurance monitoring (CAM) requirements with respect to the particulate matter limitations identified in Conditions 22.1.1, 22.9.1 and 22.11 Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 60 and the CAM Plan in Appendix H.

22.14　Hydrogen Cyanide (HCN) emissions from the FCCU Regenerator (P103) shall not exceed 12.8 tons per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.4 & 7 and Part C, Sections I.A.7 and III.B.7 and Colorado Regulation No. 8, Part E, Section IV, based on requested throughput identified on the APEN submitted on November 8, 2016, red-lined December 2, 2016.) Compliance with the HCN emission limits shall be monitored as follows:

22.14.1　Compliance with the annual emissions limits shall be monitored by calculating emissions monthly using the emission factor in the above summary table (from September 2, 2015 performance test) and the monthly quantity of coke burn-off (as required by Condition 22.6) in the equation below:

HCN (tons/mo) = [EF (lb/1000 lb coke burn-off) x monthly coke burn-off (lb/month)]/2000 lb/ton

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

22.14.2　A performance test shall be conducted annually to monitor compliance with the annual HCN emission limitation in Condition 22.14. Annual performance tests shall be conducted no sooner than 11 months and no later than 13 months from completion of the previous test, unless approved by the Division in writing.

Performance tests shall be conducted in accordance with the appropriate EPA Test Methods, using an HCN continuous emission monitoring system. The duration of the performance test shall be 30 days. All valid HCN concentration (ppm) data points shall, at the end of each clock hour be summed to determine the hourly average HCN concentration. Each hourly HCN concentration shall be converted to the appropriate

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
|  | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 116 |

HCN emission rate(s). All valid HCN emission rate(s) over the 30-day test period shall be averaged together to determine the average HCN emission rate(s).

Any compliance test conducted to show compliance with a monthly or annual emission limitation must have the results projected up to the monthly or annual averaging time by multiplying the test results by either the allowable number of operating hours for that averaging time or the Throughput Limit(s) (see Condition 22.6) for that averaging time.

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

22.15   FCCU Automated Shutdown System Operations & Maintenance Plan

*Note that the regulatory basis for these requirements comes from the General Duy obligation from 40 CFR Part 63, Subpart UUU, §63.1570(c).*

22.15.1   Within 12 months of issuance of this Operating Permit, Suncor must develop and implement an Operation and Maintenance (O&M) plan for the automated shutdown system installed on the FCCU. The O&M plan must include relevant data or other reasonable technical justification for chosen parameters, which may include but are not limited to the preventative maintenance recommended by equipment vendors and/or manufacturers for the system's automated valves and hydraulic systems.

22.15.2   Instruments and electronics within the system shall be tested on a prescribed frequency, as feasible, while in operation via actions which may include, but are not limited to electrical continuity checks, visual checks for corrosion or fouling, instrument air filter and liquid knockout systems checks, and transmitter electronic output testing.

22.15.3   The O&M plan must include an assessment for periodiclally evaluating the functionality of the automated shutdown system programming.

22.15.4   The design of the automated shutdown system shall be evaluated as part of the Management of Change (MOC) process (or equivalent) for design and equipment modifications made in the FCCU to ensure that the system will operate as intended to minimize emissions during unit shutdown.

22.15.5   The O&M plan shall be updated as soon as practicable as needed to incorporate learnings from incident investigations and events that trigger automated shutdowns.

22.15.6   Records must be maintained on site for Division inspection upon request. The records must demonstrate ongoing compliance with the requirements of Condition 22.15.

Air Pollution Control Division                                            Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit         Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 117

These records may include, but may not be limited to documentation of the automated shutdown system O&M plan, preventative maintenance recommendations and schedules from FCCU system vendors and/or manufacturers, testing protocols, performed tests and checks, changes made to the O&M plan as a result of equipment changes or incidents. The Division may request that Suncor maintain additional records to demonstrate compliance with this condition if the Division determines that the records submitted by Suncor are insufficient. Deviations from the requirements of Condition 22.15 shall be reported in the semi-annual report to the Division.

Permit Number: 96OPAD120                                                 First Issued: 8/1/04
                                                                         Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 118

## 23.    Plant 1 Wastewater Treatment System – F201

**AIRS pt 095 – Tank T4501** (Part of the Slop Oil System)

**AIRS pt 146 – Controlled Sources:** API Separators (T4514, T4515), DGF System (T4502, T4503, T4504, T4507, T4508), API Lift Station, T60 Lift Station, Slop Oil System (T4516, T4517, T4518), API Headworks, Centrifuge and Associated Control Devices

**AIRS pt 149 – Uncontrolled Sources and Sumps:** Uncontrolled sources include Equalization Tank (T60), Sludge Thickener Tank (T29), Aeration Tanks (T26, T4511), Clarifiers (T28, T4512), Lagoons 1 thru 4 and Train A Improvement Project Equipment (Aeration Basins 1 and 2, UF and MBR Splitter Boxes and Membrane Tanks 2 through 7). Sumps include Lab, Spider, T58, T70, T75, T80, T775, T777 Sumps and Associated Control Devices

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 23.1 | Uncontrolled Sources and Sumps: 5.27 tons/year | See Condition 23.1.1 | Recordkeeping Calculation | Monthly |
| | | T4501: 4.64 tons/year | TANKS | | |
| | | Controlled Sources: 15.7 tons/year | See Condition 23.1.3 | | |
| NO$_X$ | 23.1 | Controlled Sources: 1.8 tons/year | 0.4 lbs/hr | Recordkeeping Calculation | Monthly |
| CO | | Controlled Sources: 14.3 tons/year | 3.27 lbs/hr | | |
| SO$_2$ | | Controlled Sources: 6.6 tons/year | 1.49 lbs/hr | Recordkeeping Calculation | Daily Monthly |
| | 23.14 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 23.14 | | |
| Wastewater/Oil Separators - RACT | 23.2 | Wastewater/Oil Separators | | Inspection | Quarterly |
| Tanks - RACT | 23.3 | See Condition 23.3 | | See Condition 23.3 | |
| MACT | 23.4 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| BWON | 23.5 | See 40 CFR Part 61 Subpart FF (Condition 65) | | See 40 CFR Part 61 Subpart FF (Condition 65) | |
| Throughput – Tank T-4501 | 23.6 | 1,567,000 barrels per year of slop oil | | Recordkeeping | Monthly |
| | | 15,017,143 barrels per year of sour water and/or wastewater with a floating layer of diesel | | | |
| Tanks - NSPS | 23.7 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60, Subparts A (Condition 56) and Kb (Condition 48) | |
| | | Specific Requirements – Subpart Kb | | | |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
--- | ---
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 119

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| BWON Program Enhancements – Consent Decree Requirements | 23.8 | See Appendix G | | See Appendix G | |
| Carbon Canister Breakthrough | 23.9 | Breakthrough Defined as 5 ppm Benzene | | See Condition 23.9 | |
| API Headworks | 23.10 | Replacement of Covers | | Inspections | Quarterly (visual) Monthly (NDE – for 24 months) |
| RTO Requirements | 23.11 | Closed Vent System and Control Device Shall Meet the Requirements in 40 CFR Part 61 Subpart FF §61.349 | | Performance Test | Within 90 Days of Startup |
| | | Opacity not to exceed 20% | | See Condition 23.11.5 | |
| | | Maintain RTO temperature at or above 1578 °F | | See Condition 23.11.6 | |
| Hours of Operation | 23.12 | | | Recordkeeping | Daily Monthly |
| CAM Requirements | 23.13 | See Condition 23.13 | | See Condition 23.13 | |

23.1    Air pollutant emissions from these sources are subject to the following requirements:

23.1.1    <u>For the Uncontrolled Sources and Sumps:</u>  VOC emissions from the uncontrolled sources and sumps shall not exceed the limit listed in the above summary table. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 based on the emissions requested on the APEN submitted November 23, 2015 and red-lined December 1, 2015).

The uncontrolled sources include the following: equalization tank (T60), sludge thickener tank (T29), sumps and their associated control devices, aeration tanks (T26-T4511), Clarifiers (T28, T4512), lagoons 1 thru 4 and Train A Improvement Project Equipment (aeration basins 1 and 2, UF and MBR splitter boxes and membrane tanks 2 through 7).  Sumps include lab, spider, T58, T70, T75, T80, T775 and T777 sumps and associated control devices.

Compliance with the annual VOC limitation shall be monitored by calculating emissions monthly using hours of operation for the Plant 1 WWTS (as required by Condition 23.12) and the emission factors in the table below in the following equation:

Tons/mo = [EF (lbs/hr) x Plant 1 WWTS hours of operation (hrs/mo)]/2000 lbs/ton

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
--- | ---
 | Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 120

| Source | Emission Factor (EF) | Emission Factor Source |
|---|---|---|
| All sumps, except spider sump | $2.27 \times 10^{-2}$ lb/hr | AP-42, Section 5.1 (dated 4/2015), Table 5.1-3, oil/water separators, controlled emission factor (0.2 lb/Mgal) maximum hourly flow rates from the BWON TAB reports from 2011 - 2013.[1] Calculated control efficiency from AP-42, Table 5.1-3 is 96% (uncontrolled emission factor is 5 lb/Mgal). |
| Other Equipment | 1.18 lb/hr | Based on ToxChem Model Results submitted on November 23, 2015. Note that spider sump includes 98% control for carbon canisters. |

[1]The hourly flow rates (in Mgal/hr) used to get the lb/hr emission factor are as follows: LAB (1.10), T58 (1.44 x 10⁻¹), T70 ($5.89 \times 10^{-2}$), T75 ($5.89 \times 10^{-2}$), T80 ($5.84 \times 10^{-2}$), T775 ($4.09 \times 10^{-1}$) and T777 ($6.01 \times 10^{-3}$)

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

In addition, a review of the ToxChem model shall be conducted annually to determine if updates to the model are necessary. The review shall address the addition and/or removal of components and changes in flows and/or concentration levels. Changes to the previous version of the model shall be documented, maintained and made available to the Division upon request.

23.1.2    <u>For T4501:</u> VOC emissions shall not exceed the limit listed in the above summary table. (Colorado Construction Permit 03AD0153, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X based on the emissions requested on the APEN submitted March 5, 2020, red-lined March 19, 2020). Compliance with the annual limits shall be monitored by calculating monthly emissions from the tank using EPA's TANKS 4.09d program and the monthly throughput (as required by Condition 23.6). Emissions shall be based on the average (or numerically greater) RVP of the materials stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

23.1.3    <u>For the Controlled Sources:</u> $NO_X$, CO, VOC and $SO_2$ emissions shall not exceed the limits listed in the above summary table. (as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 III.B.7 based on the emissions requested on the APEN submitted April 8, 2015 and red-lined May 14, 2015)

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 121 |

The RTO or carbon canisters control emissions from the API headworks, API lift Station, T60 lift station and centrifuge. Other sources are controlled by carbon canisters but can be routed to the RTO in the future and those sources include the following: API separators (T4514, T4515), DGF system (T4502, T4503, T4504, T4507 and T4508), and the slop oil system (T4516, T4517, T4518).

Except for $SO_2$ emissions, compliance with the annual emission limitations shall be monitored by calculating emissions monthly using hours of operation for the RTO and WWTS (as required by Condition 23.12) and the emission factors in the table below in the following equations. Monthy emissions shall be calculated by the end of the subsequent month.

| Pollutant | Emission Factor (EF) | Emission Factor Source |
|---|---|---|
| $NO_X$ | 0.4 lbs/hr | Based on manufacturer's guarantee of 0.1 lb/MMBtu, converted to lbs/hr based on design rate of 4 MMBtu/hr |
| CO | 3.27 lbs/hr | Based on manufacturer's guarantee of 50 ppmv and inlet flow rate of 15,000 scfm (RTO design rate) |
| $SO_2$ | 1.49 lbs/hr | Based on an inlet $H_2S$ concentration of 10 ppm (engineering estimate) and inlet flow rate of 15,000 scfm (RTO design rate) |
| VOC – RTO | 2.57 lbs/hr | Based on an inlet flow rate of 15,000 scfm (RTO design rate), VOC concentration of 2,750 ppm (engineering estimate) and an assumed control efficiency of 99%. VOC MW assumed to be 40. |
| VOC – Centrifuge, carbon canisters | 0.06 lbs/hr | Inlet VOC concentration of 100,000 ppmvd (high short-term value during 10/12 performance test) inlet flow rate of 5 scfm (engineering estimate) and an assumed control efficiency of 98%. VOC MW assumed to be 40. |
| VOC – API headworks, carbon canisters | 0.93 lbs/hr | Inlet VOC concentration of 150,000 ppmvd (engineering estimate), inlet flow rate of 50 scfm (engineering estimate) and an assumed control efficiency of 98%. VOC MW assumed to be 40. |
| VOC – others, carbon canisters | $2.49 \times 10^{-2}$ lbs/hr | Based on ToxChem Model Results submitted on September 3, 2015. Control efficiency of 98% assumed. |

$NO_X$ and CO Emissions:

Tons/mo = [EF (lbs/hr) x hours of operation (hrs/mo)]/2000 lbs/ton

VOC Emissions:

VOC emissions = $VOC_{RTO}$ + $VOC_{cc\text{-}RTO}$ + $VOC_{cc}$ + $VOC_{cc\text{-}cent}$

$VOC_{RTO}$ is VOC emissions from the RTO.

$VOC_{RTO}$ = [$EF_{RTO}$ (lbs/hr) x hours RTO operating (hrs/mo)]/2000 lbs/ton

$VOC_{cc\text{-}RTO}$ is VOC emissions from sources normally controlled by the RTO but RTO is not operating and carbon canisters are used as the control.

$VOC_{cc\text{-}RTO}$ = [$EF_{cc}$ (lbs/hr) x hours RTO NOT operating (hrs/mo)]/2000 lbs/ton

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 122 |

VOC$_{cc}$ is VOC emissions from sources not currently controlled by the RTO. Sources are controlled by carbon canisters.

VOC$_{cc}$ = [EF$_{cc}$ (lbs/hr) x hours of operation (hrs/mo)]/2000 lbs/ton

VOC$_{cc-cent}$ is VOC emissions from the centrifuge when it is not operating and emissions are routed to carbon canisters.

VOC$_{CC-cent}$ (tons/mo) = [EF$_{cc}$ (lbs/hr) x hours centrifuge NOT operating (hrs/mo)]/2000 lbs/ton

**For SO$_2$,** daily emissions shall be estimated using the emission factor in the above table in the following equation:

SO$_2$ (lbs/day) = [EF (lb/hr) x hours of operation (hrs/day)]

Daily SO$_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily SO$_2$ emissions shall be summed to determine monthly SO$_2$ emissions.

Monthly emissions shall be used in twelve month rolling totals to monitor compliance with the annual emission limitations. Each month new twelve month totals shall be calculated using the previous twelve months data.

23.2    T4514 and T4515 are subject to Colorado Regulation No. 24, Part B, Section VI.A.2 as set forth in Condition 43.1 of this permit.

23.3    The tanks (T60, T4501, T4502, T4503, T4504, T4507, T4508, T4516, T4517 and T4518) are subject to RACT requirements in Colorado Regulation No. 24, as follows:

23.3.1    All tanks are subject to the requirements in Part B, Section I.A as set forth in Condition 39.1 of this permit.

23.3.2    Tanks T4504, T4516, T4517 and T4518 are subject to the requirements in Part B, Section IV.B.2.a as set forth in Condition41.2.1.

23.3.3    Tanks T60, T4501, T4504, T4516, T4517 and T4518 are subject to the requirements in Part B, Section IV.B.2.b as set forth in Condition 41.2.2.

23.3.4    Tank T60 and T4501 are subject to the requirements in Part B, Section IV.B.2.c as set forth in Condition 41.2.3 of this permit.

23.3.5    Tanks T4502, T4503, T4507 and T4508 are subject to the requirements in Part B, Section IV.B.3 as set forth in Condition 41.6 of this permit.

23.4    The wastewater treatment system is subject to the requirements of 40 CFR Part 63, Subpart CC, as set forth in Condition 53 of this permit.

23.5    The wastewater treatment system is subject to the requirements of 40 CFR Part 61, Subpart FF, as set forth in Condition 65 of this permit.

23.6    Throughput through tank T4501 shall not exceed the following limitations:

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                  Page 123

23.6.1    Slop oil shall not exceed 1,567,000 barrels per year. (Colorado Construction Permit 03AD0153, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X based on the throughputs requested on the APEN submitted March 5, 2020, red-lined March 19, 2020)

23.6.2    Sour water and/or wastewater with a floating layer of diesel shall not exceed 15,017,143 barrels per year. (Colorado Construction Permit 03AD0153, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X based on the throughputs requested on the APEN submitted March 5, 2020 and red-lined March 19, 2020)

Compliance with the annual throughput limits shall be monitored by recording the throughput monthly. Monthly quantity of throughput will be used in twelve month rolling totals to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculated using the previous twelve months data. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

23.7    Tanks T60, T4504, T4514, T4515, T4516, T4517 and T4518 are subject to NSPS requirements as follows:

23.7.1    These tanks are subject to the NSPS general conditions in 40 CFR Part 60 Subpart A as set forth in Condition 56.

23.7.2    These tanks are subject to the specific NSPS requirements for volatile organic liquid (including petroleum liquids) storage vessels in 40 CFR Part 60, Subpart Kb as set forth in Condition 48 of this permit.

23.8    The wastewater treatment system is subject to the BWON Program Enhancements in the Consent Decree (H-01-4430) as set forth in Appendix G of this permit. The BWON Program Enhancement monitoring requirements, as set forth in Appendix G of this permit, include the following:

23.8.1    The permittee shall conduct monthly visual inspections of all water traps used for BWON control within the refinery's individual drain systems. (Paragraph 117(a))

23.8.2    The permittee shall identify and mark all area drains that are segregated storm drains. (Paragraph 117(b)

23.8.3    The permittee shall conduct monitoring of the controlled oil-water separators (T4514 and T4515) on a quarterly basis in accordance with the "no detectable emissions" provisions in 40 CFR §61.347. (Paragraph 117(d))

23.9    Except as provided for in Condition 23.9.1, the permittee shall monitor for breakthrough between the primary and secondary carbon canisters at times there is actual flow to the carbon canister in accordance with the frequency specified in 40 CFR Part 61 Subpart FF §61.354(d). (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C,

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 124

Sections I.A.7 and III.B.7 to incorporate Consent Decree (H-01-4430) requirements related to carbon canisters. Consent Decree (H-01-4430), Paragraph 91)

23.9.1    When vapors from the API headworks are routed to carbon canisters, breakthrough shall be monitored as required by the CAM plan in Appendix M and the CAM requirements in Condition 60 (as required by Condition 23.13).

23.9.2    Breakthrough from carbon canisters shall be defined as any reading equal to or greater than 5 ppm benzene.

23.10    Suncor shall monitor the existing enclosure and seals of the API Headworks as required by Subpart FF §61.346(b)(4) on a quarterly basis. Additionally, by no later than June 30, 2012, Suncor shall start monitoring the API Headworks for "no detectable emissions" on a monthly basis for a period of no less than 24 months, using the procedures set forth in Subpart FF §61.355(h). If any broken seal, gap, crack, leak, or other problem is identified from the quarterly visual inspection (Subpart FF §61.346(b)(4)) or the monthly no detectable emissions inspection shows a reading greater than 500 ppm (Subpart FF §61.355(h)), Suncor will make first efforts at repair as soon as practicable, but not later than 15 calendar days after identification, as specified in Subpart FF §61.346(b)(5). Suncor shall maintain records of all required monitoring and make records available upon request. (Compliance Order on Consent, No. 2011-049, dated 3/28/12, paragraph 13, revised to remove the language regarding actions that Suncor has completed. Note that this permit includes a schedule to install a control device so language related to control device installation was removed.)

23.11    Suncor shall operate a regenerative thermal oxidizer (RTO) in accordance with the following requirements:

23.11.1    The RTO shall be used to control emissions as follows:

23.11.1.1    Beginning no later than December 31, 2013, emissions from the API Headworks shall be routed through a closed vent system to the RTO or carbon canisters (Compliance Order on Consent, No. 2011-049, dated 3/28/12, paragraph 13).

23.11.1.2    The closed vent system, RTO and carbon canisters shall meet the requirements in 40 CFR Part 61 Subpart FF §61.349 (40 CFR Part 61 Subpart FF requirements are in Condition 65 of this permit).

23.11.1.3    Other sources within the Plant 1 WWTS that are identified as controlled sources (see description in Condition 23.1.3) may be routed to the RTO in the future, provided that performance tests are conducted in accordance with the requirements in Condition 23.11.4.

23.11.2    When the RTO is NOT operating the following requirements apply:

23.11.2.1    Emissions that are otherwise controlled by the RTO, including the centrifuge, shall be routed through a closed vent system to two carbon canisters in series. The carbon canisters are subject to the breakthrough

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 125

requirements in Condition 23.9. The closed vent system and carbon canisters shall meet the requirements in 40 CFR Part 61 Subpart FF §61.349 (40 CFR Part 60 Subpart FF requirements are in Condition 65 of this permit).

23.11.3    The following requirements apply to the centrifuge:

23.11.3.1    When the centrifuge is in operation, the vapors shall be routed to the RTO which shall meet the requirements of Condition 23.11 of this permit.

23.11.3.2    When the centrifuge is not in operation, the vapors shall be routed through a closed vent system to two carbon canisters in series. The carbon canisters are subject to the breakthrough requirements in Condition 23.9. The closed vent system and carbon canisters shall meet the requirements in 40 CFR Part 61 Subpart FF §61.349 (40 CFR Part 60 Subpart FF requirements are in Condition 65 of this permit).

23.11.4    Compliance tests shall be conducted within ninety (90) days of of routing any additional stream (or streams) to the RTO to assess compliance with the VOC, $NO_X$, CO and $SO_2$ emission limitations in Condition 23.1.3. The permittee may request that performance testing for the $NO_X$, CO and $SO_2$ emission limits be waived for subsequent performance tests if Division approval, in writing, is granted, stating that testing for $NO_X$, CO and $SO_2$ is not required for subsequent tests.

Compliance tests shall be conducted in accordance with the requirements and procedures set forth the appropriate EPA Test Methods as set forth in 40 CFR Part 60, Appendix A and the procedures in 40 CFR Part 61 Subpart FF §61.355(i) (to assess compliance with organic emissions reduction requirement in §61.349(a)(2)(i)(A), 61.349(a)(2)(i)(B), or §61.349(a)(2)(i)(C)), unless otherwise approved by the Division in writing.

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

During each compliance test required by this Condition 23.11.4, the compliance assurance monitoring (CAM) indicator minimum value (combustion zone temperature) shall be revised.

The permittee shall submit the proposed CAM indicator (combustion zone temperature) minimum values determined from any subsequent compliance test for Division approval and begin monitoring under the new value within 45 calendar days of the test. The proposed CAM indicator (combustion zone temperature) minimum value submittal shall include the justification and supporting data for the proposed

Permit Number: 96OPAD120 | First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                                       Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                         Page 126

CAM indicator. In addition, the permittee shall submit with the proposed CAM indicator a minor modification application to revise the permit to incorporate the proposed minimum for the CAM indicator (combustion zone temperature) into Conditions 23.11.6 and 60 and Appendix M of this permit.

23.11.5    The RTO is subject to the opacity limits set forth in Condition 35.1. In the absence of credible evidence to the contrary compliance with the opacity limitation is presumed provided that only vapors from those portions of the Plant 1 WWTS identified in Condition 23.1.3 and natural gas (as assist gas) are combusted in the RTO. Records shall be maintained to verify that only vapors from those portions of the Plant 1 WWTS identified in Condition 23.1.3 and natural gas have been combusted in the thermal oxidizer.

23.11.6    For purposes of assuring compliance with the annual VOC emission limitation in Condition 23.1.3, the RTO shall be operated such that the temperature in the combustion chamber is not less than 1573 °F. The combustion chamber temperature shall be monitored in accordance with the CAM plan in Appendix M and the CAM requirements in Condition 60 (as required by Condition 23.13).

23.12    Hours of operation for the centrifuge, RTO and Plant 1 WWTS shall be monitored and recorded as follows:

23.12.1    For the RTO daily. Daily hours of operation shall be summed to determine monthly hours of operation for the RTO.

23.12.2    Monthly for the centrifuge and the Plant 1 WWTS.

The permittee shall maintain separate monthly totals of the number of hours the centrifuge and RTO are operated and the number of hours the centrifuge and RTO do not operate. Daily hours of operation for the RTO shall be used to calculate daily $SO_2$ emissions as specified in Condition 23.1.3. Monthly totals shall be used to calculate emissions as specified in Conditions 23.1.1 and 23.1.3.

23.13    The Plant 1 WWTS RTO and the API headworks, when controlled by carbon canisters, are subject to the compliance assurance monitoring (CAM) requirements with respect to the VOC emission limitation identified in Condition 23.1.3, Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 60 and the CAM Plan in Appendix M.

23.14    Sulfur dioxide emissions from the Plant 1 WWTS RTO shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emissions limit, daily $SO_2$ emissions shall be calculated as set forth in Condition 23.1.3 of this permit.

Air Pollution Control Division

Colorado Operating Permit

Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Page 127

## 24.    Rail Loading Rack and Enclosed Vapor Combustion Unit (VCU) – R101

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 24.1 | | See Condition 24.1.3.1 | Recordkeeping Calculation | Monthly |
| PM$_{10}$ | | | | | |
| SO$_2$ | | | See Condition 24.1.3.2 | | Daily, Monthly |
| | 24.2 | NSPS Subpart Ja Requirement: Fuel gas shall not contain H$_2$S in excess of: 162 ppmv, on a 3-hour rolling average, and 60 ppmv, on a 365-day rolling average | | See Condition 24.2 | |
| | 24.3 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 24.3 | Recordkeeping Calculation | Daily, Monthly |
| NOx | 24.1 | 5.53 tons/year | 0.146 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 12.5 tons/year | See Condition 24.1 | | |
| RACT | 24.4 | See Condition 24.4 | | See Condition 24.4 | |
| MACT | 24.5 | Total organic compound emissions not to exceed 10 mg/l of gasoline loaded. | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| | | Maintain combustion zone temperature at or above 1,299 ºF, on a 6-hour rolling average. | | | |
| CO | 24.1 | 15.1 tons/year | 0.40 lb/MMBtu | Recordkeeping Calculation | Monthly |
| Loading/Unloading Throughput | 24.6 | 3,640,000 bbl gasoline/year 546,000 bbl jet fuel/year 1,500,000 bbl distillates/year 340,000 bbl ethanol/year | | Recordkeeping | Daily Monthly |
| Opacity | 24.7 | Not to exceed 20%, except as provided for below | | Visual Inspection | Daily |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| Combustion Zone Temperature | 24.8 | Maintain combustion zone temperature at or above 1,299 ºF, on a 6-hour rolling average | | Thermocouple | Continuously |
| NSPS General Provisions | 24.9 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Pilot and Assist Gas Consumption | 24.10 | Natural Gas: 48,018 MMBtu/year Propane: 10,194 MMBtu/year | | Flow Meter | Daily, Monthly |

Permit Number: 96OPAD120

First Issued: 8/1/04

Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 128

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Number of Ethanol Rail Cars Unloaded | 24.11 | | | Recordkeeping | Monthly |
| Compliance Test | 24.12 | Compliance testing for MACT limit (10 mg/l of gasoline loaded), 98% control efficiency and combustion zone temperature | | EPA Test Methods | Every Five (5) Years |
| CAM Requirements | 24.13 | See Condition 24.13 | | See Condition 24.13 | |

24.1    Emissions of air pollutants from the **rail loading rack and enclosed VCU** are subject to the following requirements:

24.1.1    VOC emissions from the **rail loading rack enclosed VCU** shall not exceed the limits listed in the above summary table. (Colorado Construction Permit 88AD012, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase emissions as indicated on the APEN received on June 4, 2019, red-lined on August 28, 2019) Compliance with the annual limits shall be monitored as follows:

24.1.1.1    Monthly VOC emissions from **loading gasoline** shall be calculated using the monthly quantity of gasoline loaded (as required by Condition 24.6) in the below equations:

VOC (tons/mo) = [10 mg/l loaded x monthly quantity loaded (gal/mo) x 3.7854 l/gal x 1 g/1000 mg x 1 lb/453.6 g]/2000 lb/ton

Where:    10 mg/l loaded is the MACT CC emission limit for gasoline loading (40 CFR Part 63 Subpart R § 63.422(b) limit which is required by 40 CFR Part 63 Subpart CC §63.650(a))

24.1.1.2    Monthly VOC emissions **from jet naptha and distillate loading** shall be calculated using the monthly quantity of distillate and jet fuel loaded (as required by Condition 24.6) in the following equation:

VOC (tons/mo) = [LL (lb/$10^3$ gal) x monthly materials loaded ($10^3$ gal/mo) x (1 - (control efficiency/100))]/2000 lb/ton

$L_L$ = 12.46 x SPM/T

Where:    LL = loading loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), eqn 1
S = saturation factor (per Table 5.2-1 of AP-42)
P = true vapor pressure of liquid loaded, psia
M = molecular weight of vapors (lb/lbmole)
T = temperature of bulk liquid loaded (º R)

A control efficiency of 98% may be used in the above equation for the vapor combustor provided it meets the requirements in Condition 24.8.

Monthly emissions shall be calculated using the monthly average vapor pressure and temperature of the liquids loaded for the monthly period and

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 129

constant vapor molecular weights of 130 lb/lbmole for distillate and 80 lb/lbmole for jet fuel.

24.1.1.3   Monthly VOC emissions from the **ethanol deaerators** shall be calculated monthly using the monthly number of ethanol rail cars unloaded (as required by Condition 24.11) in the following equation:

VOC (ton/mo) = [number of ethanol rail cars unloaded x 981 (scf/rail car) x 0.0605 x 0.121 (lb ethanol/scf) x (1 - (control efficiency/100))]/2000 lb/ton

Where:    981 scf/rail car = volume of vapor generated by ethanol deaerator, calculated by dividing mass of $N_2$ entrained in ethanol liquid (75.56 lb/rail car) divided by the vapor density (0.077 lb/scf), both of which were determined by HYSYS runs.
0.0605 = volume fraction of ethanol in vapor, obtained from HYSYS runs
0.121 lb ethanol/scf = vapor density of ethanol

A control efficiency of 98% may be used in the above equation for the vapor combustor provided it meets the requirements in Condition 24.8.

24.1.1.4   Monthly VOC emissions from **depressurizing ethanol rail cars** shall be calculated monthly using the appropriate emission factor for the month and the number of ethanol rail cars unloaded (as required by Condition ) in the equation below:

| Quarterly Period | VOC Emission Factor (EF) lb/ rail car |
|---|---|
| January – March | 17.8 |
| April - June | 30.6 |
| July - September | 41.2 |
| October - December | 21.7 |

VOC (ton/mo) = [EF (lb/rail car) x number of rail cars loaded (rail cars/mo) x (1 - (control efficiency/100))]/2000 lb/ton

A control efficiency of 98% may be used in the above equation for the vapor combustor provided it meets the requirements in Condition 24.8.

24.1.1.5   Monthly VOC emissions **from pilot and assist gas** shall be calculated using the monthly quantity of pilot and assist gas combusted (as required by Condition 24.10) in the following equations:

VOC (ton/mo) = VOC from natural gas + VOC from propane

Natural gas combustion

VOC (tons/mo) = [EF (lb/MMBtu) x monthly pilot/assist gas (MMBtu/mo)]/2000 lb/ton

Where:    EF = 0.0395 lb/MMBtu (from Xcel gas composition data, Denver area high pressure line, December 2017, 98% control efficiency assumed)

Propane combustion

VOC (ton/mo) = [monthly pilot/assist gas (MMBtu/mo)/21,580 Btu/lb x $10^6$ Btu/MMBtu x (1 - (control efficiency/100))]/2000 lb/ton

Where:    21,580 Btu/lb = [91.5 MMBtu/$10^3$ gal x $10^6$ Btu/MMBtu]/4.24 Btu/gal

---

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit   Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                     Page 130

91.5 MMBtu/$10^3$ gal (propane heat content) from AP-42, Section 1.5 (dated 7/08), Table 1.5-1, footnote a.
4.24 lb/gal (propane density) from AP-42, Appendix A.

A control efficiency of 98% may be used in the above equation for the vapor combustor provided it meets the requirements in Condition 24.8

Monthly VOC emissions shall be calculated by the end of the subsequent month. Monthly VOC emissions calculated in accordance with Conditions 24.1.1.1 through 24.1.1.5 shall be summed together and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

24.1.2   NO$_X$ and CO emissions from the **rail loading rack enclosed VCU** shall not exceed the limits listed in the above summary table (Colorado Construction Permit 88AD012, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.6 and Part C, Section X to increase emissions as indicated on the APEN received on June 4, 2019, red-lined on August 28, 2019). Compliance with the annual limits shall be monitored by calculating emissions monthly using the emission factors included in the above summary table (NO$_X$ from April 2019 performance test and CO from manufacturer), the monthly quantity of petroleum products loaded (as required by Condition 24.6.1), the monthly number of ethanol rail cars unloaded (as required by Condition 24.11 and the monthly quantity of pilot gas combusted (as required by Condition 24.10) in the following equations:

Emissions = emissions from loading petroleum products + emissions from ethanol deaerators + emissions from depressurizing ethanol rail cars + emissions from pilot assist gas combustion

Emissions from loading petroleum products

NO$_X$/CO (tons/mo) = [NO$_X$/CO EF (lb/MMBtu) x L$_L$ (lbs/$10^3$ gal) x monthly materials loaded ($10^3$ gal/mo) x heating value of material loaded (Btu/lb) x (MMBtu/$10^6$ Btu)]/2000 lb/ton

L$_L$ (lb/$10^3$ gal) = 12.46 x SPM/T

Where:   LL = loading loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), equation 1
S = saturation factor (per Table 5.2-1 of AP-42), equals 1 per August 4, 2021 minor mod application.
P = true vapor pressure of liquid loaded, psia
M = molecular weight of vapors (lb/lbmole)
T = temperature of bulk liquid loaded (° R)
19,300 Btu/lb = heating value of diesel (AP-42, Section 3.3 (dated 10/96), Table 3.3-1, footnote c)
20,300 Btu/lb = heating value of gasoline (AP-42, Section 3.3 (dated 10/96), Table 3.3-1, footnote c). To be used for jet fuel as well.

Monthly emissions from loading shall be calculated using the monthly average vapor pressure and temperature of the liquids loaded for the monthly period. Constant vapor molecular weights of 66, 80 and 130 lb/lbmole for gasoline, jet fuel and distillates, respectively, shall be used in the monthly emission calculations.

Emissions from ethanol deaerators

NO$_X$/CO (tons/mo) = [NO$_X$/CO EF (lb/MMBtu) x number of ethanol rail cars unloaded (rail cars/mo) x

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 131 |

981 scf/rail car x (MMscf/10$^6$ scf) x 113 MMBtu/MMscf]/2000 lb/ton

Where:  981 scf/rail car = volume of vapor generated by ethanol deaerator, calculated by dividing mass of $N_2$ entrained in ethanol liquid (75.56 lb/rail car) divided by the vapor density (0.077 lb/scf), both of which were determined by HYSYS runs.
113 MMBtu/MMscf = vapor stream heating value was calculated from the vapor composition (determined by HYSYS runs) by multiplying the individual component fractions by the gross heating value.

Emissions from depressurizing ethanol rail cars

$NO_X$/CO (tons/mo) = [$NO_X$/CO EF (lb/MMBtu) x number of ethanol rail cars unloaded x VOC EF (lb/rail car)/0.121 lb/scf x 2,540 Btu/scf x MMBtu/10$^6$ Btu]/2000 lb/ton

Where  VOC EF (lb/rail car) = appropriate monthly emission factor from Condition 24.1.1.4
0.121 lb ethanol/scf = vapor density
2,540 Btu/scf = vapor stream heating value was calculated from the vapor composition (determined by HYSYS runs) by multiplying the individual component fractions by the gross heating value.

Emissions from pilot/assist gas combustion

$NO_X$/CO (tons/mo) = [$NO_X$/CO EF (lb/MMBtu) x monthly pilot/assist gas combusted (MMBtu/mo)]/2000 lb/ton

Monthly $NO_X$ and CO emission shall be calculated by the end of the subsequent month. Monthly emissions shall be used in twelve-month rolling totals to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculated using the previous twelve months data.

24.1.3    For APEN reporting and fee purposes, PM, PM$_{10}$ and SO$_2$ emissions from the **rail loading rack enclosed VCU** shall be calculated monthly. Monthly emissions shall be summed to obtain calendar year emissions for APEN reporting purposes. Monthly emissions shall be calculated as follows:

24.1.3.1    PM and PM$_{10}$ emissions shall be calculated monthly using the emission factors included in the table below, the monthly quantity of material loaded (as required by Condition 24.6), the monthly number of ethanol rail cars unloaded (as required by Condition 24.11) and the monthly quantity of pilot/assist gas consumed (as required by Condition 24.10) in the equations in Condition 24.1.2.

| Fuel | PM/PM$_{10}$ Emission Factor (lb/MMBtu) | Emission Factor Source |
|---|---|---|
| Natural Gas | 7.45 x 10$^{-3}$ | AP-42, Section 1.4 (dated 7/98), Table 1-4-2, converted to lb/MMBtu by dividing by 1,020 Btu/scf per footnote a. |
| Propane | 7.65 x 10$^{-3}$ | AP-42, Section 1.5 (dated 7/08), Table 1-5-1, converted to lb/MMBtu by dividing by 91.5 MMBtu/10$^3$ gal per footnote a. |

24.1.3.2    Monthly emissions of SO$_2$ shall be determined by summing daily SO$_2$

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 132 |

emissions (as required by Condition 24.3).

24.2   The **rail loading rack enclosed VCU** is subject to 40 CFR Part 60, Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

The permittee has demonstrated that the fuel gas streams combusted in the flare meet the requirements in §60.107a(a)(3)(iv).  The demonstration was submitted to EPA on September 5, 2018 and the demonstration met the requirements in §60.107(b). Fuel gas streams that meet the requirements in §60.107a(a)(3)(iv) are exempt from the sulfur monitoring requirements in NSPS Subpart J.

The effective date of the exemption is the date of submission of the information required in paragraph (b)(1) of this section. (60.107a(b)(2))

No further action is required unless refinery operating conditions change in such a way that affects the exempt fuel gas stream/system (e.g., the stream composition changes). If such a change occurs, the owner or operator will follow the procedures in paragraph (b)(3)(i), (b)(3)(ii), or (b)(3)(iii) of this section. (60.107a(b)(3))

24.3   Sulfur dioxide emissions from the **rail loading rack enclosed VCU** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1of this permit.

For purposes of monitoring compliance with the Colorado Regulation No. 1 $SO_2$ limit, daily $SO_2$ emissions from the **rail loading rack enclosed VCU** shall be calculated as follows:

$SO_2$ emissions from VCU (lb/day) = $SO_2$ from loading petroleum products (lb/day) + $SO_2$ from pilot gas (lb/day)

<u>$SO_2$ from loading</u>

$SO_2$ (lb/day) = [EF (lb/MMscf) x $L_L$ (lbs/$10^3$ gal) x daily  materials loaded ($10^3$ gal/day) x MMscf/$10^6$ scf /MW (lb/lb-mol) x 385.3 scf/lb-mol]

Where:   $L_L$ = loading losses (see equation in Condition 24.1.2)
MW = vapor molecular weight, for distillate (MW = 130 lb/lb-mole), for gasoline (MW = 66 lb/lbmole), for jet fuel (80 lb/lbmole)
EF = 0.2325 lb/MMscf, which is based on an $H_2S$ concentration of 1.4 ppmv and calculated in accordance with the following equation:

EF (lb/MMscf) = 1.4 scf $H_2S$/$10^6$ scf x lb-mole $H_2S$/385.3 scf $H_2S$ x lb-mole $SO_2$/lb-mole $H_2S$ x 64 lb $SO_2$/lb-mole $SO_2$ x $10^6$ scf/MMscf

Daily emissions from loading shall be calculated using the monthly average vapor pressure and temperature of the liquids loaded for the monthly period. Constant vapor molecular weights of 66, 80 and 130 lb/lbmole for gasoline, jet fuel and distillates, respectively, shall be used in the monthly emission calculations.

<u>$SO_2$ from pilot/assist gas</u>

Note that natural (city) gas and propane are used for pilot/assist gas

$SO_2$ (lb/day) = EF (lb/MMscf) x 83.3 scf/hr x daily hours of operation x MMscf/$10^6$ scf

Where:   EF = 0.6 lb/MMscf (from AP-42, Section 1.4 (dated 7/98), Table 1.4-2)

---

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 133 |

Note that SO$_2$ emissions from the ethanol deaerators and depressurizing ethanol rail cars are assumed to be negligible.

24.4    These sources are subject to RACT as follows:

24.4.1    Petroleum product loading at the **rail loading rack** is subject to the requirements in Colorado Regulation No. 24, Part B, Sections IV.C.2, IV.C.4.a and VII as set forth in Conditions, 41.3, 41.4 and 44 of this permit.

24.4.2    The **rail loading rack VCU** is subject to the requirements in Colorado Regulation No. 24, Part B, Section VI.B.6 as set forth in Condition 43.2.5. In the absence of credible evidence to the contrary, compliance with the requirements in Regulation No. 24, Part B, Section VI.B.6 is presumed provided the VCU meets the requirements in Condition 24.8.

24.4.3    Ethanol unloading at the rail loading rack is subject to RACT for VOC emissions (Colorado Regulation No. 3, Part B, Section II.D.2.a and Regulation No. 7, Part A, Section II.C.2)). RACT for ethanol unloading at the **rail unloading rack** shall be met by routing vapors from the ethanol deaerators and depressurizing rail cars to the rail loading rack VCU. The rail loading rack VCU shall meet the requirements in Conditions 24.5 and 24.8.

24.5    The **rail loading rack** is subject to the requirements of 40 CFR Part 63, Subpart CC, as set forth in Condition 53 of this permit.

24.6    Loading/Unloading throughput is subject to the following requirements:

24.6.1    Petroleum products loaded through the **rail loading rack** shall not exceed the following limitations (Colorado Construction Permit 88AD012, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.6 and Part C, Section X to revise throughputs as indicated on the APEN received on June 4, 2019, red-lined on August 28, 2019):

24.6.1.1    Gasoline and/or other products with a TVP less than or equal to 5.85 psia at 50 º F loaded shall not exceed 3,640,000 bbl/year.

24.6.1.2    Jet fuel and/or other products with a TVP less than or equal to 1.3 psia at 50 º F shall not exceed 546,000 bbl/year.

24.6.1.3    Distillates and/or other products with a TVP less than or equal to 0.05 psia at 50 º F shall not exceed 1,500,000 bbl/year.

24.6.2    Unloading of ethanol from the rail loading rack shall not exceed 340,000 bbl/year (Colorado Construction Permit 88AD012, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.6 and Part C, Section X to revise throughputs as indicated on the APEN received on June 4, 2019, red-lined on August 28, 2019).

| | |
|---|---|
| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                   Page 134

Compliance with the annual throughput limits shall be monitored by recording the quantity of petroleum products (gasoline, jet fuel and distillate) loaded and the quantity of ethanol unloaded daily. Daily quantities of materials loaded and unloaded shall be summed to determine monthly values. Monthly quantities of gasoline, jet fuel and distillates loaded and ethanol unloaded shall be used in twelve month rolling totals to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculated using the previous twelve months data.

24.7    The **rail rack enclosed VCU** is subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 35.7.

24.8    The temperature in the **rail loading rack VCU** combustion zone is subject to the following requirements:

24.8.1    The temperature in the **rail loading rack VCU** combustion zone shall not be less than 1,299 °F on a 6-hour rolling average. (40 CFR Part 63 Subpart CC §63.550(a) via Subpart R §§63.425(b) and 63.427(a)(3) and Construction Permit 88AD012, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to replace the flare with a VCU and to include the operating parameter in accordance with modification applications submitted on June 14, 2018 and October 8, 2009). The combustion chamber temperature shall be monitored in accordance with the CAM plan in Appendix N and the CAM requirements in Condition 60 (as required by Condition 23.13).

24.8.2    When a value is calculated on a 6-hour rolling average that is below 1,299 °F and gasoline was being loaded during the period, the occurrence will be noted and reported to the Division in the Refinery MACT (40 CFR Part 63 Subpart CC) periodic report and the semi-annual operating permit report for that period. When a value is calculated on a 6 hour rolling average that is below 1,299 °F and materials other than gasoline are being loaded (distillate and/or jet fuel) or ethanol is being unloaded during the period, the occurrence will be noted and reported to the Division in the semi-annual operating permit report.

24.8.3    The minimum temperature value specified in Conditions 24.8.1 and 24.8.2 shall be revised based on subsequent performance tests upon approval by the Division as required by Condition 24.12, to verify compliance with the rail loading rack limit in Condition 24.5 (40 CFR Part 63 Subpart CC) and the 98% control efficiency used to calculate emissions in Condition 24.1.

24.9    The **rail rack enclosed VCU** is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

24.10   Pilot and assist gas consumption in the **rail rack enclosed VCU** shall not exceed the following limitations (Colorado Construction Permit 88AD012, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Sections II.A.6 and Part C, Section X to

Permit Number: 96OPAD120                                        First Issued: 8/1/04
                                                                Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit             Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 135

include heat input limits on pilot and assist gas as indicated on the APEN received on June 4, 2019, red-lined on August 28, 2019):

24.10.1    Natural gas (city) consumption shall not exceed 48,081 MMBtu/yr.

24.10.2    Propane consumption shall not exceed 10,194 MMBtu/yr.

Compliance with the annual limitations shall be monitored by recording natural (city) gas and propane pilot/assist gas consumption daily using the flow meter. Daily natural (city) gas and propane values shall be summed to get monthly pilot/assist gas usage. The Btu content of natural (city) gas and propane shall be based on heat contents of 1020 Btu/scf and 2,470 Btu/scf, respectively. Monthly quantities of natural (city) gas and propane shall be used in twelve month rolling totals to monitor compliance with the annual limitations. Each month new twelve month rolling totals shall be calculated using the previous twelve months data.

24.11    The number of ethanol rail cars unloaded shall be monitored and recorded monthly. Monthly quantities of rail cars loaded will be used to calculate emissions as required by Conditions 24.1.1, 24.1.2 and 24.1.3.1.

24.12    A compliance test shall be conducted as specified in the paragraphs below to monitor compliance with the rail loading rack limit in Condition 24.5 (total organic compound emissions not to exceed 10 mg/l of gasoline loaded), to verify the 98% control efficiency used in the emission calculations in Condition 24.1 and ro revise the temperature limit in Condition 24.8. Performance tests shall be conducted in accordance with the appropriate EPA Test Methods and the provisions in 40 CFR Part 63 Subparts CC and R (§§63.650(a) and 425(a) through (c)).

If the renewal permit is issued on or before June 1, testing must be completed by September 30 of that year. If the renewal permit is issued after June 1, testing must be completed by September 30 of the following year. Frequency of testing thereafter shall be every five (5) years.

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

During each compliance test required by this Condition 24.12, the compliance assurance monitoring (CAM) indicator minimum value (combustion zone temperature) shall be revised.

Within 60 days of completion of each compliance test required by this permit condition, the permittee shall submit for approval a revised compliance assurance monitoring (CAM) indicator minimum value (combustion zone temperature) and begin monitoring under the proposed value. The proposed minimum value submittal shall include the justification and supporting data for the proposed CAM indicator. In addition, the permittee shall submit with the proposed CAM indicator a minor modification application to revise the permit to incorporate the proposed minimum value

for the CAM indicator (combustion zone temperature) into Conditions 24.8 and 60 (CAM requirements) and Appendix N (CAM plan) of this permit.

24.13    The rail loading rack is subject to the compliance assurance monitoring (CAM) requirements with respect to the VOC emission limitation identified in Condition 24.1.1. Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 60 and the CAM Plan in Appendix N.

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                       Page 137

## 25.    Truck Loading Rack (Denver Products Terminal)

### R102 (AIRS Pt 069) – Truck Loading Rack and Flare

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 25.1 | | $7.45 \times 10^{-3}$ | Recordkeeping Calculation | Monthly |
| $PM_{10}$ | | | | | |
| $SO_2$ | | | See Condition 25.1.3.2 | | Daily, Monthly |
| | 25.2 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 25.2 | Recordkeeping Calculation | Daily, Monthly |
| NOx | 25.1 | 5.1 tons/year | 0.068 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 26.6 tons/year | See Condition 25.1.1 | | |
| RACT | 25.3 | See Condition 25.3 | | See Condition 25.3 | |
| MACT | 25.4 | See 40 CFR Part 63 Subpart R (Condition 52) | | See 40 CFR Part 63 Subpart R (Condition 52) | |
| CO | 25.1 | 23.3 tons/year | 0.31 lb/MMBtu | Recordkeeping Calculation | Monthly |
| Throughput | 25.5 | 15,000,000 bbl gasoline/year 10,000,000 bbl petroleum distillate/year | | Recordkeeping | Daily, Monthly |
| Opacity | 25.6 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Visual Inspection | Daily |
| Flare Operation | 25.7 | See Condition 57 | | | |
| NSPS | 25.8 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60, Subparts A (Condition 56) and XX (Condition 50) | |
| | | Specific Requirements – Subpart XX (Condition 50) | | | |
| MACT | 25.9 | See 40 CFR Part 63, Subpart GGGGG (Condition 66) | | See 40 CFR Part 63 Subpart GGGGG (Condition 66) | |
| Hours of Operation | 25.10 | | | Recordkeeping | Monthly |
| BWON | 25.12 | See 40 CFR Part 61 Subpart FF (Condition 65) | | See 40 CFR Part 61 Subpart FF (Condition 65) | |
| Use of a Temporary Flare | 25.15 | A Temporary Flare May be Used for Up to 2 Weeks During any 12-Month Rolling Period. The Temporary Flare shall Meet the Design and Operating Requirements in Condition 25.15 | | See Condition 25.15 | |

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit             Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                       Page 138

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Flare Stack Height Requirement | 25.16 | The height of the flare shall be no less than 35 feet. | | See Condition 25.16 | |
| CAM Requirements | 25.17 | See Condition 25.17 | | See Condition 25.17 | |

**F203 (AIRS Pt 162) – Truck Loading Rack Drains**

**SU0001 (AIRS pt 163) – Truck Loading Rack Sump (8,000 gal, underground)**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 25.1 | F203 – 3.9 tons/year | 0.064 lb/hr/drain | Recordkeeping Calculation | Monthly |
| | | SU0001 – 0.04 tons/year | TankESP, based on AP-42, Chapter 7.1 (June 2020) | Recordkeeping Calculation | Monthly |
| Throughput | 25.5 | SU0001: 160,000 gallons/year of wastewater | | Recordkeeping | Monthly |
| SU0001 - RACT | 25.11 | See Condition 25.11 | | See Condition 25.11 | |
| BWON | 25.12 | See 40 CFR Part 61 Subpart FF (Condition 65) | | See 40 CFR Part 61 Subpart FF (Condition 65) | |
| SU0001 – Carbon Canister Breakthrough | 25.13 | Breakthrough Defined as 5 ppm Benzene | | See Condition 25.13 | |
| F203 -BWON Program Enhancements – Consent Decree Requirements | 25.14 | See Appendix G | | See Appendix G | |

25.1    Emissions of air pollutants from these sources are subject to the following limitations:

25.1.1    VOC emissions from the **truck loading rack and flare (R102)** shall not exceed the limits listed in the above summary table. (Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise emissions as indicated on the APEN received on October 19, 2021) Compliance with the annual limits shall be monitored as follows:

25.1.1.1    Monthly emissions **from loading gasoline** shall be calculated using the monthly quantity of liquids loaded (as required by Condition 25.5.1) in the below equations:

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 139

VOC (tons/mo) = [10 mg/l loaded x monthly quantity loaded (gal/mo) x 3.7854 l/gal x 1 g/1000 mg x 1 lb/453.6 g]/2000 lb/ton

Where:    10 mg/l loaded is the MACT R emission limit for gasoline loading (40 CFR Part 63 Subpart R § 63.422(b)

For periods when gasoline is being loaded and the pilot flame in the truck loading rack flare is not present, VOC emissions shall be calculated using the loading loss equation in Condition 25.1.1.2, with a control efficiency of 0%.

Emissions shall be calculated using the average vapor pressure and temperature of the liquids loaded during the period that the flare pilot flame is out and a constant vapor molecular weight of 66 lb/lbmole. Records shall be maintained of periods when the flare pilot flame is not present and gasoline is being loaded.

25.1.1.2    Monthly VOC emissions **from distillate loading** shall be calculated using the monthly quanitity of distillate loaded (as required by Condition 25.5.1.2) in the following equation:

VOC (tons/mo) = [LL (lb/$10^3$ gal) x monthly materials loaded ($10^3$ gal/mo) x (1 - (control efficiency/100))]/2000 lb/ton

$L_L$ = 12.46 x SPM/T

Where:    LL = loading loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), eqn 1
S = saturation factor (per Table 5.2-1 of AP-42)
P = true vapor pressure of liquid loaded, psia
M = molecular weight of vapors (lb/lbmole)
T = temperature of bulk liquid loaded (° R)

A control efficiency of 95% may be used in the above equation for the flare provided it meets the flare requirements in Condition 25.7.

Monthly emissions shall be calculated using the monthly average vapor pressure and temperature of the liquids loaded for the monthly period and a constant vapor molecular weight of 130 lb/lbmole.

For periods when distillate products are being loaded and the pilot flame in the truck loading rack flare is not present, VOC emissions shall be calculated using a control efficiency of 0%.

Emissions shall be calculated using the average vapor pressure, vapor molecular weight and temperature of the liquids loaded during the period that the flare pilot flame is out. Records shall be maintained of periods when the flare pilot flame is not present and distillate products are being loaded.

25.1.1.3    Monthly emissions **from pilot gas consumption** shall be calculated using an emission factor of 5.5 lb/MMscf (from AP-42, Section 1.4, dated 7/98, Table 1.4-2) and hours of flare operation (as required by Condition 25.10)

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 140 |

in the following equation:

$$VOC \text{ (tons/mo)} = [EF \text{ (lb/MMBtu)} \times 83.3 \text{ scf/hr} \times \text{monthly hours of operation} \times 1,020 \text{ MMBtu/MMscf} \times 1 \text{ MMscf}/10^6 \text{ scf}]/2000 \text{ lb/ton}$$

Where:     83.3 scf/hr = design rate of pilot

EF = 0.0987 lb/MMBtu (from Xcel gas composition data, Denver area high pressure line, December 2017, 95% control efficiency assumed)

Hours of operation as required by Condition 25.10.

Monthly emissions shall be calculated by the end of the subsequent month. Monthly emissions calculated in accordance with Conditions 25.1.1.1 through 25.1.1.3 shall be summed together and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month total shall be estimated using the previous twelve months data.

25.1.2     $NO_X$ and CO emission from the **truck loading rack and flare (R102)** shall not exceed the limits listed in the above summary table. (Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise emissions as indicated on the APEN received on October 19, 2021) Compliance with the annual limits shall be monitored by calculating emissions monthly using the above emission factors (from AP-42, Section 13.5 (dated 9/91), Table 13.5-1) and either the monthly quantity of liquids loaded (as required by Condition 25.5.1) or hours of operation (as required by Condition 25.10) in the below equations

$$NO_X/CO \text{ (tons/mo)} = NO_X/CO \text{ from loading} + NO_X/CO \text{ from pilot gas consumption}$$

<u>$NO_X/CO$ from loading</u>

$$NO_X/CO \text{ (tons/mo)} = [EF \text{ (lb/MMBtu)} \times L_L \text{ (lbs/10}^3 \text{ gal)} \times \text{monthly materials loaded (10}^3 \text{ gal/mo)} \times \text{heating value of material loaded (Btu/lb)} \times (MMBtu/10^6 \text{ Btu})]/2000 \text{ lb/ton}$$

$$L_L \text{ (lb/10}^3 \text{ gal)} = 12.46 \times SPM/T$$

Where:     LL = loading loss (lb/10³ gal), from AP-42, Section 5.2 (dated 6/08), equation 1

S = saturation factor (per Table 5.2-1 of AP-42), equals 1 per August 4, 2021 minor mod application.

P = true vapor pressure of liquid loaded, psia

M = molecular weight of vapors (lb/lbmole)

T = temperature of bulk liquid loaded (º R)

19,300 Btu/lb = heating value of diesel (AP-42, Section 3.3 (dated 10/96), Table 3.3-footnote c)

20,300 Btu/lb = heating value of gasoline (AP-42, Section 3.3 (dated 10/96), Table 3.3-footnote c)

Monthly emissions from loading shall be calculated using the monthly average vapor pressure and temperature of the liquids loaded for the monthly period. Constant vapor molecular weights of 66 and 130 lb/lbmole for gasoline and distillates, respectively, shall be used in the monthly emission calculations.

<u>$NO_X/CO$ from pilot gas consumption</u>

$$NO_X/CO \text{ (tons/mo)} = [EF \text{ (lb/MMBtu)} \times 83.3 \text{ scf/hr} \times \text{monthly hours of operation (as required by}$$

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 141 |

Condition 25.10) x 1020 Btu/scf x 1 MMBtu/$10^6$ Btu]/2000 lb/ton

Monthly emission shall be calculated by the end of the subsequent month. Monthly emissions from loading and pilot/assist gas consumption shall be summed together and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

25.1.3     For APEN reporting and fee purposes, PM, $PM_{10}$ and $SO_2$ emissions from the **truck loading rack and flare (R102)** shall be calculated monthly. Monthly emissions shall be summed to obtain calendar year emissions for APEN reporting purposes. Monthly emissions shall be calculated as follows:

25.1.3.1     PM and $PM_{10}$ emissions shall be calculated monthly using the emission factors included in the above summary table (from AP-42, Section 1.4 (dated 7/98), Table 1.4-2, converted to lb/MMBtu based on a heat content of 1020 Btu/scf per footnote a), the monthly quantity of material loaded (as required by Condition 25.5.1) and monthly hours of operation (as required by Condition 25.10) in the equations in Condition 25.1.2.

25.1.3.2     Monthly emissions of $SO_2$ shall be determined by summing daily $SO_2$ emissions (as required by Condition 25.2).

25.1.4     VOC emissions from the **truck loading rack drains (F203)** shall not exceed the limits listed in the above summary table. (Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include emission limits for drains as requested on the APEN received on June 23, 2017, red-lined on November 13, 2017.) Compliance with the annual limit shall be monitored by calculating emissions monthly using the number of hours in the month and the emission factor in the above summary table (from AP-42, Section 5.1 (dated 4/15), Table 5.1-4) in the equation below:

VOC (ton/mo) = [EF (lb/drain-hr) x No. of Drains x No. of hours in the month]/2000 lb/ton

Note that the control efficiencies listed in the table below can be applied to the above calculations provided the requirements in Condition 25.12 have been met for the controlled drains.

| Control[1] | Control Efficiency | Source |
|---|---|---|
| Water seals | 50% | EPA-450/3-85-001a, February 1985, "VOC Emissions from Petroleum Refinery Wastewater Systems – Background Information for Proposed Standards", page 4-9 |
| Gasketed and Sealed Lids | 23% | EPA-450/3-85-001b, December 1987, "VOC Emissions from Petroleum Refinery Wastewater Systems – Background Information for Promulgated Standards", page 2-23 |

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 142

[1]Permitted emissions include 18 drains. 5 drains (truck bay area drains) are equipped with water seals and 7 are equipped with gasketed and sealed lids (truck bay drain funnels and clean-out and inspection ports).

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

25.1.5    VOC emissions from the **truck loading rack sump (SU0001)** shall not exceed the limits listed in the above summary table (Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include emission limits for drains as requested on the APEN received on June 23, 2017, red-lined on November 13, 2017). Compliance with the annual limit shall be monitored by calculating emissions monthly using the monthly throughput (as required by Condition 25.5.2) and a TankESP version based on the June 2020 version of AP-42, Chapter 7.1. Note that if a new version of AP-42, Chapter 7.1 is published, Suncor may be required to modify this condition to include the new calculation methodologies to calculate emissions.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total. Each month a new twelve month total shall be calculated using the previous twelve months data.

25.2    Sulfur dioxide emissions from the **truck loading rack and flare (R102)** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit.

For purposes of monitoring compliance with the Colorado Regulation No. 1 $SO_2$ limit, daily $SO_2$ emissions from the **truck loading rack flare (R102)** shall be calculated as follows:

$SO_2$ emissions from flare (lb/day) = $SO_2$ from loading (lb/day) + $SO_2$ from pilot gas (lb/day)

$\underline{SO_2 \text{ from loading}}$

$SO_2$ (lb/day) = [EF (lb/MMscf) x $L_L$ (lbs/$10^3$ gal) x daily materials loaded ($10^3$ gal/day) x MMscf/$10^6$ scf /MW (lb/lb-mol) x 385.3 scf/lb-mol)

Where:    $L_L$ = loading losses (see equation in Condition 25.1.2)
MW = vapor molecular weight, for distillate (MW = 130 lb/lb-mole), for gasoline (MW = 66 lb/lbmole)
EF = 0.2325 lb/MMscf, which is based on an $H_2S$ concentration of 1.4 ppmv and calculated in accordance with the following equation:

EF (lb/MMscf) = 1.4 scf $H_2S$/$10^6$ scf x lb-mole $H_2S$/385.3 scf $H_2S$ x lb-mole $SO_2$/lb-mole $H_2S$ x 64 lb $SO_2$/lb-mole $SO_2$ x $10^6$ scf/MMscf

Daily emissions from loading shall be calculated using the monthly average vapor pressure and temperature of the liquids loaded for the monthly period. Constant vapor molecular weights of 66 and 130 lb/lbmole for gasoline and distillates, respectively, shall be used in the monthly emission calculations.

$\underline{SO_2 \text{ from pilot gas}}$

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 143

Note that natural (city) gas is used for pilot/assist gas

SO$_2$ (lb/day) = EF (lb/MMscf) x 83.3 scf/hr x daily hours of operation x MMscf/10$^6$ scf

Where:    EF = 0.6 lb/MMscf (from AP-42, Section 1.4 (dated 7/98), Table 1.4-2)
Hours of operation as required by Condition 25.10

25.3    The **truck loading rack (R102)** is subject to Colorado Regulation No. 24, Part B, Sections IV.C.2, IV.D.2.a, and VII as set forth in Conditions 41.3, 41.5, and 44 of this permit.

25.4    The **truck loading rack (R102)** is subject to the requirements of 40 CFR Part 63, Subpart R as set forth in Condition 52 of this permit.

25.5    Throughput through these sources are subject to the following limitations:

25.5.1    The **truck loading rack and flare (R102)** is limited to throughputs as follows:

(Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise the throughput limits as indicated on the APEN received on July 25, 2013)

25.5.1.1    Throughput of gasoline (all grades of gasoline, including blending components, having an annual average RVP of 13.0 psia or lower and a maximum monthly average RVP of 15.5 psia or lower) shall not exceed 15,000,000 bbl/year.

25.5.1.2    Throughput of petroleum distillates (including diesel fuel, bio-diesel and kerosene oil that has a true vapor pressure ≤ 0.029 psia at 100 ºF) shall not exceed 10,000,000 bbl/year.

Compliance with the annual throughput limits shall be monitored by recording the throughput of gasoline and petroleum distillates daily. Daily quantities of materials loaded shall be summed to determine monthly values. Monthly throughputs of gasoline and petroleum distillates shall be used in twelve month rolling totals to monitor compliance with the annual limitations. Each month new twelve month rolling totals shall be calculated using the previous twelve months data. Records of the vapor pressures of the materials loaded shall be maintained and made available to the Division upon request.

25.5.2    Throughput of wastewater through the truck loading rack sump (SU0001) shall not exceed 160,000 gallons/year (Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise the throughput limits as indicated on the APEN received on June 23, 2017, red-lined on November 13, 2017) Compliance with the annual throughput limit shall be monitored by determining the quantity of wastewater processed through the sump monthly. Monthly wastewater throughput shall be used in a twelve month rolling total to monitor compliance with the annual

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 144 |

limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

25.6    The **truck loading rack flare (R102)** is subject to the following opacity limit: No owner or operator of a smokeless flare or other flare for the combustion of waste gases shall allow or cause emissions into the atmosphere of any air pollutant which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes. (Colorado Regulation No. 1, Section II.A.5).

In the absence of credible evidence to the contrary, compliance with above opacity limit shall be presumed provided the monitoring in Condition 57.9 indicates compliance with the visible emission requirement in Condition 57.1. In the absence of credible evidence to the contrary, for periods when the monitoring in Condition 57.9 indicates non-compliance with the visible emission requirements in Condition 57.1, the flare shall be considered out of compliance with the opacity limit in this Condition 25.6 for the entire non-compliance period, unless a Method 9 observation is conducted that indicates compliance.

25.7    The **truck loading rack flare (R102)** is subject to the provisions set forth in Condition 57 of this permit.

25.8    This **truck loading rack (R102)** is subject to the NSPS requirements as follows:

25.8.1    This source is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

25.8.2    This source is subject to the specific requirements for bulk gasoline terminals in 40 CFR Part 60, Subpart XX, as set forth in Condition 50 of this permit.

25.9    This **truck loading rack (Denver Products Terminal)** is subject to the requirements of 40 CFR Part 63, Subpart GGGGG, as set forth in Condition 66 of this permit.

25.10    Hours of operation for the **truck loading rack flare (R102)** shall be monitored and recorded daily. Daily hours of operation shall be summed to determine monthly hours of the operation. Hours of operation shall be used to calculate emissions from pilot gas consumption as required by Conditions 25.1.1.3, 25.1.2 and 25.2.

25.11    The **truck loading rack sump (SU0001)** is subject to the requirements in Regulation No. 24, Part B, Section I.A as set forth in Condition 39.1 of this permit.

25.12    The **truck loading rack flare (R102) and associated piping from the meter prover to the flare, the controlled truck loading rack drains (F203) and the truck loading rack sump (SU0001)** are subject to the requirements of 40 CFR Part 61 Subpart FF, as set forth in Condition 65 of this permit.

25.13    The permittee shall monitor for breakthrough between the primary and secondary carbon canisters associated with the **truck loading rack sump (SU0001)** at times there is actual flow to the carbon

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 145 |

canister in accordance with the frequency specified in 40 CFR Part 61 Subpart FF §61.354(d) (Condition 65.30). (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate Consent Decree (H-01-4430) requirements related to carbon canisters. Consent Decree (H-01-4430), Paragraph 91):

    25.13.1    Breakthrough from carbon canisters shall be defined as any reading equal to or greater than 5 ppm benzene.

25.14    The **controlled truck loading rack drains (F203)** are subject to the BWON Program Enhancements in the Consent Decree (H-01-4430) as set forth in Appendix G of this permit. The BWON Program Enhancement monitoring requirements, as set forth in Appendix G of this permit, include the following:

    25.14.1    The permittee shall conduct monthly visual inspections of all water traps used for BWON control within the refinery's individual drain systems. (Paragraph 117(a))

25.15    A temporary flare may be used in place of the **Truck Loading Rack Flare**, provided the following requirements are met:

(Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to allow the use of a temporary flare as requested in the August 4, 2021 minor modification application to replace the flare tips)

    25.15.1    The temporary flare shall meet the emission limits, operating and regulatory requirements for the **Truck Loading Rack Flare** set forth in this Condition 25, in accordance with methods set forth in this Condition 25, except as specified in this Condition 25.15. Emissions from the temporary flare, including pilot gas combustion shall be included in the monthly and daily emission calculations for the **Truck Loading Rack Flare** in Conditions 25.1 and 25.2, except as follows:

        25.15.1.1    The design pilot flow rate of the temporary flare shall be used to calculate emissions from pilot gas consumption using the equations in Conditions 25.1.1.3, 25.1.2 and 25.2

        25.15.1.2    If the temporary flare uses propane for pilot fuel, the following changes to emission calculations methodologies will be used:

            a. An emission factor of 28.9 lb/MMscf shall be used in the emission calculations required by Condition 25.2. The emission factor is based on a propane $H_2S$ content of 174 ppm.

            b. A propane heat content of 21,580 Btu/lb shall be used in the emission calculations required by Condition 25.1.2. The heat content is based on a propane heat value of 91.5 MMBtu/$10^3$ gal and a propane density of 4.24 lb/gal (per AP-42, Section 1.5 (dated 7/2008), Table 1.5-1, footnote a and AP-42, Appendix A)

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 146 |

c. VOC emissions shall be calculated as specified in this condition and summed together with emissions estimated in accordance with the procedures in Conditions 25.1.1.1 through 25.1.1.3 to determine total monthly emissions from the truck loading rack flare, when a temporary flare is used during the month.

VOC (ton/month) = pilot flow (scf/hr) x hours of operation x lb-mole/385.3 scf x 44.1 lb/lb-mole x (1-control efficiency).

A control efficiency of 95% may be used in the above equation provided the temporary flare meets the requirements in Condition 25.7.

For periods when products are being loaded and the pilot flame in the temporary flare is not present, VOC emissions shall be calculated using a control efficiency of 0%. Records shall be maintained of periods when the temporary flare pilot flame is not present and products are being loaded.

25.15.2    The temporary flare shall not be operated while the **Truck Loading Rack Flare** is in operation.

25.15.3    The temporary flare shall not be operated for more than two weeks (336 hours) in any twelve month rolling period. Records of the hours of operation for the temporary flare shall be maintained and made available to the Division upon request.

25.15.4    The temporary flare shall combust either natural gas or propane as pilot gas. The heat input for pilot gas usage from the temporary flare shall not exceed 18.3 MMBtu in any twelve month rolling period.

25.15.5    The permittee shall conduct a demonstration on the temporary flare in accordance with the requirements in 40 CFR Part 60, Subpart XX § 60.503(e) (Condition 50.14). Records of the demonstration shall be maintained and made available to the Division upon request.

25.15.6    Loading of products at the Truck Loading Rack (gallons per minute) shall not exceed the design rate of the temporary flare. The manufacturer's specification sheet for the temporary flare shall be maintained and made available to the Division upon request.

25.16    The height of the permanent flare shall be no less than 35 feet. (Colorado Construction Permit 86AD450, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to reflect the stack height used in the modeling analysis for the August 4, 2021 minor modification application to replace the flare tips).

25.17    The truck loading rack is subject to the compliance assurance monitoring (CAM) requirements with respect to the VOC emission limitation identified in Condition 25.1.1, Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 60 and the CAM Plan in Appendix N.

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                    Page 147

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 148

## 26.    Groundwater Treatment Unit with Air Strippers – A1

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 26.1 | 9.90 tons/year | Material Balance | Recordkeeping and Calculation | Monthly |
| Location | 26.2 | | | | |
| Water Processed | 26.3 | | | Recordkeeping | Daily |
| Opacity | 26.4 | Not to exceed 20%, except as provided for below | | See Condition 26.4. | |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| RACT | 26.5 | See Condition 26.5. | | See Condition 26.5. | |

26.1    Emissions of air pollutants shall not exceed the limitation listed in the table above. (Colorado Construction Permit 88AD388)  The concentration of contaminants in the inlet and outlet streams shall be monitored monthly.  Monitoring of the inlet and outlet contaminant concentration shall be conducted on the same day.  Monthly contaminant concentration monitoring shall be conducted at least 10 calendar days apart.  (Colorado Construction Permit 88AD388, as modified under the provisions of Section I, Condition 1.3 to require that inlet and outlet contaminant concentrations be monitored) Monthly emissions from the Air Strippers shall be calculated by the end of the subsequent month using the monthly quantity of water processed and the inlet and outlet contaminant concentrations (emissions assumed to be the difference between the inlet and outlet). Monthly emissions shall be used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

26.2    The air stripper shall not be moved to another area at Suncor or the Colorado Refinery Company until the volatile organic compound emission limits are revised and the Division has been notified in writing. (Construction Permit 88AD388)

26.3    The permittee shall monitor and record daily average contaminated water processing rate. (Colorado Construction Permit 88AD388) Daily water quantities of water treated shall be summed to determine the monthly quantity of water processed.  Monthly quantities of water processed shall be used to calculate emission as specified in Condition 26.1.

26.4    This source is subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. Provided this emission source operates solely as an air stripper and has no associated combustion activities, and absent credible evidence to the contrary, this source is presumed to be in compliance with this condition.

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 149

26.5    This activity is subject to Colorado Regulation No. 24, Part B, Section III. No person shall dispose of volatile organic compounds by evaporation or spillage unless RACT is utilized. The Division has determined that "no control" represents RACT for activity.

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 150

## 27.    Process Heater H-2101 (Rated at 331 MMBtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 27.1 | 10.70 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| | 27.2 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 27.1 | 10.70 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| $SO_2$ | 27.1 | 10.20 tons/year | See Condition 27.1.2 | Recordkeeping Calculation | Monthly |
| | 27.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/dscf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 27.4 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 27.4 | Recordkeeping Calculation | Daily Monthly |
| $NO_X$ | 27.5 | 0.04 lb/MMBtu, on a 3-hr rolling average | | Continuous Emission Monitor | Continuous |
| | 27.1 | 52.19 tons/year | CEMS | | |
| CO | | 57.99 tons/year | CEMS | | |
| VOC | | 7.74 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| Fuel Use | 27.6 | 2,899,560,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 27.7 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6)  minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - (State-Only) | | | |
| MACT | 27.8 | Annual Tune-Up One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| RACT – Reg 3 | 27.9 | See Condition 27.9. | | See Condition 27.9. | |
| NSPS General Provisions | 27.10 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Continuous Emission Monitoring System Requirements | 27.11 | See Condition 27.11 | | See Condition 27.11 | |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 151 |

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Restrictions on Relaxing Emission Limitations | 27.12 | See Condition 27.12 | | Certification | Annually |
| RACT – Reg. 7 | 27.13 | $NO_X$ emissions not to exceed 0.1 lb/MMBtu | | See Condition 72 | |
| | 27.14 | Combustion Process Adjustment Requirements | | See Condition 73 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

27.1    Emissions of air pollutants are subject to the following requirements:

27.1.1    PM, $PM_{10}$ and VOC emissions shall not exceed the limits listed in the above summary table (Colorado Construction Permit 04AD0109). Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (PM, $PM_{10}$ and VOC from AP-42, Section 1.4, dated 7/98, Table 1.4-2, emission factors converted to lb/MMBtu by dividing by 1020 Btu/scf per footnote a) and the monthly fuel consumption (as required by Condition 27.6) in the following equation:

Emissions (tons/month) = [EF (lb/MMBtu) x fuel usage (MMBtu/mo)]/2000 lbs/ton

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

27.1.2    $SO_2$ emissions shall not exceed the limits listed in the above summary table (Colorado Construction Permit 04AD0109). Compliance with the annual limitation shall be monitored by calculating $SO_2$ emissions daily as described below.

Daily $SO_2$ emissions shall be estimated using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 27.3) and the daily fuel consumption (as required by Condition 58)

$SO_2$ (lbs/day) = [daily fuel flow (Mscf/day) x $H_2S$ conc. (ppm) x 0.169 lb $SO_2$/ppm$H_2S$-1,000 Mscf]

Note that the derivation of the constant 0.169 lb $SO_2$/ppm $H_2S$-1,000 Mscf is shown in Condition 11.1.

Daily $SO_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission

---

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 152

limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

27.1.3    NOx emissions shall not exceed the limits listed in the above summary table (Colorado Construction Permit 04AD0109 snd Regulation No. 23, Section IV.F.3.). Compliance with the annual limits shall be monitored using the $NO_X$ CEMS required by Condition 27.11 as follows:

For any hour is which fuel is fired in the heater, the permittee shall program the data acquisition and handling system to calculate lb/hr of $NO_X$ emissions in accordance with the requirements in Condition 59.1.1.3.b and 40 CFR Part 60.

Specifically hourly mass $NO_X$ emissions (in lb/hr) shall be calculated using the following equation:

$$E_h = F_d \times C_d \times MW/385.3 \times 10^{-6} \times (20.9/(20.9 - \%O_2)) \times H_g$$

Where:    $E_h$ = mass emissions (lb/hr)
$F_d$ = fuel factor, dry, scf/MMBtu (calculated from on-site analyzers)
$C_d$ = $NO_X$ concentration, dry basis, ppm
$MW$ = $NO_X$ molecular weight, 46.01 lb/mol
$Q_d$ = volumetric flow rate, dry basis, scfm
$\%O_2$ = $O_2$ concentration, dry basis (from $O_2$ CEMS)
$H_g$ = heat input rate (MMBtu/hr)

The resulting $NO_X$ lb/hr value is then multiplied by the unit operating time for the heater for that hour to produce a $NO_X$ lbs value. Hourly $NO_X$ emissions (lbs) shall be summed and divided by 2000 to determine monthly $NO_X$ emissions (in tons). In determining compliance with the annual emissions limitation, all periods of emissions must be included, including startups, shutdowns, emergencies and malfunctions.

Monthly emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

27.1.4    CO emissions shall not exceed the limits listed in the above summary table (Colorado Construction Permit 04AD0109). Compliance with the annual limit shall be monitored using the CO CEMS required by Condition 27.11 as follows:

For any hour is which fuel is fired in the heater, the permittee shall program the data acquisition and handling system to calculate lb/hr of CO emissions in accordance with the requirements in Condition 59.1.1.3.b and 40 CFR Part 60.

Specifically hourly mass CO emissions (in lb/hr) shall be calculated using the following equation:

$$E_h = F_d \times C_d \times MW/385.3 \times 10^{-6} \times (20.9/(20.9 - \%O_2)) \times H_g$$

Where:    $E_h$ = mass emissions (lb/hr)

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 153 |

$F_d$ = fuel factor, dry, scf/MMBtu (calculated from on-site analyzers)
$C_d$ = CO concentration, dry basis, ppm
MW = CO molecular weight, 28 lb/mol
$Q_d$ = volumetric flow rate, dry basis, scfm
$\%O_2$ = $O_2$ concentration, dry basis (from $O_2$ CEMS)
$H_g$ = heat input rate (MMBtu/hr)

The resulting CO lb/hr value is then multiplied by the unit operating time for the heater for that hour to produce a CO lbs value. Hourly CO emissions (lbs) shall be summed and divided by 2000 to determine monthly CO emissions (in tons). In determining compliance with the annual emissions limitation, all periods of emissions must be included, including startups, shutdowns, emergencies and malfunctions.

Monthly emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

27.2    This source is subject to the particulate matter emission limit set forth in Condition 36.1 of this permit.

27.3    This source is subject to 40 CFR Part 60 Subpart J, Standards of Performance for Petroleum Refineries as set forth in Condition 45 of this permit.

This heater combusts natural gas and PSA reject gas. The public-supplied natural gas is not a refinery fuel gas, and quantification of its sulfur content is based on annual data supplied by the public utility. PSA reject gas, generated by the hydrogen plant, is a refinery fuel gas. However, gases produced in a hydrogen plant are exempt from the sulfur monitoring requirements in NSPS Subpart J as specified in 40 CFR Part 60 §60.105(a)(4)(iv)(C).

27.4    Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from this heater shall be calculated as set forth in Condition 27.1.2 of this permit.

27.5    $NO_X$ emissions from this heater shall not exceed 0.04 lb/MMBtu, on a 3-rolling average (Colorado Construction Permit 04AD0109, as modified under the provisions on Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections II.A.7 and III.B.7 to include the $NO_X$ emission limits in Consent Decree H-01-4430, paragraph 220(a) required for new or modified heaters associated with projects that used reductions from Consent Decree requirements for netting per paragraphs 219 and 220.) Compliance with the $NO_X$ emission limits shall be monitored as follows:

27.5.1    **Schedule of Compliance.** In order to comply with the $NO_X$ emission limit in Condition 27.5, the permittee shall take the following actions to install a $NO_X$ emissions reduction device on heater H-2101:

27.5.1.1    By April 30, 2023, complete design concept (e.g., determine vendors, selective catalytic reduction (SCR) device model, capacity and other

Air Pollution Control Division                                   Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 154

related information).

27.5.1.2    By April 30, 2025, complete detailed engineering on the project.

27.5.1.3    By January 31, 2026, complete construction planning.

27.5.1.4    By the end of the 2026 turnaround but no later than December 31, 2026, complete construction of the $NO_X$ emissions reduction device.

Progress reports shall be submitted every six (6) months until completion of the project. (Colorado Regulation No. 3 , Part C, Section III.C.9) The first progress report shall cover the six (6) month period beginning with the issuance date of this renewal permit **July 9, 2024**. Semi-annual reports shall be submitted within 15 calendar days after the end of the six month period.

27.5.2    Upon completion of the schedule of compliance in Condition 27.5.1, compliance with the $NO_X$ limit shall be monitored using the $NO_X$ continuous emission monitoring system required by Condition 27.11. For every hour in which fuel is combusted in the heater, the permittee shall program the data acquisition and handling system (DAHS) to calculate the $NO_X$ concentration in lb/MMBtu, in accordance with the requirements in 40 CFR Part 60 and Condition 59.1.1.3.b of this permit. Compliance with the $NO_X$ emission limits in Condition 27.5 shall be based on a 3-hr rolling average. Before the end of each operating hour, the permittee must calculate and record the 3-hr rolling average emission rate in lb/MMBtu from the previous three operating hours. (An operating hour is any hour in which fuel is combusted for any time in the unit.)

27.6    Consumption of gaseous fuel in this heater shall not exceed 2,899,560,000,000 Btu (HHV) per year (Colorado Construction Permit 04AD0109).  Refinery fuel gas shall be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week for refinery fuel gas and monthly for natural gas (city gas)). Monthly fuel consumption shall be used in a twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall calculated using the previous twelve months data.

27.7    This heater is subject to the opacity limits set forth in Conditions 35.1, 35.2 and 35.3 of this permit. Compliance with the opacity requirements shall be monitored as set forth in Condition 35.4

27.8    This heater is subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 63  of this permit.

27.9    This heater is subject to RACT requirements for $PM_{10}$, VOC and CO (Colorado Construction Permit 04AD0109 and Colorado Regulation No. 3, Part B, Section III.D.2.a)  RACT has been determined to be the following:).

27.9.1    For $PM_{10}$ – Use of pipeline quality natural gas or PSA reject gas which meets the requirement in Condition 27.3 (40 CFR Part 60 Subpart J).

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 155

27.9.2    For CO and VOC – Use of good combustion practices. In the absence of credible evidence to the contrary, compliance with the VOC and CO RACT requirements shall be presumed provided the requirements in Conditions 27.10 (NSPS General Provisions) and 27.14 (Reg 7 combustion process adjustment requirements) are met.

27.10    This heater is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

27.11    Continuous emission monitoring systems (CEMS) shall be installed, calibrated, maintained, and operated in for the measurement of $NO_X$, CO, $O_2$ and air flow. (Colorado Construction Permit 04AD0109. Regulation No. 23, Sections V.A.1.b, V.A.1.b.(i) and V.A.1.b.(i)(D) require the use of a $NO_X$ CEMs). The CEMs shall be operated and maintained in accordance with the requirements in Condition 59. Reports shall be submitted in accordance with the requirements in Condition 59.4 addressing monitor downtime or emissions of $NO_X$ or CO in excess of the limitations in Conditions 27.1.3,  27.1.4 and 27.5.

27.12    The requirements of Colorado Regulation No. 3, Part D shall apply at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Section VI.B.4).

Limitations were taken on the emission units addressed as part of the Clean Fuels Project (CFP) to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the CFP shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level. The emission units associated with the CFP are addressed in this Section II.27 (Process Heater H-2101), as well as Sections II.4 (Tanks T52, T774 and T777), II.10 (Y-3 Cooling Tower), II.13 (Boilers B-6 and B-8), II.20 (TGU Incinerator H-25), II.21 (Process Heaters H-1716 and H-1717), and II.34 (F102 – Asphalt Unit Fugitives, F103 – No. 3 HDS Fugitives, F105 - No. 2 HDS Fugitives, F108 – Debutanizer Fugitives, F109 – No. 4 HDS Fugitives, F110 – Amine System Fugitives, F111 - SWS System Fugitives, F112 – Tank Farm Fugitives and F204 $H_2$ Plant Drain Systems). The assessment of emission increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

It should be noted that at the time the CFP was permitted (application received January 29, 2004, permits issued May 24, 2004), the area in which the facility was located was designated as attainment or attainment maintenance for all pollutants.

27.13    Except as provided for in Colorado Regulation No. 3, Part E, Section II.A.2, this heater is subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in Condition 72.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                               Page 156

Note that the exemption in Colorado Regulation No. 26, Part B, Section II.A.d.f (Condition 72.1.3) does not apply until the requirements adopted by the AQCC on December 17, 2021 into Regulation No. 23 (effective January 30, 2022) are approved into Colorado's Round 2 Regional Haze SIP.

27.14    This heater is subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 157

## 28. Process Heater H-2410 (Rated at 51.5 MMBtu/hr)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 28.1 | See Condition 36.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| PM | 28.2 | | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| PM$_{10}$ | | | | | |
| NO$_X$ | | 9.50 tons/year | 0.042 lb/MMBtu | | |
| CO | | 9.02 tons/year | 0.04 lb/MMBtu | | |
| VOC | | 1.24 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| NSPS Subpart Ja | 28.3 | Fuel gas shall not contain H$_2$S in excess of: 162 ppmv, on a 3-hour rolling average, and 60 ppmv, on a 365-day rolling average | | Continuous Monitoring System | Continuous |
| | | NO$_X$ emissions shall not exceed 40 ppmvd, corrected to 0% excess air, on a 30-day rolling average basis | | Continuous Monitoring System | Continuous |
| SO$_2$ | 28.2 | 2.75 tons/year | See Condition 28.2 | Recordkeeping Calculation | Monthly |
| | 28.4 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 28.4 | Recordkeeping Calculation | Daily Monthly |
| Fuel Use | 28.5 | 451,140,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| Opacity | 28.6 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20% - (**State-Only**) | | | |
| MACT | 28.7 | Annual Tune-Up One Time Facility Energy Assessment- | | See 40 CFR Part 63 Subpart DDDDD (Condition 63) | |
| RACT – Reg 3 | 28.8 | See Condition 28.8. | | See Condition 28.8. | |
| NSPS General Provisions | 28.9 | General Provisions - Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Stack Height Requirement | 28.10 | H-2410 Stack Height shall be no less than 60.8 meters | | See Condition 28.10 | |

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 158

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Restrictions on Relaxing Emission Limitations | 28.11 | See Condition 28.11 | | Certification | Annually |
| RACT – Reg 7 | 28.12 | NO$_X$ emissions not to exceed 0.1 lb/MMBtu | | See Condition 72 | |
| | 28.13 | Combustion Process Adjustment Requirements | | See Condition 73 | |

28.1    This source is subject to the particulate matter emission limits set forth in Condition 36.1 of this permit.

28.2    Emissions of air pollutants shall not exceed the limits listed in the above summary table (Colorado Construction Permit 09AD1351). **For all pollutants except SO₂**, compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above table (PM, PM$_{10}$ and VOC from AP-42, Section 1.4, dated 7/98, Table 1.4-2, emission factors converted to lb/MMBtu by dividing by 1020 Btu/scf per footnote a, NO$_X$ based on NSPS Ja NO$_X$ limit (40 ppmvd at 0% O$_2$), converted to units of lb/MMBtu and CO from manufacturer) and the monthly fuel consumption (as required by Condition 28.5) in the following equation:

Emissions (tons/month) = [EF (lb/MMBtu) x fuel usage (MMBtu/mo)]/2000 lbs/ton

For SO₂, daily emissions shall be estimated using the daily average H$_2$S concentration (as determined using the continuous monitoring system required by Condition 28.3) and the daily fuel consumption (as required by Condition 58) in the following equation.

SO₂ (lbs/day) = [daily fuel flow (Mscf/day) x H$_2$S conc. (ppm) x 0.169 lb SO$_2$/ppmH$_2$S-1,000 Mscf]

Note that the derivation of the constant 0.169 lb SO$_2$/ppm H$_2$S-1,000 Mscf is shown in Condition 11.1.

Daily SO₂ emissions for the month shall be calculated by the end of the subsequent month. Daily SO₂ emissions shall be summed to determine monthly SO₂ emissions.

Monthly emissions from the heater shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

Note that PM and PM$_{10}$ emission limits are not included in the permit for process heater H-2410 but emission from these pollutants shall be calculated and reported on revised APENs submitted for this unit.

28.3    This heater is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| --- | --- |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 159 |

Compliance with the Subpart Ja fuel gas limits shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 46.14. Compliance with the NSPS Ja $NO_X$ limit shall be monitored using a $NO_X$ continuous emission monitoring system as specified in Condition 46.18.

28.4    Sulfur dioxide emissions from this source shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from this heater shall be calculated as set forth in Condition 28.2 of this permit.

28.5    Consumption of gaseous fuel in this heater shall not exceed 451,140,000,000 Btu (HHV) per year (Colorado Construction Permit 09AD1351).  Refinery fuel gas shall be monitored as set forth in Condition 58 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limit shall be monitored by recording the quantity of fuel consumed in the heater monthly.  Monthly quantities of fuel used shall be used in the twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month rolling total shall be determined using the previous twelve months data.

28.6    This heater is subject to the opacity limits set forth in Conditions 35.1, 35.2 and 35.3 of this permit. Compliance with the opacity requirements shall be monitored as set forth in Condition 35.4.

28.7    This heater is subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 63 of this permit.

28.8    This heater is subject to RACT requirements for $PM_{10}$, VOC, CO and $NO_X$ (VOC and $NO_X$ are ozone precursors). (Colorado Construction Permit 09AD1351 and Colorado Regulation No. 3, Part B, Section III.D.2.a)  RACT has been determined to be the following:

    28.8.1    For $PM_{10}$ – Use of gaseous fuel.

    28.8.2    For CO and VOC – Use of good combustion practices. In the absence of credible evidence to the contrary, compliance with the VOC and CO RACT requirements shall be presumed provided the requirements in Conditions 28.9 (NSPS General Provisions) and 28.13 (Reg 7 combustion process adjustment requirements) are met.

    28.8.3    For $NO_X$ – ultra low $NO_X$ burners.

28.9    This heater is subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

28.10    The height of the reboiler stack shall be no less than 60.8 meters (Colorado Construction Permit 09AD1351, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part A, Section III to revise the stack height as indicated in the source's December 17, 2014 submittal).

| | |
| --- | --- |
| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 160 |

28.11    The requirements of Colorado Regulation No. 3, Part D shall apply at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Sections V.A.7.b and VI.B.4).

Limitations were taken on the emission units addressed as part of the GBR Unit Project to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the GBR Unit Project shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level.  The emission units associated with the GBR Unit Project are addressed in this Section II.28, as well Sections II.31 (F3 – GBR Unit Flare) and II.34 (F114 – GBR Unit fugitives). The assessment of emission increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

28.12    Except as provided for in Colorado Regulation No. 3, Part E, Section II.A.2, this heater is subject to the $NO_X$ emission limit, compliance demonstration, recordkeeping and reporting requirements in Colorado Regulation No. 26, Part B, Sections II.A.4, 5, 6, 7 and 8, as set forth in Condition 72.

28.13    This heaters are subject to the combustion process adjustment requirements in Colorado Regulation No. 26, Part B, Sections II.A.6 and 7.f as set forth in Condition 73, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 161

## 29.    Plant 1 (Main Plant (MP)) Flare – F1

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| $SO_2$ | 29.1 | | See Condition 29.1 | TRS and Flare Flow Monitor | Continuously |
| | 29.2 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | See Condition 29.2 | |
| | 29.3 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 29.3 | Recordkeeping Calculation | Daily Monthly |
| NOx | 29.1 | | See Condition 29.1 | Recordkeeping Calculation | Annually |
| VOC | | | | | |
| CO | | | | | |
| PM | | | | | |
| $PM_{10}$ | | | | | |
| RACT | 29.4 | See Condition 29.4 | | See Condition 29.4 | |
| Heat Rate of Gases Combusted | 29.5 | | | Flow Meter Recordkeeping | Continuously, Daily |
| Opacity | 29.6 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Video Surveillance Camera | Continuously |
| NSPS General Provisions | 29.7 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Hours of Operation | 29.8 | | | See Condition 29.8 | |
| NSPS Ja Requirements | 29.9 | Fuel gas shall not contain $H_2S$ in excess of 162 ppmv, on a 3-hour rolling average | | Continuous $H_2S$ Monitoring System (See Condition 46) | |
| | | Flare Management Plan, Root Cause Analysis | | See 40 CFR Part 60 Subpart Ja (Condition 46) | |
| MACT CC | 29.10 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

29.1    For APEN reporting and fee purposes (per Colorado Regulation No. 3, Part A, Section II), annual emissions shall be calculated using the emission factors listed in the table below and the heat rate of gases combusted in the flare (as required by Condition 29.5) in the following equation:

Emissions (tons/Year) = [EF (lbs/MMBtu) x gases to flare (MMBtu/year)]/2000 (lbs/ton)

---

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                      Page 162

| Pollutant | Emission Factor (lb/MMBtu) | Emission Factor Source |
|---|---|---|
| PM | $7.45 \times 10^{-3}$ | AP-42, Section 1.4 (dated 7/98), Table 1.4-2 converted to lb/MMBtu based on a heat content of 1020 Btu/scf per footnote a |
| $PM_{10}$ | $7.45 \times 10^{-3}$ | |
| CO | 0.31 | AP-42, Section 13.5 (dated 2/18), Table 13.5-2 |
| $NO_X$ | 0.068 | |
| VOC – Waste/Sweep/Purge Gas | 0.2548 lb/MMBtu | Based on expected waste/sweep gas compostion, 98% control efficiency assumed. |
| VOC – Natural Gas (Supplemental and Pilot) | 0.0395 lb/MMBtu | from Xcel gas composition data, Denver area high pressure line, December 2017, 98% control efficiency assumed |

For any 15-minute block period when the Btu content of gases in the combustion zone do not meet the limit in Condition 53.91 (270 Btu/scf limit in 40 CFR Part 63 Subpart CC) or any 15-minute block period during which there was at least one minute when waste gases are routed to the flare and no pilot flame is present, VOC emissions shall be calculated assuming a control efficiency of 0%. VOC emission factors of 12.74 lb/MMBtu (waste gas) and 1.98 lb/MMBtu (natural gas) shall be used to estimate emissions during those periods.

Annual $SO_2$ emissions shall be estimated by summing daily $SO_2$ emissions, as required by Condition 29.3.

29.2    The Plant 1 Main Plant Flare is subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 45 of this permit.

(As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate Consent Decree (H-01-4430) requirements that flares are subject to NSPS Subpart J. Consent Decree (H-01-4430), paragraph 156). The permittee has opted to comply with the NSPS Subpart J requirements by installing a flare gas recovery system (option c in Paragraph 156 of the Consent Decree). The following requirements apply to the operation of the flare gas recovery system:

29.2.1    Hydrocarbon Flaring Incidents and Acid Gas Flaring Incidents are subject to the Root Cause Failure Analysis and Corrective Action requirements in paragraphs 183 through 188 of the Consent Decree as set forth in Appendix G of the permit. (Consent Decree (H-01-4430), paragraphs 178 and 179)

29.2.2    Hydrocarbon Flaring Incident is defined as the continuous or intermittent flaring of refinery process gases, except for Acid Gas, Sour Water Stripper Gas, or Tail Gas that results in the emissions of $SO_2$ that are equal to or greater than 500 pounds in a 24-hour period. (Consent Decree (H-01-4430), paragraph 155(j))

29.2.3    Acid Gas Flaring Incident is defined as the continuous or intermittent flaring/combustion of Acid Gas and/or Sour Water Stripper Gas that results in the emission of $SO_2$ equal to, or greater than 500 pounds in a 24-hour period. However, if 500 pounds or more of $SO_2$ have been emitted in a 24-hour period and flaring continues into subsequent, contiguous, non-overlapping 24-hour periods, each period of which

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                              Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 163 |

results in emissions equal to, or in excess of 500 pounds of $SO_2$, then only one Acid Gas Flaring Incident shall have occurred. Subsequent, contiguous, non-overlapping periods are measured from the initial commencement of flaring within the Acid Gas Flaring Incident. (Consent Decree (H-01-4430), paragraph 155(d))

29.3    Sulfur dioxide emissions from the Plant 1 Main Plant Flare shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Conditions 38.1 of this permit. Daily $SO_2$ emissions from the Plant 1 Main Plant Flare shall be calculated as follows:

$SO_2$ emissions from flare (lb/day) = $SO_2$ from flared gases (lb/day) + $SO_2$ from natural gas (lb/day)

<u>$SO_2$ Emissions from pilot, flow meter purge and supplemental gases (natural gas)</u>

$SO_2$ (lb/day) = pilot gas flow (MMscf/day) x 1.6 lb/MMscf

SO2 (lb/day) = flow meter purge gas flow (MMscf/day) x 1.6 lb/MMscf

$SO_2$ (lb/day) = suppl. gas flow (MMscf/day) x 1.6 lb/MMscf

Where:    pilot gas flow (MMscf/day) determined as required by Condition 29.5.1.
flow meter purge gas flow (MMscf/day) determined as required by Condition 29.5.1.
suppl. gas flow (MMscf/day) determined as required by Condition 29.5.2.
1.6 lb/MMscf = 0.55 grains S/0.1 Mscf x 1 lb S/7,000 grains S x 64 lb $SO_2$/32 lbs S

<u>$SO_2$ Emissions from flared gases (not including pilot and supplemental):</u>

Daily $SO_2$ emissions from flared gas will be based on the summation of the hourly $SO_2$ emissions measured by the total reduced sulfur (TRS) analyzer required by Condition 29.9 (NSPS Ja). Hourly $SO_2$ emissions are calculated from the TRS analyzer as follows:

lb $SO_2$/hr = FG flow (MMscf)/hr x $SO_2$ conc. (1-hr average ppmv) x lb-mole $SO_2$/385.3 scf $SO_2$ x 64.04 lb $SO_2$/lb-mole $SO_2$

$$\text{FG flow (MMscf/hr)} = \frac{\text{actual FG flow (MMcf/hr) x 527.67° R x P (psia)}}{(T \text{ (°F)} + 459.67) \text{ x } 14.7 \text{ psia}}$$

Where:    FG flow (MMscf/hr) = flare gas flow rate at standard temperature and pressure. The flow meter required by Condition 29.5.3 is required to correct to standard temperature and pressure per 63.670(i)(1).

$SO_2$ conc. (ppmv) = measured total reduced sulfur (TRS) concentration in the flare gas heater, reported as $SO_2$ ppmv (scf $SO_2$/$10^6$ scf FG), from the TRS continuous monitoring system

actual FG flow (MMcf/hr) = actual flare gas flow rate at process temperature and pressure, as determined from flare flow meter required by Condition 29.5.3.

459.67= conversion factor converting temperature in °F to degree Rankine.

527.67 °R = standard temperature, in °R, which = 68 °F + 459.67

T = process temp, in °F

P = process pressure, in psia

14.7 psia = standard pressure

29.4    The Plant 1 Main Plant Flare is subject to the provisions of Colorado Regulation No. 24, Part B, Section VI.B.3 and 6 as set forth in Conditions 43.2.2 and 43.2.5 of this permit.

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 164 |

29.5    The heat rate (Btu per year, HHV) of gases (including pilot, flow meter purge and supplemental gas) combusted in the Plant 1 Main Plant Flare shall be monitored and recorded daily as follows:

29.5.1    The quantity of pilot gas and flow meter purge gas (purchased natural gas) to the flare shall be determined based on the design rate (135 scf/hr for pilot and 240 scf/hr for flow meter purge) and daily hours of operation for the flare (as required by Condition 29.8). The Btu content of the pilot and flow meter purge gas (purchased natural gas) shall be 1020 Btu/scf (based on a net (lower) heating value (LHV) of 920 Btu/scf per 40 CFR Part 63 Subpart CC §63.670(j)(5) (Condition 53.96.3), converted to HHV by multiplying by 1.11). Daily throughput shall be summed to determine annual consumption of pilot and purge gas for use in the emission calculations required by Condition 29.1.

29.5.2    The quantity of supplemental fuel (purchased natural gas) to the flare shall be monitored using a continuous flow monitor that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(i) (see Condition 53.95). The Btu content of the supplemental fuel (purchased natural gas) shall be 1020 Btu/scf (based on a LHV of 920 Btu/scf per 40 CFR Part 63 Subpart CC §63.670(j)(5) (Condition 53.96.3), converted to HHV by multiplying by 1.11). Daily throughput shall be summed to determine annual consumption of supplemental fuel for use in the emission calculations required by Condition 29.1.

29.5.3    The quantity of process gases combusted shall be monitored using a continuous flow monitor that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(i) (see Condition 53.95). The Btu content of the process gas shall be determined using a calorimeter that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(j)(3) (see Condition 53.96.1). The calorimeter measures the Btu content in LHV, which shall be converted to HHV by multiplying by 1.14. Daily throughput shall be summed to determine annual consumption of process gases for use in the emission calculations required by Condition 29.1.

29.6    This Plant 1 Main Flare is subject to the following opacity limit: No owner or operator of a smokeless flare or other flare for the combustion of waste gases shall allow or cause emissions into the atmosphere of any air pollutant which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes. (Colorado Regulation No. 1, Section II.A.5).

In the absence of credible evidence to the contrary, compliance with above opacity limit shall be presumed provided the monitoring in Condition 53.94 indicates compliance with the visible emission requirement in Condition 53.89. In the absence of credible evidence to the contrary, for periods when the monitoring in Condition 53.94 indicates non-compliance with the visible emission requirement in Condition 53.89, the flare shall be considered out of compliance with the opacity limit in this Condition 29.6 for the entire non-compliance period, unless a Method 9 observation is conducted that indicates compliance.

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 165 |

29.7    The Plant 1 Main Plant Flare is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Conditions 56 of this permit. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate the Consent Decree (H-01-4430) requirement that flares are subject to NSPS Subpart A. Consent Decree (H-01-4430), paragraph 156)

29.8    Hours of operation for the Plant 1 Main Plant Flare shall be monitored and recorded daily. Daily hours of operation shall be used to calculate daily pilot gas throughput as required by Condition 29.5.1.

29.9    The Plant 1 Main Plant Flare is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

The flare is subject to the NSPS Ja requirements due to a modification and must comply with the requirements in NSPS Ja on November 11, 2015 or upon startup of the modified flare, whichever is later.

29.10    On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to 40 CFR Part 63 Subpart CC shall meet the applicable requirements for flares as specified in 40 CFR Part 63 Subpart CC §§63.670(a) through (q) and 63.671 (See Condition 53).

Alternatively, the owner or operator may elect to comply with the requirements of 40 CFR Part 63 Subpart CC §63.670(r) in lieu of the requirements in §63.670(d) through (f), as applicable (See Condition 53).

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 166

## 30. Plant 3 (Asphalt Unit (AU)) Flare – F2

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| SO$_2$ | 30.1 | 16.9 tons/year | See Condition 30.1 | TRS and Flare Flow Monitor | Continuously |
| | 30.2 | NSPS Subpart J Requirement: Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | See Condition 30.2 | |
| | 30.3 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 30.3 | Recordkeeping Calculation | Daily Monthly |
| VOC | 30.1 | 8.6 tons/year | 0.371 lb/MMBtu | Recordkeeping Calculation | Monthly |
| CO | | 7.2 tons/year | 0.31 lb/MMBtu | | |
| NO$_X$ | | 1.6 tons/year | 0.068 lb/MMBtu | | |
| PM | | | 7.45 x 10$^{-3}$ lb/MMBtu | | |
| PM$_{10}$ | | | | | |
| PM$_{2.5}$ | | | | | |
| RACT | 30.4 | See Condition 30.4 | | | |
| Opacity | 30.5 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Video Surveillance Camera | Continuously |
| Heat Rate of Gases Combusted | 30.6 | 46,202,974,000 Btu/year | | Flow Meter Recordkeeping | Continuously Daily, Monthly |
| NSPS General Provisions | 30.7 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Hours of Operation | 30.8 | | | Recordkeeping | Monthly |
| NSPS Ja | 30.9 | Fuel gas shall not contain H$_2$S in excess of 162 ppmv, on a 3-hour rolling average | | H$_2$S Continuous Monitoring System (see Condition 46) | |
| | | Flare Management Plan, Root Cause Analysis | | See 40 CFR Part 60 Subpart Ja (Condition 46) | |
| MACT | 30.10 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| CAM Requirements | 30.11 | See Condition 30.11 | | See Condition 30.11 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H$_2$S averaged over a 3-hour period (See 73 FR 35852).

30.1    Emissions of air pollutants shall not exceed the limits listed in the above summary table (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on requested emissions on the APEN submitted September 12, 2017, red-lined October 24, 2018).

---

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 167

**For all pollutants except $SO_2$,** compliance with the annual limitations shall be monitored by calculating monthly VOC, CO and $NO_X$ emissions using the emission factors in the above table ($NO_x$ and CO from AP-42, Section 13.5 (dated 2/18), Table 13.5-2, VOC based on material balance (98% DRE assumed), PM, $PM_{10}$ and $PM_{2.5}$ from AP-42, Section 1.4 (dated 7/98), Table 1.4-2, converted to lb/MMBtu by dividing by 1020 Btu/scf per footnote a) and the monthly quantity of gases combusted (including pilot gas) in the flare (as required by Condition 30.6) in the following equation:

Emissions (Tons/month) = [EF (lbs/MMBtu) x gases to flare (MMBtu/month)]/2000(lbs/ton)

For any 15-minute block period when the Btu content of gases in the combustion zone do not meet the limit in Condition 53.91 (270 Btu/scf limit in 40 CFR Part 63 Subpart CC) or any 15-minute block period during which there was at least one minute when waste gases are routed to the flare and no pilot flame is present, VOC emissions shall be calculated assuming a control efficiency of 0%. A VOC emission factor of 18.55 lb/MMBtu shall be used to estimate emissions during those periods.

**For $SO_2$,** daily emissions from the flare shall be calculated as described below.

$SO_2$ from the flare (lb/day) = $SO_2$ from flared gases (lb/day) + $SO_2$ emissions from pilot gas (lb/hr)

<u>$SO_2$ Emissions from pilot gases</u>

$SO_2$ (lb/day) =  pilot gas flow (MMscf/day) x 1.6 lb/MMscf

Where:    pilot gas (MMscf/day) = pilot gas flow determined as required by Condition 30.6.1
          1.6 lb/MMscf = 0.55 grains S/0.1 Mscf x 1 lb S/7,000 grains S x 64 lb $SO_2$/32 lbs S

<u>$SO_2$ Emissions from flared gases (not including pilot):</u>

Daily $SO_2$ emissions from flared gas will be based on the summation of the hourly $SO_2$ emissions measured by the total reduced sulfur (TRS) analyzer required by Condition 30.9 (NSPS Ja). Hourly $SO_2$ emissions are calculated from the TRS analyzer as follows:

lb $SO_2$/hr = FG flow (MMscf)/hr x $SO_2$ conc. (1-hr average ppmv) x lb-mole $SO_2$/385.3 scf $SO_2$ x 64.04 lb $SO_2$/lb-mole $SO_2$

FG flow (MMscf/hr) = $\dfrac{\text{actual FG flow (MMcf/hr) x 527.67 ºR x P (psia)}}{\text{(T (ºF) + 459.67) x 14.7 psia}}$

Where:   FG flow (MMscf/hr) = flare gas flow rate at standard temperature and pressure. The flow meter required by
         Condition 30.6.2 is required to correct to standard temperature and pressure per 63.670(i)(1).
         $SO_2$ conc. (ppmv) = measured total reduced sulfur (TRS) concentration in the flare gas heater, reported as
         $SO_2$ ppmv (scf $SO_2$/$10^6$ scf FG), from the TRS continuous monitoring system
         actual FG flow (MMcf/hr) = actual flare gas flow rate at process temperature and pressure, as determined
         from actual flare flow meter required by Condition 30.6.2.
         459.67= conversion factor converting temperature in ºF to degree Rankine.
         527.67 ºR = standard temperature, in ºR, which = 68 ºF + 459.67
         T = process temp, in ºF

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                   Page 168

P = process pressure, in psia
14.7 psia = standard pressure

Daily $SO_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily $SO_2$ emissions shall be summed to get monthly $SO_2$ emissions.

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be estimated using the previous twelve months data.

Note that PM and $PM_{10}$ emission limits are not included in the permit for the Plant 3 (AU) flare but emissions from these pollutants shall be calculated and reported on revised APENs submitted for the unit.

30.2    The Plant 3 Flare is subject to 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, as set forth in Condition 45 of this permit.

(As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate the Consent Decree (H-01-4430) requirement that flares are subject to NSPS Subpart J. Consent Decree (H-01-4430), paragraph 156). The permittee has opted to comply with the NSPS Subpart J requirements by installing a flare gas recovery system (option a in Paragraph 156 of the Consent Decree). The following requirements apply to the operation of the flare gas recovery system:

30.2.1    Hydrocarbon Flaring Incidents and Acid Gas Flaring Incidents are subject to the Root Cause Failure Analysis and Corrective Action requirements in paragraphs 183 through 188 of the Consent Decree as set forth in Appendix G of the permit. (Consent Decree (H-01-4430), paragraphs 178 and 179)

30.2.2    Hydrocarbon Flaring Incident is defined as the continuous or intermittent flaring of refinery process gases, except for Acid Gas, Sour Water Stripper Gas, or Tail Gas that results in the emissions of $SO_2$ that are equal to or greater than 500 pounds in a 24-hour period. . (Consent Decree (H-01-4430), paragraph 155(j))

30.2.3    Acid Gas Flaring Incident is defined as the continuous or intermittent flaring/combustion of Acid Gas and/or Sour Water Stripper Gas that results in the emission of $SO_2$ equal to, or greater than 500 pounds in a 24-hour period. However, if 500 pounds or more of $SO_2$ have been emitted in a 24-hour period and flaring continues into subsequent, contiguous, non-overlapping 24-hour periods, each period of which results in emissions equal to, or in excess of 500 pounds of $SO_2$, then only one Acid Gas Flaring Incident shall have occurred. Subsequent, contiguous, non-overlapping periods are measured form the initial commencement of flaring within the Acid Gas Flaring Incident. (Consent Decree (H-01-4430), paragraph 155(d))

30.3    Sulfur dioxide emissions from the Plant 3 Flare shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 169 |

purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from the Plant 3 (AU) flare shall be calculated as set forth in Condition 30.1 of this permit.

30.4    The Plant 3 Flare is subject to the provisions of Colorado Regulation No. 24, Part B, VI.B.3 and 6 as set forth in Conditions 43.2.2 and 43.2.5 of this permit.

30.5    The Plant 3 Flare is subject to the following opacity limit: No owner or operator of a smokeless flare or other flare for the combustion of waste gases shall allow or cause emissions into the atmosphere of any air pollutant which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes. (Colorado Regulation No. 1, Section II.A.5).

In the absence of credible evidence to the contrary, compliance with above opacity limit shall be presumed provided the monitoring in Condition 53.94 indicates compliance with the visible emission requirement in Condition 53.89. In the absence of credible evidence to the contrary, for periods when the monitoring in Condition 53.94 indicates non-compliance with the visible emission requirement in Condition 53.89, the flare shall be considered out of compliance with the opacity limit in this Condition 30.5 for the entire non-compliance period, unless a Method 9 observation is conducted that indicates compliance.

30.6    The heat rate (Btu per year, HHV) of gases (including waste, sweep, pilot and supplemental gas) sent to the Plant 3 Flare shall not exceed the limit in the above summary table. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on the requested throughput indicated on the APEN submitted September 12, 2017, red-lined October 24, 2018. The quantity of gases flared shall be monitored and recorded daily as follows:

30.6.1    The quantity of pilot gas to the flare shall be determined based on the design flow rate (50 scf/hr for pilot gas) and daily hours of operation for the flare (as required by Condition 30.8). The Btu content of the pilot gas (city gas) shall be based on a heat content of 1020 Btu/scf (based on a net (lower) heating value (LHV) of 920 Btu/scf per 40 CFR Part 63 Subpart CC §63.670(j)(5) (Condition 53.96.3), converted to HHV by multiplying by 1.11). Daily throughput shall be summed to determine monthly consumption of pilot gas.

30.6.2    The quantity of sweep, process and supplemental gases combusted shall be monitored using a continuous flow monitor that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(i) (see Condition 53.95). The Btu content of the sweep, supplemental and process gas shall be determined using a calorimeter that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(j)(3) (see Condition 53.96.1). The calorimeter measures the Btu content in LHV, which shall be converted to HHV by multiplying by 1.12. Daily throughput shall be summed to determine monthly consumption of sweep, process and supplemental gas.

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                       Page 170

Monthly quantities of gases flared (sweep, pilot, supplemental and process gases) shall be summed together and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month total shall be estimated using the previous twelve months data.

30.7    The Plant 3 Flare is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate the Consent Decree (H-01-4430) requirement that flares are subject to NSPS Subpart A. Consent Decree (H-01-4430), paragraph 156)

30.8    Hours of operation for the Plant 3 Flare shall be monitored and recorded daily. Daily hours of operation shall be used to determine the monthly quantity of pilot gases combusted by the flare (as required by Condition 30.6.1).

30.9    The Plant 3 Flare is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

The flare is subject to the NSPS Ja requirements due to a modification and must comply with the requirements in NSPS Ja on November 11, 2015 or upon startup of the modified flare, whichever is later.

30.10    On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to 40 CFR Part 63 Subpart CC shall meet the applicable requirements for flares as specified in 40 CFR Part 63 Subpart CC §§63.670(a) through (q) and 63.671 (See Condition 53).

Alternatively, the owner or operator may elect to comply with the requirements of 40 CFR Part 63 Subpart CC §63.670(r) in lieu of the requirements in §63.670(d) through (f), as applicable (See Condition 53).

30.11    The Plant 3 flare is subject to the compliance assurance monitoring (CAM) requirements with respect to the VOC emission limitation identified in Condition 30.1. Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 60 and the CAM Plan in Appendix N.

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 171 |

## 31.   GBR Unit Flare – F3

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NOx | 31.1 | 14.2 tons/year | 0.068 lb/MMBtu | Recordkeeping Calculation | Monthly |
| VOC | | 27.1 tons/year | See Condition 31.1.2 | | |
| CO | | 60.5 tons/year | See Condition 31.1.2 | | |
| PM | | | $7.45 \times 10^{-3}$ lb/MMBtu | | |
| PM$_{10}$ | | | | | |
| PM$_{2.5}$ | | | | | |
| NSPS Subpart Ja | 31.2 | Fuel gas shall not contain H$_2$S in excess of 162 ppmv, on a 3-hour rolling average | | Fuel Gas Streams Inherently Low in Sulfur | |
| | | Flare Management Plan, Root Cause Analysis | | See 40 CFR Part 60 Subpart Ja (Condition 46) | |
| SO$_2$ | 31.3 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 31.3 | Recordkeeping Calculation | Daily Monthly |
| RACT | 31.4 | See Condition 31.4 | | | |
| Opacity | 31.5 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Video Surveillance Camera | Continuously |
| Heat Rate of Gases Combusted | 31.6 | Waste/Sweep Gas: 180,500,000,000 Btu/year Natural Gas: 236,069,389,000 Btu/year | | Recordkeeping | Monthly |
| NSPS General Provisions | 31.7 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| Stack Height Requirement | 31.8 | GBR flare height shall be no less than 75.9 meters | | See Condition 31.8 | |
| MACT | 31.9 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Restrictions on Relaxing Emission Limitations | 31.11 | See Condition 31.11 | | Certification | Annually |
| CAM Requirements | 31.12 | See Condition 31.12 | | See Condition 31.12 | |

31.1   Emissions of air pollutants shall not exceed the limits listed in the above summary table (Colorado Construction Permit 10A1768, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on requested

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 172 |

emissions on the APEN submitted November 1, 2019). Compliance with the emission limitations shall be monitored as follows:

31.1.1    **For PM, PM₁₀, PM₂.₅ and NOₓ** emissions, compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above summary table (NO$_X$, from AP-42, Section 13.5 (dated 2/18), Table 13.5-1 and PM, PM10 and PM2.5 from AP-42, Section 1.4 (dated 7/98), converted to lb/MMBtu by dividing by 1020 Btu/scf per footnote a) and the monthly quantity of gases combusted (waste/sweep gas and natural gas) in the flare (as required by Condition 31.6) in the following equation:

Emissions (tons/month) = [EF (lbs/MMBtu) x total gases combusted (MMBtu/month)]/2000 (lbs/ton)

Where:      Total gases combusted = waste/sweep gas (MMBtu/mo) + natural gas (MMBtu/mo)

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be estimated using the previous twelve months data.

Note that PM, PM₁₀ and PM₂.₅ emissions limits are not included in the permit but emissions from these pollutants shall be calculated and reported on revised APENS.

31.1.2    **For VOC and CO** emissions, compliance with the annual limitation shall be monitored by calculating emissions monthly using the monthly quantities of sweep/waste gas and natural gas consumed (as required by Condition 31.6) and the emission factors in table below in the following equations:

VOC or CO emissions (ton/mo) = emissions from waste/sweep gas combustion + emissions from natural gas consumption

Emissions from waste/sweep gas combustion = waste/sweep gas consumed (MMBtu/mo) x EF (lb/MMBtu)/2000 lb/ton

Emissions from natural gas combustion = natural gas consumed (MMBtu/mo) x EF (lb/MMBtu) x EF (lb/MMBtu)/2000 lb/ton

|  | Emission Factor | Emission Factor Source |
|---|---|---|
| CO – Waste/Sweep Gas | 0.2646 lb/MMBtu | AP-42, Section 13.5 (dated 2/18), Table 13.5-2, adjusted for expected H₂ concentration in waste/sweep gas. |
| CO – Natural Gas | 0.31 lb/MMBtu | AP-42, Section 13.5 (dated 2/18), Table 13.5-2 |
| VOC – Waste/Sweep Gas | 0.2482 lb/MMBtu | Based on expected waste/sweep gas composition, 98% control efficiency assumed. |
| VOC – Natural Gas | 0.0395 lb/MMBtu | from Xcel gas composition data, Denver area high pressure line, December 2017, 98% control efficiency assumed |

For any 15-minute block period when the Btu content of gases in the combustion zone do not meet the limit in Condition 53.91 (270 Btu/scf limit in 40 CFR Part 63 Subpart

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
|  | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 173 |

CC) or any 15-minute block period during which there was at least one minute when waste gases are routed to the flare and no pilot flame is present, VOC emissions shall be calculated assuming a control efficiency of 0%. A VOC emission factors of 12.41 lb/MMBtu (waste gas) and 1.98 lb/MMBtu (natural gas) shall be used to estimate emissions during those periods.

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be estimated using the previous twelve months data.

31.2    The GBR Flare is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

Note that the flare is exempt from the $H_2S$ monitoring requirements as specified in Conditions 46.15 and 46.19.4 although other requirements in Subpart Ja, such as developing and implementing a flare management plan and conducting root cause analyses are applicable to the flare.

31.3    Sulfur dioxide emissions from the GBR Flare shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from the GBR flare shall be calculated as set forth as follows:

$SO_2$ emissions from flare (lb/day) = $SO_2$ from waste/sweep gas (lb/day) + $SO_2$ from natural gas (lb/day)

<u>$SO_2$ from natural gas (pilot and supplemental)</u>

$SO_2$ (lb/day) = pilot gas flow (Mscf/day) x 1.6 lb/MMscf

SO2 (lb/day) = flow meter purge gas flow (Mscf/day) x 1.6 lb/MMscf

$SO_2$ (lb/day) = suppl. gas flow (Mscf/day) x 1.6 lb/MMscf

Where:  pilot gas flow (Mscf/day) determined as required by Condition 31.6.2.2.
        flow meter purge gas flow (Mscf/day) determined as required by Condition 31.6.2.2.
        suppl. gas flow (Mscf/day) determined as required by Condition 31.6.2.1.
        1.6 lb/MMscf = 0.55 grains S/0.1 Mscf x 1 lb S/7,000 grains S x 64 lb $SO_2$/32 lbs S

<u>SO2 from waste/sweep gas</u>

Daily SO2 emissions from flared gas will be based on the summation of the hourly SO2 emissions measured by the total reduced sulfur (TRS) analyzer required by Condition 31.2 (NSPS Ja). Hourly SO2 emissions are calculated from the TRS analyzer as follows:

lb SO2/hr = FG flow (Mscf/hr x 1,000 scf/Mscf FG x SO2 conc. (1-hr average ppmv) x lb-mole SO2/385.3 scf SO2 x 64.04 lb SO2/lb-mole SO2

FG flow (Mscf/hr) = <u>actual FG flow (Mcf/hr) x 527.67 ºR x P (psia)</u>
                         (T (ºF) + 459.67) x 14.7 psia

Where:  FG flow (Mscf/hr) = flare gas flow rate at standard temperature and pressure. The flow meter required by
        Condition 31.6.1 is required to correct to standard temperature and pressure per 63.670(i)(1).

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 174 |

SO2 conc. (ppmv) = measured total reduced sulfur (TRS) concentration in the flare gas heater, reported as SO2 ppmv (scf SO2/106 scf FG), from the TRS continuous monitoring system

actual FG flow (Mcf/hr) = actual flare gas flow rate at process temperature and pressure, as determined from flare flow meter required by Condition 31.6.1.

459.67= conversion factor converting temperature in ºF to degree Rankine.

527.67 ºR = standard temperature, in ºR, which = 68 ºF + 459.67

T = process temp, in ºF

P = process pressure, in psia

14.7 psia = standard pressure

31.4    The GBR Flare is subject to RACT requirements for $PM_{10}$, VOC, CO and $NO_X$ (VOC and $NO_X$ are ozone precursors). (Colorado Construction Permit 10AD1768, as modified under the provisions of Section I, Condition 1.3 to include $PM_{10}$ and to indicate RACT for VOC is met by meeting the requirements in Colorado Regulation No. 24, Part B, Section VI.B.3 and 6 and Colorado Regulation No. 3, Part B, Section III.D.2.a)  RACT has been determined to be the following:

31.4.1    For VOC the requirements in Colorado Regulation No. 24, Part B, Section VI.B.3 and 6 as set forth in Conditions 43.2.2 and 43.2.5 are RACT.

31.4.2    For $NO_X$, CO and $PM_{10}$ RACT is satisfied by operating the flare in accordance with the flare requirements in Condition 31.9.

31.5    The GBR flare is subject to the following opacity limit: No owner or operator of a smokeless flare or other flare for the combustion of waste gases shall allow or cause emissions into the atmosphere of any air pollutant which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes. (Colorado Regulation No. 1, Section II.A.5).

In the absence of credible evidence to the contrary, compliance with above opacity limit shall be presumed provided the monitoring in Condition 53.94 indicates compliance with the visible emission requirement in Condition 53.89. In the absence of credible evidence to the contrary, for periods when the monitoring in Condition 53.94 indicates non-compliance with the visible emission requirement in Condition 53.89, the flare shall be considered out of compliance with the opacity limit in this Condition 31.5 for the entire non-compliance period, unless a Method 9 observation is conducted that indicates compliance.

31.6    The quantity of gases combusted by the GBR flare shall not exceed the following limitations:

31.6.1    Consumption of waste/sweep gas by the flare shall not exceed 180,500,000,000 Btu per year (Colorado Construction Permit 10AD1768, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on requested emissions on the APEN submitted November 1, 2019). Compliance with the waste/sweep gas limit shall be monitored by recording the quantity of waste/sweep gas sent to the flare daily using a continuous flow monitor that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(i) (see Condition

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 175

53.95). The Btu content of the process gas shall be determined using a calorimeter that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(j)(3) (see Condition 53.96.1). The calorimeter measures the Btu content in LHV, which shall be converted to HHV by multiplying by 1.13. Daily throughput shall be summed to determine monthly consumption of waste/sweep gases. The monthly heat rate (HHV) of waste/sweep gas combusted by the flare shall be used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

31.6.2    Consumption of purchased natural gas (supplemental, pilot and flow meter purge gas) by the flare shall not exceed 236,069,389,000 Btu per year (Colorado Construction Permit 10AD1768, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on requested emissions on the APEN submitted November 1, 2019). The quantity of purchased natural gas consumed by the flare shall be monitored and recorded daily as follows:

31.6.2.1    The quantity of supplemental fuel (purchased natural gas) shall be monitored using a continuous flow monitor that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(i) (see Condition 53.95). The Btu content of the supplemental fuel (purchased natural gas) shall be 1020 Btu/scf (based on a LHV of 920 Btu/scf per 40 CFR Part 63 Subpart CC §63.670(j)(5) (Condition 53.96.3), converted to HHV by multiplying by 1.11). Daily throughput shall be summed to determine monthly consumption of supplemental fuel.

31.6.2.2    The quantity of pilot and flow meter purge gas (purchased natural gas) shall be determined based on the design rate (186 scf/hr for pilot and 240 scf/hr for flow meter purge) and daily hours of operation for the flare (as required by Condition 31.10. The Btu content of the pilot and flow meter purge gas (purchased natural gas) shall be 1020 Btu/scf (based on a LHV of 920 Btu/scf per 40 CFR Part 63 Subpart CC §63.670(j)(5) (Condition 53.96.3), converted to HHV by multiplying by 1.11). Daily throughput of pilot and flow meter purge gas shall be summed to determine monthly consumption of pilot and flow meter purge gas.

Monthly quantities of purchased natural gas shall be summed together and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month total shall be estimated using the previous twelve months data.

31.7    This flare is subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division                                                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                              Page 176

31.8    The height of the flare shall be no less than 75.9 meters (Colorado Construction Permit 10AD1768, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part A, Section III to revise the stack height as indicated in the source's December 17, 2014 submittal).

31.9    On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to 40 CFR Part 63 Subpart CC shall meet the applicable requirements for flares as specified in 40 CFR Part 63 Subpart CC §§63.670(a) through (q) and 63.671 (See Condition 53).

Alternatively, the owner or operator may elect to comply with the requirements of 40 CFR Part 63 Subpart CC §63.670(r) in lieu of the requirements in §63.670(d) through (f), as applicable (See Condition 53).

31.10    Hours of operation shall be monitored and recorded daily. Daily hours of operation shall be used to calculate the daily pilot and flow meter purge gas as required by Condition 31.6.2.2.

31.11    The requirements of Colorado Regulation No. 3, Part D shall apply at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Sections V.A.7.b and VI.B.4).

Limitations were taken on the emission units addressed as part of the GBR Unit Project to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the GBR Unit Project shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level.  The emission units associated with the GBR Unit Project are addressed in this Section II.31, as well Sections II.28 (Process Heater H-2410) and II.34 (F114 – GBR Unit fugitives). The assessment of emission increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

31.12    The GBR Flare is subject to the compliance assurance monitoring (CAM) requirements with respect to the VOC emission limitation identified in Condition 31.1. Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 60 and the CAM Plan in Appendix N.

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 177

## 32. Asphalt Unit (Plant 3) Wastewater Treatment System – F101 - CPI Separator

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 32.1 | Plant 3 Wastewater Treatment System (CPI Separator and drains): 5.44 tons/year | CPI Separator: ToxChem Model Drains: See Condition 32.1 | Recordkeeping Calculation | Annually |
| NSPS | 32.2 | See 40 CFR Part 60 Subpart QQQ (Condition 51) oil-water separator requirements | | Inspection | Semi-Annually |
| Wastewater/Oil Separators RACT | 32.3 | Wastewater/Oil Separators | | Inspection | Semi-Annually |
| MACT | 32.4 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Separator Requirements | 32.5 | Separator shall be completely enclosed and vapors vented through a carbon filter | | See Condition 32.5 | |
| Throughput | 32.6 | | | Recordkeeping | Monthly |
| NSPS General Provisions | 32.7 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

32.1    VOC emissions from the Plant 3 wastewater treatment system (CPI separator and drains) shall not exceed the limit listed in the above summary table (as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase emissions as requested on the APEN submitted October 23, 2014, red-lined February 10, 2015).  Compliance with the annual limitation shall be monitored by calculating emissions as follows:

32.1.1    Emissions from the CPI separator shall be calculated annually using ToxChem version 4.3 (or most recent version).  In addition, a review of the ToxChem model shall be conducted annually to determine if updates to the model are necessary.  The review should address the addition and/or removal of components and changes in flows and/or concentration levels.  Changes to the previous version of the model shall be documented, maintained and made available to the Division upon request.

32.1.2    Emissions from the drain system shall be calculated annually using the emission factors included in the table below:

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 178

| Equipment Type[1] | Emission Factor (lb/unit/hr) | Emission Factor Source |
|---|---|---|
| Junction Boxes | 0.0704 | EPA-450/3-85-001a, "VOC Emissions from Petroleum Refinery Wastewater Systems – Background Information for Proposed Standards," dated February 1985, page 3-27. |
| Controlled Drains | $3.2 \times 10^{-3}$ | AP-42, Section 5.1 (dated 1/95), Table 5.1-4.  95% control efficiency presumed, based on EPA's March 2011 spreadsheet that supports EPA's emission estimation protocol for petroleum refineries (see https://www.epa.gov/air-emissions-factors-and-quantification/emissions-estimation-protocol-petroleum-refineries). |
| Capped Drains[2] | $3.2 \times 10^{-3}$ | |

[1]Permitted emissions are based on 58 controlled drains, 15 junction boxes and 40 capped drains.
[2]Capped drains are equipped with water seals.  Emissions from capped drains shall be based on the hours per year that the drains are open.

32.2    The CPI separator is subject to 40 CFR Part 60, Subpart QQQ, Standards of Performance for VOC Emissions from Petroleum Refinery Wastewater Systems, as set forth in Condition 51 of this permit.

32.3    The CPI separator is subject to Colorado Regulation No. 24, Part B, VI.A.2 as set forth in Condition 43.1 of this permit.

32.4    The CPI separator is subject to the requirements or 40 CFR Part 63 Subpart CC as set forth in Condition 53 of this permit.

32.5    The separator shall be completely enclosed and vapors vented through a carbon filter. (Colorado Construction Permit 91AD726R)  The permittee shall monitor for breakthrough from the carbon filter, at times when there is actual flow to the filter, at a frequency of no greater than once every 14 days. "Breakthrough" shall be defined as any reading equal to or greater than 500 ppm VOC at the outlet of the carbon filter.  The permittee shall replace the carbon filter within 24 hours of detecting breakthrough.

32.6    Records of the annual quantities of water treated and water processed through the separators shall be maintained and made available to the Division upon request.

32.7    The CPI separator is subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 179

## 33. Fugitive VOC Equipment Leaks without Permitted Emission Limits – F107

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 33.1 | | Guideware | Recordkeeping Calculation | Annually |
| Equipment Leaks: MACT Requirements | 33.2 | Inspection and Repair Requirements – 40 CFR Part 63 Subpart CC | | Inspection | See 40 CFR Part 63 Subpart CC (Condition 53) |
| RACT Requirements | 33.3 | See Condition 33.3 | | See Condition 33.3 | |
| NSPS Requirements (Components/ Component Groupings Meeting the Applicability Requirements ) | 33.4 | General Provisions - Subpart A (Condition 56 | | See 40 CFR Part 60 Subparts A (Condition 56), and GGGa (Condition 47) | |
| | | Specific Requirements – Subpart GGGa (Condition 47) | | | |

33.1    For APEN reporting and fee purposes, VOC emissions from equipment leaks associated with components not subject to permitted emission limitations shall be estimated annually using Guideware. Guideware is Suncor's tracking software program for fugitive VOC emissions from components which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995. Guideware estimates emissions based on actual leak data for those components that are screened and emission factors and assumed control efficiencies for those components that are not screened. Total VOC emissions for purposes of APEN reporting and fee purposes shall be the sum of VOC emissions from each component type.

33.2    Equipment leaks associated with these sources are subject to the requirements of 40 CFR Part 63 Subpart CC as set forth in Condition 53 of this permit.

Note that equipment leaks that are subject to requirements in 40 CFR Part 63 Subpart GGGa are only required to comply with the requirements in Subpart GGGa, except that pressure relief devices in organic service must only comply with the requirements in 63.648(j) (Condition 53.49) per 63.640(p)(2) (Condition 53.43.2).

33.3    Equipment leaks associated with these sources are subject to the requirements in Colorado Regulation No. 24, Part B, Section VI.C as set forth in Condition 43.3 of this permit.

33.4    Equipment leaks associated with components and component groupings meeting the applicability requirements in 40 CFR Part 60 Subpart GGGa §60.590a are subject to the following requirements:

33.4.1    These sources are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 180 |

33.4.2    Those sources meeting the applicability requirements in §60.590a are subject to the requirements in 40 CFR Part 60, Subpart GGGa, Standards of Performance for Equipment Leaks in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 as set forth in Condition 47 of this permit.

The permittee shall retain records of components not subject to permit limits that meet the applicability requirements in 40 CFR Part 60 Subpart GGGa. Such records shall be made available to the Division upon request.

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 181 |

**34.     Fugitive VOC Equipment Leaks with Permitted Emission Limits**

**Asphalt Unit (Plant 3) Wastewater Treatment System – Individual Drain Systems – F101**

**Asphalt Processing Unit Fugitives – F102**

**Number 3 Hydrodesulfurizer Fugitives – F103**

**Cryogenic Vapor Recovery Unit Fugitives – F104**

**Number 2 Hydrodesulfurizer Fugitives – F105**

**Light Straight Run Distillation Tower Fugitives – F106**

**Vapor Recovery Unit Debutanizer Fugitives – F108**

**Number 4 Hydrodesulfurizer Fugitives – F109**

**Tail Gas Unit Amine Treatment System Fugitives – F110**

**Sour Water Stripper System Fugitives – F111**

**Modified Tank Farm Piping Fugitives – F112**

**Catalytic Reforming Unit Modification Fugitives – F113**

**GBR Unit Fugitives – F114**

**Bio-Diesel Fugitives – F115**

**Relief Valve Project – F116**

**Pipeline Receipt Station Fugitives – F200**

**MPV Project Fugitives – F202**

**$H_2$ Plant Individual Drain Systems – F204**

**Plant 1 Rail Rack RSR Compliance Project – F205**

**No. 2 HDS Tier 3 ULSG Project Fugitives – F206**

**Boiler B-4 Fuel Gas Filter-Coalescer Fugitives – F207**

**P1 Main Plant Flare Isolation Valve Project – F208**

**Reformulated Gasoline (RFG) Project – F209**

**P3 Flare RSR Project Fugitives – F210**

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 182

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC* | 34.1 | F102: 9.13 tons/year<br>F103: 23.82 tons/year<br>F104: 10.06 tons/year<br>F105: 1.81 tons/year<br>F106: 4.5 tons/year<br>F108: 6.8 tons/year<br>F109: 9.68 tons/year<br>F110: 1.27 tons/year<br>F111: 0.12 tons/year<br>F112: 5.27 tons/year<br>F113: 4.5 tons/year<br>F114: 9.24 tons/year<br>F115: 3.38 tons/year<br>F116: 3.61 tons/year<br>F200: 1.84 tons/year<br>F202: 3.71 tons/year<br>F204: 5.2 tons.year<br>F205 – 2.13 tons/year<br>F206: 1.14 tons/year<br>F207: 2.66 tons/year<br>F208: 1.14 tons/year<br>F209: 0.81 tons/year<br>F210: 0.11 tons/year | All but F204 – Guideware<br>F204 – 0.064 lb/hr/drain | Recordkeeping Calculation | Annually |
| Equipment Leaks: NSPS and MACT Requirements | 34.2 | Inspection and Repair Requirements<br><br>All but F101 and F204: 40 CFR Part 60 Subpart GGGa | | Inspection | See 40 CFR Part 60 Subpart GGGa (Condition 47) |
| F106 and F116: Flaring of Relief Valves | 34.3 | Relief Valves shall be routed to a flare. | | | |
| F108: Wastewater Drains | 34.4 | | | Inspection | See 40 CFR Part 60 Subpart QQQ (Condition 51) |
| F109 and F111: Equipment Leaks | 34.5 | Inspection and Repair Requirements | | Inspection | Quarterly |
| F101, F103, F104, F109, F110, F113, F114 and F204: Wastewater NSPS Requirements | 34.6 | Drain Requirements | | See 40 CFR Part 60 Subpart QQQ (Conditions 51.3 thru 51.16) | |
| RACT Requirements – Equipment Leaks and Drains | 34.7 | See Condition 34.7 | | See Condition 34.7 | |

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                             Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 183

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NSPS General Provisions | 34.8 | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| F101: Inactive Component Requirements | 34.9 | See Condition 34.9 | | See Condition 34.9 | |
| F102, F103, F105, F108, F109, F110, F111, F112, F114 & F204: Restrictions on Relaxing Emission Limitations | 34.10 | See Condition 34.10 | | Certification | Annually |
| F206 Pump Requirements | 34.11 | High-Speed Ethanol Unloading Pump (08-P-668) Shall be Equipped with Dual Mechanical Seals with a Pressurized Barrier Fluie | | See Condition 34.11 | |

*The Asphalt unit (Plant 3) wastewater treatment system is subject to an overall VOC limits, which includes the CPI separator and drain systems. This limit is included in Condition 32.1 of this permit.

34.1    Emissions of air pollutants shall not exceed the limitations listed in the above summary table. (Colorado Construction Permits 89AD164 (F104), 91AD180-2 (F102), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase emission limit as specified in the APEN submitted on 12/22/10, 91AD180-1 (F103), 91AD180-4 (F105), 85AD079 (F106), 01AD0363 (F108), 04AD0110 (F109), 04AD0111 (F110), 04AD0112 (F111), 04AD0113 (F112), revised under the provisions in Section I, Condition 1.3 to remove the number of components specified in the various construction permits, 09AD1352 (F114), 20AD0715 (F210), and for F113, F115, F116, F200, F202, F204, 205, 206, 207, 208 209 and 210, as provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to set emission limits as specified in the APENs submitted on November 15, 2011 (F113), January 30, 2012 (F115), April 29, 2015 (F116), July 11, 2016, red-lined December 30. 2016 (F200), February 10, 2017 (F202), November 15, 2017 (F204), June 14, 2018 (F205), November 5, 2018 (F206), September 12, 2017, red-lined February 16, 2018 (F207), September 25, 2018, red-lined December 17, 2020 (F208), January 19, 2022 (F209), and September 12, 2017, red-lined February 6, 2018 (F210)) Compliance with the emission limitations shall be monitored as follows:

34.1.1    **For all but F204:** VOC emissions shall be calculated annually for each emission group (e.g. modified tank farm), using Guideware. Guideware is Suncor's fugitive emission's tracking software program which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995. Guideware estimates emissions based on actual leak data for those components that are screened and emission factors and assumed control efficiencies for those components that are not screened.

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

Air Pollution Control Division                                        Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                          Page 184

34.1.2 **For F204:** VOC emissions shall be calculated monthly using the number of hours in the month and the emission factor in the above summary table (from AP-42, Section 5.1 (dated 4/15), Table 5.1-4) in the equation below:

VOC (ton/mo) = [EF (lb/drain-hr) x No. of Drains x No. of hours in the month]/2000 lb/ton

Note that the control efficiencies listed in the table below can be applied to the above calculations provided the requirements in Condition 34.6 have been met for the controlled drains.

| Control[1] | Control Efficiency | Source |
|---|---|---|
| Water seals | 50% | EPA-450/3-85-001a, February 1985, "VOC Emissions from Petroleum Refinery Wastewater Systems – Background Information for Proposed Standards", page 4-9 |
| Gasketed and Sealed Lids | 23% | EPA-450/3-85-001b, December 1987, "VOC Emissions from Petroleum Refinery Wastewater Systems – Background Information for Promulgated Standards", page 2-23 |

[1]Permitted emissions include 35 drains. 25 drains and 6 catch basins are equipped with water seals and 1 manhole and 3 clean-outs are equipped with gasketed and sealed lids.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

34.2 Except as provided for in Condition 34.2.1, equipment leaks associated with these sources, **except for F101 and F204**, are subject to the requirements of 40 CFR Part 63 Subpart CC as set forth in Condition 53 of this permit.

34.2.1 Components and component groupings that are subject to the requirements in 40 CFR Part 6 Subpart GGa are only required to comply with the requirements in Subpart GGa, except that pressure relief devices in organic service must only comply with the requirements in 63.648(j) (Condition 53.49) per 63.640(p)(2) (Condition 53.43.2).

All component groupings **except for F101 and F204** are subject to the requirements of 40 CFR Part 60 Subpart GGGa as set forth in Condition 47 of this permit.

34.3 The following relief valves shall be vented to a flare:

34.3.1 The two (2) relief valves for F106 shall be vented to a flare. (Colorado Construction Permit 85AD079)

34.3.2 The twenty five (25) relief valves for F116 shall be vented to a flare. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, requested emissions are based on these valves being routed to a flare)

Permit Number: 96OPAD120                                        First Issued: 8/1/04
                                                               Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 185

34.4    The F108 wastewater drains shall be included in the facility's New Source Performance Standard Subpart QQQ drain inspection program. (Note: The wastewater drains are not subject to Subpart QQQ, however, the permittee will include the drains in the inspection program in order to use the control efficiency associated with Subpart QQQ inspections, for emission estimation purposes.) (Colorado Construction Permit 01AD0363)

34.5    Equipment leaks for F109 and F111 are defined as 500 ppm for valves in light liquid and/or gaseous service, excluding pressure relief devices and 2,000 ppm for pumps in light liquid and/or gas service.  Valves and pumps shall be monitored for leaks quarterly using the method specified in Condition 43.3.5.  The monitoring frequency shall be quarterly.  The first attempt at repair shall be conducted whenever a leak, as defined in this condition, is detected.  (Colorado Construction Permits 04AD0110 and 04AD0112, as modified under the provisions in Section I, Condition 1.3 to specify the monitoring method)

34.6    The individual drain systems associated with F101, F103, F104, F109, F110, F113, F114 and F204 are subject to the requirements in 40 CFR Part 60 Subpart QQQ, Standards of Performance for VOC emissions from Petroleum Refinery Wastewater Systems, specifically the requirements in §60.692-2, as set forth in Conditions 51.3 through 51.16 of this permit.

34.7    Equipment leaks and drains associated with these sources are subject to the requirements in Colorado Regulation No. 24, Part B, Section VI.C as set forth in Condition 43.3 of this permit.

34.8    These sources are subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 56 of this permit.

34.9    For F101: Inactive drains shall be completely sealed, the seal shall not be removed more than 1 hour per week. All drains and junction boxes shall be equipped with water seals. (Colorado Construction Permit 91AD726R, revised in accordance with Section I, Condition 1.3 of this permit)

34.10    The requirements of Colorado Regulation No. 3, Part D shall apply at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Sections V.A.7.b and VI.B.4). These provisions apply to the following projects:

34.10.1    **GBR Unit Project (F114):** Limitations were taken on the emission units addressed as part of the GBR Unit Project to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the GBR Unit Project shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level. The emission units associated with the GBR Unit Project are addressed in this Section II.34, as well Sections II.31 (F3 – GBR Unit Flare) and II.28 (Process Heater H-2410). The assessment of emission

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 186 |

increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

34.10.2 **Clean Fuels Project (F102, F103, F105, F108, F109, F110, F111, F112 and F204):** Limitations were taken on the emission units addressed as part of the Clean Fuels Project (CFP) to keep emissions below the significance levels. Therefore, modifications to increase the emission limitations for the emission units addressed as part of the CFP shall be re-assessed as a whole to determine if the emissions increase exceeds the significance level. The emission units associated with the CFP are addressed in this Section II.34 (F102 – Asphalt Unit Fugitives, F103 – No. 3 HDS Fugitives, F105 - No. 2 HDS Fugitives, F108 – Debutanizer Fugitives, F109 – No. 4 HDS Fugitives, F110 – Amine System Fugitives, F111 - SWS System Fugitives, F112 – Tank Farm Fugitives and F204 $H_2$ Plant Drain Systems), as well as Sections II.4 (Tanks T52, T774 and T777), II.10 (Y-3 Cooling Tower), II.13 (Boilers B-6 and B-8), II.20 (TGU Incinerator H-25), II.21 (Process Heaters H-1716 and H-1717), and II.27 (Process Heater H-2101). The assessment of emission increases for issuance of the initial construction permit and subsequent modifications to that equipment is included in Appendix L of this permit.

It should be noted that at the time the CFP was permitted (application received January 29, 2004, permits issued May 24, 2004), the area in which the facility was located was designated as attainment or attainment maintenance for all pollutants, thus only the requirements in Regulation No. 3, Part D, Section VI.B.4 apply.

34.11 For **F209**, the high-speed ethanol unloading pump shall be equipped with dual mechanical seals with a pressurized barrier fluid system and must meet the requirements in 40 CFR Part 60 Subpart VVa § 60.482-2a(d) (Condition 55.14), F209 is subject to the requirements in 40 CFR Part 60 Subpart GGGa (as noted in Condition 34.2.1) which requires sources to meet the requirements in 40 CFR Part 60 Subpart VVa §§ 60.482–1a to 60.482–10a.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 187 |

## 35.    Opacity Limits

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Opacity | 35.1 | Not to exceed 20%, except as provided for in 35.2, below | | Based on emission unit type. See Conditions 35.4 thru 35.8. | |
| | 35.2 | Special Conditions - Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| Opacity- **state-only** | 35.3 | Not to exceed 20% | | Based on emission unit type. See Conditions 35.4 thru 35.8. | |

35.1    Except as provided in Condition 35.2 below, no owner or operator of a source shall allow or cause the emission into the atmosphere of any air pollutant which is in excess of 20 percent opacity. This standard is based on 24 consecutive opacity readings taken at 15-second intervals for six minutes. The approved reference test method for visible emissions measurement on which the standards in Regulation No. 1 Section II.A are based is EPA Method 9 (40 CFR, Part 60, Appendix A (July, 1992)). (Colorado Regulation No. 1, II.A.1)

35.2    No owner or operator of a source shall allow or cause to be emitted into the atmosphere of any air pollutant resulting from the building of a new fire, cleaning of fire boxes, soot blowing, start-up, any process modification, or adjustment or occasional cleaning of control equipment, which is in excess of 30 percent opacity for a period or periods aggregating more than six (6) minutes in any sixty (60) consecutive minutes. (Colorado Regulation No. 1, II.A.4)

35.3    **State-only Requirement:** No owner or operator subject to the provisions of this regulation may discharge, or cause the discharge into the atmosphere of any particulate matter which is greater than 20% opacity. (Colorado Regulation No. 6, Part B, II.C.3 and VII.C – These are **State-Only** requirements.  The provisions in Section VII.C only apply to the TGU incinerator (H-25))

This opacity standard applies at all times except during periods of startup, shutdown, or malfunction. (40 CFR Part 60, Subpart A, 60.11 (c), as adopted by reference in Colorado Regulation No. 6, Part B, I.A).

Compliance with the above opacity standards shall be monitored as follows:

### 35.4    Fuel Burning Equipment

35.4.1    For all fuel burning equipment, in the absence of credible evidence to the contrary, compliance with the opacity limits in Conditions 35.1, 35.2 and 35.3 shall be presumed since only gaseous fuel is permitted to be used as fuel.  The permittee shall maintain records to verify that only gaseous fuel is used.

Air Pollution Control Division                                  Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 188

### 35.5 Sulfur Recovery Units with Tail Gas Unit and Incinerator

Compliance with the opacity limitations in Conditions 35.1, 35.2 and 35.3 shall be monitored as follows:

35.5.1   The permittee shall perform a visual inspection of the source stack (H-25) at least once per month. Such inspection shall last at least six minutes. Unless prior written approval is received by the Division, monthly visible inspections shall be separated by at least one (1) week. When visible emissions persist for more than six (6) minutes, an EPA Reference Method 9 observation shall be performed within one-half hour. The EPA Method 9 observations conducted to satisfy the requirements in Condition 35.5.2 shall also satisfy the requirement to conduct a visible emission observation for that month.

35.5.2   The permittee shall conduct an EPA Reference Method 9 visual opacity observation (in accordance with 40 CFR Part 60, Appendix A, as adopted by reference in Colorado Regulation No. 6, Part A) quarterly.

35.5.3   Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

35.5.4   All opacity observations shall be performed by an observer with current and valid Method 9 certification.  Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

### 35.6 FCCU

35.6.1   For the FCCU Regenerator Vent: Compliance with the opacity limits in Conditions 35.1 and 35.2 will be monitored by means of the COM required by Condition 45.4.1.

35.6.2   For FCCU Catalyst Buildup Removal: Removal of catalyst buildup from the internal surfaces of the Waste Heat Boiler is considered to be "soot blowing" for opacity limit purposes and subject to the opacity limitation in Condition 35.2. The permittee shall follow the Division approved plan as set forth in Appendix J of this permit for determining when the 30% limit applies and how compliance will be monitored.

35.6.3   For FCCU Catalyst Loading/Unloading: Compliance with the opacity limits in Conditions 35.1 and 35.2 shall be monitored as follows:

35.6.3.1   Established standard operating procedures (SOPs) minimizing visible emissions shall be followed when loading and unloading FCCU catalyst. These SOPs shall be in written form and made available to the Division for inspection upon request.

---

Air Pollution Control Division                                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 189

35.6.3.2    Quarterly EPA Reference Method 9 opacity readings shall be conducted while the loading/unloading activity is taking place. Unless prior written approval is received by the Division, quarterly opacity observations shall be separated by at least one (1) month.

35.6.3.3    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

35.6.3.4    All opacity observations shall be performed by an observer with current and valid Method 9 certification. Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

35.6.3.5    If FCCU catalyst loading and/or unloading does not take place within the semi-annual period, then no Method 9 opacity readings are required for that semi-annual period.

35.6.3.6    Records of the date and time of each loading/unloading activity shall be maintained on site for Division inspection upon request.

## 35.7 Rail Loading Rack Enclosed Vapor Combustion Unit (R101)

35.7.1    Visible emission observations shall be conducted daily when materials are being loaded. Such visible emissions checks shall last a minimum of six (6) minutes. If no visible emissions are present, then in the absence of credible evidence to the contrary the combustor shall be presumed to be in compliance with the opacity requirements.

35.7.2    If visible emissions are observed, then a Method 9 opacity observation shall be conducted in order to assess compliance with the opacity limitations.

35.7.3    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

35.7.4    All opacity observations shall be performed by an observer with current and valid Method 9 certification.  Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

35.7.5    Daily visible emission observations are not required on days when no materials are loaded.

## 35.8 Reformer

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 190

35.8.1     For Reformer Catalyst Loading and Unloading: Compliance with the opacity limitations in Conditions 35.1, 35.2 and 35.3 shall be monitored as follows:

     35.8.1.1     Established standard operating procedures (SOPs) minimizing visible emissions are followed. These SOPs shall be in written form and made available to the Division for inspection upon request.

     35.8.1.2     An EPA Reference Method 9 opacity reading shall be conducted each time reformer catalyst is loaded and/or unloaded.

     35.8.1.3     Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

     35.8.1.4     All opacity observations shall be performed by an observer with current and valid Method 9 certification. Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

     35.8.1.5     Records of the date and time of each loading/unloading activity shall be maintained on site for Division inspection upon request.

## 36.    Particulate Matter Emission Limits – Fuel Burning Equipment

36.1     No owner or operator shall cause or permit to be emitted into the atmosphere from any fuel burning equipment, particulate matter in the flue gases which exceeds the following:

For fuel burning equipment with designed heat inputs greater than $1 \times 10^6$ BTU per hour, but less than or equal to $500 \times 10^6$ BTU per hour, the following equation will be used to determine the allowable particulate emission limitation.

$PE = 0.5(FI)^{-0.26}$

Where: PE = Particulate Emission in Pounds per million BTU heat input.

FI = Fuel Input in Million Btu per hour.

(Colorado Regulation No. 1, III.A.1.b)

In the absence of credible evidence to the contrary, compliance with this emission limit shall be presumed since only gaseous fuel is permitted to be used as fuel. The permittee shall maintain records to verify that only gaseous fuel is used.

---

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                            Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 191 |

## 37.    SV1 Soil Vapor Extraction (SVE) Unit – RSI Engine

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Non-Road Engine Status | 37.1 | Permit is Required if Engine is to Remain in One Location for More than 12 Consecutive Months | | See Condition 37.1 | |
| VOC Emissions from Soil Vent | 37.2 | VOC Emissions from Soil Vent Shall be Routed to the Engine for Destruction and Shall not Exceed 0.08 Tons/year | $2.96 \times 10^{-2}$ lb/MMBtu | Recordkeeping Calculation | Monthly |
| Hours of SVE Unit Operation | 37.3 | | | Recordkeeping | Monthly |

37.1    The internal combustion engine associated with SV1 shall not remain in one location for more than twelve (12) consecutive months unless a construction permit or a modification to this Title V permit is issued prior to the end of the twelve month period.  A location is any single site at a building, structure, facility (e.g. refinery), or installation. Any engine (or engines) that replace an engine at a location and that is intended to perform the same or similar function as the engine replaced will be included in calculating the consecutive time period.

37.2    Emissions from the soil vent shall be routed to the RSI engine for destruction and shall not exceed 0.08 tons/year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section III.A.6 and Part C, Section X based on requested emissions indicated on the APEN submitted on 9/26/08)   Compliance with the annual limits shall be monitored by calculating emissions monthly using the above emission factor (from AP-42, Section 3.2 (dated 7/00), Table 3.2-3), the SVE Unit engine heat input rate (0.60 MMBtu/hr) and hours of operation for the SVE Unit in the following equation:

Tons/mo = [EF (lb/MMBtu) x 0.60 MMBtu/hr x Monthly hours of operation (hr/mo)]/2000 lb/ton

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

37.3    Hours of operation from the SVE Unit shall be monitored and recorded monthly.  Hours of operation shall be used to calculate monthly emissions as specified in Condition 37.2.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 192 |

## 38. Facility Wide Requirements

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| SO₂ Emissions – Colorado Regulation No.1 | 38.1 | 0.3 lb/bbl oil processed/day | | Recordkeeping Calculation | Daily Monthly |
| Barrels of Oil Processed | 38.2 | | | See Condition 38.2 | |
| Facility Access | 38.3 | See Condition 38.3 | | Certification | Annually |
| Requirements for Heaters and Boilers (Consent Decree H-01-4430) | 38.4 | See Condition 38.4 | | See Condition 38.4 | |
| General Recordkeeping, Record Retention and Reporting (Consent Decree H-01-4430) | 38.5 | See Condition 38.5 | | Progress Reports | Semi-Annually |
| Emergency Notifications – **State-only** | 38.6 | See Condition 38.6 | | See 38.6 | |
| Fenceline Monitoring – **State-only** | 38.7 | Begin Fenceline Monitoring by January 1, 2023 | | See Condition 38.7 | |
| Annual Emissions Report - **State-only** | 38.8 | | | See Condition 38.8 | |
| Quarterly Community Report - **State-only** | 38.9 | | | See Condition 38.9 | |
| Disseminate Continuous Emission Monitoring Data to the Public - **State-only** | 38.10 | | | See Condition 38.10 | |
| Disseminate Continuous Emission Monitoring Data to the Division – **State-only** | 38.11 | | | | |
| Community-Based-Monitoring Stations – **State-only** | 38.12 | | | | |
| Enhanced Training and Training Tools | 38.13 | | | | |
| Procedures in Digital Format and Procedure Implementation | 38.14 | | | | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv H₂S averaged over a 3-hour period (See 73 FR 35852).

38.1    New sources of sulfur dioxide shall not emit or cause to be emitted sulfur dioxide in excess of the following process-specific limitations. 0.3 lbs. sulfur dioxide, for the sum of all SO₂ emissions

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 193

from a given refinery per barrel of oil processed. (Averaged over a daily 24 hour period, i.e. midnight through 23:59.) (Regulation No. 1, Section VI.B.4.e)

Daily $SO_2$ emissions from individual $SO_2$ emitting equipment from all equipment at the facility shall be calculated as required by Section II of this permit for the equipment located at Plants 1 and 3 and Section II of Operating Permit 95OPAD108 for equipment located at Plant 2. Daily $SO_2$ emissions shall be summed together and divided by the daily barrels of oil processed for the month as determined by Condition 38.2 to assess compliance with the $SO_2$ emission limitation. The daily compliance calculations for each month shall be made by the end of the subsequent month.

38.2    The daily refinery throughput of daily barrels per day shall be determined and used to assess compliance with the $SO_2$ emission limitation in Condition 38.1. The refinery total charge is based on the amount of crude oil charged to the No. 1 and 2 sweet and sour (No. 3) crude units and purchased intermediate products charge to process units. The barrels of oil processed includes the amount of crude oil and intermediate products charged to the following processes:

38.2.1    Charge to the #1 and #3 crude units

38.2.2    Charge to the #2 crude unit

38.2.3    Purchased intermediate coker gas oil charge to the #4 HDS

38.2.4    Purchased intermediate charge to the #2 naphtha hydrotreater/reformer

38.2.5    Purchased intermediate charge to the #2 FCCU

38.2.6    Purchased sweet naphtha or gas oil charge to tankage

The quantity of daily refinery throughput shall be determined as follows:

38.2.7    The barrels charged to the process units identified in Conditions 38.2.1 through 38.2.5 are continuously metered. The charge rates for those process units shall be totaled over the daily (24-hr period, i.e. from midnight to 23:59) period and recorded.

38.2.8    Since purchased intermediates received in tanks may be mixed with intermediates produced on-site, direct measurement of this source of charge cannot be measured directly. The daily throughput shall be determined by one of the following methods:

38.2.8.1    If the purchase is equal to or less than 1,000 barrels, the entire purchase will be assumed to be charged on the day it is received.

38.2.8.2    If a purchase is made that enables a unit to run at a higher rate (i.e. the unit was operating at less than 100% of its capacity), the difference between the pre-purchase charge rate and the post-purchase charge rate will be assumed to be the charge rate for the purchased intermediate.

38.2.8.3    If the purchase does not fit into one of the above scenarios, then the charge

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
--- | ---
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 194

rate will be based on process knowledge, operating information and engineering judgment.

For any intermediate purchases, supporting information and calculations will be maintained for Division review upon request.

38.2.9    For purposes of assessing compliance with the $SO_2$ limit in Condition 38.1, the average daily amount of oil processed for each calendar month will be determined by adding crude charge for the month plus any intermediate charges (throughput identified in Conditions 38.2.1 through 38.2.6) and dividing the total barrels charged by the number of days during that month that any refinery $SO_2$ source operating. The average daily value for a month shall be calculated by the end of the following month.

38.3    Public access to this facility shall be precluded by a fence.  (Colorado Construction Permits 09AD1351 and 10AD1768)

38.4    The following requirements from Consent Decree H-01-4430 (entered April 30, 2002, 1st Amendment entered August 8, 2003, 2nd Amendment entered October 2006) apply to heaters and boilers at this facility:

38.4.1    The permittee shall submit annual updates ("Updates") as set forth in paragraph 61 of the Consent Decree.

38.4.2    The Control Plan and Updates shall be certified as provided in Condition 38.4 of this permit. (Paragraph 62)

38.4.3    The requirements of this Condition 38.4 do not exempt the permittee from complying with any and all Federal, state or local requirements that may require technology upgrades based on actions or activities occurring after the Date of Entry of the First Amendment to the Consent Decree. (Paragraph 67)

38.4.4    The permittee shall retain all records required to support their reporting requirements under this Condition 38.4, for the life of the Consent Decree, unless other regulations require the records to be maintained longer. (Paragraph 68)

38.4.5    For the life of the Consent Decree, the permittee shall not commence burning of any liquid fuel in its heaters and boilers. (Paragraph 70)

38.5    The following requirements from Consent Decree H-01-4430 (entered April 30, 2002, 1st Amendment entered August 8, 2003, 2nd Amendment entered October 2006) apply to general recordkeeping, record retention and reporting:

38.5.1    For the purposes of the Consent Decree, any requirement for the permittee to consult, obtain approval or submit any type of information to EPA or the United States, including reports, analyses, or data, shall be construed as imposing identical requirements from the permittee to the Division. The permittee shall retain all records

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 195

required to be maintained in accordance with the Consent Decree for a period of five (5) years after termination of the Consent Decree, unless other regulations require the records to be maintained longer. (Paragraph 211)

38.5.2    All notices, reports or any other submission of the permittee to be certified, with the exception of Semi-Annual Progress Reports, shall contain the certification set forth in paragraph 212 of the Consent Decree.

38.5.3    The permittee shall submit a Semi-Annual Progress Report ("semi-annual report") to EPA and the Division by January 31 and July 31 until termination of the Consent Decree. In addition to any other information specifically required to be submitted per other Consent Decree requirements, the report shall contain the information listed in paragraphs 213, 213A and 213B of the Consent Decree.

38.5.4    The Semi-Annual Progress Reports shall be certified by a refinery manager or company official responsible for environmental management and compliance at the refineries covered by the report, as set forth in paragraph 214 of the Consent Decree.

## 38.6    **State-Only Requirement:** Suncor shall:

38.6.1    Conduct outreach to representatives of the community in the relevant area to discuss communications regarding the occurrence of an incident, including (§ 25-7-141.(4)(a)):

    38.6.1.1    Methods by which the covered facility can disseminate information to the community in the relevant area and methods by which community members can contact the covered facility regarding an incident (§ 25-7-141.(4)(a)(I)) ; and

    38.6.1.2    Provisions for communications in the relevant languages (§ 25-7-141.(4)(a)(II)). (§ 25-7-141.(4)(a)

38.6.2    "Incident" means the emission by a covered facility of an air pollutant at a rate or quantity that exceeds allowable emissions as a result of anticipated or unanticipated circumstances, including a malfunction, start-up, shutdown, upset, or emergency. (§ 25-7-141.(2)(f))

38.6.3    "Notification threshold" means acute exposure levels with an averaging time of one hour as established by the division pursuant to subsection (5)(a)(III) of this section. (§ 25-7-141.(2)(j))

The notification thresholds from Suncor's fenceline monitoring plan (beginning January 1, 2025) are:

Hydrogen cyanide: 1.3 parts per million

Hydrogen sulfide: 0.36 parts per million

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 196 |

Benzene: 18 parts per million

The interim notification thresholds for Suncor's initial system (valid until December 31, 2024) are:

Hydrogen cyanide: 1.3 parts per million

Hydrogen sulfide: 1.0 parts per million

Benzene: 18 parts per million

38.6.4 Use an emergency notification service through which the covered facility will, as soon as possible, communicate in the relevant languages with, and make data available to, the community in the relevant area and the division regarding the occurrence of an incident or an exceedance of a notification threshold identified by a fenceline monitoring system. (§ 25-7-141.(4)(b))

38.6.5 For two years, maintain a record of all communications made through an emergency notification service, including whether any other action was taken in response to the incident or exceedance of a notification threshold, which record must be available to the public. (§ 25-7-141.(4)(b.5))

38.7 **State-only Requirement:** Beginning on January 1, 2023, a covered facility that is a petroleum refinery shall conduct fenceline monitoring of covered air toxics in real time and shall disseminate all fenceline monitoring data to the public as described in subsection (5)(h) of this section. (§ 25-7-141.(5)(a)(I))

38.7.1 The notification thresholds from Suncor's fenceline monitoring plan (beginning January 1, 2025) are:

Hydrogen cyanide: 1.3 parts per million

Hydrogen sulfide: 0.36 parts per million

Benzene: 18 parts per million

The interim notification thresholds for Suncor's initial system (valid until December 31, 2024) are:

Hydrogen cyanide: 1.3 parts per million

Hydrogen sulfide: 1.0 parts per million

Benzene: 18 parts per million

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                            Page 197

38.7.2    Each covered facility shall collect real-time data from the fenceline monitoring system, shall maintain records of the data, and shall disseminate the data to the division and the public. (§ 25-7-141.(5)(h)) The dissemination must:

38.7.2.1    Be available in real time on a website maintained by the covered facility and include a map of all fenceline monitoring equipment locations and the ability to access historical fenceline monitoring data (§ 25-7-141.(5)(h)(I));

38.7.2.2    Be in the relevant languages spoken in the relevant area (§ 25-7-141.(5)(h)(II));

38.7.2.3    Include descriptions in the relevant languages of covered air toxics and their possible health effects as specified by the federal centers for disease control and prevention (§ 25-7-141.(5)(h)(III)); and

38.7.2.4    Include data about air concentrations of any hazardous air pollutant other than covered air toxics that the division determined under subsection (5)(e) of this section must be included in the fenceline monitoring plan. (§ 25-7-141.(5)(h)(IV)).

38.7.2.5    Consistent with the covered facility's approved plan, reports summarizing fenceline monitoring operations and the three covered air toxics data will be  posted to the public website quarterly, within 60 days following the end of the quarter for which the data were collected. The reports will summarize open-path and meteorological data, fenceline monitoring operations, any significant changes to the monitoring system, downtime, and quality assurance activities and results. See Appendix C for an example quarterly report template. A downloadable data packet file containing a data summary for the three covered air toxics and meteorological data with basic statistics, a list of hours during which exceedance events occurred, a list of periods during which data was invalidated, results from verification activities (e.g., calibrations, QC checks, and QA), and the hourly averaged data along with corresponding detection limits and data qualifiers will  also be posted on the website along with the report, within 60 days following the end of the quarter for which the data were collected.

38.7.3    The permittee shall submit an application to revise the permit to address any new pollutants for which fenceline monitoring is required, or other changes to the plan, due to the fenceline monitoring plan updates required by § 25-7-141.(5)(i) (§ 25-7-141.5(g)).

38.8    **State-only Requirement:** Suncor is required to submit a comprehensive annual emissions report to the Division detailing total actual emissions from the facility and the amount of emissions that occurred as a result of exceedances of any permit limit. Suncor is required to submit a proposed report format for Division review and approval within 90 days after permit issuance. The annual emissions report (using the Division-approved format) must be submitted on June 30 of each year.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 198

38.9     **State-only Requirement:** Suncor is required to submit a quarterly community compliance report that will identify in an easy to understand format any emissions violations at the facility during the previous quarter.

38.10    **State-only Requirement:** Suncor must disseminate continuous emissions monitoring data to the public via a web-based system. Within 60 days of issuance of this permit, Suncor must submit a proposed plan to the Division for review and approval. The plan must include Suncor's proposal for displaying air monitoring data from Plants 1 & 3 Continuous Emissions Monitors (CEMs) as well as meteorological data on a dedicated website available to the public. Suncor must implement the CEMS data sharing plan within 60 days of Division approval.

38.11    **State-only Requirement:** Dissemination of Real-Time Data to the Division

   38.11.1    On and after January 1, 2025, as technically feasible as determined by the Division, a petroleum refinery in the state shall disseminate to the Division, in real time through an application programming interface, push data gathered through (§ 25-7-146 (2)(a)):

      38.11.1.1    Continuous emission monitoring systems and continuous monitoring systems required under state or federal law (§ 25-7-146 (2)(a)(I)), including the following:

         a. Continuous emissions monitoring systems (CEMS);

         b. Continuous opacity monitoring systems (COMS);

         c. Predictive emissions monitoring systems (PEMS);

         d. Continuous parametric monitoring systems (CPMS);

         e. Hydrogen sulfide continuous monitoring systems for refinery fuel gas and flare gase, per 40 CFR Part 60, §§60.104(a)(1) (NSPS J), and 60.102a(g)(1)(ii) and §60.103a(h) (NSPS Ja); and

         f. Continuous video surveillance cameras recording images of the flare flame to demonstrate compliance with the applicable opacity standard for the flare;

      38.11.1.2    Fenceline monitoring systems as required under § 25-7-141(5) (Condition 38.7) (§ 25-7-146 (2)(a)(II));

      38.11.1.3    Community-based monitoring required under § 25-7-141 (6) (Condition 38.11.4) (§ 25-7-146 (2)(a)(III)); and

      38.11.1.4    Compliance with a state-issued compliance order (§ 25-7-146 (2)(a)(IV)).

   38.11.2    The data disseminated to the Division pursuant to subsection (2)(a) of C.R.S 25-7-146 must be provided through the push in a one-minute averaged resolution (§ 25-7-146 (2)(b)).

   38.11.3    The Division shall determine the format by which a petroleum refinery must transmit the data to the Division (§ 25-7-146 (2)(c)).

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 199

38.11.4    For the purposes of this condition, the definitions described in § 25-7-146 (4)(a) through (i) apply.

38.12    **State-only Requirement:** Community-Based Monitoring Systems

38.12.1    On or before December 31, 2024, a petroleum refinery shall install and operate at least six community-based monitoring systems (as described in 38.12.2) to monitor, at a minimum, for (§ 25-7-146 (3)(a)(I) through (XIV));

38.12.1.1    Benzene;

38.12.1.2    Toluene;

38.12.1.3    Ethylbenzene;

38.12.1.4    Xylene;

38.12.1.5    Carbon monoxide;

38.12.1.6    Nitrogen dioxide;

38.12.1.7    $PM_{2.5}$;

38.12.1.8    Hydrogen sulfide

38.12.1.9    Sulfur dioxide;

38.12.1.10    Total volatile organic compounds;

38.12.1.11    Temperatue;

38.12.1.12    Relative humidity;

38.12.1.13    Wind speed; and

38.12.1.14    Wind direction.

38.12.2    At a minimum, the community-based monitoring system locations that must be installed and operated per the requirements of this Condition are as follows:

a. CM1 – Rose Hill Elementary School.  GPS Coordinates: 39.80164, -104.90882.  Cross Streets: E. 58th Ave. & Oneida St., Commerce City

b. CM2 – Suncor Refinery Business Center. GPS Coordinates: 39.79630, -104.95727. Cross Streets: Brighton Blvd. & York St, Commerce City.

c. CM6 – Focus Points Family Resource Center. GPS Coordinates: 39.78436, -104.95663. Cross Streets: Columbine St. & 48th Ave., Denver.

d. CM7 – Kearney Middle School. GPS Coordinates: 39.80888, -104.91545.  Cross Streets: E. 62nd Ave. & Kearny St., Commerce City

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 200

      e. CM8 – Monroe. GPS Coordinates: 39.81560, -104.94503. Cross Streets: Monroe St. & 64th Ave., Denver.

      f. CM10 – Alsup Elementary School. GPS Coordinates: 39.820268,      -104.936616. Cross Streets: East 68th Ave. & Birch St., Commerce City.

    38.12.2.2    Suncor may provide a written request to the Division that alternative community-based monitoring system locations be installed and operated instead of the stations listed in this condition. Suncor must provide technical justification for the proposed alternative location, and the alternative location is subject to Division-approval.

  38.12.3    The community-based monitoring systems installed and operated pursuant to this subsection (3) must be installed, certified, and operated in accordance with a plan developed by the Division (§ 25-7-146 (3)(b)).

  38.12.4    For the purposes of this condition, the definitions described in § 25-7-146 (4) apply.

38.13  Enhanced Training and Tools

  38.13.1    For each emission unit in this Title V operating permit for which emission limits or other operational requirements are specified in federal and state regulations, the following requirements apply (note that the regulatory basis for these conditions for each emission unit are the underlying regulatory and/or construction permit condition requirements):

    38.13.1.1    A comprehensive listing of all environmental operating limits (EOLs) shall be developed within 90 days of issuance of this Title V operating permit.

          For the purposes of this condition, EOLs refer to any constraints imposed by regulatory requirements and permit conditions. For example this may include, but is not limited to a comprehensive listing of all point source emission limits, throughput limits, fired duty limits (for heaters and boilers), firebox temperature thresholds for incinerators, vapor pressure limits for storage tanks, inspection requirements, operating time limits for engines, monitoring requirements (including quality assurance requirements), reporting requirements, etc.

    38.13.1.2    The EOLs shall be inserted into process unit operating manuals and/or maintenance and inspection procedures, as applicable, within 180 days of permit issuance.

    38.13.1.3    Applicable Suncor operators, operation supervisors, engineering staff, maintenance personnel, and inspection staff shall be trained on the EOLs for their areas of responsibility within 365 days of permit issuance, or within 180 days of being hired by Suncor, whichever is later.

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 201

38.13.1.4    Each applicable Suncor staff member must demonstrate their understanding of the material via a written assessment.

38.13.1.5    All documentation associated with the development and implementation of the EOL program shall be retained onsite in a readily available format for Division inspection upon request. These records include, but are not limited to: relevant process unit operating manuals, maintenance and inspection procedures, employee staff lists, and EOL assessments.

38.13.2    For each emission unit in this Title V operating permit for which federal New Source Performance Standards under 40 CFR Part 60, or National Emission Standards for Hazardous Air Pollutants under 40 CFR Parts 61 or 63 apply, the following requirements apply (note that the regulatory basis for these conditions for each emission unit are the underlying General Duty obligations in the applicable NSPS (40 CFR Part 60, Subpart A, §60.11(d)) or NESHAP (e.g., 40 CFR Part 63, Subparts UUU and CC at §63.1570(c) and §63.642(n)):

38.13.2.1    Suncor shall implement a training department staffed by trainers within 24 months of issuance of this Title V operating permit. Each major refinery complex (e.g., catalytic cracking/alkylation, hydroprocessing/reforming, distillation, sulfur management, and utilities) shall have a trainer with appropriate operational knowledge within their assigned complex. The trainers' primary duties shall be the development and implementation of a detailed training program for all newly hired operators, and refresher training for all existing operators covering the objective of operating equipment in a manner that prevents deviations from Title V operating permit requirements. Trainers shall also develop detailed materials for insertion into process unit operating manuals designed to meet this same objective. All training materials shall be revised, as needed, following process equipment changes and operating changes. An assessment of the need to revise the training material shall also be included as a Management of Change (MOC) (or equivalent) checklist item.

38.13.2.2    A training simulator for FCCU operation shall be developed and implemented within 24 months of permit issuance. The simulator shall be programmed to emulate typical upset scenarios that have been experienced at the Plant 1 FCCU (these may include, but are not limted to steam and cooling water supply disruptions, electrical power outages, and feedstock supply abnormalities), as well as other abnormal operation scenarios as recommended by outside technical experts or the Division. The training simulator programmed scenarios shall be revised within three (3) months of any FCCU upset that occurs that is outside the parameters of existing scenarios. The simulator shall also be programmed to emulate triggering the unit's automated shutdown system if recovery from the simulated upset is not possible. All FCCU console operators

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 202

shall undergo training on the simulator within three (3) months of the system's availability and shall undergo refresher training every twelve (12) months thereafter, or within three (3) months of any substantive updates to the training simulator.

38.13.2.3    Suncor shall maintain records on site for Division inspection upon request all such records that are relevant to demonstrate compliance with the requirements in Condition 38.13.2. These may include, but are not limited to training staff lists, training program materials, process unit operating manuals, employee training records, documentation of training program changes and updates, Operator Response Action lists, descriptions of training simulations and parameters, etc. The Division may request that Suncor maintain additional records to demonstrate compliance with this condition if the Division determines that the records submitted by Suncor are insufficient. Deviations from the requirements of Condition 38.13 shall be reported in the semi-annual report to the Division.

38.14  Procedures in Digital Format and Procedure Implementation

38.14.1    For each emission unit in this Title V operating permit for which federal New Source Performance Standards under 40 CFR Part 60, or National Emission Standards for Hazardous Air Pollutants under 40 CFR Parts 61 or 63 apply, the following requirements apply (note that the regulatory basis for these conditions for each emission unit are the underlying General Duty obligations in the applicable NSPS (40 CFR Part 60, Subpart A, §60.11(d)) or NESHAP (e.g., 40 CFR Part 63, Subparts UUU and CC at §63.1570(c) and §63.642(n)):

38.14.1.1    Within 12 months of the issuance date of this Title V permit, Suncor shall implement a program ensuring that all operating, maintenance, and inspection procedures for affected air emission sources and supporting ancillary equipment are available in digital format (which may include electronic files in PDF format) to its employees.

a. The equipment needed to access these procedures shall be present and readily available in control rooms, maintenance shops, operator shelters, and in the field via handheld devices, as appropriate.

b. These procedures must be updated as needed to include learnings from incident investigations. An assessment of the need to update procedures must be included on Suncor's Management of Change (MOC) (or equivalent) checklist.

38.14.1.2    Within 12 months of the issuance date of this Title V permit, whenever process units are started-up or shutdown, and when significant pieces of equipment (as determined by the Division) are either placed in service or removed from service, operators shall document the completion of each procedural step required by the relevant procedure by maintaining an easily accessible log, which includes operator initial and the date and time

Permit Number: 96OPAD120 | First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 203

of the completion of the procedure, for Division inspection upon request. If any deviation from a procedure is necessary, the nature of that deviation and the reason for the change must be documented along with confirmation that a unit supervisor or shift supervisor approved the change. Completed procedure documentation with signoffs shall be retained on site for Division inspection upon request. If an emergency or unsafe event precludes compliance with this condition, Suncor shall maintain records indicating the nature of the emergency or unsafe event, and must provide these records to the Division within seven (7) days after the conclusion of the event.

38.14.1.3    Suncor shall maintain records on site for Division inspection upon request all such records that are relevant to demonstrate compliance with the requirements in Condition 38.14. These may include, but are not limited to digital operating, maintenance, and inspection procedures, lists of locations and equipment available to access the procedures, logs of updates to the procedures, procedure completion logs as described in Condition 38.14.1.3, etc. The Division may request that Suncor maintain additional records to demonstrate compliance with this condition if the Division determines that the records submitted by Suncor are insufficient. Deviations from the requirements of Condition 38.14 shall be reported in the semi-annual report to the Division.

Permit Number: 96OPAD120                                             First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                  Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                           Page 204

### 39. Reasonably Available Control Technology – General Requirements for Storage and Transfer of Volatile Organic Compounds - Colorado Regulation No. 24, Part B, Section I

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Maintenance and Operation of Storage Tanks | 39.1 | Minimize Vapor Loss | | Inspection | Semi-Annually |
| Transfer (Excluding Petroleum Liquids) | 39.2 | See Condition 39.2 | | Tank Design | |

Note that the language below is from Colorado Regulation No. 24, adopted by the Colorado Air Quality Control Commissions (AQCC) on April 20, 2023 (effective June 14, 2023). However, if revisions to Colorado Regulation No. 24, Part B, Section I are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Part B, Section I.

39.1    Maintenance and Operation of Storage Tanks and Related Equipment – Section I.A

All storage tanks are subject to these requirements

All storage tank gauging devices, anti-rotation devices, accesses, seals, hatches, roof drainage systems, support structures, and pressure relief valves, shall be maintained and operated to prevent detectable vapor loss except when opened, actuated, or used for necessary and proper activities (e.g. maintenance). Such opening, actuation, or use shall be limited so as to minimize vapor loss.

Detectable vapor loss shall be determined visually, by touch, by presence of odor, or using a portable hydrocarbon analyzer. When an analyzer is used, detectable vapor loss means a VOC concentration exceeding 10,000 ppm. When an analyzer is used, testing and monitoring shall be conducted as in Colorado Regulation No. 24, Part B, Section VI.C.3.

Monitoring: Detectable vapor loss shall be determined using one of the methods described above, at least semi-annually. Records of the monitoring method and results shall be maintained for Division inspection upon request.

39.2    Transfer (excluding Petroleum Liquids) – Section I.B

Tank T7208 is subject to this requirement.

Except as otherwise provided in this regulation, all volatile organic compounds transferred to any tank, container, or vehicle compartment with a capacity exceeding 212 liters (56 gallons), shall be transferred using submerged or bottom filling equipment. For top loading, the fill tube shall reach within six inches of the bottom of the tank compartment. For bottom-fill operations, the inlet shall be flush with the tank bottom.

---

Permit Number: 96OPAD120                                                    First Issued: 8/1/04
                                                                           Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 205 |

In the absence of credible evidence to the contrary, compliance with this requirement is presumed based on the design and construction of T7208.

## 40. Reasonably Available Control Technology – Storage of Highly Volatile Organic Compounds - Colorado Regulation No. 24, Part B, Section II

Storage Tanks D-811, T81, T82, D-812, D-813, D-814, T90, T91, T92, and T400 are subject to these requirements. These tanks operate under pressure and have emissions less than de minimis reporting levels and are not subject to any other requirements.

Note that the language below is from Colorado Regulation No. 24, adopted by the Colorado Air Quality Control Commissions (AQCC) on April 20, 2023 (effective June 14, 2023). However, if revisions to Colorado Regulation No. 24, Part B, Section II are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Part B, Section II.

40.1    Highly volatile organic compounds shall be stored:

    40.1.1    In a pressure tank which is at all times capable of maintaining working pressures sufficient to prevent vapor loss to the ambient air (Section II.A.1); or

    40.1.2    With methods and/or equipment approved by the Division in writing pursuant to the request of the person owning or operating the storage facility. (Section II.A.2)

40.2    Vapor loss shall be determined visually, by presence of frost or condensation at the point of leakage, or using a portable hydrocarbon analyzer. When an analyzer is used, detectable vapor loss means a VOC concentration exceeding 10,000 ppm. When an analyzer is used, testing and monitoring shall be conducted as in Colorado Regulation No. 24, Part B, Section VI.C.3. (Section II.B.2)

Monitoring for detectable vapor loss shall be determined using one of the methods described above, at least semi-annually. Records of the monitoring method and results shall be maintained for Division inspection upon request.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 206 |

## 41. Reasonably Available Control Technology for Storage and Transfer of Petroleum Liquid - Colorado Regulation No. 24, Part B, Section IV

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| General Requirements | 41.1 | See Condition 41.1 | | | |
| Requirements for Tanks > 40,000 Gallons | 41.2 | Fixed Roof Tanks - See Condition 41.2.1 | | Inspection | Semi-Annually & when out of service |
| | | Above Ground Tanks External Surfaces - See Condition 41.2.2 | | | |
| | | External Floating Roofs - See Condition 41.2.3 | | Inspection | Semi-annually |
| Transfer at Terminals | 41.3 | See Condition 41.3 | | Testing | See Condition 41.3 |
| Transport Vehicles | 41.4 and 41.5 | Loading Restrictions | | See Conditions 41.4.1 and 41.5 | |
| Tanks < 40,000 gallons | 41.6 | Submerged Fill Pipe and Vapor Control System | | See Condition 41.6 | |

Note that the language below is from Colorado Regulation No. 24, adopted by the Colorado Air Quality Control Commissions (AQCC) on April 20, 2023 (effective June 14, 2023). However, if revisions to Colorado Regulation No. 24, Part B, Section IV are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Part B, Section IV.

41.1    General Requirements – Section IV.A.1

No person shall build, install, or permit the building or installation of any rotating pump or compressor handling any type of petroleum liquid unless said pump or compressor is equipped with mechanical seals or other equipment of equal efficiency. If reciprocating-type pumps and compressors are used, they shall be equipped with packing glands properly installed, in good working order, and properly maintained so that no detectable emissions occur from the drain recovery systems.

41.2    Storage of Petroleum Liquid in Tanks Greater than 151,412 liters (40,000 gallons) – Section IV.B.2

41.2.1    Fixed Roof Tanks with Internal Floating Roofs – Section IV.B.2.a

Storage of petroleum liquids in fixed roof tanks are subject to the requirements in Section IV.B.2.a.  (Tanks T96, T97, T116, T4504, T4516, T4517 and T4518 are subject to this condition.)  Note: Records of inspection results shall be kept five years.

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 207

Note that tanks T4504, T4516, T4517 and T4518 meet the requirements in Section IV.B.2 using a closed vent system and control device as provided for in Section IV.B.2.a.(i)(B). In the absence of credible evidence to the contrary compliance with the control device requirements (Section IV.B.2.a.(i)(C)) and methods for determining control efficiency (Section IV.B.2.a.(i)(D)) is presumed provided these tanks are in compliance with the BWON control device requirements (Condition 65).

41.2.2    Above Ground Storage Tanks – Section IV.B.2.b

Above ground storage tanks used for the storage of petroleum liquid shall have all external surfaces coated with a material which has a reflectivity of solar radiation of 0.7 or more. Methods A or B of ASTM E424 shall be used to determine reflectivity. Alternatively, any untinted white paint may be used which is specified by the manufacturer for such use.

This provision shall not apply to written symbols or logograms applied to the external surface of the container for purposes of identification provided such symbols do not cover more than 20% of the exposed top and side surface area of the container or more than 18.6 square meters (200 square feet), whichever is less. (Section VI.B.2.b) (Except for the pipeline receipt station sump, T182, T4502, T4503, T4507, T4508, T4514 and T4515 all tanks covered by this permit are subject to this condition)

41.2.3    Seals on External Floating Roof Tanks – Section IV.B.2.c

All petroleum liquid storage vessels equipped with external floating roofs, having capacities greater than 150,000 liters (40,000 gallons), located in ozone non-attainment areas, are subject to the applicable monitoring, operating, and recordkeeping requirements in Section IV.B.2.c. (Tanks T1, T34, T55, T58, T60, T67, T70, T75, T77, T78, T80, T775, T776, T777, T778, T2010 and T4501 are subject to this condition. Tanks T62, T64, T65, T66, T72 and T774 are subject only to the recordkeeping provisions of Section IV.B.2.c.(ii)(C)).

41.3    Loading Facilities Classified as Terminals – Section IV.C.2 (R101 and R102 are subject to this condition)

41.3.1    The owner or operator of a terminal subject to this subsection shall equip the terminal with proper loading equipment and shall follow the loading procedures listed below (Section IV.C.2.b):

41.3.1.1    Install dry-break loading couplings to prevent petroleum liquid loss during uncoupling from vehicles. (Section IV.C.2.b.(i))

41.3.1.2    Install a vapor collection and disposal system which gathers vapor transferred from vehicles being loaded. The system shall include devices to prevent the release of vapor from vapor recovery hoses not in use. (Section IV.C.2.b.(ii))

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                            Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 208

41.3.1.3    Use operating procedures to ensure that petroleum liquid cannot be transferred unless the vapor collection equipment is in use. (Section IV.C.2.b.(iii))

41.3.1.4    Provide for the prevention of overfilling of transport vehicles with loading pump shut-offs, set stop meters, or comparable equipment. (Section IV.C.2.b.(iv))

41.3.1.5    Operate all recovery and disposal equipment at a back pressure less than the pressure relief valve setting of transport vehicles. (Section IV.C.2.b.(v))

41.3.1.6    Prevent the release of petroleum liquid on the ground from transport vehicles. Provision shall be made to remove any undelivered petroleum liquid with closed drainage devices. (Section IV.C.2.b.(vi))

41.3.1.7    Maintain and operate final recovery and disposal equipment or devices in the vapor control system (i.e., control devices) so as to emit no more than 80 milligrams of volatile organic compounds per liter of gasoline being loaded. Such disposal devices shall be approved by the Division. (Section IV.C.2.b.(vii))

41.3.1.8    Prevent loading of petroleum liquid into transport vehicles which do not have valid leak-tight certification as required in Section IV.D. No truck shall be loaded unless a valid certification sticker is displayed, or a certification letter is carried in the truck. (Section IV.C.2.b.(viii))

41.3.1.9    Follow all control procedures to prevent leaks as specified in Section VII. (Section IV.C.2.b.(ix))

41.3.2    Control devices shall meet the applicable requirements including recordkeeping of Part C Sections I.A.3.a, b, c, and e, and I.A.8.a and b. (Section IV.C.2.c)

41.3.3    The applicable methods of 40 CFR 60.503 (September 14, 1989), or EPA reference methods 1 through 4, 25A, and 25B of 40 CFR Part 60 (September 14, 1989) shall be used to determine the efficiency of control devices.  (Section IV.C.2.d)

41.3.4    The method set forth in Appendix A of "Control of Hydrocarbons from Tank Truck Gasoline Loading Terminals" October 1977, EPA-450/2-77-026 shall be used to test emission points other than control devices.  (Section IV.C.2.e)

In the absence of credible evidence to the contrary compliance with Conditions 41.3.2 through 41.3.4 is presumed provided the rail rack and the rail rack VCU meet the requirements in Condition 24 and the truck rack and truck rack flare meet the requirements in Condition 25.

41.4    Transport Vehicles – Section IV.C.4.a (R101 is subject to this condition.)

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
--- | ---
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 209

41.4.1     Rail cars shall be loaded only at facilities which allow for the following (Section IV.C.4.a):

     41.4.1.1     A submerged fill pipe which reaches within 15.24 cm (6 in.) of the bottom of the tank. (Section IV.C.4.a.(i))

     41.4.1.2     Vapor collection and/or disposal equipment designated and operated to recover vapors displaced during the loading of the rail car. (Section IV.C.4.a.(ii))

     41.4.1.3     A vapor-tight seal around the tank car hatch and the loading equipment. (Section IV.C.4.a.(iii))

41.5     Control of Volatile Organic Compound Leaks from Gasoline Transport Trucks - Section IV.D.2.a (R102 is subject to this condition.)

    41.5.1     No terminal operator, when monitoring the gasoline loading operation and no owner or operator of a gasoline transport truck shall allow a gasoline transport truck subject to this Section IV.D. to be filled with a VOC with Reid Vapor Pressure of 4.0 or greater unless the gasoline tank truck meets the requirements in Section IV.D.2.a. (Section IV.D.2.a)

           Suncor shall maintain a computerized system with information on certified trucks with an interlock system that prevents the loading of uncertified trucks.

41.6     Storage of Petroleum Liquid in Tanks Equal to or Less than 151,412 liters (40,000 gallons) – Section IV.B.3 (Tanks D-20, T4502, T4503, T4507 and T4508 are subject to these requirements.)

    41.6.1     The owner or operator of storage tanks at a gasoline dispensing facility (service station) or other facility not addressed in Sections IV.C.2. or IV.C.3., which receives and stores petroleum liquid, shall not allow the transfer of petroleum liquid from any delivery vessel into any tank unless the tank is equipped with a submerged fill pipe and all vapors displaced from the storage tank are transferred to the delivery vessel being unloaded using a properly maintained, functioning, and leak-tight vapor collection system, as in accordance with applicable provisions of Appendix B and Section VII., if the tank meets the requirements in Section IV.B.3.b.(i) or (ii). (Section IV.B.3.b) Tanks subject to these requirements shall meet the requirements in Sections IV.B.3.c through h, as applicable.

           Tanks D-20, T4502, T4503, T4507 and T4508 are subject to the requirements in Section IV.B.3.c, d, e and g. In the absence of credible evidence to the contrary, compliance with the control device requirements in Section IV.B.3.g is presumed provided these tanks are in compliance with the BWON control device requirements (Condition 65).

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 210

**42.     Reasonably Available Control Technology for Crude Oil – Colorado Regulation No. 24, Part B Section V**

Tanks T58, T775 and T776 are subject to these requirements.

Note that the language below is from Colorado Regulation No. 24, adopted by the Colorado Air Quality Control Commissions (AQCC) on April 20, 2023 (effective June 14, 2023). However, if revisions to Colorado Regulation No. 24, Part B, Section V are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Part B, Section V.

42.1     Equipment

Pumps and compressors handling crude oil shall be subject to the provisions of Section IV.A (Condition 41.1). (Section V.B)

42.2     Storage

Except as provided in Section V.A.2., crude oil stored in tanks greater than 151,412 liters (40,000 gallons) shall be subject to the provisions of Sections IV.B.1.b. and IV.B.2 (Condition 41.2). (Section V.C)

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 211

### 43. Reasonably Available Control Technology for Petroleum Processing and Refining - Colorado Regulation No. 24, Part B, Section VI

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|-----------|------------------------|------------|---------------------------|------------|---|
| | | | | Method | Interval |
| Wastewater Separators | 43.1 | Control Device and closed openings | | Inspection | See Condition 43.1 |
| Process Unit Turnarounds | 43.2.1 | See Condition 43.2.1 | | As set forth in Division approved procedure | |
| Blowdown System and Relief Valve Venting | 43.2.2 | 90% combustion efficiency | | Flares shall meet the requirements in Condition 53 | |
| Vacuum Producing Systems | 43.2.3 | Emissions of any noncondensible VOC is not permitted | | Emissions shall be routed to a flare that meets the requirements in Condition 53 | |
| Sampling, Testing, and Measuring Ports | 43.2.4 | Kept in closed position except when being used | | Inspection | Monthly |
| Control Device Requirements | 43.2.5 & 43.2.6 | See Conditions 43.2.5 and 43.2.6 | | Flares shall be operated in accordance with the requirements in Condition 53 | |
| Equipment Leaks | 43.3 | Inspection and Repair | | Inspection and Repair | See Section VIII.C (Condition 43.3) |

Note that the language below is from Colorado Regulation No. 24, adopted by the Colorado Air Quality Control Commission (AQCC) on April 20, 2023 (effective June 14, 2023). However, if revisions to Colorado Regulation No. 24, Part B, Section VI are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Part B, Section VI.

43.1    Wastewater (Oil/Water) Separators – Section VI.A

T4514 and T4515 (F201 - Plant 1 wastewater treatment system separators) and the CPI separator (F101 – Asphalt unit sewer system) are subject to this condition.

    43.1.1    The owner or operator of any wastewater (oil/water) separators at a petroleum refinery shall equip the forebays and separator sections of the wastewater separators with one or more of the emission control devices listed in Part B, Section VI.A.2.a, ensuring that such device is properly installed, in good working order and properly maintained. (Section VI.A.2.a)

    43.1.2    The owner or operator of any wastewater (oil/water) separators at a petroleum refinery shall equip all openings in covers, separators, and forebays with lids or seals such that

Permit Number: 96OPAD120 | First Issued: 8/1/04
Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 212 |

the lids or seals are in the closed position at all times except when in actual use. Access for gauging and sampling shall be minimized. (Section VI.A.2.b)

Compliance with Conditions 43.1.1 and 43.1.2 shall be monitored as follows:

43.1.3     T-4514 and T4515 meet the requirements in Section VI.A.2.a using a closed vent system and control device as provided for in Section VI.A.2.a.(iii). In the absence of credible evidence to the contrary compliance with the control device requirements (Section VI.A.2.a.(iii)(A)) and methods for determining control efficiency (Section VI.A.2.a.(iii)(B)) is presumed provided the separators are in compliance with the BWON control device requirements (Condition 65). In addition, monitoring of T4514 and 4515 shall be conducted as follows:

       43.1.3.1     Each cover seal, access hatch, and all other openings shall be checked by visual inspection quarterly as set forth in 60 CFR Part 61 Subpart FF §61.347(b) (see Condition 65.15).

       43.1.3.2     The permittee shall conduct monitoring of the controlled oil-water separators on a quarterly basis in accordance with the "no detectable emissions" provisions in 40 CFR §61.347. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate the Consent Decree (H-01-4430) requirements related to BWON. Consent Decree (H-01-4330), paragraph 117(b)) (see also Condition 23.8.3)

43.1.4     The CPI separator meets the requirements in Section VI.A.2.a using a closed vent system and control device as provided for in Section VI.A.2.a.(iii). In the absence of credible evidence to the contrary compliance with the control device requirements (Section VII.A.2.a.(iii)(A)) and methods for determining control efficiency (Section VI.A.2.a.(iii)(B)) is presumed provided the requirements in Section II, Condition 32.5 are met. In addition, monitoring of the CPI separator shall be conducted as follows:

       43.1.4.1     Roof seals, access doors and other openings shall be checked by visual inspection semi-annually as set forth in 40 CFR Part 60 Subpart QQQ §60.692-3(a)(5).

43.2     Emissions from Petroleum Refineries – Section VI.B

43.2.1     Process unit turnarounds. The owner or operator of a petroleum refinery shall develop and submit to the Division for approval a detailed procedure for minimization of volatile organic compound emissions during process unit turnaround. As a minimum, the procedure shall provide for the following (Section VI.B.2):

       43.2.1.1     Depressurization venting of the process unit or vessel to a vapor recovery system, or to a flare or firebox which assures at least 90% combustion efficiency.

---

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 213

43.2.1.2    No emission of volatile organic compounds from a process unit or vessel until its internal pressure is 17.2 psia or less; and

43.2.1.3    Recordkeeping of the following items. Records shall be kept for at least five years and shall be made available to the Division for review upon request.

a. Every date that each process unit is shut down.

b. The approximate vessel volatile organic compound concentration when the volatile organic compounds were first discharged to the atmosphere.

c. The approximate total quantity of volatile organic compounds emitted to the atmosphere.

43.2.2    Venting of blowdown systems and safety pressure relief valves

All blowdown systems, process equipment vents, and pressure relief valves shall be vented to a vapor recovery system, or to a flare or firebox which assures at least 90% combustion efficiency. (Section VI.B.3)

In the absence of credible evidence to the contrary, flares meeting the requirements in Condition 53 (40 CFR Part 63 Subpart CC) of this permit are presumed to be in compliance with these requirements.

43.2.3    The owner or operator of any vacuum-producing system at a petroleum refinery shall not permit the emission of any noncondensible volatile organic compounds from the condensers, hot wells or accumulators of the system. This emission limit shall be achieved by venting the noncondensible vapors to a flare or other combustion device, or compressing the vapors and adding them to the refinery fuel gas. (Section VI.B.4.a)

43.2.4    All sampling, testing, and measuring ports, hatches, and access openings shall be kept in a closed sealed position except during actual sampling or access. (Section VIII.B.5)

Compliance with this Condition 43.2.4 shall be monitored by inspection during a monthly walk-through. Records of inspections shall be maintained for inspection upon request.

43.2.5    Control devices shall meet the applicable requirements, including recordkeeping, of Part C, Sections I.A.3.a,b,c, and e, and I.A.8.a and b. (Section VI.B.6)

In the absence of credible evidence to the contrary, flares meeting the requirements in Condition 53 (40 CFR Part 63 Subpart CC) of this permit are presumed to be in compliance with these requirements.

43.2.6    The applicable EPA reference methods 1 through 4, and 25, of 40 CFR Part 60, shall be used to determine the efficiency of control devices. (Section VI.B.7)

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 214 |

In the absence of credible evidence to the contrary, flares meeting the requirements in Condition 53 (40 CFR Part 63 Subpart CC) of this permit are presumed to be in compliance with these requirements.

43.3    Petroleum Refinery Equipment Leaks - Section VI.C

43.3.1    The owner or operator of a petroleum refinery complex subject to this regulation shall meet the requirements set forth in Section VI.C.2.a.

43.3.2    Except for safety pressure relief valves, no owner or operator of a petroleum refinery shall install or operate a valve at the end of a pipe or line containing volatile organic compounds unless the pipe or line is sealed with a second valve, a blind flange, a plug, or a cap. The sealing device may be removed only when a sample is being taken or when the valve is otherwise in use. (Section VI.C.2.b)

43.3.3    The Division, at its discretion, may require early unit turnaround based on the number and severity of tagged leaks awaiting turnaround in accordance with the provisions set forth in VI.C.2.c.

43.3.4    Piping valves and pressure relief valves in gaseous VOC service shall be marked in some manner that will be readily obvious to both refinery personnel performing monitoring and the Division, to identify them as components which are monitored quarterly. (Section VI.C.2.d)

43.3.5    Testing and calibration procedures to determine compliance with this regulation shall be consistent with EPA reference method 21 of 40 CFR Part 60. The reference compound may be methane or hexane. A leak is defined as a reading of 10,000 ppmv of the reference compound. (Section VI.C.3)

43.3.6    The owner or operator of a petroleum refinery subject to this regulation shall conduct a monitoring program consistent with the following provisions (Section VI.C.4.a.(i)):

43.3.6.1    Pump seals, piping valves in light liquid service, process drains and heat exchanger flanges and other accessible flanges in VOC service shall be monitored yearly using the method specified in Section VI.C.3 (Condition 43.3.5). Components in heavy liquid service are exempt from the requirements in this paragraph (Section VI.C.4.a.(i)(A))

43.3.6.2    Compressor seals and piping valves and pressure relief valves shall be monitored quarterly using the method specified in Section VI.C.3 (Condition 43.3.5). (Section VI.C.4.a.(i)(B))

43.3.6.3    Monitor at least weekly by visual methods all pump seals. (Section VI.C.4.a.(i).C))

43.3.6.4    Monitor within 24 hours with a VOC detector and make record of any component from which VOC liquids are observed leaking. (Section

Air Pollution Control Division                                 Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 215

VI.C.4.a.(i)(D))

Any operator-discovered leak that cannot be monitored within 24 hours shall automatically be classified as an LDAR leak.

43.3.6.5    Components in heavy liquid VOC service shall be monitored using the method specified in Section VI.C.3 (Condition 43.3.5) within five days if evidence of a potential leak is found by visual, audible, olfactory, or any other detectable method. (VI.C.4.a.(i)(E))

43.3.6.6    Inaccessible valves and flanges shall be monitored annually or, as a minimum, at unit shutdown using the procedures of Section VI.C.2.a(v). Pressure relief devices which are connected to an operating flare header or vapor recovery device, storage tank valves, and valves that are not externally regulated are exempt from the monitoring requirements in Conditions 43.3.6.1 through 43.3.6.5. (VI.C.4.a.(ii))

43.3.6.7    The owner or operator of a petroleum refinery, upon the detection of a leaking component as defined in Section VI.C.2.a.(iii), shall affix a weatherproof and readily visible tag, bearing an identification number and the date the leak is located, to the leaking component. This tag shall remain in place until the leaking component is repaired. In addition, the owner or operator shall log the leak (including those leaks immediately repaired), per the requirements of Sections VI.C.4.b.(i) through (iii). (Section VI.C.4.a.(iii))

43.3.7    The owner or operator shall meet the recordkeeping and reporting requirements set forth in VI.C.4.b and c.

## 44.    Reasonably Available Control Technology – Control of Volatile Organic Compound Leaks from Vapor Collection Systems and Vapor Control Systems Located at Gasoline Terminals, Gasoline Bulk Plants, and Gasoline Dispensing Facilities – Colorado Regulation No. 24, Part B, Section VII

(R101 and R102 are subject to these requirements)

Note that the language below is from Colorado Regulation No. 24, adopted by the Colorado Air Quality Control Commissions (AQCC) on April 20, 2023 (effective June 14, 2023). However, if revisions to Colorado Regulation No. 24, Part B, Section VII are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Part B, Section VII.

44.1    The operator of a vapor collection or vapor control system at a facility subject to the provisions of this section shall operate the vapor collection system and the gasoline loading equipment in a manner that prevents (Section VII.B.1):

44.1.1    Gauge pressure from exceeding 33.6 torr (18 inches of $H_2O$) and vacuum from exceeding gauge pressure of minus 11.2 torr (minus 6 inches of $H_2O$) at the point where the vapor return line on the truck connects with the vapor collection line of the facility. (Section VII.B.1.a)

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                          Page 216

44.1.2    A reading equal to or greater than 100 percent of the lower explosive limit (LEL, measured as propane) at 2.5 centimeters from a known or potential leak source when measured by the procedures described in Appendix B of "Control of Organic Compound Leaks from Gasoline Tank Trucks and Vapor Collection Systems," December 1978, EPA-450/2-78-051, during loading or unloading operations at gasoline dispensing facilities, bulk plants, and terminals. (Section VII.B.1.b)

44.1.3    Avoidable liquid leaks from the system during loading or unloading operations at gasoline dispensing facilities, bulk plants, and terminals. (Section VII.B.1.c)

44.1.4    Division representatives may monitor for excessive back pressure as defined by Section VII.B.1.a. and vapor leakage as is defined by Section VII.B.1.b. or by detection methods incorporating sight, sound, and smell. (Section VII.B.1.d)

44.2    Repairs and Modifications

44.2.1    The operator shall within fifteen (15) days, repair and retest a vapor collection or control system that exceeds the pressure limits stated in Condition 44.1.1, above, excepting that (Section VII.B.2.a);

44.2.2    Should an applicable facility require modification or repairs that will take longer than fifteen (15) days to complete, the operator shall submit to the Division for approval a schedule which includes dates of commencement and completion. (Section VII.B.2.b)

## 45. 40 CFR Part 60, Subpart J – Standards of Performance for Petroleum Refineries

These requirements apply to those sources that are referred to this condition throughout the permit.

The requirements below reflect the language in 40 CFR Part 60 Subpart J as of the latest revisions to 40 CFR Part 60 Subpart J published in the Federal Register on December 1, 2015. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart Ja. The relevant requirements in 40 CFR Part 60 Subpart J include, but are not limited to the following:

**Standard for Particulate Matter (60.102)**

45.1    No owner or operator subject to the provisions of this subpart shall discharge or cause the discharge into the atmosphere from any fluid catalytic cracking unit catalyst regenerator (60.102(a)):

45.1.1    Particulate matter in excess of 1.0 kg/1000 kg (2.0 lb/ton [or 1.0 lb/1000 lb]) of coke burn-off in the catalyst regenerator. (60.102(a)(1))

45.1.2    Gases exhibiting greater than 30 percent opacity, except for one six-minute average opacity reading in any one hour period. (60.102(a)(2))

**Standard for Carbon Monoxide (60.103)**

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 217 |

45.2    No owner or operator subject to the provisions of this subpart shall discharge or cause the discharge into the atmosphere from any fluid catalytic cracking unit catalyst regenerator any gases that contain carbon monoxide (CO) in excess of 500 ppm by volume (dry basis). (60.103)(a))

**Standards for Sulfur Oxides (60.104)**

45.3    No owner or operator subject to the provisions of this subpart shall (60.104(a)):

45.3.1    Burn in any fuel gas combustion device any fuel gas that contains hydrogen sulfide ($H_2S$) in excess of 230 mg/dscm (0.10 gr/dscf). The combustion in a flare of process upset gases or fuel gas that is released to the flare as a result of relief valve leakage or other emergency malfunctions is exempt from this paragraph. (60.104(a)(1))

45.3.2    Discharge or cause the discharge of any gases into the atmosphere from any Claus sulfur recovery plant containing in excess of (60.104(a)(2)):

45.3.2.1    For an oxidation control system or a reduction control system followed by incineration, 250 ppm by volume (dry basis) of sulfur dioxide ($SO_2$) at zero percent excess air. (60.104(a)(2)(i))

**Monitoring of emissions and operations (60.105)**

45.4    Continuous monitoring systems shall be installed, calibrated, maintained, and operated by the owner or operator subject to the provisions of this subpart as follows: (60.105(a))

45.4.1    For fluid catalytic cracking unit catalyst regenerators subject to §60.102(a)(2) (Condition 45.1.2), an instrument for continuously monitoring and recording the opacity of emissions into the atmosphere. The instrument shall be spanned at 60, 70, or 80 percent opacity. (60.105(a)(1))

45.4.2    For fluid catalytic cracking unit catalyst regenerators subject to §60.103(a) (Condition 45.2), an instrument for continuously monitoring and recording the concentration by volume (dry basis) of CO emissions into the atmosphere, except as provided in paragraph (a)(2)(ii) of this section. (60.105(a)(2))

45.4.2.1    The span value for this instrument is 1,000 ppm CO. (60.105(a)(2)(i))

45.4.3    Instead of the $SO_2$ monitor in 60.105(a)(3) for fuel gas combustion devices subject to §60.104(a)(1), an instrument for continuously monitoring and recording the concentration (dry basis) of $H_2S$ in fuel gases before being burned in any fuel gas combustion device. (60.105(a)(4))    The $H_2S$ monitoring device shall meet the requirements in §60.105(a)(4)(i) through (iii).

45.4.3.1    Exemptions from Monitoring:    The owner or operator of a fuel gas combustion device is not required to comply with 60.105(a)(3) or (4) for fuel gas streams that are exempt under §60.104(a)(1) and fuel gas streams combusted in a fuel gas combustion device that are inherently low in

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 218

sulfur content. Fuel gas streams meeting one of the requirements in 60.105(a)(4)(iv)(A) through (D) will be considered inherently low in sulfur content. If the composition of a fuel gas stream changes such that it is no longer exempt under §60.104(a)(1) or it no longer meets one of the requirements in 60.105(a)(4)(iv)(A) through (D), the owner or operator must begin continuous monitoring under 60.105(a)(3) or (4) within 15 days of the change. (60.105(a)(4)(iv))

a. The following fuel gas streams are exempt from the sulfur monitoring requirements as specified in 60.105(a)(4)(iv)(C) because they are intolerant of sulfur: PSA purge gas to the hydrogen plant reforming furnace, hydrogen plant bypass line to the main plant flare and No. 1 catalyst polymerization unit purge line (prior to catalyst change out) to the main plant flare.

b. The following fuel gas streams are exempt from the sulfur monitoring requirements as specified in 60.105(a)(4)(iv)(D): recovered rail rack loading vapors (exemption application submitted on October 13, 2010).

45.4.4    For Claus sulfur recovery plants with oxidation control systems or reduction control systems followed by incineration subject to §60.104(a)(2)(i) (Condition 45.3.2.1), an instrument for continuously monitoring and recording the concentration (dry basis, zero percent excess air) of $SO_2$ emissions into the atmosphere. The monitor shall include an oxygen monitor for correcting the data for excess air. (60.105(a)(5))  The continuous monitoring system shall meet the requirements in 60.105(a)(5)(i) and (ii).

45.4.5    An owner or operator may demonstrate that a fuel gas stream combusted in a fuel gas combustion device subject to §60.104(a)(1) that is not specifically exempted in §60.105(a)(4)(iv) is inherently low in sulfur. A fuel gas stream that is determined to be low-sulfur is exempt from the monitoring requirements in 60.105(a)(3) and (4) until there are changes in operating conditions or stream composition. (60.105(b))

45.4.5.1    The owner or operator shall submit to the Administrator a written application for an exemption from monitoring. The application must contain the information in 60.105(b)(1)(i) through (v). (60.105(b)(1))

45.4.5.2    The effective date of the exemption is the date of submission of the information required in 60.105(b)(1).  (60.105(b)(2))

45.4.5.3    No further action is required unless refinery operating conditions change in such a way that affects the exempt fuel gas stream/system (e.g., the stream composition changes). If such a change occurs, the owner or operator will follow the procedures in 60.105(b)(3)(i), (b)(3)(ii), or (b)(3)(iii). (60.105(b)(3))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 219 |

45.5 The average coke burn-off rate (thousands of kilograms per hour) and hours of operation shall be recorded daily for any fluid catalytic cracking unit catalyst regenerator subject to §60.102, §60.103, or §60.104(b)(2) (Conditions 45.1 and 45.2). (60.105(c))

45.6 For the purpose of reports under §60.7(c), periods of excess emissions shall be determined and reported are defined as follows (60.105(e)):

45.6.1 *Opacity.* All 1-hour periods that contain two or more 6-minute periods during which the average opacity as measured by the continuous monitoring system under §60.105(a)(1) exceeds 30 percent. (60.105(e)(1))

45.6.2 *Carbon Monoxide.* All 1-hour periods during which the average CO concentration as measured by the CO continuous monitoring system under §60.105(a)(2) exceeds 500 ppm. (60.105(e)(2))

45.6.3 *Sulfur dioxide from fuel gas combustion.* All rolling 3-hour periods during which the average concentration of $H_2S$ as measured by the $H_2S$ continuous monitoring system under §60.105(a)(4) exceeds 230 mg/dscm (0.10 gr/dscf). (60.105(e)(3)(ii))

Note that the preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

45.6.4 *Sulfur dioxide from Claus sulfur recovery plants.* All 12-hour periods during which the average concentration of $SO_2$ as measured by the $SO_2$ continuous monitoring system under § 60.105(a)(5) exceeds 250 ppm (dry basis, zero percent excess air). (60.105(e)(4)(i))

**Reporting and recordkeeping requirements (60.107)**

45.7 For each fuel gas stream combusted in a fuel gas combustion device subject to §60.104(a)(1), if an owner or operator determines that one of the exemptions listed in §60.105(a)(4)(iv) applies to that fuel gas stream, the owner or operator shall maintain records of the specific exemption chosen for each fuel gas stream. If the owner or operator applies for the exemption described in §60.105(a)(4)(iv)(D) (fuel gas streams specified in Condition 45.4.3.1.b), the owner or operator must keep a copy of the application as well as the letter from the Administrator granting approval of the application. (60.107(e))

45.8 The owner or operator of an affected facility shall submit the reports required under this subpart to the Division semiannually for each six-month period. All semiannual reports shall be postmarked by the 30th day following the end of each six-month period. (60.107(e))

45.9 The owner or operator of the affected facility shall submit a signed statement certifying the accuracy and completeness of the information contained in the report. (60.107(f))

**Subsequent Performance Test Requirements**

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 220 |

45.10    Compliance with the particulate matter requirements in 60.102(a)(1) (Condition 45.1.1) shall be monitored by conducting annual performance tests as required by Condition 22.9.1.1.

## 46.    40 CFR Part 60 Subpart Ja – Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007

These provisions apply to the following modified equipment H-1716, H-1717, the plant 1 main flare (P1) and the asphalt unit flare (F2).  These provisions also apply to the remediation equipment (AIRS pt 615) thermal oxidizer (TO-SUN-2), H-2410, the GBR unit flare (F3) and the Plant 1 rail rack VCU.

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 60 Subpart Ja published in the Federal Register on July 13, 2016. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart Ja. The relevant requirements in 40 CFR Part 60 Subpart Ja include, but are not limited to the following:

**Emission Limitations (60.102a)**

46.1    Each owner or operator of an affected fuel gas combustion device shall comply with the emissions limits in 60.102a(g)(1) and (2). (60.102a(g))

Except as provided in 60.102a(g)(1)(iii) (Condition 46.1.2), for each fuel gas combustion device, the owner or operator shall comply with either the emission limit in 60.102a(g)(1)(i) or the fuel gas concentration limit in 60.102a(g)(1)(ii) (Condition 46.1.1). For CO boilers or furnaces that are part of a fluid catalytic cracking unit or fluid coking unit affected facility, the owner or operator shall comply with the fuel gas concentration limit in 60.102a(g)(1)(ii) for all fuel gas streams combusted in these units. (60.102a(g)(1))

46.1.1    The owner or operator shall not burn in any fuel gas combustion device any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hour rolling average basis and $H_2S$ in excess of 60 ppmv determined daily on a 365 successive calendar day rolling average basis. (60.102a(g)(1)(ii))

46.1.2    The combustion in a portable generator of fuel gas released as a result of tank degassing and/or cleaning is exempt from the emissions limits in 60.102a(g)(1)(i) and (ii) (Condition 46.1.1). (60.102a(g)(1)(iii))

46.1.3    For each process heater with a rated capacity of greater than 40 million British thermal units per hour (MMBtu/hr) on a higher heating value basis, the owner or operator shall not discharge to the atmosphere any emissions of $NO_X$ in excess of the applicable limits in 60.102a(g)(2)(i) through (iv). (60.102a(g)(2))

The $NO_X$ limits apply to heaters H-1716 and H-2410.

46.1.3.1    For each natural draft process heater, comply with the limit in either 60.102a(g)(2)(i)(A) or (B). The owner or operator may comply with

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 221 |

either limit at any time, provided that the appropriate parameters for each alternative are monitored as specified in §60.107a; if fuel gas composition is not monitored as specified in §60.107a(d), the owner or operator must comply with the concentration limits in 60.102a(g)(2)(i)(A). (60.102a(g)(2)(i))

    a. 40 ppmv (dry basis, corrected to 0-percent excess air) determined daily on a 30-day rolling average basis (60.102a(g)(2)(i)(A)).

      The source has indicated that they will comply with the concentration limit, therefore, the mass limit in (g)(2)(i)(B) has not been included.

**Design, equipment, work practice or operational standards (60.103a)**

46.2    Except as provided in 60.103a(g), each owner or operator that operates a flare that is subject to this subpart shall develop and implement a written flare management plan no later than the date specified in 60.103a(b). The flare management plan must include the information described in 60.103a(a)(1) through (7). (60.103a(a))

46.3    Except as provided in 60.103a(g), each owner or operator required to develop and implement a written flare management plan as described in 60.103a(a) (Condition 46.2) must submit the plan to the Administrator as described in 60.103a(b)(1) through (3). (60.103a(b))

46.4    Except as provided in 60.103a(f) and (g) (Condition 46.7), each owner or operator that operates a fuel gas combustion device, flare or sulfur recovery plant subject to this subpart shall conduct a root cause analysis and a corrective action analysis for each of the conditions specified in 60.103a(c)(1) through (3). (60.103a(c))

    46.4.1    For a flare: (60.103a(c)(1))

        46.4.1.1    Any time the $SO_2$ emissions exceed 227 kilograms (kg) (500 lb) in any 24-hour period (60.103a(c)(a)(i)); or

        46.4.1.2    Any discharge to the flare in excess of 14,160 standard cubic meters ($m^3$) (500,000 standard cubic feet (scf)) above the baseline, determined in paragraph (a)(4) of this section, in any 24-hour period. (60.103a(c)(a)(ii)); or

        46.4.1.3    If the monitoring alternative in §60.107a(g) is elected, any period when the flare gas line pressure exceeds the water seal liquid depth, except for periods attributable to compressor staging that do not exceed the staging time specified in 60.103a(a)(3)(vii)(C). (60.103a(c)(a)(iii))

    46.4.2    For a fuel gas combustion device, each exceedance of an applicable short-term emissions limit in §60.102a(g)(1) (Condition 46.1.1) if the $SO_2$ discharge to the atmosphere is 227 kg (500 lb) greater than the amount that would have been emitted if the emissions limits had been met during one or more consecutive periods of excess emissions or any 24-hour period, whichever is shorter. (60.103a(c)(2))

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division

Colorado Operating Permit

Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Page 222

46.5    Except as provided in 60.103a(f) and (g) (Condition 46.7), a root cause analysis and corrective action analysis must be completed as soon as possible, but no later than 45 days after a discharge meeting one of the conditions specified in 60.103a(c)(1) through (3) (Condition 46.4.1 and 46.4.2). Special circumstances affecting the number of root cause analyses and/or corrective action analyses are provided in 60.103a(d)(1) through (5). (60.103a(d))

46.6    Except as provided in 60.103a(f) and (g) (Condition 46.7), each owner or operator of a fuel gas combustion device, flare or sulfur recovery plant subject to this subpart shall implement the corrective action(s) identified in the corrective action analysis conducted pursuant to 60.103a(d) (Condition 46.5) in accordance with the applicable requirements in 60.103a(e)(1) through (3). (60.103a(e))

46.7    Modified flares shall comply with the requirements of 60.103a(c) through (e) (Conditions 46.4 through 46.6) by November 11, 2015 or at startup of the modified flare, whichever is later. Modified flares that were not affected facilities subject to subpart J of this part prior to becoming affected facilities under §60.100a shall comply with the requirements of 60.103a(h) (Condition 46.8) and the requirements of §60.107a(a)(2) (Condition 46.14) by November 11, 2015 or at startup of the modified flare, whichever is later. Modified flares that were affected facilities subject to subpart J of this part prior to becoming affected facilities under §60.100a shall comply with the requirements of 60.103a(h) (Condition 46.8) and the requirements of §60.107a(a)(2) (Condition 46.14) by November 13, 2012 or at startup of the modified flare, whichever is later, except that modified flares that have accepted applicability of subpart J under a federal consent decree shall comply with the subpart J requirements as specified in the consent decree, but shall comply with the requirements of 60.103a(h) (Condition 46.8) and the requirements of §60.107a(a)(2) (Condition 46.14) by no later than November 11, 2015. (60.103a(f))

46.8    Each owner or operator shall not burn in any affected flare any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hour rolling average basis. The combustion in a flare of process upset gases or fuel gas that is released to the flare as a result of relief valve leakage or other emergency malfunctions is exempt from this limit. (60.103a(h))

**Performance Tests (60.104a)**

46.9    The owner or operator shall conduct a performance test for each FCCU, FCU, sulfur recovery plant and fuel gas combustion device to demonstrate initial compliance with each applicable emissions limit in §60.102a and conduct a performance test for each flare to demonstrate initial compliance with the $H_2S$ concentration requirement in §60.103a(h) according to the requirements of §60.8. The notification requirements of §60.8(d) apply to the initial performance test and to subsequent performance tests required by 60.104a(b) (or as required by the Administrator), but does not apply to performance tests conducted for the purpose of obtaining supplemental data because of continuous monitoring system breakdowns, repairs, calibration checks and zero and span adjustments. (60.104a(a))

---

Permit Number: 96OPAD120

First Issued: 8/1/04

Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 223

46.10    In conducting the performance tests required by this subpart (or as requested by the Administrator), the owner or operator shall use the test methods in 40 CFR part 60, Appendices A-1 through A-8 or other methods as specified in this section, except as provided in §60.8(b). (60.104a(c))

46.11    The owner or operator shall determine compliance with the $SO_2$ and $NO_X$ emissions limits in §60.102a(g) for a fuel gas combustion device according to the test methods and procedures in 60.104a(i).

46.12    The owner or operator shall determine compliance with the applicable $H_2S$ emissions limit in §60.102a(g)(1) (Condition 46.1.1) for a fuel gas combustion device or the concentration requirement in §60.103a(h) (Condition 46.8) for a flare according to the test methods and procedures in 60.104a(j).

**Monitoring of emissions and operations for fuel gas combustion devices and flares (60.107a)**

46.13    *Fuel gas combustion devices subject to* $SO_2$ *or* $H_2S$ *limit and flares subject to* $H_2S$ *concentration requirements.* The owner or operator of a fuel gas combustion device that is subject to §60.102a(g)(1) and elects to comply with the $SO_2$ emission limits in §60.102a(g)(1)(i) shall comply with the requirements in 60.107a(a)(1). The owner or operator of a fuel gas combustion device that is subject to §60.102a(g)(1) and elects to comply with the $H_2S$ concentration limits in §60.102a(g)(1)(ii) (Condition 46.1.1) or a flare that is subject to the $H_2S$ concentration requirement in §60.103a(h) (Condition 46.8) shall comply with 60.107a(a)(2) (Condition 46.14). (60.107a(a))

46.14    The owner or operator of a fuel gas combustion device that elects to comply with the $H_2S$ concentration limits in §60.102a(g)(1)(ii) or a flare that is subject to the $H_2S$ concentration requirement in §60.103a(h) shall install, operate, calibrate and maintain an instrument for continuously monitoring and recording the concentration by volume (dry basis) of $H_2S$ in the fuel gases before being burned in any fuel gas combustion device or flare. (60.107a(a)(2))  The $H_2S$ monitor shall meet the requirements in 60.107a(a)(2)(i) through (iv).

46.14.1    The owner or operator of a flare subject to §60.103a(c) through (e) (Conditions 46.4 through 46.6) may use the instrument required in 60.107a(e)(1) (Condition 46.19.1) to demonstrate compliance with the $H_2S$ concentration requirement in §60.103a(h) (Condition 46.8) if the owner or operator complies with the requirements of 60.107a(e)(1)(i) through (iv) and if the instrument has a span (or dual span, if necessary) capable of accurately measuring concentrations between 20 and 300 ppmv. If the instrument required in 60.107a(e)(1) (Condition 46.19.1) is used to demonstrate compliance with the $H_2S$ concentration requirement, the concentration directly measured by the instrument must meet the numeric concentration in §60.103a(h) (Condition 46.8). (60.107a(a)(2)(v))

46.14.2    The owner or operator of modified flare that meets all three criteria in 60.107a(a)(2)(vi)(A) through (C) shall comply with the requirements of 60.107a(a)(2)(i) through (v) no later than November 11, 2015. The owner or operator shall comply with the approved alternative monitoring plan or plans pursuant to

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 224 |

§60.13(i) until the flare is in compliance with requirements of 60.107a(a)(2)(i) through (v). (60.107a(2)(vi))

46.15   The owner or operator of a fuel gas combustion device or flare is not required to comply with 60.107a(a)(1) or (2) (Condition 46.14) for fuel gas streams that are exempt under §§60.102a(g)(1)(iii) (Condition 46.1.2) or 60.103a(h) (Condition 46.8) or, for fuel gas streams combusted in a process heater, other fuel gas combustion device or flare that are inherently low in sulfur content. Fuel gas streams meeting one of the requirements in 60.107a(a)(3)(i) through (iv) will be considered inherently low in sulfur content. (60.107a(a)(3))

The GBR flare (F3) is exempt from the monitoring requirements in Condition 46.14 because the fuel gas streams meet the requirements in 60.107a(a)(3)(i) (pilot gas) or 60.107a(a)(3)(iii) (fuel gas streams produced in process units that are intolerant to sulfur).  Flare F3 only serves the GBR unit and sulfur can contaminate/poison the catalyst.  In addition, the GBR unit feed streams are from the reformers and the $H_2$ plant, both of which are specifically listed as process units producing fuel gas streams intolerant to sulfur in 60.107a(a)(3)(iii).

TO-SUN-2 and the Plant 1 rail rack VCU are exempt from the monitoring requirements in Condition 46.14 because the fuel gas streams combusted by these units meet the requirements in 60.107a(a)(3)(iv) (fuel gas stream that an owner or operate demonstrates is low in sulfur according to 60.107a(b)).  Exemption applications meeting the requirements in 60.107a(b) (Condition 46.17) were submitted on April 18, 2014 (TO-SUN-2) and September 5, 2018 (Plant 1 rail rack VCU).

46.16   If the composition of an exempt fuel gas stream changes, the owner or operator must follow the procedures in 60.107a(b)(3) (Condition 46.17.3). (60.107a(a)(4))

46.17   *Exemption from $H_2S$ monitoring requirements for low-sulfur fuel gas streams.* The owner or operator of a fuel gas combustion device or flare may apply for an exemption from the $H_2S$ monitoring requirements 60.107a(a)(2) (Condition 46.14) for a fuel gas stream that is inherently low in sulfur content. A fuel gas stream that is demonstrated to be low-sulfur is exempt from the monitoring requirements of 60.107a(a)(1) and (2) (Condition 46.14) until there are changes in operating conditions or stream composition. (60.107a(b))

46.17.1   The owner or operator shall submit to the Administrator a written application for an exemption from monitoring. The application must contain the information in 60.107a(b)(3)(i) through (v). (60.107a(b)(1))

46.17.2   The effective date of the exemption is the date of submission of the information required in 60.107a(b)(1) (Condition 46.17.1). (60.107a(b)(2))

46.17.3   No further action is required unless refinery operating conditions change in such a way that affects the exempt fuel gas stream/system (e.g., the stream composition changes). If such a change occurs, the owner or operator shall follow the procedures in 60.107a(b)(3)(i), (b)(3)(ii), or (b)(3)(iii). (60.107a(b)(3))

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 225

46.18    The owner or operator of a process heater that has a rated heating capacity of less than 100 MMBtu and is equipped with combustion modification-based technology to reduce $NO_X$ emissions ( *i.e.,* low-$NO_X$ burners, ultra-low-$NO_X$ burners) may elect to comply with the monitoring requirements in 60.107a(c)(1) through (5) ($NO_X$ CEMs) or, alternatively, the owner or operator of such a process heater shall conduct biennial performance tests according to the requirements in §60.104a(i), establish a maximum excess $O_2$ operating limit or operating curve according to the requirements in §60.104a(i)(6) and comply with the $O_2$ monitoring requirements in 60.107a(c)(3) through (5) to demonstrate compliance. If an $O_2$ operating curve is used (*i.e.,* if different $O_2$ operating limits are established for different operating ranges), the owner or operator of the process heater must also monitor fuel gas flow rate, fuel oil flow rate (as applicable) and heating value content according to the methods provided in 60.107a(d)(5), (d)(6), and (d)(4) or (d)(7), respectively. (60.107a(c))

The source is relying on $NO_X$ CEMS to monitor compliance with the $NO_X$ ppm limit for heater H-1716 and H-2410. The $NO_X$ CEMS shall meet the requirements in 60.107a(c)(1) through (5).

46.19    *Sulfur monitoring for assessing root cause analysis threshold for affected flares.* Except as described in 60.107a(e)(4) and (h) (Condition 46.19.4), the owner or operator of an affected flare subject to §60.103a(c) through (e) (Conditions 46.4 through 46.6) shall determine the total reduced sulfur concentration for each gas line directed to the affected flare in accordance with 60.107a (e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3). Different options may be elected for different gas lines. If a monitoring system is in place that is capable of complying with the requirements related to either 60.107a(e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3), the owner or operator of a modified flare must comply with the requirements related to either 60.107a (e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3) upon startup of the modified flare. If a monitoring system is not in place that is capable of complying with the requirements related to either 60.107a(e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3), the owner or operator of a modified flare must comply with the requirements related to either 60.107a(e)(1), (e)(2) or (e)(3) (Conditions 46.19.1 through 46.19.3) no later than November 11, 2015 or upon startup of the modified flare, whichever is later. (60.107a(e))

46.19.1    *Total reduced sulfur monitoring requirements.* The owner or operator shall install, operate, calibrate and maintain an instrument or instruments for continuously monitoring and recording the concentration of total reduced sulfur in gas discharged to the flare. (60.107a(e)(1)) The monitoring devices shall meet the requirements in 60.107a(e)(1)(i) through (iii).

46.19.2    *$H_2S$ monitoring requirements.* The owner or operator shall install, operate, calibrate, and maintain an instrument or instruments for continuously monitoring and recording the concentration of $H_2S$ in gas discharged to the flare according to the requirements in 60.107a(e)(2)(i) through (iii) and shall collect and analyze samples of the gas and calculate total sulfur concentrations as specified in 60.107a(e)(2)(iv) through (ix). (60.107a(e)(2))

46.19.3    *$SO_2$ monitoring requirements.* The owner or operator shall install, operate, calibrate, and maintain an instrument for continuously monitoring and recording the

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 226 |

concentration of $SO_2$ from a process heater or other fuel gas combustion device that is combusting gas representative of the fuel gas in the flare gas line according to the requirements in 60.107a(a)(1), determine the F factor of the fuel gas at least daily according to the requirements in 60.107a(d)(2) through (4), determine the higher heating value of the fuel gas at least daily according to the requirements in 60.107a(d)(7), and calculate the total sulfur content (as $SO_2$) in the fuel gas using Equation 15 of 60.107a. (60.107a(e)(3))

46.19.4    *Exemptions from sulfur monitoring requirements.* Flares identified in 60.107a(e)(4)(i) through (iv) are exempt from the requirements in 60.107a(e)(1) through (3) (Conditions 46.19.1 through 46.19.3). For each such flare, except as provided in 60.107a(e)(4)(iv), engineering calculations shall be used to calculate the $SO_2$ emissions in the event of a discharge that may trigger a root cause analysis under §60.103a(c)(1) (Condition 46.4.1). (60.107a(e)(4))

The GBR unit flare (F3) is exempt from the sulfur monitoring requirements per 60.107a(e)(4)(i)(A) (as indicated in Condition 46.15 the, the fuel gas streams fed to the GBR flare (F3) are inherently low in sulfur under 60.107(a)(3)).

46.20    *Flow monitoring for flares.* Except as provided in 60.107a(f)(2) and (h), the owner or operator of an affected flare subject to §60.103a(c) through (e) (Conditions 46.4 through 46.6) shall install, operate, calibrate and maintain, in accordance with the specifications in 60.107a(f)(1), a CPMS to measure and record the flow rate of gas discharged to the flare. If a flow monitor is not already in place, the owner or operator of a modified flare shall comply with the requirements of this paragraph by no later than November 11, 2015 or upon startup of the modified flare, whichever is later. (60.107a(f))

46.21    *Excess emissions.* For the purpose of reports required by §60.7(c), periods of excess emissions for fuel gas combustion devices subject to the emissions limitations in §60.102a(g) (Condition 46.1) and flares subject to the concentration requirement in §60.103a(h) (Condition 46.8) are defined as specified in 60.107a(i)(1) through (5). Determine a rolling 3-hour or a rolling daily average as the arithmetic average of the applicable 1-hour averages ( *e.g.,* a rolling 3-hour average is the arithmetic average of three contiguous 1-hour averages). Determine a rolling 30-day or a rolling 365-day average as the arithmetic average of the applicable daily averages ( *e.g.,* a rolling 30-day average is the arithmetic average of 30 contiguous daily averages). (60.107a(i))

The GBR unit flare (F3) is not subject to sulfur monitoring requirements, thus the excess emission requirements for flares do not apply to this unit.

46.21.1    *$SO_2$ or $H_2S$ limits for fuel gas combustion devices.* If the owner or operator of a fuel gas combustion device elects to comply with the $H_2S$ concentration limits in §60.102a(g)(1)(ii) (Condition 46.1.1), each rolling 3-hour period during which the average concentration of $H_2S$ as measured by the $H_2S$ continuous monitoring system required under 60.107a(a)(2) (Condition 46.14) exceeds 162 ppmv and each rolling 365-day period during which the average concentration as measured by the $H_2S$

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 227

continuous monitoring system under 60.107a((a)(2) (Condition 46.14) exceeds 60 ppmv. (60.107a(i)(1)(ii))

46.21.2    *$H_2S$ concentration limits for flares.*

46.21.2.1    Each rolling 3-hour period during which the average concentration of $H_2S$ as measured by the $H_2S$ continuous monitoring system required under 60.107a(a)(2) (Condition 46.14) exceeds 162 ppmv. (60.107a(i)(2)(i))

46.21.2.2    If the owner or operator of a flare becomes subject to the requirements of daily stain tube sampling in 60.107a(b)(3)(iii), each day during which the daily concentration of $H_2S$ exceeds 162 ppmv. (60.107a(i)(2)(ii))

46.21.3    *Rolling 30-day average $NO_X$ limits for fuel gas combustion devices.* Each rolling 30-day period during which the average concentration of $NO_X$ as measured by the $NO_X$ continuous monitoring system required under 60.107a(c) or (d) exceeds 40 ppmv for a natural draft process heater. (60.107a(i)(3)(i)) These requirements apply to sources using a $NO_X$ CEMS to monitor compliance with $NO_X$ emission limitation.

46.21.4    *Daily $O_2$ limits for fuel gas combustion devices.* Each day during which the concentration of $O_2$ as measured by the $O_2$ continuous monitoring system required under 60.107a(c)(6) or (d)(8) exceeds the $O_2$ operating limit or operating curve determined during the most recent biennial performance test. (60.107a(i)(5)) These requirements apply to sources using a continuous $O_2$ monitoring device to monitor compliance with the $NO_X$ emission limitation.

**Recordkeeping and reporting requirements (60.108a)**

46.22    Each owner or operator subject to the emissions limitations in §60.102a shall comply with the notification, recordkeeping, and reporting requirements in §60.7 and other requirements as specified in this section. (60.108a(a))

46.23    Each owner or operator subject to an emissions limitation in §60.102a shall notify the Administrator of the specific monitoring provisions of §§60.105a, 60.106a and 60.107a with which the owner or operator intends to comply. Each owner or operator of a co-fired process heater subject to an emissions limitation in §60.102a(g)(2)(iii) or (iv) shall submit to the Administrator documentation showing that the process heater meets the definition of a co-fired process heater in §60.101a. Notifications required by this paragraph shall be submitted with the notification of initial startup required by §60.7(a)(3). (60.108a(b))

46.24    The owner of operator shall maintain the records in 60.108a(c)(1), (5), (6) and (7) (if applicable).

46.25    Each owner or operator subject to this subpart shall submit an excess emissions report for all periods of excess emissions according to the requirements of §60.7(c) except that the report shall contain the information specified in 60.108a(d)(1) through (7). (60.108a(d))

Air Pollution Control Division                                        Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 228

**47.    40 CFR Part 60, Subpart GGGa – Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006**

F102, F103, F104, F105, F106, F108, F109, F110, F111, F112, F113, F114, F115, F116, F200, F202, F205, F206, F207, F208, F209, F210, and F017 (unpermitted) components that meet the applicability criteria in §60.590a are subject to these requirements.

The definition of "process unit" in NSPS Subpart GGGa has been stayed (see 60.590a(e) and 73 FR 31376, June 2, 2008). While the definition of "process unit" is stayed owners or operations shall use the definition of "process unit" in §60.590a(e) in Subpart GGGa.

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 60 Subpart GGGa published in the Federal Register on June 2, 2008. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60, Subpart GGGa. The relevant requirements in 40 CFR Part 60 Subpart GGGa include, but are not limited to the following:

**Standards (60.592a)**

47.1    Each owner or operator subject to the provisions of this subpart shall comply with the requirements of 40 CFR Part 60 Subpart VVa §§60.482–1a to 60.482–10a as soon as practicable, but no later than 180 days after initial startup. (60.592a(a))   The subpart VVa provisions are included in Condition 55 of this permit.

47.2    For a given process unit, an owner or operator may elect to comply with the requirements of paragraphs (b)(1), (2), or (3) of §60.592a as an alternative to the requirements in 40 CFR Part 60 Subpart VVa §60.482–7a. (60.592a(b))

47.3    An owner or operator may apply to the Administrator for a determination of equivalency for any means of emission limitation that achieves a reduction in emissions of VOC at least equivalent to the reduction in emissions of VOC achieved by the controls required in this subpart. In doing so, the owner or operator shall comply with requirements of §60.484a. (60.592a(c))

47.4    Each owner or operator subject to the provisions of this subpart shall comply with the provisions of 40 CFR Part 60 Subpart VVa §60.485a except as provided in §60.593a. (60.592a(d))

47.5    Each owner or operator subject to the provisions of this subpart shall comply with the provisions of 40 CFR Part 60 Subpart VVa §§60.486a and 60.487a. (60.592a(e))

**Exceptions (60.593a)**

47.6    Each owner or operator subject to the provisions of this subpart may comply with the following exceptions to the provisions of subpart VVa of this part. 60.593a(a))

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 229 |

47.7    Compressors in hydrogen service are exempt from the requirements of §60.592a if an owner or operator demonstrates that a compressor is in hydrogen service. (60.593a(b)(1) The provisions in 60.593a(b)(2) or (b)(3) shall be used to demonstrate that the compressor is in hydrogen service.

47.8    Any existing reciprocating compressor that becomes an affected facility under provisions of §60.14 or §60.15 is exempt from §60.482-3a(a), (b), (c), (d), (e), and (h) provided the owner or operator demonstrates that recasting the distance piece or replacing the compressor are the only options available to bring the compressor into compliance with the provisions of §60.482-3a(a), (b), (c), (d), (e), and (h). (60.593a(c))

47.9    An owner or operator may use the following provision in addition to §60.485a(e): Equipment is in light liquid service if the percent evaporated is greater than 10 percent at 150 °C as determined by ASTM Method D86-78, 82, 90, 93, 95, or 96 (incorporated by reference as specified in §60.17). (60.593a(d))

47.10    Open-ended valves or lines containing asphalt as defined in §60.591a are exempt from the requirements of §60.482-6a(a) through (c). (60.593a(f))

47.11    Connectors in gas/vapor or light liquid service are exempt from the requirements in §60.482-11a, provided the owner or operator complies with §60.482-8a for all connectors, not just those in heavy liquid service. (60.593a(g))

## 48.    40 CFR Part 60, Subpart Kb - Standards of Performance for Volatile Organic Liquid Storage Vessels (Including Petroleum Liquid Storage Vessels) for Which Construction, Reconstruction or Modification Commenced After July 23, 1984

D-20, T34, T55, T60, T96, T97, T116, T775, T2010, T4501, T4504, T4514, T4515, T4516, T4517, T4518 and T7208 are subject to these requirements.

Tank D-20 has not subject to the standards in 60.112b (design capacity greater than 75 $m^3$ and less than 151 $m^3$ and stores a VOL with a maximum true vapor pressure less than 27.6 kPa and is only subject to the monitoring requirements in 60.116b, except for 60.116b(g) (Condition 48.18).

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 60 Subpart Kb published in the Federal Register on January 19, 2021.  However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60, Subpart Kb. The relevant requirements in 40 CFR Part 63 Subpart Kb include, but are not limited to the following:

## Applicability (60.110b)

48.1    *Option to comply with part 63, subpart WW, of this chapter.* Except as specified in 60.110b(e)(5)(i) through (iv), owners or operators may choose to comply with 40 CFR part 63, subpart WW, to satisfy the requirements of §§60.112b through 60.117b for storage vessels either with a design capacity greater than or equal to 151 $m^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 5.2 kPa but less than 76.6 kPa, or with a design capacity

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 230

greater than or equal to 75 m$^3$ but less than 151 m$^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 27.6 kPa but less than 76.6 kPa. (60.110b(e)(5))

**Standards (60.112b)**

48.2    The owner or operator of each storage vessel either with a design capacity greater than or equal to 151 m$^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 5.2 kPa but less than 76.6 kPa or with a design capacity greater than or equal to 75 m$^3$ but less than 151 m$^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 27.6 kPa but less than 76.6 kPa, shall equip each storage vessel with one of the following (60.112b(a)):

    48.2.1    A fixed roof in combination with an internal floating roof meeting the specifications in 60.112b(a)(1). Tanks T96, T97, T116 and T7208 meet the NSPS Kb requirements with this option.

    48.2.2    An external floating roof. An external floating roof means a pontoon-type or double-deck type cover that rests on the liquid surface in a vessel with no fixed roof. Each external floating roof must meet the specifications in 60.112b(a)(2). Tanks T34, T55, T60, T775, T2010 and T4501 meet the NSPS Kb requirements with this option.

    48.2.3    A closed vent system and control device meeting the specifications in 60.112b(a)(3). T4504, T4514, T4515, T4516, T4517 and T4518 meet the NSPS Kb requirements with this option.

48.3    The owner or operator of each storage vessel with a design capacity greater than or equal to 75 m$^3$ which contains a VOL that, as stored, has a maximum true vapor pressure greater than or equal to 76.6 kPa shall equip each storage vessel with one of the following (60.112b(b)):

    48.3.1    A closed vent system and control device as specified in §60.112b(a)(3). (60.112b(b)(1))

    48.3.2    A system equivalent to that described in paragraph (b)(1) as provided in §60.114b of this subpart. (60.112b(b)(2))

**Testing and procedures (60.113b)**

48.4    The owner or operator of each storage vessel as specified in §60.112b(a) shall meet the requirements of paragraph (a), (b), or (c) of this section. The applicable paragraph for a particular storage vessel depends on the control equipment installed to meet the requirements of §60.112b.

48.5    After installing the control equipment required to meet §60.112b(a)(1) (permanently affixed roof and internal floating roof), each owner or operator shall (60.113b(a)):

    48.5.1    Visually inspect the internal floating roof, the primary seal, and the secondary seal (if one is in service), prior to filling the storage vessel with VOL. If there are holes, tears,

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 231 |

or other openings in the primary seal, the secondary seal, or the seal fabric or defects in the internal floating roof, or both, the owner or operator shall repair the items before filling the storage vessel. (60.113b(a)(1))

48.5.2    For Vessels equipped with a liquid-mounted or mechanical shoe primary seal, visually inspect the internal floating roof and the primary seal or the secondary seal (if one is in service) through manholes and roof hatches on the fixed roof at least once every 12 months after initial fill. If the internal floating roof is not resting on the surface of the VOL inside the storage vessel, or there is liquid accumulated on the roof, or the seal is detached, or there are holes or tears in the seal fabric, the owner or operator shall repair the items or empty and remove the storage vessel from service within 45 days. If a failure that is detected during inspections required in this paragraph cannot be repaired within 45 days and if the vessel cannot be emptied within 45 days, a 30-day extension may be requested from the Administrator in the inspection report required in §60.115b(a)(3). Such a request for an extension must document that alternate storage capacity is unavailable and specify a schedule of actions the company will take that will assure that the control equipment will be repaired or the vessel will be emptied as soon as possible. (60.113b(a)(2))

48.5.3    For vessels equipped with a double-seal system as specified in §60.112b(a)(1)(ii)(B) (60.113b(a)(3)):

48.5.3.1    Visually inspect the vessel as specified in paragraph (a)(4) of this section at least every 5 years (60.113b(a)(3)(i)); or

48.5.3.2    Visually inspect the vessel as specified in paragraph (a)(2) of this section. (60.113b(a)(3)(ii))

48.5.4    Visually inspect the internal floating roof, the primary seal, the secondary seal (if one is in service), gaskets, slotted membranes and sleeve seals (if any) each time the storage vessel is emptied and degassed. If the internal floating roof has defects, the primary seal has holes, tears, or other openings in the seal or the seal fabric, or the secondary seal has holes, tears, or other openings in the seal or the seal fabric, or the gaskets no longer close off the liquid surfaces from the atmosphere, or the slotted membrane has more than 10 percent open area, the owner or operator shall repair the items as necessary so that none of the conditions specified in this paragraph exist before refilling the storage vessel with VOL. In no event shall inspections conducted in accordance with this provision occur at intervals greater than 10 years in the case of vessels conducting the annual visual inspection as specified in paragraphs (a)(2) and (a)(3)(ii) of this section and at intervals no greater than 5 years in the case of vessels specified in paragraph (a)(3)(i) of this section. (60.113b(a)(4))

48.5.5    Notify the Administrator in writing at least 30 days prior to the filling or refilling of each storage vessel for which an inspection is required by paragraphs (a)(1) and (a)(4) of this section to afford the Administrator the opportunity to have an observer present. If the inspection required by paragraph (a)(4) of this section is not planned and the

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 232 |

owner or operator could not have known about the inspection 30 days in advance or refilling the tank, the owner or operator shall notify the Administrator at least 7 days prior to the refilling of the storage vessel. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, this notification including the written documentation may be made in writing and sent by express mail so that it is received by the Administrator at least 7 days prior to the refilling. (60.113b(a)(5))

48.6   After installing the control equipment required to meet §60.112b(a)(2) (external floating roof), the owner or operator shall (60.113b(b)):

48.6.1   Determine the gap areas and maximum gap widths, between the primary seal and the wall of the storage vessel and between the secondary seal and the wall of the storage vessel according to the frequency in 60.113b(b)(1)(i) through (iii). (60.113b(b)(1))

48.6.2   Determine gap widths and areas in the primary and secondary seals individually by the following procedures in 60.113b(b)(2).

48.6.3   Add the gap surface area of each gap location for the primary seal and the secondary seal individually and divide the sum for each seal by the nominal diameter of the tank and compare each ratio to the respective standards in 60113b(b)(4). (60.113b(b)(3))

48.6.4   Make necessary repairs or empty the storage vessel within 45 days of identification in any inspection for seals not meeting the requirements listed in 60.113b(b)(4)(i) and (ii).

48.6.5   Notify the Administrator 30 days in advance of any gap measurements required by 60113b(b)(1) to afford the Administrator the opportunity to have an observer present. (60.113b(b)(5))

48.6.6   Visually inspect the external floating roof, the primary seal, secondary seal, and fittings each time the vessel is emptied and degassed. (60.113b(b)(6))

48.6.6.1   If the external floating roof has defects, the primary seal has holes, tears, or other openings in the seal or the seal fabric, or the secondary seal has holes, tears, or other openings in the seal or the seal fabric, the owner or operator shall repair the items as necessary so that none of the conditions specified in this paragraph exist before filling or refilling the storage vessel with VOL. (60.113b(b)(6)(i))

48.6.6.2   For all the inspections required by paragraph (b)(6) of this section, the owner or operator shall notify the Administrator in writing at least 30 days prior to the filling or refilling of each storage vessel to afford the Administrator the opportunity to inspect the storage vessel prior to refilling. If the inspection required by paragraph (b)(6) of this section is not planned and the owner or operator could not have known about the inspection 30 days in advance of refilling the tank, the owner or operator

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 233 |

shall notify the Administrator at least 7 days prior to the refilling of the storage vessel. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, this notification including the written documentation may be made in writing and sent by express mail so that it is received by the Administrator at least 7 days prior to the refilling. (60.113b(b)(6)(ii))

48.7    The owner or operator of each source that is equipped with a closed vent system and control device as required in §60.112b (a)(3) or (b)(2) (other than a flare) is exempt from §60.8 of the General Provisions and shall meet the following requirements. (60.113b(c))

48.7.1    Submit for approval by the Administrator as an attachment to the notification required by §60.7(a)(1) or, if the facility is exempt from §60.7(a)(1), as an attachment to the notification required by §60.7(a)(2), an operating plan containing the information listed in 60.113b(c)((1)(i) and (ii). (60.113b(c)(1))

48.7.2    Operate the closed vent system and control device and monitor the parameters of the closed vent system and control device in accordance with the operating plan submitted to the Administrator in accordance with paragraph (c)(1) of this section, unless the plan was modified by the Administrator during the review process. In this case, the modified plan applies. (60.113b(c)(2))

**Reporting and recordkeeping requirements (60.115b)**

48.8    The owner or operator of each storage vessel as specified in §60.112b(a) shall keep records and furnish reports as required by 60.115b(a), (b), or (c) depending upon the control equipment installed to meet the requirements of §60.112b. The owner or operator shall keep copies of all reports and records required by this section, except for the record required by (c)(1), for at least 2 years. The record required by (c)(1) will be kept for the life of the control equipment. In lieu of retaining records for 2 years, records shall be kept for 5 years as specified in Section IV, Condition 22.

48.9    After installing control equipment in accordance with §60.112b(a)(1) (fixed roof and internal floating roof), the owner or operator shall meet the recordkeeping and reporting requirements in 60.11b(a)(1) through (4). (60.115b(a))

48.10    After installing control equipment in accordance with §61.112b(a)(2) (external floating roof), the owner or operator shall meet the recordkeeping and reporting requirements in 60.115b(b)(1) through (4). (60.115b(b))

48.11    After installing control equipment in accordance with §60.112b (a)(3) or (b)(1) (closed vent system and control device other than a flare), the owner or operator shall keep the records specified in 60.115b(c)(1) and (2). (60.115b(c))

**Monitoring of operations (60.116b)**

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 234 |

48.12    The owner or operator shall keep copies of all records required by this section, except for the record required by paragraph (b) of this section, for at least 2 years. The record required by paragraph (b) of this section will be kept for the life of the source. (60.116b(a)) In lieu of retaining records for 2 years, records shall be kept for 5 years as specified in Section IV, Condition 22.

48.13    The owner or operator of each storage vessel as specified in §60.110b(a) shall keep readily accessible records showing the dimension of the storage vessel and an analysis showing the capacity of the storage vessel. (60.116b(b))  As required by 60.116b(a), these records shall be kept for the life of the source.

48.14    Except as provided in paragraphs (f) and (g) of this section, the owner or operator of each storage vessel either with a design capacity greater than or equal to 151 $m^3$ storing a liquid with a maximum true vapor pressure greater than or equal to 3.5 kPa or with a design capacity greater than or equal to 75 $m^3$ but less than 151 $m^3$ storing a liquid with a maximum true vapor pressure greater than or equal to 15.0 kPa shall maintain a record of the VOL stored, the period of storage, and the maximum true vapor pressure of that VOL during the respective storage period. (60.116b(c))

48.15    Except as provided in paragraph (g) of this section, the owner or operator of each storage vessel either with a design capacity greater than or equal to 151 $m^3$ storing a liquid with a maximum true vapor pressure that is normally less than 5.2 kPa or with a design capacity greater than or equal to 75 $m^3$ but less than 151 $m^3$ storing a liquid with a maximum true vapor pressure that is normally less than 27.6 kPa shall notify the Administrator within 30 days when the maximum true vapor pressure of the liquid exceeds the respective maximum true vapor pressure values for each volume range. (60.116b(d))

48.16    Available data on the storage temperature may be used to determine the maximum true vapor pressure as specified in 60.116b(e)(1) through (3).

48.17    The owner or operator of each vessel storing a waste mixture of indeterminate or variable composition shall be subject to the requirements in 60.116b(f)(1) and (2).

48.18    The owner or operator of each vessel equipped with a closed vent system and control device meeting the specification of §60.112b or with emissions reductions equipment as specified in 40 CFR 65.42(b)(4), (b)(5), (b)(6), or (c) is exempt from the requirements of 60.116b(c) and (d). (60.16b(g))

## 49.    40 CFR Part 60, Subpart UU – Standards of Performance for Asphalt Processing and Asphalt Roofing Manufacture

T2006, and T3201 are subject to these requirements, however, current operations do not include still blowing that could result in opacity emissions. In the absence of conducting any still blowing, and in the absence of credible evidence to the contrary, the sources are presumed to be in compliance with the provisions of 40 CFR, Part 60, Subpart UU.

The requirements below reflect the rule language in 40 CFR Part 60 Subpart UU as of the latest revisions to 40 CFR Part 60 Subpart UU published in the Federal Register on February 27, 2014.  However, the

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 235

permittee is subject to the latest version of 40 CFR Part 60 Subpart UU. The relevant requirements in 40 CFR Part 60 Subpart UU include, but are not limited to the following:

49.1    No owner or operator subject to the provisions of this subpart shall cause to be discharged into the atmosphere from any asphalt storage tank exhaust gases with opacity greater than 0 percent, except for one consecutive 15-minute period in any 24-hour period when the transfer lines are being blown for clearing. The control device shall not be by-passed during this 15-minute period. (60.472(c))

**Monitoring of Operations**

49.2    Method 9 and the procedures in 60.11 shall be used to determine opacity. (60.474(c)(5))

49.2.1    If still blowing were to take place during periods when the transfer lines are being blown, the permittee shall perform a visual inspection of the source stack. Such inspection shall last at least fifteen minutes. When visible emissions persist for more than fifteen (15) minutes, an EPA Reference Method 9 observation shall be performed within one-half hour. Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

49.2.2    Records of the results of EPA Reference Method 9 readings and a copy of the EPA Reference Method 9 reader's certification shall be kept on site and made available to the Division upon request. Copies of any observations exceeding the applicable standard(s) shall be submitted with the next scheduled report.

**50.    40 CFR Part 60, Subpart XX – Standards of Performance for Bulk Gasoline Terminals**

The requirements of this subpart are solely applicable to delivery of liquid products into gasoline tank trucks, and do not apply to the loading of products into non-gasoline tank trucks.

R102 is subject to these requirements.

R101 is not directly subject to these requirements but it is subject to some of these requirements as specified in 40 CFR Part 63 Subpart R (Condition 52).

The requirements below reflect the rule language in 40 CFR Part 60 Subpart XX as of the latest revisions to 40 CFR Part 60 Subpart XX published in the Federal Register on December 19, 2003. However, the permittee is subject to the latest version of 40 CFR Part 60 Subpart XX. The relevant requirements in 40 CFR Part 60 Subpart XX include, but are not limited to the following:

**Standard for Volatile Organic Compound (VOC) emissions from bulk gasoline terminals (60.502)**

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 236 |

The owner or operator of each bulk gasoline terminal containing an affected facility shall comply with the requirements of this section.

50.1    Each affected facility shall be equipped with a vapor collection system designed to collect the total organic compound vapors displaced from tank trucks during product loading. (60.502(a))

50.2    The emissions to the atmosphere from the vapor collection system due to the loading of liquid product into gasoline tank trucks are not to exceed 35 milligrams of total organic compounds per liter of gasoline loaded except as noted in 60.502(c). (60.502(b))

50.3    Each vapor collection system shall be designed to prevent any total organic compounds vapors collected at one loading rack from passing to another loading rack. (60.502(d))

50.4    Loading of liquid product into gasoline tank trucks shall be limited to vapor-tight gasoline tank trucks using the procedures set forth in 60.502(e).

50.5    The owner or operator shall act to assure that loadings of gasoline tank trucks at the affected facility are made only into tanks equipped with vapor collection equipment that is compatible with the terminal's vapor collection system. (60.502(f))

50.6    The owner or operator shall act to assure that the terminal's and the tank truck's vapor collection systems are connected during each loading of a gasoline tank truck at the affected facility. Examples of actions to accomplish this include training drivers in the hookup procedures and posting visible reminder signs at the affected loading racks. (60.502(g))

50.7    The vapor collection and liquid loading equipment shall be designed and operated to prevent gauge pressure in the delivery tank from exceeding 4,500 pascals (450 mm of water) during product loading. This level is not to be exceeded when measured by the procedures specified in 60.503(d). (60.502(h))

50.8    No pressure-vacuum vent in the bulk gasoline terminal's vapor collection system shall begin to open at a system pressure less than 4,500 pascals (450 mm of water). (60.502(i))

50.9    Each calendar month, the vapor collection system, the vapor processing system, and each loading rack handling gasoline shall be inspected during the loading of gasoline tank trucks for total organic compounds liquid or vapor leaks. For purpose of this paragraph, detection methods incorporating sight, sound, or smell are acceptable. Each detection of a leak shall be recorded and the source of the leak repaired within 15 calendar days after it is detected. (60.502(j))

**Test Methods and Procedures (60.503)**

50.10    In conducting the performance tests required in § 60.8, the owner or operator shall use as reference methods and procedures the test methods in appendix A of this part or other methods and procedures as specified in this section, except as provided in § 60.8(b). The three-run requirement of § 60.8(f) does not apply to this subpart. (60.503(a))

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 237 |

50.11    Immediately before the performance test required to determine compliance with § 60.502(b), (c) and (h), the owner or operator shall use Method 21 to monitor for leakage of vapor at all potential sources in the terminal's vapor collection system equipment while a gasoline tank truck is being loaded. The owner or operator shall repair all leaks with readings of 10,000 ppm (as methane) or greater before conducting the performance test. (60.503(b))

50.12    The owner or operator shall determine compliance with the standards in § 60.502(b) and (c) in accordance with the procedures in 60.503(c)(1) through (7). (60.503(c))

50.13    The owner or operator shall determine compliance with the standard in § 60.502(h) in accordance with the procedures in 60.503(d)(1) and (2). (60.503(d))

50.14    The performance test requirements of paragraph (c) of this section do not apply to flares defined in §60.501 and meeting the requirements in §60.18(b) through (f). The owner or operator shall demonstrate that the flare and associated vapor collection system is in compliance with the requirements in §§60.18(b) through (f) and 60.503(a), (b), and (d). (60.503(e))

**Reporting and Recordkeeping (60.505)**

50.15    The tank truck vapor tightness documentation required under 60.502(e)(1) shall be kept on file at the terminal in a permanent form available for inspection. (60.505(a))

50.16    The documentation file for each gasoline tank truck shall be updated at least once per year to reflect current test results as determined by Method 27. This documentation shall include, as a minimum, the information set forth in 60.505(b).

50.17    A record of each monthly leak inspection required under 60.502(j) shall be kept on file at the terminal for at least 5 years. Inspection records shall include, as a minimum, the information set forth in 60.505(c). (60.505(c), revised to reflect the requirement to maintain records for 5 years under the operating permit program.)

50.18    The terminal owner or operator shall keep documentation of all notifications required under 60.502(e)(4) on file at the terminal for at least 5 years. (60.505(d), revised to reflect the requirement to maintain records for 5 years under the operating permit program.)

50.19    The owner or operator of an affected facility shall keep records of all replacements or additions of components performed on an existing vapor processing system for at least 5 years. (60.505(f), revised to reflect the requirement to maintain records for 5 years under the operating permit program.)

**51.    Standards of Performance for VOC Emissions From Petroleum Refinery Wastewater Systems – 40 CFR Part 60, Subpart QQQ**

The CPI Separator (F101 - Asphalt Unit Sewer System) is subject to the requirements for oil-water separators.

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 238 |

The individual drain systems associated with F101, F103, F104, F109, F110, F113, F114 and F204 are subject to the requirements for individual drain systems.

As specified in 40 CFR Part 63 Subpart CC §63.640(o)(1) specifies that a Group 1 wastewater stream managed in a piece of equipment that is also subject the provisions of 40 CFR Part 60 Subpart QQQ is only required to comply with 40 CFR Part 63 Subpart CC. T4514 and T4515 fall under this provision – they need only comply with the provisions of 40 CFR Part 63 Subpart CC.

The requirements below reflect the rule language in 40 CFR Part 60 Subpart QQQ as of the latest revisions to 40 CFR Part 60 Subpart QQQ published in the Federal Register on October 17, 2000. However, the permittee is subject to the latest version of 40 CFR Part 60 Subpart QQQ. The relevant requirements in 40 CFR Part 60 Subpart QQQ include, but are not limited to the following:

**Standards: General (60.692-1)**

51.1    Each owner of operator subject to the provisions of this subpart shall comply with the requirements of 60.692-1 to 60.692-5 and with 60.693-1 and 60.693-2, except during periods of startup, shutdown, or malfunction. (60.692-1(a))

51.2    Compliance with 60.692-1 to 60.692-5 and with 60.693-1 and 60.693-2 will be determined by review of records and reports, review of performance test results, and inspection using the methods and procedures specified in 60.696. (60.692-1(b))

**Standards: Individual drain systems (60.692-2)**

51.3    Each drain shall be equipped with water seal controls. (60.692-2(a)(1))

51.4    Each drain in active service shall be checked by visual or physical inspection initially and monthly thereafter for indications of low water levels or other conditions that would reduce the effectiveness of the water seal controls. (60.692-2(a)(2))

51.5    Except as provided in 60.692-2(a)(4), each drain out of active service shall be checked by visual or physical inspection initially and weekly thereafter for indications of low water levels or other problems that could result in VOC emissions.(60.692-2(a)(3))

51.6    As an alternative to the requirements in 60.692(a)(3), if an owner or operator elects to install a tightly sealed cap or plug over a drain that is out of service, inspections shall be conducted initially and semiannually to ensure caps or plugs are in place and properly installed. (60.692-2(a)(4))

51.7    Whenever low water levels or missing or improperly installed caps or plugs are identified, water shall be added or first efforts at repair shall be made as soon as practicable, but not later than 24 hours after detection, except as provided in 60.692-6. (60.692-2(a)(5))

51.8    Junction boxes shall be equipped with a cover and may have an open vent pipe. The vent pipe shall be at least 90 cm (3 ft) in length and shall not exceed 10.2 cm (4 in) in diameter. (60.692-2(b)(1))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 239 |

51.9    Junction box covers shall have a tight seal around the edge and shall be kept in place at all times, except during inspection and maintenance. (60.692-2(b)(2))

51.10   Junction boxes shall be visually inspected initially and semiannually thereafter to ensure that the cover is in place and to ensure that the cover has a tight seal around the edge. (60.692-2(b)(3))

51.11   If a broken seal or gap is identified, first effort at repair shall be made as soon as practicable, but not later than 15 calendar days after the broken seal or gap is identified, except as provided in 60.692-6. (60.692-2(b)(4))

51.12   Sewer lines shall not be open to the atmosphere and shall be covered or enclosed in a manner so as to have no visual gaps or cracks in joints, seals, or other emission interfaces. (60.692-2(c)(1))

51.13   The portion of each unburied sewer line shall be visually inspected initially and semiannually thereafter for indication of cracks, gaps, or other problems that could result in VOC emissions. (60.692-2(c)(2))

51.14   Whenever cracks, gaps, or other problems are detected, repairs shall be made as soon as practicable, but not later than 15 calendar days after identification, except as provided in 60.692-6. (60.692-2(c)(3))

51.15   Except as provided in 60.692-2(e), each modified or reconstructed individual drain system that has a catch basin in the existing configuration prior to May 4, 1987 shall be exempt from the provisions of this section. (60.692-2(d))

51.16   Refinery wastewater routed through new process drains and a new first common downstream junction box, either as part of a new individual drain system or an existing individual drain system, shall not be routed through a downstream catch basin. (60.692-2(e))

**Standards: Oil-water separators (60.692-3)**

51.17   Each oil-water separator tank, slop oil tank, storage vessel, or other auxiliary equipment subject to the requirements of this subpart shall be equipped and operated with a fixed roof, which meets the specifications set forth in 60.692-3(a), except as provided in 60.692-3(d) or in 60.693-2. (60.692-3(a))

      51.17.1    The fixed roof shall be installed to completely cover the separator tank, slop oil tank, storage vessel, or other auxiliary equipment with no separation between the roof and the wall. (60.692-3(a)(1))

      51.17.2    The vapor space under a fixed roof shall not be purged unless the vapor is directed to a control device. (60.692-3(a)(2))

      51.17.3    If the roof has access doors or openings, such doors or openings shall be gasketed, latched, and kept closed at all times during operation of the separator system, except during inspection and maintenance. (60.692-3(a)(3))

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 240

51.17.4    Roof seals, access doors, and other openings shall be checked by visual inspection initially and semiannually thereafter to ensure that no cracks or gaps occur between the roof and wall and that access doors and other openings are closed and gasketed properly. (60.692-3(a)(4))

51.17.5    When a broken seal or gasket or other problem is identified, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after it is identified, except as provided in §60.692–6. (60.692-3(a)(5))

51.18    Slop oil from an oil-water separator tank and oily wastewater from slop oil handling equipment shall be collected, stored, transported, recycled, reused, or disposed of in an enclosed system. Once slop oil is returned to the process unit or is disposed of, it is no longer within the scope of this subpart. Equipment used in handling slop oil shall be equipped with a fixed roof meeting the requirements of 60.692-3(a). (60.692-3(e))

51.19    Each oil-water separator tank, slop oil tank, storage vessel, or other auxiliary equipment that is required to comply with 60.692-3(a), and not 60.692-3(b), may be equipped with a pressure control valve as necessary for proper system operation. The pressure control valve shall be set at the maximum pressure necessary for proper system operation, but such that the value will not vent continuously. (60.692-3(f))

**Standards: Delay of repair (60.692-6)**

51.20    Delay of repair of facilities that are subject to the provisions of this subpart will be allowed if the repair is technically impossible without a complete or partial refinery or process unit shutdown. (60.692-6(a))

51.21    Repair of such equipment shall occur before the end of the next refinery or process unit shutdown. (60.692-6(b))

**Recordkeeping requirements (60.697)**

51.22    Each owner or operator of a facility subject to the provisions of this subpart shall comply with the recordkeeping requirements set forth in 60.697, as applicable. All records shall be retained for a period of 5 years after being recorded unless otherwise noted. (60.697(a), revised to require record retention of five years, for operating permit purposes.)

**Reporting Requirements (60.698)**

51.23    A report that summarizes all inspections when a water seal was dry or otherwise breached, when a drain cap or plug was missing or improperly installed, or when cracks, gaps, or other problems were identified that could result in VOC emissions, including information about the repairs or corrective action taken, shall be submitted initially and semiannually to the Division. (60.698(c))

---

Permit Number: 96OPAD120                                         First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division                                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 241

## 52.  40 CFR Part 63, Subpart R – National Emission Standards for Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations)

R102 are subject to these requirements.

The requirements below reflect the rule language in 40 CFR Part 63 Subpart R as of the latest revisions to 40 CFR Part 63 Subpart R published in the Federal Register on November 19, 2020. However, the permittee is subject to the latest version of 40 CFR Part 63 Subpart R. The relevant requirements in 40 CFR Part 63 Subpart R include, but are not limited to the following:

52.1    Each owner or operator of a bulk gasoline terminal or pipeline breakout station subject to the provisions of this subpart that is also subject to applicable provisions of 40 CFR Part 60, Subpart Kb or XX shall comply only with the provisions in each Subpart that contain the most stringent control requirements for that facility. (63.420(g))

52.2    Each owner or operator of an affected source bulk gasoline terminal or pipeline breakout station is subject to the provisions of 40 CFR Part 63, Subpart A – General Provisions, as indicated in Table 1 of Subpart R. (63.420(h))  These requirements include, but are not limited to the following:

    52.2.1    Prohibited activities in §63.4.

    52.2.2    Operation and maintenance requirement in §63.6(e)(1).

    52.2.3    Startup, shutdown and malfunction plant requirements in §63.6(e)(3).

    52.2.4    Performance test requirements in §63.7.

    52.2.5    Monitoring requirements in §63.8.

    52.2.6    Notification requirements in §63.9.

    52.2.7    Recordkeeping requirements in §63.10.

    52.2.8    Control device and work practice requirements in §§63.11(b) and (c).

**Standards: Loading Racks (63.422)**

52.3    Each owner or operator of loading racks at a bulk gasoline terminal subject to the provisions of this subpart shall comply with the requirements in 40 CFR Part 60, Subpart XX, 60.502 (see Condition 50 of this permit) except for paragraphs (b), (c), and (j) of that section. (63.422(a))

52.4    Emissions to the atmosphere from the vapor collection and processing systems due to the loading of gasoline cargo tanks shall not exceed 10 milligrams of total organic compounds per liter of gasoline loaded. (63.422(b))

52.5    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall comply with 40 CFR Part 60, Subpart XX, 60.502(e) as follows:

---

Permit Number: 96OPAD120                                             First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                   Page 242

52.5.1     For the purposes of this section, the term "tank truck" as used in §60.502(e) of this chapter means "cargo tank." (63.422(c)(1))

52.5.2     Section 60.502(e)(5) of this chapter is changed to read: The terminal owner or operator shall take steps assuring that the nonvapor-tight gasoline cargo tank will not be reloaded at the facility until vapor tightness documentation for that gasoline cargo tank is obtained which documents that:

52.5.2.1     The tank truck or railcar gasoline cargo tank meets the test requirements in §63.425(e), or the railcar gasoline cargo tank meets applicable test requirements in §63.425(i);

52.5.2.2     For each gasoline cargo tank failing the test in §63.425 (f) or (g) at the facility, the cargo tank meets the requirements in either 63.422(c)(ii)(A) or (B). (63.422(c)(2))

**Standards: Equipment Leaks (63.424)**

52.6     Each owner or operator of a bulk gasoline terminal or pipeline breakout station subject to this subpart shall perform a monthly leak inspection of all equipment in gasoline service. For this inspection, detection methods incorporating sight, sound, and smell are acceptable. Each piece of equipment shall be inspected during the loading of a gasoline cargo tank. (63.424(a))

52.7     A log book shall be used and shall be signed by the owner or operator at the completion of each inspection. A section of the log shall contain a list, summary description, or diagram(s) showing the location of all equipment in gasoline service at the facility. (63.424(b))

52.8     Each detection of a liquid or vapor leak shall be recorded in the log book. When a leak is detected, an initial attempt at repair shall be made as soon as practicable, but no later than 5 calendar days after the leak is detected. Repair or replacement of leaking equipment shall be completed within 15 calendar days after detection of each leak, except as provided in 63.424(d). (63.424(c))

52.9     Owners and operators shall not allow gasoline to be handled in a manner that would result in vapor releases to the atmosphere for extended periods of time. Measures to be taken include, but are not limited to the methods listed in 63.424(g).

**Test Methods and Procedures (63.425)**

52.10     Each owner or operator subject to the emission standard in § 63.422(b) or 40 CFR 60.112b(a)(3)(ii) shall comply with the requirements in 63.425(a)(1) and (2). (63.425(a))

52.10.1     Conduct a performance test on the vapor processing and collection systems according to either 60.425(a)(1)(i) or (ii). (63.425(a))

52.10.1.1     Use the test methods and procedures in 40 CFR 60.503 of this chapter, except a reading of 500 ppm shall be used to determine the level of leaks to be repaired under 40 CFR 60.503(b) (63.425(a)(1)(i)), or

Air Pollution Control Division                                         Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 243

52.10.1.2    Use alternative test methods and procedures in accordance with the alternative test method requirements in § 63.7(f). (63.425(a)(1)(ii))

52.10.2    The performance test requirements of 40 CFR 60.503(c) do not apply to flares defined in § 63.421 and meeting the flare requirements in § 63.11(b). The owner or operator shall demonstrate that the flare and associated vapor collection system is in compliance with the requirements in § 63.11(b) and  40 CFR 60.503(a), (b) and (d), respectively. (63.425(a)(2))

52.11    For each performance test conducted under 63.425(a), the owner or operator shall determine a monitored operating parameter value for the vapor processing system using the following procedure (63.425(b)):

52.11.1    During the performance test, continuously record the operating parameter under § 63.427(a) (63.425(b)(1));

52.11.2    Determine an operating parameter value based on the parameter data monitored during the performance test, supplemented by engineering assessments and the manufacturer's recommendations (63.425(b)(2)); and

52.11.3    Provide for the Administrator's approval the rationale for the selected operating parameter value, and monitoring frequency and averaging time, including data and calculations used to develop the value and a description of why the value, monitoring frequency, and averaging time demonstrate continuous compliance with the emission standard in § 63.422(b) or § 60.112(b)(a)(3)(ii) or this chapter. (63.425(b)(3)).

52.12    For performance tests performed after the initial test, the owner or operator shall document the reasons for any change in the operating parameter value since the previous performance test. (63.425(c))

52.13    *Annual certification test.* The annual certification test for gasoline cargo tanks shall consist of the test methods and procedures in 63.425(e)(1) and (2). (63.425(e))

52.14    *Leak detection test.* The leak detection test shall be performed using Method 21, appendix A, 40 CFR part 60, except omit section 4.3.2 of Method 21. A vapor-tight gasoline cargo tank shall have no leaks at any time when tested according to the procedures in 63.425(f)(1) and (2). (63.425(f))

52.15    *Nitrogen pressure decay field test* For those cargo tanks with manifolded product lines, this test procedure (63.425(g)(1) through (5)) shall be conducted on each compartment. (63.425(g))

52.16    *Continuous performance pressure decay test.* The continuous performance pressure decay test shall be performed using Method 27, appendix A, 40 CFR Part 60. Conduct only the positive pressure test using a time period (t) of 5 minutes. The initial pressure ($P_i$) shall be 460 mm $H_2O$ (18 in. $H_2$ O), gauge. The maximum allowable 5-minute pressure change ($\Delta$ p) which shall be met at any time is shown in the third column of Table 2 of §63.425(e)(1). (63.425(h))

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 244 |

52.17    *Railcar bubble leak test procedures.* As an alternative to 63.425(e) for annual certification leakage testing of gasoline cargo tanks, the owner or operator may comply with 63.425(i)(1) and (2) for railcar gasoline cargo tanks, provided the railcar tank meets the requirement in 63.425(i)(3). (63.425(i))

**Continuous Monitoring (63.427)**

52.18    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall install, calibrate, certify, operate, and maintain, according to the manufacturer's specifications, a continuous monitoring system (CMS) as specified in 63.427(a)(1), (a)(2), (a)(3), or (a)(4), except as allowed in 63.427(a)(5). (63.427(a))  Note that only options (a)(3) and (a)(4) were included as they are the only options that apply to either R101 (subject to MACT R via MACT CC) or R102.

    52.18.1    Where a thermal oxidation system other than a flare is used, a CPMS capable of measuring temperature must be installed in the firebox or in the ductwork immediately downstream from the firebox in a position before any substantial heat exchange occurs. (63.427(a)(3))

    52.18.2    Where a flare meeting the requirements in § 63.11(b) is used, a heat-sensing device, such as an ultraviolet beam sensor or a thermocouple, must be installed in proximity to the pilot light to indicate the presence of a flame.(63.427(a)(4))

52.19    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall operate the vapor processing system in a manner not to exceed the operating parameter value for the parameter described 63.427(a)(1) and (a)(2), or to go below the operating parameter value for the parameter described in 63.427(a)(3), and established using the procedures in §63.425(b). In cases where an alternative parameter pursuant to 63.427(a)(5) is approved, each owner or operator shall operate the vapor processing system in a manner not to exceed or not to go below, as appropriate, the alternative operating parameter value. Operation of the vapor processing system in a manner exceeding or going below the operating parameter value, as specified above, shall constitute a violation of the emission standard in §63.422(b). (63.427(b)).

**Reporting and Recordkeeping (63.428)**

52.20    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall keep records of the test results for each gasoline cargo tank loading at the facility as specified in 63.428(b)(1) through (3). (63.428(b))

52.21    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall maintain the records in 63.428(c)(1) through (3). (63.428(c))

52.22    Each owner or operator complying with the provisions of 63.424(a) through (d) shall record the information set forth in 63.428(e) in the log book for each leak detected. (63.428(e))

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 245

52.23   Each owner or operator of a bulk gasoline terminal or pipeline breakout station subject to the provisions of this subpart shall include in a semiannual report to the Administrator the following information, as applicable ((63.428(g)):

52.23.1   Each loading of a gasoline cargo tank for which vapor tightness documentation had not been previously obtained by the facility (63.428(g)(1));

52.23.2   The number of equipment leaks not repaired within 5 days after detection. (63.428(g)(3))

52.24   Each owner or operator of a bulk gasoline terminal or pipeline breakout station subject to the provisions of this subpart shall submit an excess emissions report to the Administrator in accordance with §63.10(e)(3), whether or not a CMS is installed at the facility. The following occurrences are excess emissions events under this subpart, and the following information shall be included in the excess emissions report, as applicable (63.428(h)):

52.24.1   Each exceedance or failure to maintain, as appropriate, the monitored operating parameter value determined under §63.425(b). The report shall include the monitoring data for the days on which exceedances or failures to maintain have occurred, and a description and timing of the steps taken to repair or perform maintenance on the vapor collection and processing systems or the CMS. (63.428(h)(1))

52.24.2   Each instance of a nonvapor-tight gasoline cargo tank loading at the facility in which the owner or operator failed to take steps to assure that such cargo tank would not be reloaded at the facility before vapor tightness documentation for that cargo tank was obtained. (63.428(h)(2))

52.24.3   Each reloading of a nonvapor-tight gasoline cargo tank at the facility before vapor tightness documentation for that cargo tank is obtained by the facility in accordance with §63.422(c)(2). (63.428(h)(3))

52.24.4   For each occurrence of an equipment leak for which no repair attempt was made within 5 days or for which repair was not completed within 15 days after detection, the information in 63.428(h)(3)(i) through (iv). (63.428(h)(4))

52.25   As an alternative to keeping records at the terminal of each gasoline cargo tank test result as required in 63.428(b), an owner or operator may comply with the requirements in either 63.428(k)(1) or (2). (63.428(k))

## 53. 40 CFR Part 63, Subpart CC – National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 63 Subpart CC published in the Federal Register on November 19, 2020. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63 Subpart CC.

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 246 |

The relevant requirements in 40 CFR Part 63 Subpart CC include, but are not limited to the following:

**Applicability and designation of affected source (63.640)**

53.1    This subpart applies to petroleum refining process units and to related emissions points that are specified in 63.640(c)(1) through (9) that are located at a plant site and that meet the criteria in 63.640(a)(1) and (2):

    53.1.1    Are located at a plant site that is a major source as defined in section 112(a) of the Clean Air Act (63.640(a)(1)); and

    53.1.2    Emit or have equipment containing or contacting one or more of the hazardous air pollutants listed in table 1 of this subpart. (63.640(a)(2))

53.2    The affected source subject to this subpart does not include the emission points listed in 63.640(d)(1) through (d)(4) and the provisions of this subpart do not apply to the processes specified in 63.640(g)(1) through (g)(7). (63.640(d) and (g))

53.3    **Compliance dates.** Sources subject to this subpart are required to achieve compliance on or before the dates specified in table 11 of this subpart, except as provided in 63.640(h)(1) through (3). (63.640(h))

The facility is considered an existing source (commenced construction or reconstruction prior to July 14, 1994) and for initial requirements, the compliance date was August 18, 1998.  However, with the December 1, 2015 and July 13, 2016 revisions, compliance dates for new or modified requirements were established as follows:

| Requirement | Compliance Date |
|---|---|
| Miscellaneous Process Vents (MPVs): §§63.643(a) & (b), 63.644 & 63.645 | On or before August 18, 1998. Note that for equipment that did not meet the definition of MPV until the December 1, 2015 revisions to 40 CFR Part 60 Subpart CC, the compliance date is February 1, 2016 (the effective date for those revisions). |
| Pressure Relief Devices: §63.648(j)(1) and (2) | February 1, 2016[1] |
| Pressure Relief Devices: §63.648(j)(3), (6) & (7) | On or before January 30, 2019 |
| Storage Vessels: §63.660, or if applicable, §63.640(n) | Transition to comply with only the requirements in §63.660 or, if applicable, §63.640(n) on or before April 29, 2016. |
| Maintenance Vents: §63.643(c) | On or before December 26, 2018 |
| Fence Line Monitoring: §63.658 | On or before January 1, 2018 |
| Good Operating Practices: §63.642(n) | Upon initial startup or February 1, 2016, whichever is later. |
| Flares as Control Device:[2] §§ 63.670 & 63.671 | On or before January 30, 2019 |

[1]Note that Table 11 lists the compliance date for these requirements as August 18, 1998, however, the requirements in 63.648(j)(1) and (2) were not included in 40 CFR Part 63 Subpart CC until the December 1, 2015 revisions, so the compliance date is the effective date for those revisions.
[2]The compliance date for flares used as control devices was not included in Table 11 but was included here for convenience.

Note that the overlap provisions specified in 63.640(n), (o), (p), (r) and (s) are included in the equipment specific sections to which they relate.

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 247 |

## General Standards (63.642)

53.4    The emission standards set forth in this subpart shall apply at all times. (63.642(b))

53.5    Table 6 of this subpart specifies the provisions of subpart A of this part that apply and those that do not apply to owners and operators of sources subject to this subpart. (603.642(b)   The requirements in Table 6 that apply to this facility, include bur are not limited to the following:

53.5.1    Prohibited activities and circumvention in §63.4.

53.5.2    §63.6: Operation and maintenance requirements in §63.6(e)(1)(iii), compliance with non-opacity standards in §63.6(f)(2) (except the phrase "as  specified in §63.7(c)" in 63.6(f)(2((iii)(D) does not apply since CC does not require a site-specific test plan) & (f)(3) (except the cross-references to §63.6(f)(1) and (e)(1)(i) are changed to §63.642(n) and performance test results may be written or electronic) and compliance with opacity and visible emission standards in 63.6(h)(2), (h)(6) & (h)(8) (except performance test results may be written or electronic).

53.5.3    §63.7: The applicability and performance test date requirements in §63.7(a)(1) thru (4) (except under (a)(2), the test results must be submitted in the notice of compliance status report due 150 days after the compliance date per 63.655(f), unless they are required to be submitted electronically in accordance with 63.655(h)(9). Test results submitted electronically must be submitted by the date the Notification of Compliance Status report is submitted.), the notification of performance test in §63.7(b) (except it is due 30 days prior to the performance test), the performance testing facilities requirement in §63.7(d) and the conduct of performance test requirements in §63.7(e)(2) thru (4).

53.5.4    §63.8: The applicability requirements in §63.8(a)(1) thru (4) (except that in (a)(2) for a flare complying with 63.670, the cross-reference to 63.11 does not include 63.11(b)), conduct of monitoring requirements in §63.8(b), operation and continuous monitoring system requirements in §63.8(c)(1) (excluding (c)(1)(i) and (ii)), (c)(2), (c)(3) (except that verification of operational status shall, at a minimum, include completion of the manufacturer's written specifications or recommendations for installation, operation, and calibration of the system or other written procedures that provide adequate assurance that the equipment would monitor accurately) & (c)(4) (except that for sources other than flares, this subpart specifies the monitoring cycle frequency specified in §63.8(c)(4)(ii) is "once every hour" rather than "for each successive 15-minute period"), the performance evaluation of continuous monitoring systems requirements in §63.8(e) (except that results are to be submitted electronically if required by 63.655(h)(9)) and the use of an alternative monitoring method requirements in §63.8(f)(1) thru (3), (f)(4)(ii) & (f)(5).

53.5.5    §63.10: The general recordkeeping requirements in §63.10(b)(2)(vi), (viii), (ix), (x). (xii) & (xiv), the additional recordkeeping requirements for sources with continuous

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 248 |

monitoring systems in §63.10(c)(7) & (8) and the general reporting requirements in §63.10(d)(1) & (4),

53.5.6 The control device and work practice requirements in §63.11, except that flares complying with §63.670 are not subject to the requirements of §63.11(b). Note that the requirements in 63.11(b) apply until January 30, 2019 (compliance date for flare requirements) unless the source opts to comply with the flare requirements prior to January 30, 2019 as provided for in 60.640(s) (Condition 53.87).

53.6 Initial performance tests and initial compliance determinations shall be required only as specified in this subpart. (63.642(d)). The provisions in 63.642(d)(1) through (4) shall be met.

53.7 All applicable records shall be maintained as specified in §63.655(i). (63.642(e))

53.8 All reports required under this subpart shall be sent to the Administrator at the addresses listed in §63.13 of subpart A of this part. If acceptable to both the Administrator and the owner or operator of a source, reports may be submitted on electronic media. (63.642(f)) In addition, reports shall be submitted to the Division at the address provided in Appendix D of this permit.

53.9 The owner or operator of an existing source subject to the requirements of this subpart shall control emissions of organic HAP's to the level represented by the equation in 63.642(g). (63.642(g))

53.10 The owner or operator of an existing source shall demonstrate compliance with the emission standard in 63.642(g) by following the procedures specified in 63.642(k) for all emission points, or by following the emissions averaging compliance approach specified in 63.642(l) for specified emission points and the procedures specified in 63.642(k)(1). (63.642(i)) Note that this facility is not following the emissions averaging compliance approach specified in 63.642(l).

53.11 The owner or operator of an existing source may comply, and the owner or operator of a new source shall comply, with the applicable provisions in §§63.643 through 63.645, 63.646 or 63.660, 63.647, 63.650, and 63.651, as specified in §63.640(h). (63.640(k))

53.11.1 The owner or operator using this compliance approach shall also comply with the requirements of §§63.648 and/or 63.649, 63.654, 63.655, 63.657, 63.658, 63.670 and 63.671, as applicable. (63.642(k)(1))

53.11.2 The owner or operator using this compliance approach is not required to calculate the annual emission rate specified in 63.642(g). (63.642(k)(2))

53.12 At all times, the owner or operator must operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. The general duty to minimize emissions does not require the owner operator to make any further efforts to reduce emissions if levels required by the applicable standard have been achieved. Determination of whether a source is operating in compliance with operation and maintenance requirements will be based on information available to the Administrator which may include, but is not limited to,

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 249 |

monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source. (63.642(n))

**Miscellaneous process vent provisions (63.643)**

53.13    The owner or operator of a Group 1 miscellaneous process vent as defined in §63.641 shall comply with the requirements of either 63.643(a)(1) or (2) or, if applicable, 63.643(c). The owner or operator of a miscellaneous process vent that meets the conditions in 63.643(c) is only required to comply with the requirements of 63.643(c) and §63.655(g)(13) and (i)(12) for that vent. (63.643(a)). Note that the source is complying with the requirements in 63.643(a)(1), so only those requirements have been included.

   53.13.1    Reduce emissions of organic HAP's using a flare. On and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the requirements of §63.11(b) of subpart A or the requirements of §63.670. (63.643(a)(1))

53.14    An owner or operator may designate a process vent as a maintenance vent if the vent is only used as a result of startup, shutdown, maintenance, or inspection of equipment where equipment is emptied, depressurized, degassed or placed into service. The owner or operator does not need to designate a maintenance vent as a Group 1 or Group 2 miscellaneous process vent nor identify maintenance vents in a Notification of Compliance Status report. The owner or operator must comply with the applicable requirements in 63.643(c)(1) through (3) for each maintenance vent according to the compliance dates specified in table 11 of this subpart (Condition 53.3), unless an extension is requested in accordance with the provisions in §63.6(i). (63.643(c))

   53.14.1    Prior to venting to the atmosphere, process liquids are removed from the equipment as much as practical and the equipment is depressured to a control device meeting requirements in 63.343(a)(1) or (2), a fuel gas system, or back to the process until one of the following conditions, as applicable, is met. (63.643(c)(1))

      53.14.1.1    The vapor in the equipment served by the maintenance vent has a lower explosive limit (LEL) of less than 10 percent. (63.643(c)(1)(i))

      53.14.1.2    If there is no ability to measure the LEL of the vapor in the equipment based on the design of the equipment, the pressure in the equipment served by the maintenance vent is reduced to 5 pounds per square inch gauge (psig) or less. Upon opening the maintenance vent, active purging of the equipment cannot be used until the LEL of the vapors in the maintenance vent (or inside the equipment if the maintenance is a hatch or similar type of opening) is less than 10 percent. (63.643(c)(1)(ii))

      53.14.1.3    The equipment served by the maintenance vent contains less than 72 pounds of total volatile organic compounds (VOC). (63.643(c)(1)(iii))

      53.14.1.4    If the maintenance vent is associated with equipment containing pyrophoric catalyst (*e.g.,* hydrotreaters and hydrocrackers) and a pure hydrogen supply

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 250

is not available at the equipment at the time of the startup, shutdown, maintenance, or inspection activity, the LEL of the vapor in the equipment must be less than 20 percent, except for one event per year not to exceed 35 percent. (63.643(c)(1)(iv))

53.14.1.5    If, after applying best practices to isolate and purge equipment served by a maintenance vent, none of the applicable criterion in 63.343(c)(1)(i) through (iv) can be met prior to installing or removing a blind flange or similar equipment blind, the pressure in the equipment served by the maintenance vent is reduced to 2 psig or less. Active purging of the equipment may be used provided the equipment pressure at the location where purge gas is introduced remains at 2 psig or less. (63.643(c)(1)(v))

53.14.2    Except for maintenance vents complying with the alternative in 63.643((c)(1)(iii), the owner or operator must determine the LEL or, if applicable, equipment pressure using process instrumentation or portable measurement devices and follow procedures for calibration and maintenance according to manufacturer's specifications. (63.643(c)(2))

53.14.3    For maintenance vents complying with the alternative in 63.643(c)(1)(iii), the owner or operator shall determine the mass of VOC in the equipment served by the maintenance vent based on the equipment size and contents after considering any contents drained or purged from the equipment. Equipment size may be determined from equipment design specifications. Equipment contents may be determined using process knowledge. (63.643(c)(3))

53.15    After February 1, 2016 and prior to the date of compliance with the maintenance vent provisions in 63.643(c), the owner or operator must comply with the requirements in §63.642(n) (Condition 53.12) for each maintenance venting event and maintain records necessary to demonstrate compliance with the requirements in §63.642(n) (Condition 53.12) including, if appropriate, records of existing standard site procedures used to deinventory equipment for safety purposes. (63.643(d))

**Monitoring provisions for miscellaneous process vents (63.644)**

53.16    Except as provided in 63.644(b), each owner or operator of a Group 1 miscellaneous process vent that uses a combustion device to comply with the requirements in §63.643(a) (Condition 53.13) shall install the monitoring equipment specified in 63.644(a)(1), (2), (3), or (4), depending on the type of combustion device used. All monitoring equipment shall be installed, calibrated, maintained, and operated according to manufacturer's specifications or other written procedures that provide adequate assurance that the equipment will monitor accurately and, except for CPMS installed for pilot flame monitoring, must meet the applicable minimum accuracy, calibration and quality control requirements specified in table 13 of this subpart. (63.644(a))  Since the source is using a flare to comply with these requirements, only the provisions in 63.644(a)(2) have been included.

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

Air Pollution Control Division — Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit — Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 — Page 251

    53.16.1    Where a flare is used prior to January 30, 2019, a device (including but not limited to a thermocouple, an ultraviolet beam sensor, or an infrared sensor) capable of continuously detecting the presence of a pilot flame is required, or the requirements of §63.670 shall be met. Where a flare is used on and after January 30, 2019, the requirements of §63.670 shall be met. (63.644(a)(2))

53.17    The owner or operator of a Group 1 miscellaneous process vent using a vent system that contains bypass lines that could divert a vent stream away from the control device used to comply with 63.644(a) either directly to the atmosphere or to a control device that does not comply with the requirements in § 63.643(a) (Condition 53.13) shall comply with either 63.644(c)(1), (2), or (3). Use of the bypass at any time to divert a Group 1 miscellaneous process vent stream to the atmosphere or to a control device that does not comply with the requirements in § 63.643(a) (Condition 53.13) is an emissions standards violation. Equipment such as low leg drains and equipment subject to § 63.648 are not subject to this 63.644(c). (63.644(c))

    53.17.1    Install, calibrate and maintain a flow indicator that determines whether a vent stream flow is present at least once every hour. A manual block valve equipped with a valve position indicator may be used in lieu of a flow indicator, as long as the valve position indicator is monitored continuously. Records shall be generated as specified in §63.655(h) and (i). The flow indicator shall be installed at the entrance to any bypass line that could divert the vent stream away from the control device to the atmosphere (63.644(c)(1)); or

    53.17.2    Secure the bypass line valve in the non-diverting position with a car-seal or a lock-and-key type configuration. A visual inspection of the seal or closure mechanism shall be performed at least once every month to ensure that the valve is maintained in the non-diverting position and that the vent stream is not diverted through the bypass line. (63.644(c)(2)); or

    53.17.3    Use a cap, blind flange, plug, or a second valve for an open-ended valve or line following the requirements specified in § 60.482-6(a)(2), (b) and (c). (63.644(c)(3))

53.18    The owner or operator shall establish a range that ensures compliance with the emissions standard for each parameter monitored under 63.644(a) and (b). In order to establish the range, the information required in §63.655(f)(3) shall be submitted in the Notification of Compliance Status report. (63.644(d))

53.19    Each owner or operator of a control device subject to the monitoring provisions of this section shall operate the control device in a manner consistent with the minimum and/or maximum operating parameter value or procedure required to be monitored under 63.644(a) and (b. Operation of the control device in a manner that constitutes a period of excess emissions, as defined in §63.655(g)(6), or failure to perform procedures required by this section shall constitute a violation of the applicable emission standard of this subpart. (63.644(e))

**Test methods and procedures for miscellaneous process vents (63.645)**

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 252 |

53.20   To demonstrate compliance with §63.643, an owner or operator shall follow §63.116 except for §63.116 (a)(1), (d) and (e) of subpart G of this part except as provided in paragraphs (b) through (d) and paragraph (i) of this section. (63.645(a)) Note that since the source has indicated that they will rely on a flare to comply with the MPV requirements, only the provisions in 63.116(a) apply, so the requirements in 63.116(a), (a)(2) and (a)(3) have been included below.

53.20.1   When a flare is used to comply with §63.113(a)(1), the owner or operator shall comply with paragraphs (a)(1) through (3) of this section. The owner or operator is not required to conduct a performance test to determine percent emission reduction or outlet organic HAP or TOC concentration. (63.116(a))

53.20.1.1   Determine the net heating value of the gas being combusted using the techniques specified in §63.11(b)(6). (63.116(a)(2))

53.20.1.2   Determine the exit velocity using the techniques specified in either §63.11(b)(7)(i) (and §63.11(b)(7)(iii), where applicable) or §63.11(b)(8), as appropriate. (63.116(a)(3))

53.21   All references to §63.113(a)(1) or (a)(2) in §63.116 of subpart G of this part shall be replaced with §63.643(a)(1) or (a)(2), respectively. (63.645(b))

53.22   For purposes of determining the TOC emission rate, as specified 63.645(f), the sampling site shall be after the last product recovery device (as defined in §63.641 of this subpart) (if any recovery devices are present) but prior to the inlet of any control device (as defined in §63.641 of this subpart) that is present, prior to any dilution of the process vent stream, and prior to release to the atmosphere. (63.645(e))

53.22.1   Methods 1 or 1A of 40 CFR part 60, appendix A-1, as appropriate, shall be used for selection of the sampling site. For vents smaller than 0.10 meter in diameter, sample at the center of the vent. (63.645(e)(1))

53.22.2   No traverse site selection method is needed for vents smaller than 0.10 meter in diameter. (63.645(e)(2))

53.23   Except as provided in 63.645(g), an owner or operator seeking to demonstrate that a process vent TOC mass flow rate is less than 33 kilograms per day for an existing source or less than 6.8 kilograms per day for a new source in accordance with the Group 2 process vent definition of this subpart shall determine the TOC mass flow rate by the following procedures in 63.645(f)(1) through (5). (63.645(f))

53.24   Engineering assessment may be used to determine the TOC emission rate for the representative operating condition expected to yield the highest daily emission rate. (63.645(g))   Engineering assessments include, but are not limited to the information in 63.645(g)(1)(i) through (v).

53.25   The owner or operator of a Group 2 process vent shall recalculate the TOC emission rate for each process vent, as necessary, whenever process changes are made to determine whether the vent is in Group 1 or Group 2. Examples of process changes include, but are not limited to, changes in

---

Air Pollution Control Division

Colorado Operating Permit

Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Page 253

production capacity, production rate, or catalyst type, or whenever there is replacement, removal, or addition of recovery equipment. For purposes of this paragraph, process changes do not include: process upsets; unintentional, temporary process changes; and changes that are within the range on which the original calculation was based. (63.645(h))

53.25.1    The TOC emission rate shall be recalculated based on measurements of vent stream flow rate and TOC as specified in 63.645(e) and (f), as applicable, or on best engineering assessment of the effects of the change. Engineering assessments shall meet the specifications in 63.645(g). (63.645(h)(1))

53.25.2    Where the recalculated TOC emission rate is greater than 33 kilograms per day for an existing source or greater than 6.8 kilograms per day for a new source, the owner or operator shall submit a report as specified in §63.655(f), (g), or (h) and shall comply with the appropriate provisions in §63.643 by the dates specified in §63.640. (63.645(h)(2))

53.26    A compliance determination for visible emissions shall be conducted within 150 days of the compliance date using Method 22 of 40 CFR part 60, appendix A, to determine visible emissions. (63.645(i))

**Storage Vessel Provisions (63.646)**

All tanks addressed in Section II of this permit (listed in the table in Section I, Condition 5.1) are subject to these requirements, except as noted below.

Tanks D-811, D-812, D-813, D-814, T81, T82, T90, T91, T92 and T400 are not considered storage vessels under MACT CC because they are pressure vessels.

Tank T7208 is part of the truck rack (R102). The truck loading rack at the Suncor facility is classified under SIC 5171, and is operated by Suncor Energy (U.S.A.)'s pipeline operation, as opposed to the Refinery (SIC Code 2911), therefore the requirements in 40 CFR Part 63 Subpart CC do not apply.

Tanks 17675 and 20529 and the pipeline receipt station sump are not considered storage vessels under MACT CC because they are less than 40 cubic meters.

Tank D-20 is not subject to the requirements to MACT CC because it is not associated with a process unit. In accordance with 63.640(c)(2) only storage vessels associated with a process unit are subject to MACT CC. Tank D-20 receives skimmed hydrocarbons (weathered reformate) from remediation system wells.

Tanks T60, T4501, T4502, T4503, T4504, T4507, T4508, T4514, T4515, T4516, T4517 and T4518 are not considered storage vessels under MACT CC because they are wastewater storage tanks. These tanks are subject to the wastewater treatment requirements in MACT CC.

53.27    Upon a demonstration of compliance with the standards in §63.660 by the compliance dates specified in §63.640(h), the standards in this section shall no longer apply. (63.646)

Air Pollution Control Division                                       Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 254

The notice of compliance status submitted on September 19, 2016 did not indicate that any of the Group 1 storage tanks was in compliance with the requirements in 63.660, thus the requirements in 63.646 still apply. The September 19, 2016 notice indicates that the future compliance date is at the next emptying and degassing, or by February 1, 2026.

53.28   Overlap with storage vessel regulations:

53.28.1   After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 60, subpart Kb, is required to comply only with the requirements of 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8). After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 61, subpart Y, is required to comply only with the requirements of 40 CFR part 61, subpart Y, except as provided in 63.740(n)(10). (63.640(n)(1)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 48. No specific equipment has been identified at this facility that falls under this overlap category.

53.28.2   After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 60, subpart Kb, is required to comply only with either 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8) or this subpart. After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 61, subpart Y, is required to comply only with either 40 CFR part 61, subpart Y, except as provided in 63.640(n)(10) or this subpart. (63.640(n)(2)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 48.

The following tanks fall under the provisions in 63.640(n)(2): T34, T55, T96, T97, T116, T775 and T2010.

53.28.3   After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to the provisions of 40 CFR part 60, subpart K or Ka, is required to only comply with the provisions of this subpart. (63.640(n)(5))

The following tank falls under the provisions in 63.640(n)(5): T1

53.28.4   Storage vessels described by 63.640(n)(1) are to comply with 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8)(i) through (vi). Storage vessels described by 63.640(n)(2) electing to comply with part 60, subpart Kb of this chapter shall comply with subpart Kb except as provided in 63.640(n)(8)(i) through (viii). (63.640(n)(8))

53.28.4.1   Storage vessels that are to comply with §60.112b(a)(2) of subpart Kb are exempt from the secondary seal requirements of §60.112b(a)(2)(i)(B) during the gap measurements for the primary seal required by §60.113b(b) of subpart Kb. (63.640(n)(8)(i))

53.28.4.2   If the owner or operator determines that it is unsafe to perform the seal gap measurements required in §60.113b(b) of this chapter or to inspect the

Permit Number: 96OPAD120                                           First Issued: 8/1/04
                                                                   Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 255 |

vessel to determine compliance with §60.113b(a) of this chapter because the roof appears to be structurally unsound and poses an imminent danger to inspecting personnel, the owner or operator shall comply with the requirements in either §63.120(b)(7)(i) or (ii) of subpart G (only up to the compliance date specified in 63.640(h) for compliance with §63.660, as applicable) or either §63.1063(c)(2)(iv)(A) or (B) of subpart WW. (63.640(n)(8)(ii))

53.28.4.3    If a failure is detected during the inspections required by §60.113b(a)(2) or during the seal gap measurements required by §60.113b(b)(1), and the vessel cannot be repaired within 45 days and the vessel cannot be emptied within 45 days, the owner or operator may utilize up to two extensions of up to 30 additional calendar days each. The owner or operator is not required to provide a request for the extension to the Administrator. (63.640(n)(8)(iii))

53.28.4.4    If an extension is utilized in accordance with 63.640(n)(8)(iii), the owner or operator shall, in the next periodic report, identify the vessel, provide the information listed in §60.113b(a)(2) or §60.113b(b)(4)(iii), and describe the nature and date of the repair made or provide the date the storage vessel was emptied. (63.640(n)(8)(iv))

53.28.4.5    Owners and operators of storage vessels complying with subpart Kb of part 60 may submit the inspection reports required by §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb as part of the periodic reports required by this subpart, rather than within the 30-day period specified in §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb. (63.640(n)(8)(v))

53.28.4.6    The reports of rim seal inspections specified in §60.115b(b)(2) are not required if none of the measured gaps or calculated gap areas exceed the limitations specified in §60.113b(b)(4). Documentation of the inspections shall be recorded as specified in §60.115b(b)(3). (63.640(n)(8)(vi))

53.28.4.7    To be in compliance with §60.112b(a)(1)(iv) or (a)(2)(ii) of this chapter, guidepoles in floating roof storage vessels must be equipped with covers and/or controls (*e.g.*, pole float system, pole sleeve system, internal sleeve system or flexible enclosure system) as appropriate to comply with the "no visible gap" requirement. (63.640(n)(8)(vii))

53.28.4.8    If a flare is used as a control device for a storage vessel, on and after January 30, 2019, the owner or operator must meet the requirements of §63.670 instead of the requirements referenced from part 60, subpart Kb of this chapter for that flare. (63.640(n)(8)(viii))

<u>Group 1 Storage Vessels:</u>

The following tanks are Group 1 storage vessels that do not meet the overlap provisions in Condition 53.28.2: T1, T58, T67, T70, T75, T77, T78, T80, T776, T777, and T778.

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 256 |

53.29 Each owner or operator of a Group 1 storage vessel subject to this subpart shall comply with the requirements of §§63.119 through 63.121 (40 CFR Part 63 Subpart G, National Emission Standards for Organic Hazardous Air Pollutants from the Synthetic Organic Chemical Manufacturing Industry for Process Vents, Storage Vessels, Transfer Operations, and Wastewater) except as provided in 63.646(b) through (l). (63.646(a))

The relevant requirements from 40 CFR Part 63 Subpart G, National Emission Standards for Organic Hazardous Air Pollutants from the Synthetic Organic Chemical Manufacturing Industry for Process Vents, Storage Vessels, Transfer Operations, and Wastewater, are as follows.

The requirements below reflect the rule language in 40 CFR Part 63 Subpart G, as of the latest revisions to 40 CFR Part 63 Subpart G published in the Federal Register on November 19, 2020. However, the permittee is subject to the latest version of 40 CFR Part 63 Subpart G.

53.29.1 For each storage vessel to which this subpart applies, the owner or operator shall comply with the requirements of 63.119(a)(1), (a)(2), (a)(3), and (a)(4) according to the schedule provisions of §63.100 of subpart F of this part. (63.119(a))

53.29.1.1 For each Group 1 storage vessel (as defined in table 5 of this subpart for existing sources and table 6 of the subpart for new sources) storing a liquid for which the maximum true vapor pressure of the total organic hazardous air pollutants in the liquid is less than 76.6 kilopascals, the owner or operator shall reduce hazardous air pollutants emissions to the atmosphere either by operating and maintaining a fixed roof and internal floating roof, an external floating roof, an external floating roof converted to an internal floating roof, a closed vent system and control device, routing the emissions to a process or a fuel gas system, or vapor balancing in accordance with the requirements in 63.119(b), (c), (d), (e), (f), or (g), or equivalent as provided in §63.121 of this subpart. (63.119(a)(1)) Note that source is complying with these requirements by operating and maintaining a fixed roof tanks with an internal floating roof and external floating roof tanks.

53.29.2 The owner or operator who elects to use a fixed roof and an internal floating roof, as defined in §63.111 of this subpart, to comply with the requirements of 63.119(a)(1) shall comply with the requirements specified in 63.119(b)(1) through (b)(6). (63.119(b)) Note that as indicated in Condition 53.31, paragraphs (b)(5) and (6) do not apply.

53.29.3 The owner or operator who elects to use an external floating roof, as defined in §63.111 of this subpart, to comply with the requirements of 63.119(a)(1) shall comply with the requirements specified in 63.119(c)(1) through (c)(4). (63.119(c)) Note that as indicated in Condition 53.31, paragraph (c)(2) does not apply.

53.29.4 To demonstrate compliance with §63.119(b) of this subpart (storage vessel equipped with a fixed roof and internal floating roof) or with §63.119(d) of this subpart (storage vessel equipped with an external floating roof converted to an internal floating roof),

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 257

the owner or operator shall comply with the requirements in 63.120(a)(1) through (a)(7). (63.120(a))

    53.29.5   To demonstrate compliance with §63.119(c) of this subpart (storage vessel equipped with an external floating roof), the owner or operator shall comply with the requirements specified in 63.120(b)(1) through (b)(10). (63.120(b))

53.30   As used in this section, all terms not defined in §63.641 shall have the meaning given them in 40 CFR part 63, subparts A or G. The Group 1 storage vessel definition presented in §63.641 shall apply in lieu of the Group 1 storage vessel definitions presented in tables 5 and 6 of §63.119 of subpart G of this part. (63.646(b)). The methods in 63.646(b)(1) and (2) apply with respect to determining the annual average HAP content for purposes of determining group type.

53.31   The following paragraphs do not apply to storage vessels at existing sources subject to this subpart: §63.119 (b)(5), (b)(6), (c)(2), and (d)(2). (63.646(c))

53.32   The following paragraphs apply to references 63.646(d), (h), (i), (j) and (k).

53.33   When complying with the inspection requirements of §63.120 of subpart G of this part, owners and operators of storage vessels at existing sources subject to this subpart are not required to comply with the provisions for gaskets, slotted membranes, and sleeve seals. (63.646(e))

53.34   The following 63.646(f)(1), (f)(2), and (f)(3) apply to Group 1 storage vessels at existing sources (63.646(f)):

    53.34.1   If a cover or lid is installed on an opening on a floating roof, the cover or lid shall remain closed except when the cover or lid must be open for access. (63.646(f)(1))

    53.34.2   Rim space vents are to be set to open only when the floating roof is not floating or when the pressure beneath the rim seal exceeds the manufacturer's recommended setting. (63.646(f)(2))

    53.34.3   Automatic bleeder vents are to be closed at all times when the roof is floating except when the roof is being floated off or is being landed on the roof leg supports. (63.646(f)(3))

53.35   Failure to perform inspections and monitoring required by this section shall constitute a violation of the applicable standard of this subpart. (63.646(g))

53.36   The State or local permitting authority can waive the notification requirements of §§63.120(a)(5), 63.120(a)(6), 63.120(b)(10)(ii), and 63.120(b)(10)(iii) for all or some storage vessels at petroleum refineries subject to this subpart. The State or local permitting authority may also grant permission to refill storage vessels sooner than 30 days after submitting the notifications in §63.120(a)(6) or §63.120(b)(10)(iii) for all storage vessels at a refinery or for individual storage vessels on a case-by-case basis. (63.646(l))

Permit Number: 96OPAD120                                           First Issued: 8/1/04
                                                                   Renewed: 7/9/2024

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 258 |

Group 2 Storage Vessels

The following tanks are Group 2 storage vessels that do not meet the overlap provisions in Condition 53.28.1: T2, T3, T52, T62, T94, T774, T2006, T3201, T3801, T57, T59, T64, T65, T66, T68, T69, T71, T72, T74, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193 and T194.

53.37   Each owner or operator subject to the storage vessel provisions in §63.646 shall keep the records specified in §63.123 of subpart G except as specified in 63.655(i)(1)(i) through (iv). Each owner or operator subject to the storage vessel provisions in §63.660 shall keep records as specified in 63.655(i)(1)(v) and (vi). (63.655(i)(1)) The requirements in 40 CFR Part 63 Subparts G and CC that apply to Group 2 storage vessels are as follows:

    53.37.1   If a storage vessel is determined to be Group 2 because the weight percent total organic HAP of the stored liquid is less than or equal to 4 percent for existing sources or 2 percent for new sources, a record of any data, assumptions, and procedures used to make this determination shall be retained. (63.655(i)(1)(iv))

    53.37.2   Each owner or operator of a Group 1 or Group 2 storage vessel shall keep readily accessible records showing the dimensions of the storage vessel and an analysis showing the capacity of the storage vessel. This record shall be kept as long as the storage vessel retains Group 1 or Group 2 status and is in operation. For each Group 2 storage vessel, the owner or operator is not required to comply with any other provisions of §§63.119 through 63.123 of this subpart other than those required by this paragraph unless such vessel is part of an emissions average as described in §63.150 of this subpart. (63.123(a))

**Wastewater Provisions (63.647)**

The refinery is subject to these requirements.

53.38   Overlap with other regulations for wastewater: After the compliance dates specified in 63.640 (h) a Group 1 wastewater stream managed in a piece of equipment that is also subject to the provisions of 40 CFR part 60, subpart QQQ is required to comply only with this subpart. (63.640(o)(1))

    T4514 and T4515 fall under this provision – they need only comply with the provisions of 40 CFR Part 63 Subpart CC.

53.39   Except as provided in 63.647(b) and (c), each owner or operator of a Group 1 wastewater stream shall comply with the requirements of §§61.340 through 61.355 of this chapter for each process wastewater stream that meets the definition in §63.641. (63.647(a))

53.40   As used in this section, all terms not defined in §63.641 shall have the meaning given them in the Clean Air Act or in 40 CFR part 61, subpart FF, §61.341. (63.647(b))

| | |
|---|---|
| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
| | Renewed: 7/9/2024 |

Air Pollution Control Division                               Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                     Page 259

53.41   If a flare is used as a control device, on and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the applicable requirements of part 61, subpart FF of this chapter, or the requirements of §63.670. (63.647(c))

53.42   Each owner or operator required under subpart FF of 40 CFR part 61 to perform periodic measurement of benzene concentration in wastewater, or to monitor process or control device operating parameters shall operate in a manner consistent with the minimum or maximum (as appropriate) permitted concentration or operating parameter values. Operation of the process, treatment unit, or control device resulting in a measured concentration or operating parameter value outside the permitted limits shall constitute a violation of the emission standards. Failure to perform required leak monitoring for closed vent systems and control devices or failure to repair leaks within the time period specified in subpart FF of 40 CFR part 61 shall constitute a violation of the standard. (63.647(d))

**Equipment Leak Standards (63.648)**

These requirements are applicable to equipment leaks from petroleum refining process units and gasoline terminals classified under SIC 2911 that emit or have equipment containing or contacting one or more of the HAPs listed in Table 1 of 40 CFR Part 63 Subpart CC. Note that definition of process unit in §63.641 includes associated storage vessels.

53.43   <u>Overlap with other regulations for equipment leaks:</u>

53.43.1   After the compliance dates specified in 63.640(h), equipment leaks that are also subject to the provisions of 40 CFR parts 60 and 61 standards promulgated before September 4, 2007, are required to comply only with the provisions specified in this subpart. (63.640(p)(1))

Some of the waste streams associated with the GBR unit (F114) are subject to the requirements in 40 CFR Part 61 Subpart J and under the provisions in 63.740(p)(1) only have to comply with the requirements in 40 CFR Part 63 Subpart CC.

53.43.2   Equipment leaks that are also subject to the provisions of 40 CFR part 60, subpart GGGa, are required to comply only with the provisions specified in 40 CFR part 60, subpart GGGa, except that pressure relief devices in organic HAP service must only comply with the requirements in §63.648(j). (63.640(p)(2))

The following sources fall under the provisions of 63.640(p)(2): F102, F103, F104, F105, F106, F108, F109, F110, F111, F112, F113, F114, F115, F116, F200, F202, F205, F206, F207, F208, F209, F210 and F107 (unpermitted) components that meet the applicability criteria in §60.590a.

Equipment leaks that do not meet the overlap provisions in Condition 53.43.2 and that are subject to the requirements in 40 CFR Part 63 Subpart CC are as follows: the rail loading rack (R101) (except for the components associated with the P1 rail rack RSR compliance project (F205)) and unpermitted components (F107) associated with petroleum refinery process units that <u>do not</u> meet

---

Permit Number: 96OPAD120                                           First Issued: 8/1/04
                                                                    Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 260 |

the applicability criteria in §60.590a are subject to these requirements. Note that process units include associated storage vessels.

Note that many unpermitted components do not have identification numbers or names and are not specifically listed in the table in Section I, Condition 5.1, thus the above list is not necessarily inclusive.

53.44    Each owner or operator of an existing source subject to the provisions of this subpart shall comply with the provisions of 40 CFR part 60, subpart VV, and 63.648(b) except as provided in 63.648(a)(1) through (3) and (c) through (j). Each owner or operator of a new source subject to the provisions of this subpart shall comply with subpart H of this part except as provided in 63.648(c) through (j). (63.648(a)) The requirements in 40 CFR Part 60 Subpart VVV are included in Condition 64 of this permit.

　　53.44.1    For purposes of compliance with this section, the provisions of 40 CFR part 60, subpart VV apply only to equipment in organic HAP service, as defined in §63.641 of this subpart. (63.648(a)(1))

　　53.44.2    Calculation of percentage leaking equipment components for subpart VV of 40 CFR part 60 may be done on a process unit basis or a sourcewide basis. Once the owner or operator has decided, all subsequent calculations shall be on the same basis unless a permit change is made. (63.648(a)(2))

　　53.44.3    If a flare is used as a control device, on and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the applicable requirements of part 60, subpart VV of this chapter, or the requirements of §63.670. (63.648(a)(3))

53.45    Reciprocating pumps in light liquid service are exempt from §§63.163 and 60.482 if recasting the distance piece or reciprocating pump replacement is required. (63.648(f))

53.46    Compressors in hydrogen service are exempt from the requirements of paragraphs (a) and (c) of this section if an owner or operator demonstrates that a compressor is in hydrogen service. (63.648(g))

　　53.46.1    Each compressor is presumed not to be in hydrogen service unless an owner or operator demonstrates that the piece of equipment is in hydrogen service. (63.648(g)(1))

　　53.46.2    For a piece of equipment to be considered in hydrogen service, it must be determined that the percentage hydrogen content can be reasonably expected always to exceed 50 percent by volume. (63.648(g)(2))    Note that the determination shall be made in accordance with the requirements in 63.648(g)(2)(i).

53.47    Each owner or operator of a source subject to the provisions of this subpart must maintain all records for a minimum of 5 years. (63.648(h))

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 261 |

53.48 Reciprocating compressors are exempt from seal requirements if recasting the distance piece or compressor replacement is required. (63.648(i))

53.49 Except as specified in 63.648(j)(4), the owner or operator must comply with the requirements specified in 63.648(j)(1) and (2) for pressure relief devices, such as relief valves or rupture disks, in organic HAP gas or vapor service instead of the pressure relief device requirements of §60.482-4 of this chapter, §60.482-4a of this chapter, or §63.165, as applicable. Except as specified in 63.648(j)(4) and (5), the owner or operator must also comply with the requirements specified in 63.648(j)(3) for all pressure relief devices in organic HAP service. (63.648(j))

53.49.1 *Operating requirements.* Except during a pressure release, operate each pressure relief device in organic HAP gas or vapor service with an instrument reading of less than 500 ppm above background as detected by Method 21 of 40 CFR part 60, appendix A-7. (63.648(j)(1))

53.49.2 *Pressure release requirements.* For pressure relief devices in organic HAP gas or vapor service, the owner or operator must comply with the applicable requirements in 63.648(j)(2)(i) through (iii) following a pressure release. (63.648(j)(2))

53.49.2.1 If the pressure relief device does not consist of or include a rupture disk, conduct instrument monitoring, as specified in §60.485(c) of this chapter, §60.485a(c) of this chapter, or §63.180(c), as applicable, no later than 5 calendar days after the pressure relief device returns to organic HAP gas or vapor service following a pressure release to verify that the pressure relief device is operating with an instrument reading of less than 500 ppm. (63.648(j)(2)(i))

53.49.2.2 If the pressure relief device includes a rupture disk, either comply with the requirements in 63.648(j)(2)(i) (not replacing the rupture disk) or install a replacement disk as soon as practicable after a pressure release, but no later than 5 calendar days after the pressure release. The owner or operator must conduct instrument monitoring, as specified in §60.485(c) of this chapter, §60.485a(c) of this chapter or §63.180(c), as applicable, no later than 5 calendar days after the pressure relief device returns to organic HAP gas or vapor service following a pressure release to verify that the pressure relief device is operating with an instrument reading of less than 500 ppm. (63.642(j)(2)(ii))

53.49.2.3 If the pressure relief device consists only of a rupture disk, install a replacement disk as soon as practicable after a pressure release, but no later than 5 calendar days after the pressure release. The owner or operator may not initiate startup of the equipment served by the rupture disk until the rupture disc is replaced. The owner or operator must conduct instrument monitoring, as specified in §60.485(c) of this chapter, §60.485a(c) of this chapter, or §63.180(c), as applicable, no later than 5 calendar days after the pressure relief device returns to organic HAP gas or vapor service following

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 262 |

a pressure release to verify that the pressure relief device is operating with an instrument reading of less than 500 ppm. (63.648(j)(2)(iii))

53.49.3    *Pressure release management.* Except as specified in 63.648(j)(4) and (5), the owner or operator shall comply with the requirements specified in 63.648(j)(3)(i) through (v) for all pressure relief devices in organic HAP service no later than January 30, 2019. (63.648(j)(3))

53.49.3.1    The owner or operator must equip each affected pressure relief device with a device(s) or use a monitoring system that is capable of (63.648(j)(3)(i)):

a.    Identifying the pressure release (63.648(j)(3)(i)(A));

b.    Recording the time and duration of each pressure release (63.648(j)(3)(i)(B)); and

c.    Notifying operators immediately that a pressure release is occurring. The device or monitoring system may be either specific to the pressure relief device itself or may be associated with the process system or piping, sufficient to indicate a pressure release to the atmosphere. Examples of these types of devices and systems include, but are not limited to, a rupture disk indicator, magnetic sensor, motion detector on the pressure relief valve stem, flow monitor, or pressure monitor. (63.648(j)(3)(i)(C))

53.49.3.2    The owner or operator must apply at least three redundant prevention measures to each affected pressure relief device and document these measures. Examples of prevention measures include the equipment identified in 63.648(j)(3)(ii)(A) through (E). (63.648(j)(3)(ii))

53.49.3.3    If any affected pressure relief device releases to atmosphere as a result of a pressure release event, the owner or operator must perform root cause analysis and corrective action analysis according to the requirement in 63.648(j)(6) and implement corrective actions according to the requirements in 63.648(j)(7). The owner or operator must also calculate the quantity of organic HAP released during each pressure release event and report this quantity as required in §63.655(g)(10)(iii). Calculations may be based on data from the pressure relief device monitoring alone or in combination with process parameter monitoring data and process knowledge. (63.648(j)(3)(iii))

53.49.3.4    The owner or operator shall determine the total number of release events occurred during the calendar year for each affected pressure relief device separately. The owner or operator shall also determine the total number of release events for each pressure relief device for which the root cause analysis concluded that the root cause was a *force majeure* event, as defined in this subpart. (63.648(j)(3)(iv))

53.49.3.5    Except for pressure relief devices described in 63.648(j)(4) and (5), the

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 263

following release events from an affected pressure relief device are a violation of the pressure release management work practice standards: (63.648(j)(3)(v))

a. Any release event for which the root cause of the event was determined to be operator error or poor maintenance. (63.648(j)(3)(v)(A))

b. A second release event not including *force majeure* events from a single pressure relief device in a 3 calendar year period for the same root cause for the same equipment. (63.648(j)(3)(v)(B))

c. A third release event not including *force majeure* events from a single pressure relief device in a 3 calendar year period for any reason. (63.648(j)(3)(v)(C))

53.49.4    *Pressure relief devices routed to a control device.* (63.648(j)(4))

53.49.4.1    If all releases and potential leaks from a pressure relief device are routed through a closed vent system to a control device, back into the process or to the fuel gas system, the owner or operator is not required to comply with 63.648(j)(1), (2), or (3) (if applicable). (63.648(j)(4)(i))

53.49.4.2    If a pilot-operated pressure relief device is used and the primary release valve is routed through a closed vent system to a control device, back into the process or to the fuel gas system, the owner or operator is required to comply only with 63.648(j)(1) and (2) for the pilot discharge vent and is not required to comply with 63.648(j)(3) for the pilot-operated pressure relief device. (63.648(j)(4)(ii))

53.49.4.3    If a balanced bellows pressure relief device is used and the primary release valve is routed through a closed vent system to a control device, back into the process or to the fuel gas system, the owner or operator is required to comply only with 63.68(j)(1) and (2) for the bonnet vent and is not required to comply with p63.648(j)(3) for the balanced bellows pressure relief device. (63.648(j)(4)(iii))

53.49.4.4    Both the closed vent system and control device (if applicable) referenced in 63.648(j)(4)(i) through (iii) must meet the requirements of §63.644. When complying with 63.648 (j)(4), all references to "Group 1 miscellaneous process vent" in §63.644 mean "pressure relief device." (63.648(j)(4)(iv))

53.49.4.5    If a pressure relief device complying with 63.648(j)(4) is routed to the fuel gas system, then on and after January 30, 2019, any flares receiving gas from that fuel gas system must be in compliance with §63.670. (63.648(j)(4)(v))

53.49.5    *Pressure relief devices exempted from pressure release management requirements.* The following types of pressure relief devices are not subject to the pressure release management requirements in 63.648(j)(3). (63.648(j)(5))

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                           Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 264

53.49.5.1  Pressure relief devices in heavy liquid service, as defined in §63.641. (63.648(j)(5)(i))

53.49.5.2  Pressure relief devices that only release material that is liquid at standard conditions (1 atmosphere and 68 degrees Fahrenheit) and that are hard-piped to a controlled drain system (*i.e.*, a drain system meeting the requirements for Group 1 wastewater streams in §63.647(a)) or piped back to the process or pipeline. (63.648(j)(5)(ii))

53.49.5.3  Thermal expansion relief valves. (63.648(j)(5)(iii))

53.49.5.4  Pressure relief devices designed with a set relief pressure of less than 2.5 psig. (63.648(j)(5)(iv))

53.49.5.5  Pressure relief devices that do not have the potential to emit 72 lbs/day or more of VOC based on the valve diameter, the set release pressure, and the equipment contents. (63.648(j)(5)(v))

53.49.5.6  Pressure relief devices on mobile equipment. (63.648(j)(5)(vi))

53.49.6  *Root cause analysis and corrective action analysis.* A root cause analysis and corrective action analysis must be completed as soon as possible, but no later than 45 days after a release event. Special circumstances affecting the number of root cause analyses and/or corrective action analyses are provided in 63.648(j)(6)(i) through (iv). (63.648(j)(6))

53.49.6.1  You may conduct a single root cause analysis and corrective action analysis for a single emergency event that causes two or more pressure relief devices installed on the same equipment to release. (63.648(j)(6)(i))

53.49.6.2  You may conduct a single root cause analysis and corrective action analysis for a single emergency event that causes two or more pressure relief devices to release, regardless of the equipment served, if the root cause is reasonably expected to be a force majeure event, as defined in this subpart. (63.648(j)(6)(ii))

53.49.6.3  Except as provided in 63.648(j)(6)(i) and (ii), if more than one pressure relief device has a release during the same time period, an initial root cause analysis shall be conducted separately for each pressure relief device that had a release. If the initial root cause analysis indicates that the release events have the same root cause(s), the initially separate root cause analyses may be recorded as a single root cause analysis and a single corrective action analysis may be conducted. (63.648(j)(6)(iii))

53.49.7  *Corrective action implementation.* Each owner or operator required to conduct a root cause analysis and corrective action analysis as specified in 63.648(j)(3)(iii) and (j)(6) shall implement the corrective action(s) identified in the corrective action analysis in accordance with the applicable requirements in 63.648(j)(7)(i) through (iii). (63.648(j)(7))

53.49.7.1  All corrective action(s) must be implemented within 45 days of the event

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 265 |

for which the root cause and corrective action analyses were required or as soon thereafter as practicable. If an owner or operator concludes that no corrective action should be implemented, the owner or operator shall record and explain the basis for that conclusion no later than 45 days following the event. (63.648(j)(7)(i))

53.49.7.2   For corrective actions that cannot be fully implemented within 45 days following the event for which the root cause and corrective action analyses were required, the owner or operator shall develop an implementation schedule to complete the corrective action(s) as soon as practicable. (63.648(j)(7)(ii))

53.49.7.3   No later than 45 days following the event for which a root cause and corrective action analyses were required, the owner or operator shall record the corrective action(s) completed to date, and, for action(s) not already completed, a schedule for implementation, including proposed commencement and completion dates. (63.648(j)(7)(iii))

**Gasoline Loading Rack Provisions (63.650)**

The following sources are subject to this requirement: R101

53.50   <u>Overlap of subpart CC with other regulations for gasoline loading racks</u>. After the compliance dates specified in 63.640(h), a Group 1 gasoline loading rack that is part of a source subject to subpart CC and also is subject to the provisions of 40 CFR part 60, subpart XX is required to comply only with this subpart. (63.640(r)) No specific equipment has been identified at this facility that falls under this overlap category.

53.51   Except as provided in 63.640(b) through (d), each owner or operator of a Group 1 gasoline loading rack classified under Standard Industrial Classification code 2911 located within a contiguous area and under common control with a petroleum refinery shall comply with subpart R of this part, §§63.421, 63.422(a) through (c) and (e), 63.425(a) through (c) and (e) through (i), 63.427(a) and (b), and 63.428(b), (c), (g)(1), (h)(1) through (3), and (k). (63.650(a)). The requirements in 40 CFR Part 63 Subpart R are included in Condition 52 of this permit.

53.52   As used in this section, all terms not defined in §63.641 shall have the meaning given them in subpart A or in 40 CFR part 63, subpart R. The §63.641 definition of "affected source" applies under this section. (63.650(b))

53.53   If a flare is used as a control device, on and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the applicable requirements of subpart R of this part, or the requirements of §63.670. (63.650(d))

**Heat exchange systems (63.654)**

Heat exchange systems associated with the Y1, Y2, Y3 and Y4 cooling towers are subject to these requirements.

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 266

53.54 Except as specified in 63.654(b), the owner or operator of a heat exchange system that meets the criteria in §63.640(c)(8) must comply with the requirements of 63.654(c) through (g). (63.654(a))

53.55 A heat exchange system is exempt from the requirements in 63.654(c) through (g) if all heat exchangers within the heat exchange system either: (63.654(b))

    53.55.1 Operate with the minimum pressure on the cooling water side at least 35 kilopascals greater than the maximum pressure on the process side (63.654(b)(1)); or

    53.55.2 Employ an intervening cooling fluid containing less than 5 percent by weight of total organic HAP, as determined according to the provisions of §63.180(d) of this part and table 1 of this subpart, between the process and the cooling water. This intervening fluid must serve to isolate the cooling water from the process fluid and must not be sent through a cooling tower or discharged. For purposes of this section, discharge does not include emptying for maintenance purposes. (63.654(b)(2))

53.56 The owner or operator must perform monitoring to identify leaks of total strippable volatile organic compounds (VOC) from each heat exchange system subject to the requirements of this subpart according to the procedures in 63.654(c)(1) through (6). (63.654(c))  Note that the requirements for once-through heat exchange systems in (c)(2) and new sources in (c)(5) were not included as they do not apply.

    53.56.1 *Monitoring* locations *for closed-loop recirculation heat exchange systems.* For each closed loop recirculating heat exchange system, collect and analyze a sample from the location(s) described in either 63.654(c)(1)(i) or (c)(1)(ii). (63.654(c)(1))

    53.56.2 *Monitoring method.* Determine the total strippable hydrocarbon concentration (in parts per million by volume (ppmv) as methane) at each monitoring location using the "Air Stripping Method (Modified El Paso Method) for Determination of Volatile Organic Compound Emissions from Water Sources" Revision Number One, dated January 2003, Sampling Procedures Manual, Appendix P: Cooling Tower Monitoring, prepared by Texas Commission on Environmental Quality, January 31, 2003 (incorporated by reference—see §63.14) using a flame ionization detector (FID) analyzer for on-site determination as described in Section 6.1 of the Modified El Paso Method. (63.654(c)(3))

    53.56.3 *Monitoring frequency and leak action level for existing sources.* For a heat exchange system at an existing source, the owner or operator must comply with the monitoring frequency and leak action level as defined in 63.654(c)(4)(i) or comply with the monitoring frequency and leak action level as defined in 63.654(c)(4)(ii). The owner or operator of an affected heat exchange system may choose to comply with 63.654(c)(4)(i) for some heat exchange systems at the petroleum refinery and comply with 63.654(c)(4)(ii) for other heat exchange systems. However, for each affected heat exchange system, the owner or operator of an affected heat exchange system must elect one monitoring alternative that will apply at all times. If the owner or operator intends

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
  | Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 267 |

to change the monitoring alternative that applies to a heat exchange system, the owner or operator must notify the Administrator 30 days in advance of such a change. All "leaks" identified prior to changing monitoring alternatives must be repaired. The monitoring frequencies specified in 63.654(c)(4)(i) and (ii) also apply to the inlet water feed line for a once-through heat exchange system, if monitoring of the inlet water feed is elected as provided in 63.654(c)(2)(ii). (63.654(c)(4))

53.56.3.1    Monitor monthly using a leak action level defined as a total strippable hydrocarbon concentration (as methane) in the stripping gas of 6.2 ppmv. (63.654(c)(4)(i))

53.56.3.2    Monitor quarterly using a leak action level defined as a total strippable hydrocarbon concentration (as methane) in the stripping gas of 3.1 ppmv unless repair is delayed as provided in 63.654(f). If a repair is delayed as provided in 63.654(f), monitor monthly. (63.654(c)(4)(ii))

53.56.4    *Leak definition.* A leak is defined as described in paragraph (c)(6)(i) or (c)(6)(ii) of this section, as applicable. (63.654(c)(6))  Note that since the heat exchange systems are closed loop systems only paragraph (c)(6)(ii) was included.

53.56.4.1    For all other heat exchange systems, a leak is detected if a measurement value of the sample taken from a location specified in either 63.654(c)(1)(i), (c)(1)(ii), or (c)(2)(i) equals or exceeds the leak action level.

53.57    If a leak is detected, the owner or operator must repair the leak to reduce the measured concentration to below the applicable action level as soon as practicable, but no later than 45 days after identifying the leak, except as specified in 63.654(e) and (f). Repair includes re-monitoring at the monitoring location where the leak was identified according to the method specified in 63.654(c)(3) of this section to verify that the measured concentration is below the applicable action level. Actions that can be taken to achieve repair include but are not limited to the provisions in 63.654(d)(1) through (5). (63.654(d))

53.58    If the owner or operator detects a leak when monitoring a cooling tower return line under 63.654(c)(1)(i), the owner or operator may conduct additional monitoring of each heat exchanger or group of heat exchangers associated with the heat exchange system for which the leak was detected as provided under 63.654(c)(1)(ii). If no leaks are detected when monitoring according to the requirements of 63.654(c)(1)(ii), the heat exchange system is considered to meet the repair requirements through re-monitoring of the heat exchange system as provided in 63.654(d). (63.654(e))

53.59    The owner or operator may delay the repair of a leaking heat exchanger when one of the conditions in 63.654(f)(1) or (f)(2) is met and the leak is less than the delay of repair action level specified in 63.654(f)(3). The owner or operator must determine if a delay of repair is necessary as soon as practicable, but no later than 45 days after first identifying the leak. (63.654(f))

53.59.1    If the repair is technically infeasible without a shutdown and the total strippable hydrocarbon concentration is initially and remains less than the delay of repair action

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 268 |

level for all monthly monitoring periods during the delay of repair, the owner or operator may delay repair until the next scheduled shutdown of the heat exchange system. If, during subsequent monthly monitoring, the delay of repair action level is exceeded, the owner or operator must repair the leak within 30 days of the monitoring event in which the leak was equal to or exceeded the delay of repair action level. (63.654(f)(1))

53.59.2    If the necessary equipment, parts, or personnel are not available and the total strippable hydrocarbon concentration is initially and remains less than the delay of repair action level for all monthly monitoring periods during the delay of repair, the owner or operator may delay the repair for a maximum of 120 calendar days. The owner or operator must demonstrate that the necessary equipment, parts, or personnel were not available. If, during subsequent monthly monitoring, the delay of repair action level is exceeded, the owner or operator must repair the leak within 30 days of the monitoring event in which the leak was equal to or exceeded the delay of repair action level. (63.654(f)(2))

53.59.3    The delay of repair action level is a total strippable hydrocarbon concentration (as methane) in the stripping gas of 62 ppmv. The delay of repair action level is assessed as described in 63.654(f)(3)(i) or (f)(3)(ii), as applicable. (63.654(f)(3)) Note that since the heat exchange systems are closed loop systems only paragraph (f)(3)(ii) was included.

   53.59.3.1    For all other heat exchange systems, the delay of repair action level is exceeded if a measurement value of the sample taken from a location specified in either 63.654(c)(1)(i), (c)(1)(ii), or (c)(2)(i) equals or exceeds the delay of repair action level. (63.654(f)(3)(ii))

53.60    To delay the repair under 63.654(f), the owner or operator must record the information in 63.654(g)(1) through (4). (63.654(g))

**Reporting and Recordkeeping Requirements (63.655)**

53.61    Each owner or operator subject to the wastewater provisions in §63.647 shall comply with the recordkeeping and reporting provisions in §§61.356 and 61.357 of 40 CFR part 61, subpart FF unless they are complying with the wastewater provisions specified in paragraph (o)(2)(ii) of §63.640. There are no additional reporting and recordkeeping requirements for wastewater under this subpart unless a wastewater stream is included in an emissions average. Recordkeeping and reporting for emissions averages are specified in §63.653 and in 63.655(f)(5) and (g)(8). (63.655(a))

53.62    Each owner or operator subject to the gasoline loading rack provisions in §63.650 shall comply with the recordkeeping and reporting provisions in §63.428 (b) and (c), (g)(1), (h)(1) through (h)(3), and (k) of subpart R. These requirements are summarized in table 4 of this subpart. There are no additional reporting and recordkeeping requirements for gasoline loading racks under this

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
| | Renewed: 7/9/2024 |

Air Pollution Control Division                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 269

subpart unless a loading rack is included in an emissions average. Recordkeeping and reporting for emissions averages are specified in §63.653 and in 63.655(f)(5) and (g)(8). (63.655(b))

53.63    Each owner or operator subject to the equipment leaks standards in §63.648 shall comply with the recordkeeping and reporting provisions in 63.655(d)(1) through (d)(6). (63.655(d))

53.64    Each owner or operator of a source subject to this subpart shall submit the reports listed in 63.655(e)(1) through (e)(3) except as provided in 63.655(h)(5), and shall keep records as described in 63.655(i). (63.655(e))

    53.64.1    A Notification of Compliance Status report as described in 63.655(f); (63.655(e)(1))

    53.64.2    Periodic Reports as described in 63.655(g) (63.655(e)(2)); and

    53.64.3    Other reports as described in 63.655(h). (63.655(e)(3))

53.65    Each owner or operator of a source subject to this subpart shall submit a Notification of Compliance Status report within 150 days after the compliance dates specified in §63.640(h) with the exception of Notification of Compliance Status reports submitted to comply with §63.640(l)(3) and for storage vessels subject to the compliance schedule specified in §63.640(h)(2). Notification of Compliance Status reports required by §63.640(l)(3) and for storage vessels subject to the compliance dates specified in §63.640(h)(2) shall be submitted according to 63.655(f)(6). This information may be submitted in an operating permit application, in an amendment to an operating permit application, in a separate submittal, or in any combination of the three. If the required information has been submitted before the date 150 days after the compliance date specified in §63.640(h), a separate Notification of Compliance Status report is not required within 150 days after the compliance dates specified in §63.640(h). If an owner or operator submits the information specified in 63.655(f)(1) through (5) at different times, and/or in different submittals, later submittals may refer to earlier submittals instead of duplicating and resubmitting the previously submitted information. Each owner or operator of a gasoline loading rack classified under Standard Industrial Classification Code 2911 located within a contiguous area and under common control with a petroleum refinery subject to the standards of this subpart shall submit the Notification of Compliance Status report required by subpart R of this part within 150 days after the compliance dates specified in §63.640(h). (63.655(f))  Note that 63.655(f)(5) was not included because it applies to an emissions average which does not apply.

    53.65.1    The Notification of Compliance Status report shall include the information specified in 63.655(f)(1)(i) through (viii). (63.655(f)(1))

    53.65.2    If initial performance tests are required by §§63.643 through 63.653, the Notification of Compliance Status report shall include one complete test report for each test method used for a particular source. On and after February 1, 2016, for data collected using test methods supported by the EPA's Electronic Reporting Tool (ERT) as listed on the EPA's ERT website (*https://www.epa.gov/electronic-reporting-air-emissions/electronic-reporting-tool-ert*) at the time of the test, you must submit the

Permit Number: 96OPAD120                              First Issued: 8/1/04
                                                     Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 270

results in accordance with §63.655(h)(9) by the date that you submit the Notification of Compliance Status, and you must include the process unit(s) tested, the pollutant(s) tested, and the date that such performance test was conducted in the Notification of Compliance Status. All other performance test results must be reported in the Notification of Compliance Status. (63.655(f)(2))

    53.65.2.1    For additional tests performed using the same method, the results specified in 63.655(f)(1) shall be submitted, but a complete test report is not required. (63.655(f)(2)(i))

    53.65.2.2    A complete test report shall include a sampling site description, description of sampling and analysis procedures and any modifications to standard procedures, quality assurance procedures, record of operating conditions during the test, record of preparation of standards, record of calibrations, raw data sheets for field sampling, raw data sheets for field and laboratory analyses, documentation of calculations, and any other information required by the test method. (63.655(f)(2)(ii))

    53.65.2.3    Performance tests are required only if specified by §§ 63.643 through 63.653 of this subpart. Initial performance tests are required for some kinds of emission points and controls. Periodic testing of the same emission point is not required. (63.655(f)(2)(iii))

53.65.3    For each monitored parameter for which a range is required to be established under §63.120(d) of subpart G or §63.985(b) of subpart SS for storage vessels or §63.644 for miscellaneous process vents, the Notification of Compliance Status report shall include the information in 63.655(f)(3)(i) through (iii). (63.655(f)(3))

53.65.4    Results of any continuous monitoring system performance evaluations shall be included in the Notification of Compliance Status report, unless the results are required to be submitted electronically by §63.655(h)(9). For performance evaluation results required to be submitted through CEDRI, submit the results in accordance with §63.655(h)(9) by the date that you submit the Notification of Compliance Status and include the process unit where the CMS is installed, the parameter measured by the CMS, and the date that the performance evaluation was conducted in the Notification of Compliance Status. (63.655(f)(4))

53.65.5    Notification of Compliance Status reports required by §63.640(l)(3) and for storage vessels subject to the compliance dates specified in §63.640(h)(2) shall be submitted no later than 60 days after the end of the 6-month period during which the change or addition was made that resulted in the Group 1 emission point or the existing Group 1 storage vessel was brought into compliance, and may be combined with the periodic report. Six-month periods shall be the same 6-month periods specified in 63.655(g). The Notification of Compliance Status report shall include the information specified in 63.655(f)(1) through (f)(5). This information may be submitted in an operating permit application, in an amendment to an operating permit application, in a separate submittal, as part of the periodic report, or in any combination of these four. If the

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 271 |

required information has been submitted before the date 60 days after the end of the 6-month period in which the addition of the Group 1 emission point took place, a separate Notification of Compliance Status report is not required within 60 days after the end of the 6-month period. If an owner or operator submits the information specified in 63.655(f)(1) through (f)(5) at different times, and/or in different submittals, later submittals may refer to earlier submittals instead of duplicating and resubmitting the previously submitted information. (63.655(f)(6))

53.66    The owner or operator of a source subject to this subpart shall submit Periodic Reports no later than 60 days after the end of each 6-month period when any of the information specified in 63.655(g)(1) through (7) or 63.655(g)(9) through (14) is collected. The first 6-month period shall begin on the date the Notification of Compliance Status report is required to be submitted. A Periodic Report is not required if none of the events identified in 63.655(g)(1) through (7) or 63.655(g)(9) through (14) occurred during the 6-month period unless emissions averaging is utilized. Quarterly reports must be submitted for emission points included in emission averages, as provided in 63.655(g)(8). An owner or operator may submit reports required by other regulations in place of or as part of the Periodic Report required by this 63.655(g) if the reports contain the information required by 63.655(g)(1) through (14). (63.655(g))

53.66.1    For storage vessels, Periodic Reports shall include the information specified for Periodic Reports in 63.655(g)(2) through (5). Information related to gaskets, slotted membranes, and sleeve seals is not required for storage vessels that are part of an existing source complying with §63.646. (63.655(g)(1))

53.66.2    For internal floating roof tanks, the information in 63.655(g)(2)(i) or (ii), as applicable.

53.66.3    For external floating roof tanks, the information in 63.655(g)(3)(i) or (ii), as applicable.

53.66.4    An owner or operator who elects to comply with §63.646 or §63.660 by installing a closed vent system and control device shall submit, as part of the next Periodic Report, the information specified in 63.655(g)(5)(i) through (v), as applicable. (63.655(g)(5))

53.66.5    For miscellaneous process vents for which continuous parameter monitors are required by this subpart, periods of excess emissions shall be identified in the Periodic Reports and shall be used to determine compliance with the emission standards. (63.655(g)(6))

53.66.6    If a performance test for determination of compliance for a new emission point subject to this subpart or for an emission point that has changed from Group 2 to Group 1 is conducted during the period covered by a Periodic Report, the results of the performance test shall be included in the Periodic Report. (63.655(g)(7))

53.66.7    For heat exchange systems, Periodic Reports must include the information in 63.655(g)(9)(i) through (v). (63.655(g)(9))

53.66.8    For pressure relief devices subject to the requirements §63.648(j), Periodic Reports must include the information specified in 63.655(g)(10)(i) through (iv). (63.655(g)(10))

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 272

53.66.9    For flares subject to §63.670, Periodic Reports must include the information specified in 63.655(g)(11)(i) through (iv). (63.655(g)(11))

53.66.10   For maintenance vents subject to the requirements in §63.643(c), Periodic Reports must include the information specified in 63.655(g)(13)(i) through (iv) for any release exceeding the applicable limits in §63.643(c)(1). For the purposes of this reporting requirement, owners or operators complying with §63.643(c)(1)(iv) must report each venting event for which the lower explosive limit is 20 percent or greater; owners or operators complying with §63.643(c)(1)(v) must report each venting event conducted under those provisions and include an explanation for each event as to why utilization of this alternative was required. (63.655(g)(13))

53.66.11   Any changes in the information provided in a previous Notification of Compliance Status report. (63.655(g)(14))

53.67   Other reports shall be submitted as specified in subpart A of this part and as follows (63.655(h)):

53.67.1    For storage vessels, notifications of inspections as specified in 63.655(h)(2)(i) and (ii). (63.655(h)(2))

53.67.2    An owner or operator may request approval to use alternatives to the continuous operating parameter monitoring and recordkeeping provisions listed in 63.655(i). Such requests shall meet the requirements in 63.655(h)(5)(i) through (iv). (63.640(h)(5))

53.67.3    The owner or operator shall submit the information specified in 63.655(h)(6)(i) through (h)(6)(iii), as applicable. For existing sources, this information shall be submitted in the initial Notification of Compliance Status report. For a new source, the information shall be submitted with the application for approval of construction or reconstruction required by §63.5(d) of subpart A of this part. The information may be submitted in an operating permit application, in an amendment to an operating permit application, or in a separate submittal. (63.655(h)(6))

53.67.4    The owner or operator of a heat exchange system at an existing source must notify the Administrator at least 30 calendar days prior to changing from one of the monitoring options specified in §63.654(c)(4) to the other. (63.655(h)(7))

53.67.5    For fenceline monitoring systems subject to §63.658, each owner or operator shall submit the following information (63.655(h)(8)(i) through (viii)) to the EPA's Compliance and Emissions Data Reporting Interface (CEDRI) on a quarterly basis. (CEDRI can be accessed through the EPA's Central Data Exchange (CDX) (*https://cdx.epa.gov/*). The first quarterly report must be submitted once the owner or operator has obtained 12 months of data. The first quarterly report must cover the period beginning on the compliance date that is specified in Table 11 of this subpart (Condition 53.3) and ending on March 31, June 30, September 30 or December 31, whichever date is the first date that occurs after the owner or operator has obtained 12

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division

Suncor Energy (U.S.A.) Inc.

Colorado Operating Permit

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Permit #96OPAD120

Page 273

months of data (*i.e.,* the first quarterly report will contain between 12 and 15 months of data). Each subsequent quarterly report must cover one of the following reporting periods: Quarter 1 from January 1 through March 31; Quarter 2 from April 1 through June 30; Quarter 3 from July 1 through September 30; and Quarter 4 from October 1 through December 31. Each quarterly report must be electronically submitted no later than 45 calendar days following the end of the reporting period. (63.655(h)(8))

53.67.6    On and after February 1, 2016, if required to submit the results of a performance test or CEMS performance evaluation, the owner or operator shall submit the results according to the procedures in 63.655(h)(9)(i) and (ii). (63.655(h)(9))

53.67.7    *Extensions to electronic reporting deadlines.* (63.655(h)(10))

53.67.7.1    If you are required to electronically submit a report through the Compliance and Emissions Data Reporting Interface (CEDRI) in the EPA's Central Data Exchange (CDX), and due to a planned or actual outage of either the EPA's CEDRI or CDX systems within the period of time beginning 5 business days prior to the date that the submission is due, you will be or are precluded from accessing CEDRI or CDX and submitting a required report within the time prescribed, you may assert a claim of EPA system outage for failure to timely comply with the reporting requirement. You must submit notification to the Administrator in writing as soon as possible following the date you first knew, or through due diligence should have known, that the event may cause or caused a delay in reporting. You must provide to the Administrator a written description identifying the date(s) and time(s) the CDX or CEDRI were unavailable when you attempted to access it in the 5 business days prior to the submission deadline; a rationale for attributing the delay in reporting beyond the regulatory deadline to the EPA system outage; describe the measures taken or to be taken to minimize the delay in reporting; and identify a date by which you propose to report, or if you have already met the reporting requirement at the time of the notification, the date you reported. In any circumstance, the report must be submitted electronically as soon as possible after the outage is resolved. The decision to accept the claim of EPA system outage and allow an extension to the reporting deadline is solely within the discretion of the Administrator. (63.655(10)(i))

53.67.7.2    If you are required to electronically submit a report through CEDRI in the EPA's CDX and a force majeure event is about to occur, occurs, or has occurred or there are lingering effects from such an event within the period of time beginning 5 business days prior to the date the submission is due, the owner or operator may assert a claim of force majeure for failure to timely comply with the reporting requirement. For the purposes of this paragraph, a force majeure event is defined as an event that will be

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 274 |

or has been caused by circumstances beyond the control of the affected facility, its contractors, or any entity controlled by the affected facility that prevents you from complying with the requirement to submit a report electronically within the time period prescribed. Examples of such events are acts of nature (*e.g.,* hurricanes, earthquakes, or floods), acts of war or terrorism, or equipment failure or safety hazard beyond the control of the affected facility (*e.g.,* large scale power outage). If you intend to assert a claim of force majeure, you must submit notification to the Administrator in writing as soon as possible following the date you first knew, or through due diligence should have known, that the event may cause or caused a delay in reporting. You must provide to the Administrator a written description of the force majeure event and a rationale for attributing the delay in reporting beyond the regulatory deadline to the force majeure event; describe the measures taken or to be taken to minimize the delay in reporting; and identify a date by which you propose to report, or if you have already met the reporting requirement at the time of the notification, the date you reported. In any circumstance, the reporting must occur as soon as possible after the force majeure event occurs. The decision to accept the claim of force majeure and allow an extension to the reporting deadline is solely within the discretion of the Administrator. (63.655(h)(10)(ii))

53.68    *Recordkeeping.* Each owner or operator of a source subject to this subpart shall keep copies of all applicable reports and records required by this subpart for at least 5 years except as otherwise specified in 63.655(i)(1) through (12). All applicable records shall be maintained in such a manner that they can be readily accessed within 24 hours. Records may be maintained in hard copy or computer-readable form including, but not limited to, on paper, microfilm, computer, flash drive, floppy disk, magnetic tape, or microfiche. (63.655(i))

53.68.1    Each owner or operator subject to the storage vessel provisions in §63.646 shall keep the records specified in §63.123 of subpart G except as specified in 63.655(i)(1)(i) through (iv). Each owner or operator subject to the storage vessel provisions in §63.660 shall keep records as specified in 63.655(i)(1)(v) and (vi). (63.655(i)(1))

53.68.2    Each owner or operator required to report the results of performance tests under 63.655(f) and (g)(7) shall retain a record of all reported results as well as a complete test report, as described in 63.655(f)(2)(ii) for each emission point tested. (63.655(i)(2))

53.68.3    Each owner or operator required to continuously monitor operating parameters under §63.644 for miscellaneous process vents or under §§63.652 and 63.653 for emission points in an emissions average shall keep the records specified in 63.655(i)(3)(i) through (i)(3)(v) unless an alternative recordkeeping system has been requested and approved under 63.655(h). (63.655(i)(3))

53.68.4    For each closed vent system that contains bypass lines that could divert a vent stream away from the control device and either directly to the atmosphere or to a control device

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 275

that does not comply with the requirements in §63.643(a), the owner or operator shall keep a record of the information specified in either 63.655(i)(4)(i) or (ii), as applicable. (63.655(i)(4))

53.68.5    The owner or operator of a heat exchange system subject to this subpart shall comply with the recordkeeping requirements in 63.655(i)(5)(i) through (v) and retain these records for 5 years. (63.655(i)(5))

53.68.6    All other information required to be reported under 63.655(a) through (h) shall be retained for 5 years. (63.655(i)(6))

53.68.7    For fenceline monitoring systems subject to §63.658, each owner or operator shall keep the records specified in 63.655(i)(8)(i) through (x) on an ongoing basis. (63.655(i)(8))

53.68.8    For each flare subject to §63.670, each owner or operator shall keep the records specified in 63.655(i)(9)(i) through (xii) up-to-date and readily accessible, as applicable. (63.655(i)(9))

53.68.9    For each pressure relief device subject to the pressure release management work practice standards in §63.648(j)(3), the owner or operator shall keep the records specified in 63.655(i)(11)(i) through (iii). For each pilot-operated pressure relief device subject to the requirements at §63.648(j)(4)(ii), the owner or operator shall keep the records specified in 63.655(i)(11)(iv). (63.655(i)(11))

53.68.10    For each maintenance vent opening subject to the requirements in §63.643(c), the owner or operator shall keep the applicable records specified in 63.655(i)(12)(i) through (vi). (63.655(i)(12))

**Fenceline monitoring provisions (63.658)**

53.69    The owner or operator shall conduct sampling along the facility property boundary and analyze the samples in accordance with Methods 325A and 325B of appendix A of this part and 63.658(b) through (k). (63.658(a))

53.70    The target analyte is benzene. (63.658(b))

53.71    The owner or operator shall determine passive monitor locations in accordance with Section 8.2 of Method 325A of appendix A of this part. (63.658(c))

53.71.1    As it pertains to this subpart, known sources of VOCs, as used in Section 8.2.1.3 in Method 325A of appendix A of this part for siting passive monitors, means a wastewater treatment unit, process unit, or any emission source requiring control according to the requirements of this subpart, including marine vessel loading operations. For marine vessel loading operations, one passive monitor should be sited on the shoreline adjacent to the dock. For this subpart, an additional monitor is not required if the only emission sources within 50 meters of the monitoring boundary are

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 276 |

equipment leak sources satisfying all of the conditions in 63.655(c)(1)(i) through (iv). (63.658(c)(1)) (63.658(c)(1))

53.71.1.1    The equipment leak sources in organic HAP service within 50 meters of the monitoring boundary are limited to valves, pumps, connectors, sampling connections, and open-ended lines. If compressors, pressure relief devices, or agitators in organic HAP service are present within 50 meters of the monitoring boundary, the additional passive monitoring location specified in Section 8.2.1.3 in Method 325A of appendix A of this part must be used. (63.658(c)(1)(i))

53.71.1.2    All equipment leak sources in gas or light liquid service (and in organic HAP service), including valves, pumps, connectors, sampling connections and open-ended lines, must be monitored using EPA Method 21 of 40 CFR part 60, appendix A-7 no less frequently than quarterly with no provisions for skip period monitoring, or according to the provisions of §63.11(c) Alternative Work practice for monitoring equipment for leaks. For the purpose of this provision, a leak is detected if the instrument reading equals or exceeds the applicable limits in 63.658(c)(1)(ii)(A) through (E).

53.71.1.3    All equipment leak sources in organic HAP service, including sources in gas, light liquid and heavy liquid service, must be inspected using visual, audible, olfactory, or any other detection method at least monthly. A leak is detected if the inspection identifies a potential leak to the atmosphere or if there are indications of liquids dripping. (63.658(c)(1)(iii))

53.71.1.4    All leaks identified by the monitoring or inspections specified in 63.658(c)(1)(ii) or (iii) must be repaired no later than 15 calendar days after it is detected with no provisions for delay of repair. If a repair is not completed within 15 calendar days, the additional passive monitor specified in Section 8.2.1.3 in Method 325A of appendix A of this part must be used. (63.658(c)(1)(iv))

53.71.2    The owner or operator may collect one or more background samples if the owner or operator believes that an offsite upwind source or an onsite source excluded under §63.640(g) may influence the sampler measurements. If the owner or operator elects to collect one or more background samples, the owner or operator must develop and submit a site-specific monitoring plan for approval according to the requirements in 63.658(i). Upon approval of the site-specific monitoring plan, the background sampler(s) should be operated co-currently with the routine samplers. (63.658(c)(2))

53.71.3    If there are 19 or fewer monitoring locations, the owner or operator shall collect at least one co-located duplicate sample per sampling period and at least one field blank per sampling period. If there are 20 or more monitoring locations, the owner or operator shall collect at least two co-located duplicate samples per sampling period and at least

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| --- | --- |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 277 |

one field blank per sampling period. The co-located duplicates may be collected at any of the perimeter sampling. (63.658(c)(3))

53.71.4    The owner or operator shall follow the procedure in Section 9.6 of Method 325B of appendix A of this part to determine the detection limit of benzene for each sampler used to collect samples, background samples (if the owner or operator elects to do so), co-located samples and blanks. (63.658(c)(4))

53.72    The owner or operator shall collect and record meteorological data according to the applicable requirements in 63.658(d)(1) through (3). (63.658(d))

53.72.1    If a near-field source correction is used as provided in 63.658(i)(2) or if an alternative test method is used that provides time-resolved measurements, the owner or operator shall (63.658(d)(1)):

53.72.1.1    Use an on-site meteorological station in accordance with Section 8.3 of Method 325A of appendix A of this part. (63.658(d)(1)(i))

53.72.1.2    Collect and record hourly average meteorological data, including temperature, barometric pressure, wind speed and wind direction and calculate daily unit vector wind direction and daily sigma theta. (63.658(d)(1)(ii))

53.72.2    For cases other than those specified in 63.658(d)(1), the owner or operator shall collect and record sampling period average temperature and barometric pressure using either an on-site meteorological station in accordance with Section 8.3.1 through 8.3.3 of Method 325A of appendix A of this part or, alternatively, using data from a United States Weather Service (USWS) meteorological station provided the USWS meteorological station is within 40 kilometers (25 miles) of the refinery. (63.658(d)(2))

53.72.3    If an on-site meteorological station is used, the owner or operator shall follow the calibration and standardization procedures for meteorological measurements in EPA-454/B-08-002 (incorporated by reference—see §63.14). (63.658(d)(3))

53.73    The owner or operator shall use a sampling period and sampling frequency as specified in 63.658(e)(1) through (3). (63.658(e))

53.73.1    *Sampling period.* A 14-day sampling period shall be used, unless a shorter sampling period is determined to be necessary under 63.658(g) or (i). A sampling period is defined as the period during which sampling tube is deployed at a specific sampling location with the diffusive sampling end cap in-place and does not include the time required to analyze the sample. For the purpose of this subpart, a 14-day sampling period may be no shorter than 13 calendar days and no longer than 15 calendar days, but the routine sampling period shall be 14 calendar days. (63.658(e)(1))

53.73.2    *Base* sampling *frequency.* Except as provided in 63.658(e)(3), the frequency of sample collection shall be once each contiguous 14-day sampling period, such that the

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 278 |

beginning of the next 14-day sampling period begins immediately upon the completion of the previous 14-day sampling period. (63.658(e)(2))

53.73.3   *Alternative sampling frequency for burden reduction.* When an individual monitor consistently achieves results at or below 0.9 $\mu g/m^3$, the owner or operator may elect to use the applicable minimum sampling frequency specified in 63.658(e)(3)(i) through (v) for that monitoring site. When calculating $\Delta c$ for the monitoring period when using this alternative for burden reduction, zero shall be substituted for the sample result for the monitoring site for any period where a sample is not taken. (63.658(e)(3))

53.74   Within 45 days of completion of each sampling period, the owner or operator shall determine whether the results are above or below the action level as follows (63.658(f)):

53.74.1   The owner or operator shall determine the facility impact on the benzene concentration ($\Delta c$) for each 14-day sampling period according to either paragraph (f)(1)(i) or (ii) of this section, as applicable. (63.658(f)(1))

53.74.2   The owner or operator shall calculate the annual average $\Delta c$ based on the average of the 26 most recent 14-day sampling periods. The owner or operator shall update this annual average value after receiving the results of each subsequent 14-day sampling period. (3.658(f)(2))

53.74.3   The action level for benzene is 9 micrograms per cubic meter ($\mu g/m^3$) on an annual average basis. If the annual average $\Delta c$ value for benzene is less than or equal to 9 $\mu g/m^3$, the concentration is below the action level. If the annual average $\Delta c$ value for benzene is greater than 9 $\mu g/m^3$, the concentration is above the action level, and the owner or operator shall conduct a root cause analysis and corrective action in accordance with 63.658(g) (Condition 53.75). (63.658(f)(3))

53.75   Within 5 days of determining that the action level has been exceeded for any annual average $\Delta c$ and no longer than 50 days after completion of the sampling period, the owner or operator shall initiate a root cause analysis to determine the cause of such exceedance and to determine appropriate corrective action, such as those described in 63.658(g)(1) through (4). The root cause analysis and initial corrective action analysis shall be completed and initial corrective actions taken no later than 45 days after determining there is an exceedance. Root cause analysis and corrective action may include, but is not limited to (63.658(g)):

53.75.1   Leak inspection using Method 21 of part 60, appendix A-7 of this chapter and repairing any leaks found. (63.658(g)(1))

53.75.2   Leak inspection using optical gas imaging and repairing any leaks found. (63.658(g)(2))

53.75.3   Visual inspection to determine the cause of the high benzene emissions and implementing repairs to reduce the level of emissions. (63.658(g)(3))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 279 |

53.75.4    Employing progressively more frequent sampling, analysis and meteorology (*e.g.,* using shorter sampling periods for Methods 325A and 325B of appendix A of this part, or using active sampling techniques). (63.658(g)(4))

53.76    If, upon completion of the corrective action analysis and corrective actions such as those described in 63.658(g) (Condition 53.75), the Δc value for the next 14-day sampling period for which the sampling start time begins after the completion of the corrective actions is greater than 9 $\mu g/m^3$ or if all corrective action measures identified require more than 45 days to implement, the owner or operator shall develop a corrective action plan that describes the corrective action(s) completed to date, additional measures that the owner or operator proposes to employ to reduce fenceline concentrations below the action level, and a schedule for completion of these measures. The owner or operator shall submit the corrective action plan to the Administrator within 60 days after receiving the analytical results indicating that the Δc value for the 14-day sampling period following the completion of the initial corrective action is greater than 9 $\mu g/m^3$ or, if no initial corrective actions were identified, no later than 60 days following the completion of the corrective action analysis required in 63.658(g) (Condition 53.75). (63.658(h))

53.77    An owner or operator may request approval from the Administrator for a site-specific monitoring plan to account for offsite upwind sources or onsite sources excluded under §63.640(g) according to the requirements in 63.658(i)(1) through (4). (63.640(i))

53.78    The owner or operator shall comply with the applicable recordkeeping and reporting requirements in §63.655(h) and (i). (63.658(j))

53.79    As outlined in §63.7(f), the owner or operator may submit a request for an alternative test method. At a minimum, the request must follow the requirements outlined in 63.658(k)(1) through (7). (63.658(k))

**Storage Vessel Provisions (63.660)**

All tanks addressed in Section II of this permit (listed in the table in Section I, Condition 5.1) are subject to these requirements, except as noted below.

Tanks D-811, D-812, D-813, D-814, T81, T82, T90, T91, T92 and T400 are not considered storage vessels under MACT CC because they are pressure vessels.

Tank T7208 is part of the truck rack (R102). The truck loading rack at the Suncor facility is classified under SIC 5171, and is operated by Suncor Energy (U.S.A.)'s pipeline operation, as opposed to the Refinery (SIC Code 2911), therefore the requirements in 40 CFR Part 63 Subpart CC do not apply.

Tanks 17675 and 20529 and the pipeline receipt station sump are not considered storage vessels under MACT CC because they are less than 40 cubic meters.

Tank D-20 is not subject to the requirements to MACT CC because it is not associated with a process unit. In accordance with 63.640(c)(2) only storage vessels associated with a process unit are subject to MACT CC. Tank D-20 receives skimmed hydrocarbons (weathered reformate) from remediation system wells.

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                            Page 280

Tanks T60, T4501, T4502, T4503, T4504, T4507, T4508, T4514, T4515, T4516, T4517 and T4518 are not considered storage vessels under MACT CC because they are wastewater storage tanks. These tanks are subject to the wastewater treatment requirements in MACT CC.

53.80    Overlap with storage vessel regulations:

53.80.1    After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 60, subpart Kb, is required to comply only with the requirements of 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8). After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 61, subpart Y, is required to comply only with the requirements of 40 CFR part 61, subpart Y, except as provided in 63.740(n)(10). (63.640(n)(1)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 48. No specific equipment has been identified at this facility that falls under this overlap category.

53.80.2    After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 60, subpart Kb, is required to comply only with either 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8) or this subpart. After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 61, subpart Y, is required to comply only with either 40 CFR part 61, subpart Y, except as provided in 63.640(n)(10) or this subpart. (63.640(n)(2)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 48.

The following tanks fall under the provisions in 63.640(n)(2): T34, T55, T96, T97, T116, T775 and T2010.

53.80.3    After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to the provisions of 40 CFR part 60, subpart K or Ka, is required to only comply with the provisions of this subpart. (63.640(n)(5))

The following tank falls under the provisions in 63.640(n)(5): T1

53.80.4    Storage vessels described by 63.640(n)(1) are to comply with 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8)(i) through (vi). Storage vessels described by 63.640(n)(2) electing to comply with part 60, subpart Kb of this chapter shall comply with subpart Kb except as provided in 63.640(n)(8)(i) through (viii). (63.640(n)(8))

53.80.4.1    Storage vessels that are to comply with §60.112b(a)(2) of subpart Kb are exempt from the secondary seal requirements of §60.112b(a)(2)(i)(B) during the gap measurements for the primary seal required by §60.113b(b) of subpart Kb. (63.640(n)(8)(i))

53.80.4.2    If the owner or operator determines that it is unsafe to perform the seal gap measurements required in §60.113b(b) of this chapter or to inspect the vessel to determine compliance with §60.113b(a) of this chapter because

Permit Number: 96OPAD120                                        First Issued: 8/1/04
                                                                Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 281

the roof appears to be structurally unsound and poses an imminent danger to inspecting personnel, the owner or operator shall comply with the requirements in either §63.120(b)(7)(i) or (ii) of subpart G (only up to the compliance date specified in 63.640(h) for compliance with §63.660, as applicable) or either §63.1063(c)(2)(iv)(A) or (B) of subpart WW. (63.640(n)(8)(ii))

53.80.4.3    If a failure is detected during the inspections required by §60.113b(a)(2) or during the seal gap measurements required by §60.113b(b)(1), and the vessel cannot be repaired within 45 days and the vessel cannot be emptied within 45 days, the owner or operator may utilize up to two extensions of up to 30 additional calendar days each. The owner or operator is not required to provide a request for the extension to the Administrator. (63.640(n)(8)(iii))

53.80.4.4    If an extension is utilized in accordance with 63.640(n)(8)(iii), the owner or operator shall, in the next periodic report, identify the vessel, provide the information listed in §60.113b(a)(2) or §60.113b(b)(4)(iii), and describe the nature and date of the repair made or provide the date the storage vessel was emptied. (63.640(n)(8)(iv))

53.80.4.5    Owners and operators of storage vessels complying with subpart Kb of part 60 may submit the inspection reports required by §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb as part of the periodic reports required by this subpart, rather than within the 30-day period specified in §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb. (63.640(n)(8)(v))

53.80.4.6    The reports of rim seal inspections specified in §60.115b(b)(2) are not required if none of the measured gaps or calculated gap areas exceed the limitations specified in §60.113b(b)(4). Documentation of the inspections shall be recorded as specified in §60.115b(b)(3). (63.640(n)(8)(vi))

53.80.4.7    To be in compliance with §60.112b(a)(1)(iv) or (a)(2)(ii) of this chapter, guidepoles in floating roof storage vessels must be equipped with covers and/or controls (*e.g.,* pole float system, pole sleeve system, internal sleeve system or flexible enclosure system) as appropriate to comply with the "no visible gap" requirement. (63.640(n)(8)(vii))

53.80.4.8    If a flare is used as a control device for a storage vessel, on and after January 30, 2019, the owner or operator must meet the requirements of §63.670 instead of the requirements referenced from part 60, subpart Kb of this chapter for that flare. (63.640(n)(8)(viii))

Group 1 Storage Vessels:

The following tanks are Group 1 storage vessels that do not meet the overlap provisions in Condition 53.80.2: T1, T58, T67, T70, T75, T77, T78, T80, T776, T777, and T778.

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                            Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 282

53.81    On and after the applicable compliance date for a Group 1 storage vessel located at a new or
existing source as specified in §63.640(h) (Condition 53.3), the owner or operator of a Group 1
storage vessel storing liquid with a maximum true vapor pressure less than 76.6 kilopascals (11.1
pounds per square inch) that is part of a new or existing source shall comply with either the
requirements in subpart WW or SS of this part according to the requirements in 63.660(a) through
(i) and the owner or operator of a Group 1 storage vessel storing liquid with a maximum true vapor
pressure greater than or equal to 76.6 kilopascals (11.1 pounds per square inch) that is part of a
new or existing source shall comply with the requirements in subpart SS of this part according to
the requirements in 63.660(a) through (i). (63.660)

The relevant requirements from 40 CFR Part 63 Subpart WW, National Emission Standards for
Storage Vessels (Tanks)-Control Level 2, are as follows.

The requirements below reflect the rule language in 40 CFR Part 63 Subpart WW, as of the latest
revisions to 40 CFR Part 63 Subpart WW published in the Federal Register on July 12, 2002.
However, the permittee is subject to the latest version of 40 CFR Part 63 Subpart WW.

Storage vessel control requirements (63.1062)

53.81.1    For each storage vessel to which this subpart applies, the owner or operator shall
comply with one of the requirements listed in 63.1062(a)(1) through (a)(3).
(63.1062(a)).

53.81.1.1    Operate and maintain an IFR. (63.1062(a)(1))

53.81.1.2    Operate and maintain an EFR. (63.1062(a)(2))

53.81.1.3    Equivalent *requirements.* Comply with an equivalent to the requirements in
63.1062(a)(1) or (a)(2), as provided in §63.1064. (63.1062(a)(3))

Floating roof requirements (62.1063)

53.81.2    *Design requirements, Rim seals* (63.1063(a)(1))

53.81.2.1    Internal *floating roof.* An IFR shall be equipped with one of the seal
configurations listed in 63.1063(a)(1)(i)(A) through (a)(1)(i)(C).
(63.1063(a)(1)(i)).

53.81.2.2    *External floating roof.* An EFR shall be equipped with one of the seal
configurations listed in 63.1063(a)(1)(ii)(A) and (a)(1)(ii)(B).
(63.1063(a)(1)(ii))

53.81.3    *Deck fittings.* Openings through the deck of the floating roof shall be equipped as
described in 63.1063(a)(2)(i) through (a)(2)(viii). (63.1063(a)(2))

53.81.3.1    Each opening except those for automatic bleeder vents (vacuum breaker
vents) and rim space vents shall have its lower edge below the surface of
the stored liquid. (63.1063(a)(2)(i))

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                 Page 283

53.81.3.2    Each opening except those for automatic bleeder vents (vacuum breaker vents), rim space vents, leg sleeves, and deck drains shall be equipped with a deck cover. The deck cover shall be equipped with a gasket between the cover and the deck. (63.1063(a)(2)(ii))

53.81.3.3    Each automatic bleeder vent (vacuum breaker vent) and rim space vent shall be equipped with a gasketed lid, pallet, flapper, or other closure device. (63.1063(a)(2)(iii))

53.81.3.4    Each opening for a fixed roof support column may be equipped with a flexible fabric sleeve seal instead of a deck cover. (63.1063(a)(2)(iv))

53.81.3.5    Each opening for a sample well or deck drain (that empties into the stored liquid) may be equipped with a slit fabric seal or similar device that covers at least 90 percent of the opening, instead of a deck cover. (63.1063(a)(2)(v))

53.81.3.6    Each cover on access hatches and gauge float wells shall be designed to be bolted or fastened when closed. (63.1063(a)(2)(vi))

53.81.3.7    Each opening for an unslotted guidepole shall be equipped with a pole wiper, and each unslotted guidepole shall be equipped with a gasketed cap on the top of the guidepole. (63.1063(a)(2)(vii))

53.81.3.8    Each opening for a slotted guidepole shall be equipped with one of the control device configurations specified in 63.1063(a)(2)(viii)(A) and (a)(2)(viii)(B). (63.1063(a)(2)(viii))

53.81.4    *Operational requirements.* The floating roof shall float on the stored liquid surface at all times, except when the floating roof is supported by its leg supports or other support devices (e.g., hangers from the fixed roof). (63.1603(b)(1))

53.81.5    When the storage vessel is storing liquid, but the liquid depth is insufficient to float the floating roof, the process of filling to the point of refloating the floating roof shall be continuous and shall be performed as soon as practical. (63.1063(b)(2))

53.81.6    Each cover over an opening in the floating roof, except for automatic bleeder vents (vacuum breaker vents) and rim space vents, shall be closed at all times, except when the cover must be open for access. (63.1063(b)(3))

53.81.7    Each automatic bleeder vent (vacuum breaker vent) and rim space vent shall be closed at all times, except when required to be open to relieve excess pressure or vacuum, in accordance with the manufacturer's design. (63.1063(b)(4))

53.81.8    Each unslotted guidepole cap shall be closed at all times except when gauging the liquid level or taking liquid samples. (63.1063(b)(5))

53.81.9    *Inspection frequency requirements—Internal floating roofs.* Internal floating roofs shall be inspected as specified in 63.1063(d)(1) before the initial filling of the storage

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 284 |

vessel. Subsequent inspections shall be performed as specified in 63.1063(c)(1)(i) or (c)(1)(ii). (63.1063(c)(1))

53.81.9.1 Internal floating roofs shall be inspected as specified in 63.1063(c)(1)(i)(A) and (c)(1)(i)(B). (63.1063(c)(1)(i))

   a. At least once per year the IFR shall be inspected as specified in 63.1063(d)(2). 63.1063(c)(1)(i)(A))

   b. Each time the storage vessel is completely emptied and degassed, or every 10 years, whichever occurs first, the IFR shall be inspected as specified in 63.1063(d)(1. 63.1063(c)(1)(i)(B))

53.81.9.2 Instead of the inspection frequency specified in 63.1063(c)(1)(i), internal floating roofs with two rim seals may be inspected as specified in 63.1063(d)(1) each time the storage vessel is completely emptied and degassed, or every 5 years, whichever occurs first. (63.1063(c)(1)(ii))

53.81.10 *External floating roofs.* External floating roofs shall be inspected as specified in 63.1063(c)(2)(i) through (c)(2)(iv). (63.1063(c)(2))

53.81.10.1 Within 90 days after the initial filling of the storage vessel, the primary and secondary rim seals shall be inspected as specified in 63.1063(d)(3). (63.1063(c)(2)(i))

53.81.10.2 The secondary seal shall be inspected at least once every year, and the primary seal shall be inspected at least every 5 years, as specified in 63.1063(d)(3). (63.1063(c)(2)(ii))

53.81.10.3 Each time the storage vessel is completely emptied and degassed, or every 10 years, whichever occurs first, the EFR shall be inspected as specified in 63.1063(d)(1). (63.1063(c)(2)(iii))

53.81.10.4 If the owner or operator determines that it is unsafe to perform the floating roof inspections specified in 63.1063(c)(2)(i) and (c)(2)(ii), the owner or operator shall comply with the requirements of 63.1063(c)(2)(iv)(A) or (c)(2)(iv)(B). (63.1063(c)(2)(vi))

53.81.11 *Inspection procedure requirements.* Floating roof inspections shall be conducted as specified in 63.1063(d)(1) through (d)(3), as applicable. If a floating roof fails an inspection, the owner or operator shall comply with the repair requirements of 63.1063(e). (63.1063(d))

53.81.11.1 Floating roof (IFR and EFR) inspections shall be conducted by visually inspecting the floating roof deck, deck fittings, and rim seals from within the storage vessel. The inspection may be performed entirely from the top side of the floating roof, as long as there is visual access to all deck components specified in 63.1063(a). Any of the conditions described in 63.1063(d)(1)(i) through (d)(1)(v) constitutes inspection failure.

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 285 |

(63.1063(d)(1))

53.81.11.2   Tank-top inspections of IFR's shall be conducted by visually inspecting the floating roof deck, deck fittings, and rim seal through openings in the fixed roof. Any of the conditions described in 63.1063(d)(1)(i) through (d)(1)(iv) constitutes inspection failure. Identification of holes or tears in the rim seal is required only for the seal that is visible from the top of the storage vessel. (63.1063(d)(2))

53.81.11.3   Seal gap inspections for EFR's shall determine the presence and size of gaps between the rim seals and the wall of the storage vessel by the procedures specified in 63.1063(d)(3)(i). Any exceedance of the gap requirements specified in 63.1063(d)(3)(ii) and (d)(3)(iii) constitutes inspection failure. (63.1063(d)(3))

53.81.12   *Repair requirements*. Conditions causing inspection failures under paragraph (d) of this section shall be repaired as specified in 63.1063(e)(1) or (e)(2). (63.1063(e))

53.81.12.1   If the inspection is performed while the storage vessel is not storing liquid, repairs shall be completed before the refilling of the storage vessel with liquid. (63.1063(e)(1))

53.81.12.2   If the inspection is performed while the storage vessel is storing liquid, repairs shall be completed or the vessel removed from service within 45 days. If a repair cannot be completed and the vessel cannot be emptied within 45 days, the owner or operator may use up to 2 extensions of up to 30 additional days each. Documentation of a decision to use an extension shall include a description of the failure, shall document that alternate storage capacity is unavailable, and shall specify a schedule of actions that will ensure that the control equipment will be repaired or the vessel will be completely emptied as soon as practical. (63.1063(e)(2))

Alternative means of emission limitation (63.1064)

53.81.13   An alternate control device may be substituted for a control device specified in §63.1063 if the alternate device has an emission factor less than or equal to the emission factor for the device specified in §63.1063. Requests for the use of alternate devices shall be made as specified in §63.1066(b)(3). Emission factors for the devices specified in §63.1063 are published in EPA Report No. AP-42, Compilation of Air Pollutant Emission Factors. (63.1064(a))

53.81.14   Tests to determine emission factors for an alternate device shall accurately simulate conditions under which the device will operate, such as wind, temperature, and barometric pressure. Test methods that can be used to perform the testing required in this paragraph include, but are not limited to, the methods listed in 63.1064(b)(1) through (b)(3). (63.1064(b))

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
|  | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 286 |

53.81.15   An alternate combination of control devices may be substituted for any combination of rim seal and deck fitting control devices specified in §63.1063 if the alternate combination emits no more than the combination specified in §63.1063. The emissions from an alternate combination of control devices shall be determined using AP-42 or as specified in paragraph (b) of this section. The emissions from a combination of control devices specified in §63.1063 shall be determined using AP-42. Requests for the use of alternate devices shall be made as specified in §63.1066(b)(3). (63.1064(c))

Recordkeeping requirements (63.1065)

53.81.16   The owner or operator shall keep the records required in 63.1065(a) for as long as liquid is stored. Records required in 63.1065(b), (c) and (d) shall be kept for at least 5 years. Records shall be kept in such a manner that they can be readily accessed within 24 hours. Records may be kept in hard copy or computer-readable form including, but not limited to, on paper, microfilm, computer, floppy disk, magnetic tape, or microfiche. (63.1065)

53.81.17   *Vessel dimensions and capacity.* A record shall be kept of the dimensions of the storage vessel, an analysis of the capacity of the storage vessel, and an identification of the liquid stored. (63.1065(a))

53.81.18   *Inspection results.* Records of floating roof inspection results shall be kept as specified in 63.1065(b)(1) and (b)(2). (63.1065(b))

53.81.18.1   If the floating roof passes inspection, a record shall be kept that includes the information specified in 63.1065(b)(1)(i) and (b)(1)(ii). If the floating roof fails inspection, a record shall be kept that includes the information specified in 63.1065(b)(1)(i) through (b)(1)(v). (63.1065(b)(1))

53.81.18.2   A record shall be kept of EFR seal gap measurements, including the raw data obtained and any calculations performed. (63.1065(b)(2))

53.81.19   *Floating roof landings.* The owner or operator shall keep a record of the date when a floating roof is set on its legs or other support devices. The owner or operator shall also keep a record of the date when the roof was refloated, and the record shall indicate whether the process of refloating was continuous. (63.1065(c))

53.81.20   An owner or operator who elects to use an extension in accordance with §63.1063(e)(2) or §63.1063(c)(2)(iv)(B) shall keep the documentation required by those paragraphs. (63.1065(d))

Reporting requirements (63.1066)

53.81.21   *Periodic reports.* Report the information specified in 63.1066b)(1) through (b)(4), as applicable, in the periodic report specified in the referencing subpart. (63.1066(b))

53.81.21.1   *Notification of inspection.* To provide the Administrator the opportunity to

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                           Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 287

have an observer present, the owner or operator shall notify the Administrator at least 30 days before an inspection required by §§63.1063(d)(1) or (d)(3). If an inspection is unplanned and the owner or operator could not have known about the inspection 30 days in advance, then the owner or operator shall notify the Administrator at least 7 days before the inspection. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, the notification including the written documentation may be made in writing and sent so that it is received by the Administrator at least 7 days before the inspection. If a delegated State or local agency is notified, the owner or operator is not required to notify the Administrator. A delegated State or local agency may waive the requirement for notification of inspections. (63.1066(b)(1))

53.81.21.2 *Inspection results.* The owner or operator shall submit a copy of the inspection record (required in §63.1065) when inspection failures occur. (63.1066(b)(2))

53.81.21.3 *Requests for alternate devices.* The owner or operator requesting the use of an alternate control device shall submit a written application including emissions test results and an analysis demonstrating that the alternate device has an emission factor that is less than or equal to the device specified in §63.1063. (63.1066(b)(3))

53.81.21.4 Requests for extensions. An owner or operator who elects to use an extension in accordance with §63.1063(e)(2) or §63.1063(c)(2)(iv)(B) shall submit the documentation required by those paragraphs. 963.1066(b)(4))

53.82 As used in this section, all terms not defined in §63.641 shall have the meaning given them in subpart A, WW, or SS of this part. The definitions of "Group 1 storage vessel" (paragraph (2)) and "Storage vessel" in §63.641 shall apply in lieu of the definition of "Storage vessel" in §63.1061. (63.660(a)) The methods in 63.660(a)(1) and (2) apply with respect to determining the annual average HAP content for purposes of determining group type.

53.83 A floating roof storage vessel complying with the requirements of subpart WW of this part may comply with the control option specified in 63.660(b)(1) and, if equipped with a ladder having at least one slotted leg, shall comply with one of the control options as described in 63.660(b)(2). If the floating roof storage vessel does not meet the requirements of §63.1063(a)(2)(i) through (a)(2)(viii) as of June 30, 2014, these requirements do not apply until the next time the vessel is completely emptied and degassed, or January 30, 2026, whichever occurs first. (63.660(b))

53.83.1 In addition to the options presented in §§63.1063(a)(2)(viii)(A) and (B) and 63.1064, a floating roof storage vessel may comply with §63.1063(a)(2)(viii) using a flexible enclosure device and either a gasketed or welded cap on the top of the guidepole. (63.660(b)(1))

---

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

Air Pollution Control Division                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                    Page 288

53.83.2    Each opening through a floating roof for a ladder having at least one slotted leg shall be equipped with one of the configurations specified in 63.660(b)(2)(i) through (iii). (63.660(b)(2))

53.84    The following paragraphs apply to references 63.660(c), (f), (g) and (h).

53.85    For storage vessels previously subject to requirements in §63.646, initial inspection requirements in §63.1063(c)(1) and (c)(2)(i) (*i.e.,* those related to the initial filling of the storage vessel) or in §63.983(b)(1)(i)(A), as applicable, are not required. Failure to perform other inspections and monitoring required by this section shall constitute a violation of the applicable standard of this subpart. (63.660(e))

<u>Group 2 Storage Vessels</u>

The following tanks are Group 2 storage vessels that do not meet the overlap provisions in Condition 53.80.1: T2, T3, T52, T62, T94, T774, T2006, T3201, T3801, T57, T59, T64, T65, T66, T68, T69, T71, T72, T74, T76, T105, T112, T140, T142, T144, T145, T146, T147, T182, T191, T192, T193 and T194.

53.86    Each owner or operator subject to the storage vessel provisions in §63.646 shall keep the records specified in §63.123 of subpart G except as specified in 63.655(i)(1)(i) through (iv). Each owner or operator subject to the storage vessel provisions in §63.660 shall keep records as specified in 63.655(i)(1)(v) and (vi). (63.655(i)(1)) The requirements in 40 CFR Part 63 Subparts CC and WW that apply to Group 2 storage vessels are as follows:

53.86.1    Each owner or operator of a Group 2 storage vessel shall keep the records specified in §63.1065(a) of subpart WW. If a storage vessel is determined to be Group 2 because the weight percent total organic HAP of the stored liquid is less than or equal to 4 percent for existing sources or 2 percent for new sources, a record of any data, assumptions, and procedures used to make this determination shall be retained. (63.655(i)(1)(vi))

53.86.2    *Vessel dimensions and capacity.* A record shall be kept of the dimensions of the storage vessel, an analysis of the capacity of the storage vessel, and an identification of the liquid stored. (63.1065(a))

**Requirements for flare control devices (63.670)**

The requirements in this section (63.670) and section 63.671 apply to the Plant 1 (main plant) flare (F1), the Plant 3 (Asphalt (AU)) flare (F2) and the GBR unit flare (F3)

On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to this subpart shall meet the applicable requirements for flares as specified in 63.670(a) through (q) and the applicable requirements in §63.671. The owner or operator may elect to comply with the requirements of 63.670(r) in lieu of the requirements in 63.670(d) through (f), as applicable. (63.670) Note that 63.670(a) is "reserved".

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 289

53.87    Overlap of this subpart with other regulation for flares. On January 30, 2019, flares that are subject to the provisions of 40 CFR 60.18 or 63.11 and subject to this subpart are required to comply only with the provisions specified in this subpart. Prior to January 30, 2019, flares that are subject to the provisions of 40 CFR 60.18 or 63.11 and elect to comply with the requirements in §§63.670 and 63.671 are required to comply only with the provisions specified in this subpart. (63.640(s))

53.88    *Pilot flame presence.* The owner or operator shall operate each flare with a pilot flame present at all times when regulated material is routed to the flare. Each 15-minute block during which there is at least one minute where no pilot flame is present when regulated material is routed to the flare is a deviation of the standard. Deviations in different 15-minute blocks from the same event are considered separate deviations. The owner or operator shall monitor for the presence of a pilot flame as specified in 63.670(g). (63.670(b))

53.89    *Visible emissions.* The owner or operator shall specify the smokeless design capacity of each flare and operate with no visible emissions, except for periods not to exceed a total of 5 minutes during any 2 consecutive hours, when regulated material is routed to the flare and the flare vent gas flow rate is less than the smokeless design capacity of the flare. The owner or operator shall monitor for visible emissions from the flare as specified in 63.670(h). (63.670(c))

53.90    *Flare tip velocity.* For each flare, the owner or operator shall comply with either 63.670(d)(1) or (2), provided the appropriate monitoring systems are in-place, whenever regulated material is routed to the flare for at least 15-minutes and the flare vent gas flow rate is less than the smokeless design capacity of the flare. (63.670(d))

    53.90.1    Except as provided in 63.670(d)(2), the actual flare tip velocity ($V_{tip}$) must be less than 60 feet per second. The owner or operator shall monitor $V_{tip}$ using the procedures specified in 63.670(i) and (k). (63.670(d)(1))

    53.90.2    $V_{tip}$ must be less than 400 feet per second and also less than the maximum allowed flare tip velocity ($V_{max}$) as calculated according to the equation in 63.670(d)(2). The owner or operator shall monitor $V_{tip}$ using the procedures specified in 63.670(i) and (k) and monitor gas composition and determine $NHV_{vg}$ using the procedures specified in 63.670(j) and (l). (63.670(d)(2))

53.91    *Combustion zone operating limits.* For each flare, the owner or operator shall operate the flare to maintain the net heating value of flare combustion zone gas ($NHV_{cz}$) at or above 270 British thermal units per standard cubic feet (Btu/scf) determined on a 15-minute block period basis when regulated material is routed to the flare for at least 15-minutes. The owner or operator shall monitor and calculate $NHV_{cz}$ as specified in 63.670(m). (63.670(e))

53.92    *Dilution operating limits for flares with perimeter assist air.* Except as provided in 63.670(f)(1), for each flare actively receiving perimeter assist air, the owner or operator shall operate the flare to maintain the net heating value dilution parameter (NHVdil) at or above 22 British thermal units per square foot (Btu/ft$^2$) determined on a 15-minute block period basis when regulated material is

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 290 |

being routed to the flare for at least 15-minutes. The owner or operator shall monitor and calculate $NHV_{dil}$ as specified in 63.670(n). (63.670(f))

53.92.1    If the only assist air provided to a specific flare is perimeter assist air intentionally entrained in lower and/or upper steam at the flare tip and the effective diameter is 9 inches or greater, the owner or operator shall comply only with the $NHV_{cz}$ operating limit in 63.670(e) for that flare. (63.670(f)(1))

53.93    *Pilot flame* monitoring. The owner or operator shall continuously monitor the presence of the pilot flame(s) using a device (including, but not limited to, a thermocouple, ultraviolet beam sensor, or infrared sensor) capable of detecting that the pilot flame(s) is present. (63.670(g))

53.94    *Visible emissions monitoring.* The owner or operator shall conduct an initial visible emissions demonstration using an observation period of 2 hours using Method 22 at 40 CFR part 60, appendix A-7. The initial visible emissions demonstration should be conducted the first time regulated materials are routed to the flare. Subsequent visible emissions observations must be conducted using either the methods in 63.670(h)(1) or, alternatively, the methods in 63.670(h)(2). The owner or operator must record and report any instances where visible emissions are observed for more than 5 minutes during any 2 consecutive hours as specified in §63.655(g)(11)(ii). (63.670(h))

Note although the source installed a redundant video surveillance camera for subsequent visible emission observations, 63.670(h)(1) was included in the event that the camera is inoperable and observations must be conducted in accordance with these procedures.

53.94.1    At least once per day for each day regulated material is routed to the flare, conduct visible emissions observations using an observation period of 5 minutes using Method 22 at 40 CFR part 60, appendix A-7. If at any time the owner or operator sees visible emissions while regulated material is routed to the flare, even if the minimum required daily visible emission monitoring has already been performed, the owner or operator shall immediately begin an observation period of 5 minutes using Method 22 at 40 CFR part 60, appendix A-7. If visible emissions are observed for more than one continuous minute during any 5-minute observation period, the observation period using Method 22 at 40 CFR part 60, appendix A-7 must be extended to 2 hours or until 5-minutes of visible emissions are observed. Daily 5-minute Method 22 observations are not required to be conducted for days the flare does not receive any regulated material. (63.670(h)(1))

53.94.2    Use a video surveillance camera to continuously record (at least one frame every 15 seconds with time and date stamps) images of the flare flame and a reasonable distance above the flare flame at an angle suitable for visual emissions observations. The owner or operator must provide real-time video surveillance camera output to the control room or other continuously manned location where the camera images may be viewed at any time. (63.670(h)(2))

---