In the United States Court of Appeals
for the Tenth Circuit

CASE NO. 25-1243

GREENLATINOS, 350 COLORADO,
AND SIERRA CLUB,

    *Plaintiff – Appellant,*

v.

SUNCOR ENERGY (U.S.A.), INC.,

    *Defendant – Appellee.*

On Appeal from the United Stated District Court
For the District of Colorado
The Honorable Judge Domenico
D.C. No. 1:24-cv-02164-DDD

ORAL ARGUMENT IS REQUESTED

**Appellants' Appendix**

**Vol. III**

September 5, 2025

**INDEX to the APPENDIX**
**Case No. 25-1243**
Appeal from USDC CO, Case No. 1:24-cv-02164-DDD

GREENLATINOS, 350 COLORADO AND SIERRA CLUB, *Plaintiff-Appellants*, v.
SUNCOR ENERGY (U.S.A.), INC., *Defendant-Appellee*.

| VOLUME III | | | |
|---|---|---|---|
| **Doc. No.** | **District Court Docket No.** | **Document** | **App. Page No.** |
| 15 | 27.2 (Part 2) | Exh. 2 – Operating Permit, Suncor Energy Commerce City Refinery, Plant 1 (West) & Plant 3 (Asphalt Unit), Renewed July 9, 2025 | 472 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                  Page 291

53.95    *Flare vent gas, steam assist and air assist flow rate monitoring.* The owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of continuously measuring, calculating, and recording the volumetric flow rate in the flare header or headers that feed the flare as well as any flare supplemental gas used. Different flow monitoring methods may be used to measure different gaseous streams that make up the flare vent gas provided that the flow rates of all gas streams that contribute to the flare vent gas are determined. If assist air or assist steam is used, the owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of continuously measuring, calculating, and recording the volumetric flow rate of assist air and/or assist steam used with the flare. If pre-mix assist air and perimeter assist are both used, the owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of separately measuring, calculating, and recording the volumetric flow rate of premix assist air and perimeter assist air used with the flare. Flow monitoring system requirements and acceptable alternatives are provided in 63.670(i)(1) through (6). (63.670(i))

The source has installed flow monitors, except that assist air for the Plant 3 flare is monitored by continuously monitoring fan speed and using fan curves, so only 63.70(i)(1) and (5) are included.

53.95.1    The flow rate monitoring systems must be able to correct for the temperature and pressure of the system and output parameters in standard conditions (*i.e.,* a temperature of 20 °C (68 °F) and a pressure of 1 atmosphere). (63.670(i)(1))

53.95.2    Continuously monitoring fan speed or power and using fan curves is an acceptable method for continuously monitoring assist air flow rates. (63.670(i)(5))

53.96    *Flare vent gas composition monitoring.* The owner or operator shall determine the concentration of individual components in the flare vent gas using either the methods provided in 63.670(j)(1) or (2), to assess compliance with the operating limits in 63.670(e) and, if applicable, 63.670(d) and (f). Alternatively, the owner or operator may elect to directly monitor the net heating value of the flare vent gas following the methods provided in 63.670(j)(3) and, if desired, may directly measure the hydrogen concentration in the flare vent gas following the methods provided in 63.670(j)(4). The owner or operator may elect to use different monitoring methods for different gaseous streams that make up the flare vent gas using different methods provided the composition or net heating value of all gas streams that contribute to the flare vent gas are determined. (63.670(j))

The source is relying on calorimeters to directly measure heat value (63.670(j)(3) and is relying on the provisions in 63.670(j) for natural gas. The Plant 1 flare has a H2 monitor, so the provisions in 63.670(j)(4) applies.

53.96.1    Except as provided in 63.670(j)(5) and (6), the owner or operator shall install, operate, calibrate, and maintain a calorimeter capable of continuously measuring, calculating, and recording $NHV_{vg}$ at standard conditions. (63.670(j)(3))

53.96.2    If the owner or operator uses a continuous net heating value monitor according to 63.670(j)(3), the owner or operator may, at their discretion, install, operate, calibrate,

Permit Number: 96OPAD120                                           First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 292 |

and maintain a monitoring system capable of continuously measuring, calculating, and recording the hydrogen concentration in the flare vent gas. (63.670(j)(4))

53.96.3    Direct compositional or net heating value monitoring is not required for purchased ("pipeline quality") natural gas streams. The net heating value of purchased natural gas streams may be determined using annual or more frequent grab sampling at any one representative location. Alternatively, the net heating value of any purchased natural gas stream can be assumed to be 920 Btu/scf. (63.670(j)(5))

53.97    *Calculation methods for cumulative flow rates and determining compliance with Vtip operating limits*. The owner or operator shall determine $V_{tip}$ on a 15-minute block average basis according to the following requirements. (63.670(k))

Since the source is using flow monitors for flare vent gas, the requirements in 63.670(k)(2)(ii) were not included.

53.97.1    The owner or operator shall use design and engineering principles to determine the unobstructed cross sectional area of the flare tip. The unobstructed cross sectional area of the flare tip is the total tip area that vent gas can pass through. This area does not include any stability tabs, stability rings, and upper steam or air tubes because flare vent gas does not exit through them.(63.670(k)(1))

53.97.2    The owner or operator shall determine the cumulative volumetric flow of flare vent gas for each 15-minute block average period using the data from the continuous flow monitoring system required in 63.670(i) according to the following requirements, as applicable. If desired, the cumulative flow rate for a 15-minute block period only needs to include flow during those periods when regulated material is sent to the flare, but owners or operators may elect to calculate the cumulative flow rates across the entire 15-minute block period for any 15-minute block period where there is regulated material flow to the flare. (63.670(k)(2))

53.97.2.1    Use set 15-minute time periods starting at 12 midnight to 12:15 a.m., 12:15 a.m. to 12:30 a.m. and so on concluding at 11:45 p.m. to midnight when calculating 15-minute block average flow volumes. (63.670(k)(2)(i))

53.97.3    The 15-minute block average $V_{tip}$ shall be calculated using the equation in 63.670(k)(3). (63.670(k)(3))

53.97.4    If the owner or operator chooses to comply with 63.670(d)(2), the owner or operator shall also determine the net heating value of the flare vent gas following the requirements in 63.670(j) and (l) and calculate $V_{max}$ using the equation in paragraph (d)(2) of this section in order to compare $V_{tip}$ to $V_{max}$ on a 15-minute block average basis. (63.670(k)(4))

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
|  | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                  Page 293

53.98   *Calculation methods for determining flare vent gas net heating value.* The owner or operator shall determine the net heating value of the flare vent gas ($NHV_{vg}$) based on the composition monitoring data on a 15-minute block average basis according to the following requirements. (63.670(l))

Since the source is using a calorimeter to monitor direct net heating value the requirements in 63.670(l)(1) and (6) do not apply and are not included.

53.98.1   If direct net heating value monitoring data are collected as provided in 63.670(j)(3) but a hydrogen concentration monitor is not used, the owner or operator shall use the direct output of the monitoring system(s) (in Btu/scf) to determine the $NHV_{vg}$ for the sample. (63.670(l)(2))

53.98.2   If direct net heating value monitoring data are collected as provided in 63.670(j)(3) and hydrogen concentration monitoring data are collected as provided in 63.670(j)(4), the owner or operator shall use the following equation to determine $NHV_{vg}$ for each sample measured via the net heating value monitoring system. (63.670(l)(3))

53.98.3   Use set 15-minute time periods starting at 12 midnight to 12:15 a.m., 12:15 a.m. to 12:30 a.m. and so on concluding at 11:45 p.m. to midnight when calculating 15-minute block averages. (63.670(l)(4))

53.98.4   When a continuous monitoring system is used as provided in 63.670(j)(1) or (3) and, if applicable, 63.670(j)(4), the owner or operator may elect to determine the 15-minute block average $NHV_{vg}$ using either the calculation methods in 63.670(l)(5)(i) or the calculation methods in 63.670(l)(5)(ii). The owner or operator may choose to comply using the calculation methods in 63.670(l)(5)(i) for some flares at the petroleum refinery and comply using the calculation methods (l)(5)(ii) of this section for other flares. However, for each flare, the owner or operator must elect one calculation method that will apply at all times, and use that method for all continuously monitored flare vent streams associated with that flare. If the owner or operator intends to change the calculation method that applies to a flare, the owner or operator must notify the Administrator 30 days in advance of such a change. (63.670(l)(5))

53.98.5   If the owner or operator monitors separate gas streams that combine to comprise the total flare vent gas flow, the 15-minute block average net heating value shall be determined separately for each measurement location according to the methods in 63.670(l)(1) through (6) and a flow-weighted average of the gas stream net heating values shall be used to determine the 15-minute block average net heating value of the cumulative flare vent gas. (63.670(l)(7))

53.99   *Calculation methods for determining combustion zone net heating value.* The owner or operator shall determine the net heating value of the combustion zone gas ($NHV_{cz}$) as specified in 673.670(m)(1) or (2), as applicable. (63.670(m))

The source is using the calculation method in 63.670(m)(1), so 63.670(m)(2) was not included.

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 294

53.99.1  Except as specified in 63.670(m)(2), determine the 15-minute block average $NHV_{cz}$ based on the 15-minute block average vent gas and assist gas flow rates using the equation in 63.670(m)(1). For periods when there is no assist steam flow or premix assist air flow, $NHV_{cz} = NHV_{vg}$. (63.670(m)(1))

53.100  *Calculation methods for determining the net heating value dilution parameter.* The owner or operator shall determine the net heating value dilution parameter ($NHV_{dil}$) as specified in 63.670(n)(1) or (2), as applicable. (63.670(n))

The source is using the calculation method in 63.670(n)(1), so 63.670(n)(2) was not included.

53.100.1  Except as specified in 63.670(n)(2), determine the 15-minute block average $NHV_{dil}$ based on the 15-minute block average vent gas and perimeter assist air flow rates using the following equation only during periods when perimeter assist air is used. For 15-minute block periods when there is no cumulative volumetric flow of perimeter assist air, the 15-minute block average $NHV_{dil}$ parameter does not need to be calculated. (63.670(n)(1))

53.101  *Emergency flaring provisions.* The owner or operator of a flare that has the potential to operate above its smokeless capacity under any circumstance shall comply with the provisions in 63.670(o)(1) through (7). (63.670(o))

53.101.1  Develop a flare management plan to minimize flaring during periods of startup, shutdown, or emergency releases. The flare management plan must include the information described in 63.670(o)(1)(i) through (vii). (63.670(o)(1))

53.101.2  Each owner or operator required to develop and implement a written flare management plan as described in 63.670(o)(1) must submit the plan to the Administrator as described in 63.670(o)(2)(i) through (iii). (63.670(o)(2))

53.101.3  The owner or operator of a flare subject to this subpart shall conduct a root cause analysis and a corrective action analysis for each flow event that contains regulated material and that meets either the criteria in 63.670(o)(3)(i) or (ii). (63.670(o)(3))

53.101.3.1 The vent gas flow rate exceeds the smokeless capacity of the flare based on a 15-minute block average and visible emissions are present from the flare for more than 5 minutes during any 2 consecutive hours during the release event. (63.670(o)(3)(i))

53.101.3.2 The vent gas flow rate exceeds the smokeless capacity of the flare and the 15-minute block average flare tip velocity exceeds the maximum flare tip velocity determined using the methods in 63.670(d)(2). (63.670(o)(3)(ii))

53.101.4  A root cause analysis and corrective action analysis must be completed as soon as possible, but no later than 45 days after a flare flow event meeting the criteria in 63.670(o)(3)(i) or (ii). Special circumstances affecting the number of root cause

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 295 |

analyses and/or corrective action analyses are provided in 63.670(o)(4)(i) through (v). (63.670(o)(4))

53.101.5 Each owner or operator of a flare required to conduct a root cause analysis and corrective action analysis as specified in 63.670(o)(3) and (4) shall implement the corrective action(s) identified in the corrective action analysis in accordance with the applicable requirements in 63.670(o)(5)(i) through (iii). (63.670(o)(5))

53.101.6 The owner or operator shall determine the total number of events for which a root cause and corrective action analyses was required during the calendar year for each affected flare separately for events meeting the criteria in 63.670(o)(3)(i) and those meeting the criteria in 63.670(o)(3)(ii). For the purpose of this requirement, a single root cause analysis conducted for an event that met both of the criteria in 63.670(o)(3)(i) and (ii) would be counted as an event under each of the separate criteria counts for that flare. Additionally, if a single root cause analysis was conducted for an event that caused multiple flares to meet the criteria in 63.670(o)(3)(i) or (ii), that event would count as an event for each of the flares for each criteria in 63.670(o)(3) that was met during that event. The owner or operator shall also determine the total number of events for which a root cause and correct action analyses was required and the analyses concluded that the root cause was a force majeure event, as defined in this subpart. (63.670(o)(6))

53.101.7 The following events would be a violation of this emergency flaring work practice standard. (63.670(o)(7))

53.101.7.1 Any flow event for which a root cause analysis was required and the root cause was determined to be operator error or poor maintenance. (63.670(o)(7)(i))

53.101.7.2 Two visible emissions exceedance events meeting the criteria in 63.670(o)(3)(i) that were not caused by a force majeure event from a single flare in a 3 calendar year period for the same root cause for the same equipment. (63.670(o)(7)(ii))

53.101.7.3 Two flare tip velocity exceedance events meeting the criteria in 63.670(o)(3)(ii) that were not caused by a force majeure event from a single flare in a 3 calendar year period for the same root cause for the same equipment. (63.670(o)(7)(iii))

53.101.7.4 Three visible emissions exceedance events meeting the criteria in 63.670(o)(3)(i) that were not caused by a force majeure event from a single flare in a 3 calendar year period for any reason. (63.670(o)(7)(iv))

53.101.7.5 Three flare tip velocity exceedance events meeting the criteria in 63.670(o)(3)(ii) that were not caused by a force majeure event from a single flare in a 3 calendar year period for any reason. (63.670(o)(7)(v))

53.102 *Flare* monitoring *records.* The owner or operator shall keep the records specified in §63.655(i)(9). (63.670(p))

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 296

53.103 *Reporting.* The owner or operator shall comply with the reporting requirements specified in §63.655(g)(11). (63.670(q))

53.104 *Alternative means of emissions limitation.* An owner or operator may request approval from the Administrator for site-specific operating limits that shall apply specifically to a selected flare. Site-specific operating limits include alternative threshold values for the parameters specified in 63.670(d) through (f) as well as threshold values for operating parameters other than those specified in 63.670(d) through (f). The owner or operator must demonstrate that the flare achieves 96.5 percent combustion efficiency (or 98 percent destruction efficiency) using the site-specific operating limits based on a performance evaluation as described in 63.670(r)(1). The request shall include information as described in 63.670(r)(2). The request shall be submitted and followed as described in 63.670(r)(3). (63.670(r))

**Requirements for flare monitoring systems (63.671)**

53.105 *Operation of CPMS.* For each CPMS installed to comply with applicable provisions in §63.670, the owner or operator shall install, operate, calibrate, and maintain the CPMS as specified in 63.671(a)(1) through (8). (63.671(a))

  53.105.1 Except for CPMS installed for pilot flame monitoring, all monitoring equipment must meet the applicable minimum accuracy, calibration and quality control requirements specified in table 13 of this subpart. (63.671(a)(1))

  53.105.2 The owner or operator shall ensure the readout (that portion of the CPMS that provides a visual display or record) or other indication of the monitored operating parameter from any CPMS required for compliance is readily accessible onsite for operational control or inspection by the operator of the source. (63.671(a)(2))

  53.105.3 All CPMS must complete a minimum of one cycle of operation (sampling, analyzing and data recording) for each successive 15-minute period. (63.671(a)(3))

  53.105.4 Except for periods of monitoring system malfunctions, repairs associated with monitoring system malfunctions and required monitoring system quality assurance or quality control activities (including, as applicable, calibration checks and required zero and span adjustments), the owner or operator shall operate all CPMS and collect data continuously at all times when regulated emissions are routed to the flare. (63.671(a)(4))

  53.105.5 The owner or operator shall operate, maintain, and calibrate each CPMS according to the CPMS monitoring plan specified in 63.671(b). (63.671(a)(5))

  53.105.6 For each CPMS except for CPMS installed for pilot flame monitoring, the owner or operator shall comply with the out-of-control procedures described in 63.671(c). (63.670(a)(6))

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                            Renewed: 7/9/2024

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                        Page 297

53.105.7    The owner or operator shall reduce data from a CPMS as specified in 63.671(d). (63.670(a)(7))

53.105.8    The CPMS must be capable of measuring the appropriate parameter over the range of values expected for that measurement location. The data recording system associated with each CPMS must have a resolution that is equal to or better than the required system accuracy. (63.670(a)(8))

53.106    *CPMS monitoring plan.* The owner or operator shall develop and implement a CPMS quality control program documented in a CPMS monitoring plan that covers each flare subject to the provisions in §63.670 and each CPMS installed to comply with applicable provisions in §63.670. The owner or operator shall have the CPMS monitoring plan readily available on-site at all times and shall submit a copy of the CPMS monitoring plan to the Administrator upon request by the Administrator. The CPMS monitoring plan must contain the information listed in 63.671(b)(1) through (5). (63.671(b))

53.106.1    Identification of the specific flare being monitored and the flare type (air-assisted only, steam-assisted only, air- and steam-assisted, pressure-assisted, or non-assisted). (63.671(b)(1))

53.106.2    Identification of the parameter to be monitored by the CPMS and the expected parameter range, including worst case and normal operation. (63.671(b)(2))

53.106.3    Description of the monitoring equipment, including the information specified in 63.671(b)(3)(i) through (vii). (63.671(b)(3))

53.106.4    Description of the data collection and reduction systems, including the information specified in 63.671(b)(4)(i) through (iii). (63.671(b)(4))

53.106.5    Routine quality control and assurance procedures, including descriptions of the procedures listed in 63.671(b)(5)(i) through (vi) and a schedule for conducting these procedures. The routine procedures must provide an assessment of CPMS performance. (63.671(b)(5))

53.107    *Out-of-control periods.* For each CPMS installed to comply with applicable provisions in §63.670 except for CPMS installed for pilot flame monitoring, the owner or operator shall comply with the out-of-control procedures described in 63.671(c)(1) and (2). (63.671(c))

53.107.1    A CPMS is out-of-control if the zero (low-level), mid-level (if applicable) or high-level calibration drift exceeds two times the accuracy requirement of table 13 of this subpart. (63.671(c)(1))

53.107.2    When the CPMS is out of control, the owner or operator shall take the necessary corrective action and repeat all necessary tests that indicate the system is out of control. The owner or operator shall take corrective action and conduct retesting until the performance requirements are below the applicable limits. The beginning of the out-

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 298

of-control period is the hour a performance check (*e.g.*, calibration drift) that indicates an exceedance of the performance requirements established in this section is conducted. The end of the out-of-control period is the hour following the completion of corrective action and successful demonstration that the system is within the allowable limits. The owner or operator shall not use data recorded during periods the CPMS is out of control in data averages and calculations, used to report emissions or operating levels, as specified in 63.671(d)(3). (63.671(c)(2))

53.108  *CPMS data reduction.* The owner or operator shall reduce data from a CPMS installed to comply with applicable provisions in §63.670 as specified in 63.671(d)(1) through (3). (63.671(d))

    53.108.1  The owner or operator may round the data to the same number of significant digits used in that operating limit. (63.671(d)(1))

    53.108.2  Periods of non-operation of the process unit (or portion thereof) resulting in cessation of the emissions to which the monitoring applies must not be included in the 15-minute block averages. (63.671(d)(2))

    53.108.3  Periods when the CPMS is out of control must not be included in the 15-minute block averages. (63.670(d)(3))

53.109  *Additional requirements for gas chromatographs.* For monitors used to determine compositional analysis for net heating value per §63.670(j)(1), the gas chromatograph must also meet the requirements of 63.671(e)(1) through (3). (63.671(e))

    53.109.1  The quality assurance requirements are in table 13 of this subpart. (63.671(e)(1))

    53.109.2  The calibration gases must meet one of the options in 63.671(e)(2)(i) or (ii). (63.671(e)(2))

    53.109.3  If the owner or operator chooses to use a surrogate calibration gas under 63.671(e)(2)(ii), the owner or operator must comply with 63.671(e)(3)(i) and (ii). (63.671(e)(3))

**54.  40 CFR Part 63, Subpart UUU – National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units**

The FCCU (P103), SRUs (P101 and P102, routed to H-25 (tail gas incinerator)) and the catalytic reforming unit (P104), as well as any bypass lines associated with these units are subject to these requirements.

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 63 Subpart UUU published in the Federal Register on November 19, 2020. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63 Subpart UUU.

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 299

The relevant requirements in 40 CFR Part 63 Subpart UUU include, but are not limited to the following:

**What parts of my plant are covered by this subpart? (63.1562)**

54.1    The affected sources are (63.1562(b):

54.1.1    The process vent or group of process vents on fluidized catalytic cracking units that are associated with regeneration of the catalyst used in the unit (*i.e.*, the catalyst regeneration flue gas vent). (63.1562(b)(1)) P103 (FCC Regenerator) is the affected source, see Section II.22.

54.1.2    The process vent or group of process vents on catalytic reforming units (including but not limited to semi-regenerative, cyclic, or continuous processes) that are associated with regeneration of the catalyst used in the unit. This affected source includes vents that are used during the unit depressurization, purging, coke burn, and catalyst rejuvenation. (63.1562(b)(2)) P104 (Catalytic Reforming Unit) is the affected source. P104 (Catalytic Reforming Unit) is the affected source, see Section II.16.

54.1.3    The process vent or group of process vents on Claus or other types of sulfur recovery plant units or the tail gas treatment units serving sulfur recovery plants that are associated with sulfur recovery. (63.1562(b)(3)) P101 (No. 1 Sulfur Recovery Unit), P102 (No. 2 Sulfur Recovery Unit), Tail Gas Unit and the Tail Gas Incinerator (H-25) are the affected source, see Section II.20.

54.1.4    Each bypass line serving a new, existing, or reconstructed catalytic cracking unit, catalytic reforming unit, or sulfur recovery unit. This means each vent system that contains a bypass line (e.g., ductwork) that could divert an affected vent stream away from a control device used to comply with the requirements of this subpart. (63.1562(b)(4)) There are no bypass lines associated with the Plants 1 and 3 catalytic cracking unit and catalytic reforming unit. There are two bypass lines associated with the SRUs, a tail gas unit bypass line and a sulfur pit (T-2005) bypass line.

54.2    This subpart does not apply to (63.1562(f)):  Note that 62.1562(f)(1) thru (3) are not included as the refinery does not have such equipment or does not rely on a sulfur recovery unit not located at the refinery.

54.2.1    Equipment associated with bypass lines such as low leg drains, high point bleed, analyzer vents, open-ended valves or lines, or pressure relief valves needed for safety reasons. (63.1562(f)(4))

54.2.2    Gaseous streams routed to a fuel gas system, provided that on and after January 30, 2019, any flares receiving gas from the fuel gas system are subject to §63.670. (63.1562(f)(5))

**When do I have to comply with this subpart? (63.1563)**

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                   Page 300

54.3    You must comply with the applicable requirements in §§63.1564(a)(5), 63.1565(a)(5) and 63.1568(a)(4) as specified in paragraph (d)(1) or (2) of this section, as applicable. (63.1563(d))

    54.3.1    For sources which commenced construction or reconstruction before June 30, 2014, you must comply with the applicable requirements in §§63.1564(a)(5), 63.1565(a)(5) and 63.1568(a)(4) (Conditions 54.5.5, 54.8.5 and 54.17.4) on or before August 1, 2017 unless an extension is requested and approved in accordance with the provisions in §63.6(i). After February 1, 2016 and prior to the date of compliance with the provisions in §§63.1564(a)(5), 63.1565(a)(5) and 63.1568(a)(4) (Conditions 54.5.5, 54.8.5 and 54.17.4), you must comply with the requirements in §63.1570(c) and (d) (Conditions 54.25 and 54.26). (63.1563(d)(1))

54.4    You must meet the notification requirements in §63.1574 according to the schedule in §63.1574 and in 40 CFR part 63, subpart A. Some of the notifications must be submitted before the date you are required to comply with the emission limitations and work practice standards in this subpart. (63.1563(f))

**What are my requirements for metal HAP emissions from catalytic cracking units? (63.1564)**

54.5    What emission limitations and work practice standards must I meet? You must: (63.1564(a))

    54.5.1    Except as provided in 63.1564(a)(5), meet each emission limitation in table 1 of this subpart that applies to you. If your catalytic cracking unit is subject to the NSPS for PM in §60.102 of this chapter or is subject to §60.102a(b)(1) of this chapter, you must meet the emission limitations for NSPS units. If your catalytic cracking unit is not subject to the NSPS for PM, you can choose from the six options in paragraphs (a)(1)(i) through (vi) of this section: (63.1564(a)(1))

    As required by the Consent Decree (H-01-4430), the FCCU (P103) is subject to NSPS J for PM in 60.102. Therefore, the metal HAP emission limitations that apply to the FCCU (P103) are as follows:

        54.5.1.1    PM emissions must not exceed 1.0 gram per kilogram (g/kg) (1.0 lb/1,000 lb) of coke burn-off, and

        54.5.1.2    Opacity of emissions must not exceed 30 percent, except for one 6-minute average opacity reading in any 1-hour period. (Table 1, item 1)

    54.5.2    Comply with each operating limit in Table 2 of this subpart that applies to you. When a specific control device may be monitored using more than one continuous parameter monitoring system, you may select the parameter with which you will comply. You must provide notice to the Administrator (or other designated authority) if you elect to change the monitoring option. (63.1564(a)(2)) The operating limits in Table 2 that apply are as follows:

        54.5.2.1    On and after August 1, 2017, maintain the 3-hour rolling average opacity of emissions from your catalyst regenerator vent no higher than 20

---

Permit Number: 96OPAD120                                         First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 301

percent. (Table 2, item 1)

54.5.2.2     During periods of startup, shutdown, or hot standby meet the requirements in §63.1564(a)(5 (Condition 54.5.5). (Table 2, item 10)

54.5.3     Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) (Condition 54.40) and operate at all times according to the procedures in the plan. (63.1564(a)(3))

54.5.4     The emission limitations and operating limits for metal HAP emissions from catalytic cracking units required in 63.1564(a)(1) and (2) do not apply during periods of planned maintenance preapproved by the Division according to the requirements in 63.1575(j). (63.1564(a)(4))

54.5.5     On or before the date specified in §63.1563(d), you must comply with one of the two options in 63.1564(a)(5)(i) and (ii) during periods of startup, shutdown and hot standby (63.1564(a)(5)):

54.5.5.1     You can elect to comply with the requirements in 63.1564(a)(1) and (2), except catalytic cracking units controlled using a wet scrubber must maintain only the liquid to gas ratio operating limit (the pressure drop operating limit does not apply) (63.1564(a)(5)(i)); or

54.5.5.2     You can elect to maintain the inlet velocity to the primary internal cyclones of the catalytic cracking unit catalyst regenerator at or above 20 feet per second. (63.1564(a)(5)(ii))

54.5.5.3     *Hot standby* means periods when the catalytic cracking unit is not receiving fresh or recycled feed oil but the catalytic cracking unit is maintained at elevated temperatures, typically using torch oil in the catalyst regenerator and recirculating catalyst, to prevent a complete shutdown and cold restart of the catalytic cracking unit. (63.1579)

54.6     *How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must (63.1564(b)): (Note that the requirements in (b)(4) were not included as it does not apply to sources subject to NSPS requirements.)

54.6.1     Install, operate, and maintain a continuous monitoring system(s) according to the requirements in 63.1572 and Table 3 of this subpart. (63.1564(b)(1)) The continuous monitoring system required by Table 3 are as follows:

54.6.1.1     You shall install, operate, and maintain a continuous opacity monitoring system to measure and record the opacity of emissions from each catalyst regenerator vent. (Table 3, item 1)

54.6.1.2     If electing to comply with the operating limits in §63.1564(a)(5)(ii) during periods of startup, shutdown, or hot standby you shall install, operate and maintain a Continuous parameter monitoring system to

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                            Renewed: 7/9/2024

Air Pollution Control Division                                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 302

measure and record the gas flow rate exiting the catalyst regenerator. (Table 3, item 12)

a. If applicable, you can use the alternative in §63.1573(a)(1) instead of a continuous parameter monitoring system for gas flow rate. (Table 3, footnote 1)

54.6.2    Conduct a performance test for each catalytic cracking unit according to the requirements in §63.1571 and under the conditions specified in Table 4 of this subpart. (63.1564(b)(2)) The relevant requirements in Table 4 are as follows:

54.6.2.1    Select sampling port's location and the number of traverse ports using Method 1 or 1A in appendix A-1 to part 60 of this chapter. Sampling sites must be located at the outlet of the control device or the outlet of the regenerator, as applicable, and prior to any releases to the atmosphere. (Table 4, Item 1.a)

54.6.2.2    Determine velocity and volumetric flow rate using Method 2, 2A, 2C, 2D, or 2F in appendix A-1 to part 60 of this chapter, or Method 2G in appendix A-2 to part 60 of this chapter, as applicable. (Table 4, Item 1.b)

54.6.2.3    Conduct gas molecular weight analysis using Method 3, 3A, or 3B in appendix A-2 to part 60 of this chapter, as applicable. (Table 4, item 1.c)

54.6.2.4    Measure moisture content of the stack gas using Method 4 in appendix A-3 to part 60 of this chapter. (Table 4, item 1.d)

54.6.2.5    Measure PM emissions using Method 5, 5B, or 5F (40 CFR part 60, appendix A-3) to determine PM emissions and associated moisture content for units without wet scrubbers. You must maintain a sampling rate of at least 0.15 dry standard cubic meters per minute (dscm/min) (0.53 dry standard cubic feet per minute (dscf/min)). (Table 4, item 2.a)

54.6.2.6    Compute coke burn-off rate and PM emission rate (lb/1,000 lb of coke burn-off) using Equations 1, 2, and 3 of §63.1564 (if applicable). (Table 4, item 2.b)

54.6.2.7    Measure opacity of emissions using continuous opacity monitoring system. You must collect opacity monitoring data every 10 seconds during the entire period of the Method 5, 5B, or 5F performance test and reduce the data to 6-minute averages. (Table 4, item 2.c)

54.6.3    Demonstrate initial compliance with each emission limitation that applies to you according to Table 5 of this subpart. (63.1564(b)(5)) The relevant provisions in Table 5 are as follows:

54.6.3.1    For the PM emission limit in Condition 54.5.1.1, you have demonstrated initial compliance if you have already conducted a performance test to demonstrate initial compliance with the NSPS and the measured PM emission rate is less than or equal to 1.0 g/kg (1.0 lb/1,000 lb) of coke

---

Air Pollution Control Division                              Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                         Page 303

burn-off in the catalyst regenerator. As part of the Notification of Compliance Status, you must certify that your vent meets the PM limit. You are not required to do another performance test to demonstrate initial compliance. (Table 5, item 1)

54.6.3.2    For the opacity limit in Condition 54.5.1.2, you have demonstrated initial compliance if you have already conducted a performance test to demonstrate initial compliance with the NSPS and the average hourly opacity is no more than 30 percent, except that one 6-minute average in any 1-hour period can exceed 30 percent. As part of the Notification of Compliance Status, you must certify that your vent meets the 30 percent opacity limit. As part of your Notification of Compliance Status, you certify that your continuous opacity monitoring system meets the requirements in §63.1572. (Table 5, item 1)

54.6.4    Demonstrate initial compliance with the work practice standard in 63.1564(a)(3) of by submitting your operation, maintenance, and monitoring plan to your permitting authority as part of your Notification of Compliance Status. (63.1564(b)(6))

54.6.5    Submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in §63.1574. (63.1564(b)(7))

54.7    *How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must (63.1564(c)):

54.7.1    Demonstrate continuous compliance with each emission limitation in Tables 1 and 2 of this subpart that applies to you according to the methods specified in Tables 6 and 7 of this subpart. (63.1564(c)(1)). The relevant provisions in Tables 6 and 7 that apply are as follows:

54.7.1.1    For the PM and opacity limits in Condition 54.5.1, you shall demonstrate continuous compliance by:

a. Determining and recording each day the average coke burn-off rate (thousands of kilograms per hour) using Equation 1 in §63.1564 and the hours of operation for each catalyst regenerator. (Table 6, item 1.a.1.i).

b. Conducting a performance test before August 1, 2017 or within 150 days of startup of a new unit and thereafter following the testing frequency in §63.1571(a)(5) as applicable to your unit. (Table 6, item 1.a.ii).

c. Collecting the continuous opacity monitoring data for each catalyst regenerator vent according to §63.1572 and maintaining each 6-minute average at or below 30 percent, except that one 6-minute average during a 1-hour period can exceed 30 percent. (Table 6, item 1.a.iii).

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 304

54.7.1.2    For the operating limit in Condition 54.5.2.1, you shall demonstrate continuous compliance by collecting the continuous opacity monitoring data for each regenerator vent according to §63.1572 and maintain each 3-hour rolling average opacity of emissions no higher than 20 percent. (Table 7, item 1)

54.7.1.3    During periods of startup, shutdown, or hot standby, for the requirements in Condition 54.5.2.2 (inlet velocity limit), you shall demonstrate continuous compliance by meeting the requirements in §63.1564(c)(5). (Table 7, item 10)

54.7.2    Demonstrate continuous compliance with the work practice standard in 63.1564(a)(3) by maintaining records to document conformance with the procedures in your operation, maintenance, and monitoring plan. (63.1564(c)(2))

54.7.3    If you elect to comply with the alternative limit in 63.1564(a)(5)(ii) (Condition 54.5.2.2) during periods of startup, shutdown and hot standby, demonstrate continuous compliance on or before the date specified in §63.1563(d) by (63.1564(c)(5)):

54.7.3.1    Collecting the volumetric flow rate from the catalyst regenerator (in acfm) and determining the average flow rate for each hour. For events lasting less than one hour, determine the average flow rate during the event. (63.1564(c)(5)(i))

54.7.3.2    Determining the cumulative cross-sectional area of the primary internal cyclone inlets in square feet ($ft^2$) using design drawings of the primary (first-stage) internal cyclones to determine the inlet cross-sectional area of each primary internal cyclone and summing the cross-sectional areas for all primary internal cyclones in the catalyst regenerator or, if primary cyclones. If all primary internal cyclones are identical, you may alternatively determine the inlet cross-sectional area of one primary internal cyclone using design drawings and multiply that area by the total number of primary internal cyclones in the catalyst regenerator. (63.1564(c)(5)(ii))

54.7.3.3    Calculating the inlet velocity to the primary internal cyclones in feet per second (ft/sec) by dividing the average volumetric flow rate (acfm) by the cumulative cross-sectional area of the primary internal cyclone inlets ($ft^2$) and by 60 seconds/minute (for unit conversion). (63.1564(c)(5)(iii))

54.7.3.4    Maintaining the inlet velocity to the primary internal cyclones at or above 20 feet per second for each hour during the startup, shutdown, or hot standby event or, for events lasting less than 1 hour, for the duration of the event. (63.1564(c)(5)(iv))

**What are my requirements for organic HAP emissions from catalytic cracking units? (63.1565)**

54.8    *What emission limitations and work practice standards must I meet?* You must (63.1565(a)):

Permit Number: 96OPAD120 | First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                                              Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                           Page 305

54.8.1    Except as provided in 63.1565(a)(5), meet each emission limitation in Table 8 of this subpart that applies to you. If your catalytic cracking unit is subject to the NSPS for carbon monoxide (CO) in §60.103 of this chapter or is subject to §60.102a(b)(4) of this chapter, you must meet the emission limitations for NSPS units. If your catalytic cracking unit is not subject to the NSPS for CO, you can choose from the two options in 63.1565(a)(1)(i) through (ii): (63.1565(a)(1))

As required by the Consent Decree (H-01-4430), the FCCU (P103) is subject to the NSPS for CO in 60.103 and so must meet the following emission limit in Table 8:

54.8.1.1    CO emissions from the catalyst regenerator vent or CO boiler serving the catalytic cracking unit must not exceed 500 parts per million volume (ppmv) (dry basis). (Table 8, item 1)

54.8.2    Comply with each site-specific operating limit in Table 9 of this subpart that applies to you. (63.1565(a)(2)) The provisions in Table 9 that apply are as follows:

54.8.2.1    During periods of startup, shutdown, or hot standby meet the requirements in §63.1565(a)(5) (Condition 54.8.5). (Table 9, item 3)

54.8.3    Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedures in the plan. (63.1565(a)(3))

54.8.4    The emission limitations and operating limits for organic HAP emissions from catalytic cracking units required in 63.1565(a)(1) and (2) do not apply during periods of planned maintenance preapproved by the Division according to the requirements in 63.1575(j). (63.1565(a)(4))

54.8.5    On or before the date specified in §63.1563(d), you must comply with one of the two options in 63.1365(a)(5)(i) and (ii) during periods of startup, shutdown and hot standby (63.1565(a)(5)):

54.8.5.1    You can elect to comply with the requirements in 63.1565(a)(1) and (2); (63.1565(a)(5)(i)); or

54.8.5.2    You can elect to maintain the oxygen ($O_2$) concentration in the exhaust gas from your catalyst regenerator at or above 1 volume percent (dry basis) or 1 volume percent (wet basis with no moisture correction). (65.1565(a)(5)(ii))

54.8.5.3    *Hot standby* means periods when the catalytic cracking unit is not receiving fresh or recycled feed oil but the catalytic cracking unit is maintained at elevated torch temperatures, typically using torch oil in the catalyst regenerator and recirculating catalyst, to prevent a complete shutdown and cold restart of the catalytic cracking unit. (63.1579)

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 306

54.9    *How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must: (63.1565(b)

54.9.1    Install, operate, and maintain a continuous monitoring system according to the requirements in 63.1572 and Table 10 of this subpart, except as provided for in 63.1565(b)(1)(i) through (iii). (63.1565(b)(1)) Note that the exceptions do not apply. The requirements in Table 10 that apply are as follows:

54.9.1.1    For the emission limit in Condition 54.8.1.1, you shall install, operate and maintain a continuous emission monitoring system to measure and record the concentration by volume (dry basis) of CO emissions from each catalyst regenerator vent. (Table 10, item 1)

54.9.1.2    If electing to comply with the operating limits in §63.1565(a)(5)(ii) (Condition 54.8.5.2) during periods of startup, shutdown, or hot standby, you shall install, operate and maintain a continuous parameter monitoring system to measure and record the concentration by volume (wet or dry basis) of oxygen from each catalyst regenerator vent. If measurement is made on a wet basis, you must comply with the limit as measured (no moisture correction). (Table 10, item 3)

54.9.2    Demonstrate initial compliance with each emission limitation that applies to you according to Table 12 of this subpart. (63.1565(b)(4)) The provisions in Table 12 that apply are as follows:

54.9.2.1    For the CO emission limit in Condition 54.8.1.1, you have demonstrated initial compliance if you have already conducted a performance test to demonstrate initial compliance with the NSPS and the measured CO emissions are less than or equal to 500 ppm (dry basis). As part of the Notification of Compliance Status, you must certify that your vent meets the CO limit. You are not required to conduct another performance test to demonstrate initial compliance. You have already conducted a performance evaluation to demonstrate initial compliance with the applicable performance specification. As part of your Notification of Compliance Status, you must certify that your continuous emission monitoring system meets the applicable requirements in §63.1572. You are not required to conduct another performance evaluation to demonstrate initial compliance. (Table 12, item 1)

54.9.3    Demonstrate initial compliance with the work practice standard in 63.1565(a)(3) by submitting the operation, maintenance, and monitoring plan to the Division as part of your Notification of Compliance Status according to 63.1574. (63.1565(b)(5))

54.9.4    Submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in 63.1574. (63.1565(b)(6))

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 307

54.10    *How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must: (63.1565(c))

    54.10.1    Demonstrate continuous compliance with each emission limitation in Tables 8 and 9 of this subpart that applies to you according to the methods specified in Tables 13 and 14 of this subpart. (63.1565(c)(1))

        54.10.1.1    For the CO emission limit in Condition 54.8.1.1, you shall demonstrate continuous compliance by collecting the hourly average CO monitoring data according to §63.1572; and maintaining the hourly average CO concentration at or below 500 ppmv (dry basis). (Table 13, item 1).

        54.10.1.2    During periods of startup, shutdown, or hot standby, for the requirements in Condition 54.8.5.2 (oxygen concentration), you shall demonstrate continuous compliance by collecting the hourly average oxygen concentration monitoring data according to §63.1572 and maintaining the hourly average oxygen concentration at or above 1 volume percent (dry basis). (Table 14, item 3)

    54.10.2    Demonstrate continuous compliance with the work practice standard in 63.1565(a)(3) by complying with the procedures in your operation, maintenance, and monitoring plan. (63.1565(c)(2))

**What are my requirements for organic HAP emissions from catalytic reforming units?  (63.1566)**

54.11    *What emission limitations and work practice standards must I meet?* You must: (63.1566(a))

    54.11.1    Meet each emission limitation in Table 15 of this subpart that applies to you. You can choose from the two options in 63.1566(a)(1)(i) through (ii). (63.1566(a)(1)) Since the source will comply with the option in 63.1566(a)(1)(i), only that paragraph is included.

        54.11.1.1    You can elect to vent emissions of total organic compounds (TOC) to a flare (Option 1). On and after January 30, 2019, the flare must meet the requirements of §63.670. Prior to January 30, 2019, the flare must meet the control device requirements in §63.11(b) or the requirements of §63.670. (63.1566(a)(1)(i))

    54.11.2    Comply with each site-specific operating limit in Table 16 of this subpart that applies to you. (63.1566(a)(2)) The operating limit in Table 16 is as follows:

        54.11.2.1    For a flare, during initial catalyst depressuring and purging operations on and after January 30, 2019, the flare must meet the requirements of §63.670. Prior to January 30, 2019, the flare pilot light must be present at all times and the flare must be operating at all times that emissions may be vented to it, or the flare must meet the requirements of §63.670. (Table 16, item 1)

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 308

54.11.3    Except as provided in 63.1566(a)(4), the emission limitations in Tables 15 and 16 of this subpart apply to emissions from catalytic reforming unit process vents associated with initial catalyst depressuring and catalyst purging operations that occur prior to the coke burn-off cycle. The emission limitations in Tables 15 and 16 of this subpart do not apply to the coke burn-off, catalyst rejuvenation, reduction or activation vents, or to the control systems used for these vents. (63.1566(a)(3))

54.11.4    The emission limitations in tables 15 and 16 of this subpart do not apply to emissions from process vents during passive depressuring when the reactor vent pressure is 5 pounds per square inch gauge (psig) or less or during active depressuring or purging prior to January 30, 2019, when the reactor vent pressure is 5 psig or less. On and after January 30, 2019, the emission limitations in tables 15 and 16 of this subpart do apply to emissions from process vents during active purging operations (when nitrogen or other purge gas is actively introduced to the reactor vessel) or active depressuring (using a vacuum pump, ejector system, or similar device) regardless of the reactor vent pressure.. (63.1566(a)(4))

54.11.5    Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedures in the plan. (63.1566(a)(5))

54.12    *How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must: (63.1566(b))

54.12.1    Install, operate, and maintain a continuous monitoring system(s) according to the requirements in 63.1572 and Table 17 of this subpart. (63.1566(b)(1)) The provisions in Table 17 that apply are as follows:

54.12.1.1    On and after January 30, 2019, you shall install and operate the monitoring systems required in §§63.670 and 63.671. Prior to January 30, 2019, monitoring device such as a thermocouple, an ultraviolet beam sensor, or infrared sensor to continuously detect the presence of a pilot flame, or the monitoring systems required in §§63.670 and 63.671. (Table 17, item 1)

54.12.2    Conduct each performance test for a catalytic reforming unit according to the requirements in 63.1571 and under the conditions specified in Table 18 of this subpart. (63.1566(b)(2)) The provisions in Table 18 that apply are as follows:

54.12.2.1    You must conduct visible emission observations using Method 22 (40 CFR part 60, appendix A-7). On and after January 30, 2019, the flare must meet the requirements of §63.670. Prior to January 30, 2019, 2-hour observation period. Record the presence of a flame at the pilot light over the full period of the test, or the requirements of §63.670. (Table 18, item 1.a)

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 309 |

54.12.2.2    You must determine that the flare meets the requirements for net heating value of the gas being combusted and exit velocity using 40 CFR 63.11(b)(6) through (8). On and after January 30, 2019, the flare must meet the requirements of §63.670. Prior to January 30, 2019, the flare must meet the control device requirements in §63.11(b) or the requirements of §63.670. (Table 18, item 1.b)

54.12.3    Establish each site-specific operating limit in Table 16 of this subpart that applies to you according to the procedures in Table 18 of this subpart. (63.1566(b)(3)) The relevant requirements in Table 18 are included in Condition 54.12.2.

54.12.4    Demonstrate initial compliance with each emission limitation that applies to you according to Table 19 of this subpart. (63.1566(b)(6)) The provisions in Table 19 that apply are as follows:

54.12.4.1    Visible emissions from a flare must not exceed a total of 5 minutes during any 2 consecutive hours. You have demonstrated initial compliance if on and after January 30, 2019, the flare meets the requirements of §63.670. Prior to January 30, 2019, visible emissions, measured using Method 22 over the 2-hour observation period of the performance test, do not exceed a total of 5 minutes, or the flare meets the requirements of §63.670. (Table 19, item 1)

54.12.5    Demonstrate initial compliance with the work practice standard in 63.1566(a)(5) by submitting the operation, maintenance, and monitoring plan to your permitting authority as part of your Notification of Compliance Status. (63.1566(b)(7))

54.12.6    Submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in §63.1574. (63.1566(b)(8))

54.13    *How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must: (63.1566(c))

54.13.1    Demonstrate continuous compliance with each emission limitation in Tables 15 and 16 of this subpart that applies to you according to the methods specified in Tables 20 and 21 of this subpart. (63.1566(c)(1)) The requirements in Tables 20 and 21 that apply are as follows:

54.13.1.1    If you vent emissions from your process vent to a flare, you shall demonstrate continuous compliance during initial catalyst depressuring and catalyst purging operations by, on and after January 30, 2019, meeting the requirements of §63.670. Prior to January 30, 2019, maintaining visible emissions from a flare below a total of 5 minutes during any 2 consecutive hours, or meeting the requirements of §63.670. (Table 20, item 1)

54.13.1.2    If you vent emissions from your process vent to a flare, you shall

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 310 |

demonstrate continuous compliance during initial catalyst depressuring and purging operations by, on and after January 30, 2019, meeting the requirements of §63.670. Prior to January 30, 2019, collecting flare monitoring data according to §63.1572 and recording for each 1-hour period whether the monitor was continuously operating and the pilot light was continuously present during each 1-hour period, or meeting the requirements of §63.670. (Table 21, item 1)

54.13.2    Demonstrate continuous compliance with the work practice standards in 63.1566(a)(3) by complying with the procedures in your operation, maintenance, and monitoring plan. (63.1566(c)(2))

**What are my requirements for inorganic HAP emissions from catalytic reforming units? (63.1567)**

54.14    *What emission limitations and work practice standards must I meet?* You must: (63.1567(a))

54.14.1    Meet each emission limitation in Table 22 to this subpart that applies to you. If you operate a catalytic reforming unit in which different reactors in the catalytic reforming unit are regenerated in separate regeneration systems, then these emission limitations apply to each separate regeneration system. These emission limitations apply to emissions from catalytic reforming unit process vents associated with the coke burn-off and catalyst rejuvenation operations during coke burn-off and catalyst regeneration. You can choose from the two options in 63.1567(a)(1)(i) through (ii): (63.1567(a)(1))

54.14.1.1    You can elect to meet an HCl concentration limit (Option 2). (63.1567(a)(1)(i)). The emission limit in Table 22 that the source is complying with is as follows:

a. For each existing semi-regenerative catalytic reforming unit during coke burn-off and catalyst rejuvenation emissions of hydrogen chloride (HCl) shall not exceed a concentration of 30 ppmv (dry basis), corrected to 3 percent oxygen. (Table 22, item 1)

54.14.2    Meet each site-specific operating limit in Table 23 of this subpart that applies to you. These operating limits apply during coke burn-off and catalyst rejuvenation. (63.1567(a)(2))

54.14.2.1    For an internal scrubbing system or no control device (*e.g.*, hot regen system) meeting outlet HCl concentration limit, during coke burn-off and catalyst rejuvenation the daily average HCl concentration in the catalyst regenerator exhaust gas must not exceed the limit established during the performance test. (Table 23, item 2) The operating limit established in the October 2005 performance test is 27 ppmv HCl.

54.14.3    Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedures in the plan. (63.1567(a)(3))

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
|  | Renewed: 7/9/2024 |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 311

54.15    *How do I demonstrate initial compliance with the emission limitations and work practice standard?* You must: (63.1567(b))

54.15.1    Install, operate, and maintain a continuous monitoring system(s) according to the requirements in 63.1572 and Table 24 of this subpart. (63.1567(b)(1)) The requirements in Table 24 that apply are as follows:

54.15.1.1    If you use an internal scrubbing system or no control device (*e.g.,* hot regen system) to meet HCl outlet concentration limit, you shall install and operate a colormetric tube sampling system to measure the HCl concentration in the catalyst regenerator exhaust gas during coke burn-off and catalyst rejuvenation. The colormetric tube sampling system must meet the requirements in Table 41 of this subpart. (Table 24, item 2)

54.15.2    Conduct each performance test for a catalytic reforming unit according to the requirements in §63.1571 and the conditions specified in Table 25 of this subpart. (63.1567(b)(2)) The provisions in Table 25 that apply are as follows:

54.15.2.1    Select sampling port location(s) and the number of traverse points using Method 1 or 1A (40 CFR part 60, appendix A), as applicable. If you elect to meet an applicable HCl outlet concentration limit, locate sampling sites at the outlet of the control device or internal scrubber system prior to any release to the atmosphere. For a series of fixed-bed systems, the outlet sampling site should be located at the outlet of the first fixed-bed, prior to entering the second fixed-bed in the series. If there is no control device, locate sampling sites at the outlet of the catalyst regenerator prior to any release to the atmosphere. (Table 25, item 1.a.(1))

54.15.2.2    Determine velocity and volumetric flow rate using Method 2, 2A, 2C, 2D, 2F, or 2G (40 CFR part 60, appendix A), as applicable. (Table 25, item 1.b)

54.15.2.3    Conduct gas molecular weight analysis using Method 3, 3A, or 3B (40 CFR part 60, appendix A), as applicable. (Table 25, item 1.c)

54.15.2.4    Measure moisture content of the stack gas using Method 4 (40 CFR part 60, appendix A). (Table 25, item 1.d)

54.15.2.5    Measure the HCl concentration at the selected sampling locations using Method 26 or 26A (40 CFR part 60, appendix A). If your control device is a wet scrubber or internal scrubbing system, you must use Method 26A. (Table 25, item 1.d. (1), (2) and (4)).

a. For semi-regenerative and cyclic regeneration units, conduct the test during the coke burn-off and catalyst rejuvenation cycle, but collect no samples during the first hour or the last 6 hours of the cycle (for semi- regenerative units) or during the first hour or the last 2 hours of the cycle (for cyclic regeneration units). For continuous regeneration

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

units, the test should be conducted no sooner than 3 days after process unit or control system start up.

b. Determine and record the HCl concentration corrected to 3 percent oxygen (using Equation 1 of §63.1567) for each sampling location for each test run.

c. Determine and record the average HCl concentration (corrected to 3 percent oxygen) and the average percent emission reduction, if applicable, for the overall source test from the recorded test run values.

54.15.3    Establish each site-specific operating limit in Table 23 of this subpart that applies to you according to the procedures in Table 25 of this subpart. (63.1567(b)(3)) The provisions in Table 25 that apply are as follows:

54.15.3.1    For an internal scrubbing system or no control device (e.g., hot regen system) meeting the HCl outlet concentration limit (30 ppmv (dry basis) corrected to 3 percent oxygen), measure and record the HCl concentration in the catalyst regenerator exhaust gas using the colormetric tube sampling system at least three times during each test run. Determine and record the average HCl concentration for each test run. Determine and record the average HCl concentration for the overall source test from the recorded test run averages. Determine and record the operating limit for HCl concentration using Equation 4 of §63.1567. (Table 25, item 3)

54.15.4    Use the equations in 63.1567(b)(4)(i) through (iv) to determine initial compliance with the emission limitations. (63.1567(b)(4))

54.15.5    Demonstrate initial compliance with each emission limitation that applies to you according to Table 26 of this subpart. (63.1567(b)(5)) The provisions in Table 26 that apply are as follows:

54.15.5.1    For each existing semi-regenerative catalytic reforming unit, complying with the HCl outlet concentration limit (30 ppmv (dry basis) corrected to 3 percent oxygen), you have demonstrated initial compliance if average emissions HCl measured using Method 26 or 26A, as applicable, over the period of the performance test, are reduced to a concentration less than or equal to 30 ppmv (dry basis) corrected to 3 percent oxygen. (table 26, item 1)

54.15.6    Demonstrate initial compliance with the work practice standard in 63.1567(a)(3) by submitting the operation, maintenance, and monitoring plan to your permitting authority as part of your Notification of Compliance Status. (62.1567(b)(6))

54.15.7    Submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in §63.1574. (63.1567(b)(7))

Air Pollution Control Division                              Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 313

54.16    *How do I demonstrate continuous compliance with the emission limitations and work practice standard?* You must: (63.1567(c))

    54.16.1    Demonstrate continuous compliance with each emission limitation in Tables 22 and 23 of this subpart that applies to you according to the methods specified in Tables 27 and 28 of this subpart. (63.1567(c)(1)) The provisions in Tables 27 and 28 that apply are as follows:

        54.16.1.1    For each existing semi-regenerative catalytic reforming unit, you shall demonstrate continuous compliance during coke burn-off and catalyst rejuvenation by maintaining an HCl concentration no more than 30 ppmv (dry basis), corrected to 3 percent oxygen. (Table 27, item 1)

        54.16.1.2    For an internal scrubbing system or no control device (e.g., hot regen system) meeting the HCl concentration limit (30 ppmv (dry basis) corrected to 3 percent oxygen), you shall demonstrate continuous compliance during coke burn-off and catalyst rejuvenation by measuring and recording the HCl concentration at least 4 times during a regeneration cycle (equally spaced in time) or every 4 hours, whichever is more frequent, using a colormetric tube sampling system; calculating the daily average HCl concentration as an arithmetic average of all samples collected in each 24-hour period from the start of the coke burn-off cycle or for the entire duration of the coke burn-off cycle if the coke burn-off cycle is less than 24 hours; and maintaining the daily average HCl concentration below the applicable operating limit. (Table 28, item 2) Note that the applicable operating limit is 27 ppmv HCl.

    54.16.2    Demonstrate continuous compliance with the work practice standard in 63.1567(a)(3) by maintaining records to document conformance with the procedures in you operation, maintenance and monitoring plan. (63.1567(c)(2))

**What are my requirements for HAP emissions from sulfur recovery units? (63.1568)**

54.17    *What emission limitations and work practice standard must I meet?* You must: (63.1568 (a))

    54.17.1    Meet each emission limitation in Table 29 of this subpart that applies to you. If your sulfur recovery unit is subject to the NSPS for sulfur oxides in 60.104, you must meet the emission limitations for NSPS units. If your sulfur recovery unit isn't subject to the NSPS for sulfur oxides, you can choose from the options in 63.1568(a)(1)(i) through (ii). (63.1568(a)(1) The sulfur recovery units are subject to NSPS J, therefore must comply with NSPS J and is subject to the following emission limit:.

        54.17.1.1    250 ppmv (dry basis) of sulfur dioxide ($SO_2$) at zero percent excess air, if you use an oxidation control system or if you use a reduction control system followed by incineration. (Table 29, item 1, excluding the phrase referencing equation 1 in 60.102a(f)(1)(i), since the units are not subject

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                           Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 314

to NSPS Ja)

54.17.2    Meet each operating limit in Table 30 of this subpart that applies to you. (63.1568(a)(2)) The provisions in Table 30 that apply are as follows:

   54.17.2.1    For startup and shutdown, if complying with 63.1568(a)(4)(ii) (Condition 54.17.4.2), on and after January 30, 2019, meet the applicable requirements of §63.670. Prior to January 30, 2019, meet the applicable requirements of either §63.11(b) or §63.670. (Table 30, item 5)

   54.17.2.2    For startup and shutdown, if complying with 63.1568(a)(4)(iii) (Condition 54.17.4.3), maintain the hourly average combustion zone temperature at or above 1,200 degrees Fahrenheit and maintain the hourly average oxygen concentration in the exhaust gas stream at or above 2 volume percent (dry basis). (Table 39, item 6)

54.17.3    Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedure in the plan. (63.1568(a)(3))

54.17.4    On or before the date specified in §63.1563(d), you must comply with one of the three options in 63.1568(a)(4)(i) through (iii) during periods of startup and shutdown. (63.1568(a)(4))

   54.17.4.1    You can elect to comply with the requirements in 63.1568(a)(1) and (2). (63.1568(a)(4)(i))

   54.17.4.2    You can elect to send any startup or shutdown purge gases to a flare. On and after January 30, 2019, the flare must meet the requirements of §63.670. (63.1568(a)(4)(ii), excluding language regarding requirements prior to January 30, 2019 as this is no longer relevant)

   54.17.4.3    You can elect to send any startup or shutdown purge gases to a thermal oxidizer or incinerator operated at a minimum hourly average temperature of 1,200 degrees Fahrenheit in the firebox and a minimum hourly average outlet oxygen ($O_2$) concentration of 2 volume percent (dry basis). (63.1568(a)(4)(iii))

54.18    *How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must (63.1568(b)):

54.18.1    Install, operate, and maintain a continuous monitoring system according to the requirements in 63.1572 and Table 31 of this subpart. (63.1568(b)(1)) The provisions in Table 31 that apply are as follows:

   54.18.1.1    You shall install and operate a continuous emission monitoring system to measure and record the hourly average concentration of $SO_2$ (dry basis) at zero percent excess air for each exhaust stack. This system must

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| --- | --- |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 315 |

include an oxygen monitor for correcting the data for excess air. (Table 31, item 1.a)

54.18.1.2     For startup and shutdown, if complying with 63.1568(a)(4)(ii) (Condition 54.17.4.2), On and after January 30, 2019, monitoring systems as specified in §§63.670 and 63.671. (Table 31, item 4, excluding language regarding requirements prior to January 30, 2019)

54.18.1.3     For startup and shutdown, if complying with 63.1568(a)(4)(iii) (Condition 54.17.4.3), continuous parameter monitoring systems to measure and record the firebox temperature of each thermal incinerator or oxidizer and the oxygen content (percent, dry basis) in the exhaust vent from the incinerator or oxidizer. (Table 31, item 5)

54.18.2     Demonstrate initial compliance with each emission limitation that applies to you according to Table 33 of this subpart. (63.1568(b)(5)) The provisions in Table 33 that apply are as follows:

54.18.2.1     You have demonstrated initial compliance if you have already conducted a performance test to demonstrate initial compliance with the NSPS and each 12-hour rolling average concentration of $SO_2$ emissions measured by the continuous emission monitoring system is less than or equal to 250 ppmv (dry basis) at zero percent excess air. As part of the Notification of Compliance Status, you must certify that your vent meets the $SO_2$ limit. You are not required to do another performance test to demonstrate initial compliance. (Table 33, item 1a, excluding the phrase regarding equation 1 of 60.102a(f)(1)(i), as these units are not subject to NSPS Ja)

54.18.3     Demonstrate initial compliance with the work practice standard in 63.1568(a)(3) by submitting the operation, maintenance, and monitoring plan to your permitting authority as part of your notification of compliance status. (63.1568(b)(6))

54.18.4     Submit the notification of compliance status containing the results of the initial compliance demonstration according to the requirements in §63.1574. (63.1568(b)(7))

54.19     *How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must (63.1568(c)):

54.19.1     Demonstrate continuous compliance with each emission limitation in Tables 29 and 30 of this subpart that applies to you according to the methods specified in Tables 34 and 35 of this subpart. (63.1568(c)(1)) The provisions in Tables 34 and 35 that apply are as follows:

54.19.1.1     Collecting the hourly average $SO_2$ monitoring data (dry basis, percent excess air; determining and recording each 12-hour rolling average concentration of $SO_2$; maintaining each 12-hour rolling average concentration of $SO_2$ at or below the applicable emission limitation; and

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 316 |

reporting any 12-hour rolling average concentration of $SO_2$ greater than the applicable emission limitation in the semiannual compliance report required by §63.1575. (Table 34, item 1a, excluding the phrase regarding equation 1 of 60.102a(f)(1)(i), since these units are not subject to NSPS Ja)

54.19.1.2    If you are meeting the startup and shutdown requirements in 63.1568(a)(4)(ii) (Condition 54.17.4.2), you shall demonstrate continuous compliance by on and after January 30, 2019, complying with the applicable requirements of §63.670. (Table 35, item 4, excluding language regarding requirements prior to January 30, 2019)

54.19.1.3    If you are meeting the startup and shutdown requirements in 63.1568(a)(4)(iii) (Condition 54.17.4.3), you shall demonstrate continuous compliance by:

a. Collecting continuous (at least once every 15 minutes) and hourly average temperature monitoring data according to §63.1572; and maintaining the daily average firebox temperature at or above 1,200 degrees Fahrenheit. (Table 35, item 5.a)

b. Collecting continuous (at least once every 15 minutes) and hourly average $O_2$ monitoring data according to §63.1572; and maintaining the average $O_2$ concentration at or above 2 volume percent (dry basis). (Table 35, item 5.b)

54.19.2    Demonstrate continuous compliance with the work practice standard in 63.1568(a)(3) by complying with the procedures in your operation, maintenance, and monitoring plan. (63.1568(c)(2))

**What are my requirements for HAP emissions from bypass lines? (63.1569)**

54.20    *What work practice standards must I meet? (63.1569(a))*

54.20.1    You must meet each work practice standard in Table 36 of this subpart that applies to you. You can choose from the four options in 63.1569(a)(1)(i) through (iv) (63.1569(a)(1)): Note that since the source is complying with the provisions in paragraphs (a)(i) and (a)(iv), only those paragraphs are included.

54.20.1.1    You can elect to install an automated system (Option 1). (63.1569(a)(1)(i)) This option applies to the T-2005 bypass line. The relevant provisions from Table 36 are as follows:

a. Install and operate a device (including a flow indicator, level recorder, or electronic valve position monitor) to demonstrate, either continuously or at least every hour, whether flow is present in the by bypass line. Install the device at or as near as practical to the entrance

Air Pollution Control Division

Colorado Operating Permit

Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Page 317

to any bypass line that could divert the vent stream away from the control device to the atmosphere. (Table 36, item 1)

54.20.1.2   You can elect to vent to a control device (Option 4). (63.1569(a)(1)(iv)) This option applies to the TGU bypass line. The relevant provisions from Table 36 are as follows:

a. Vent the bypass line to a control device that meets the appropriate requirements in this subpart. (Table 36, item 1) The control device is a flare which is required to meet the requirements in § 63.670 on and after January 30, 2019.

54.20.2   You must prepare an operation, maintenance, and monitoring plan according to the requirements in §63.1574(f) and operate at all times according to the procedures in the plan. (63.1569(a)(3))

54.21   *How do I demonstrate initial compliance with the work practice standards?* You must (63.1569(b)):

54.21.1   If you elect the option in 63.1569(a)(1)(i), conduct each performance test for a bypass line according to the requirements in §63.1571 and under the conditions specified in Table 37 of this subpart. (63.1569(b)(1))

54.21.1.1   You shall record during the performance test for each type of control device whether the flow indicator, level recorder, or electronic valve position monitor was operating and whether flow was detected at any time during each hour of level the three runs comprising the performance test. (Table 37, item 1)

54.21.2   Demonstrate initial compliance with each work practice standard in Table 36 of this subpart that applies to you according to Table 38 of this subpart. (63.1569(b)(2)) The provisions in Table 38 that apply are as follows:

54.21.2.1   For option 1 (Condition 54.20.1.1), you have demonstrated initial compliance if the installed equipment operates properly during each run of the performance test and no flow is present in the line during the test. (Table 38, item 1)

54.21.2.2   For option 2 (Condition 54.20.1.2), you have demonstrated initial compliance if as part of the notification of compliance status, you certify that you installed the equipment, the equipment was operational by your compliance date, and you identify what equipment was installed. (Table 38, item 4)

54.21.3   Demonstrate initial compliance with the work practice standard in 63.1569(a)(3) by submitting the operation, maintenance, and monitoring plan to your permitting authority as part of your notification of compliance status. (63.1569(b)(3))

Air Pollution Control Division                                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit             Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                            Page 318

54.21.4    Submit the notification of compliance status containing the results of the initial compliance demonstration according to the requirements in §63.1574. (63.1569(b)(4))

54.22    *How do I demonstrate continuous compliance with the work practice standards?* You must (63.1569(c)):

54.22.1    Demonstrate continuous compliance with each work practice standard in Table 36 of this subpart that applies to you according to the requirements in Table 39 of this subpart. (63.1569(c)(1)) The provisions in Table 39 that apply are as follows:

54.22.1.1    For option 1 (Condition 54.20.1.1), monitoring and recording on a continuous basis or at least every hour whether flow is present in the bypass line; visually inspecting the device at least once every hour if the device is not equipped with a recording system that provides a continuous record; and recording whether the device is operating properly and whether flow is present in the bypass line. (Table 39, item 1)

54.22.1.2    For option 2 (Condition 54.20.1.2), Monitoring the control device according to appropriate subpart requirements. (Table 39, item 4)

54.22.1.3    For any option, recording and reporting the time and duration of any bypass. (Table 39, item 5)

54.22.2    Demonstrate continuous compliance with the work practice standard in 63.1569(a)(3) by complying with the procedures in your operation, maintenance, and monitoring plan. (63.1569(c)(2))

**What are my general requirements for complying with this subpart? (63.1570)**

54.23    You must be in compliance with all of the non-opacity standards in this subpart at all times. (63.1570(a))

54.24    You must be in compliance with the opacity and visible emission limits in this subpart at all times. (63.1570(b))

54.25    At all times, you must operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. The general duty to minimize emissions does not require you to make any further efforts to reduce emissions if levels required by the applicable standard have been achieved. Determination of whether a source is operating in compliance with operation and maintenance requirements will be based on information available to the Administrator which may include, but is not limited to, monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source. (63.1570(c))

54.26    During the period between the compliance date specified for your affected source and the date upon which continuous monitoring systems have been installed and validated and any applicable

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 319 |

operating limits have been set, you must maintain a log that documents the procedures used to minimize emissions from process and emissions control equipment according to the general duty in paragraph (c) of this section. (63.1570(d))

54.27    You must report each instance in which you did not meet each emission limitation and each operating limit in this subpart that applies to you. This includes periods of startup, shutdown, and malfunction. You also must report each instance in which you did not meet the work practice standards in this subpart that apply to you. These instances are deviations from the emission limitations and work practice standards in this subpart. These deviations must be reported according to the requirements in §63.1575. (63.1570(f))

**How and when do I conduct a performance test or other initial compliance demonstration? (63.1571)**

54.28    *When must I conduct a performance test?* You must conduct initial performance tests and report the results by no later than 150 days after the compliance date specified for your source in §63.1563 and according to the provisions in §§63.7(a)(2) and 63.1574(a)(3). If you are required to do a performance evaluation or test for a semi-regenerative catalytic reforming unit catalyst regenerator vent, you may do them at the first regeneration cycle after your compliance date and report the results in a followup Notification of Compliance Status report due no later than 150 days after the test. You must conduct additional performance tests as specified in paragraphs (a)(5) and (6) of this section and report the results of these performance tests according to the provisions in §63.1575(f). (63.1571(a))

54.28.1    For each emission limitation or work practice standard where initial compliance is not demonstrated using a performance test, opacity observation, or visible emission observation, you must conduct the initial compliance demonstration within 30 calendar days after the compliance date that is specified for your source in §63.1563. (63.1571(a)(1))

54.28.2    For each emission limitation where the averaging period is 30 days, the 30-day period for demonstrating initial compliance begins at 12:00 a.m. on the compliance date that is specified for your source in §63.1563 and ends at 11:59 p.m., 30 calendar days after the compliance date that is specified for your source in §63.1563. (63.1571(a)(2))

54.28.3    *Periodic performance testing for PM or Ni.* Except as provided in 63.1571(a)(5)(i) and (ii), conduct a periodic performance test for PM or Ni for each catalytic cracking unit at least once every 5 years according to the requirements in Table 4 of this subpart. You must conduct the first periodic performance test no later than August 1, 2017 or within 150 days of startup of a new unit. (63.1571(a)(5)) The provisions in 63.1571(a)(5)(i) were not included as the FCCU does not have a PM CEMS.

54.28.3.1    Conduct a performance test annually if you comply with the emission limits in Item 1 (NSPS subpart J) or Item 4 (Option 1a) in Table 1 of this subpart and the PM emissions measured during the most recent

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit           Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 320

performance source test are greater than 0.80 g/kg coke burn-off. (63.1571(a)(5)(ii))

54.28.4    *One-time performance testing for Hydrogen Cyanide (HCN).* Conduct a performance test for HCN from each catalytic cracking unit no later than August 1, 2017 or within 150 days of startup of a new unit according to the applicable requirements in 63.1571(a)(6)(i) and (ii). (63.1571(a)(6))

    54.28.4.1    If you conducted a performance test for HCN for a specific catalytic cracking unit between March 31, 2011 and February 1, 2016, you may submit a request to the Administrator to use the previously conducted performance test results to fulfill the one-time performance test requirement for HCN for each of the catalytic cracking units tested according to the requirements in 63.1571(a)(6)(i)(A) through (D). (63.1571(a)(6)(i))

    54.28.4.2    Unless you receive approval to use a previously conducted performance test to fulfill the one-time performance test requirement for HCN for your catalytic cracking unit as provided in 63.1571(a)(6)(i), conduct a performance test for HCN for each catalytic cracking unit no later than August 1, 2017 according to the requirements in 63.1571(a)(6)(ii)(A) thru (D) (63.1571(a)(6)(ii))

54.29    *What are the general requirements for performance test and performance evaluations?* You must (63.1571(b))

    54.29.1    Performance tests shall be conducted according to the provisions of §63.7(e) except that performance tests shall be conducted at maximum representative operating capacity for the process. During the performance test, you must operate the control device at either maximum or minimum representative operating conditions for monitored control device parameters, whichever results in lower emission reduction. You must not conduct a performance test during startup, shutdown, periods when the control device is bypassed or periods when the process, monitoring equipment or control device is not operating properly. You may not conduct performance tests during periods of malfunction. You must record the process information that is necessary to document operating conditions during the test and include in such record an explanation to support that the test was conducted at maximum representative operating capacity. Upon request, you must make available to the Administrator such records as may be necessary to determine the conditions of performance tests. 63.1571(b)(1))

    54.29.2    Except for opacity and visible emission observations, conduct three separate test runs for each performance test as specified in §63.7(e)(3). Each test run must last at least 1 hour. (63.1571(b)(2))

    54.29.3    Conduct each performance evaluation according to the requirements in §63.8(e). (63.1571(b)(3))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 321 |

54.29.4    Calculate the average emission rate for the performance test by calculating the emission rate for each individual test run in the units of the applicable emission limitation using Equation 2, 5, or 8 of §63.1564, and determining the arithmetic average of the calculated emission rates. (63.1571(b)(4))

54.30    *What procedures must I use for an engineering assessment?* You may choose to use an engineering assessment to calculate the process vent flow rate, net heating value, TOC emission rate, and total organic HAP emission rate expected to yield the highest daily emission rate when determining the emission reduction or outlet concentration for the organic HAP standard for catalytic reforming units. If you use an engineering assessment, you must document all data, assumptions, and procedures to the satisfaction of the applicable permitting authority. An engineering assessment may include the approaches listed in 63.1571(c)(1) through (c)(4). Other engineering assessments may be used but are subject to review and approval by the applicable permitting authority. (63.1571(c))

54.31    *Can I adjust the process or control device measured values when establishing an operating limit?* If you do a performance test to demonstrate compliance, you must base the process or control device operating limits for continuous parameter monitoring systems on the results measured during the performance test. You may adjust the values measured during the performance test according to the criteria in 63.1571(d)(1) through (3). (63.1571(d)) Note that the provisions in 63.1571(d)(1) through (3) don't apply as they are related to Ni limits.

54.31.1    Except as specified in 63.1571(d)(3), if you use continuous parameter monitoring systems, you may adjust one of your monitored operating parameters (flow rate, total power and secondary current, pressure drop, liquid-to-gas ratio) from the average of measured values during the performance test to the maximum value (or minimum value, if applicable) representative of worst-case operating conditions, if necessary. This adjustment of measured values may be done using control device design specifications, manufacturer recommendations, or other applicable information. You must provide supporting documentation and rationale in your Notification of Compliance Status, demonstrating to the satisfaction of your permitting authority, that your affected source complies with the applicable emission limit at the operating limit based on adjusted values. (63.1571(d)(4))

54.32    *Can I change my operating limit?* You may change the established operating limit by meeting the requirements in 63.1571(e)(1) through (3). (63.1571(e)) Note that the provisions in 63.1571(e)(3) do not apply and are not included.

54.32.1    You may change your established operating limit for a continuous parameter monitoring system by doing an additional performance test, a performance test in conjunction with an engineering assessment, or an engineering assessment to verify that, at the new operating limit, you are in compliance with the applicable emission limitation. (63.1571(e)(1))

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 322 |

54.32.2     You must establish a revised operating limit for your continuous parameter monitoring system if you make any change in process or operating conditions that could affect control system performance or you change designated conditions after the last performance or compliance tests were done. You can establish the revised operating limit as described in 63.1571(e)(1). (63.1571(e)(2))

**What are my monitoring installation, operation, and maintenance requirements? (63.1572)**

54.33     You must install, operate, and maintain each continuous emission monitoring system according to the requirements in 63.1572(a)(1) through (4). (63.1572(a))

54.34     You must install, operate, and maintain each continuous opacity monitoring system according to the requirements in 63.1572(b)(1) through (3). (63.1572(b))

54.35     Except for flare monitoring systems, you must install, operate, and maintain each continuous parameter monitoring system according to the requirements in 63.1572(c)(1) through (5). For flares, on and after January 30, 2019, you must install, operate, calibrate, and maintain monitoring systems as specified in §§63.670 and 63.671. Prior to January 30, 2019, you must either meet the monitoring system requirements in 63.1572(c)(1) through (5) or meet the requirements in §§63.670 and 63.671. (63.1572(c))

54.36     You must monitor and collect data according to the requirements in 63.1572(d)(1) and (2).

54.36.1     Except for monitoring malfunctions, associated repairs, and required quality assurance or control activities (including as applicable, calibration checks and required zero and span adjustments), you must conduct all monitoring in continuous operation (or collect data at all required intervals) at all times the affected source is operating. (63.1572(d)(1))

54.36.2     You may not use data recorded during required quality assurance or control activities (including, as applicable, calibration checks and required zero and span adjustments) for purposes of this regulation, including data averages and calculations, for fulfilling a minimum data availability requirement, if applicable. You must use all the data collected during all other periods in assessing the operation of the control device and associated control system. (63.1572(d)(2))

**What are my monitoring alternatives (63.1573)**

*What are the approved alternatives for measuring gas flow rate? (63.1573(a))*

54.37     You may use this alternative to a continuous parameter monitoring system for the catalytic regenerator exhaust gas flow rate for your catalytic cracking unit if the unit does not introduce any other gas streams into the catalyst regeneration vent (*i.e.,* complete combustion units with no additional combustion devices). You may also use this alternative to a continuous parameter monitoring system for the catalytic regenerator atmospheric exhaust gas flow rate for your catalytic reforming unit during the coke burn and rejuvenation cycles if the unit operates as a constant

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 323 |

pressure system during these cycles. You may also use this alternative to a continuous parameter monitoring system for the gas flow rate exiting the catalyst regenerator to determine inlet velocity to the primary internal cyclones as required in § 63.1564(c)(5) (Condition 54.7.3) regardless of the configuration of the catalytic regenerator exhaust vent downstream of the regenerator (*i.e.*, regardless of whether or not any other gas streams are introduced into the catalyst regeneration vent). Except, if you only use this alternative to demonstrate compliance with § 63.1564(c)(5) (Condition 54.7.3), you shall use the procedures in 63.1673(a)(1)(i) through (iii) for the performance test and for monitoring after the performance test. (63.1573(a)(1))

**What notifications must I submit and when? (63.1574)**

54.38    Except as allowed in 63.1574(a)(1) through (3), you must submit all of the notifications in §§63.6(h), 63.7(b) and (c), 63.8(e), 63.8(f)(4), 63.8(f)(6), and 63.9(b) through (h) that apply to you by the dates specified. (63.1574(a)) Note that the provisions in 63.1574(a)(1) do not apply and have not been included.

54.38.1    You must submit the notification of intent to conduct a performance test required in §63.7(b) at least 30 calendar days before the performance test is scheduled to begin (instead of 60 days). (60.1574(a)(2))

54.38.2    If you are required to conduct an initial performance test, performance evaluation, design evaluation, opacity observation, visible emission observation, or other initial compliance demonstration, you must submit a notification of compliance status according to §63.9(h)(2)(ii). You can submit this information in an operating permit application, in an amendment to an operating permit application, in a separate submission, or in any combination. In a State with an approved operating permit program where delegation of authority under section 112(l) of the CAA has not been requested or approved, you must provide a duplicate notification to the applicable Regional Administrator. If the required information has been submitted previously, you do not have to provide a separate notification of compliance status. Just refer to the earlier submissions instead of duplicating and resubmitting the previously submitted information. (63.1574(a)(3)) Initial compliance demonstrations shall be submitted as required by 63.1574(a)(3)(i) and (ii).

54.39    You also must include the information in Table 42 of this subpart in your Notification of Compliance Status. (63.1574(d))

54.40    As required by this subpart, you must prepare and implement an operation, maintenance, and monitoring plan for each control system and continuous monitoring system for each affected source. The purpose of this plan is to detail the operation, maintenance, and monitoring procedures you will follow. (63.1574(f))

54.40.1    You must submit the plan to your permitting authority for review and approval along with your notification of compliance status. While you do not have to include the entire plan in your permit under part 70 or 71 of this chapter, you must include the duty to

---

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 324

prepare and implement the plan as an applicable requirement in your part 70 or 71 operating permit. You must submit any changes to your permitting authority for review and approval and comply with the plan as submitted until the change is approved. (63.1574(f)(1))

54.40.2    Each plan must include, at a minimum, the information specified in 63.1574(f)(2)(i) through (xii). (63.1574(f)(2))

**What reports must I submit and when? (63.1575)**

54.41    You must submit each report in Table 43 of this subpart that applies to you. (63.1575(a)) The reports in Table 43 that apply are as follows:

54.41.1    You must submit a compliance report semiannually according to the requirements in §63.1575(b). If there are no deviations from any emission limitation or work practice standard that applies to you, a statement that there were no deviations from the standards during the reporting period and that no continuous opacity monitoring system or continuous emission monitoring system was inoperative, inactive, out-of-control, repaired, or adjusted; if you have a deviation from any emission limitation or work practice standard during the reporting period, the report must contain the information in §63.1575(c) through (e). (Table 43, item 1)

54.41.2    You must submit performance test and CEMS performance evaluation data on and after February 1, 2016, that contains the information specified in §63.1575(k)(1), semiannually according to the requirements in §63.1575(b) and (f). (Table 43, item 2)

54.42    Unless the Administrator has approved a different schedule, you must submit each report by the date in Table 43 of this subpart and according to the requirements in 63.1575(b)(1) through (5). (63.1575(b)).

54.43    The compliance report must contain the information required in 63.1575(c)(1) through (4). (63.1575(c))

54.44    For each deviation from an emission limitation and for each deviation from the requirements for work practice standards that occurs at an affected source where you are not using a continuous opacity monitoring system or a continuous emission monitoring system to comply with the emission limitation or work practice standard in this subpart, the semiannual compliance report must contain the information in 63.1575(c)(1) through (3) and the information in 63.1575(d)(1) through (4). (63.1575(d))

54.45    For each deviation from an emission limitation occurring at an affected source where you are using a continuous opacity monitoring system or a continuous emission monitoring system to comply with the emission limitation, you must include the information in 63.1575(c)(1) through (3), in 63.1575(d)(1) through (3), and in 63.1575(e)(2) through (13). (63.1575(e))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 325 |

54.46   You also must include the information required in 63.1575(f)(1) through (2) in each compliance report, if applicable. (63.1575(f))

    54.46.1   A copy of any performance test or performance evaluation of a CMS done during the reporting period on any affected unit, if applicable. The report must be included in the next semiannual compliance report. The copy must include a complete report for each test method used for a particular kind of emission point tested. For additional tests performed for a similar emission point using the same method, you must submit the results and any other information required, but a complete test report is not required. A complete test report contains a brief process description; a simplified flow diagram showing affected processes, control equipment, and sampling point locations; sampling site data; description of sampling and analysis procedures and any modifications to standard procedures; quality assurance procedures; record of operating conditions during the test; record of preparation of standards; record of calibrations; raw data sheets for field sampling; raw data sheets for field and laboratory analyses; documentation of calculations; and any other information required by the test method. For data collected using test methods supported by the EPA's Electronic Reporting Tool (ERT) as listed on the EPA's ERT website (*https://www.epa.gov/electronic-reporting-air-emissions/electronic-reporting-tool-ert*) at the time of the test, you must submit the results in accordance with 63,1575(k)(1)(i) by the date that you submit the compliance report, and instead of including a copy of the test report in the compliance report, you must include the process unit(s) tested, the pollutant(s) tested, and the date that such performance test was conducted in the compliance report. For performance evaluations of CMS measuring relative accuracy test audit (RATA) pollutants that are supported by the EPA's ERT as listed on the EPA's ERT website at the time of the evaluation, you must submit the results in accordance with 63,1575(k)(2)(i) by the date that you submit the compliance report, and you must include the process unit where the CMS is installed, the parameter measured by the CMS, and the date that the performance evaluation was conducted in the compliance report. All other performance test and performance evaluation results (*i.e.,*those not supported by EPA's ERT) must be reported in the compliance report. (63.1575(f)(1))

    54.46.2   Any requested change in the applicability of an emission standard (*e.g.,* you want to change from the PM standard to the Ni standard for catalytic cracking units or from the HCl concentration standard to percent reduction for catalytic reforming units) in your compliance report. You must include all information and data necessary to demonstrate compliance with the new emission standard selected and any other associated requirements. (63.1575(f)(2))

54.47   You may submit reports required by other regulations in place of or as part of the compliance report if they contain the required information. (63.1575(g))

54.48   If the applicable permitting authority has approved a period of planned maintenance for your catalytic cracking unit according to the requirements in 63.1575(j), you must include the following information in your compliance report. (63.1575(i))

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
|  | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 326

54.48.1    In the compliance report due for the 6-month period before the routine planned maintenance is to begin, you must include a full copy of your written request to the applicable permitting authority and written approval received from the applicable permitting authority. (63.1575(i)(1))

54.48.2    In the compliance report due after the routine planned maintenance is complete, you must include a description of the planned routine maintenance that was performed for the control device during the previous 6-month period, and the total number of hours during those 6 months that the control device did not meet the emission limitations and monitoring requirements as a result of the approved routine planned maintenance. (63.1575(i)(2))

54.49    *Electronic submittal of performance test and CEMS performance evaluation data.* For performance tests or CEMS performance evaluations conducted on and after February 1, 2016, if required to submit the results of a performance test or CEMS performance evaluation, you must submit the results according to the procedures in 63.1575(k)(1) and (2). (63.1575(k))

54.49.1    Unless otherwise specified by this subpart, within 60 days after the date of completing each performance test as required by this subpart, you must submit the results of the performance tests following the procedure specified in either 63.1575(k)(1)(i) or (ii). (63.1575(k)(1))

54.49.2    Unless otherwise specified by this subpart, within 60 days after the date of completing each CEMS performance evaluation required by §63.1571(a) and (b), you must submit the results of the performance evaluation following the procedure specified in either 63.1575(k)(2)(i) or (ii). (63.1575(k)(2))

54.50    *Extensions to electronic reporting deadlines.* (63.1575(l))

54.50.1    If you are required to electronically submit a report through the Compliance and Emissions Data Reporting Interface (CEDRI) in the EPA's Central Data Exchange (CDX), and due to a planned or actual outage of either the EPA's CEDRI or CDX systems within the period of time beginning 5 business days prior to the date that the submission is due, you will be or are precluded from accessing CEDRI or CDX and submitting a required report within the time prescribed, you may assert a claim of EPA system outage for failure to timely comply with the reporting requirement. You must submit notification to the Administrator in writing as soon as possible following the date you first knew, or through due diligence should have known, that the event may cause or caused a delay in reporting. You must provide to the Administrator a written description identifying the date(s) and time(s) the CDX or CEDRI were unavailable when you attempted to access it in the 5 business days prior to the submission deadline; a rationale for attributing the delay in reporting beyond the regulatory deadline to the EPA system outage; describe the measures taken or to be taken to minimize the delay in reporting; and identify a date by which you propose to report, or if you have already met the reporting requirement at the time of the notification, the date you reported. In

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 327 |

any circumstance, the report must be submitted electronically as soon as possible after the outage is resolved. The decision to accept the claim of EPA system outage and allow an extension to the reporting deadline is solely within the discretion of the Administrator. (63.1575(l)(1))

54.50.2    If you are required to electronically submit a report through CEDRI in the EPA's CDX and a force majeure event is about to occur, occurs, or has occurred or there are lingering effects from such an event within the period of time beginning 5 business days prior to the date the submission is due, the owner or operator may assert a claim of force majeure for failure to timely comply with the reporting requirement. For the purposes of this section, a force majeure event is defined as an event that will be or has been caused by circumstances beyond the control of the affected facility, its contractors, or any entity controlled by the affected facility that prevents you from complying with the requirement to submit a report electronically within the time period prescribed. Examples of such events are acts of nature (*e.g.,* hurricanes, earthquakes, or floods), acts of war or terrorism, or equipment failure or safety hazard beyond the control of the affected facility (*e.g.,* large scale power outage). If you intend to assert a claim of force majeure, you must submit notification to the Administrator in writing as soon as possible following the date you first knew, or through due diligence should have known, that the event may cause or caused a delay in reporting. You must provide to the Administrator a written description of the force majeure event and a rationale for attributing the delay in reporting beyond the regulatory deadline to the force majeure event; describe the measures taken or to be taken to minimize the delay in reporting; and identify a date by which you propose to report, or if you have already met the reporting requirement at the time of the notification, the date you reported. In any circumstance, the reporting must occur as soon as possible after the force majeure event occurs. The decision to accept the claim of force majeure and allow an extension to the reporting deadline is solely within the discretion of the Administrator. (63.1575(l)(2))

**What records must I keep, in what form, and for how long? (63.1576)**

54.51    You must keep the records specified in 63.1576(a)(1) through (3). (63.1576(a))

54.52    For each continuous emission monitoring system and continuous opacity monitoring system, you must keep the records required in 63.1576(b)(1) through (5). (63.1576(b))

54.53    You must keep the records in 63.6(h) for visible emission observations. (63.1576(c))

54.54    You must keep records required by Tables 6, 7, 13, and 14 of this subpart (for catalytic cracking units); Tables 20, 21, 27 and 28 of this subpart (for catalytic reforming units); Tables 34 and 35 of this subpart (for sulfur recovery units); and Table 39 of this subpart (for bypass lines) to show continuous compliance with each emission limitation that applies to you. (63.1576(d))

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 328 |

54.55    You must keep a current copy of your operation, maintenance, and monitoring plan onsite and available for inspection. You also must keep records to show continuous compliance with the procedures in your operation, maintenance, and monitoring plan. (63.1576(e))

54.56    You also must keep the records of any changes that affect emission control system performance including, but not limited to, the location at which the vent stream is introduced into the flame zone for a boiler or process heater. (63.1576(f))

54.57    Your records must be in a form suitable and readily available for expeditious review according to 63.10(b)(1). (63.1576(g))

54.58    As specified in 63.10(b)(1), you must keep each record for 5 years following the date of each occurrence, measurement, maintenance, corrective action, report, or record. (63.1576(h))

54.59    You must keep each record on site for at least 2 years after the date of each occurrence, measurement, maintenance, corrective action, report, or record, according to 63.10(b)(1). You can keep the records offsite for the remaining 3 years. (63.1576(i))

**What parts of the General Provisions apply to me? (63.1577)**

54.60    Table 44 of this subpart shows which parts of the General Provisions in §§63.1 through 63.15 apply to you. (63.1577) The requirements in Table 6 that apply to this facility, include bur are not limited to the following:

    54.60.1    Prohibited activities and circumvention in §63.4.

    54.60.2    §63.6: Operation and maintenance requirements in §63.6(e)(1)(iii), compliance with non-opacity standards in §63.6(f)(2) & (f)(3) (the cross-references to §63.6(f)(1) and (e)(1)(i) are changed to §63.1570(c) and subpart UUU specifies how and when the performance test results are reported) and compliance with opacity and visible emission standards in 63.6(h)(2)(iii), (h)(4) (applies to Method 22 (40 CFR part 60, appendix A-7) tests), (h)(6), (h)(7) (except paragraph (ii) and for paragraph (i), except the subpart specifies how and when the performance test results are reported) & (h)(8) (except subpart UUU specifies how and when performance test results are reported).

    54.60.3    §63.7: The applicability and performance test date requirements in §63.7(a)(1) thru (4) (except under (a)(1) subpart UUU specifies specific test and demonstration procedures & (a)(2), except subpart UUU specifies that the results of initial performance tests must be submitted within 150 days after the compliance date), the notification of performance test in §63.7(b) (except it is due 30 days prior to the performance test), QA/QC requirements in §63.7(c), the performance testing facilities requirement in §63.7(d), the conduct of performance test requirements in §63.7(e)(2) thru (4) and data analysis, recordkeeping, reporting in §63.7(g) (except subpart UUU specifies how and when the performance test or performance evaluation results are reported, and §63.7(g)(2) is reserved and does not apply).

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 329

54.60.4    §63.8: The applicability requirements in §63.8(a)(1) thru (4) (except that in (a)(2) for a flare complying with 63.670, the cross-reference to 63.11 does not include 63.11(b)), conduct of monitoring requirements in §63.8(b), operation and continuous monitoring system requirements in §63.8(c)(1) ) (excluding (c)(1)(i) and (iii)), (c)(2) thru (3) (except that subpart UUU specifies that for continuous parameter monitoring systems, operational status verification includes completion of manufacturer written specifications or installation, operation, and calibration of the system or other written procedures that provide adequate assurance that the equipment will monitor accurately), (c)(4) thru (c)(8), the quality control program in §63.8(d)(1) thru (3), the performance evaluation in §63.8(e) (except subpart UUU specifies how and when the performance evaluation results are reported.) and data reduction in §63.8(g)(1) thru (4) (applies to continuous opacity monitoring system or continuous emission monitoring system).

54.60.5    §63.9: Notification of performance test in §63.9(e) (except that notification is required at least 30 days before test), notification of VE/opacity test in §63.9(f), continuous monitoring system notifications in §63.9(g) and notification of compliance status (except that subpart UUU specifies the notification is due no later than 150 days after compliance date, and except that the reference to §63.5(d)(1)(ii)(H) in §63.9(h)(5) does not apply).

54.60.6    §63.10: The general recordkeeping requirements in §63.10(b)(1), (b)(2)(iii) and (vi) thru (xiv), additional recordkeeping requirements for sources with continuous monitoring systems in §63.10(c)(1) thru (8) & (12 thru (14), the general reporting requirements in §63.10(d)(1), (3) & (4) and additional reporting requirements for sources with continuous monitoring systems in §63.10(e)(1), (2) & (4) (except that subpart UUU specifies how and when performance evaluation and performance test results are reported).

54.60.7    The control device and work practice requirements in §63.11, except that flares complying with §63.670 are not subject to the requirements of §63.11(b). Note that the requirements in 63.11(b) apply until January 30, 2019 (compliance date for flare requirements) unless the source opts to comply with the flare requirements prior to January 30, 2019.

**55.    40 CFR Part 60 Subpart VVa – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006**

The provisions in Subpart VVa are not directly applicable to the equipment at this facility but portions are applicable as specified in 40 CFR Part 60 Subpart GGGa.

Stayed Requirements: The definitions of "process unit" and "capital expenditure" in NSPS Subpart VVa have been stayed (see 60.480a(f) and 73 FR 31376, June 2, 2008). While the definitions of "process unit" and "capital expenditure are stayed owners or operations shall use the definition of "process unit" provided

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 330

in §60.480a(f)(2)(i) in Subpart VVa and the definition of "capital expenditure" in §60.481 in Subpart VV. In addition 60.482-1a(g) and 60.482-11a were also stayed in the June, 2008 FR notice and so have not been included in the permit.

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 60 Subpart VVa published in the Federal Register on June 2, 2008. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60, Subpart VVa. The relevant requirements in 40 CFR Part 60 Subpart VVa include, but are not limited to the following:

**Standards: General (60.482-1a)**

55.1   Each owner or operator subject to the provisions of this subpart shall demonstrate compliance with the requirements of §§60.482–1a through 60.482–10a or §60.480a(e) for all equipment within 180 days of initial startup. (60.482-1a(a))

55.2   Compliance with §§60.482–1a to 60.482–10a will be determined by review of records and reports, review of performance test results, and inspection using the methods and procedures specified in §60.485a. (60.482-1a(b))

55.3   An owner or operator may request a determination of equivalence of a means of emission limitation to the requirements of §§60.482-2a, 60.482-3a, 60.482-5a, 60.482-6a, 60.482-7a, 60.482-8a, and 60.482-10a as provided in §60.484a. (60.482-1a(c)(1))

    55.3.1   If the Administrator makes a determination that a means of emission limitation is at least equivalent to the requirements of §60.482-2a, §60.482-3a, §60.482-5a, §60.482-6a, §60.482-7a, §60.482-8a, or §60.482-10a, an owner or operator shall comply with the requirements of that determination. (60.482-1a(c)(2))

55.4   Equipment that is in vacuum service is excluded from the requirements of §§60.482–2a through 60.482–10a if it is identified as required in §60.486a(e)(5). (60.482-1a(d))

55.5   Equipment that an owner or operator designates as being in VOC service less than 300 hr/yr is excluded from the requirements of §§60.482–2a through 60.482–11a if it is identified as required in §60.486a(e)(6) and it meets any of the conditions specified in §60.482-1a(e)(1) through (3). (§60.182-1a(e))

55.6   If a dedicated batch process unit operates less than 365 days during a year, an owner or operator may monitor to detect leaks from pumps, valves, and open-ended valves or lines at the frequency specified in the table in §60.482-1a(f)(1) instead of monitoring as specified in §§60.482–2a, 60.482–7a, and 60.483.2a. (§60.482-1a(f)(1))

    55.6.1   Pumps and valves that are shared among two or more batch process units that are subject to this subpart may be monitored at the frequencies specified in 60.482-1a(f)(1), provided the operating time of all such process units is considered. (60.482-1a(f)(2))

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 331

55.6.2    The monitoring frequencies specified in 60.482-1a(f)(1) are not requirements for monitoring at specific intervals and can be adjusted to accommodate process operations. An owner or operator may monitor at any time during the specified monitoring period (e.g., month, quarter, year), provided the monitoring is conducted at a reasonable interval after completion of the last monitoring campaign. Reasonable intervals are defined in 60.482-1a(f)(3)(i) through (iv). (60.482-1a(f)(3))

55.7    60.482-1a(g) – This requirement has been stayed until further notice and is not include in the permit (see 73 FR 31376, June 2, 2008).

**Standards: Standards Pumps in light liquid service (60.482-2a)**

55.8    Each pump in light liquid service shall be monitored monthly to detect leaks by the methods specified in §60.485a(b), except as provided in §60.482–1a(c) and (f) and paragraphs (d), (e), and (f) of this section. A pump that begins operation in light liquid service after the initial startup date for the process unit must be monitored for the first time within 30 days after the end of its startup period, except for a pump that replaces a leaking pump and except as provided in §60.482–1a(c) and §60.482-2a(d), (e), and (f). (§60.482-2a(a)(1))

55.9    Each pump in light liquid service shall be checked by visual inspection each calendar week for indications of liquids dripping from the pump seal, except as provided in §60.482–1a(f). (§60.482-2a(a)(2))

55.10    The instrument reading that defines a leak is specified in §60.482-2a(b)(1)(i) and (ii). (§60.482-2a(b))

55.11    If there are indications of liquids dripping from the pump seal, the owner or operator shall follow the procedure specified in either §60.482-2a(b)(2)(i) or (ii). This requirement does not apply to a pump that was monitored after a previous weekly inspection and the instrument reading was less than the concentration specified in §60.482-2a(b)(1)(i) or (ii), whichever is applicable. (§60.482-2a(b)(2))

55.12    When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9a. (§60.482-2a(c)(1))

55.13    A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. First attempts at repair include, but are not limited to, the practices described in §60.382-2a(c)(2)(i) and (ii), where practicable. (§60.482-2a(c)(2))

55.14    Each pump equipped with a dual mechanical seal system that includes a barrier fluid system is exempt from the requirements of §60.482-2a(a), provided the requirements specified in §60.482-2a(d)(1) through (6) are met. (§60.482-2a(d))

55.15    Any pump that is designated, as described in §60.486a(e)(1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of §60.482-2a(a), (c), and (d) if the pump (§60.482-2a(e)):

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 332 |

55.15.1   Has no externally actuated shaft penetrating the pump housing (60.482-2a(e)(1));

55.15.2   Is demonstrated to be operating with no detectable emissions as indicated by an instrument reading of less than 500 ppm above background as measured by the methods specified in §60.485a(c) (60.482-2a(e)(2)); and

55.15.3   Is tested for compliance with 60.482-2a(e)(2) initially upon designation, annually, and at other times requested by the Administrator. (60.482-2a(e)(3))

55.16   If any pump is equipped with a closed vent system capable of capturing and transporting any leakage from the seal or seals to a process or to a fuel gas system or to a control device that complies with the requirements of §60.482–10a, it is exempt from §60.482-2a(a) through (e). ((§60.482-2a(f))

55.17   Any pump that is designated, as described in §60.486a(f)(1), as an unsafe-to-monitor pump is exempt from the monitoring and inspection requirements of §60.482-2a(a) and (d)(4) through (6) if it meets the requirements in §60.482-2a(g)(1) and (2). (§60.482-2a(g))

55.18   Any pump that is located within the boundary of an unmanned plant site is exempt from the weekly visual inspection requirement of §60.482-2a(a)(2) and (d)(4), and the daily requirements of §60.482-2a(d)(5), provided that each pump is visually inspected as often as practicable and at least monthly. (§60.482-2a(h))

**Standards: Compressors (60.482-3a)**

55.19   Each compressor shall be equipped with a seal system that includes a barrier fluid system and that prevents leakage of VOC to the atmosphere, except as provided in §60.482–1a(c) and §60.482-3a(h), (i), and (j). (§60.482-3a(a))

55.20   Each compressor seal system as required in §60.482-3a(a) of this section shall be (§60.482-3a(b)):

55.20.1   Operated with the barrier fluid at a pressure that is greater than the compressor stuffing box pressure; or

55.20.2   Equipped with a barrier fluid system degassing reservoir that is routed to a process or fuel gas system or connected by a closed vent system to a control device that complies with the requirements of §60.482–10a; or

55.20.3   Equipped with a system that purges the barrier fluid into a process stream with zero VOC emissions to the atmosphere.

55.21   The barrier fluid system shall be in heavy liquid service or shall not be in VOC service. (§60.482-3a(c))

55.22   Each barrier fluid system as described in §60.482-3a(a) shall be equipped with a sensor that will detect failure of the seal system, barrier fluid system, or both. (§60.482-3a(d))

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 333

55.23   Each sensor as required in §60.482-3a(d) shall be checked daily or shall be equipped with an audible alarm. (60.482-3a(e)(1))

55.24   The owner or operator shall determine, based on design considerations and operating experience, a criterion that indicates failure of the seal system, the barrier fluid system, or both. (60.482-3a(e)(2))

55.25   If the sensor indicates failure of the seal system, the barrier system, or both based on the criterion determined under §60.482-3a(e)(2), a leak is detected. (60.482-3a(f))

55.26   When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9a. (60.482-3a(g)(1))

55.27   A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-3a(g)(2))

55.28   A compressor is exempt from the requirements of §60.482-3a(a) and (b), if it is equipped with a closed vent system to capture and transport leakage from the compressor drive shaft back to a process or fuel gas system or to a control device that complies with the requirements of §60.482–10a, except as provided in §60.482-3a(i). (60.482-3a(h))

55.29   Any compressor that is designated, as described in §60.486(e)(1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of §60.482-3a(a) through (h) if the compressor (60.482-3a(i)):

    55.29.1   Is demonstrated to be operating with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as measured by the methods specified in §60.485a(c) (60.482-3a(i)(1)); and

    55.29.2   Is tested for compliance with §60.482-3a(i)(1) of this section initially upon designation, annually, and at other times requested by the Administrator. (60.482-3a(i)(2))

55.30   Any existing reciprocating compressor in a process unit which becomes an affected facility under provisions of §60.14 or §60.15 is exempt from §60.482-3a(a) through (e) and (h), provided the owner or operator demonstrates that recasting the distance piece or replacing the compressor are the only options available to bring the compressor into compliance with the provisions of §60.482-3a(a) through (e) and (h). (60.482-3a(j))

**Standards: Pressure relief devices in gas/vapor service (60.482-4a)**

55.31   Except during pressure releases, each pressure relief device in gas/vapor service shall be operated with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as determined by the methods specified in §60.485a(c). (§60.482-4a(a)

55.32   After each pressure release, the pressure relief device shall be returned to a condition of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above

---

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 334

background, as soon as practicable, but no later than 5 calendar days after the pressure release, except as provided in §60.482–9a. (§60.482-4a(b)(1))

55.33    No later than 5 calendar days after the pressure release, the pressure relief device shall be monitored to confirm the conditions of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, by the methods specified in §60.485a(c). (§60.482-4a(b)(2))

55.34    Any pressure relief device that is routed to a process or fuel gas system or equipped with a closed vent system capable of capturing and transporting leakage through the pressure relief device to a control device as described in §60.482–10a is exempted from the requirements of paragraphs (a) and (b) of this section. (§60.482-4a(c))

55.35    Any pressure relief device that is equipped with a rupture disk upstream of the pressure relief device is exempt from the requirements of 60.482-4a(a) and (b), provided the owner or operator complies with the requirements in §60.482-4a(d)(2). (§60.482-4a(d)(1))

55.36    After each pressure release, a new rupture disk shall be installed upstream of the pressure relief device as soon as practicable, but no later than 5 calendar days after each pressure release, except as provided in §60.482–9a. (§60.482-4a(d)(2))

**Standards: Sampling connection systems (60.482-5a)**

55.37    Each sampling connection system shall be equipped with a closed-purge, closed-loop, or closed-vent system, except as provided in §60.482–1a(c) and 60.482-5a(c). (§60.482-5a(a))

55.38    Each closed-purge, closed-loop, or closed-vent system as required in §60.482-5a(a) shall comply with the requirements specified in 60.482-5a(b)(1) through (4). (§60.482-5a(b))

55.39    In-situ sampling systems and sampling systems without purges are exempt from the requirements of 60.482-5a(a) and (b). (§60.482-5a(c))

**Standards: Open-ended valves or lines (60.482-6a)**

55.40    Each open-ended valve or line shall be equipped with a cap, blind flange, plug, or a second valve, except as provided in §60.482–1a(c) and §60.482-6a(d) and (e). (§60.482-6a(a)(1))

55.41    The cap, blind flange, plug, or second valve shall seal the open end at all times except during operations requiring process fluid flow through the open-ended valve or line. (§60.482-6a(a)(2))

55.42    When a double block-and-bleed system is being used, the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with paragraph (a) of this section at all other times. (§60.482-6a(b))

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 335

55.43    When a double block-and-bleed system is being used, the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with 60.482-6a(a) at all other times. (§60.482-6a(c))

55.44    Open-ended valves or lines in an emergency shutdown system which are designed to open automatically in the event of a process upset are exempt from the requirements of 60.482-6a(a), (b), and (c). (§60.482-6a(d))

55.45    Open-ended valves or lines containing materials which would autocatalytically polymerize or would present an explosion, serious overpressure, or other safety hazard if capped or equipped with a double block and bleed system as specified in §60.482-6a(a) through (c) are exempt from the requirements of 60.482-6a(a) through (c). (§60.482-6a(e))

**Standards: Valves in gas/vapor service and in light liquid service (60.482-7a)**

55.46    Each valve shall be monitored monthly to detect leaks by the methods specified in §60.485a(b) and shall comply with 60.482-7a(b) through (e), except as provided in 60.482-7a(f), (g), and (h), §60.482–1a(c) and (f), and §§60.483–1a and 60.483–2a. (§60.482-7a(a)(1))

55.47    A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for the process unit must be monitored according to 60.482-7a(a)(2)(i) or (ii), except for a valve that replaces a leaking valve and except as provided in 60.482-7a(f), (g), and (h) of this section, §60.482–1a(c), and §§60.483–1a and 60.483–2a. (§60.482-7a(a)(2))

55.48    If an instrument reading of 500 ppm or greater is measured, a leak is detected. (§60.482-7a(b))

55.49    Any valve for which a leak is not detected for 2 successive months may be monitored the first month of every quarter, beginning with the next quarter, until a leak is detected. (§60.482-7a(c)(1)(i))

55.50    As an alternative to monitoring all of the valves in the first month of a quarter, an owner or operator may elect to subdivide the process unit into two or three subgroups of valves and monitor each subgroup in a different month during the quarter, provided each subgroup is monitored every 3 months. The owner or operator must keep records of the valves assigned to each subgroup. (§60.482-7a(c)(1)(ii))

55.51    If a leak is detected, the valve shall be monitored monthly until a leak is not detected for 2 successive months. (§60.482-7a(c)(2))

55.52    When a leak is detected, it shall be repaired as soon as practicable, but no later than 15 calendar days after the leak is detected, except as provided in §60.482–9a. (§60.482-7a(d)(1))

55.53    A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (§60.482-7a(d)(2))

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 336 |

55.54    First attempts at repair include, but are not limited to, the best practices specified in 60.482-7a(e)(1) through (4) where practicable (§60.482-7a(e))

55.55    Any valve that is designated, as described in §60.486a(e)(2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-7a(a) if the valve (§60.482-7a(f)):

    55.55.1    Has no external actuating mechanism in contact with the process fluid (60.482-7a(f)(1)),

    55.55.2    Is operated with emissions less than 500 ppm above background as determined by the method specified in §60.485a(c) (60.482-7a(f)(2)), and

    55.55.3    Is tested for compliance with 60.482-7a(f)(2) initially upon designation, annually, and at other times requested by the Administrator. (60.482-7a(f)(3))

55.56    Any valve that is designated, as described in §60.486a(f)(1), as an unsafe-to-monitor valve is exempt from the requirements of 60.482-7a (a) if (§60.482-7a(g)):

    55.56.1    The owner or operator of the valve demonstrates that the valve is unsafe to monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with 60.482-7a(a) (60.482-7a(g)(1)), and

    55.56.2    The owner or operator of the valve adheres to a written plan that requires monitoring of the valve as frequently as practicable during safe-to-monitor times. (60.482-7a(g)(2))

55.57    Any valve that is designated, as described in §60.486a(f)(2), as a difficult-to-monitor valve is exempt from the requirements of 60.482-7(a) if (§60.482-7a(h)):

    55.57.1    The owner or operator of the valve demonstrates that the valve cannot be monitored without elevating the monitoring personnel more than 2 meters above a support surface. (60.482-7a(h)(1))

    55.57.2    The process unit within which the valve is located either becomes an affected facility through §60.14 or §60.15 and was constructed on or before January 5, 1981; or has less than 3.0 percent of its total number of valves designated as difficult-to-monitor by the owner or operator. (60.482-7a(h)(2))

    55.57.3    The owner or operator of the valve follows a written plan that requires monitoring of the valve at least once per calendar year. (60.482-7a(h)(3))

**Standards: Pumps, valves, and connectors in heavy liquid service and pressure relief devices in light liquid or heavy liquid service (60.482-8a)**

Air Pollution Control Division                                Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                           Page 337

55.58   If evidence of a potential leak is found by visual, audible, olfactory, or any other detection method at pumps, valves, and connectors in heavy liquid service and pressure relief devices in light liquid or heavy liquid service, the owner or operator shall follow either one of the following procedures (§60.482-8a(a)):

   55.58.1   The owner or operator shall monitor the equipment within 5 days by the method specified in §60.485a(b) and shall comply with the requirements of 60.482-8a(b) through (d). (§60.482-8a(a)(1))

   55.58.2   The owner or operator shall eliminate the visual, audible, olfactory, or other indication of a potential leak within 5 calendar days of detection. (§60.482-8a(a)(2))

55.59   If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (§60.482-8a(b))

55.60   When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9a. (§60.482-8a(c)(1))

55.61   The first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (§60.482-8a(c)(2))

55.62   First attempts at repair include, but are not limited to, the best practices described under §§60.482–2a(c)(2) and 60.482–7a(e). (§60.482-8a(d))

**Standards: Delay of Repair (60.482-9a)**

55.63   Delay of repair of equipment for which leaks have been detected will be allowed if repair within 15 days is technically infeasible without a process unit shutdown. Repair of this equipment shall occur before the end of the next process unit shutdown. Monitoring to verify repair must occur within 15 days after startup of the process unit. (§60.482-9a(a))

55.64   Delay of repair of equipment will be allowed for equipment which is isolated from the process and which does not remain in VOC service. (§60.482-9a(b))

55.65   Delay of repair for valves and connectors will be allowed if (§60.482-9a(c)):

   55.65.1   The owner or operator demonstrates that emissions of purged material resulting from immediate repair are greater than the fugitive emissions likely to result from delay of repair (60.489-9a(c)(1)), and

   55.65.2   When repair procedures are effected, the purged material is collected and destroyed or recovered in a control device complying with §60.482-10a. (60.489-9a(c)(2))

55.66   Delay of repair for pumps will be allowed if (60.482-9a(d):

   55.66.1   Repair requires the use of a dual mechanical seal system that includes a barrier fluid system (§60.482-9a(d)(1)), and

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 338

55.66.2    Repair is completed as soon as practicable, but not later than 6 months after the leak was detected. (§60.482-9a(d)(2))

55.67    Delay of repair beyond a process unit shutdown will be allowed for a valve, if valve assembly replacement is necessary during the process unit shutdown, valve assembly supplies have been depleted, and valve assembly supplies had been sufficiently stocked before the supplies were depleted. Delay of repair beyond the next process unit shutdown will not be allowed unless the next process unit shutdown occurs sooner than 6 months after the first process unit shutdown. (§60.482-9a(e))

55.68    When delay of repair is allowed for a leaking pump, valve, or connector that remains in service, the pump, valve, or connector may be considered to be repaired and no longer subject to delay of repair requirements if two consecutive monthly monitoring instrument readings are below the leak definition. (§60.482-9a(f))

**Standards: Closed vent systems and control devices (60.482-10a)**

55.69    Owners or operators of closed vent systems and control devices used to comply with provisions of 40 CFR Part 60 Subpart VVa shall comply with the provisions of this section. (§60.482-10a(a))

55.70    Vapor recovery systems (for example, condensers and absorbers) shall be designed and operated to recover the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 parts per million by volume (ppmv), whichever is less stringent. (§60.482-10a(b))

55.71    Enclosed combustion devices shall be designed and operated to reduce the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 ppmv, on a dry basis, corrected to 3 percent oxygen, whichever is less stringent or to provide a minimum residence time of 0.75 seconds at a minimum temperature of 816 °C. (§60.482-10a(c))

55.72    Flares used to comply with 40 CFR Part 60 Subpart VVa shall comply with the requirements of §60.18. (§60.482-10a(d))

55.73    Owners or operators of control devices used to comply with the provisions of 40 CFR Part 60 Subpart VVa shall monitor these control devices to ensure that they are operated and maintained in conformance with their designs. (§60.482-10a(e))

55.74    Except as provided in 60.482-10a(i) through (k), each closed vent system shall be inspected according to the procedures and schedule specified in 60.482-10a(f)(1) and (2). (§60.482-10a(f))

55.75    Leaks, as indicated by an instrument reading greater than 500 ppmv above background or by visual inspections, shall be repaired as soon as practicable except as provided in 60.482-10a(h). (§60.482-10a(g))

55.75.1    A first attempt at repair shall be made no later than 5 calendar days after the leak is detected. (§60.482-10a(g)(1))

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                     Page 339

55.75.2   Repair shall be completed no later than 15 calendar days after the leak is detected. (§60.482-10a(g)(2))

55.76   Delay of repair of a closed vent system for which leaks have been detected is allowed if the repair is technically infeasible without a process unit shutdown or if the owner or operator determines that emissions resulting from immediate repair would be greater than the fugitive emissions likely to result from delay of repair. Repair of such equipment shall be complete by the end of the next process unit shutdown. (§60.482-10a(h))

55.77   If a vapor collection system or closed vent system is operated under a vacuum, it is exempt from the inspection requirements of 60.482-10a(f)(1)(i) and (f)(2). (§60.482-10a(i))

55.78   Any parts of the closed vent system that are designated, as described in paragraph (l)(1) of this section, as unsafe to inspect are exempt from the inspection requirements of 60.482-10a(f)(1)(i) and (f)(2) if they comply with the requirements specified in 60.482-10a(j)(1) and (2). (§60.482-10a(j))

55.78.1   The owner or operator determines that the equipment is unsafe to inspect because inspecting personnel would be exposed to an imminent or potential danger as a consequence of complying with 60.482-10a(f)(1)(i) or (f)(2) (60.482-10a(j)(1)); and

55.78.2   The owner or operator has a written plan that requires inspection of the equipment as frequently as practicable during safe-to-inspect times. (60.482-10a(j)(2))

55.79   Any parts of the closed vent system that are designated, as described in 60.482-10a(l)(2), as difficult to inspect are exempt from the inspection requirements of 60.482-10a(f)(1)(i) and (f)(2) if they comply with the requirements specified in 60.482-10a(k)(1) through (3). (§60.482-10a(k))

55.79.1   The owner or operator determines that the equipment cannot be inspected without elevating the inspecting personnel more than 2 meters above a support surface (60.482-10a(k)(1)); and

55.79.2   The process unit within which the closed vent system is located becomes an affected facility through §§60.14 or 60.15, or the owner or operator designates less than 3.0 percent of the total number of closed vent system equipment as difficult to inspect (60.482-10a(k)(2)); and

55.79.3   The owner or operator has a written plan that requires inspection of the equipment at least once every 5 years. A closed vent system is exempt from inspection if it is operated under a vacuum. (60.482-10a(k)(3))

55.80   The owner or operator shall record the information specified in 60.482-10a(l)(1) through (5). (§60.482-10a(l))

55.81   Closed vent systems and control devices used to comply with provisions of 40 CFR Part 60 Subpart VVa shall be operated at all times when emissions may be vented to them. (§60.482-10a(m))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 340 |

**Standards: Connectors in gas/vapor service and in light liquid service (60.482-11a)**

The requirements in 60.482-11a have been stayed until further notice and are not included in the permit (See 73 FR 31376, June 2, 2008).

**Alternative standards for valves – allowable percentage of leaking valves (60.483-1a)**

55.82    An owner or operator may elect to comply with an allowable percentage of valves leaking of equal to or less than 2.0 percent. (60.483-1a(a))

55.83    The requirements in 60.483-1a(b)(1) through (3) shall be met if an owner or operator wishes to comply with an allowable percentage of valves leaking. (60.483-1a(b))

55.84    Performance tests shall be conducted in accordance with the requirements in 60.483-1a(c)(1) through (3).

55.85    Owners and operators who elect to comply with this alternative standard shall not have an affected facility with a leak percentage greater than 2.0 percent, determined as described in §60.485a(h). (60.483-1a(d))

**Alternative standards for valves – skip period leak detection and repair (60.483-2a)**

55.86    An owner or operator may elect to comply with one of the alternative work practices specified in 60.483-2a(b)(2) and (3). (60.483-2a(a)(1))

55.87    An owner or operator must notify the Administrator before implementing one of the alternative work practices, as specified in §60.487(d)a. (60.483-2a(a)(2))

55.88    An owner or operator shall comply initially with the requirements for valves in gas/vapor service and valves in light liquid service, as described in §60.482-7a. (60.483-2a(b)(1))

55.89    After 2 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 1 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. (60.483-2a(b)(2))

55.90    After 5 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 3 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. (60.483-2a(b)(3))

55.91    If the percent of valves leaking is greater than 2.0, the owner or operator shall comply with the requirements as described in §60.482-7a but can again elect to use this section. (60.483-2a(b)(4))

55.92    The percent of valves leaking shall be determined as described in §60.485a(h). (60.483-2a(b)(5))

55.93    An owner or operator must keep a record of the percent of valves found leaking during each leak detection period. (60.483-2a(b)(6))

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 341

55.94   A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for a process unit following one of the alternative standards in this section must be monitored in accordance with §60.482-7a(a)(2)(i) or (ii) before the provisions of this section can be applied to that valve. (60.483-2a(b)(7))

**Test methods and procedures (60.485a)**

55.95   The test methods and procedures specified in §60.485 shall be followed.

**Recordkeeping requirements (60.486a)**

55.96   Records shall be kept as required by §60.486a.

**Reporting requirements (60.487a)**

55.97   Semi-annual reports shall be submitted as required by §60.487a.

**56.    40 CFR Part 60, Subpart A - General Provisions**

These requirements apply to those sources which are subject to 40 CFR Part 60 requirements (those sources are referred to this condition throughout the permit), with respect to those Part 60 requirements. Subpart A requirements include, but are not limited to, the following.

56.1    The owner or operator shall maintain records of the occurrence and duration of any startup, shutdown, or malfunction in the operation of an affected facility; any malfunction of the air pollution control equipment; or any periods during which a continuous monitoring system or monitoring device is inoperative. (60.7(b))

56.2    At all times, including periods of startup, shutdown, and malfunction, owners and operators shall, to the extent practicable, maintain and operate any affected facility including associated air pollution control equipment in a manner consistent with good air pollution control practice for minimizing emissions. Determination of whether acceptable operating procedures are being used will be based on information available to the Division which may include, but is not limited to, monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source. (60.11(d))

56.3    No owner or operator subject to the provisions of this part shall build, erect, install, or use any article, machine, equipment or process, the use of which conceals an emission which would otherwise constitute a violation of an applicable standard. Such concealment includes, but is not limited to, the use of gaseous diluents to achieve compliance with an opacity standard or with a standard which is based on the concentration of a pollutant in the gases discharged to the atmosphere. (60.12)

**57.    Flare Requirements**

These requirement apply to the truck rack flare (R102).

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 342 |

As provided for in Condition 53.87, on and after January 30, 2019, flares that are subject to the provisions in 40 CFR 60.18 and/or 63.11 and are subject to the requirements in 40 CFR Part 63 Subpart CC (Condition 53) are required to only comply with the requirements in 40 CFR Part 63 Subpart CC (Condition 53). The main plant flare (F1), the asphalt unit flare (F2) and the GBR unit flare (F3) are subject to the requirements in 40 CFR Part 63 Subpart CC and are no longer subject to the requirements in this Condition 57.

57.1    Flares shall be designed for and operated with no visible emissions as determined by methods specified in 60.18(f), except for periods not to exceed a total of 5 minutes during any 2 consecutive hours. (60.18(c)(1))

57.2    Flares shall be operated with a flame present at all times, as determined by methods specified in 60.18(f). (60.18(c)(2)) The presence of a flare pilot flame shall be monitored using a thermocouple or any other equivalent device to detect the presence of a flame. (60.18(f)(2))

57.3    Flares shall be used only with the net heating value of the gas being combusted being 11.2 MJ/scm (300 Btu/scf) or greater if the flare is steam-assisted or air-assisted; or with the net heating value of the gas being combusted being 7.45 MJ/scm (200 Btu/scf) or greater if the flare is nonassisted. The net heating value of the gas being combusted shall be determined by the methods specified in 60.18(f)(3). (60.18(c)(3)(i))

57.4    Steam assisted and non-assisted flares shall be designed for and operated with an exit velocity, as determined by the methods specified in 60.18(f)(4), less than 18.3 m/sec (60 ft/sec), except as provided in 60.18(c)(4)(ii) and (iii). (60.18(c)(4)(i))

57.5    Air-assisted flares shall be designed and operated with an exit velocity as set forth in 60.18(c)(5).

57.6    Flares used to comply with this section shall be steam-assisted, air-assisted, or non-assisted. (60.18(c)(6))

57.7    Owners or operators of flares shall monitor these control devices to ensure that they are operated and maintained in conformance with their designs. (60.18(d))

57.8    Flares used to comply with the provisions of this subpart shall be operated at all times when emissions may be vented to them. (60.18(e))

57.9    Compliance with visible emission limitations in Condition 57.1 shall be monitored as follows:

These requirement apply to the truck rack flare (R102).

57.9.1    The permittee shall conduct daily visible emissions checks to qualitatively assess whether emissions are visible. Daily observations shall be conducted when materials are being loaded. Such visible emissions check shall last a minimum of six minutes. If no visible emissions are present during this observation, in the absence of credible evidence to the contrary, the flare will be considered in compliance with the visible emissions requirement in Condition 57.1.

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
|  | Renewed: 7/9/2024 |

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit           Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 343

57.9.2    If visible emissions are observed, actions shall be taken to reduce visible emissions to zero as soon as possible. If emissions cannot be reduced to zero, a two (2) hour observation shall be conducted in accordance with Method 22 within one half hour to determine if the flare is in compliance with the visible emissions requirement in Condition 57.1. If visible emissions are present for five minutes or less (total) during the two-hour observation, then the flare shall be deemed in compliance.  If visible emissions are present for more than five minutes (total) during the two-hour observation, then the flare shall be deemed out of compliance with the above visible emissions requirement.

57.9.3    Subject to the provisions of C.R.S. §25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the visible emission requirement shall be considered to exist from the time a Method 22 reading is taken that shows the flare is out of compliance (as defined above) until a Method 22 reading is taken that shows the flare is in compliance (as defined above).

57.9.4    Daily visible emission observations are not required for the flare when the truck loading rack is not operated.

57.9.5    Records of the visible emission observations, any action(s) taken to reduce emissions to zero, the amount of time taken to reduce emissions to zero, and Method 22 readings shall be maintained and made available to the Division for review upon request.

## 58.    Fuel Monitoring

The flow rate and heating value of the refinery fuel gas and natural gas (city gas) are measured with on-line flow meters and analyzers on a continuous basis. Flow rate measurements will be made from the flow meter associated with the applicable source. Heating value measurements (lab samples) will be made from a central sampling point that is representative of the entire fuel gas system. The higher (gross) heating value will be used in emission calculations and to determine the heat input of fired equipment. The continuous and weekly measurements will be used to satisfy the following requirements.

The fuel use by each source will be recorded, at a minimum, daily.

The heat value (HHV) of the refinery fuel gas will be analyzed at least once per week.

The heat value (HHV) of purchased natural gas (city gas) is assumed to be 1020 Btu/scf (based on the purchased natural gas heat value in 40 CFR Part 63 Subpart CC § 63.670(j)(5) and converted to HHV by dividing by 0.90).

Records of these measurements and the monthly and rolling twelve month fuel use shall be maintained on site and made available for Division inspection upon request.

In the event that a flow device becomes inoperable, fuel use data shall be determined as follows:

Permit Number: 96OPAD120                                                  First Issued: 8/1/04
                                                                         Renewed: 7/9/2024

Air Pollution Control Division                                 Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 344

If the flow meter is inoperable for 12 hours or less, the average of the last recorded reading before the outage and the first recorded reading after the flow meter is operable again.

If the flow meter is inoperable for more than 12 hours, the design heat input rate for the unit.

Should the on-line BTU analyzer become inoperable, back-up laboratory GC analyzer data will be used instead.

**59.    Continuous Emission Monitoring and Continuous Opacity Monitoring Systems**

The following requirements apply to the $NO_X$, $SO_2$ and CO continuous emission monitoring systems and the continuous opacity monitoring systems required for specific equipment as indicated in this permit.

59.1    Equipment and QA/QC Requirements

59.1.1    The Continuous Emission Monitoring Systems (CEMS) are subject to the applicable requirements in 40 CFR Part 60. These CEMS are subject to the quality assurance/quality control requirements in 40 CFR Part 60, Subpart A § 60.13(d) and Appendix F and Condition 59.1.1.3. The monitoring systems shall meet the equipment, installation and performance specifications as follows:

59.1.1.1    The $NO_X$, $SO_2$ and diluents ($O_2$) monitors shall meet the equipment, installation and performance specifications of 40 CFR Part 60 Appendix B, Performance Specifications 2 and 3.

59.1.1.2    The CO monitors shall meet the equipment, installation and performance specifications of 40 CFR Part 60 Appendix B, Performance Specification 4/4A.

59.1.1.3    The $NO_X$, $SO_2$ and CO CEMS are subject to the following requirements:

a. Relative Accuracy Test Audits (RATAs): RATAs shall be conducted in the units (e.g., lb/MMBtu, ppm) of the emission limitation for all of the emission limitations that are applicable to the emissions unit. The RATAs for emissions units that have annual emission limits (tons/yr) will be conducted in terms of pounds per hour (lb/hr).

b. The DAHS shall be able to record and manipulate the data in the units (e.g., lb/MMBtu, ppm) of the emission limitation and meet the reporting requirements for all of the emission limitations that are applicable to the emissions unit.

59.1.1.4    **Consent Decree Requirements:** The permittee shall install, certify, calibrate, maintain, and operate all CEMS required by the Consent Decree in accordance with the requirements of 40 CFR §§60.11, 60.13 and Part 60 Appendices A, B and F. With respect to 40 CFR Part 60, Appendix F, in lieu of the requirements of 40 CFR Part 60 Appendix F §5.1.1, 5.1.3 and 5.1.4, The permittee shall conduct either a Relative Accuracy Audit

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                         Page 345

("RAA") or a Relative Accuracy Test Audit ("RATA") once every twelve (12) calendar quarters, provided that a Cylinder Gas Audit is conducted each calendar quarter. These CEMS will be used to demonstrate compliance with emission limits. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7, III.B.7 and V.C.5 to include Consent Decree (H-01-4430) requirements for CEMS. Consent Decree (H-01-4430), Paragraph 202, language related to CEMS)

59.1.2    The Continuous Opacity Monitoring Systems (COMS) are subject to the following requirements:

59.1.2.1    The COMS are subject to the applicable requirements in 40 CFR Part 60. Each continuous opacity monitoring system shall meet the design, installation, equipment and performance specifications in 40 CFR Part 60, Appendix B, Performance Specification 1.

59.1.2.2    The permittee shall install, certify, calibrate, maintain, and operate all COMS required by the Consent Decree in accordance with the requirements of 40 CFR §§60.11, 60.13 and Part 60 Appendices A and B. These COMS will be used to demonstrate compliance with emission limits. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7, III.B.7 and V.C.5 to include Consent Decree (H-01-4330) requirements for COMS. Consent Decree (H-01-4330), paragraph 202)

59.1.3    Quality assurance/quality control plans shall be prepared for the continuous emission monitoring systems in accordance with the applicable requirements in 40 CFR Part 60, Appendix F. The quality assurance/quality control plans shall be made available to the Division upon request. Revisions shall be made to the plans at the request of the Division.

59.1.4    <u>40 CFR Part 60 Subpart A § 60.13(d) requirements:</u>

59.1.4.1    Owners and operators of a CEMS installed in accordance with the provisions of this part, must check the zero (or low level value between 0 and 20 percent of span value) and span (50 to 100 percent of span value) calibration drifts at least once daily in accordance with a written procedure. The zero and span must, as a minimum, be adjusted whenever either the 24-hour zero drift or the 24-hour span drift exceeds two times the limit of the applicable performance specification in appendix B of this part. The system must allow the amount of the excess zero and span drift to be recorded and quantified whenever specified. Owners and operators of a COMS installed in accordance with the provisions of this part, must automatically, intrinsic to the opacity monitor, check the zero and upscale (span) calibration drifts at least once daily. For a particular COMS, the acceptable range of zero and upscale calibration materials is as defined in

Permit Number: 96OPAD120                                                    First Issued: 8/1/04
                                                                            Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 346 |

the applicable version of PS-1 in appendix B of this part. For a COMS, the optical surfaces, exposed to the effluent gases, must be cleaned before performing the zero and upscale drift adjustments, except for systems using automatic zero adjustments. The optical surfaces must be cleaned when the cumulative automatic zero compensation exceeds 4 percent opacity. (60.13(d)(1))

59.1.4.2    Unless otherwise approved by the Administrator, the following procedures must be followed for a COMS. Minimum procedures must include an automated method for producing a simulated zero opacity condition and an upscale opacity condition using a certified neutral density filter or other related technique to produce a known obstruction of the light beam. Such procedures must provide a system check of all active analyzer internal optics with power or curvature, all active electronic circuitry including the light source and photodetector assembly, and electronic or electro-mechanical systems and hardware and or software used during normal measurement operation. (60.13(d)(2))

## 59.2    General Provisions

59.2.1    Except for system breakdowns, repairs, calibration checks, and zero and span adjustments required under Condition 59.1.4, all continuous monitoring systems shall be in continuous operation and shall meet minimum frequency of operation requirements as follows (60.13(e)):

59.2.1.1    All continuous monitoring systems referenced by paragraph (c) of this section for measuring opacity of emissions shall complete a minimum of one cycle of sampling and analyzing for each successive 10-second period and one cycle of data recording for each successive 6-minute period. (60.13(e)(1))

59.2.1.2    All continuous monitoring systems referenced by paragraph (c) of this section for measuring emissions, except opacity, shall complete a minimum of one cycle of operation (sampling, analyzing, and data recording) for each successive 15-minute period. (60.13(e)(2))

59.2.2    All continuous monitoring systems or monitoring devices shall be installed such that representative measurements of emissions or process parameters from the affected facility are obtained. Additional procedures for location of continuous monitoring systems contained in the applicable Performance Specifications of appendix B of this part shall be used. (60.13(f))

59.2.3    Owners or operators of all continuous monitoring systems for measurement of opacity shall reduce all data to 6-minute averages and for continuous monitoring systems other than opacity to 1-hour averages for time periods as defined in § 60.2. Six-minute opacity averages shall be calculated from 36 or more data points equally spaced over each 6-minute period. (60.13(h)(1))

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 347

59.2.4　　For continuous monitoring systems other than opacity, 1-hour averages shall be computed as specified in 60.13(h)(2)(i) through (ix), except that the provisions pertaining to the validation of partial operating hours are only applicable for affected facilities that are required by the applicable subpart to include partial hours in the emission calculations (60.13(h)(2)).

59.2.5　　All excess emissions shall be converted into units of the standard using the applicable conversion procedures specified in the applicable subpart. After conversion into units of the standard, the data may be rounded to the same number of significant digits used in the applicable subpart to specify the emission limit. (60.13(h)(3))

59.2.6　　Alternative monitoring system, alternative reference method, or any other alternative for the required continuous emission monitoring systems shall not be used without having obtained prior written approval from the appropriate agency, either the Division or the U.S. EPA, depending on which agency is authorized to approve such alternative under applicable law. Any alternative continuous emission monitoring systems or continuous opacity monitoring systems must be certified in accordance with the requirements of 40 CFR Part 60. Guidelines for alternatives to monitoring procedures or requirements and relative accuracy (RA) tests are provided in § 60.13(i) and (j).

59.2.7　　All test and monitoring equipment, methods, procedures and reporting shall be subject to the review and approval by the appropriate agency, either the Division or the U.S.EPA, depending on which agency is authorized to approve such alternative under applicable law, prior to any official use. The Division shall have the right to inspect such equipment, methods and procedures and data obtained at any time. The Division shall provide a witness(s) for any and all tests as Division resources permit (Colorado Regulation No. 3, Part C, Section V.C.).

## 59.3　Recordkeeping Requirements

59.3.1　　Any owner or operator subject to the provisions of this part shall maintain records of the occurrence and duration of any startup, shutdown, or malfunction in the operation of an affected facility; any malfunction of the air pollution control equipment; or any periods during which a continuous monitoring system or monitoring device is inoperative. (60.7(b))

59.3.2　　Any owner or operator subject to the provisions of this part shall maintain a file of all measurements, including continuous monitoring system, monitoring device, and performance testing measurements; all continuous monitoring system performance evaluations; all continuous monitoring system or monitoring device calibration checks; adjustments and maintenance performed on these systems or devices; and all other information required by this part recorded in a permanent form suitable for inspection. The file shall be retained for at least two years following the date of such measurements, maintenance, reports, and records, except as provided for in § 60.7(f). (60.7(f))

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

Air Pollution Control Division                                 Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                 Page 348

### 59.4    Reporting Requirements

59.4.1    Each owner or operator required to install a continuous monitoring device shall submit excess emissions and monitoring systems performance report (excess emissions are defined in applicable subparts) and-or summary report form (see Condition 59.4.2) to the Division quarterly. All reports shall be postmarked by the 30th day following the end of each six-month period. (60.7(c), revised to stipulate quarterly reporting as the Division considers more frequent reporting is warranted for this facility, Colorado Regulation No. 3, Part C, Section V.C.). Written reports of excess emissions shall include the following information:

59.4.1.1    The magnitude of excess emissions computed in accordance with § 60.13(h), any conversion factor(s) used, and the date and time of commencement and completion of each time period of excess emissions. The process operating time during the reporting period. (60.7(c)(1))

59.4.1.2    Specific identification of each period of excess emissions that occurs during startups, shutdowns, and malfunctions of the affected facility. The nature and cause of any malfunction (if known), the corrective action taken or preventative measures adopted. (60.7(c)(2))

59.4.1.3    The date and time identifying each period during which the continuous monitoring system was inoperative except for zero and span checks and the nature of the system repairs or adjustments. (60.7(c)(3))

59.4.1.4    When no excess emissions have occurred or the continuous monitoring system(s) have not been inoperative, repaired, or adjusted, such information shall be stated in the report. (60.7(c)(4))

59.4.2    The summary report form shall contain the information and be in the format shown in figure 1 of § 60.7 unless otherwise specified by the Division. One summary report form shall be submitted for each pollutant monitored at each affected facility. (60.7(d))

59.4.2.1    If the total duration of excess emissions for the reporting period is less than 1 percent of the total operating time for the reporting period and CMS downtime for the reporting period is less than 5 percent of the total operating time for the reporting period, only the summary report form shall be submitted and the excess emission report described in § 60.7(c) need not be submitted unless requested by the Division. (60.7(d)(1))

59.4.2.2    If the total duration of excess emissions for the reporting period is 1 percent or greater of the total operating time for the reporting period or the total CMS downtime for the reporting period is 5 percent or greater of the total operating time for the reporting period, the summary report form and the excess emission report described in § 60.7(c) shall both be submitted. (60.7(d)(2))

59.4.3    Specific Reporting Requirements for NSPS Subpart Db (Boiler 4)

---

Air Pollution Control Division                                        Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit         Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 349

59.4.3.1    The owner or operator of any affected facility in any category listed in 60.49b(h)(1) or (2) is required to submit excess emission reports for any excess emissions that occurred during the reporting period. (60.49b(h))

   a.    Any affected facility that is subject to the $NO_X$ standard of §60.44b (Condition 19.5.1), and that combusts natural gas, distillate oil, gasified coal, or residual oil with a nitrogen content of 0.3 weight percent or less; or has a heat input capacity of 73 MW (250 MMBtu/hr) or less and is required to monitor $NO_X$ emissions on a continuous basis under §60.48b(g)(1) (Condition 19.5.8) or steam generating unit operating conditions under §60.48b(g)(2). (60.49b(h)(2)(i) and (ii))

   b.    For purposes of §60.48b(g)(1) (Condition 19.5.8), excess emissions are defined as any calculated 30-day rolling average $NO_X$ emission rate, as determined under §60.46b(e) (Condition 19.5.5), that exceeds the applicable emission limits in §60.44b (Condition 19.5.1). (60.49b(h)(4))

59.4.3.2    The owner or operator of any affected facility subject to the continuous monitoring requirements for $NO_X$ under §60.48(b) shall submit reports containing the information recorded under 60.49b(g) (Condition 19.5.10). (60.49b(i))

59.4.3.3    The owner or operator of an affected facility may submit electronic quarterly reports for $SO_2$ and/or $NO_X$ and/or opacity in lieu of submitting the written reports required under paragraphs (h), (i), (j), (k) or (l) of this section. The format of each quarterly electronic report shall be coordinated with the permitting authority. The electronic report(s) shall be submitted no later than 30 days after the end of the calendar quarter and shall be accompanied by a certification statement from the owner or operator, indicating whether compliance with the applicable emission standards and minimum data requirements of this subpart was achieved during the reporting period. Before submitting reports in the electronic format, the owner or operator shall coordinate with the permitting authority to obtain their agreement to submit reports in this alternative format. (60.49b(v))

59.4.3.4    The reporting period for the reports required under this subpart is each 6 month period. All reports shall be submitted to the Administrator and shall be postmarked by the 30th day following the end of the reporting period. (60.49b(w))

59.5    **Specific Provisions for NSPS Subpart Db (Boiler B-4)**

59.5.1    The CEMS required under 60.48b(b) (Condition 19.5.6) shall be operated and data recorded during all periods of operation of the affected facility except for CEMS

---

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 350 |

breakdowns and repairs. Data is recorded during calibration checks, and zero and span adjustments. (60.48b(c))

59.5.2    The procedures under §60.13 shall be followed for installation, evaluation, and operation of the continuous monitoring systems. (60.48b(e)) For affected facilities combusting natural gas, the span value for $NO_X$ is 500 ppm. (60.48b(e)(2))

59.5.3    When $NO_X$ emission data are not obtained because of CEMS breakdowns, repairs, calibration checks and zero and span adjustments, emission data will be obtained by using standby monitoring systems, Method 7 of appendix A of this part, Method 7A of appendix A of this part, or other approved reference methods to provide emission data for a minimum of 75 percent of the operating hours in each steam generating unit operating day, in at least 22 out of 30 successive steam generating unit operating days. (60.48b(f))

## 60.    Compliance Assurance Monitoring (CAM) Requirements

The CAM requirements in 40 CFR Part 64, as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV, apply to the FCCU, the Plant 1 WWTS (RTO and API headworks carbon canisters), the rail and truck racks, the Plant 3 and GBR flares, AIRS pt 615 AS/SVE system, AIRS pt 617 AS/SVE system, and the tank cleaning and degassing thermal oxidizer (P1DGTO) as indicated in Conditions 22.13, 23.13, 24.13, 25.17, 30.11, 31.12, 67.12 and 70.9 as follows:

60.1    For the **FCCU**, the permittee shall follow the CAM Plan provided in Appendix H of this permit. Excursions for purposes of reporting are as follows:

60.1.1    Except as provided for in Condition 60.1.2, any 3-hour period in which the average opacity exceeds 20%.

60.1.2    During periods of startup, shutdown and hot standby, a 3-hour period in which the opacity exceeds 20%, shall not be an excursion provided the provisions in Condition 54.5.5.2 (maintain the inlet velocity to the primary internal cyclones of the catalytic cracking unit catalyst regenerator at or above 20 feet per second) are met. Records shall be kept for those periods during startup, shutdown and hot standby when the 3-hour average opacity exceeds 20% but the inlet velocity is at or above 20 feet per second.

60.1.3    Hot standby is defined in Condition 54.5.5.3, as periods when the catalytic cracking unit is not receiving fresh or recycled feed oil but the catalytic cracking unit is maintained at elevated temperatures, typically using torch oil in the catalyst regenerator and recirculating catalyst, to prevent a complete shutdown and cold restart of the catalytic cracking unit. (63.1579)

60.2    For the **tank cleaning and degassing thermal oxidizer (TO)**, the permittee shall follow the CAM Plan provided in Appendix M of this permit. Excursions for purposes of reporting are as follows:

---

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 351

60.2.1     If the TO temperature monitoring system is not equipped with a continuous recorder, for purposes of reporting, excursions are as follows:

      60.2.1.1     Any daily average temperature less than 1,400°F. The daily average is calculated in accordance with the CAM plan in Appendix M.

      60.2.1.2     Failure to record the temperature during a clock hour when tank vapors are routed to the TO.

60.2.2     If the TO temperature monitoring system has a continuous recorder, an excursion is any day when the combustion zone temperature is less than 1,400°F when cleaning and degassing emissions are being routed to the TO. Only those periods when tank vapors are routed to the TO are used to determine the minimum daily temperature.

60.3     For **AIRS pt 615 and AIRS pt 617 AS/SVE Systems**, the permittee shall follow the CAM Plan provided in Appendix M of this permit. Excursions for purposes of reporting are as follows:

60.3.1     For AIRs pt 615 an excursion is defined as follows:

      60.3.1.1     Any day in which vapors from the AS/SVE system are routed to the RTO and the daily recorded combustion zone temperature is less than 1,588 °F.

      60.3.1.2     Any day in which vapors from the AS/SVE system are routed to the RTO and a combustion zone temperature is not recorded.

60.3.2     For AIRS pt 617 an excursion is defined as follows:

      60.3.2.1     Any day in which vapors from the AS/SVE system are routed to the catalytic oxidizer and the daily recorded catalytic inlet temperature is less than 775 °F.

      60.3.2.2     Any day in which vapors from the AS/SVE system are routed to the catalytic oxidizer and a catalyst inlet temperature is not recorded.

60.3.3     As provided for under the provisions of Condition 67.6.2, if either AIRS pt 615 or 617 can be operated in compliance with the emission limits in Condition 67.1 without the use of a control device, the CAM requirements will no longer apply to that equipment.

60.4     For the **Plant 1 WWTS**, the permittee shall follow the CAM Plan provided in Appendix M of this permit. Excursions for purposes of reporting are as follows:

60.4.1     For the Plant 1 WWTS RTO an excursion is defined as follows:

      60.4.1.1     Any 3-hour period in which the temperature in the RTO combustion chamber is less than 1,573 °F.

60.4.2     For the API headworks carbon canisters an excursion is defined as follows:

      60.4.2.1     Any daily breakthrough reading of 5 ppm benzene or more.

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 352 |

60.4.2.2    Any day in which vapors from the API headworks are routed to carbon canisters and a breakthrough reading is not conducted.

60.5    For the **rail loading rack (R101)**, the permittee shall follow the CAM plan provided in Appendix N of this permit. Excursions for purposes of reporting are as follows:

60.5.1    Any 6-hour period during which gasoline, jet fuel and/or distillate is loaded or ethanol is unloaded and the combustion zone temperature is less than 1,299 °F.

The 6-hour average is calculated in accordance with the CAM plan in Appendix N.

60.6    For the **truck loading rack (R102)**, the permittee shall follow the CAM plan provided in Appendix N of this permit. Excursions for purposes of reporting are defined as any period when vapors from gasoline and distillate loading are routed to the flare and:

60.6.1.1    The presence of a pilot flame is not detected, or

60.6.1.2    The pilot flame monitoring device is inoperable.

60.7    For the **Plant 3 (F2) and GBR (F3) Flares**, the permittee shall follow the CAM plan provided in Appendix N of this permit. Excursions for purposes of reporting are defined as follows:

60.7.1    Each 15-minute block during which there is at least one minute where no pilot flame is present when waste gas is routed to the flare. Excursions in different 15-minute blocks from the same event are considered separate excursions, or

60.7.2    Each 15-minute block period when waste gas is routed to the flare for at least 15-minutes and the net heating value of flare combustion zone gas ($NHV_{cz}$) is less than 270 Btu/scf, as calculated in accordance with the requirements of §63.670(m), or

60.7.3    A two-hour block period during which waste gas is routed to the flare, the flare vent gas flow rate is less than the smokeless design capacity and visible emissions are observed for a total of five (5) minutes or more, as determined in accordance with 40 CFR §63.670(h), or

60.7.4    Each 15-minute block period during which waste gas is routed to the flare for at least 15-minutes, the flare vent gas flow rate is less than the smokeless design capacity of the flare, and the flare tip velocity equals or exceeds the applicable maximum flare tip velocity in 40 CFR §63.670(d), or

60.7.5    For the Plant 3 flare only, each 15-minute block period during which waste gas is routed to the flare for at least 15-minutes, the flare is actively receiving perimeter assist air and $NHV_{dil}$ is below 22 Btu/ft$^2$ as calculated in accordance with the requirements in 40 CFR §63.670(n), unless the conditions in 40 CFR §63.670(f)(1) are met.

60.8    Excursions shall be reported as required by Section IV, Conditions 21 and 22.d.of this permit.

60.9    Operation of Approved Monitoring

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 353

60.9.1    At all times, the owner or operator shall maintain the monitoring, including but not limited to, maintaining necessary parts for routine repairs of the monitoring equipment (40 CFR Part 64 §64.7(b), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.9.1.1    Except for, as applicable, monitoring malfunctions, associated repairs, and required quality assurance or control activities (including, as applicable, calibration checks and required zero and span adjustments), the owner or operator shall conduct all monitoring in continuous operation (or shall collect data at all required intervals) at all times that the pollutant-specific emissions unit is operating. Data recorded during monitoring malfunctions, associated repairs, and required quality assurance or control activities shall not be used for purposes of these CAM requirements, including data averages and calculations, or fulfilling a minimum data availability requirement, if applicable. The owner or operator shall use all the data collected during all other periods in assessing the operation of the control device and associated control system. A monitoring malfunction is any sudden, infrequent, not reasonably preventable failure of the monitoring to provide valid data. Monitoring failures that are caused in part by poor maintenance or careless operation are not malfunctions (40 CFR Part 64 §64.7(c), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.9.2    Response to excursions or exceedances

60.9.2.1    Upon detecting an excursion or exceedance, the owner or operator shall restore operation of the pollutant-specific emissions unit (including the control device and associated capture system) to its normal or usual manner of operation as expeditiously as practicable in accordance with good air pollution control practices for minimizing emissions. The response shall include minimizing the period of any startup, shutdown or malfunction and taking any necessary corrective actions to restore normal operation and prevent the likely recurrence of the cause of an excursion or exceedance (other than those caused by excused startup or shutdown conditions). Such actions may include initial inspection and evaluation, recording that operations returned to normal without operator action (such as through response by a computerized distribution control system), or any necessary follow-up actions to return operation to within the indicator range, designated condition, or below the applicable emission limitation or standard, as applicable (40 CFR Part 64 §64.7(d)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.9.2.2    Determination of whether the owner of operator has used acceptable procedures in response to an excursion or exceedance will be based on information available, which may include but is not limited to, monitoring results, review of operation and maintenance procedures and records, and

Permit Number: 96OPAD120 | First Issued: 8/1/04
Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 354 |

inspection of the control device, associated capture system, and the process (40 CFR Part 64 §64.7(d)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.9.3    After approval of the monitoring required under the CAM requirements, if the owner or operator identifies a failure to achieve compliance with an emission limitation or standard for which the approved monitoring did not provide an indication of an excursion or exceedance while providing valid data, or the results of compliance or performance testing document a need to modify the existing indicator ranges or designated conditions, the owner or operator shall promptly notify the Division and, if necessary submit a proposed modification for this permit to address the necessary monitoring changes.  Such a modification may include, but is not limited to, reestablishing indicator ranges or designated conditions, modifying the frequency of conducting monitoring and collecting data, or the monitoring of additional parameters (40 CFR Part 64 §64.7(e), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.10    Quality Improvement Plan (QIP) Requirements

60.10.1    Based on the results of a determination made under the provisions of Condition 60.9.2.2, the Division may require the owner or operator to develop and implement a QIP (40 CFR Part 64 §64.8(a), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.10.2    The owner or operator shall maintain a written QIP, if required, and have it available for inspection (40 CFR Part 64 §64.8(b)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.10.3    The QIP initially shall include procedures for evaluating the control performance problems and, based on the results of the evaluation procedures, the owner or operator shall modify the plan to include procedures for conducting one or more of the following actions, as appropriate:

60.10.3.1    Improved preventative maintenance practices (40 CFR Part 64 §64.8(b)(2)(i), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.10.3.2    Process operation changes (40 CFR Part 64 §64.8(b)(2)(ii), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.10.3.3    Appropriate improvements to control methods (40 CFR Part 64 §64.8(b)(2)(iii), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.10.3.4    Other steps appropriate to correct control performance (40 CFR Part 64 §64.8(b)(2)(iv), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

Air Pollution Control Division                                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 355

60.10.3.5    More frequent or improved monitoring (only in conjunction with one or more steps under Conditions 60.10.3.1 through 60.10.3.4 above) (40 CFR Part 64 §64.8(b)(2)(v), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.10.4    If a QIP is required, the owner or operator shall develop and implement a QIP as expeditiously as practicable and shall notify the Division if the period for completing the improvements contained in the QIP exceeds 180 days from the date on which the need to implement the QIP was determined (40 CFR Part 64 §64.8(c), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.10.5    Following implementation of a QIP, upon any subsequent determination pursuant to Condition 60.9.2.2, the Division or the U.S. EPA may require that an owner or operator make reasonable changes to the QIP if the QIP is found to have:

60.10.5.1    Failed to address the cause of the control device performance problems (40 CFR Part 64 §64.8(d)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV); or

60.10.5.2    Failed to provide adequate procedures for correcting control device performance problems as expeditiously as practicable in accordance with good air pollution control practices for minimizing emissions (40 CFR Part 64 §64.8(d)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.10.6    Implementation of a QIP shall not excuse the owner or operator of a source from compliance with any existing emission limitation or standard, or any existing monitoring, testing, reporting or recordkeeping requirement that may apply under federal, state, or local law, or any other applicable requirements under the federal clean air act (40 CFR Part 64 §64.8(e), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.11    Reporting and Recordkeeping Requirements

60.11.1    Reporting Requirements:   The reports required by Section IV, Condition 22.d, shall contain the information specified in Appendix B of the permit and the following information, as applicable:

60.11.1.1    Summary information on the number, duration and cause (including unknown cause, if applicable), for monitor downtime incidents (other than downtime associated with zero and span or other daily calibration checks, if applicable) ((40 CFR Part 64 §64.9(a)(2)(ii), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV); and

60.11.1.2    The owner or operator shall submit, if necessary, a description of the actions taken to implement a QIP during the reporting period as specified in Condition 60.10 of this permit.  Upon completion of a QIP, the owner

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 356 |

or operator shall include in the next summary report documentation that the implementation of the plan has been completed and reduced the likelihood of similar levels of excursions or exceedances occurring (40 CFR Part 64 §64.9(a)(2)(iii), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.11.2    General Recordkeeping Requirements: In addition to the recordkeeping requirements in Section IV, Condition 22.a. through c.

60.11.2.1    The owner or operator shall maintain records of any written QIP required pursuant to Condition 60.10 and any activities undertaken to implement a QIP, and any supporting information required to be maintained under these CAM requirements (such as data used to document the adequacy of monitoring, or records of monitoring maintenance or corrective actions) (40 CFR Part 64 §64.9(b)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.11.2.2    Instead of paper records, the owner or operator may maintain records on alternative media, such as microfilm, computer files, magnetic tape disks, or microfiche, provided that the use of such alternative media allows for expeditious inspection and review, and does not conflict with other applicable recordkeeping requirements (40 CFR Part 64 §64.9(b)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.12    Savings Provisions

60.12.1    Nothing in these CAM requirements shall excuse the owner or operator of a source from compliance with any existing emission limitation or standard, or any existing monitoring, testing, reporting or recordkeeping requirement that may apply under federal, state, or local law, or any other applicable requirements under the federal clean air act. These CAM requirements shall not be used to justify the approval of monitoring less stringent than the monitoring which is required under separate legal authority and are not intended to establish minimum requirements for the purposes of determining the monitoring to be imposed under separate authority under the federal clean air act, including monitoring in permits issued pursuant to title I of the federal clean air act. The purpose of the CAM requirements is to require, as part of the issuance of this Title V operating permit, improved or new monitoring at those emissions units where monitoring requirements do not exist or are inadequate to meet the requirements of CAM (40 CFR Part 64 §64.10(a)(1), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

60.12.2    Nothing in these CAM requirements shall restrict or abrogate the authority of the U.S. EPA or the Division to impose additional or more stringent monitoring, recordkeeping, testing or reporting requirements on any owner or operator of a source under any provision of the federal clean air act, including but not limited to sections 114(a)(1) and 504(b), or state law, as applicable (40 CFR Part 64 §64.10(a)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 357 |

60.12.3    Nothing in these CAM requirements shall restrict or abrogate the authority of the U.S. EPA or the Division to take any enforcement action under the federal clean air act for any violation of an applicable requirement or of any person to take action under section 304 of the federal clean air act (40 CFR Part 64 §64.10(a)(2), as adopted by reference in Colorado Regulation No. 3, Part C, Section XIV).

## 61.    Reserved

61.1

## 62.    Reserved

62.1

## 63.    40 CFR Part 63, Subpart DDDDD – National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters

Except for H-21, all boilers and process heaters addressed in Section II of this permit are subject to these requirements.

H-21 does not meet the definition of a process heater in §63.7575 since the combustion gases from H-21 come into direct contact with the process materials of the FCCU regenerator, therefore H-21 is not subject to the requirements in Subpart DDDDD.

Note that H-2410 is considered a new unit and all other units are considered to be existing units.  (Changes made to H-1716 and H-1717 with the ULSD project do not meet the definition of reconstruction).  All process heaters and boilers except H-13, H-16, H-18 and H-33 are over 10 MMBtu/hr.  There are no process heater and boilers listed in Section II of the permit that are less than 5 MMBtu/hr.

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 63 Subpart DDDDD published in the Federal Register on December 28, 2020. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63, Subpart DDDDD.

Please note that proposed revisions to 40 CFR Part 63 Subpart DDDDD were published in the Federal Register on August 24, 2020 to amend several numeric emission limits and set compliance dates for those limits, to address CO as a surrogate for organic HAPs and to make technical corrections. Therefore, the requirements below may change in the future.

*When do I have to comply with this subpart? (63.7495)*

63.1    If you have a new or reconstructed boiler or process heater, you must comply with this subpart by April 1, 2013, or upon startup of your boiler or process heater, whichever is later. (63.7496(a))

63.2    If you have an existing boiler or process heater, you must comply with this subpart no later than January 31, 2016, except as provided in §63.6(i). (63.7495(b))

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 358

63.3    You must meet the notification requirements in §63.7545 according to the schedule in §63.7545 and in subpart A of this part. Some of the notifications must be submitted before you are required to comply with the emission limits and work practice standards in this subpart. (63.7495(d))

*What emission limitations, work practice standards, and operating limits must I meet? (63.7500)*

63.4    You must meet the requirements in §63.7500(a)(1) through (3), except as provided in §63.7500(b) through (e). You must meet these requirements at all times the affected unit is operating except as provided for in §63.7500(f). (63.7500(a)).  Note that the requirements in §63.7500(a)(2) do not apply to these units so they have not been included in the permit.

63.5    You must meet each emission limit and work practice standard in Tables 1 through 3, and 11 through 13 to this subpart that applies to your boiler or process heater, for each boiler or process heater at your source, except as provided under §63.7522. (63.7500(a)(1))  These emission units are not subject to the emission limitations in Tables 1 and 2 or the alternative emission limitations in Tables 11 through 13.  The work practice standards in Table 3 that apply to these units are as follows:

63.5.1    For a new or existing boiler or process heater with a continuous oxygen trim system that maintains an optimum air to fuel ratio, or a heat input capacity of less than or equal to 5 million Btu per hour in the gas 1 subcategory you must conduct a tune-up of the boiler or process heater every five years as specified in §63.7540. (Table 3, item 1)

63.5.2    For a new or existing boiler or process heater with heat input capacity of less than 10 million Btu per hour, but greater than 5 million Btu per hour, in the gas 1 subcategory you must conduct a tune-up of the boiler or process heater biennially as specified in §63.7540. (Table 3, item 2)

63.5.3    For a new or existing boiler or process heater without a continuous oxygen trim system and with heat input capacity of 10 million Btu per hour or greater you must conduct a tune-up of the boiler or process heater annually as specified in §63.7540. (Table 3, item 3)

63.5.4    For an existing boiler or process heater located at a major source facility you must have a one-time energy assessment performed by a qualified energy assessor. An energy assessment completed on or after January 1, 2008, that meets or is amended to meet the energy assessment requirements in this table, satisfies the energy assessment requirement. A facility that operated under an energy management program developed according to the ENERGY STAR guidelines for energy management or compatible with ISO 50001 for at least one year between January 1, 2008 and the compliance date specified in §63.7495 (Condition 63.2) that includes the affected units also satisfies the energy assessment requirement. The energy assessment must include the following with extent of the evaluation for items 63.5.4.1 to 63.5.4.5 appropriate for the on-site technical hours listed in §63.7575.  (Table 3, item 4) The energy assessment must include the following:

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 359

63.5.4.1    A visual inspection of the boiler or process heater system.

63.5.4.2    An evaluation of operating characteristics of the boiler or process heater systems, specifications of energy using systems, operating and maintenance procedures, and unusual operating constraints.

63.5.4.3    An inventory of major energy use systems consuming energy from affected boilers and process heaters and which are under the control of the boiler/process heater owner/operator.

63.5.4.4    A review of available architectural and engineering plans, facility operation and maintenance procedures and logs, and fuel usage.

63.5.4.5    A review of the facility's energy management practices and provide recommendations for improvements consistent with the definition of energy management practices, if identified.

63.5.4.6    A list of cost-effective energy conservation measures that are within the facility's control.

63.5.4.7    A list of the energy savings potential of the energy conservation measures identified.

63.5.4.8    A comprehensive report detailing the ways to improve efficiency, the cost of specific improvements, benefits, and the time frame for recouping those investments.

63.6    At all times, you must operate and maintain any affected source (as defined in §63.7490), including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. Determination of whether such operation and maintenance procedures are being used will be based on information available to the Administrator that may include, but is not limited to, monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source.  (63.7500(a)(3))

63.7    As provided in §63.6(g), EPA may approve use of an alternative to the work practice standards in this section. (63.7500(b))

63.8    Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity of less than or equal to 5 million Btu per hour must complete a tune-up every 5 years as specified in §63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity greater than 5 million Btu per hour and less than 10 million Btu per hour must complete a tune-up every 2 years as specified in §63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory are not subject to the emission limits in Tables 1 and 2 or 11 through 13 to this subpart, or the operating limits in Table 4 to this subpart. (63.7500(e))

*What are my initial compliance requirements and by what date must I conduct them (63.7510)*

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 360

63.9    For existing affected sources (as defined in §63.7490), you must complete an initial tune-up by following the procedures described in §63.7540(a)(10)(i) through (vi) no later than the compliance date specified in §63.7495, except as specified in paragraph (j) of this section. You must complete the one-time energy assessment specified in Table 3 to this subpart no later than the compliance date specified in §63.7495. (63.7510(e))

63.10   For new or reconstructed affected sources (as defined in §63.7490), you must demonstrate initial compliance with the applicable work practice standards in Table 3 to this subpart within the applicable annual, biennial, or 5-year schedule as specified in §63.7515(d) following the initial compliance date specified in §63.7495(a). Thereafter, you are required to complete the applicable annual, biennial, or 5-year tune-up as specified in §63.7515(d). (63.7510(g))

63.11   For existing affected sources (as defined in §63.7490) that have not operated between the effective date of the rule and the compliance date that is specified for your source in §63.7495, you must complete the initial compliance demonstration, if subject to the emission limits in Table 2 to this subpart, as specified in paragraphs (a) through (d) of this section, no later than 180 days after the re-start of the affected source and according to the applicable provisions in §63.7(a)(2) as cited in Table 10 to this subpart. You must complete an initial tune-up by following the procedures described in §63.7540(a)(10)(i) through (vi) no later than 30 days after the re-start of the affected source and, if applicable, complete the one-time energy assessment specified in Table 3 to this subpart, no later than the compliance date specified in §63.7495. (63.7510(j))

*When must I conduct subsequent performance tests, fuel analyses, or tune-ups? (63.7515)*

63.12   If you are required to meet an applicable tune-up work practice standard, you must conduct an annual, biennial, or 5-year performance tune-up according to §63.7540(a)(10), (11), or (12), respectively. Each annual tune-up specified in §63.7540(a)(10) must be no more than 13 months after the previous tune-up. Each biennial tune-up specified in §63.7540(a)(11) must be conducted no more than 25 months after the previous tune-up. Each 5-year tune-up specified in §63.7540(a)(12) must be conducted no more than 61 months after the previous tune-up. For a new or reconstructed affected source (as defined in §63.7490), the first annual, biennial, or 5-year tune-up must be no later than 13 months, 25 months, or 61 months, respectively, after April 1, 2013 or the initial startup of the new or reconstructed affected source, whichever is later. (63.7515(d))

63.13   You must complete a subsequent tune-up by following the procedures described in §63.7540(a)(10)(i) through (vi) and the schedule described in §63.7540(a)(13) for units that are not operating at the time of their scheduled tune-up. (63.7515(g))

*How do I demonstrate initial compliance with the emission limitations, fuel specifications and work practice standards? (63.7530)*

63.14   You must include with the Notification of Compliance Status a signed certification that either the energy assessment was completed according to Table 3 to this subpart, and that the assessment is an accurate depiction of your facility at the time of the assessment, or that the maximum number

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 361 |

of on-site technical hours specified in the definition of energy assessment applicable to the facility has been expended. (63.7530(e))

63.15    You must submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in §63.7545(e). (63.7530(f))

*How do I demonstrate continuous compliance with the emission limitations, fuel specifications and work practice standards? (63.7540)*

63.16    If your boiler or process heater has a heat input capacity of 10 million Btu per hour or greater, you must conduct an annual tune-up of the boiler or process heater to demonstrate continuous compliance as specified in paragraphs (a)(10)(i) through (vi) of this section. You must conduct the tune-up while burning the type of fuel (or fuels in case of units that routinely burn a mixture) that provided the majority of the heat input to the boiler or process heater over the 12 months prior to the tune-up. This frequency does not apply to limited-use boilers and process heaters, as defined in §63.7575, or units with continuous oxygen trim systems that maintain an optimum air to fuel ratio. (63.7540(a)(10))

63.16.1    As applicable, inspect the burner, and clean or replace any components of the burner as necessary (you may perform the burner inspection any time prior to the tune-up or delay the burner inspection until the next scheduled unit shutdown). Units that produce electricity for sale may delay the burner inspection until the first outage, not to exceed 36 months from the previous inspection. At units where entry into a piece of process equipment or into a storage vessel is required to complete the tune-up inspections, inspections are required only during planned entries into the storage vessel or process equipment (63.7540(a)(10)(i));

63.16.2    Inspect the flame pattern, as applicable, and adjust the burner as necessary to optimize the flame pattern. The adjustment should be consistent with the manufacturer's specifications, if available (63.7540(a)(10)(ii));

63.16.3    Inspect the system controlling the air-to-fuel ratio, as applicable, and ensure that it is correctly calibrated and functioning properly (you may delay the inspection until the next scheduled unit shutdown). Units that produce electricity for sale may delay the inspection until the first outage, not to exceed 36 months from the previous inspection (63.7540(a)(10)(iii));

63.16.4    Optimize total emissions of CO. This optimization should be consistent with the manufacturer's specifications, if available, and with any $NO_x$ requirement to which the unit is subject (63.7540(a)(10)(iv));

63.16.5    Measure the concentrations in the effluent stream of CO in parts per million, by volume, and oxygen in volume percent, before and after the adjustments are made (measurements may be either on a dry or wet basis, as long as it is the same basis before

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 362 |

and after the adjustments are made). Measurements may be taken using a portable CO analyzer (63.7540(a)(10)(v)); and

63.16.6    Maintain on-site and submit, if requested by the Administrator, a report containing the information in paragraphs (a)(10)(vi)(A) through (C) of this section. (63.7540(a)(10)(vi))

63.17    If your boiler or process heater has a heat input capacity of less than 10 million Btu per hour (except as specified in paragraph (a)(12) of this section (Condition 63.18)), you must conduct a biennial tune-up of the boiler or process heater as specified in paragraphs (a)(10)(i) through (vi) of this section (Conditions 63.16.1 through 63.16.6) to demonstrate continuous compliance. (63.7540(a)(11))

63.18    If your boiler or process heater has a continuous oxygen trim system that maintains an optimum air to fuel ratio, or a heat input capacity of less than or equal to 5 million Btu per hour and the unit is in the units designed to burn gas 1; units designed to burn gas 2 (other); or units designed to burn light liquid subcategories, or meets the definition of limited-use boiler or process heater in §63.7575, you must conduct a tune-up of the boiler or process heater every 5 years as specified in paragraphs (a)(10)(i) through (vi) of this section (Conditions 63.16.1 through 63.16.6) to demonstrate continuous compliance. You may delay the burner inspection specified in paragraph (a)(10)(i) (Condition 63.16.1) of this section until the next scheduled or unscheduled unit shutdown, but you must inspect each burner at least once every 72 months. If an oxygen trim system is utilized on a unit without emission standards to reduce the tune-up frequency to once every 5 years, set the oxygen level no lower than the oxygen concentration measured during the most recent tune-up. (63.7540(a)(12))

63.19    If the unit is not operating on the required date for a tune-up, the tune-up must be conducted within 30 calendar days of startup. (63.7540(a)(13))

*What notifications must I submit and when? (63.7545)*

63.20    You must submit to the Administrator all of the notifications in §§63.7(b) and (c), 63.8(e), (f)(4) and (6), and 63.9(b) through (h) that apply to you by the dates specified. (63.7545(a))  For the units addressed in this permit the requirement notifications are the initial notification (§63.9(b)) and the notification of compliance status (§63.9(h)).

63.21    As specified in §63.9(b)(2), if you startup your affected source before January 31, 2013, you must submit an Initial Notification not later than 120 days after January 31, 2013, or no later than 120 days after the source becomes subject to this subpart, whichever is later. (63.7545(b))

63.22    If you are required to conduct an initial compliance demonstration as specified in §63.7530, you must submit a Notification of Compliance Status according to §63.9(h)(2)(ii). For the initial compliance demonstration for each boiler or process heater, you must submit the Notification of Compliance Status, including all performance test results and fuel analyses, before the close of business on the 60th day following the completion of all performance test and/or other initial

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 363

compliance demonstrations for all boiler or process heaters at the facility according to §63.10(d)(2). The Notification of Compliance Status report must contain all the information specified in paragraphs (e)(1) through (8) of this section, as applicable. If you are not required to conduct an initial compliance demonstration as specified in §63.7530(a), the Notification of Compliance Status must only contain the information specified in paragraphs (e)(1) and (8) of this section and must be submitted within 60 days of the compliance date specified at §63.7495(b). (63.7545(e))  The Notification of Compliance Status for the affected sources at this facility shall include the information specified in paragraphs (e)(1) and (8).

*What reports must I submit and when? (63.7550)*

63.23    You must submit each report in Table 9 to this subpart that applies to you. (63.7550(a))

63.24    For units that are subject only to a requirement to conduct subsequent annual, biennial, or 5-year tune-up according to §63.7540(a)(10), (11), or (12), respectively, and not subject to emission limits or Table 4 operating limits, you may submit only an annual, biennial, or 5-year compliance report, as applicable, as specified in paragraphs (b)(1) through (4) of this section, instead of a semi-annual compliance report. (63.7550(b))

63.25    If the facility is subject to the requirements of a tune up you must submit a compliance report with the information in paragraphs (c)(5)(i) through (iii) of this section, (xiv) and (xvii) of this section, and paragraph (c)(5)(iv) of this section for limited-use boiler or process heater. (63.7550(c)(1))

63.26    You must submit all reports required by Table 9 of this subpart electronically to the EPA via the CEDRI. (CEDRI can be accessed through the EPA's CDX.) You must use the appropriate electronic report in CEDRI for this subpart. Instead of using the electronic report in CEDRI for this subpart, you may submit an alternate electronic file consistent with the XML schema listed on the CEDRI Web site (*http://www.epa.gov/ttn/chief/cedri/index.html*), once the XML schema is available. If the reporting form specific to this subpart is not available in CEDRI at the time that the report is due, you must submit the report to the Administrator at the appropriate address listed in §63.13. You must begin submitting reports via CEDRI no later than 90 days after the form becomes available in CEDRI. (63.7550(h)(3))

*What records must I keep? (63.7555)*

63.27    You must keep the following records:

63.27.1    A copy of each notification and report that you submitted to comply with this subpart, including all documentation supporting any Initial Notification or Notification of Compliance Status or semiannual [or annual, biennial or every five years, as applicable] compliance report that you submitted, according to the requirements in §63.10(b)(2)(xiv). (63.7555(a)(1))

63.27.2    Records of performance tests, fuel analyses, or other compliance demonstrations and performance evaluations as required in §63.10(b)(2)(viii). (63.7555(a)(2))

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 364 |

*In what form and how long must I keep my records? (63.7560)*

63.28    Records shall be kept in the form and for the duration specified in §63.7560.

*What parts of the General Provisions apply to me? (63.7565)*

63.29    Table 10 of 40 CFR Part 63 Subpart DDDDD shows which parts of the General Provisions in §§63.1 through 63.15 apply to you. (63.7565)  These requirements include but are not limited to the following:

    63.29.1    Prohibited activities in §63.4.

    63.29.2    Notification requirements in §63.9.

## 64.    40 CFR Part 60 Subpart VV – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for which Construction, Reconstruction, or Modification Commenced After January 5, 1981, and on or before November 7, 2006

The provisions in Subpart VV are not directly applicable to the equipment at this facility but portions are applicable as specified in 40 CFR Part 63 Subpart CC.

The definitions of "process unit" and "capital expenditure" in NSPS Subpart VV have been stayed (see 60.480(f) and 73 FR 31376, June 2, 2008). While the definition of "process unit" is stayed owners or operations shall use the definition of "process unit" provided in §60.480(f). In addition 60.482-1(g) was also stayed in the June, 2008 FR notice and has not been included.

The requirements below reflect the rule language in 40 CFR Part 60 Subpart VV as of the latest revisions to 40 CFR Part 60 Subpart VV published in the Federal Register on June 2, 2008.  However, the permittee is subject to the latest version of 40 CFR Part 60 Subpart VV. The relevant requirements in 40 CFR Part 60 Subpart VV include, but are not limited to the following:

**Standards: General (60.482-1)**

64.1    Each owner or operator subject to the provisions of this subpart shall demonstrate compliance with the requirements of §§60.482-1 through 60.482-10 or §60.480(e) for all equipment within 180 days of initial startup. (60.482-1(a))

64.2    Compliance with §§60.482-1 to 60.482-10 will be determined by review of records and reports, review of performance test results, and inspection using the methods and procedures specified in §60.485. (60.482-1(b))

64.3    An owner or operator may request a determination of equivalence of a means of emission limitation to the requirements of §§60.482-2, 60.482-3, 60.482-5, 60.482-6, 60.482-7, 60.482-8, and 60.482-10 as provided in §60.484. (60.482-1(c)(1))

---

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 365

64.3.1    If the Administrator makes a determination that a means of emission limitation is at least equivalent to the requirements of §60.482-2, §60.482-3, §60.482-5, §60.482-6, §60.482-7, §60.482-8, or §60.482-10, an owner or operator shall comply with the requirements of that determination. (60.482-1(c)(2))

64.4    Equipment that is in vacuum service is excluded from the requirements of §§60.482–2 to 60.482–10 if it is identified as required in §60.486(e)(5). (60.482-1(d))

64.5    Equipment that an owner or operator designates as being in VOC service less than 300 hours (hr)/yr is excluded from the requirements of §§60.482–2 through 60.482–10 if it is identified as required in §60.486(e)(6) and it meets any of the conditions specified in paragraphs (e)(1) through (3) of this section. (60.482-1(e))

64.6    If a dedicated batch process unit operates less than 365 days during a year, an owner or operator may monitor to detect leaks from pumps and valves at the frequency specified in the table in §60.482-1(f)(1) instead of monitoring as specified in §§60.482–2, 60.482–7, and 60.483–2. (60.482-1(f)(1))

64.6.1    Pumps and valves that are shared among two or more batch process units that are subject to this subpart may be monitored at the frequencies specified in paragraph (f)(1) of this section, provided the operating time of all such process units is considered. (60.482-1(f)(2))

64.6.2    The monitoring frequencies specified in 60.482-1(f)(1) are not requirements for monitoring at specific intervals and can be adjusted to accommodate process operations. An owner or operator may monitor at any time during the specified monitoring period (e.g., month, quarter, year), provided the monitoring is conducted at a reasonable interval after completion of the last monitoring campaign. Reasonable intervals are defined in 60.482-1(f)(3)(i) through (iv). (60.482-1(f)(3))

**Standards:  Pumps in light liquid service (60.482-2)**

64.7    Each pump in light liquid service shall be monitored monthly to detect leaks by the methods specified in §60.485(b), except as provided in §60.482–1(c) and (f) and 60.482-2(d), (e), and (f). A pump that begins operation in light liquid service after the initial startup date for the process unit must be monitored for the first time within 30 days after the end of its startup period, except for a pump that replaces a leaking pump and except as provided in §60.482–1(c) and (f) and 60.482-2(d), (e), and (f). (60.482-2(a)(1))

64.8    Each pump in light liquid service shall be checked by visual inspection each calendar week for indications of liquids dripping from the pump seal, except as provided in §60.482–1(f). (60.482-2(a)(2))

64.9    If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-2(b)(1))

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 366 |

64.10   If there are indications of liquids dripping from the pump seal, the owner or operator shall follow the procedure specified in either 60.482-2(b)(2)(i) or (ii). This requirement does not apply to a pump that was monitored after a previous weekly inspection if the instrument reading for that monitoring event was less than 10,000 ppm and the pump was not repaired since that monitoring event. (60.482-2(b)(2))

64.11   When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9. (60.482-2(c)(1))

64.12   A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. First attempts at repair include, but are not limited to, the practices described in 60.482-2(c)(2)(i) and (ii), where practicable. (60.482-2(c)(2))

64.13   Each pump equipped with a dual mechanical seal system that includes a barrier fluid system is exempt from the requirements of paragraph (a) of this section, provided the requirements specified in 60.482-2(d)(1) through (6) are met. (60.482-2(d))

64.14   Any pump that is designated, as described in §60.486(e)(1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-2(a), (c), and (d) if the pump (60.482-2(e)):

   64.14.1   Has no externally actuated shaft penetrating the pump housing, (60.482-2(e)(1))

   64.14.2   Is demonstrated to be operating with no detectable emissions as indicated by an instrument reading of less than 500 ppm above background as measured by the methods specified in §60.485(c) (60.482-2(e)(2)), and

   64.14.3   Is tested for compliance with 60.482-2(e)(2) initially upon designation, annually, and at other times requested by the Division. (60.482-2(e)(3))

64.15   If any pump is equipped with a closed vent system capable of capturing and transporting any leakage from the seal or seals to a process or to a fuel gas system or to a control device that complies with the requirements of §60.482–10, it is exempt from 60.482-2(a) through (e). (60.482-2(f))

64.16   Any pump that is designated, as described in §60.486(f)(1), as an unsafe-to-monitor pump is exempt from the monitoring and inspection requirements of 60.482-2(a) and (d)(4) through (6) of this section if (60.482-2(g)):

   64.16.1   The owner or operator of the pump demonstrates that the pump is unsafe-to-monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with 60.482-2(a) (60.482-2(g)(1)); and

   64.16.2   The owner or operator of the pump has a written plan that requires monitoring of the pump as frequently as practicable during safe-to-monitor times but not more frequently than the periodic monitoring schedule otherwise applicable, and repair of the

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
--- | ---
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 367

equipment according to the procedures in 60.482-2(c) if a leak is detected. (60.482-2(g)(2))

64.17   Any pump that is located within the boundary of an unmanned plant site is exempt from the weekly visual inspection requirement of 60.482-2(a)(2) and (d)(4), and the daily requirements of 60.482-2(d)(5), provided that each pump is visually inspected as often as practicable and at least monthly. (60.482-2(e))

**Standards:  Compressors (60.482-3)**

64.18   Each compressor shall be equipped with a seal system that includes a barrier fluid system and that prevents leakage of VOC to the atmosphere, except as provided in §60.482–1(c) and 60.482-3 (h), (i), and (j). (60.482-3(a))

64.19   Each compressor seal system as required in 60.482-3(a) shall be (60.482-3(b)):

    64.19.1   Operated with the barrier fluid at a pressure that is greater than the compressor stuffing box pressure (60.482-3(b)(1)); or

    64.19.2   Equipped with a barrier fluid system degassing reservoir that is routed to a process or fuel gas system or connected by a closed vent system to a control device that complies with the requirements of §60.482–10 (60.482-3(b)(2)); or

    64.19.3   Equipped with a system that purges the barrier fluid into a process stream with zero VOC emissions to the atmosphere. (60.482-3(b)(3))

64.20   The barrier fluid system shall be in heavy liquid service or shall not be in VOC service. (60.482-3(c))

64.21   Each barrier fluid system as described in 60.482-3(a) shall be equipped with a sensor that will detect failure of the seal system, barrier fluid system, or both. (60.482-3(d))

64.22   Each sensor as required in 60.482-3(d) shall be checked daily or shall be equipped with an audible alarm. (60.482-3(e)(1))

64.23   The owner or operator shall determine, based on design considerations and operating experience, a criterion that indicates failure of the seal system, the barrier fluid system, or both. (60.482-3(e)(2))

64.24   If the sensor indicates failure of the seal system, the barrier system, or both based on the criterion determined under paragraph (e)(2), a leak is detected. (60.482-3(f))

64.25   When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9. (60.482-3(g)(1))

Air Pollution Control Division                                 Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                  Page 368

64.26    A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-3(g)(2))

64.27    A compressor is exempt from the requirements of 60.482-3(a) and (b), if it is equipped with a closed vent system to capture and transport leakage from the compressor drive shaft back to a process or fuel gas system or to a control device that complies with the requirements of §60.482–10, except as provided in 60.482-3(i). (60.482-3(h))

64.28    Any compressor that is designated, as described in §60.486(e) (1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-3(a)–(h) if the compressor (60.482-3(i)):

   64.28.1    Is demonstrated to be operating with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as measured by the methods specified in §60.485(c) (60.482-3(i)(1)); and

   64.28.2    Is tested for compliance with paragraph (i)(1) of this section initially upon designation, annually, and at other times requested by the Administrator. (60.482-3(i)(2))

64.29    Any existing reciprocating compressor in a process unit which becomes an affected facility under provisions of §60.14 or §60.15 is exempt from 60.482-3(a) through (e) and (h), provided the owner or operator demonstrates that recasting the distance piece or replacing the compressor are the only options available to bring the compressor into compliance with the provisions of 60.482-3(a) through (e) and (h). (60.482-3(j))

**Standards:  Pressure relief devices in gas/vapor service (60.482-4)**

64.30    Except during pressure releases, each pressure relief device in gas/vapor service shall be operated with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as determined by the methods specified in §60.485(c). (60.482-4(a))

64.31    After each pressure release, the pressure relief device shall be returned to a condition of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as soon as practicable, but no later than 5 calendar days after the pressure release, except as provided in §60.482–9. (60.482-4(b)(1))

64.32    No later than 5 calendar days after the pressure release, the pressure relief device shall be monitored to confirm the conditions of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, by the methods specified in §60.485(c). (60.482-4(b)(2))

64.33    Any pressure relief device that is routed to a process or fuel gas system or equipped with a closed vent system capable of capturing and transporting leakage through the pressure relief device to a control device as described in §60.482–10 is exempted from the requirements of 60.482-4(a) and (b). (60.482-4(c))

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 369

64.34   Any pressure relief device that is equipped with a rupture disk upstream of the pressure relief device is exempt from the requirements of 60.482-4(a) and (b), provided the owner or operator complies with the requirements in 60.482-4(d)(2). (60.482-4(d)(1))

64.35   After each pressure release, a new rupture disk shall be installed upstream of the pressure relief device as soon as practicable, but no later than 5 calendar days after each pressure release, except as provided in §60.482–9. (60.482-4(d)(2))

**Standards:  Sampling connection systems (60-682-5)**

64.36   Each sampling connection system shall be equipped with a closed-purge, closed-loop, or closed-vent system, except as provided in §60.482–1(c) and 60.482-5(c). (60.482-5(a))

64.37   Each closed-purge, closed-loop, or closed-vent system as required in 60.482-5(a) shall comply with the requirements specified in 60.482-5(b)(1) through (4). (60.482-5(b))

64.38   In situ sampling systems and sampling systems without purges are exempt from the requirements of 60.482-5(a) and (b). (60.482-5(c))

**Standards:  Open-ended valves or lines (60.482-6)**

64.39   Each open-ended valve or line shall be equipped with a cap, blind flange, plug, or a second valve, except as provided in §60.482–1(c) and 60.482-6(d) and (e). (60.482-6(a)(1))

64.40   The cap, blind flange, plug, or second valve shall seal the open end at all times except during operations requiring process fluid flow through the open-ended valve or line. (60.482-6(a)(2))

64.41   Each open-ended valve or line equipped with a second valve shall be operated in a manner such that the valve on the process fluid end is closed before the second valve is closed. (60.482-6(b))

64.42   When a double block-and-bleed system is being used, the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with 60.482-6(a) at all other times. (60.482-6(c))

64.43   Open-ended valves or lines in an emergency shutdown system which are designed to open automatically in the event of a process upset are exempt from the requirements of 60.482-6(a), (b) and (c). (60.482-6(d))

64.44   Open-ended valves or lines containing materials which would autocatalytically polymerize or would present an explosion, serious overpressure, or other safety hazard if capped or equipped with a double block and bleed system as specified in 60.482-6(a) through (c) are exempt from the requirements of 60.482-6(a) through (c). (60.482-6(e))

**Standards:  Valves in gas/vapor service and in light liquid service (60.482-7)**

---

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                      Page 370

64.45   Each valve shall be monitored monthly to detect leaks by the methods specified in §60.485(b) and shall comply with 60.482-7(b) through (e), except as provided in 60.482-7(f), (g), and (h) of, §60.482–1(c) and (f), and §§60.483–1 and 60.483–2. (60.482-7(a)(1))

64.46   A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for the process unit must be monitored according to 60.482-7(a)(2)(i) or (ii), except for a valve that replaces a leaking valve and except as provided in 60.482-7(f), (g), and (h), §60.482–1(c), and §§60.483–1 and 60.483–2. (60.482-7(a)(2))

64.47   If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-7(b))

64.48   Any valve for which a leak is not detected for 2 successive months may be monitored the first month of every quarter, beginning with the next quarter, until a leak is detected. (60.482-7(c)(1)(i))

64.49   As an alternative to monitoring all of the valves in the first month of a quarter, an owner or operator may elect to subdivide the process unit into 2 or 3 subgroups of valves and monitor each subgroup in a different month during the quarter, provided each subgroup is monitored every 3 months. The owner or operator must keep records of the valves assigned to each subgroup. (60.482-7(c)(1)(ii))

64.50   If a leak is detected, the valve shall be monitored monthly until a leak is not detected for 2 successive months. (60.482-7(c)(2))

64.51   When a leak is detected, it shall be repaired as soon as practicable, but no later than 15 calendar days after the leak is detected, except as provided in §60.482–9. (60.482-7(d)(1))

64.52   A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-7(d)(2))

64.53   First attempts at repair include, but are not limited to, the best practices specified in §60.482-7(e)(1) through (4) where practicable (60.482-7(e)):

64.54   Any valve that is designated, as described in §60.486(e)(2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-7 (a) if the valve (60.482-7(f)):

    64.54.1   Has no external actuating mechanism in contact with the process fluid (60.482-7(f)(1)),

    64.54.2   Is operated with emissions less than 500 ppm above background as determined by the method specified in §60.485(c) (60.482-7(f)(2)), and

    64.54.3   Is tested for compliance with 60.482-7(f)(2) initially upon designation, annually, and at other times requested by the Division. (60.482-7(f)(3))

64.55   Any valve that is designated, as described in §60.486(f)(1), as an unsafe-to-monitor valve is exempt from the requirements of 60.482-7(a) if (60.482-7(g)):

Permit Number: 96OPAD120                              First Issued: 8/1/04
                                                      Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                               Page 371

64.55.1    The owner or operator of the valve demonstrates that the valve is unsafe to monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with 60.482-7(a), (60.482-7(g)(1)) and

64.55.2    The owner or operator of the valve adheres to a written plan that requires monitoring of the valve as frequently as practicable during safe-to-monitor times. (60.482-7(g)(2))

64.56    Any valve that is designated, as described in §60.486(f)(2), as a difficult-to-monitor valve is exempt from the requirements of 60.482-7(a) if (60.482-7(h)):

64.56.1    The owner or operator of the valve demonstrates that the valve cannot be monitored without elevating the monitoring personnel more than 2 meters above a support surface. (60.482-7(h)(1))

64.56.2    The process unit within which the valve is located either becomes an affected facility through §60.14 or §60.15 or the owner or operator designates less than 3.0 percent of the total number of valves as difficult-to-monitor (60.482-7(h)(2)), and

64.56.3    The owner or operator of the valve follows a written plan that requires monitoring of the valve at least once per calendar year. (60.482-7(h)(3))

**Standards: Pumps and valves in heavy liquid service, pressure relief devices in light liquid or heavy liquid service and connectors (60.482-8)**

64.57    If evidence of a potential leak is found by visual, audible, olfactory, or any other detection method at pumps and valves in heavy liquid service, pressure relief devices in light liquid or heavy liquid service, and connectors, the owner or operator shall follow either one of the following procedures (60.482-8(a)):

64.57.1    The owner or operator shall monitor the equipment within 5 days by the method specified in §60.485(b) and shall comply with the requirements of 60.482-8(b) through (d). (60.482-8(a)(1))

64.57.2    The owner or operator shall eliminate the visual, audible, olfactory, or other indication of a potential leak within 5 calendar days of detection. (60.482-8(a)(2))

64.58    If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-8(b))

64.59    When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9. (60.482-8(c)(1))

64.60    The first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-8(c)(2))

64.61    First attempts at repair include, but are not limited to, the best practices described under §§60.482–2(c)(2) and 60.482–7(e). (60.482-8(d))

Air Pollution Control Division                                Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 372

**Standards: Delay of Repair (60.482-9)**

64.62    Delay of repair of equipment for which leaks have been detected will be allowed if repair within 15 days is technically infeasible without a process unit shutdown. Repair of this equipment shall occur before the end of the next process unit shutdown. Monitoring to verify repair must occur within 15 days after startup of the process unit. (60.482-9(a))

64.63    Delay of repair of equipment will be allowed for equipment which is isolated from the process and which does not remain in VOC service. (60.482-9(b))

64.64    Delay of repair for valves will be allowed if (60.482-9(c)):

    64.64.1    The owner or operator demonstrates that emissions of purged material resulting from immediate repair are greater than the fugitive emissions likely to result from delay of repair (60.482-9(c)(1)), and

    64.64.2    When repair procedures are effected, the purged material is collected and destroyed or recovered in a control device complying with §60.482–10. (60.482-9(c)(1))

64.65    Delay of repair for pumps will be allowed if (60.482-9(d)):

    64.65.1    Repair requires the use of a dual mechanical seal system that includes a barrier fluid system (60.482-9(d)(1)), and

    64.65.2    Repair is completed as soon as practicable, but not later than 6 months after the leak was detected. (60.482-9(d)(2))

64.66    Delay of repair beyond a process unit shutdown will be allowed for a valve, if valve assembly replacement is necessary during the process unit shutdown, valve assembly supplies have been depleted, and valve assembly supplies had been sufficiently stocked before the supplies were depleted. Delay of repair beyond the next process unit shutdown will not be allowed unless the next process unit shutdown occurs sooner than 6 months after the first process unit shutdown. (60.482-9(e))

64.67    When delay of repair is allowed for a leaking pump or valve that remains in service, the pump or valve may be considered to be repaired and no longer subject to delay of repair requirements if two consecutive monthly monitoring instrument readings are below the leak definition. (60.482-9(f))

**Standards: Closed Vent systems and control devices (60.482-10)**

64.68    Owners or operators of closed vent systems and control devices used to comply with provisions of 40 CFR Part 60 Subpart VV shall comply with the provisions of this section. (60.482-10(a))

Permit Number: 96OPAD120                                           First Issued: 8/1/04
                                                                   Renewed: 7/9/2024

Air Pollution Control Division                      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                              Page 373

64.69    Vapor recovery systems (for example, condensers and absorbers) shall be designed and operated to recover the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 parts per million by volume, whichever is less stringent. (60.482-10(b))

64.70    Enclosed combustion devices shall be designed and operated to reduce the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 parts per million by volume, on a dry basis, corrected to 3 percent oxygen, whichever is less stringent or to provide a minimum residence time of 0.75 seconds at a minimum temperature of 816 °C. (60.482-10(c))

64.71    Flares used to comply with 40 CFR Part 60 Subpart VV shall comply with the requirements of §60.18. (60.482-10(d))

64.72    Owners or operators of control devices used to comply with the provisions of 40 CFR Part 60 Subpart VV shall monitor these control devices to ensure that they are operated and maintained in conformance with their designs. (60.482-10(e))

64.73    Except as provided in 60.482-10(i) through (k), each closed vent system shall be inspected according to the procedures and schedule specified in 60.482-10(f)(1) and (f)(2). (60.482-10(f))

64.74    Leaks, as indicated by an instrument reading greater than 500 parts per million by volume above background or by visual inspections, shall be repaired as soon as practicable except as provided in 60.482-10(h). (60.482-10(g))

    64.74.1    A first attempt at repair shall be made no later than 5 calendar days after the leak is detected. (60.482-10(g)(1))

    64.74.2    Repair shall be completed no later than 15 calendar days after the leak is detected. (60.482-10(g)(2))

64.75    Delay of repair of a closed vent system for which leaks have been detected is allowed if the repair is technically infeasible without a process unit shutdown or if the owner or operator determines that emissions resulting from immediate repair would be greater than the fugitive emissions likely to result from delay of repair. Repair of such equipment shall be complete by the end of the next process unit shutdown. (60.482-10(i))

64.76    If a vapor collection system or closed vent system is operated under a vacuum, it is exempt from the inspection requirements of 60.482-10(f)(1)(i) and (f)(2). (60.482-10(i))

64.77    Any parts of the closed vent system that are designated, as described in 60.482-10(l)(1), as unsafe to inspect are exempt from the inspection requirements of paragraphs (f)(1)(i) and (f)(2) of this section if they comply with the requirements specified in 60.482-10(j)(1) and (j)(2) (60.482-10(j)):

    64.77.1    The owner or operator determines that the equipment is unsafe to inspect because inspecting personnel would be exposed to an imminent or potential danger as a consequence of complying with 60.482-10(f)(1)(i) or (f)(2) (60.482-10(j)(1)); and

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 374 |

64.77.2   The owner or operator has a written plan that requires inspection of the equipment as frequently as practicable during safe-to-inspect times. (60.482-10(j)(2))

64.78   Any parts of the closed vent system that are designated, as described in paragraph (l)(2) of this section, as difficult to inspect are exempt from the inspection requirements of 60.482-10(f)(1)(i) and (f)(2) if they comply with the requirements specified in 60.482-10 (k)(1) through (k)(3). (60.482-10(k))

64.78.1   The owner or operator determines that the equipment cannot be inspected without elevating the inspecting personnel more than 2 meters above a support surface (60.482-10(k)(1)); and

64.78.2   The process unit within which the closed vent system is located becomes an affected facility through §§60.14 or 60.15, or the owner or operator designates less than 3.0 percent of the total number of closed vent system equipment as difficult to inspect (60.482-10(k)(2)); and

64.78.3   The owner or operator has a written plan that requires inspection of the equipment at least once every 5 years. A closed vent system is exempt from inspection if it is operated under a vacuum. (60.482-10(k)(3))

64.78.4   The owner or operator shall record the information specified in 60.482-10(l)(1) through (l)(5). (60.482-10(l))

64.79   Closed vent systems and control devices used to comply with provisions of this subpart shall be operated at all times when emissions may be vented to them. (60.482-10(m))

**Alternative standards for valves—allowable percentage of valves leaking (60.483-1)**

64.80   An owner or operator may elect to comply with an allowable percentage of valves leaking of equal to or less than 2.0 percent. (60.483-1(a))

64.81   The requirements in 60.483-1(b)(1) through (3) shall be met if an owner or operator wishes to comply with an allowable percentage of valves leaking. (60.483-1(b))

64.82   Performance tests shall be conducted in accordance with the requirements in 60.483-1(c)(1) through (3) (60.483-1(c))

64.83   Owners and operators who elect to comply with this alternative standard shall not have an affected facility with a leak percentage greater than 2.0 percent, determined as described in §60.485(h). (60.483-1(d))

**Alternative standards for valves—skip period leak detection and repair (60.483-2)**

64.84   An owner or operator may elect to comply with one of the alternative work practices specified in 60.483-2(b)(2) and (3). (60.483-2(a)(1))

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                            Page 375

64.85   An owner or operator must notify the Administrator before implementing one of the alternative work practices, as specified in §60.487(d). (60.483-2(a)(2))

64.86   An owner or operator shall comply initially with the requirements for valves in gas/vapor service and valves in light liquid service, as described in §60.482-7. (60.483-2(b)(1))

64.87   After 2 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 1 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. (60.483-2(b)(2))

64.88   After 5 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 3 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. 90.483-2(b)(3))

64.89   If the percent of valves leaking is greater than 2.0, the owner or operator shall comply with the requirements as described in §60.482-7 but can again elect to use this section. (60.483-2(b)(4))

64.90   The percent of valves leaking shall be determined as described in §60.485(h). (60.483-2(b)(5))

64.91   An owner or operator must keep a record of the percent of valves found leaking during each leak detection period. (60.483-2(b)(6))

64.92   A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for a process unit following one of the alternative standards in this section must be monitored in accordance with §60.482-7(a)(2)(i) or (ii) before the provisions of this section can be applied to that valve. (60.483-2(b)(7))

**Test methods and procedures (60.485)**

64.93   The test methods and procedures specified in §60.485 shall be followed.

**Recordkeeping requirements (60.486)**

64.94   Records shall be kept as required by §60.486.

**Reporting requirements (60.487)**

64.95   Semi-annual reports shall be submitted as required by §60.487.

**65.   40 CFR Part 61 Subpart FF – National Emission Standards for Benzene Waste Operations**

The refinery is subject to these requirements. According to the Consent Decree (H-01-4330) Suncor shall comply with the 6BQ option (61.342(e)).

The following equipment is subject to control requirements in 40 CFR Part FF: T60, T4501, T4502, T4503, T4504, T4507, T4508, T4514, T4515, T4516, T4517, T4518, Sumps (Lab, Spider, T58, T70, T75, T80, T775, T777), API Lift Station, T60 Lift Station, API Headworks, the Centrifuge, the pipeline receipt

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 376 |

station sump, Tanks D-20, 17675 and 20529, Tank Truck Loading (LO-1), SU001 (Truck Loading Rack sump), controlled Truck Loading Rack Drains (F203) and the Truck Loading Rack Flare (R102) and associated piping from the Truck Loading Rack meter prover to the flare. The remaining waste streams, as applicable, will be included in assessing compliance with the 6 Mg/yr benzene quantity limit for uncontrolled waste streams.

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 61 Subpart FF published in the Federal Register on December 4, 2003. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 61 Subpart FF. The relevant requirements in 40 CFR Part 63 Subpart FF include, but are not limited to the following:

**Standards:  General (61.342)**

65.1    Each owner or operator of a facility at which the total annual benzene quantity from facility waste is equal to or greater than 10 Mg/yr (11 ton/yr) as determined in paragraph (a) of this section shall be in compliance with the requirements of paragraphs (c) through (h) of this section no later than 90 days following the effective date, unless a waiver of compliance has been obtained under §61.11, or by the initial startup for a new source with an initial startup after the effective date. (61.342(b)) According to the Consent Decree (H-01-4330) Suncor shall comply with the 6BQ option (61.342(e)).

65.2    As an alternative to the requirements specified in paragraphs (c) and (d) of this section, an owner or operator of a facility at which the total annual benzene quantity from facility waste is equal to or greater than 10 Mg/yr (11 ton/yr) as determined in paragraph (a) of this section may elect to manage and treat the facility waste as follows (61.342(e):

65.2.1    The owner or operator shall manage and treat facility waste with a flow-weighted annual average water content of less than 10 percent in accordance with the requirements of paragraph (c)(1) of this section (61.342(e)(1)); and

65.2.2    The owner or operator shall manage and treat facility waste (including remediation and process unit turnaround waste) with a flow-weighted annual average water content of 10 percent or greater, on a volume basis as total water, and each waste stream that is mixed with water or wastes at any time such that the resulting mixture has an annual water content greater than 10 percent, in accordance with the following (61.342(e)(2)):

65.2.2.1    The benzene quantity for the wastes described in paragraph (e)(2) of this section must be equal to or less than 6.0 Mg/yr (6.6 ton/yr), as determined in §61.355(k). Wastes as described in paragraph (e)(2) of this section that are transferred offsite shall be included in the determination of benzene quantity as provided in §61.355(k). The provisions of paragraph (f) of this section shall not apply to any owner or operator who elects to comply with the provisions of paragraph (e) of this section. (61.342(e)(2)(i)

65.2.2.2    The determination of benzene quantity for each waste stream defined in

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
--- | ---
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 377

paragraph (e)(2) of this section shall be made in accordance with §61.355(k). (61.342(e)(2)(ii))

65.3    Compliance with this subpart will be determined by review of facility records and results from tests and inspections using methods and procedures specified in §61.355 of this subpart. (61.342(g))

**Standards: Tanks (61.343)**

T4502, T4503, T4504, T4505, T4507, T4508, T4516, T4517, T4518, Lab Sump, Spider Sump (fixed portion), T58 Sump, T70 Sump, T75 Sump, T80 Sump, T775 Sump, T777 Sump, API Lift Station, T60 Lift Station, the pipeline receipt station sump, SU001 (Truck Loading Rack sump) and Tanks D-20, 17675 and 20529 are subject to these requirements.

65.4    Except as provided in paragraph (b) of this section and in §61.351, the owner or operator must meet the standards in paragraph (a)(1) or (2) of this section for each tank in which the waste stream is placed in accordance with §61.342(c)(1)(ii). The standards in this section apply to the treatment and storage of the waste stream in a tank, including dewatering. (61.343(a))

    65.4.1    The owner or operator shall install, operate, and maintain a fixed-roof and closed-vent system that routes all organic vapors vented from the tank to a control device. (61.343(a)(1))

        65.4.1.1    The fixed roof shall meet the requirements in §61.343(a)(1)(i).

        65.4.1.2    The closed-vent system and control device shall be designed and operated in accordance with the requirements of §61.349 of this subpart. (61.343(a)(1)(ii)). **OR**

    65.4.2    The owner or operator must install, operate, and maintain an enclosure and closed-vent system that routes all organic vapors vented from the tank, located inside the enclosure, to a control device in accordance with the requirements specified in paragraph (e) of this section. (61.343(a)(2))

65.5    For a tank that meets all the conditions specified in paragraph (b)(1) of this section, the owner or operator may elect to comply with paragraph (b)(2) of this section as an alternative to the requirements specified in paragraph (a)(1) of this section. (61.343(b))  The pipeline receipt station sump and Tanks 17675 and 20529 meet the requirements in 61.343(b)(1) and are complying with the requirements in 61.343(b)(2).

    65.5.1    The waste managed in the tank complying with paragraph (b)(2) of this section shall meet all of the conditions in 61.343(b)(1).

    65.5.2    The owner or operator shall install, operate, and maintain a fixed roof as specified in paragraph (a)(1)(i). (61.343(b)(2))

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 378

65.5.3    For each tank complying with paragraph (b) of this section, one or more devices which vent directly to the atmosphere may be used on the tank provided each device remains in a closed, sealed position during normal operations except when the device needs to open to prevent physical damage or permanent deformation of the tank or cover resulting from filling or emptying the tank, diurnal temperature changes, atmospheric pressure changes or malfunction of the unit in accordance with good engineering and safety practices for handling flammable, explosive, or other hazardous materials. (61.343(b)(3))

65.6    Each fixed-roof, seal, access door, and all other openings shall be checked by visual inspection initially and quarterly thereafter to ensure that no cracks or gaps occur and that access doors and other openings are closed and gasketed properly. (61.343(c))

65.7    Except as provided in §61.350 of this subpart, when a broken seal or gasket or other problem is identified, or when detectable emissions are measured, first efforts at repair shall be made as soon as practicable, but not later than 45 calendar days after identification. (61.343(d))

65.8    Each owner or operator who controls air pollutant emissions by using an enclosure vented through a closed-vent system to a control device must meet the requirements specified in paragraphs (e)(1) through (4) of this section. (61.343(e))

**Standards:  Containers (61.345)**

These requirements apply to the centrifuge, tank truck loading (LO-1) and various containers utilized at the refinery.

65.9    The owner or operator shall meet the following standards for each container in which waste is placed in accordance with §61.342(c)(1)(ii) of this subpart: (61.345(a))

65.9.1    The owner or operator shall install, operate, and maintain a cover on each container used to handle, transfer, or store waste in accordance with the requirements in 61.345(a)(1)(i) and (ii). (61.345(a)(1))

65.9.2    When a waste is transferred into a container by pumping, the owner or operator shall perform the transfer using a submerged fill pipe. The submerged fill pipe outlet shall extend to within two fill pipe diameters of the bottom of the container while the container is being loaded. During loading of the waste, the cover shall remain in place and all openings shall be maintained in a closed, sealed position except for those openings required for the submerged fill pipe, those openings required for venting of the container to prevent physical damage or permanent deformation of the container or cover, and any openings complying with paragraph (a)(4) of this section. (61.345(a)(2))

65.9.3    Treatment of a waste in a container, including aeration, thermal or other treatment, must be performed by the owner or operator in a manner such that while the waste is being treated the container meets the standards specified in paragraphs (a)(3)(i) through (iii)

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division        Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120              Page 379

of this section, except for covers and closed-vent systems that meet the requirements in paragraph (a)(4) of this section. (61.345(a)(3))

    65.9.4     If the cover and closed-vent system operate such that the container is maintained at a pressure less than atmospheric pressure, the owner or operator may operate the system with an opening that is not sealed and kept closed at all times if the conditions in 61.345(a)(4)(i) through (iii) are met. (61.345(a)(4))

65.10  Each cover and all openings shall be visually inspected initially and quarterly thereafter to ensure that they are closed and gasketed properly. (61.345(b))

65.11  Except as provided in §61.350 of this subpart, when a broken seal or gasket or other problem is identified, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.345(c))

**Standards: Individual Drain Systems (61.346)**

The API Headworks and the controlled Truck Loading Rack drains (F203) are subject to these requirements. When vapors from the API Headworks are routed to the RTO or carbon canisters, the alternative standards in Condition 65.13 are no longer applicable.

65.12  Except as provided in paragraph (b) of this section, the owner or operator shall meet the following standards for each individual drain system in which waste is placed in accordance with §61.342(c)(1)(ii) of this subpart (61.346(a)):

    65.12.1   The owner or operator shall install, operate, and maintain on each drain system opening a cover and closed-vent system that routes all organic vapors vented from the drain system to a control device. (61.346(a)(1))

        65.12.1.1   The cover shall meet the requirements in 61.346(a)(1)(i)(A) through (C).

        65.12.1.2   The closed-vent system and control device shall be designed and operated in accordance with §61.349 of this subpart. (61.346(a)(1)(ii))

    65.12.2   Each cover seal, access hatch, and all other openings shall be checked by visual inspection initially and quarterly thereafter to ensure that no cracks or gaps occur and that access hatches and other openings are closed and gasketed properly. (61.346(a)(2))

    65.12.3   Except as provided in § 61.350 of this subpart, when a broken seal or gasket or other problem is identified, or when detectable emissions are measured, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.346(a)(3))

65.13  As an alternative to complying with paragraph (a) of this section, an owner or operator may elect to comply with the following requirements: (61.346(b))

---

Permit Number: 96OPAD120          First Issued: 8/1/04
                                 Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                Page 380

65.13.1    Each drain shall be equipped with water seal controls or a tightly sealed cap or plug. (61.346(b)(1))

65.13.2    Each junction box shall be equipped with a cover and may have a vent pipe. The vent pipe shall be at least 90 cm (3 ft) in length and shall not exceed 10.2 cm (4 in) in diameter. (61.346(b)(2))

65.13.2.1    Junction box covers shall have a tight seal around the edge and shall be kept in place at all times, except during inspection and maintenance. (61.346(b)(2)(i))

65.13.2.2    One of the methods in §61.346(b)(2)(ii)(A) or (B) shall be used to control emissions from the junction box vent pipe to the atmosphere. (61.346(b)(2)(ii))

65.13.3    Each sewer line shall not be open to the atmosphere and shall be covered or enclosed in a manner so as to have no visual gaps or cracks in joints, seals, or other emission interfaces. (61.346(b)(3))

65.13.4    Equipment installed in accordance with paragraphs (b)(1), (b)(2), or (b)(3) of this section (Conditions 65.13.1, 65.13.2 or 65.13.3) shall be inspected as follows: (61.346(b)(4))

65.13.4.1    Each drain using water seal controls shall be checked by visual or physical inspection initially and thereafter quarterly for indications of low water levels or other conditions that would reduce the effectiveness of water seal controls. (61.346(b)(4)(i))

65.13.4.2    Each drain using a tightly sealed cap or plug shall be visually inspected initially and thereafter quarterly to ensure caps or plugs are in place and properly installed. (61.346(b)(4)(ii))

65.13.4.3    Each junction box shall be visually inspected initially and thereafter quarterly to ensure that the cover is in place and to ensure that the cover has a tight seal around the edge. (61.346(b)(4)(iii))

65.13.4.4    The unburied portion of each sewer line shall be visually inspected initially and thereafter quarterly for indication of cracks, gaps, or other problems that could result in benzene emissions. (61.346(b)(4)(iv))

65.13.5    Except as provided in §61.350 of this subpart, when a broken seal, gap, crack or other problem is identified, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.346(b)(5))

**Standards:  Oil-water Separators (61.347)**

T4514 and T4515 are subject to these requirements.

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 381 |

65.14 Except as provided in §61.352 of this subpart, the owner or operator shall meet the following standards for each oil-water separator in which waste is placed in accordance with §61.342(c)(1)(ii) of this subpart: (61.347(a))

    65.14.1 The owner or operator shall install, operate, and maintain a fixed-roof and closed-vent system that routes all organic vapors vented from the oil-water separator to a control device. (61.347(a)(1)) The fixed-roof shall meet the requirements in 61.347(a)(1)(i).

    65.14.2 The closed-vent system and control device shall be designed and operated in accordance with the requirements of §61.349 of this subpart. (61.347(a)(1)(ii))

65.15 Each cover seal, access hatch, and all other openings shall be checked by visual inspection initially and quarterly thereafter to ensure that no cracks or gaps occur between the cover and oil-water separator wall and that access hatches and other openings are closed and gasketed properly. (61.347(b))

65.16 Except as provided in §61.350 of this subpart, when a broken seal or gasket or other problem is identified, or when detectable emissions are measured, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.347(c))

**Standards: Closed Vent Systems and Control Devices (61.349)**

The Centrifuge Thermal Oxidizer, the Regenerative Thermal Oxidizer, the Truck Loading Rack Flare and piping from the meter prover to the Truck Loading Rack Flare and all Carbon Canisters are subject to these requirements.

65.17 For each closed-vent system and control device used to comply with standards in accordance with §§61.343 through 61.348 of this subpart, the owner or operator shall properly design, install, operate, and maintain the closed-vent system and control device in accordance with the following requirements: (61.349(a))

    65.17.1 The closed vent system shall meet the requirements in 61.349(a)(1).

    65.17.2 The control device shall be designed and operated in accordance with the requirements in 61.349(a)(2). For the control technologies addressed in this permit the following requirements apply:

        65.17.2.1 An enclosed combustion device (e.g., a vapor incinerator, boiler, or process heater) shall meet one of the requirements in 61.349(a)(2)(i).

        65.17.2.2 A vapor recovery system (e.g., a carbon adsorption system or a condenser) shall recover or control the organic emissions vented to it with an efficiency of 95 weight percent or greater, or shall recover or control the benzene emissions vented to it with an efficiency of 98 weight percent or greater. (61.349(a)(2)(ii))

        65.17.2.3 A flare shall comply with the requirements of 40 CFR 60.18

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 382 |

(61.349(a)(2)(iii)).

65.18   Each closed-vent system and control device used to comply with this subpart shall be operated at all times when waste is placed in the waste management unit vented to the control device except when maintenance or repair of the waste management unit cannot be completed without a shutdown of the control device. (61.349(b))

65.19   An owner and operator shall demonstrate that each control device, except for a flare, achieves the appropriate conditions specified in paragraph (a)(2) of this section by using one of the following methods: (61.349(c))

    65.19.1   Engineering calculations in accordance with requirements specified in §61.356(f) of this subpart; or

    65.19.2   Performance tests conducted using the test methods (61.349(c)(1) and (2))

65.20   An owner or operator shall demonstrate compliance of each flare in accordance with paragraph (a)(2)(iii) of this section (61.349(d))

65.21   The Division may request at any time an owner or operator demonstrate that a control device meets the applicable conditions specified in paragraph (a)(2) of this section by conducting a performance test using the test methods and procedures as required in §61.355, and for control devices subject to paragraph (a)(2)(iv) of this section, the Division may specify alternative test methods and procedures, as appropriate. (61.349(e))

65.22   Each closed-vent system and control device shall be visually inspected initially and quarterly thereafter. The visual inspection shall include inspection of ductwork and piping and connections to covers and control devices for evidence of visible defects such as holes in ductwork or piping and loose connections. (61.349(f))

65.23   Except as provided in §61.350 of this subpart, if visible defects are observed during an inspection, or if other problems are identified, or if detectable emissions are measured, a first effort to repair the closed-vent system and control device shall be made as soon as practicable but no later than 5 calendar days after detection. Repair shall be completed no later than 15 calendar days after the emissions are detected or the visible defect is observed. (61.349(g))

65.24   The owner or operator of a control device that is used to comply with the provisions of this section shall monitor the control device in accordance with §61.354(c) of this subpart. (61.349(h))

**Standards:  Delay of Repair (61.350)**

65.25   Delay of repair of facilities or units that are subject to the provisions of this subpart will be allowed if the repair is technically impossible without a complete or partial facility or unit shutdown. (61.350(a))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 383 |

65.26    Repair of such equipment shall occur before the end of the next facility or unit shutdown. (61.350(b))

**Alternative Standards for Tanks (61.351)**

T60, T4501 and Spider Sump (floating portion) are subject to these requirements.

65.27    As an alternative to the standards for tanks specified in §61.343 of this subpart, an owner or operator may elect to comply with one of the methods specified in §61.351(a)(1) through (3). (61.351(a))

65.28    If an owner or operator elects to comply with the provisions of this section, then the owner or operator is exempt from the provisions of §61.343 of this subpart applicable to the same facilities. (61.351(b))

**Monitoring of Operations (61.354)**

65.29    An owner or operator subject to the requirements in §61.349 of this subpart shall install, calibrate, maintain, and operate according to the manufacturer's specifications a device to continuously monitor the control device operation as specified in 61.354(c)(1) through (9), unless alternative monitoring procedures or requirements are approved for that facility by the Administrator. The owner or operator shall inspect at least once each operating day the data recorded by the monitoring equipment (e.g., temperature monitor or flow indicator) to ensure that the control device is operating properly. (61.354(c))  For the control technologies addressed in this permit the following requirements apply:

    65.29.1    For a thermal vapor incinerator, a temperature monitoring device equipped with a continuous recorder. The device shall have an accuracy of ±1 percent of the temperature being monitored in °C or ±0.5 °C, whichever is greater. The temperature sensor shall be installed at a representative location in the combustion chamber. (61.354(c)(1))

    65.29.2    For a flare, a monitoring device in accordance with 40 CFR 60.18(f)(2) equipped with a continuous recorder. (61.354(c)(3))

65.30    For a carbon adsorption system that does not regenerate the carbon bed directly on site in the control device (e.g., a carbon canister), either the concentration level of the organic compounds or the concentration level of benzene in the exhaust vent stream from the carbon adsorption system shall be monitored on a regular schedule, and the existing carbon shall be replaced with fresh carbon immediately when carbon breakthrough is indicated. The device shall be monitored on a daily basis or at intervals no greater than 20 percent of the design carbon replacement interval, whichever is greater. As an alternative to conducting this monitoring, an owner or operator may replace the carbon in the carbon adsorption system with fresh carbon at a regular predetermined time interval that is less than the carbon replacement interval that is determined by the maximum design flow rate and either the organic concentration or the benzene concentration in the gas stream vented to the carbon adsorption system. (61.354(d))

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                    Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 384

65.31    An alternative operation or process parameter may be monitored if it can be demonstrated that another parameter will ensure that the control device is operated in conformance with these standards and the control device's design specifications. (61.354(e))

65.32    Owners or operators using a closed-vent system that contains any bypass line that could divert a vent stream from a control device used to comply with the provisions of this subpart shall do the following: (61.354(f))

   65.32.1    Visually inspect the bypass line valve at least once every month, checking the position of the valve and the condition of the car-seal or closure mechanism required under §61.349(a)(1)(ii) to ensure that the valve is maintained in the closed position and the vent stream is not diverted through the bypass line. (61.354(f)(1))

   65.32.2    Visually inspect the readings from each flow monitoring device required by §61.349(a)(1)(ii) at least once each operating day to check that vapors are being routed to the control device as required. (61.354(f)(2))

65.33    Each owner or operator who uses a system for emission control that is maintained at a pressure less than atmospheric pressure with openings to provide dilution air shall install, calibrate, maintain, and operate according to the manufacturer's specifications a device equipped with a continuous recorder to monitor the pressure in the unit to ensure that it is less than atmospheric pressure. (61.354(g))

**Test Methods, Procedures and Compliance Provisions (61.355)**

65.34    An owner or operator shall determine the total annual benzene quantity from facility waste using the procedures specified in §61.355(a).

65.35    For purposes of the calculation required by paragraph (a) of this section, an owner or operator shall determine the annual waste quantity at the point of waste generation, unless otherwise provided in paragraphs (b) (1), (2), (3), and (4) of this section, by one of the methods given in paragraphs (b) (5) through (7) of this section. (61.355(b))

65.36    For the purposes of the calculation required by §§61.355(a) of this subpart, an owner or operator shall determine the flow-weighted annual average benzene concentration in a manner that meets the requirements given in paragraph (c)(1) of this section using either of the methods given in paragraphs (c)(2) and (c)(3) of this section. (61.355(c))

65.37    An owner or operator shall test equipment for compliance with no detectable emissions as required in §§61.343 through 61.347, and §61.349 of this subpart in accordance with the requirements in §61.355(h).

65.38    An owner or operator using a performance test to demonstrate compliance of a control device with either the organic reduction efficiency requirement or the benzene reduction efficiency requirement specified under §61.349(a)(2) shall use the procedures in §61.355(i).

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 385 |

65.39  An owner or operator shall determine the benzene quantity for the purposes of the calculation required by §61.342(e)(2) using the procedures in §61.355(k).

**Recordkeeping Requirements (61.356)**

65.40  Each owner or operator of a facility subject to the provisions of this subpart shall comply with the recordkeeping requirements of this section. Each record shall be maintained in a readily accessible location at the facility site for a period not less than two years from the date the information is recorded unless otherwise specified. (61.356(a))

65.41  Each owner or operator shall maintain records that identify each waste stream at the facility subject to this subpart, and indicate whether or not the waste stream is controlled for benzene emissions in accordance with this subpart. In addition the owner or operator shall maintain the records specified in 61.355(b)(1) through (6). (61.356(b))

65.42  An owner or operator transferring waste off-site to another facility for treatment in accordance with §61.342(f) shall maintain documentation for each offsite waste shipment that includes the following information: Date waste is shipped offsite, quantity of waste shipped offsite, name and address of the facility receiving the waste, and a copy of the notice sent with the waste shipment. (61.356(c))

65.43  An owner or operator using control equipment in accordance with §§61.343 through 61.347 shall maintain engineering design documentation for all control equipment that is installed on the waste management unit. The documentation shall be retained for the life of the control equipment. If a control device is used, then the owner or operator shall maintain the control device records required by paragraph (f) of this section. (61.356(d))

65.44  An owner or operator using a closed-vent system and control device in accordance with §61.349 of this subpart shall maintain the following records. The documentation shall be retained for the life of the control device. (61.356(f))

65.44.1  A statement signed and dated by the owner or operator certifying that the closed-vent system and control device is designed to operate at the documented performance level when the waste management unit vented to the control device is or would be operating at the highest load or capacity expected to occur. (61.356(f)(1))

65.44.2  If engineering calculations are used to determine control device performance in accordance with §61.349(c), then a design analysis for the control device that includes for example (61.356(f)(2)):

65.44.2.1  Specifications, drawings, schematics, and piping and instrumentation diagrams prepared by the owner or operator, or the control device manufacturer or vendor that describe the control device design based on acceptable engineering texts. The design analysis shall address the following vent stream characteristics and control device operating parameters (61.356(f)(2)(i):

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 386

> a. For a carbon adsorption system that does not regenerate the carbon bed directly on-site in the control device, such as a carbon canister, the design analysis shall consider the vent stream composition, constituent concentration, flow rate, relative humidity, and temperature. The design analysis shall also establish the design exhaust vent stream organic compound concentration level or the design exhaust vent stream benzene concentration level, capacity of carbon bed, type and working capacity of activated carbon used for carbon bed, and design carbon replacement interval based on the total carbon working capacity of the control device and source operating schedule. (61.356(f)(2)(i)(G))

65.44.3    If performance tests are used to determine control device performance in accordance with §61.349(c) of this subpart (61.356(f)(3)):

   65.44.3.1    A description of how it is determined that the test is conducted when the waste management unit or treatment process is operating at the highest load or capacity level. This description shall include the estimated or design flow rate and organic content of each vent stream and definition of the acceptable operating ranges of key process and control parameters during the test program. (61.356(f)(3)(i))

   65.44.3.2    A description of the control device including the type of control device, control device manufacturer's name and model number, control device dimensions, capacity, and construction materials. (61.356(f)(3)(ii))

   65.44.3.3    A description of the control device including the type of control device, control device manufacturer's name and model number, control device dimensions, capacity, and construction materials. (61.356(f)(3)(iii))

65.45    An owner or operator shall maintain a record for each visual inspection required by §§61.343 through 61.347 of this subpart that identifies a problem (such as a broken seal, gap or other problem) which could result in benzene emissions. The record shall include the date of the inspection, waste management unit and control equipment location where the problem is identified, a description of the problem, a description of the corrective action taken, and the date the corrective action was completed. (61.356(g))

65.46    An owner or operator shall maintain a record for each test of no detectable emissions required by §§61.343 through 61.347 and §61.349 of this subpart. The record shall include the following information: date the test is performed, background level measured during test, and maximum concentration indicated by the instrument reading measured for each potential leak interface. If detectable emissions are measured at a leak interface, then the record shall also include the waste management unit, control equipment, and leak interface location where detectable emissions were measured, a description of the problem, a description of the corrective action taken, and the date the corrective action was completed. (61.356(h))

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit            Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 387

65.47    For each control device, the owner or operator shall maintain documentation that includes the applicable information specified in 61.356(j)(1) through (12) regarding the control device operation.  (61.356(j))   For the control technologies addressed in this permit the following requirements apply:

65.47.1    Dates of startup and shutdown of the closed-vent system and control device. (61.356(j)(1))

65.47.2    A description of the operating parameter (or parameters) to be monitored to ensure that the control device will be operated in conformance with these standards and the control device's design specifications and an explanation of the criteria used for selection of that parameter (or parameters). This documentation shall be kept for the life of the control device. (61.356(j)(2))

65.47.3    Periods when the closed-vent system and control device are not operated as designed including all periods and the duration when (61.356(j)(3)):

65.47.3.1    Any valve car-seal or closure mechanism required under §61.349(a)(1)(ii) is broken or the by-pass line valve position has changed. (61.356(j)(3)(i))

65.47.3.2    Any valve car-seal or closure mechanism required under §61.349(a)(1)(ii) is broken or the by-pass line valve position has changed. (61.356(j)(3)(ii))

65.47.4    If a thermal vapor incinerator is used, then the owner or operator shall maintain continuous records of the temperature of the gas stream in the combustion zone of the incinerator and records of all 3-hour periods of operation during which the average temperature of the gas stream in the combustion zone is more than 28 °C (50 °F) below the design combustion zone temperature. (61.356(j)(4))

65.47.5    If a flare is used, then the owner or operator shall maintain continuous records of the flare pilot flame monitoring and records of all periods during which the pilot flame is absent. (61.356(j)(4))

65.47.6    If a carbon adsorber that is not regenerated directly on site in the control device is used, then the owner or operator shall maintain records of dates and times when the control device is monitored, when breakthrough is measured, and shall record the date and time then the existing carbon in the control device is replaced with fresh carbon. (61.356(j)(10))

65.48    An owner or operator who elects to install and operate the control equipment in §61.351 of this subpart shall comply with the recordkeeping requirements in 40 CFR 60.115b. (61.356(k))

65.49    If a system is used for emission control that is maintained at a pressure less than atmospheric pressure with openings to provide dilution air, then the owner or operator shall maintain records

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                            Renewed: 7/9/2024

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 388 |

of the monitoring device and records of all periods during which the pressure in the unit is operated at a pressure that is equal to or greater than atmospheric pressure. (61.356(m))

**Reporting Requirements (61.357)**

65.50    If the total annual benzene quantity from facility waste is equal to or greater than 10 Mg/yr (11 ton/yr), then the owner or operator shall submit to the Division the reports specified in §61.357(d).

65.51    An owner or operator who elects to install and operate the control equipment in §61.351 of this subpart shall comply with the reporting requirements in 40 CFR 60.115b. (61.357(e))

**66.    40 CFR Part 63 Subpart GGGGG – National Emission Standards for Hazardous Air Pollutants: Site Remediation**

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 63 Subpart GGGGG published in the Federal Register on July 10, 2020. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63, Subpart GGGGG. The relevant requirements in 40 CFR Part 63 Subpart GGGGG include, but are not limited to the following:

Appendix I of the permit indicates those portions of the facility that are subject to these requirements and those that are not.  Specifically, these requirements apply to the emission unit R102 (truck rack).

The remainder of the refinery is exempt from these provisions because site remediation is required by an order authorized under RCRA Section 7003 (40 CFR Part 63 §63.7881(b)(3)).   In the event that site remediation at the remainder of the refinery is no longer subject to a RCRA order, the provisions in 40 CFR Part 63 Subpart GGGGG apply.

66.1    The permittee shall comply with the requirements in 40 CFR Part 63 Subpart GGGGG by one of the following methods:

66.1.1    Your site remediation activities are not subject to the requirements of this subpart, except for the recordkeeping requirements in this paragraph, provided that you meet the following requirements. (63.7881(c))

66.1.1.1    You determine that the total quantity of the HAP listed in Table 1 to this subpart that is contained in the remediation material excavated, extracted, pumped, or otherwise removed during all of the site remediation conducted at your facility is less than 1 megagram (Mg) annually. This exemption applies the 1 Mg limit on a facility-wide, annual basis, and there is no restriction to the number of site remediation that can be conducted during this period.  (63.7881(c)(1))

66.1.1.2    You must prepare and maintain at your facility written documentation to support your determination that the total HAP quantity in your remediation materials for the year is less than 1 Mg. The documentation

---

Air Pollution Control Division

Colorado Operating Permit

Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.

Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

Page 389

must include a description of your methodology and data used for determining the total HAP content of the remediation material. 63.7881(c)(2))

66.1.2    A site remediation that is completed within 30 consecutive calendar days according to the conditions in paragraphs (b)(1) through (3) of this section is not subject to the standards under paragraph (a) of this section. This exemption cannot be used for a site remediation involving the staged or intermittent cleanup of remediation material whereby the remediation activities at the site are started, stopped, and then re-started in a series of intervals, with durations less than 30-days per interval, when the time period from the beginning of the first interval to the end of the last interval exceeds 30 days. (63.7884(b))

66.1.2.1    The 30 consecutive calendar day period for a site remediation that qualifies for this exemption is determined according to actions taken by you as defined in paragraphs (b)(1)(i) through (iii) of this section. (63.7884(b)(1))

a. The first day of the 30-day period is defined as the day on which you initiate any action that removes, destroys, degrades, transforms, immobilizes, or otherwise manages the remediation materials. The following activities, when completed before beginning this initial action, are not counted as part of the 30-day period: Activities to characterize the type and extent of the contamination by collecting and analyzing samples; activities to obtain permits from Federal, State, or local authorities to conduct the site remediation; activities to schedule workers and necessary equipment; and activities to arrange for contractor or third party assistance in performing the site remediation. (63.7884(b)(1)(i))

b. The last day of the 30-day period is defined as the day on which treatment or disposal of all of the remediation materials generated by the cleanup is completed such that the organic constituents in these materials no longer have a reasonable potential for volatilizing and being released to the atmosphere. (63.7884(b)(1)(ii))

c. If treatment or disposal of the remediation materials is conducted at an off-site facility where the final treatment or disposal of the material cannot, or may not, be completed within the 30-day exemption period, then the shipment of all of the remediation material generated from your cleanup that is transferred to another party, or shipped to another facility, within the 30-day period, must be performed according to the applicable requirements specified in §63.7936. (63.7884(b)(1)(iii))

66.1.2.2    For the purpose of complying with paragraph (b)(1) of this section, if you ship or otherwise transfer the remediation material off-site you must include in the applicable shipping documentation, in addition to any

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 390 |

notifications and certifications required under §63.7936, a statement that the shipped material was generated by a site remediation activity subject to the conditions of this exemption. The statement must include the date on which you initiated the site remediation activity generating the shipped remediation materials, as specified in paragraph (b)(1)(i) of this section, and the date 30 calendar days following your initiation date. (63.7884(b)(2))

66.1.2.3    You must prepare and maintain at your facility written documentation describing the exempted site remediation, and listing the initiation and completion dates for the site remediation. (63.7884(b)(3))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 391 |

## 67.    Sand Creek Remediation Project – Air Sparge/Soil Vapor Extraction (AS/SVE) and AS Systems

**AIRS Pt 606 –Recovery Trench Zone F & G**

**AIRS Pt 615 – Suncor Western Property Boundary**

**AIRS Pt 616 Metro M & E East**

**AIRS Pt 617 – RPC Zone 2**

**AIRS Pt 618 – Metro Utility Corridor Zones 1 & 2**

**AIRS Pt 623 – Metro South Secondary Area Zone 1**

**AIRS Pt 624 – Metro South Secondary Area Zone 2**

**AIRS Pt 625 - Recovery Trench Zone E & H**

**AIRS Pt 634 – Metro Utility Corridor Zones 3 & 4**

**AIRS Pt 635 – PCA Subslab Depressurization**

**AIRS Pt 636 - NW Boundary Uncontrolled Zones 3 & 4**

**AIRS Pt 637 –Laboratory**

**AIRS Pt 638 – East Burlington Ditch**

**AIRS Pt 639 – West of Burlington Ditch**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 67.1 | Pt 606 – 0.49 tons/year<br>Pt 615 – 1.88 tons/year<br>Pt 616 – 0.21 tons/year<br>Pt 617 – 1.2 tons/year<br>Pt 618 – 0.49 tons/year<br>Pt 623 – 0.04 tons/year<br>Pt 624 – 0.03 tons/year<br>Pt 625 – 0.49 tons/year<br>Pt 634 – 0.22 tons/year<br>Pt 635 – 0.01 tons/year<br>Pt 636 – 16.26 tons/year<br>Pt 637 – 0.29 tons/year<br>Pt 638 – 0.61 tons/year<br>Pt 639 – 0.47 tons/year | See Condition 67.1 | Recordkeeping and Calculation | Monthly |
| NO$_X$ | 67.2 | TO-SUN-2 – 2.2 tons/year | 0.50 lbs/hr | Recordkeeping and Calculation | Monthly |
| | | CO-RPC-1 – 0.1 tons/year | 2.2 x 10$^{-2}$ lbs/hr | | |
| CO | | TO-SUN-2 – 5.2 tons/year | 1.18 lbs/hr | | |
| | | CO-RPC-1 – 0.45 tons/year | 0.10 lbs/hr | | |
| Fuel Use – **TO-SUN-2 Only** | 67.3 | **TO-SUN-2 – 25.8 MMscf/year** | | Fuel Meter | Monthly |
| Hours of Operation | 67.4 | | | Recordkeeping | Monthly |

---

Air Pollution Control Division      Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit      Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120      Page 392

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| AS/SVE Flow and AS Injection Monitoring | 67.5 | | | Flow Meter | Daily |
| Equipment and Control Device Requirements | 67.6 | See Condition 67.6 | | See Condition 67.6 | |
| NSPS Requirements – **TO-SUN-2 Only** | 67.7 | 40 CFR Part 60, Subpart Ja Fuel gas shall not contain H$_2$S in excess of: 162 ppmv, on a 3-hour rolling average, and 60 ppmv, on a 365-day rolling average | | Fuel Gas Stream is Inherently Low in Sulfur | |
| | | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |
| RACT | 67.8 | See Condition 67.8 | | See Condition 67.8 | |
| Sampling for Contaminant Concentration | 67.9 | See Condition 67.9 | | See Condition 67.9 | |
| Control Device Monitoring Requirements | 67.10 | Carbon Canisters - Breakthrough Thermal and Catalytic Oxidizers - Temperature | | See Condition 67.10 | |
| Opacity Requirements – **TO-SUN-2 and CO-RPC-1** | 67.11 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| CAM Requirements | 67.12 | See Condition 67.12 | | See Condition 67.12 | |
| SO$_2$ – **TO-SUN-2 Only** | 67.13 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 67.13 | Recordkeeping and Calculation | Daily Monthly |

67.1    VOC Emissions shall not exceed the limits listed in the above summary table. (Colorado Construction Permit 12AD1825, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X in accordance with the APENs submitted on November 12, 2015, red-lined December 3 & 4, 2015 (to revise the emissions limits for pts 606, 615, 616, 617, 618 and 625, add limitations for pts 634, 635 and 636, and to remove monthly limits for pt 625) and February 25, 2022 (to revise emission limits for pts 606, 618 and 625). For pt 637, as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include VOC limit as requested on the APEN submitted on September 7, 2016, redlined October 3, 2016. For pt 638, as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include VOC limit as requested on the APEN submitted

Permit Number: 96OPAD120      First Issued: 8/1/04
Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 393 |

May 30, 2019, red-lined July 16, 2019. For pt 639, as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include VOC limit as requested on the APEN submitted March 31, 2020) Compliance with the VOC emissions limitations shall be monitored by calculating monthly emissions as follows:

67.1.1    **For all but Pts 615 and 617**, monthly VOC emissions shall be calculated using the most recent or average (if more than one sample during the month) contaminant concentration (as required by Condition 67.9), AS/SVE flow rate (as required by Condition 67.5) and monthly hours of operation (as required by Condition 67.4) in the following equation:

$$VOC_{uncont} \text{ (tons/month)} = \frac{C \times MW \times Q \times 60 \times monthly \ hours \ of \ operation}{1,000,000 \times 385.3 \times 2,000}$$

A control efficiency may be applied for AS/SVE systems equipped with carbon canisters provided that the carbon canisters are operated and maintained in accordance with the requirements in Conditions 67.6.1 and 67.10.1

$$VOC_{cont} \text{ (tons/month)} = VOC_{uncont} \times (100 - CE)/100$$

Where:    C = measured contaminant concentration, ppmv
Q = AS/SVE flow rate (scfm)
MW = molecular weight of contaminant, in lb/lbmole (assumed to be 69 lb/lbmole)
CE = control efficiency, 98% for two carbon canisters in series

67.1.2    **For Pt 615 and Pt 617**, monthly VOC emissions shall be calculated by multiplying the emissions factors in the table below by hours of operation (as required by Condition 67.4) in the equation below:

$$VOC \text{ (tons/month)} = EF \text{ (lbs/hr)} \times hours \ of \ operation \ (hours \ per \ month)/2000 \ lbs/ton$$

| Emission Unit | Emission Factor (lb/hr) | Source of Emission Factor |
|---|---|---|
| TO-SUN-2 | $2.27 \times 10^{-2}$ | From performance tests conducted on February |
| CO-RPC-1 | $2.94 \times 10^{-3}$ | 24 and 25, 2015 |

67.1.3    **For Pt 636 (uncontrolled, AS only systems)**, monthly VOC emissions shall be calculated using the most recent or average (if more than one sample during the month) contaminant concentration (as required by Condition 67.9) and the monthly volume of air injected into the system (as required by Condition 67.5) in the following equation:

$$VOC \text{ (tons/month)} = \frac{C \times MW \times monthly \ volume \ of \ air \ injected \ (scf/month)}{1,000,000 \times 385.3 \times 2,000}$$

Where:    C = measured contaminant concentration, ppmv
Q = air injection flow rate, scf/month
MW = weight of contaminant, in lb/lbmole (assumed to be 69 lb/lbmole)

67.1.4    The VOC emissions limitations for the points listed shall be met regardless of the control device used and the control efficiency of the control device used. The

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 394 |

appropriate control efficiency shall be applied to the above stipulated monthly emissions calculation methodologies for the amount of time that the control device was used for the month. (Colorado Construction Permit 12AD1825) If the controls currently installed on **Pts 615 and pt 617** are replaced with either no control or carbon canisters, emissions for these systems shall be estimated in accordance with the requirements in Condition 67.1.1.

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

67.2   NO$_X$ and CO emissions **from TO-SUN-2 and CO-RPC-1** shall not exceed the limits listed in the above table. (Colorado Construction Permit 12AD1825, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include CO and NO$_X$ limits for CO-RPC-1 and to revise CO emissions for TO-SUN-2). Monthly emissions of NO$_X$ and CO from TO-SUN-2 and CO-RPC-1 shall be calculated by multiplying the emissions factors in the table below by hours of operation (as required by Condition 67.4) in the equation below:

CO or NO$_X$ emissions (tons/month) = EF (lbs/hr) x monthly hours of operation /2000 lbs/ton

| Emission Unit | Emission Factor (lb/hr) | | Source of Emission Factor |
|---|---|---|---|
| | NO$_X$ | CO | |
| TO-SUN-2 | 0.50 | 1.18 | For TO-SUN-2, both NO$_X$ and CO: The sum of the AP-42 emission factors from Section 1.4 (dated 7/1998), Table 1.4-1 for small boilers, converted to lb/MMBtu based on a heat content of 1020 Btu/scf (per footnote 1) and Section 13.5 (dated 4/2015), Tables 13.5-1 & 2. |
| CO-RPC-1 | $2.2 \times 10^{-2}$ | 0.10 | For CO-RPC-1, both NO$_X$ and CO: AP-42, Section 13.5 (dated 4/15), Tables 13.5-1 & 2. The lb/MMBtu emission factors were multiplied by the design heat input rate (3 MMBtu/hr for TO-SUN-2 and 0.33 MMBtu/hr for CO-RPC-1) to get the lb/hr factors. |

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

67.3   Natural gas consumption from **TO-SUN-2** shall not exceed the limitation in the above table. (Colorado Construction Permit 12AD1825). Compliance with the natural gas consumption limit shall be monitored by recording the natural gas consumption from TO-SUN-2 monthly. Monthly natural gas consumption shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

Daily natural gas consumption shall be determined by dividing monthly natural gas consumption by the number of days TO-SUN-2 was operated as required by Condition 67.4.

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 395

67.4    Hours of operation of the **AS/SVE systems, TO-SUN-2 and CO-RPC-1** shall be determined by recording the number of days the AS/SVE system, TO-SUN-2 and CO-RPC-1 is operated. The number of days the AS/SVE system, TO-SUN-2 and CO-RPC-1 are operated during the month shall be multiplied by 24 to determine the monthly hours of operation. Days of operation recorded shall reflect the number of days the AS/SVE systems operated under a specific control device or without a control device, in the event that the control device is changed and/or removed during the month. Monthly hours of operation shall be used to calculate emissions as specified in Conditions 67.1 and 67.2.

67.5    The flow rate for each **AS/SVE System** and the injection rate for **Pt 636 (AS (uncontrolled) systems)** shall be monitored and recorded during each business day that the AS/SVE or AS system is operated. Daily records of the AS/SVE and AS flow and injection rates shall be used as follows:

    67.5.1    The daily records of the AS/SVE flow rates shall maintained and made available to the Division to ensure that the daily AS/SVE capacity does not exceed the capacity of the control device used for the system. As of revised permit issuance [February 1, 2016], the AS/SVE capacity and control device capacity for each unit is listed in the table in Condition 67.6.2.

    67.5.2    The daily AS/SVE system flow rates recorded during a calendar month shall be averaged together and used to calculate monthly emissions as specified in Condition 67.1.1.

    67.5.3    The daily AS system injection rates shall be summed to determine the amount of air injected during the month. The monthly quantity of air injected in the AS system shall be used to calculate monthly emissions as specified in Condition 67.1.3.

67.6    The AS/SVE systems, AS (uncontrolled) systems and various control devices are subject to the following requirements:

    67.6.1    The AS/SVE and AS systems, shall be operated and maintained in accordance with manufacturer's recommendations and good engineering practices. A copy of the operating and maintenance procedures, schedules for maintenance and/or inspection activities and records related to the operation and maintenance of the AS/SVE and AS systems and control devices and good engineering practices, such as records of routine maintenance shall be maintained and made available to the Division upon request.

    67.6.2    As of revised permit issuance **July 9, 2024**, the control devices used on the AS/SVE Systems are shown in the table below. The control devices listed in the table below may be rearranged as needed as long as the emissions from each AS/SVE System (AIRS pt) meet the emissions limits specified in Condition 67.1, except as noted in Condition 67.6.3. (Colorado Construction Permit 12AD1825, as modified under the provisions of Section I, Condition 1.3 to exclude movement of TO-SUN-2 and CO-RPC-1).

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
| Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 396 |

The remediation systems addressed in this Condition 67 may be operated without the use of control equipment once uncontrolled VOC emissions from the system drop below the system's VOC emissions limit. (Colorado Construction Permit 12AD1825)

The permittee shall keep a log that shows which control device was used at all times to control emissions for each point, and the dates and hours that the control devices were operated at each point. (Colorado Construction Permit 12AD1825).

Additional carbon canister systems that are not listed in the table below may be used as control devices provided that the carbon canister systems consist of two canisters in series, rated at 500 scfm per set.

| AIRS point (pt) | AS/SVE System | | Control Device | | |
|---|---|---|---|---|---|
| | Description | Capacity | Description | Capacity | Efficiency |
| 606 | One Blower | 750 scfm | CC-MET-8, -8a, & -8b Three sets of two carbon canisters (ccs) in series | 1,500 scfm (500 per set) | 98% |
| 615 | Two Blowers | 2,000 scfm (1,000 each) | TO-SUN-2 | 10,000 scfm | N/A* |
| **616** | **Two Blowers** | **2,400 scfm (1,200 each)** | **CC-MET-9, -9a & -9b Three sets of two ccs in series** | **1,500 scfm (500 per set)** | **98%** |
| **617** | **Two Blowers**** | **1,500 scfm (750 each)** | **CO-RPC-1** | **750 scfm** | **N/A*** |
| **618** | **Two Blowers**** | **1,500 scfm (750 each)** | **CC-MET-7a & -7b Two sets of two (2) ccs in series** | **1,000 scfm (500 per set)** | **98%** |
| 623 | One Blower** | 750 scfm | CC-MET-6a, -6b & -6c Three sets of two (2) ccs in series | 1,500 scfm (500 per set) | 98% |
| 624 | One Blower** | 750 scfm | CC-MET-6a, -6b & -6c Three sets of two (2) ccs in series | 1,500 scfm (500 per set) | 98% |
| 625 | One Blower | 750 scfm | CC-MET-8, -8a & -8b Three sets of two (2) ccs in series | 1,500 scfm (500 per set) | 98% |
| **634** | **Four Blowers** | **3,350 scfm (3 at 850 each, 1 at 800)** | **CC-MET-7c, -7d, -7e & -7f Four sets of two (2) ccs in series** | **2,000 scfm (500 per set)** | **98%** |
| 635 | One Blower | 500 scfm | CC-SUN-3 Two (2) ccs in series | 500 scfm | 98% |
| 637 | One Blower | 107 scfm | CC-SUN-2 Two (2) ccs in series | 500 scfm | 98% |
| 638 | Two Blowers | 1,300 scfm (650 each) | CC-MET-5c, -5a, -5b & -5d Four sets of two (2) ccs in series | 2,000 scfm (500 per set) | 98% |
| 639 | Two Blowers | 1,000 scfm (500 each) | CC-MET-10a (north) and-10b (south) | 1,000 scfm (500 per set) | 98% |

Entries in bold have AS/SVE systems with design flow rates greater than the control device flow rate.

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit                Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                          Page 397

*Control efficiency was not verified by performance test, so it is not listed.
**Booster blower is located between SVE blowers and control device.

67.6.3   **TO-SUN-2 and CO-RPC-1** may not be relocated without first revising the Title V permit or obtaining a construction permit.

67.6.4   The AS/SVE systems (e.g. blowers) addressed in this permit may be replaced with a system with a blower capacity less than or equal to the capacity of the blower for the existing system. The permittee shall maintain a log indicating the date that AS/SVE system is replaced and the identifying information for the replacement system (e.g. make, model, serial no. and design flow rate). A revised Air Pollutant Emissions Notice (APEN) that includes the specific manufacturer, model and serial number and capacity (scfm) of the permanent replacement blower shall be filed with the Division for the permanent replacement blower within 14 calendar days of commencing operation of the replacement blower.

67.6.5   New wells may be tied into any existing AS/SVE or AS only systems provided the emissions limitations for the systems are met and that contaminant sampling is conducted in accordance with the requirements in Condition 67.9.2.

67.6.6   No new AS/SVE System or AS System may be installed and operated without first revising the Title V permit or obtaining a construction permit.

67.7   **TO-SUN-2** is  subject to NSPS requirements as follows:

67.7.1   **TO-SUN-2** is subject to the NSPS general provisions in 40 CFR Part 60, Subpart A as set forth in Condition 56 of this permit.

67.7.2   **TO-SUN-2** is a fuel gas combustion device and is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 46 of this permit.

Note that TO-SUN-2 is exempt from the $H_2S$ monitoring requirements as specified in Condition 46.15 because TO-SUN-2 combusts fuel gas that is inherently low in sulfur.

67.8   The AS/SVE and AS Systems are subject to RACT requirements for VOC. (Colorado Construction Permit 12AD1825 and Colorado Regulation No. 3, Part C, Section III.D.2.a).  RACT has been determined as follows:

67.8.1   RACT for all of the AS/SVE Systems **except for pt 636** has been determined to be the control technology employed (see Condition 67.6.2) and the emissions limitations in Condition 67.1. As provided for in Condition 67.6.2, the control technology may be removed provided the VOC emissions limitations may be met and in those cases RACT has been determined to be the emissions limitations in Condition 67.1.

Permit Number: 96OPAD120                                                    First Issued: 8/1/04
                                                                           Renewed: 7/9/2024

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 398

67.8.2 RACT for the AS Systems associated with **Pt 636** has been determined to be the emissions limitations in Condition 67.1. Soil vapor extraction and an associated control technology is not feasible for these zones since the groundwater table is shallow in these locations.

67.9 Sampling for contaminant concentrations shall be conducted as follows:

67.9.1 For **each AS/SVE and AS system except for Pt 615 and Pt 636 Zone 4**, samples of contaminant concentrations shall be taken at a frequency of once a week for the first month of operation, once a month for the next month and then once every three months thereafter. The samples shall be analyzed using the appropriate EPA methods for Total Volatile Petroleum Hydrocarbons (TVPH). For AS/SVE systems, the sample shall be taken at the outlet of the AS/SVE blower prior to the control device and any booster blower, if applicable. For Pt 636, Zone 3 (AS system, uncontrolled), samples shall be taken at various sample points below ground, prior to being emitted. (Colorado Construction Permit 12AD1825, as modified under the provisions of Section I, Condition 1.3 to correct sample location for systems equipped with carbon canisters and to address pt 636 Zone 3 which is not equipped with SVE and is uncontrolled)

67.9.2 For **Pt 636 Zone 4 (AS system, uncontrolled), Pt 615 and for when new wells are tied into any existing AS/SVE or AS system**, samples of contaminant concentrations shall be taken at a frequency of once a week for the first three months of operation, once a month for the fourth month and then once every three months thereafter. The samples shall be analyzed using the appropriate EPA methods for Total Volatile Petroleum Hydrocarbons (TVPH). For AS/SVE systems, the sample shall be taken at the outlet of the AS/SVE blower prior to the control device and any booster blower, if applicable. For Pt 636, Zone 4 (uncontrolled, no SVE system) or any other AS system, samples shall be taken at sample points below ground, prior to being emitted.

67.10 Monitoring of the control devices shall be conducted as follows:

67.10.1 Two carbon canisters in series. The permittee shall monitor for breakthrough between the primary and secondary carbon canisters at times there is actual flow to the carbon canisters on the frequency specified in Conditions 67.10.1.1 through 67.10.1.4. Breakthrough monitoring shall be conducted on each set of two carbon canisters in series (e.g. CC-MET-6a) controlling a given AS/SVE System. Breakthrough is defined in Condition 67.10.1.6.

67.10.1.1 During the first three months of operation following issuance of construction permit 12AD1825 (issued September 26, 2014), frequency of breakthrough monitoring shall be daily.

67.10.1.2 If breakthrough is detected less than once per month in any three consecutive months of daily breakthrough monitoring, frequency of monitoring shall be reduced to weekly:

Permit Number: 96OPAD120 | First Issued: 8/1/04
 | Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 399 |

67.10.1.3    If breakthrough is not detected during any three consecutive months of weekly breakthrough monitoring, frequency of breakthrough monitoring shall be reduced to monthly.

67.10.1.4    At any time breakthrough is experienced in two consecutive scheduled monitoring events for a set of two carbon canisters in series, frequency will revert back to the previous monitoring frequency.

67.10.1.5    Except as provided for below, breakthrough from carbon canisters shall be defined as a concentration equal to or greater than 5 ppm VOC:

a. If a concentration of 5 ppm or greater VOC is detected between the first and second carbon canisters, the permittee may monitor the VOC concentration at the inlet of the carbon canisters and between the primary and second primary canister. Breakthrough under this scenario is defined as a VOC reduction less than 95%.

b. The inlet monitoring specified in Condition 67.10.1.5.a shall be conducted at the outlet of the AS/SVE blower prior to the control device and any booster blower, if applicable.

c. Records of the inlet and outlet VOC concentrations and the percent VOC reduction shall be maintained and made available to the Division upon request.

67.10.1.6    Within 24 hours after breakthrough is detected:

a. The carbon canisters will be replaced, or

b. The AS/SVE system shall be shutdown.

c. If the AS/SVE system is shutdown, then the carbon canisters shall be replaced prior to startup of the AS/SVE system.

67.10.2    <u>TO-SUN-2.</u> For purposes of assuring compliance with the annual VOC emissions limits in Condition 67.1, TO-SUN-2 shall be operated such that the temperature in the combustion chamber is not less than 1,588 °F. The temperature shall be monitored in accordance with the CAM Plan in Appendix M and the CAM requirements in Condition 60 (as required by Condition 67.12).

67.10.3    <u>CO-RPC-1.</u> For purposes of assuring compliance with the annual VOC emissions limits in Condition 67.1, CO-RPC-1 shall be operated such that the catalyst inlet temperature is not less than 775 °F. The temperature shall be monitored in accordance with the CAM Plan in Appendix M and the CAM requirements in Condition 60 (as required by Condition 67.12).

67.11    **TO-SUN-2 and CO-RPC-1** are subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. In the absence of credible evidence to the contrary, compliance with the opacity limits is presumed provided only vapors from SVE systems and/or natural gas are combusted

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 400 |

and/or oxidized in these units. Records shall be maintained to verify that only vapors from SVE systems and/or natural gas have been combusted and/or oxidized in these units.

67.12    AIRS pts 615 and 617 are subject to the compliance assurance monitoring (CAM) requirements with respect to the VOC limitations identified in Condition 67.1, except as provided for in Conditions 67.12.1 and 67.12.2. Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 60 and the CAM Plans in Appendix M.

    67.12.1    The CAM requirements do not apply to AIRs pt 615 until the area in which the source is located is reclassified as a severe ozone non-attainment area.

    67.12.2    As provided for under the provisions of Condition 67.6.2, if either AIRS pt 615 or 617 can be operated in compliance with the emission limits in Condition 67.1 without the use of a control device, the CAM requirements will no longer apply to that equipment.

67.13    Sulfur dioxide emissions from **TO-SUN-2** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emissions limit, daily $SO_2$ emissions shall be calculated as follows:

$SO_2$ emissions from TO-SUN-2 (lb/day) = $SO_2$ from waste gas (lb/day) + $SO_2$ from natural gas consumption (lb/day)

$SO_2$ (lb/day) = 4.0 x $10^{-3}$ lb/hr x hours of Pt 615 AS/SVE operation (hours/day)

$SO_2$ (lb/day) = 0.6 lb/MMscf x daily natural gas consumption (MMscf/day)

Where:  0.6 lb/MMscf = $SO_2$ emission factor from AP-42, Section 1.4 (dated 7/98), Table 1.4-2
        Hours of operation for Pt 615 AS/SVE as required by Condition 67.4
        Natural gas consumption (MMscf/day) as required by Condition 67.3
        4.0 x $10^{-3}$ lb/hr $SO_2$ = calculated from the below equation.

4.0 x $10^{-3}$ lb/hr $SO_2$ = 0.2 scf $H_2S/10^6$ scf x lb-mole $H_2S/385.3$ scf $H_2S$ x lb-mole $SO_2$/lb-mole $H_2S$ x 64 lbs $SO_2$/lb-mole $SO_2$ x 2,000 scf/min x 60 min/hr

Where:  0.2 ppmv $H_2S$ (scf/$10^6$ scf) = detection level during 14-day testing period
        385.3 = molar volume (scf/lb-mole)
        2,000 scf/min = total blower flowrate for Pt 615 AS/SVE, 1,000 scf/min per blower

## 68.   Sand Creek Remediation Project – Tanks and Tank Truck Loading

### LO-1 (AIRS pt 628) – Tank Truck Loading, D-20 (AIRS pt 631) – Storage Tanks (21,150 gal) and Tanks 17675 & 20529 (APEN exempt) – Two (2) Storage Tanks (525 gal, each)

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC Emissions | 68.1 | Tank D-20: 0.1 tons/year | TANKS | Recordkeeping and Calculation | Monthly |
| | | Tank Truck Loading (LO-1) 1.5 tons/year | See Condition 68.1.2 | | |

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 401

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| RACT | 68.2 68.3 | See Conditions 68.2 and 68.3 | | See Conditions 68.2 and 68.3 | |
| NSPS | 68.4 | General Provisions – Subpart A (Condition 56) | | See 40 CFR Part 60 Subparts A (Condition 56) and Kb (Condition 53) | |
| | | Specific Requirements – Subpart Kb (Condition 48) | | | |
| MACT | 68.5 | See 40 CFR Part 63 Subpart CC (Condition 53) | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| Tank D-20 Control Device Requirements | 68.6 | Two (2) Carbon Canisters in Series | | Breakthrough Monitoring | Daily or No Less Than Once Every 14 Days |
| BWON | 68.7 | See 40 CFR Part 61 Subpart FF (Condition 65) | | See 40 CFR Part 61 Subpart FF (Condition 65) | |
| Throughput Limitations | 68.8 | Tank D-20 534,767 gallons/year Tank Truck Loading (LO-1) 766,500 gallons/year | | Recordkeeping | Monthly |

Note that the two (2) 525 gallon tanks (Tanks 17675 & 20529) are exempt from the APEN reporting requirements in Regulation No. 3, Part A and the construction permit requirements in Regulation No. 3, Part B provided actual, uncontrolled emissions are below the APEN de minimis levels.

68.1    VOC Emissions **from Tank D-20 and tank truck loading (LO-1)** shall not exceed the limits listed in the above summary table (Colorado Construction Permit 12AD1826, as modified under the provisions of Section I, Condition 1.3 to remove the monthly limits for D-20). Compliance with the annual limits shall be monitored as follows:

68.1.1    For **Tank D-20**, compliance with the annual VOC emissions limit shall be monitored by calculating monthly emissions using EPA's TANKS 4.09d program and the monthly throughput (as required by Condition 68.8). Emissions shall be based on the average (or numerically greater) RVP of the material stored over the monthly period. A control efficiency of 98% may be applied to the monthly emissions determined from the TANKS run provided the closed vent system and carbon canisters are operated and maintained in accordance with the requirements in Conditions 68.6 and 68.7.

68.1.2    For **tank truck loading (LO-1)**, compliance with the annual VOC emissions limit shall be monitored by calculating emissions monthly using the monthly quantity of materials loaded (as required by Condition 68.8) in the equation below:

VOC (tons/mo) = [quantity of materials loaded ($10^3$ gal/mo) x $L_L$ (lbs/$10^3$ gal)]/2000 (lb/ton)

$L_L$ = 12.46 x SPM/T

Where:      $L_L$ = loading, loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), equation 1
            S = saturation factor (per Table 5.2-1 of AP-42)
            P = true vapor pressure of liquid loaded, psia

---

Permit Number: 96OPAD120 | First Issued: 8/1/04
Renewed: 7/9/2024

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 402 |

$M$ = molecular weight of vapors (lb/lbmole)
$T$ = temperature of bulk liquid loaded (° R)

Monthly emissions shall be based on the average vapor heat content, vapor pressure, temperature and molecular weight (of vapors) of the liquids loaded over the monthly period.

Monthly emissions **from Tank D-20 and tank truck loading (LO-1)** shall be calculated by the end of the subsequent month and used in twelve month rolling totals to monitor compliance with the annual emissions limitation. Each month new twelve month totals shall be calculated using the previous twelve months data.

68.2     The tanks are subject to the RACT requirements in Colorado Regulation No. 24, as follows:

    68.2.1     **Tanks D-20, 17675 and 20529** are subject to Colorado Regulation No. 7, Part B, Section I.A, as set forth in Condition 39.1 of this permit.

    68.2.2     **Tank D-20** is subject to Colorado Regulation No. 24, Part B, Section IV.B.3 as set forth in Condition 41.6 of this permit.

68.3     **Tank D-20 and tank truck loading (LO-1)** are subject to RACT requirements for VOC (Colorado Construction Permit 12AD1826 and Colorado Regulation No. 3, Part C, Section III.D.2.a). RACT has been determined as follows:

    68.3.1     For Tank D-20, RACT has been determined to be the requirements in Condition 68.2.

    68.3.2     For tank truck loading (LO-1), RACT has been determined to be the requirements for loading containers in Condition 68.7.

68.4     **Tank D-20** is  subject to NSPS requirements as follows:

    68.4.1     This tank is subject to the NSPS general provisions in 40 CFR Part 60, Subpart A as set forth in Condition 56 of this permit.

    68.4.2     This tank is subject to the specific NSPS requirements for volatile organic liquid (including petroleum liquids) storage vessels in 40 CFR Part 60, Subpart Kb, as set forth in Condition 48 of this permit.

68.5     **Tank D-20** is subject to the requirements of 40 CFR Part 63, Subpart CC, as set forth in Condition 53 of this permit.

68.6     **Tank D-20** shall be vented through a closed vent system to two (2) carbon canisters in series. (Colorado Construction Permit 12AD1826) The carbon canisters shall be monitored for breakthrough as follows:

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 403 |

68.6.1    The source shall monitor for breakthrough between the primary and secondary carbon canisters at times there is actual flow to the carbon canisters daily or at intervals no greater than once every 14 days.

68.6.2    Breakthrough from carbon canisters shall be defined as a concentration equal to or greater than 5 ppm VOC.

68.6.3    The carbon canisters will be replaced within 24 hours after breakthrough is detected.

Records shall be maintained of the dates when breakthrough monitoring is conducted, breakthrough is detected and carbon canisters are replaced.

68.7    **Tanks D-20, 17675 and 20529 and tank truck loading (LO-1)** are subject to the requirements of 40 CFR Part 61, Subpart FF, as set forth in Condition 65 of this permit.

68.8    Throughput **through Tank D-20 and tank truck loading (LO-1)** shall not exceed the limits listed in the above summary table (Colorado Construction Permit 12AD1826, as modified under the provisions of Section I, Condition 1.3 to remove the monthly limits for D-20). Compliance with the annual limits shall be monitored by recording the quantity of material processed through tank D-20 and loaded into tank trucks monthly. Monthly quantities of material processed through tank D-20 and loaded into tank trucks shall be used in twelve month rolling totals to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculated using the previous twelve months data.

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                   Page 404

## 69.    Sand Creek Remediation Project – Project Wide Requirements

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Insignificant Activity Tracking - NOₓ and VOC | 69.1 | VOC 15.6 tons/year NOₓ 21.5 tons/year | | Recordkeeping and Calculation | Annually |
| Restrictions on Relaxing Emissions Limitations | 69.2 | See Condition 69.2 | | See Condition 69.2 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

69.1    The uncontrolled potential to emit from all insignificant activities associated the Sand Creek Remediation Project shall not exceed the limitations listed in the above table. (Colorado Construction Permits 12AD1825 and 12AD1826, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulations No. 3 Part B, Section II.A.6 and Part C, Section X to adjust the levels to revise the $NO_X$ and VOC emissions limitations to reflect $NO_X$ emissions from all fuel burning equipment noted in 12AD1825 and the APEN required fuel burning equipment note in the 9/26/14 exemption letter (12AD1827) and to reflect current VOC permitted emissions)

For the purposes of this Condition 69.1, the Sand Creek Remediation Project shall be defined as any remediation activity or equipment that is in any way associated with the reformate release from an underground dead leg line connected to line number 6"-HN-08-0846-N-A2-1, Circuit Number 404-002-3, that was reported to the Department on February 25, 2011.

Insignificant activities from the Sand Creek Remediation Project that are sources of VOC or $NO_X$ emissions shall be tracked and potential emissions (uncontrolled emissions at maximum capacity for 8760 hours per year) from these shall be estimated annually (calendar year basis) to ensure that emissions are below the specified limits. Any insignificant activity that is in place for part of the calendar shall be counted as being on site for the full calendar year. For purposes of this analysis, an insignificant activity is identified as any piece of equipment that emits $NO_X$ or VOC emissions below the APEN de minimis level (actual, uncontrolled emissions below 1 ton/year) and that is not subject to emission limitations in Sections II.67 and 68 of this permit.

69.2    The requirements of Colorado Regulation No. 3, Part D shall apply to the Sand Creek Remediation Project Equipment at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Construction Permits 12AD1825 and 12AD1826, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulations No. 3 Part B, Section II.A.6 and Part C, Section X to revise the permitted VOC emissions level).

---

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 405

With respect to this Condition 69.2, Colorado Regulation No. 3, Part D requirements may apply to future modifications if the emission limitations are modified to equal or exceed the following thresholds:

| AIRS Point No.* | Equipment Description | Pollutant | Program | Emissions (tons/yr) | |
|---|---|---|---|---|---|
| | | | | Threshold | Current Permit Limit |
| 606, 615 – 618, 623 – 625, 628, 631, 634 – 638 & 639 | AS/SVE Systems, Product Storage Tanks and Tank Truck Loading. | VOC | NANSR | 40 | 24.3 |

*Only the VOC permitted sources are noted here. If emissions from the Sand Creek Remediation Project were relaxed to exceed 40 tons/yr of VOC, NANSR would apply to all emissions units associated with the Sand Creek Remediation Project that emit VOC. This would include any that currently qualify as insignificant activities as noted in Condition 69.1.

Permit Number: 96OPAD120                                         First Issued: 8/1/04
                                                                Renewed: 7/9/2024

Air Pollution Control Division                                     Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 406

## 70.    Tank Cleaning and Degassing –P1DGTO

### Thermal Oxidizer for Degassing and Cleaning Tanks

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring Method | Interval |
|---|---|---|---|---|---|
| VOC | 70.1 | 17.2 tons/year **(Refinery-Wide)** | See Condition 70.1 | Recordkeeping and Calculation | Per Tank Monthly |
| $NO_X$ | | 2.73 tons/year **(Refinery-Wide)** | 0.14 lb/MMBtu | Recordkeeping and Calculations | Per Tank Monthly |
| CO | | 1.57 tons/year **(Refinery-Wide)** | 0.082 lb/MMBtu | | |
| PM | | | $7.65 \times 10^{-3}$ lb/MMBtu | | |
| $PM_{10}$ | | | | | |
| $SO_2$ | | | See Condition 70.1.3.2 | | Daily, Monthly |
| | 70.2 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 70.2 | | |
| Thermal Oxidizer (TO) Requirements | 70.3 | Design Rate Not to Exceed 20 Million Btu per hour | | See Condition 70.3 | |
| | | Maintain TO Temperature at or Above 1400 ºF | | | |
| RACT | 70.4 | | | See Condition 70.4 | |
| Propane/LPG Consumption | 70.5 | 38,400,000,000 Btu/year **(Refinery-Wide)** | | Fuel Meter Recordkeeping | Daily, Monthly |
| NSPS Requirements | 70.6 | <u>40 CFR Part 60, Subpart J</u>[1] Fuel gas shall not contain $H_2S$ in excess of excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | $H_2S$ Sampling | See Condition 70.6 |
| | | <u>40 CFR Part 60, Subpart Ja</u> Fuel gas shall not contain $H_2S$ in excess of: 162 ppmv, on a 3-hour rolling average, and 60 ppmv, on a 365-day rolling average | | | |
| | | See 40 CFR Part 60 Subpart A (Condition 56) | | See 40 CFR Part 60 Subpart A (Condition 56) | |

---

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 407 |

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Opacity Requirements | 70.7 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| Restrictions on Relaxing Emission Limitations | 70.8 | | | Recordkeeping and Calculation | Per Tank |
| CAM Requirements | 70.9 | These requirements apply beginning on the date the area is reclassified as a severe ozone nonattainment area. See Condition 70.9 | | See Condition 70.9 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

70.1    Emissions of air pollutants are subject to the following requirements:

70.1.1    VOC emissions from tank cleaning and/or degassing shall not exceed 17.2 tons year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 based on requested emissions indicated on the APEN submitted on February 25, 2022.) **This limit includes emissions from cleaning and/or degassing of tanks located throughout the refinery (including Plant 2).** This permit includes requirements for the Plants 1 and 3 tanks, while the Plant 2 permit (95OPAD108) includes requirements for the Plant 2 tanks.

Compliance with the VOC emission limitation shall be monitored as follows:

70.1.1.1    Tank degassing means the process of removing volatile organic compound vapors from a storage tank.

70.1.1.2    Emissions from tank cleaning and degassing shall be calculated for each tank cleaning and/or degassing event using tank specific contents, dimensions and type, as well as the duration of the event in using a TankESP version based on the June 2020 version of AP-42, Chapter 7.1. Emissions shall be estimated for each step, as applicable for each tank cleaning and/or degassing event. Note that if a new version of AP-42, Chapter 7.1 is published, Suncor may be required to modify this condition to include the new calculation methodologies to calculate emissions.

- Roof Landings (standing idle losses) – vapors to be routed to the thermal oxidizer

- Vapor Space Purge  - vapors to be routed to the thermal oxidizer

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit              Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 408

- Stock Removal (continued forced ventilation) – vapors to be routed to the thermal oxidizer

- Diesel Flush (continued forced ventilation) – vapors to be routed to the thermal oxidizer

- Sludge Removal (if continued forced ventilation used) – uncontrolled vapors

A control efficiency of 95% may be applied to the calculated emissions in each step, except sludge removal, provided the thermal oxidizer is operated in accordance with the requirements in Condition 70.3.

Records shall be retained for each tank cleaning and/or degassing event indicating tank contents, dimensions and type, which of the above steps were conducted during the event, the duration of each step and the total duration of the event.

70.1.1.3    Emissions from combustion of propane/LPG in the TO for each tank cleaning and/or degassing event shall be calculated using an emission factor of 0.011 lb/MMBtu (from AP-Section 1.5 (dated 7/08), Table 1.5-1, converted to lb/MMBtu based on a propane heat content of 91.5 MMBtu/1000 gal per footnote a) and the quantity of propane/LPG consumption as required by Condition 70.5.1.

Emissions from tank cleaning and/or degassing vapors (Condition 70.1.1.2) and combustion of propane/LPG in the thermal oxidizer (Condition 70.1.1.3) shall be summed together for total VOC emissions from each tank cleaning and/or degassing event. Total VOC emissions from each tank cleaning and/or degassing event for the month conducted under the provisions of this permit, as well as any tank cleaning and/or degassing events conducted under the provisions of Suncor's Plant 2 permit (95OPAD108) shall be summed together to determine the total monthly emissions. Total monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

For purposes of APEN reporting, only monthly emissions from tank cleaning and/or degassing events conducted under the provisions of this permit shall be summed together to determine annual (calendar year) emissions for reporting on AIRS pt 160.

70.1.2    $NO_X$ and CO emissions from the **thermal oxidizer** shall not exceed the limits listed in the above summary table. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 based on requested emissions indicated on the APEN submitted on February 25, 2022.) **This limit includes emissions from tank cleaning and/or degassing of tanks located throughout the refinery.** This permit includes requirements for the Plants 1 and 3

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 409 |

tanks, while the Plant 2 permit (95OPAD108) includes requirements for the Plant 2 tanks.

Compliance with the annual limits shall be monitored as follows:

Emissions from each tank cleaning and/or degassing event shall be by calculated using the emission factors included in the above summary table (from AP-42, Section 1.5 (dated 7/08), Table 1.5-1 for propane, converted to lb/MMBtu based on a heat content of 91.5 MMBtu/$10^3$ gal) and the quantity of propane/LPG combusted during the event (as required by Condition 70.5.1) in the following equation:

Emissions (ton/mo) = [EF (lb/MMBtu) x propane combusted (MMBtu/mo)]/2000 lb/ton

Emissions from each tank cleaning and/or degassing event for the month conducted under the provisions of this permit, as well as any tank cleaning and/or degassing events conducted under the provisions of Suncor's Plant 2 permit (95OPAD108) shall be summed together to determine the total monthly emissions. Total monthly emissions shall be determined by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

For purposes of APEN reporting only monthly emissions from tank cleaning and/or degassing events conducted under the provisions of this permit shall be summed together to determine annual (calendar year) emissions for reporting on AIRS pt 315.

70.1.3    For APEN reporting and fee purposes, PM, $PM_{10}$ and $SO_2$ emissions from the **thermal oxidizer** shall be calculated monthly. Monthly emissions shall be summed to obtain calendar year emissions for APEN reporting purposes. Monthly emissions shall be calculated as follows:

70.1.3.1    PM and $PM_{10}$ emissions shall be calculated monthly using the emission factors included in the above summary table (from AP-42, Section 1.5 (dated 7/08), Table 1.5-1 for propane, converted to lb/MMBtu based on a heat content of 91.5 MMBtu/$10^3$ gal) and the monthly quantity of propane combusted for tank cleaning and/or degassing events conducted under the provisions of this permit (as required by Condition 70.5.3) in the equation in Condition 70.1.2.

70.1.3.2    Monthly emissions of $SO_2$ shall be determined by summing daily $SO_2$ emissions (as required by Condition 70.2) from tank cleaning and/or degassing events conducted under the provisions of this permit.

70.2    Sulfur dioxide emissions from the **thermal oxidizer** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 38.1 of this permit.

Daily $SO_2$ emissions from the thermal oxidizer shall be calculated during each tank degassing and/or cleaning event conducted under the provisions of this permit using the following equations:

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 410

$SO_2$ from thermal oxidizer (lb/day) = $SO_2$ from degassing (lb/day) + $SO_2$ from propane/LPG combustion (lb/day)

$SO_2$ from degassing

$SO_2$ (lb/day) = [$H_2S$ concentration (ppm) / 385.3 scf/lb-mole x 64 lb $SO_2$/lb-mole $H_2S$ x degassing vapor flow to the thermal oxidizer (scf/day) x MMscf/$10^6$ scf]

Where:    $H_2S$ concentration = concentration in ppm from the most recent sample required by Condition 70.6.3

$SO_2$ from propane/LPG combustion

$SO_2$ (lb/day) = EF (lb/MMBtu) x daily propane/LPG combusted (MMBtu/day)

Where:    EF = 1.97 x $10^{-4}$ (from AP-42, Section 1.5 (dated 7/08), Table 1.5-2 converted to lb/MMBtu based on a heat content of 91.5 MMBtu/$10^3$ gal per footnote a, assumes sulfur content of propane = 0.2 gr/100 scf)
             Propane/LPG combusted as required by Condition 70.5.1

70.3    Emissions from cleaning and/or degassing tanks shall at all times be routed through a closed vent system to a thermal oxidizer (TO), as required by Condition 70.4, except during sludge removal (see Condition 70.1.1.2). The TO shall meet the following requirements:

   70.3.1    The TO shall have a design rate of no more than 20 million Btu per hour. The permittee shall maintain records of the following for any TO used for tank degassing: manufacturer, model, serial number, date the unit was manufactured, design rate and contractor operating the unit.

   70.3.2    For purposes of assuring compliance with the annual VOC emission limitation in Condition 70.1.1, the TO shall be operated such that the inlet temperature shall not be less than 1400 ºF. The temperature shall be monitored as specified in the CAM plan included in Appendix M of this permit.

70.4    Cleaning and Degassing of tanks is subject to RACT requirements for VOC. (Colorado Regulation No. 3, Part B, Section III.D.2.a). (Colorado Regulation No. 3, Part B, Section III.D.2.a). RACT has been determined to be use of a TO meeting the  requirements in Condition 70.3 and the emission limitations in Condition 70.1.1.

70.5    Propane/LPG consumption for the TO shall not exceed 38,400,000,000 Btu per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 based on requested throughput indicated on the APEN submitted on February 25, 2022.)

   Compliance with the annual limit will be monitored as follows:

   70.5.1    Consumption of propane/LPG shall be recorded daily during each tank cleaning and/or degassing event using the fuel meter and/or other necessary records. The Btu content of the propane/LPG shall be presumed to be 91.5 MMBtu/1000 gallons. Daily

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 411 |

quantities of propane/LPG consumed for the tank degassing and/or cleaning event shall be summed to determine total propane/LPG consumed for the event.

70.5.2    Propane/LPG consumption from each tank cleaning and/or degassing event for the month conducted under the provisions of this permit, as well as any tank cleaning and/or degassing events conducted under the provisions of Suncor's Plant 2 permit (95OPAD108) shall be summed together to determine the total monthly quantity of propane/LPG consumed. Monthly quantities of total propane/LPG consumption shall be used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

70.5.3    For purposes of APEN reporting, only monthly propane/LPG combustion from tank cleaning and/or degassing events conducted under the provisions of this permit shall be summed together to determine annual (calendar year) propane LPG usage for reporting on AIRS pt 160.

70.6    The TO is subject to NSPS requirements as follows:

70.6.1    A TO that commenced construction, reconstruction or modification prior to May 14, 2007, is considered a fuel gas burning device and is subject to the requirements in 40 CFR Part 60, Subpart J, specifically, the fuel gas limitation set forth in Condition 45.3.1. In lieu of installing the continuous $H_2S$ monitoring system required by Condition 45.4.3, compliance with the fuel gas limitation shall be monitored in accordance with the alternative monitoring plan set forth in Condition 70.6.3 (approved by EPA in a December 17, 2013 letter).

70.6.2    A TO that commenced construction, reconstruction or modification on or after May 14, 2007, is considered a fuel gas burning device and is subject to the requirements in 40 CFR Part 60, Subpart Ja, specifically, the fuel gas limitations set forth in Condition 46.1.1. In lieu installing the continuous $H_2S$ monitoring system required by Condition 46.14, compliance with the fuel gas limitation shall be monitored in accordance with the alternative monitoring plan set forth in Condition 70.6.3 (approved by EPA in a December 17, 2013 letter).

70.6.3    Compliance with the fuel gas limitations in Conditions 70.6.1 and 70.6.2, shall be monitored as follows:

70.6.3.1    The permittee shall use either $H_2S$ colorimetric tube testing or a portable $H_2S$ meter to determine the concentration of $H_2S$ in gases entering each mobile (portable) thermal oxidizer unit (the "Grab Sample"). Each Grab Sample shall be taken at the inlet to each mobile (portable) thermal oxidizer unit.

70.6.3.2    For each discrete [individual tank] degassing event, the permittee shall perform a Grab Sample within 30 minutes of routing tank vapors to each

---

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 412 |

mobile (portable) thermal oxidizer unit (the "Initial Grab Sample").

70.6.3.3    If the initial Grab Sample indicates an $H_2S$ concentration equal to or less than 162 ppmv, then the inlet gas stream is deemed to meet the $H_2S$ limit of NSPS Subparts J and Ja (Conditions 70.6.1 and 70.6.2) and no further monitoring is required for that discrete degassing event.

70.6.3.4    If the initial Grab Sample indicates an $H_2S$ concentration more than 162 ppmv, then for that discrete [single tank] degassing event, the inlet gas stream is deemed to have exceeded the 230 milligrams per dry standard cubic meter (0.10 grains per dry standard cubic feet) limit of 40 CFR § 60.104(a)(1)) (Condition 70.6.1) and the 162 ppmv limit of 40 CFR § 60.102a(g)(1)(ii) (Condition 70.6.2). Alternatively, the permittee may demonstrate compliance with the $H_2S$ limits in 40 CFR §§ 60.104(a)(1) and 60.102a(g)(1)(ii) (Conditions 70.6.1 and 70.6.2) by averaging three Grab Samples: (i) the initial Grab Sample; (ii) a Grab Sample taken between 61 and 120 minutes after startup of the mobile (portable) thermal oxidizer unit; and (iii) a Grab Sample take between 121 minutes and 180 minutes after startup of the mobile (portable) thermal oxidizer unit. The permittee can use this alternative method of demonstrating compliance only if it has three valid Grab Samples taken within the specified time periods.

70.6.3.5    The permittee shall record the results of each Grab Sample and keep the records of all Grab Samples for at least five years.

70.6.3.6    If the sampling required under this Condition 70.6.3 for a discrete [individual tank] degassing event indicates an exceedance of the $H_2S$ fuel gas limit in Conditions 70.6.1 or 70.6.2 it shall be reported as an excess emission in the reports required by 40 CFR § 60.7(c).

70.6.4    The TO is subject to the NSPS general provisions in 40 CFR Part 60, Subpart A as set forth in Condition 56 of this permit.

70.7    The TO is subject to the opacity limits set forth in Conditions 35.1 and 35.2 of this permit. In the absence of credible evidence to the contrary, compliance with the opacity limits is presumed provided only vapors from tank degassing and/or propane/LPG are combusted and/or oxidized in this unit. Records shall be maintained to verify that only vapors from tank degassing and/or propane/LPG have been combusted and/or oxidized in this unit.

70.8    The requirements of Colorado Regulation No. 3, Part D shall apply to tank cleanings and/or degassing at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation (Colorado Regulation No. 3, Part D, Section V.A.7.b).

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division                                   Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 413

With respect to this Condition 70.8, Colorado Regulation No. 3, Part D requirements may apply to future modifications if the emission limitations are modified to equal or exceed the following thresholds:

| Pollutant | Program | Emissions (tons/yr) | | Comment/ Explanation |
|-----------|---------|---------|---------|----------------------|
| | | Threshold | Current Permit Limit | |
| VOC | NANSR | 25[1] | 17.2 | |

[1]Indicates the NANSR significance level for a serious ozone nonattainment area. The area was classified as a serious ozone nonattainment area on January 27, 2020, and severe ozone nonattainment area on November 7, 2022.

70.9    Beginning on the date the area in which the source is located is reclassified as a severe ozone non-attainment area, the tank cleaning and degassing TO is subject to the CAM requirements with respect to the VOC emission limit identified in Condition 70.1.1. Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 60 and the CAM plan in Appendix M.

## 71.    Miscellaneous Process Vents – MPVs

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|-----------|-------------------------|------------|----------------------------|------------|---|
| | | | | Method | Interval |
| MACT | 71.1 | Group 1 MPVs shall be routed to a flare | | See 40 CFR Part 63 Subpart CC (Condition 53) | |
| | | Prior to venting to atmosphere, maintenance vents shall meet one of the following: | | | |
| | | Vapor LEL < 10% | | | |
| | | If vapor LEL cannot be measured, equipment pressure reduce to 5 psig or less | | | |
| | | Equipment VOC content < 72 pounds | | | |
| | | For equipment containing pyrophoric catalyst: vapor LEL <20%, except for one event per year not to exceed 35% | | | |

Group 1 MPVs are routed to a flare. For maintenance vents, prior to venting to atmosphere process liquids are removed or equipment is depressured to a control device, fuel gas system or back to the process until one of the conditions in 63.643(c)(1) (Condition 53.14.1) are met.  Emissions from MPVs emitted to atmosphere are below the APEN de minimis level.

Miscellaneous process vents are defined in 40 CFR Part 63 Subpart CC §63.641 and include maintenance vents. Process vents can be designated as maintenance vents if the vent is only used as a result of startup, shutdown, maintenance, or inspection of equipment where equipment is emptied, depressurized, degassed or placed into service.

71.1    Miscellaneous process vents are subject to the requirements in 40 CFR Part 63 Subpart CC as set for in Condition 53 of this permit.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 414 |

**72. Reasonably Available Control Technology for Combustion Equipment in the 8-Hour Ozone Control Area: NO$_X$ Emission Limitations; Colorado Regulation No. 26, Part B, Sections II.A.2, 4, 5, 6 and 7 (excluding paragraph 7.f)**

These requirements apply to Boilers B-4, B-6 and B-8 and Process Heaters with a design heat input rate greater than or equal to 5 MMBtu/hr.

Note that the language below is from Colorado Regulation No. 26, adopted by the Colorado Air Quality Control Commissions (AQCC) on December 15, 2023 (effective February 14, 2024). However, if revisions to Colorado Regulation No. 26, Part B, Section II.A are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Part E, Section II.A.

72.1 **Exemptions** (Regulation No. 26, Part B, Section II.A.2)

The following stationary combustion equipment are exempt from the emission limitation requirements of Section II.A.4., the compliance demonstration requirements in Section II.A.5., and the related recordkeeping and reporting requirements of Sections II.A.7.a-e. and II.A.8, but these sources must maintain any and all records necessary to demonstrate that an exemption applies. These records must be maintained for a minimum of five years and made available to the Division upon request. Qualifying for an exemption in this section does not preclude the combustion process adjustment requirements of Section II.A.6. (Condition 73), when required by II.A.6.a (Condition 73.1.1).

Once stationary combustion equipment no longer qualifies for any exemption, the owner or operator must comply with the applicable requirements of this Section II.A. as expeditiously as practicable but no later than 36 months after any exemption no longer applies. Additionally, once stationary combustion equipment that is not equipped with CEMS or CERMS no longer qualifies for any exemption, the owner or operator must conduct a performance test using EPA test methods within 180 days and notify the Division of the results and whether emission controls will be required to comply with the emission limitations of Section II.A.4. (Regulation No. 26, Part B, Section II.A.2)

72.1.1 Any stationary combustion equipment whose utilization is less than (Regulation No. 26, Part B, Section II.A.2.a)

72.1.1.1 20% of its capacity factor on an annual average basis over a 3-year rolling period for boilers. (Regulation No. 26, Part B, Section II.A.2.a.(i))

72.1.2 Any stationary combustion equipment with total uncontrolled actual emissions less than 5 tpy NOx on a calendar year basis. (Regulation No. 26, Part B, Section II.A.2.d)

Note that for heaters H-6 and H-33, the recordkeeping requirements are met by meeting the requirements in Conditions 11.1 and 18.1.

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

72.1.3     Any stationary combustion equipment subject to a federally enforceable work practice or emission control requirement contained in this Regulation Number 7, Sections III.A. through III.B. or Regulation 23. (Regulation No. 26, Part B, Section II.A.2.f)

Note that this exemption does not apply until approval of the adopted by the AQCC into Regulation No. 23 (effective January 30, 2022) are approved into Colorado's Round 2 Regional Haze SIP.

**72.2**    **Emission limitations** (Regulation No. 26, Part B, Section II.A.4)

By October 1, 2021, or the applicable date in Section II.A.4.g. for process heaters (Conditions 72.2.2 and 72.2.3), no owner or operator of stationary combustion equipment specified in Section II.A.1.a. may cause, allow, or permit NOx to be emitted in excess of the following emission limitations. When demonstrating compliance using continuous emissions monitoring pursuant to Section II.A.5.b.(i), the following emission limitations are on a 30-day rolling average basis, unless otherwise specified. (Regulation No. 26, Part B, Section II.A.4, first paragraph)

Boilers (Regulation No. 26, Part B, Section II.A.4.a)

72.2.1     For a gaseous fuel-fired boiler with a maximum design heat input capacity equal to or greater than 100 MMBtu/hr, 0.2 lb/MMBtu of heat input or less than 165 parts per million dry volume corrected to 3% oxygen. (Regulation No. 26, Part B, Section II.A.4.a.(i))

Process Heaters (Regulation No. 26, Part B, Section II.A.4.g)

72.2.2     Except as specified in Section II.A.4.g.(ii) (Condition 72.2.3), by May 1, 2022, process heaters must comply with the following NOx emission limits in the table below. (Colorado Regulation No. 26, Part B, Section II.A.4.g.(i))

| Heat Input Rate (MMBtu/hr | Fuel Type | NOx limit (lb/MMBtu) |
|---|---|---|
| $\geq 5$ and $< 100$ | Natural Gas | 0.05 |

72.2.3     Process heaters that require a permitting action or facility shut-down to comply with the NOx emission limits in the table in Condition 72.2.2 must comply by May 31, 2023. (Colorado Regulation No. 26, Part B, Section II.A.4.g.(ii))

**72.3**    **Compliance demonstration** (Regulation No. 26, Part B, Section II.A.5)

72.3.1     By October 1, 2021, for stationary combustion equipment that existed at a major source of NOx (greater than or equal to 100 tpy NOx) as of June 3, 2016, except for process heaters specified in Section II.A.4.g., the owner or operator of an affected unit must determine compliance with the applicable emission limitations contained in Section II.A.4. according to the applicable methods contained in this Section II.A.5. (Regulation No. 26, Part B, Section II.A.5.a.(i))

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 416 |

Continuous emission monitoring (Regulation No. 26, Part B, Section II.A.5.b.(i))

72.3.2    Owners or operators of an affected unit subject to a NOx emission limit in Sections II.A.4.a.(i) through II.A.4.a.(iii) (Condition 72.2.1), II.A.4.c., or II.A.4.d. must install, operate and maintain a NOx CEMS or CERMS to monitor compliance with the applicable emission limit in accordance with this Section II.A.5.b.(i). Owners or operators of affected units' subject to a NOx emission limit in Sections II.A.4.b., II.A.4.e., or II.A.4.g. (Condition 72.2.2) may install, operate and maintain a NOx CEMS or CERMS to monitor compliance with the applicable emission limit in accordance with this Section II.A.5.b.(i) in lieu of performance testing pursuant to Section II.A.5.b.(ii). (Regulation No. 26, Part B, Section II.A.5.b.(i)(A))

72.3.2.1    For an affected unit that is not equipped with a NOx CEMS or CERMS for purposes of demonstrating compliance with 40 CFR Part 60 (July 19, 2018) or Part 75 (July 19, 2018), the owner or operator must install, operate, and maintain a NOx CEMS or CERMS that measures emissions in terms of the applicable emission limitation and must calibrate, maintain, and operate the CEMS or CERMS and validate emissions data according to the applicable provisions of 40 CFR Part 60, Section 60.13 (July 19, 2018), the performance specifications in 40 CFR Part 60, Appendix B (July 19, 2018), and the quality assurance procedures of 40 CFR Part 60, Appendix F (July 19, 2018). The owner or operator must use the following methodology for purposes of demonstrating compliance with an applicable 30-day rolling average emission limit in Section II.A.4. (Regulation No. 26, Part B, Section II.A.5.b.(i)(A)(3))

a. A unit operating day is a calendar day when any fuel is combusted in the affected unit. (Regulation No. 26, Part B, Section II.A.5.b.(i)(A)(3)(a)

b. 30-day rolling average emission rates must be calculated as the arithmetic average emissions rates determined by the CEMS or CERMS for all hours the affected unit combusted any fuel from the current unit operating day and the prior 29 unit operating days. (Regulation No. 26, Part B, Section II.A.5.b.(i)(A)(3)(b))

Initial and periodic performance testing (Regulation No. 26, Part B, Section II.A.5.b.(ii))

72.3.3    An owner or operator of a process heater subject to a NOx emission limit in Section II.A.4.g. must (Regulation No. 26, Part B, Section II.A.5.b.(ii)(B):

72.3.3.1    For natural gas-fired and refinery gas-fired process heaters greater than or equal to 100 MMBtu/hr, conduct an initial performance test in accordance with Sections II.A.5.b.(ii)(C)(1), II.A.5.b.(ii)(C)(4), and II.A.5.b.(ii)(D) by April 1, 2022, or by November 30, 2023, for process heaters specified in Section II.A.4.g.(ii), and conduct subsequent performance tests in accordance with Sections II.A.5.b.(ii)(C)(1),

Air Pollution Control Division                           Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit       Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                          Page 417

II.A.5.b.(ii)(C)(4), and II.A.5.b.(ii)(D) every 2 years thereafter. (Regulation No. 26, Part B, Section II.A.5.b.(ii)(B)(1))

72.3.3.2    For natural gas-fired process heaters greater than or equal to 50 MMBtu/hr and less than 100 MMBtu/hr, conduct an initial performance test in accordance with Sections II.A.5.b.(ii)(C)(1), II.A.5.b.(ii)(C)(4), and II.A.5.b.(ii)(D) by April 1, 2022, or by November 30, 2023, for process heaters specified in Section II.A.4.g.(ii), and comply with the combustion process adjustment requirements in Section II.A.6. thereafter. (Regulation No. 26, Part B, Section II.A.5.b.(ii)(B)(2))

72.3.3.3    For natural gas-fired process heaters greater than or equal to 5 MMBtu/hr and less than 50 MMBtu/hr and refinery gas-fired process heaters greater than or equal to 5 MMBtu/hr and less than 100 MMBtu/hr, comply with the combustion process adjustment requirements in Section II.A.6. ((Regulation No. 26, Part B, Section II.A.5.b.(ii)(B)(3))

72.3.3.4    For a group of process heaters that vent to a common stack, the owner or operator may either assess compliance for the heaters individually by performing a separate emission test of each heater in the duct leading from the heater to the common stack or may perform a single emission test in the common stack. The owner or operator must include in the test protocol for these units a definition of representative conditions for performance testing purposes. (Regulation No. 26, Part B, Section II.A.5.b.(ii)(B)(4))

72.3.3.5    Performance tests conducted in accordance with Sections II.A.5.b.(ii)(D)(1) through II.A.5.b.(ii)(D)(3) and II.A.5.b.(ii)(E) within three (3) years of the applicable performance testing date in Sections II.A.5.b.(ii)(B)(1) or II.A.5.b.(ii)(B)(2) will satisfy the initial performance testing requirement. (Regulation No. 26, Part B, Section II.A.5.b.(ii)(B)(6))

72.3.4    General test requirements – Sections II.A.5.b.(ii)(C) and (D)

72.3.4.1    A performance test is not required for a fuel used only for startup or for a fuel constituting less than 2% of the unit's annual heat input, as determined at the end of each calendar year. (Regulation No. 26, Part B, Section II.A.5.b.(ii)(D)(1))

72.3.4.2    Initial performance test must include a determination of the capacity load point of the unit's maximum NOx emissions rate based on one 30-minute test run at each capacity load point for which the unit is operated, other than for startup and shutdown, in the load ranges of 20 to 30%, 45 to 55%, and 70 to 100%. Subsequent performance tests must be performed within the capacity load range determined to result in the maximum NOx emissions rate. (Regulation No. 26, Part B, Section II.A.5.b.(ii)(D)(2))

72.3.4.3    Performance tests must determine compliance with Section II.A.4. based

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                        Page 418

on the average of three 60-minute test runs performed at the capacity load determined in Section II.A.5.b.(ii)(D)(2). (Regulation No. 26, Part B, Section II.A.5.b.(ii)(D)(3))

72.3.4.4    Initial performance test must be conducted at both high and low load capacity. If site operations do not allow testing at high and low loads, the initial performance test must be conducted at the highest achievable load that site conditions allow. The owner or operator must submit a summary of six months of operating performance with the test protocol supporting the testing load(s). Subsequent performance tests must be performed within the capacity load range determined to result in the maximum NOx emissions rate. Performance tests must determine compliance based on the average of three 60-minute test runs. (Regulation No. 26, Part B, Section II.A.5.b.(ii)(D)(4))

72.3.4.5    All performance tests must be conducted in accordance with EPA test methods and a test protocol submitted to the Division for review at least thirty (30) days prior to testing and in accordance with AQCC Common Provisions Regulation Section II.C. (Regulation No. 26, Part B, Section II.A.5.b.(ii)(F)

72.3.5    Where measuring fuel use is necessary to calculate an emission rate in the units of the applicable standard, fuel flowmeters must be installed, calibrated, maintained, and operated according to manufacturer's instructions for measuring and recording heat input in terms of the applicable emission limitation. Alternatively, fuel flowmeters that meet the installation, certification, and quality assurance requirements of 40 CFR Part 75, Appendix D are acceptable for demonstrating compliance with this section. The installation of fuel flowmeters is not required where emissions of NOx in terms of the applicable standard can be calculated in accordance with applicable provisions of EPA Method 19 or where the standard is concentration based (e.g. parts per million dry volume corrected for oxygen). (Regulation No. 26, Part B, Section II.A.5.b.(iv))

72.4    **Recordkeeping** – Regulation No. 26, Part B, Section II.A.7

The following records must be kept for a period of five years and made available to the Division upon request (Regulation No. 26, Part B, Section II.A.7):

72.4.1    The type and amount of fuel used. (Regulation No. 26, Part B, Section II.A.7.c)

72.4.2    The stationary combustion equipment's annual capacity factor on a calendar year basis. (Regulation No. 26, Part B, Section II.A.7.d)

72.4.3    All records generated to comply with the reporting requirements contained in Section II.A.8. (Regulation No. 26, Part B, Section II.A.7.e)

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

Air Pollution Control Division                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                    Page 419

72.4.4    All sources qualifying for an exemption under Section II.A.2. must maintain all records necessary to demonstrate that an exemption applies. (Regulation No. 26, Part B, Section II.A.7.g)

72.5    **Reporting** – Regulation No. 26, Part B, Section II.A.8

72.5.1    For affected units demonstrating compliance with Section II.A.4. using CEMS or CERMS in accordance with Section II.A.5.c.(i)(A), the owner or operator must submit to the Division the following information (Regulation No. 26, Part B, Section II.A.8.a):

72.5.1.1    Quarterly or semi-annual excess emissions reports no later than the 30th day following the end of each semi-annual or quarterly period, as applicable. Excess emissions means emissions that exceed the applicable limitations contained in Section II.A.4. Excess emission reports must include the information specified in 40 CFR Part 60, Section 60.7(c) (July 1, 2018). (Regulation No. 26, Part B, Section II.A.8.a.(i)) Excess emission reports shall be submitted quarterly and meet the content requirements in Condition 59.4.1.

72.5.2    For affected units demonstrating compliance with Section II.A.4 using performance testing pursuant to Section II.A.5.c.(ii)(C), the owner or operator must submit to the Division the following information (Regulation No. 26, Part B, Section II.A.8.b):

72.5.2.1    Performance test or portable analyzer testing reports within 60 days after completion of the performance test program. All performance test or portable analyzer testing reports must determine compliance with the applicable emission limitations set by Section II.A.4. (Regulation No. 26, Part B, Section II.A.8.b.(i))

**73.    Reasonably Available Control Technology for Combustion Equipment in the 8-Hour Ozone Control Area: Combustion Process Adjustment and Associated Recordkeeping Requirements, Colorado Regulation No. 26, Part B, Sections II.A.6 and II.A.7.f**

These requirements apply to any boilers, process heaters or engines with actual, uncontrolled $NO_X$ emissions equal to or greater than 5 tons per year (calendar year).

Note that the language below is from Colorado Regulation No. 7, adopted by the Colorado Air Quality Control Commissions (AQCC) on December 15, 2023 (effective February 14, 2024). However, if revisions to Colorado Regulation No. 7, Part B, Section II are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Part E, Section II.

73.1    **Combustion Process Adjustment Requirements** (Regulation No. 26, Part B, Section II.A.6)

73.1.1    Applicability (Regulation No. 26, Part B, Section II.A.6.a)

73.1.1.1    As of January 1, 2017, this Section II.A.6. applies to boilers, duct burners, process heaters, stationary combustion turbines, and stationary

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                             Renewed: 7/9/2024

Air Pollution Control Division                                          Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 420

reciprocating internal combustion engines with uncontrolled actual emissions of NOx equal to or greater than five (5) tons per year that existed at major sources of NOx (greater than or equal to 100 tpy NOx) as of June 3, 2016. (Regulation No. 26, Part B, Section II.A.6.a.(i))

73.1.1.2    As of May 1, 2020, this Section II.A.6. applies to boilers, duct burners, process heaters, stationary combustion turbines, stationary reciprocating internal combustion engines, dryers, furnaces, and ceramic kilns with uncontrolled actual emissions of NOx equal to or greater than five (5) tons per year that existed at major sources of NOx (greater than or equal to 50 tpy NOx) as of January 27, 2020, that is not already subject as provided under Section II.A.6.a.(i)  (Regulation No. 6, Part E, Section II.A.6.a.(ii))

Note that the emission threshold is based on calendar year actual emissions. Since only boilers, process heaters and engines are located at this facility, only the requirements related to that equipment has been included in the permit.

73.1.2    **Combustion Process Adjustment** (Regulation No. 26, Part B, Section II.A.6.b)

73.1.2.1    When burning the fuel that provides the majority of the heat input since the last combustion process adjustment and when operating at a firing rate typical of normal operation, the owner or operator must conduct the following inspections and adjustments of boilers and process heaters, as applicable (Regulation No. 26, Part B, Section II.A.6.b.(i)):

a. Inspect the burner and combustion controls and clean or replace components as necessary.  (Regulation No. 26, Part B, Section II.A.6.b.(i)(A))

b. Inspect the flame pattern and adjust the burner or combustion controls as necessary to optimize the flame pattern.  (Regulation No. 26, Part B, Section II.A.6.b.(i)(B))

c. Inspect the system controlling the air-to-fuel ratio and ensure that it is correctly calibrated and functioning properly.  (Regulation No. 26, Part B, Section II.A.6.b.(i)(C))

d. Measure the concentration in the effluent stream of carbon monoxide and nitrogen oxide in ppm, by volume, before and after the adjustments in Sections II.A.6.b.(i)(A) through (C). Measurements may be taken using a portable analyzer. (Regulation No. 26, Part B, Section II.A.6.b.(i)(D))

73.1.2.2    The owner or operator of a stationary internal combustion engine must conduct the following inspections and adjustments, as applicable (Regulation No. 26, Part B, Section II.A.6.b.(iv)):

Air Pollution Control Division | Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120 | Page 421

a. Change oil and filters as necessary. (Regulation No. 26, Part B, Section II.A.6.b.(iv)(A))

b. Inspect air cleaners, fuel filters, hoses, and belts and clean or replace as necessary. (Regulation No. 26, Part B, Section II.A.6.b.(iv)(B))

c. Inspect spark plugs and replace as necessary. (Regulation No. 26, Part B, Section II.A.6.b.(iv)(C))

73.1.2.3    The owner or operator must operate and maintain the boiler, duct burner, process heater, stationary combustion turbine, stationary internal combustion engine, dryer, furnace, or ceramic kiln consistent with manufacturer's specifications, if available, or good engineering and maintenance practices. (Regulation No. 26, Part B, Section II.A.6.b.(vii))

73.1.2.4    Frequency (Regulation No. 26, Part B, Section II.A.6.b.(viii))

a. The owner or operator of boilers, duct burners, process heaters, stationary combustion turbines, and stationary reciprocating internal combustion engines with uncontrolled actual emissions of NOx equal to or greater than five (5) tons per year that existed at major sources of NOx (greater than or equal to 100 tpy NOx) as of June 3, 2016, must conduct the initial combustion process adjustment by April 1, 2017. An owner or operator may rely on a combustion process adjustment conducted in accordance with applicable requirements and schedule of a New Source Performance Standard in 40 CFR Part 60 (November 17, 2016) or National Emission Standard for Hazardous Air Pollutants in 40 CFR Part 63 (November 17, 2016) to satisfy the requirement to conduct an initial combustion process adjustment by April 1, 2017. (Regulation No. 26, Part B, Section II.A.6.b.(viii)(A))

b. The owner or operator of boilers, duct burners, process heaters, stationary combustion turbines, stationary reciprocating internal combustion engines, dryers, furnaces, and ceramic kilns with uncontrolled actual emissions of NOx equal to or greater than five (5) tons per year that existed at major sources of NOx (greater than or equal to 50 tpy NOx) as of January 27, 2020, must conduct the initial combustion process adjustment by May 1, 2020. An owner or operator may rely on a combustion process adjustment conducted in accordance with applicable requirements and schedule of a New Source Performance Standard in 40 CFR Part 60 (December 19, 2019) or National Emission Standard for Hazardous Air Pollutants in 40 CFR Part 63 (December 19, 2019) to satisfy the requirement to conduct an initial combustion process adjustment by May 1, 2020. (Regulation No. 26, Part B, Section II.A.6.b.(viii)(B))

Permit Number: 96OPAD120 | First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit         Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                    Page 422

c. The owner or operator must conduct subsequent combustion process adjustments at least once every twelve (12) months after the initial combustion adjustment, or on the applicable schedule according to Sections II.A.6.c.(1). or II.A.6.c.(ii). (Regulation No. 26, Part B, Section II.A.6.b.(viii)(F))

d. Beginning January 1, 2022, the owner or operator of process heaters at a refinery must conduct subsequent combustion process adjustments at least once every six (6) months after the initial combustion adjustment, or on the applicable schedule according to Sections II.A.6.c.(i). or II.A.6.c.(ii). (Regulation No. 3, Part E, Section II.A.6.b.(viii)(G))

73.1.3     As an alternative to the requirements described in Sections II.A.6.b.(i) through II.A.6.b.(viii) (Regulation No. 26, Part B, Section II.A.6.c):

73.1.3.1     The owner or operator may conduct the combustion process adjustment according to the manufacturer recommended procedures and schedule; (Regulation No. 26, Part B, Section II.A.6.c.(i)); or

73.1.3.2     The owner or operator of combustion equipment that is subject to and required to conduct a periodic tune-up or combustion adjustment by the applicable requirements of a New Source Performance Standard in 40 CFR Part 60 (July 1, 2022) or National Emission Standard for Hazardous Air Pollutants in 40 CFR Part 63 (July 1, 2022) may conduct tune-ups or adjustments according to the schedule and procedures of the applicable requirements of 40 CFR Part 60 (July 1, 2022) or 40 CFR Part 63 (July 1, 2022). (Regulation No. 26, Part B, Section II.A.6.c.(ii))

73.2    **Recordkeeping Requirements** (Regulation No. 26, Part B, Section II.A.7)

The following records must be kept for a period of five years and made available to the Division upon request (Regulation No. 26, Part B, Section II.A.7):

73.2.1     For stationary combustion equipment subject to the **combustion process adjustment requirements** in Section II.A.6., the following recordkeeping requirements apply (Regulation No. 26, Part B, Section II.A.7.f):

73.2.1.1     The owner or operator must create a record once every calendar year identifying the combustion equipment at the source subject to Section II.A. and including for each combustion equipment: (Regulation No. 26, Part B, Section II.A7.f .(i)):

a. The date of the adjustment (Regulation No. 26, Part B, Section II.A.7.f.(i)(A));

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 423 |

b. Whether the combustion process adjustment under Sections II.A.6.b.(i) through II.A.6.b.(vi) was followed, and what procedures were performed (Regulation No. 26, Part B, Section II.A.7.f.(i)(B));

c. Whether a combustion process adjustment under Sections II.A.6.c.(i). and II.A.6.c.(ii). was followed, what procedures were performed, and what New Source Performance or National Emission Standard for Hazardous Air Pollutants applied, if any Regulation No. 26, Part B, Section II.A.7.f.(i)(C)); and

d. A description of any corrective action taken. (Regulation No. 26, Part B, Section II.A.7.f.(i)(D))

e. If the owner or operator conducts the combustion process adjustment according to the manufacturer recommended procedures and schedule and the manufacturer specifies a combustion process adjustment on an operation time schedule, the hours of operation. (Regulation No. 26, Part B, Section II.A.7.f.(i)(E))

73.2.1.2    The owner or operator must retain manufacturer recommended procedures, specifications, and maintenance schedule if utilized under Section II.A.6.c.(i). for the life of the equipment. (Regulation No. 26, Part B, Section II.A.7.f .(ii))

73.2.1.3    As an alternative to the requirements described in Section II.A.7.f.(i), the owner or operator may comply with applicable recordkeeping requirements related to combustion process adjustments conducted according to a New Source Performance Standard in 40 CFR Part 60 (July 1, 2022) or National Emission Standard for Hazardous Air Pollutants in 40 CFR Part 63 (July 1, 2022). (Regulation No. 26, Part B, Section II.A.7.f .(iii))

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 424

# SECTION III - Permit Shield

Regulation No. 3, 5 CCR 1001-5, Part C, §§I.A.4, V.D., & XIII.B and §25-7-114.4(3)(a), C.R.S.

## 1.     Specific Non-Applicable Requirements

Based upon the information available to the Division and supplied by the applicant, the following parameters and requirements have been specifically identified as non-applicable to the facility to which this permit has been issued. This shield does not protect the source from any violations that occurred prior to or at the time of permit issuance. In addition, this shield does not protect the source from any violations that occur as a result of any modifications or reconstruction on which construction commenced prior to permit issuance.

| Applicable Requirement | Justification |
|---|---|
| **Colorado Regulations** | |
| **FCCU only:** Colorado Regulation No, 1, Section IV.D.2 – CEM Requirements for FCCUs at Petroleum Refineries | The permittee was granted exemption from the CEM requirements by meeting the demonstration correlation requirements listed in Section IV.D.3, and obtaining Division approval of the exemption |
| **T67, T70, T74, T75, T77, T78, T80, T776, T778, T1, T34, T55, T58, T96, T97, T116, T775, T2010, T4501, T2, T3, T62, T94, T774, T777, T2006, T3201, T7208:** Colorado Regulation No. 24, Part B, Section IV.B.3. | These tanks are not petroleum liquid storage tanks less than 40,000 gallons. |
| **T67, T70, T75, T77, T78, T80, T776, T778, T1, T34, T55, T58, T775, T2010, T4501, T62, T774, T777:** Colorado Regulation No. 24, Part B, Section IV.B.2.a. | These tanks are not fixed roof or internal floating roof tanks. |
| **T74, T96, T97, T116, T2, T3, T94, T2006, T3201, T7208:** Colorado Regulation No. 24, Part B, Section IV.B.2.c | These tanks are not external floating roof tanks. |
| **T67, T70, T74, T75, T77, T78, T80, T776, T778, T1, T34, T55, T58, T96, T97, T116, T775, T2010, T4501, T2, T3, T62, T94, T774, T777, T2006, T3201, T7208:** Colorado Regulation No. 24, Part B, Section IV.C | These requirements apply to loading operations.  Tanks are not loading equipment. |
| **T67, T70, T74, T75, T77, T78, T80, T776, T778, T1, T34, T55, T58, T96, T97, T116, T775, T2010, T4501, T2, T3, T62, T94, T774, T777, T2006, T3201, T7208:** Colorado Regulation No. 24, Part B, Section IV.D.2.a | These requirements apply to loading tank trucks.  Tanks are not loading equipment. |
| **T67, T70, T74, T75, T77, T78, T80, T778, T1, T34, T55, T96, T97, T116, T2010, T4501, T2, T3, T62, T94, T774, T777, T2006, T3201, T7208:** Colorado Regulation No. 24, Part B, Section V | These tanks are not crude oil tanks. |
| **Main Plant (F1) and Asphalt Plant (F2) Flares:** Colorado Regulation No. 1, Section III.A and Colorado Regulation No. 6, Part B, Section II | Flares are not considered fuel burning equipment. |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division                                 Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 425

| Applicable Requirement | Justification |
|---|---|
| **Boilers B4, B6 and B8.** Colorado Regulation No. 6, Part B, Section IV.B.1. | These requirements do not apply, since these boiler are rated at less than 250 MMBtu/hr. |
| **New Source Performance Standards (NSPS)** | |
| **Facility Wide:** 40 CFR Part 60, Subpart Dc – Standards of Performance for Small Industrial-Commercial-Institutional Steam Generating Units | Facility does not include any steam generating units that were not existing sources as of the June 9, 1989 effective date of NSPS Subpart Db, and that have a maximum design heat input capacity of 29 MW (100 MMBtu/hour) or less, but greater than or equal to 2.9 MW (10 MMBtu/hour) |
| **Facility Wide:** 40 CFR Part 60, Subpart NNN – Standards of Performance for VOC Emissions from Synthetic Organic Chemical Manufacturing Industry (SOCMI) Distillation Operations | Facility is not a process unit that produces any of the chemicals listed in 40 CFR 60.667 and does not include any distillation facility that emits a gas stream directly or indirectly to the atmosphere |
| **Facility Wide:** 40 CFR Part 60 Subpart GG, Standards of Performance for Stationary Combustion Turbines. | There are no combustion turbines located at the facility. |
| **Facility Wide:** 40 CFR Part 60 Subpart E, Standards of Performance for Incinerators. | There are no solid waste incinerators located at the facility. |
| **T67, T70, T74, T75, T77, T78, T80, T778:** 40 CFR Part 60 Subpart K - Standards of Performance for Storage Vessels for Petroleum Liquid for Which Construction, Reconstruction or Modification Commenced After June 11, 1973 and Prior to May 19, 1978. | Construction commenced prior to June 11, 1973. |
| **T1, T67, T70, T74, T75, T77, T78, T80, T778:** 40 CFR Part 60 Subpart Kb – Standards of Performance for Volatile Organic Liquid Storage Vessels (Including petroleum Liquid Storage Vessels) for Which Construction, Reconstruction or Modification Commenced After July 23, 1984 | Construction commenced prior to July 23, 1984. |
| **T67, T70, T74, T75, T77, T78, T80, T778:** 40 CFR Part 60 Subpart UU – Standards of Performance for Asphalt Processing and Asphalt Roofing Manufacture. | Construction commenced prior to November 18, 1980. |
| **T1, T34, T55, T58, T96, T97, T116, T775, T2010, T4501, T2, T3, T62, T94, T774, T778, T7208:** 40 CFR Part 60 Subpart UU – Standards of Performance for Asphalt Processing and Asphalt Roofing Manufacture. | Tanks are not asphalt storage tanks. |
| **T2, T3, T62, T94, T774, T2006, T3201:** 40 CFR Part 60 Subpart Kb – Standards of Performance for Volatile Organic Liquid Storage Vessels (Including petroleum Liquid Storage Vessels) for Which Construction, Reconstruction or Modification Commenced After July 23, 1984 | Tanks store liquids with a maximum true vapor pressure less than 3.5 kPa. |
| **Maximum Achievable Control Technology (MACT)** | |
| **Facility Wide:** 40 CFR Part 63, Subpart F – National Emission Standards for Organic Hazardous Air Pollutants from the Synthetic Organic Chemical Manufacturing Industry | Facility does not manufacture as a primary product, or use as a reactant or manufacture as a product, or co-product, any of the chemicals or organic hazardous air pollutants specified under 40 CFR 63.100 |

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                             Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 426

| Applicable Requirement | Justification |
|---|---|
| **Facility Wide:** 40 CFR 63, Subpart Q – National Emission Standards for Hazardous Air Pollutants for Industrial Process Cooling Towers | Facility does not include any industrial process cooling towers that are operated with chromium-based water treatment chemicals that were not existing sources on the September 8, 1994 effective date of 40 CFR Part 63, Subpart Q |
| **Facility Wide:** 40 CFR 63, Subpart T – National Emission Standards for Halogenated Solvent Cleaning | Facility does not include any batch vapor, in-line vapor, in-line cold, and batch cold solvent cleaning machine that uses any solvent containing methylene chloride, perchloroethylene, trichloroethylene, 1,1,1-trichloroethane, carbon tetrachloride, or chloroform, or any combination of these halogenated HAP solvents, in a total concentration greater than 5 percent by weight, as a cleaning and/or drying agent |
| **Facility Wide, Except for the Truck Rack (R102):** 40 CFR Part 63, Subpart GGGGG – National Emission Standards for Hazardous Air Pollutants for Site Remediation | The facility's site remediation is required by an order authorized under RCRA section 7003. (40 CFR 63.7881(b)(3)) In the event that site remediation at the remainder of the refinery is no longer subject to a RCRA order, the provisions in 40 CFR Part 63 Subpart GGGGG apply. |
| **Facility Wide:** 40 CFR Part 63, Subpart EEEE, National Emission Standards for Hazardous Air Pollutants Organic Liquids Distribution (Non-Gasoline) | The loading racks (truck and rail rack), storage tanks and components associated with the storage tanks, loading racks and pipelines between tanks and loading racks do not contain organic liquids. Organic liquids exclude Gasoline (including aviation gasoline), kerosene (No. 1 distillate oil), diesel (No. 2 distillate oil), asphalt, and heavier distillate oils and fuel oils. |
| **R102 and T7208:** 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries | The truck loading rack and flare (R102) is classified under SIC code 5171 and is operated under Suncor Energy (U.S.A.)'s pipeline operation as opposed to refinery operations (SIC code 2911), therefore the requiremets in Subpart CC do not apply (see 63.640(c)(5)). Tank T7208 is associated with the truck loading rack (R102) and therefore is also not subject to these requirements. |
| **T55, T58, T775, T4501, T2, T3, T62, T774, T2006, T3201:** 40 CFR Part 63 Subpart R, National Emission Standards for Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations) | These requirements do not apply as these tanks do not store gasoline. |

2.    **General Conditions**

Compliance with this Operating Permit shall be deemed compliance with all applicable requirements specifically identified in the permit and other requirements specifically identified in the permit as not applicable to the source. This permit shield shall not alter or affect the following:

2.1    The provisions of §§25-7-112 and 25-7-113, C.R.S., or §303 of the federal act, concerning enforcement in cases of emergency;

2.2    The liability of an owner or operator of a source for any violation of applicable requirements prior to or at the time of permit issuance;

2.3    The applicable requirements of the federal Acid Rain Program, consistent with §408(a) of the federal act;

2.4    The ability of the Air Pollution Control Division to obtain information from a source pursuant to §25-7-111(2)(I), C.R.S., or the ability of the Administrator to obtain information pursuant to §114 of the federal act;

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit          Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                                      Page 427

2.5    The ability of the Air Pollution Control Division to reopen the Operating Permit for cause pursuant
to Regulation No. 3, Part C, §XIII.

2.6    Sources are not shielded from terms and conditions that become applicable to the source
subsequent to permit issuance.

## 3.    Streamlined Conditions

The following applicable requirements have been subsumed within this operating permit using the
pertinent streamlining procedures approved by the U.S. EPA. For purposes of the permit shield,
compliance with the listed permit conditions will serve as a compliance determination for purposes of the
associated subsumed requirements.

| Permit Condition(s) | Streamlined (Subsumed) Requirements |
|---|---|
| **Construction Permit Requirements** | |
| Section II, Conditions 12.3 and 19.3 (H-10, H-11, H-27 and B-4) and 45.3.1 | Construction Permit 90AD053 - fuel sulfur content limit of 0.0026% by weight. |
| Section II, Conditions 21.3, 46.1.1 and 46.14 | Construction Permit 04AD0110, Condition 6 (gases routed to the flare shall not exceed 162 ppmv $H_2S$ on a 3-hr rolling average and compliance with the limit shall be monitored using a continuous fuel gas monitoring system required by T5 permit) |
| Section II, Conditions 28.3, 46.1.1 and 46.14 | Construction Permit 09AD1351, Condition 9 (gases routed to the flare shall not exceed 162 ppmv $H_2S$ on a 3-hr rolling average and compliance with the limit shall be monitored using a continuous fuel gas monitoring system required by T5 permit) |
| Section II, Conditions 31.2, 46.8 and 46.15 | Construction Permit 10AD1768, Condition 9 (gases routed to the flare shall not exceed 162 ppmv $H_2S$ on a 3-hr rolling average and compliance with the limit shall be monitored using a continuous fuel gas monitoring system required by T5 permit) |
| **Colorado Regulations No. 1 and No. 6, Part B Requirements** | |
| Section II, Conditions 22.10.1 and 45.2. | Colorado Regulation No. 1, Section IX (CO emissions from FCCU not to exceed 500 ppmv, on a 1-hr average) |
| Section II, Condition 8.7.3 | Colorado Regulation No. 1, Section VI.B.4.b.(i) [$SO_2$ emissions shall not exceed 0.8 lb/MMBtu] as applicable to the emergency air compressor engines. |
| Section II, Condition 36.1 | Colorado Regulation No. 6, Part B, Section II.C.2 [particulate matter emissions shall not exceed $0.5(FI)^{-0.26}$ lbs/MMBtu] – **State-Only Requirement.**  Note that these requirements did not apply to the following equipment: H-16, H-18, H-20, H-22, H10, H-11, H-27, B6 and B8. |
| Section II, Condition 38.1 | Colorado Regulation No. 6, Part B, Section IV.C.2 [$SO_2$ emissions from refineries shall not exceed 0.3 lb/barrel] – **State-Only Requirement** |
| Section II, Condition 56 | Regulation No. 6, Part B, Section I [general provisions] - **State-only Requirement** Note that these requirements did not apply to the following equipment: H-16, H-18, H-20, H-22, H10, H-11, H-27, B6 and B8. |
| **Consent Decree and Compliance Order on Consent Requirements** | |
| Section II, Conditions 24.2 and 45.4.3.1.b | Consent Decree (H-01-4430), Paragraph 160 [NSPS Subpart J alternative monitoring methods for flares] |
| Section II, Conditions 24.2 and 45.4.3.1.b | Compliance Order on Consent, December 17, 2001, paragraph 45 [flare shall meet the requirements in NSPS Subparts A and J]. |
| Section II, Condition 30.2 | Compliance Order on Consent, December 17, 2001, paragraph 43 [flare shall meet the requirements in NSPS Subparts A and J]. |

Permit Number: 96OPAD120                                                    First Issued: 8/1/04
                                                                            Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Permit #96OPAD120

Suncor Energy (U.S.A.) Inc.
Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Page 428

| Permit Condition(s) | Streamlined (Subsumed) Requirements |
|---|---|
| Section II, Condition 23.9.2 | Consent Decree (H-01-4430), Paragraph 91 [breakthrough of carbon canisters defined as 50 ppm VOC] |
| **NSPS Requirements** | |
| Section II, Condition 22.2.1 | 40 CFR Part 60 Subpart J §60.104(b)(2) and (c), as adopted by reference in Colorado Regulation No. 6, Part A [SO$_2$ emissions from FCCU shall not exceed 20 lb/ton coke burn-off on a 7-day rolling average] |
| Section II, Condition 22.2.2 | 40 CFR Part 60 Subpart J §60.106(g) and (i) [performance test methods for FCCU SO$_2$ limit in §60.104(b)(2)] |
| Section II, Condition 53 | 40 CFR Part 60 Subpart K, as adopted by reference in Colorado Regulation No. 6, Part A [applied to tank T1] – In accordance with the provisions in Section II, Condition 53.28.3 (63.640(n)(5)) source no longer has to comply with these requirements. |
| **NESHAP Requirements** | |
| Section II, Condition 53 | 40 CFR Part 61 Subpart J, as adopted by reference in Colorado Regulation No. 8, Part A [applied to some components associated with the GBR Unit (F114)] – In accordance with the provisions in Section II, Condition 53.43 (63.640(p)(1)) source no longer has to comply with these requirements. |
| **Regional Haze Requirements (Colorado Regulation No. 23)** | |
| Section II, Condition 29.9 | Colorado Regulation No. 23, Section IV.F.3 – Plant 1 Flare Emission Limit (162 ppmv H$_2$S, on a 3-hr rolling average) |
| Section II, Conditions 27.1.3 and 27.11 | Colorado Regulation No. 23, Sections V.A.1.b, V.A.1.b.(i) and V.A.1.b.(i)(D) [maintain, calibrate and operate NO$_X$ CEMS, calculate hourly NO$_X$ emissions and use in 12-month rolling total] |
| Section II, Conditions 20.1.2 and 20.13 | Colorado Regulation No. 23, Sections V.A.1.d and V.A.1.d.(i)(B) [operate an SO$_2$ CEMS, calculate SO$_2$ emissions and use in a 12-month rolling total] |
| Section II, Conditions 45 and 54 | Colorado Regulation No. 23, Section V.A.1.d.(i)(A) [demonstrate compliance with SO$_2$ limits using procedures in NSPS Subparts A and J and 40 CFR 63.1568] |
| Section II, Conditions 22.2.2 and 22.4.2 and 59.1.1.4 | Colorado Regulation No. 23, Sections V.A.1.e, V.A.1.e.(i)(A) and V.A.1.e.(i)(B) [maintain, calibrate and operate NO$_X$ and SO$_2$ CEMS, calculate hourly NO$_X$ and SO$_2$ emissions and use in 365-day rolling average] |
| Section II, Conditions 14.1 (H-17), 16.1 (H-28, H-29 & H-30) and 18.1 (H-37) | Colorado Regulation No. 23, Section V.A.2.e.(i) [Monthly emission calculations, using specified emission factors] – **with respect to H-17, H-28, H-29, H-30 and H-37 only.** |
| Section II, Conditions 29.9 and 46 | Colorado Regulation No. 23, Section V.A.2.e.(ii) [use NSPS Ja provisions to comply with Plant 1 Flare H$_2$S limit in Section IV.F.3] |
| Section II, Conditions 45 and 54 | Colorado Regulation No. 23, Section V.B.4.e.(i) [use NSPS A and J and 40 CFR Part 63 60.1564 to comply with FCCU PM requirements] |
| Section IV, Conditions 22.b. & c | Colorado Regulation No. 23, Section V.C.1 and 2 [Maintain CEMS data and records of QA/QC requirements] –**with respect to H-2101, Boiler B-4, SRU and FCCU.** |
| Section II, Condition 59.4 | Colorado Regulation No. 23, Section V.D, first paragraph [semi-annual excess emission reports] – with respect to H-2101, Boiler B-4 and SRU |
| **Regulation No. 26, Part B, Section II.A Requirements** | |
| Section II, Conditions 19.5.1 & 19.5.3 | Regulation No. 26, Part B, Sections II.4.a.(i) and II.A.5.a.(i) [NOx emissions not to exceed 0.2 lb/MMBtu from boiler burning gaseous fuel, comply with limit by October 1, 2021] |
| Section II, Conditions 19.5.5 thru 19.5.8 | Regulation No. 26, Part B, Sections II.A.5.b.(i)(A) and II.A.5.b.(i)(A)(2) [must use NO$_X$ CEMS, if NO$_X$ CEMS required for a Subpart under 40 CFR Part 60, use Subpart operating day, data averaging methodology, and data validation requirements] |
| Section II, Condition 19.6 | Regulation No. 26, Part B, Section II.A.7.c [keep records of type and amount of fuel used] |
| Section II, Condition 19.5.9.1 | Regulation No. 26, Part B, Section II.A.7.d [calculate the annual capacity factor] |

Air Pollution Control Division                                    Suncor Energy (U.S.A.) Inc.
Colorado Operating Permit        Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)
Permit #96OPAD120                                                              Page 429

| Permit Condition(s) | Streamlined (Subsumed) Requirements |
|---|---|
| Section IV, Conditions 22.b & c | Regulation No. 26, Part B, Section II.A.7.e [maintain all records generated to comply with reporting requirements for 5 years] |
| Section II, Condition 59.4 | Regulation No. 26, Part B, Sections II.A.8.a and a(i) [sources using a CEMS shall submit quarterly or semi-annual excess emission reports] |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 430 |

# SECTION IV - General Permit Conditions

Version 5/17/2023

**1.      Administrative Changes**

Regulation No. 3, 5 CCR 1001-5, Part A, § III.

The permittee shall submit an application for an administrative permit amendment to the Division for those permit changes that are described in Regulation No. 3, Part A, § I.B.1.  The permittee may immediately make the change upon submission of the application to the Division.

**2.      Certification Requirements**

Regulation No. 3, 5 CCR 1001-5, Part C, §§ III.B.9., V.C.16.a.& e. and V.C.17.

a.      Any application, report, document and compliance certification submitted to the Air Pollution Control Division pursuant to Regulation No. 3 or the Operating Permit shall contain a certification by a responsible official of the truth, accuracy and completeness of such form, report or certification stating that, based on information and belief formed after reasonable inquiry, the statements and information in the document are true, accurate and complete.

b.      All compliance certifications for terms and conditions in the Operating Permit shall be submitted to the Air Pollution Control Division at least annually unless a more frequent period is specified in the applicable requirement or by the Division in the Operating Permit.

c.      Compliance certifications shall contain:

(i)      the identification of each permit term and condition that is the basis of the certification;

(ii)      the compliance status of the source;

(iii)      whether compliance was continuous or intermittent;

(iv)      method(s) used for determing the compliance status of the source, currently and over the reporting period; and

(v)      such other facts as the Air Pollution Control Division may require to determine the compliance status of the source.

d.      All compliance certifications shall be submitted to the Air Pollution Control Division and to the Environmental Protection Agency at the addresses listed in Appendix D of this Permit.

e.      If the permittee is required to develop and register a risk management plan pursuant to § 112(r) of the federal act, the permittee shall certify its compliance with that requirement; the Operating Permit shall not incorporate the contents of the risk management plan as a permit term or condition.

**3.      Common Provisions**

Common Provisions Regulation, 5 CCR 1001-2 §§ II.A., II.B., II.C., II.E., II.F., II.I, and II.J

a.      To Control Emissions Leaving Colorado

When emissions generated from sources in Colorado cross the State boundary line, such emissions shall not cause the air quality standards of the receiving State to be exceeded, provided reciprocal action is taken by the receiving State.

b.      Emission Monitoring Requirements

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 431 |

The Division may require owners or operators of stationary air pollution sources to install, maintain, and use instrumentation to monitor and record emission data as a basis for periodic reports to the Division.

c.      Performance Testing

The owner or operator of any air pollution source shall, upon request of the Division, conduct performance test(s) and furnish the Division a written report of the results of such test(s) in order to determine compliance with applicable emission control regulations.

Performance test(s) shall be conducted and the data reduced in accordance with the applicable reference test methods unless the Division:

(i)      specifies or approves, in specific cases, the use of a test method with minor changes in methodology;

(ii)     approves the use of an equivalent method;

(iii)    approves the use of an alternative method the results of which the Division has determined to be adequate for indicating where a specific source is in compliance; or

(iv)     waives the requirement for performance test(s) because the owner or operator of a source has demonstrated by other means to the Division's satisfaction that the affected facility is in compliance with the standard. Nothing in this paragraph shall be construed to abrogate the Commission's or Division's authority to require testing under the Colorado Revised Statutes, Title 25, Article 7, and pursuant to regulations promulgated by the Commission.

Compliance test(s) shall be conducted under such conditions as the Division shall specify to the plant operator based on representative performance of the affected facility. The owner or operator shall make available to the Division such records as may be necessary to determine the conditions of the performance test(s). Operations during period of startup, shutdown, and malfunction shall not constitute representative conditions of performance test(s) unless otherwise specified in the applicable standard.

The owner or operator of an affected facility shall provide the Division thirty days prior notice of the performance test to afford the Division the opportunity to have an observer present. The Division may waive the thirty day notice requirement provided that arrangements satisfactory to the Division are made for earlier testing.

The owner or operator of an affected facility shall provide, or cause to be provided, performance testing facilities as follows:

(i)      Sampling ports adequate for test methods applicable to such facility;

(ii)     Safe sampling platform(s);

(iii)    Safe access to sampling platform(s); and

(iv)     Utilities for sampling and testing equipment.

Each performance test shall consist of at least three separate runs using the applicable test method. Each run shall be conducted for the time and under the conditions specified in the applicable standard. For the purpose of determining compliance with an applicable standard, the arithmetic mean of results of at least three runs shall apply. In the event that a sample is accidentally lost or conditions occur in which one of the runs must be discontinued because of forced shutdown, failure of an irreplaceable portion of the sample train, extreme meteorological conditions, or other circumstances beyond the owner or operator's control, compliance may, upon the Division's approval, be determined using the arithmetic mean of the results of the two other runs.

Nothing in this section shall abrogate the Division's authority to conduct its own performance test(s) if so warranted.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 432 |

d.    Affirmative Defense Provision for Excess Emissions during Malfunctions - **State-Only as of June 1, 2024**

An affirmative defense to a claim of violation under these regulations is provided to owners and operators for civil penalty actions for excess emissions during periods of malfunction. To establish the affirmative defense and to be relieved of a civil penalty in any action to enforce an applicable requirement, the owner or operator of the facility must meet the notification requirements below in a timely manner and prove by a preponderance of evidence that:

(i)    The excess emissions were caused by a sudden, unavoidable breakdown of equipment, or a sudden, unavoidable failure of a process to operate in the normal or usual manner, beyond the reasonable control of the owner or operator;

(ii)    The excess emissions did not stem from any activity or event that could have reasonably been foreseen and avoided, or planned for, and could not have been avoided by better operation and maintenance practices;

(iii)    Repairs were made as expeditiously as possible when the applicable emission limitations were being exceeded;

(iv)    The amount and duration of the excess emissions (including any bypass) were minimized to the maximum extent practicable during periods of such emissions;

(v)    All reasonably possible steps were taken to minimize the impact of the excess emissions on ambient air quality;

(vi)    All emissions monitoring systems were kept in operation (if at all possible);

(vii)    The owner or operator's actions during the period of excess emissions were documented by properly signed, contemporaneous operating logs or other relevant evidence;

(viii)    The excess emissions were not part of a recurring pattern indicative of inadequate design, operation, or maintenance;

(ix)    At all times, the facility was operated in a manner consistent with good practices for minimizing emissions. This section is intended solely to be a factor in determining whether an affirmative defense is available to an owner or operator, and does not constitute an additional applicable requirement; and

(x)    During the period of excess emissions, there were no exceedances of the relevant ambient air quality standards established in the Commissions' Regulations that could be attributed to the emitting source.

The owner or operator of the facility experiencing excess emissions during a malfunction must notify the division verbally as soon as possible, but no later than noon of the Division's next working day, and must submit written notification following the initial occurrence of the excess emissions by the end of the source's next reporting period. The notification must address the criteria set forth above.

The Affirmative Defense Provision contained in this section is not available to claims for injunctive relief.

The Affirmative Defense Provision does not apply to failures to meet federally promulgated performance standards or emission limits, including, but not limited to, new source performance standards and national emission standards for hazardous air pollutants. The affirmative defense provision does not apply to state implementation plan (sip) limits or permit limits that have been set taking into account potential emissions during malfunctions, including, but not necessarily limited to, certain limits with 30-day or longer averaging times, limits that indicate they apply during malfunctions, and limits that indicate they apply at all times or without exception.

e.    Circumvention Clause

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 433 |

A person shall not build, erect, install, or use any article, machine, equipment, condition, or any contrivance, the use of which, without resulting in a reduction in the total release of air pollutants to the atmosphere, reduces or conceals an emission which would otherwise constitute a violation of this regulation. No person shall circumvent this regulation by using more openings than is considered normal practice by the industry or activity in question.

f.      Compliance Certifications

For the purpose of submitting compliance certifications or establishing whether or not a person has violated or is in violation of any standard in the Colorado State Implementation Plan, nothing in the Colorado State Implementation Plan shall preclude the use, including the exclusive use, of any credible evidence or information, relevant to whether a source would have been in compliance with applicable requirements if the appropriate performance or compliance test or procedure had been performed. Evidence that has the effect of making any relevant standard or permit term more stringent shall not be credible for proving a violation of the standard or permit term.

When compliance or non-compliance is demonstrated by a test or procedure provided by permit or other applicable requirement, the owner or operator shall be presumed to be in compliance or non-compliance unless other relevant credible evidence overcomes that presumption.

g.      Affirmative Defense Provision for Excess Emissions During Startup and Shutdown – **State-Only as of June 1, 2024**

An affirmative defense is provided to owners and operators for civil penalty actions for excess emissions during periods of startup and shutdown. To establish the affirmative defense and to be relieved of a civil penalty in any action to enforce an applicable requirement, the owner or operator of the facility must meet the notification requirements below in a timely manner and prove by a preponderance of the evidence that:

(i)      The periods of excess emissions that occurred during startup and shutdown were short and infrequent and could not have been prevented through careful planning and design;

(ii)     The excess emissions were not part of a recurring pattern indicative of inadequate design, operation or maintenance;

(iii)    If the excess emissions were caused by a bypass (an intentional diversion of control equipment), then the bypass was unavoidable to prevent loss of life, personal injury, or severe property damage;

(iv)     The frequency and duration of operation in startup and shutdown periods were minimized to the maximum extent practicable;

(v)      All possible steps were taken to minimize the impact of excess emissions on ambient air quality;

(vi)     All emissions monitoring systems were kept in operation (if at all possible);

(vii)    The owner or operator's actions during the period of excess emissions were documented by properly signed, contemporaneous operating logs or other relevant evidence; and,

(viii)   At all times, the facility was operated in a manner consistent with good practices for minimizing emissions. This subparagraph is intended solely to be a factor in determining whether an affirmative defense is available to an owner or operator, and does not constitute an additional applicable requirement.

The owner or operator of the facility experiencing excess emissions during startup and shutdown must notify the Division verbally as soon as possible, but no later than two (2) hours after the start of the next working day, and must submit written quarterly notification following the initial occurrence of the excess emissions. The notification must address the criteria set forth above.

The Affirmative Defense Provision contained in this section is not available to claims for injunctive relief.

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 434 |

The Affirmative Defense Provision does not apply to State Implementation Plan provisions or other requirements that derive from new source performance standards or national emissions standards for hazardous air pollutants, or any other federally enforceable performance standard or emission limit with an averaging time greater than twenty-four hours. In addition, an affirmative defense cannot be used by a single source or small group of sources where the excess emissions have the potential to cause an exceedance of the ambient air quality standards or Prevention of Significant Deterioration (PSD) increments.

In making any determination whether a source established an affirmative defense, the Division shall consider the information within the notification required above and any other information the Division deems necessary, which may include, but is not limited to, physical inspection of the facility and review of documentation pertaining to the maintenance and operation of process and air pollution control equipment.

4.    **Compliance Requirements**

Regulation No. 3, 5 CCR 1001-5, Part C, §§ III.C.9., V.C.11. & 16.d. and § 25-7-122.1(2), C.R.S.

a.    The permittee must comply with all conditions of the Operating Permit. Any permit noncompliance relating to federally-enforceable terms or conditions constitutes a violation of the federal act, as well as the state act and Regulation No. 3. Any permit noncompliance relating to state-only terms or conditions constitutes a violation of the state act and Regulation No. 3, shall be enforceable pursuant to state law, and shall not be enforceable by citizens under § 304 of the federal act. Any such violation of the federal act, the state act or regulations implementing either statute is grounds for enforcement action, for permit termination, revocation and reissuance or modification or for denial of a permit renewal application.

b.    It shall not be a defense for a permittee in an enforcement action or a consideration in favor of a permittee in a permit termination, revocation or modification action or action denying a permit renewal application that it would have been necessary to halt or reduce the permitted activity in order to maintain compliance with the conditions of the permit.

c.    The permit may be modified, revoked, reopened, and reissued, or terminated for cause. The filing of any request by the permittee for a permit modification, revocation and reissuance, or termination, or any notification of planned changes or anticipated noncompliance does not stay any permit condition, except as provided in §§ X. and XI. of Regulation No. 3, Part C.

d.    The permittee shall furnish to the Air Pollution Control Division, within a reasonable time as specified by the Division, any information that the Division may request in writing to determine whether cause exists for modifying, revoking and reissuing, or terminating the permit or to determine compliance with the permit. Upon request, the permittee shall also furnish to the Division copies of records required to be kept by the permittee, including information claimed to be confidential. Any information subject to a claim of confidentiality shall be specifically identified and submitted separately from information not subject to the claim.

e.    Any schedule for compliance for applicable requirements with which the source is not in compliance at the time of permit issuance shall be supplemental, and shall not sanction noncompliance with, the applicable requirements on which it is based.

f.    For any compliance schedule for applicable requirements with which the source is not in compliance at the time of permit issuance, the permittee shall submit, at least every 6 months unless a more frequent period is specified in the applicable requirement or by the Air Pollution Control Division, progress reports which contain the following:

(i)    dates for achieving the activities, milestones, or compliance required in the schedule for compliance, and dates when such activities, milestones, or compliance were achieved; and

(ii)    an explanation of why any dates in the schedule of compliance were not or will not be met, and any preventive or corrective measures adopted.

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 435 |

g.    The permittee shall not knowingly falsify, tamper with, or render inaccurate any monitoring device or method required to be maintained or followed under the terms and conditions of the Operating Permit.

**5.    Emergency Provisions**

Regulation No. 3, 5 CCR 1001-5, Part C, § VII

An emergency means any situation arising from sudden and reasonably unforeseeable events beyond the control of the source, including acts of God, which situation requires immediate corrective action to restore normal operation, and that causes the source to exceed the technology-based emission limitation under the permit due to unavoidable increases in emissions attributable to the emergency.  "Emergency" does not include noncompliance to the extent caused by improperly designed equipment, lack of preventative maintenance, careless or improper operation, or operator error.  An emergency constitutes an affirmative defense to an enforcement action brought for noncompliance with a technology-based emission limitation if the permittee demonstrates, through properly signed, contemporaneous operating logs, or other relevant evidence that:

a.    an emergency occurred and that the permittee can identify the cause(s) of the emergency;

b.    the permitted facility was at the time being properly operated;

c.    during the period of the emergency the permittee took all reasonable steps to minimize levels of emissions that exceeded the emission standards, or other requirements in the permit; and

d.    the permittee submitted oral notice of the emergency to the Air Pollution Control Division no later than noon of the next working day following the emergency, and followed by written notice within one month of the time when emissions limitations were exceeded due to the emergency.  This notice must contain a description of the emergency, any steps taken to mitigate emissions, and corrective actions taken.

This emergency provision is in addition to any emergency or malfunction provision contained in any applicable requirement.

**6.    Emission Controls for Asbestos**

Regulation No. 8, 5 CCR 1001-10, Part B

The permittee shall not conduct any asbestos abatement activities except in accordance with the provisions of Regulation No. 8, Part B, "asbestos control."

**7.    Emissions Trading, Marketable Permits, Economic Incentives**

Regulation No. 3, 5 CCR 1001-5, Part C, § V.C.13.

No permit revision shall be required under any approved economic incentives, marketable permits, emissions trading and other similar programs or processes for changes that are specifically provided for in the permit.

**8.    Fee Payment**

Regulation No. 3, 5 CCR 1001-5, Part A, § VI.E., C.R.S §§ 25-7-114.1(6) and 25-7-114.7

a.    The permittee shall pay an annual emissions fee in accordance with the provisions of C.R.S. § 25-7-114.7.   A 1% per month late payment fee shall be assessed against any invoice amounts not paid in full on the 91st day after the date of invoice, unless a permittee has filed a timely protest to the invoice amount.

b.    The permittee shall pay a permit processing fee in accordance with the provisions of C.R.S. § 25-7-114.7.  If the Division estimates that processing of the permit will take more than 30 hours, it will notify the permittee of its estimate of what the actual charges may be prior to commencing any work exceeding the 30 hour limit.

c.    The permittee shall pay an APEN fee in accordance with the provisions of C.R.S. § 25-7-114.1(6) for each APEN or revised APEN filed.

| | |
|---|---|
| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 436 |

d.      Upon a finding by EPA that the 2008 ozone National Ambient Air Quality Standard (NAAQS) nonattainment area fails to attain the 2008 ozone NAAQS by the date the nonattainment area is mandated to reach attainment of the 2008 ozone NAAQS (i.e., 2027, unless granted an extension), major stationary sources shall pay fees in accordance with the provisions in Regulation No. 3, Part A, Section VI.E.

9.      **Fugitive Particulate Emissions**

Regulation No. 1, 5 CCR 1001-3, § III.D.1.

The permittee shall employ such control measures and operating procedures as are necessary to minimize fugitive particulate emissions into the atmosphere, in accordance with the provisions of Regulation No. 1, § III.D.1.

10.     **Inspection and Entry**

Regulation No. 3, 5 CCR 1001-5, Part C, § V.C.16.b.

Upon presentation of credentials and other documents as may be required by law, the permittee shall allow the Air Pollution Control Division, or any authorized representative, to perform the following:

a.      enter upon the permittee's premises where an Operating Permit source is located, or emissions-related activity is conducted, or where records must be kept under the terms of the permit;

b.      have access to, and copy, at reasonable times, any records that must be kept under the conditions of the permit;

c.      inspect at reasonable times any facilities, equipment (including monitoring and air pollution control equipment), practices, or operations regulated or required under the Operating Permit;

d.      sample or monitor at reasonable times, for the purposes of assuring compliance with the Operating Permit or applicable requirements, any substances or parameters.

11.     **Minor Permit Modifications**

Regulation No. 3, 5 CCR 1001-5, Part C, §§ X. & XI.

The permittee shall submit an application for a minor permit modification before making the change requested in the application.  The permit shield shall not extend to minor permit modifications.

12.     **New Source Review**

Regulation No. 3, 5 CCR 1001-5, Parts B & D

The permittee shall not commence construction or modification of a source required to be reviewed under the New Source Review provisions of Regulation No. 3, Parts B and/or D, as applicable, without first receiving a construction permit.

13.     **No Property Rights Conveyed**

Regulation No. 3, 5 CCR 1001-5, Part C, § V.C.11.d.

This permit does not convey any property rights of any sort, or any exclusive privilege.

14.     **Odor**

Regulation No. 2, 5 CCR 1001-4, Part A

As a matter of state law only, the permittee shall comply with the provisions of Regulation No. 2 concerning odorous emissions.

15.     **Off-Permit Changes to the Source**

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 437 |

Regulation No. 3, 5 CCR 1001-5, Part C, § XII.B.

The permittee shall record any off-permit change to the source that causes the emissions of a regulated pollutant subject to an applicable requirement, but not otherwise regulated under the permit, and the emissions resulting from the change, including any other data necessary to show compliance with applicable ambient air quality standards. The permittee shall provide contemporaneous notification to the Air Pollution Control Division and to the Environmental Protection Agency at the addresses listed in Appendix D of this Permit. The permit shield shall not apply to any off-permit change.

**16.    Opacity**

Regulation No. 1, 5 CCR 1001-3, §§ I., II.

The permittee shall comply with the opacity emissions limitation set forth in Regulation No. 1, §§ I.- II.

**17.    Open Burning**

Regulation No. 9, 5 CCR 1001-11

The permittee shall obtain a permit from the Division for any regulated open burning activities in accordance with provisions of Regulation No. 9.

**18.    Ozone Depleting Compounds**

Regulation No. 15, 5 CCR 1001-19

The permittee shall comply with the provisions of Regulation No. 15 concerning emissions of ozone depleting compounds. Sections I., II.C., II.D., III. IV., and V. of Regulation No. 15 shall be enforced as a matter of state law only.

**19.    Permit Expiration and Renewal**

Regulation No. 3, 5 CCR 1001-5, Part C, §§ III.B.6., IV.C., V.C.2.

a.      The permit term shall be five (5) years. The permit shall expire at the end of its term. Permit expiration terminates the permittee's right to operate unless a timely and complete renewal application is submitted.

b.      Applications for renewal shall be submitted at least twelve months, but not more than 18 months, prior to the expiration of the Operating Permit. An application for permit renewal may address only those portions of the permit that require revision, supplementing, or deletion, incorporating the remaining permit terms by reference from the previous permit. A copy of any materials incorporated by reference must be included with the application.

**20.    Portable Sources**

Regulation No. 3, 5 CCR 1001-5, Part C, § II.D.

Portable Source permittees shall notify the Air Pollution Control Division at least 10 days in advance of each change in location.

**21.    Prompt Deviation Reporting**

Regulation No. 3, 5 CCR 1001-5, Part C, § V.C.7.b.

The permittee shall promptly report any deviation from permit requirements, including those attributable to malfunction conditions as defined in the permit, the probable cause of such deviations, and any corrective actions or preventive measures taken.

"Prompt" is defined as follows:

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 438 |

a.    Any definition of "prompt" or a specific timeframe for reporting deviations provided in an underlying applicable requirement as identified in this permit; or

b.    Where the underlying applicable requirement fails to address the time frame for reporting deviations, reports of deviations will be submitted based on the following schedule:

(i)    For emissions of a hazardous air pollutant or a toxic air pollutant (as identified in the applicable regulation) that continue for more than an hour in excess of permit requirements, the report shall be made within 24 hours of the occurrence;

(ii)    For emissions of any regulated air pollutant, excluding a hazardous air pollutant or a toxic air pollutant that continue for more than two hours in excess of permit requirements, the report shall be made within 48 hours; and

(iii)    For all other deviations from permit requirements, the report shall be submitted every six (6) months, except as otherwise specified by the Division in the permit in accordance with paragraph 22.d. below.

c.    If any of the conditions in paragraphs b.i or b.ii above are met, the source shall notify the Division by telephone (303-692-3155) or facsimile (303-782-0278) based on the timetables listed above.  *[Explanatory note:  Notification by telephone or facsimile must specify that this notification is a deviation report for an Operating Permit.]*  A written notice, certified consistent with General Condition 2.a. above (Certification Requirements), shall be submitted within 10 working days of the occurrence.  All deviations reported under this section shall also be identified in the 6-month report required above.

"Prompt reporting" does not constitute an exception to the requirements of "Emergency Provisions" for the purpose of avoiding enforcement actions.

22.    **Record Keeping and Reporting Requirements**

Regulation No. 3, 5 CCR 1001-5, Part A, § II.; Part C, §§ V.C.6., V.C.7.

a.    Unless otherwise provided in the source specific conditions of this Operating Permit, the permittee shall maintain compliance monitoring records that include the following information:

(i)    date, place as defined in the Operating Permit, and time of sampling or measurements;

(ii)    date(s) on which analyses were performed;

(iii)    the company or entity that performed the analysis;

(iv)    the analytical techniques or methods used;

(v)    the results of such analysis; and

(vi)    the operating conditions at the time of sampling or measurement.

b.    The permittee shall retain records of all required monitoring data and support information for a period of at least five (5) years from the date of the monitoring sample, measurement, report or application.  Support information, for this purpose, includes all calibration and maintenance records and all original strip-chart recordings for continuous monitoring instrumentation, and copies of all reports required by the Operating Permit.  With prior approval of the Air Pollution Control Division, the permittee may maintain any of the above records in a computerized form.

c.    Permittees must retain records of all required monitoring data and support information for the most recent twelve (12) month period, as well as compliance certifications for the past five (5) years on-site at all times.  A permittee shall make available for the Air Pollution Control Division's review all other records of required monitoring data and support information required to be retained by the permittee upon 48 hours advance notice by the Division.

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 439 |

d.    The permittee shall submit to the Air Pollution Control Division all reports of any required monitoring at least every six (6) months, unless an applicable requirement, the compliance assurance monitoring rule, or the Division requires submission on a more frequent basis. All instances of deviations from any permit requirements must be clearly identified in such reports.

e.    The permittee shall file an Air Pollutant Emissions Notice ("APEN") prior to constructing, modifying, or altering any facility, process, activity which constitutes a stationary source from which air pollutants are or are to be emitted, unless such source is exempt from the APEN filing requirements of Regulation No. 3, Part A, § II.D. A revised APEN shall be filed annually whenever a significant change in emissions, as defined in Regulation No. 3, Part A, § II.C.2., occurs; whenever there is a change in owner or operator of any facility, process, or activity; whenever new control equipment is installed; whenever a different type of control equipment replaces an existing type of control equipment; whenever a permit limitation must be modified; or before the APEN expires. An APEN is valid for a period of five years. The five-year period recommences when a revised APEN is received by the Air Pollution Control Division. Revised APENs shall be submitted no later than 30 days before the five-year term expires. Permittees submitting revised APENs to inform the Division of a change in actual emission rates must do so by April 30 of the following year. Where a permit revision is required, the revised APEN must be filed along with a request for permit revision. APENs for changes in control equipment must be submitted before the change occurs, except an APEN shall be filed once per year for control equipment at condensate storage tanks located at oil and gas exploration and production facilities subject to Regulation No. 7, Part B § I. Annual fees are based on the most recent APEN on file with the Division.

(i)    By January 31, 2024, and by every January 31 thereafter, stationary sources in the ozone nonattainment area with the potential to emit VOC and/or NOx emissions equal to or greater than 25 tons per year (per pollutant) must certify annually through a Division-approved format that annual actual VOC and/or NOx emissions estimates are as reported on Air Pollutant Emission Notices for that certifying year, including per the thresholds defined as significant changes in Regulation No. 3, Part A, § II.C.2.

f.    **State-Only requirement.** Owners or operators required to report greenhouse gases pursuant to Regulation Number 22, Part A or Regulation Number 7, Part B, Sections IV. or V. must submit a facility-wide greenhouse gas emissions Air Pollutant Emission Notice, using a Division-approved form, for each facility directly emitting CO2e emissions equal to or greater than 25,000 tpy. Facility-wide greenhouse gas APENS are due on or before December 31, reporting calendar year emissions for the previous year in accordance with the requirements in Regulation No. 3, Part A, § II.A.2.

23.    **Reopenings for Cause**

Regulation No. 3, 5 CCR 1001-5, Part C, § XIII.

a.    The Air Pollution Control Division shall reopen, revise, and reissue Operating Permits; permit reopenings and reissuance shall be processed using the procedures set forth in Regulation No. 3, Part C, § III., except that proceedings to reopen and reissue permits affect only those parts of the permit for which cause to reopen exists.

b.    The Division shall reopen a permit whenever additional applicable requirements become applicable to a major source with a remaining permit term of three or more years, unless the effective date of the requirements is later than the date on which the permit expires, or unless a general permit is obtained to address the new requirements; whenever additional requirements (including excess emissions requirements) become applicable to an affected source under the acid rain program; whenever the Division determines the permit contains a material mistake or that inaccurate statements were made in establishing the emissions standards or other terms or conditions of the permit; or whenever the Division determines that the permit must be revised or revoked to assure compliance with an applicable requirement.

c.    The Division shall provide 30 days' advance notice to the permittee of its intent to reopen the permit, except that a shorter notice may be provided in the case of an emergency.

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
|  | Renewed: 7/9/2024 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 440 |

d.      The permit shield shall extend to those parts of the permit that have been changed pursuant to the reopening and reissuance procedure.

## 24.    Requirements for Major Stationary Sources

Regulation No. 3, 5 CCR 1001-5, Part D, §§ V.A.7.c & d, VI.B.5 & VI.B.6

The following provisions apply to projects at existing emissions units at a major stationary source (other than projects at a source with a PAL) that are not part of a major modification and where the owner or operator relies on projected actual emissions. The definitions of baseline actual emissions, major modification, major stationary source, PAL, projected actual emissions, regulated NSR pollutant and significant can be found in Regulation No. 3, Part D, § II.A.

a.      Before beginning actual construction of the project, the owner or operator shall document and maintain a record of the following information:

(i)      a description of the project;

(ii)      identification of the emissions unit(s) whose emissions of a regulated NSR pollutant could be affected by the project; and

(iii)      a description of the applicability test used to determine the project is not a major modification for any regulated NSR pollutants, including the baseline actual emissions, the projected actual emissions, the amount of emissions excluded and an explanation for why such amount was excluded, and any netting calculations, if applicable.

b.      The owner or operator shall monitor emissions of any regulated NSR pollutant that could increase as a result of the project from any emissions units identified in paragraph a.(ii) and calculate and maintain a record of the annual emissions, in tons per year on a calendar year basis, for a period of five (5) years following resumption of regular operation after the change, or for a period of ten (10) years following resumption of regular operation after the change if the project increases the design capacity or potential to emit of that regulated NSR pollutant at such emissions unit.

c.      For existing electric utility steam generating units the following requirements apply:

(i)      Before beginning actual construction, the owner or operator shall provide a copy of the information required by paragraph a above to the Division. The owner or operator is not required to obtain a determination from the Division prior to beginning actual construction.

(ii)      The owner or operate shall submit a report to the Division within sixty days after the end of each year during which records must be generated under paragraph b above setting out the unit's annual emissions during the calendar year that preceded submission of the report.

d.      For existing emissions units that are not electric utility steam generating units, the owner or operator shall submit a report to the Division if the annual emissions from the project, in tons per year, exceed the baseline actual emissions (documented and maintained per paragraph a.(iii)) by a significant amount for that regulated NSR pollutant, and if such emissions differ from the preconstruction projection (documented and maintained per paragraph a.(iii)). Such report shall be submitted to the Division within sixty days after the end of such year. The report shall contain the following:

(i)      The name, address and telephone number of the owner or operator;

(ii)      The annual emissions as calculated per paragraph b; and

(iii)      Any other information that the owner or operator wishes to include in the report.

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 441 |

    e.    The owner of operation of the source shall make the information in paragraph a available for review upon request to the Division or the general public.

**25.**    **Section 502(b)(10) Changes**

Regulation No. 3, 5 CCR 1001-5, Part C, § XII.A.

The permittee shall provide a minimum 7-day advance notification to the Air Pollution Control Division and to the Environmental Protection Agency at the addresses listed in Appendix D of this Permit. The permittee shall attach a copy of each such notice given to its Operating Permit.

**26.**    **Severability Clause**

Regulation No. 3, 5 CCR 1001-5, Part C, § V.C.10.

In the event of a challenge to any portion of the permit, all emissions limits, specific and general conditions, monitoring, record keeping and reporting requirements of the permit, except those being challenged, remain valid and enforceable.

**27.**    **Significant Permit Modifications**

Regulation No. 3, 5 CCR 1001-5, Part C, § III.B.2.

The permittee shall not make a significant modification required to be reviewed under Regulation No. 3, Part B ("Construction Permit" requirements) without first receiving a construction permit. The permittee shall submit a complete Operating Permit application or application for an Operating Permit revision for any new or modified source within twelve months of commencing operation, to the address listed in Item 1 in Appendix D of this permit. If the permittee chooses to use the "Combined Construction/Operating Permit" application procedures of Regulation No. 3, Part C, then the Operating Permit must be received prior to commencing construction of the new or modified source.

**28.**    **Special Provisions Concerning the Acid Rain Program**

Regulation No. 3, 5 CCR 1001-5, Part C, §§ V.C.1.b. & 8

    a.    Where an applicable requirement of the federal act is more stringent than an applicable requirement of regulations promulgated under Title IV of the federal act, 40 Code of Federal Regulations (CFR) Part 72, both provisions shall be incorporated into the permit and shall be federally enforceable.

    b.    Emissions exceeding any allowances that the source lawfully holds under Title IV of the federal act or the regulations promulgated thereunder, 40 CFR Part 72, are expressly prohibited.

**29.**    **Transfer or Assignment of Ownership**

Regulation No. 3, 5 CCR 1001-5, Part C, § II.C.

No transfer or assignment of ownership of the Operating Permit source will be effective unless the prospective owner or operator applies to the Air Pollution Control Division on Division-supplied Administrative Permit Amendment forms, for reissuance of the existing Operating Permit. No administrative permit shall be complete until a written agreement containing a specific date for transfer of permit, responsibility, coverage, and liability between the permittee and the prospective owner or operator has been submitted to the Division.

**30.**    **Volatile Organic Compounds**

Regulation No. 24, 5 CCR 1001-28, Part B, §§ I & III.

The requirements in paragraphs a, b and e apply to sources located in the Denver 1-hour ozone attainment/maintenance area, any nonattainment area for the 1-hour ozone standard, the 8-hour Ozone Control Area, and to northern Weld County and on a state-only basis to sources located in any ozone nonattainment area, which includes areas designated nonattainment for either

| Air Pollution Control Division | Suncor Energy (U.S.A.) Inc. |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit) |
| Permit #96OPAD120 | Page 442 |

the 1-hour or 8-hour ozone standard, unless otherwise specified in Regulation No. 24, Part A, Section I.A.1.c. The requirements in paragraphs c and d apply statewide.

a.    All storage tank gauging devices, anti-rotation devices, accesses, seals, hatches, roof drainage systems, support structures, and pressure relief valves shall be maintained and operated to prevent detectable vapor loss except when opened, actuated, or used for necessary and proper activities (e.g. maintenance). Such opening, actuation, or use shall be limited so as to minimize vapor loss.

Detectable vapor loss shall be determined visually, by touch, by presence of odor, or using a portable hydrocarbon analyzer. When an analyzer is used, detectable vapor loss means a VOC concentration exceeding 10,000 ppm. Testing shall be conducted as in Regulation No. 24, Part B, Section VI.C.3.

b.    Except as otherwise provided by Regulation No. 24, all volatile organic compounds, excluding petroleum liquids, transferred to any tank, container, or vehicle compartment with a capacity exceeding 212 liters (56 gallons), shall be transferred using submerged or bottom filling equipment. For top loading, the fill tube shall reach within six inches of the bottom of the tank compartment. For bottom-fill operations, the inlet shall be flush with the tank bottom.

c.    No person shall dispose of volatile organic compounds by evaporation or spillage unless Reasonably Available Control Technology (RACT) is utilized.

d.    No owner or operator of a bulk gasoline terminal, bulk gasoline plant, or gasoline dispensing facility as defined in Colorado Regulation No. 24, Part B, Sections IV.C.2., IV.C.3. and VII.A.3., shall permit gasoline to be intentionally spilled, discarded in sewers, stored in open containers, or disposed of in any other manner that would result in evaporation.

e.    Beer production and associated beer container storage and transfer operations involving volatile organic compounds with a true vapor pressure of less than 1.5 psia actual conditions are exempt from the provisions of paragraph b, above.

**31.    Wood Stoves and Wood burning Appliances**

Regulation No. 4, 5 CCR 1001-6

The permittee shall comply with the provisions of Regulation No. 4 concerning the advertisement, sale, installation, and use of wood stoves and wood burning appliances.

---

| Permit Number: 96OPAD120 | First Issued: 8/1/04 |
|---|---|
| | Renewed: 7/9/2024 |

Air Pollution Control Division
Colorado Operating Permit
Appendices

# OPERATING PERMIT APPENDICES

A - INSPECTION INFORMATION

B - MONITORING AND PERMIT DEVIATION REPORT FORMAT

C - COMPLIANCE CERTIFICATION REPORT

D - NOTIFICATION ADDRESSES

E - PERMIT ACRONYMS

F - PERMIT MODIFICATIONS

G – CONSENT DECREE BENZENE, LDAR AND FLARING EVENTS

H – FCCU COMPLIANCE ASSURANCE MONITORING PLAN

I - SITE REMEDIATION MACT (40 CFR PART 63 SUBPART GGGGG) APPLICABILITY DIAGRAM

J - PLANT 1 FCCU OPACITY PLAN

K - PREVENTION OF SIGNIFICANT DETERIORATION (PSD) REVIEW AND NON-ATTAINMENT AREA NEW SOURCE REVIEW (NANSR) APPLICABILITY TESTS

L - ANALYSES OF EMISSIONS INCREASES FROM VARIOUS SUNCOR PROJECTS

M- THERMAL AND CATALYTIC OXIDIZER COMPLIANCE ASSURANCE MONITORING PLANS

N - FLARE AND VAPOR COMBUSTOR COMPLIANCE ASSURANCE MONITORING PLANS

**\*DISCLAIMER:**

None of the information found in these Appendices shall be considered to be State or Federally enforceable, except as otherwise stated in this permit, and is presented to assist the source, permitting authority, inspectors, and citizens.

---

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                              Appendix A
Inspection Information                                                                        Page 1

## APPENDIX A - Inspection Information

**Directions to Plant:**

The facility is located at 5801 Brighton Boulevard, Commerce City.  The Suncor visitor orientation facility is located on 56th Avenue near the Source Crude Unit entrance.

**Safety Equipment Required:**

Eye Protection (Safety Glasses with Shields)*; Hard Hat*; Safety Shoes; Hearing Protection*; Nomex Coveralls*

*The permittee can provide this equipment at the site for visitors

**Facility Plot Plan:**

A facility plot plan is not included in the permit at this time.

**List of Insignificant Activities:**

The following list of insignificant activities was provided by the source to assist in the understanding of the facility layout.  Since there is no requirement to update such a list, activities may have changed since the last filing.

The asterisk (*) denotes an insignificant activity source category based on the size of the activity, emissions levels from the activity or the production rate of the activity. The owner or operator of individual emission points in insignificant activity source categories marked with an asterisk (*) must maintain sufficient record keeping verifying that the exemption applies. Such records shall be made available for Division review upon request. (Colorado Regulation No. 3, Part C, Section II.E)

Units with emissions less than APEN de minimis - criteria pollutants (Reg 3 Part C.II.E.3.a)*

Liquified petroleum gas (LPG) loading and unloading, as follows:
- Loading of propane and mixed butanes into railcars (VOC < 1 tpy)
- Unloading butane from railcars (VOC < 1 tpy)
- Loading o f LPGs into tank trucks (VOC < 1 tpy)
- Unloading butane tank trucks (VOC < 1 tpy)

WWTS RTO purge valve (VOC emissions < 1 ton/yr)
Soda ash (Tank T335) vent system ($PM/PM_{10}/PM_{2.5}$ emissions < 2 ton/yr)
Cat Poly Unit – catalyst loading, unloading and blowdowns ($PM/PM_{10}/PM_{2.5}$ emissions < 2 ton/yr)

| | |
|---|---|
| Tank D162 | Additives |
| Tank D163 | Additive |
| Tank T334 | Diesel dye |
| Tank T2004 | Bio-diesel – B100 (80,000 gallons) |
| Tank T2007 | Bio-diesel – B100 (80,000 gallons) |
| Tank T8301 | Bio-additives (15,000 gallons) |
| Tank 7006 | Diesel additives (3,000 gallons) |

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                                     Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix A
Inspection Information                                                            Page 2

RPC West Zone AS System (VOC < 1 tpy)
    Note that emissions from this system must be included in the emission calculations required by Section I, Condition 69.1.
Four (4) gasoline tanks, each tank 500 gal capacity, located at the Plant 1 Fueling Station
T-5501 – rectangular storage tank (2,000 gal capacity) with a 1,500 gal compartment for diesel storage and a 500 gal compartment for gasoline storage, located at the Plant 1 Fueling Station
T-4701 & T-4702 – two (2) 1,000 gal tanks storing fire traning material with a TVP < 1.5 psia at 20°C, located at the fire training grounds
Meter Proving Activities at the Truck Rack (Denver Terminal)
    Note that emissions from the meter proving system are routed to the Truck Rack (Denver Terminal flare) and associated piping from the meter prover to the flare will be managed in accordance with the BWON closed vent system and control device requirements in 40 CFR 61.349 (see Conditions 65.17 thru 65.24).

<u>Units with emissions less than APEN de minimis - non-criteria reportable pollutants (Reg 3 Part C.II.E.3.b)</u>

<u>In-house experimental and analytical laboratory equipment (Reg 3 Part C.II.E.3.i.(i))</u>

Refinery control laboratory

<u>Chemical storage tanks or containers < 500 gal (Reg 3 Part C.II.E.3.n)*</u>

Chemical additive tanks
Bulk chemical storage

<u>Storage tanks with annual throughput less than 400,000 gal/yr and meeting content specifications (Reg 3 Part C.II.E.3.fff)*</u>

Tank T330        Diesel
Tank T331        Diesel
Tanks T332      Diesel
One (1) diesel tank, 500 gal capacity, at the Plant 1 Fueling Station

<u>Non-Road Engines</u>

Misc. diesel-driven plant equipment

---

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                              Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                             Appendix B
Monitoring and Permit Deviation Report                                   Page 1

# APPENDIX B

## Reporting Requirements and Definitions

**with codes ver 8/20/14**

Please note that, pursuant to 113(c)(2) of the federal Clean Air Act, any person who knowingly:

(A)     makes any false material statement, representation, or certification in, or omits material information from, or knowingly alters, conceals, or fails to file or maintain any notice, application, record, report, plan, or other document required pursuant to the Act to be either filed or maintained (whether with respect to the requirements imposed by the Administrator or by a State);

(B)     fails to notify or report as required under the Act; or

(C)     falsifies, tampers with, renders inaccurate, or fails to install any monitoring device or method required to be maintained or followed under the Act shall, upon conviction, be punished by a fine pursuant to title 18 of the United States Code, or by imprisonment for not more than 2 years, or both.  If a conviction of any person under this paragraph is for a violation committed after a first conviction of such person under this paragraph, the maximum punishment shall be doubled with respect to both the fine and imprisonment.

The permittee must comply with all conditions of this operating permit.  Any permit noncompliance constitutes a violation of the Act and is grounds for enforcement action; for permit termination, revocation and reissuance, or modification; or for denial of a permit renewal application.

---

The Part 70 Operating Permit program requires three types of reports to be filed for all permits.
All required reports must be certified by a responsible official.

**Report #1: Monitoring Deviation Report** (due at least every six months)

*For purposes of this operating permit, the Division is requiring that the monitoring reports are due every six months unless otherwise noted in the permit.*  All instances of deviations from permit monitoring requirements must be clearly identified in such reports.

For purposes of this operating permit, monitoring means any condition determined by observation, by data from any monitoring protocol, or by any other monitoring which is required by the permit as well as the recordkeeping associated with that monitoring.  This would include, for example, fuel use or process rate monitoring, fuel analyses, and operational or control device parameter monitoring.

**Report #2: Permit Deviation Report (must be reported "promptly")**

In addition to the monitoring requirements set forth in the permits as discussed above, each and every requirement of the permit is subject to deviation reporting.  The reports must address deviations from permit requirements, including those attributable to malfunctions as defined in this Appendix, the probable cause of such deviations,

---

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                            Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                          Appendix B
Monitoring and Permit Deviation Report                                 Page 2

and any corrective actions or preventive measures taken.  All deviations from any term or condition of the permit are required to be summarized or referenced in the annual compliance certification.

For purposes of this operating permit, "malfunction" shall refer to both emergency conditions and malfunctions. Additional discussion on these conditions is provided later in this Appendix.

*For purposes of this operating permit, the Division is requiring that the permit deviation reports are due as set forth in General Condition 22.*  Where the underlying applicable requirement contains a definition of prompt or otherwise specifies a time frame for reporting deviations, that definition or time frame shall govern.  For example, quarterly Excess Emission Reports required by an NSPS or Regulation No. 1, Section IV.

In addition to the monitoring deviations discussed above, included in the meaning of deviation for the purposes of this operating permit are any of the following:

(1)    A situation where emissions exceed an emission limitation or standard contained in the permit;

(2)    A situation where process or control device parameter values demonstrate that an emission limitation or standard contained in the permit has not been met;

(3)    A situation in which observations or data collected demonstrates noncompliance with an emission limitation or standard or any work practice or operating condition required by the permit; or,

(4)    A situation in which an excursion or exceedance as defined in 40CFR Part 64 (the Compliance Assurance Monitoring (CAM) Rule) has occurred. (only if the emission point is subject to CAM)

For reporting purposes, the Division has combined the Monitoring Deviation Report with the Permit Deviation Report.  All deviations shall be reported using the following codes:

**1 = Standard:**        When the requirement is an emission limit or standard
**2 = Process:**         When the requirement is a production/process limit
**3 = Monitor:**         When the requirement is monitoring
**4 = Test:**            When the requirement is testing
**5 = Maintenance:**     When required maintenance is not performed
**6 = Record:**          When the requirement is recordkeeping
**7 = Report:**          When the requirement is reporting
**8 = CAM:**             A situation in which an excursion or exceedance as defined in 40CFR Part 64 (the Compliance Assurance Monitoring (CAM) Rule) has occurred.
**9 = Other:**           When the deviation is not covered by any of the above categories

**Report #3: Compliance Certification (annually, as defined in the permit)**

Submission of compliance certifications with terms and conditions in the permit, including emission limitations, standards, or work practices, is required not less than annually.

Compliance Certifications are intended to state the compliance status of each requirement of the permit over the certification period.   They must be based, at a minimum, on the testing and monitoring methods specified in the

Air Pollution Control Division
Colorado Operating Permit                                          Appendix B
Monitoring and Permit Deviation Report                                  Page 3

permit that were conducted during the relevant time period. In addition, if the owner or operator knows of other material information (i.e. information beyond required monitoring that has been specifically assessed in relation to how the information potentially affects compliance status), that information must be identified and addressed in the compliance certification. The compliance certification must include the following:

- The identification of each term or condition of the permit that is the basis of the certification;

- Whether or not the method(s) used by the owner or operator for determining the compliance status with each permit term and condition during the certification period was the method(s) specified in the permit. Such methods and other means shall include, at a minimum, the methods and means required in the permit. If necessary, the owner or operator also shall identify any other material information that must be included in the certification to comply with section 113(c)(2) of the Federal Clean Air Act, which prohibits knowingly making a false certification or omitting material information;

- The status of compliance with the terms and conditions of the permit, and whether compliance was continuous or intermittent. The certification shall identify each deviation and take it into account in the compliance certification. Note that not all deviations are considered violations.[1]

- Such other facts as the Division may require, consistent with the applicable requirements to which the source is subject, to determine the compliance status of the source.

The Certification shall also identify as possible exceptions to compliance any periods during which compliance is required and in which an excursion or exceedance as defined under 40 CFR Part 64 (the Compliance Assurance Monitoring (CAM) Rule) has occurred. (only for emission points subject to CAM)

Note the requirement that the certification shall identify each deviation and take it into account in the compliance certification. Previously submitted deviation reports, including the deviation report submitted at the time of the annual certification, may be referenced in the compliance certification.

### Startup, Shutdown, Malfunctions and Emergencies

Understanding the application of Startup, Shutdown, Malfunctions and Emergency Provisions, is very important in both the deviation reports and the annual compliance certifications.

### Startup, Shutdown, and Malfunctions

Please note that exceedances of some New Source Performance Standards (NSPS) and Maximum Achievable Control Technology (MACT) standards that occur during Startup, Shutdown or Malfunctions may not be considered to be non-compliance since emission limits or standards often do not apply unless specifically stated in the NSPS. Such exceedances must, however, be reported as excess emissions per the NSPS/MACT rules and

---

[1]  For example, given the various emissions limitations and monitoring requirements to which a source may be subject, a deviation from one requirement may not be a deviation under another requirement which recognizes an exception and/or special circumstances relating to that same event.

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                                    Appendix B
Monitoring and Permit Deviation Report                                                          Page 4

would still be noted in the deviation report.  In regard to compliance certifications, the permittee should be confident of the information related to those deviations when making compliance determinations since they are subject to Division review.  The concepts of Startup, Shutdown and Malfunctions also exist for Best Available Control Technology (BACT) sources, but are not applied in the same fashion as for NSPS and MACT sources.

**Emergency Provisions**

Under the Emergency provisions of Part 70 certain operational conditions may act as an affirmative defense against enforcement action if they are properly reported.

**DEFINITIONS**

**Malfunction** (NSPS) means any sudden, infrequent, and not reasonably preventable failure of air pollution control equipment, process equipment, or a process to operate in a normal or usual manner.  Failures that are caused in part by poor maintenance or careless operation are not malfunctions.

**Malfunction** (SIP) means any sudden and unavoidable failure of air pollution control equipment or process equipment or unintended failure of a process to operate in a normal or usual manner.  Failures that are primarily caused by poor maintenance, careless operation, or any other preventable upset condition or preventable equipment breakdown shall not be considered malfunctions.

**Emergency** means any situation arising from sudden and reasonably unforeseeable events beyond the control of the source, including acts of God, which situation requires immediate corrective action to restore normal operation, and that causes the source to exceed a technology-based emission limitation under the permit, due to unavoidable increases in emissions attributable to the emergency.  An emergency shall not include noncompliance to the extent caused by improperly designed equipment, lack of preventative maintenance, careless or improper operation, or operator error.

---

Permit Number: 96OPAD120                                                          First Issued: 8/1/04
                                                                                  Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix B
Monitoring and Permit Deviation Report                                          Page 5

### Monitoring and Permit Deviation Report - Part I

1.    Following is the **required** format for the Monitoring and Permit Deviation report to be submitted to the Division as set forth in General Condition 22.   The Table below must be completed for all equipment or processes for which specific Operating Permit terms exist.

2.    Part II of this Appendix B shows the format and information the Division will require for describing periods of monitoring and permit deviations, or malfunction or emergency conditions as indicated in the Table below.  One Part II Form must be completed for each Deviation.  Previously submitted reports (e.g. EER's or malfunctions) may be referenced and the form need not be filled out in its entirety.

FACILITY NAME:  Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 1 (West Plant) and Plant 3
                         (Asphalt Unit)
OPERATING PERMIT NO:  96OPAD120
REPORTING PERIOD:_____    (see first page of the permit for specific reporting period and dates)

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| D-811 | Storage Tank D-811 | | | | | |
| D-812 | Storage Tank D-812 | | | | | |
| D-813 | Storage Tank D-813 | | | | | |
| D-814 | Storage Tank D-814 | | | | | |
| T1 | Storage Tank T1 | | | | | |
| T2 | Storage Tank T2 | | | | | |
| T3 | Storage Tank T3 | | | | | |
| T34 | Storage Tank T34 | | | | | |
| T52 | Storage Tank T52 | | | | | |
| T55 | Storage Tank T55 | | | | | |
| T57 | Storage Tank T57 | | | | | |
| T58 | Storage Tank T58 | | | | | |
| T59 | Storage Tank T59 | | | | | |
| T62 | Storage Tank T62 | | | | | |
| T64 | Storage Tank T64 | | | | | |
| T65 | Storage Tank T65 | | | | | |
| T66 | Storage Tank T66 | | | | | |
| T67 | Storage Tank T67 | | | | | |
| T68 | Storage Tank T68 | | | | | |
| T69 | Storage Tank T69 | | | | | |
| T70 | Storage Tank T70 | | | | | |
| T71 | Storage Tank T71 | | | | | |
| T72 | Storage Tank T72 | | | | | |

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                             Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                          Appendix B
Monitoring and Permit Deviation Report                               Page 6

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
| | | YES | NO | | YES | NO |
|---|---|---|---|---|---|---|
| T74 | Storage Tank T74 | | | | | |
| T75 | Storage Tank T75 | | | | | |
| T76 | Storage Tank T64 | | | | | |
| T77 | Storage Tank T77 | | | | | |
| T78 | Storage Tank T78 | | | | | |
| T80 | Storage Tank T80 | | | | | |
| T81 | Storage Tank T81 | | | | | |
| T82 | Storage Tank T82 | | | | | |
| T90 | Storage Tank T90 | | | | | |
| T91 | Storage Tank T91 | | | | | |
| T92 | Storage Tank T92 | | | | | |
| T94 | Storage Tank T94 | | | | | |
| T96 | Storage Tank T96 | | | | | |
| T97 | Storage Tank T97 | | | | | |
| T105 | Storage Tank T105 | | | | | |
| T112 | Storage Tank T112 | | | | | |
| T116 | Storage Tank T116 | | | | | |
| T140 | Storage Tank T140 | | | | | |
| T142 | Storage Tank T142 | | | | | |
| T144 | Storage Tank T144 | | | | | |
| T145 | Storage Tank T145 | | | | | |
| T146 | Storage Tank T146 | | | | | |
| T147 | Storage Tank T147 | | | | | |
| T182 | Storage Tank T182 | | | | | |
| T191 | Storage Tank T191 | | | | | |
| T192 | Storage Tank T192 | | | | | |
| T193 | Storage Tank T193 | | | | | |
| T194 | Storage Tank T194 | | | | | |
| T400 | Storage Tank T400 | | | | | |
| T774 | Storage Tank T774 | | | | | |
| T775 | Storage Tank T775 | | | | | |
| T776 | Storage Tank T776 | | | | | |
| T777 | Storage Tank T777 | | | | | |
| T778 | Storage Tank T778 | | | | | |
| T2006 | Storage Tank T2006 | | | | | |
| T2010 | Storage Tank T2010 | | | | | |
| T3201 | Storage Tank T3201 | | | | | |
| T3801 | Storage Tank T3801 | | | | | |

Permit Number: 96OPAD120                          First Issued: 8/1/04
                                                  Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix B
Monitoring and Permit Deviation Report                                        Page 7

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| T4501 | Storage Tank T4501 (Part of the Plant 1 Wastewater Treatment System – F201) | | | | | |
| T7208 | Storage Tank T7208 | | | | | |
| | Pipeline Receipt Station Sump | | | | | |
| H-6 | Process Heater H6 | | | | | |
| H-10 | Process Heater H10 | | | | | |
| H-11 | Process Heater H11 | | | | | |
| H-13 | Process Heater H13 | | | | | |
| H-16 | Process Heater H16 | | | | | |
| H-17 | Process Heater H17 | | | | | |
| H-18 | Process Heater H18 | | | | | |
| H-19 | Process Heater H19 | | | | | |
| H-20 | Process Heater H20 | | | | | |
| H-21 | Process Heater H21 | | | | | |
| H-22 | Process Heater H22 | | | | | |
| H-27 | Process Heater H27 | | | | | |
| H-28, 29, 30 | Process Heaters H28, H29, and H30 | | | | | |
| H-31 | Process Heater H31 | | | | | |
| H-32 | Process Heater H32 | | | | | |
| H-33 | Process Heater H33 | | | | | |
| H-37 | Process Heater H37 | | | | | |
| H-1716 | Process Heater H1716 | | | | | |
| H-1717 | Process Heater H1717 | | | | | |
| H-2101 | Process Heater H2101 | | | | | |
| H-2401 | Process Heater H2401 | | | | | |
| H-37 | Process Heater H37 | | | | | |
| B-4 | Steam Boiler B4 | | | | | |
| B-6 | Steam Boiler B6 | | | | | |
| B-8 | Steam Boiler B8 | | | | | |
| H-25 | Sulfur Recovery Units (P101 - SRU #1 & P102 – SRU #2) with Tail Gas Unit (TGU) and TGU Incinerator (H-25) | | | | | |
| P103 | FCC Regenerator | | | | | |
| P104 | Catalytic Reforming Unit | | | | | |
| R101 | Rail Loading Rack and Enclosed VCU | | | | | |
| R102 | Truck Loading Rack and Flare | | | | | |
| F203 | Truck Loading Rack Drains | | | | | |
| SU0001 | Truck Loading Rack Sump | | | | | |
| F1 | Main Plant Flare | | | | | |

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix B
Monitoring and Permit Deviation Report                                         Page 8

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| F2 | Asphalt Unit Flare | | | | | |
| F3 | GBR Unit Flare | | | | | |
| A1 | Groundwater Treatment Unit with Air Strippers | | | | | |
| SV1 | Soil Vapor Extraction Unit – Engine (non-road engine) | | | | | |
| F201 – uncontrolled sources & sumps | Plant 1 Wastewater Treatment System – uncontrolled sources & sumps (see equipment list in Section I, Condition 5.1) | | | | | |
| F201 – controlled sources | Plant 1 Wastewater Treatment System – controlled sources (see equipment list in Section I, Condition 5.1) | | | | | |
| F101 | Asphalt Unit (Plant 3) Wastewater Treatment System | | | | | |
| F102 | Asphalt Processing Unit Fugitives | | | | | |
| F103 | No. 3 Hydrodesulfurizer Fugitives | | | | | |
| F104 | Cryogenic Vapor Recovery Fugitives | | | | | |
| F105 | No. 2 Hydrodesulfurizer Fugitives | | | | | |
| F106 | Light Straight Run Distillate Fugitives | | | | | |
| F107 | Plant wide Fugitive Emissions not subject to Construction Permit Requirements | | | | | |
| F108 | Fugitives from Vapor Recovery Unit Debutanizer | | | | | |
| F109 | No. 4 Hydrodesulfurizer Fugitives | | | | | |
| F110 | Tail Gas Unit Amine Treatment System Fugitives | | | | | |
| F111 | Sour Water Stripper System Fugitives | | | | | |
| F112 | Modified Tank Farm Piping Fugitives | | | | | |
| F113 | Catalytic Reforming Unit Modification Fugitives | | | | | |
| F114 | Equipment Leaks Associated with the GBR Unit | | | | | |
| F115 | Equipment leaks associated with Bio-Diesel | | | | | |
| F116 | Equipment leaks associated with the Relief Valve Project | | | | | |
| F200 | Pipeline Receipt Station Fugitives | | | | | |
| F202 | Equipment leaks associated with the MPV project | | | | | |

Permit Number: 96OPAD120                                        First Issued: 8/1/04
                                                                Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                  Appendix B
Monitoring and Permit Deviation Report                                        Page 9

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| F204 | Hydrogen ($H_2$) Plant Individual Drain Systems | | | | | |
| F205 | Equipment leaks associated with Plant 1 Rail Rack RSR Compliance Project (replace flare with VCU) | | | | | |
| F206 | Equipment leaks associated with the No. 2 HDS Tier 3 ULSG project | | | | | |
| F207 | Equipment leaks associated with the fuel gas filter-coalescer for Boiler B-4 | | | | | |
| F208 | Equipment leaks associated with the P1 Main Plant Flare Isolation Valve Project | | | | | |
| F209 | Equipment leaks associated with the RFG Project | | | | | |
| F210 | Equipment leaks associated with the Asphalt Unit (Plant 3) Flare RSR Project | | | | | |
| D001 | Cold Cleaner Solvent Degreasers | | | | | |
| D004 | Industrial Solvent Cleaning Operations | | | | | |
| D002 | Emergency Fire Pump Engines | | | | | |
| D003 | Emergency Generator (P1 control room) | | | | | |
| P1AC1 & P2AC2 | Emergency Air Compressor Engines | | | | | |
| P1EG1 | Emergency Generator (pipeline receipt station) | | | | | |
| P1DGTO | Tank Degassing | | | | | |
| MPVs | Miscellaneous Process Vents (defined in 40 CFR Part 63 Subpart CC §63.641), includes maintenance vents. | | | | | |
| Y2 | Plant 3 Cooling Tower | | | | | |
| Y1, Y3 & Y4 | Plant 1 Cooling Towers | | | | | |
| Pt 606 | Recovery Trench AS/SVE System Zone F & G | | | | | |
| Pt 615 | Suncor Western Property Boundary AS/SVE System | | | | | |
| Pt 616 | M & E East AS/SVE System | | | | | |
| Pt 617 | RPC AS/SVE System Zone 2 | | | | | |
| Pt 618 | Metro Utility Corridor AS/SVE System Zones 1 & 2 | | | | | |
| Pt 621 | Metro M & E West AS/SVE System Zone 2 | | | | | |
| Pt 622 | Metro M & E West AS/SVE System Zone 1 | | | | | |

Air Pollution Control Division
Colorado Operating Permit                                              Appendix B
Monitoring and Permit Deviation Report                                    Page 10

| Operating Permit Unit ID | Unit Description | Deviations noted During Period?[1] | | Deviation Code [2] | Malfunction/ Emergency Condition Reported During Period? | |
|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO |
| Pt 623 | Metro South Secondary Area AS/SVE System Zone 1 | | | | | |
| Pt 624 | Metro South Secondary Area AS/SVE System Zone 2 | | | | | |
| Pt 625 | Recovery Trench AS/SVE System Zone E & H | | | | | |
| Pt 634 | Metro Utility Corridor AS/SVE System Zones 3 & 4 | | | | | |
| Pt 635 | PCA Subslab Depressurization | | | | | |
| Pt 636 | NW Boundary Uncontrolled Zones 3 & 4 (AS System only) | | | | | |
| Pt 637 | Laboratory SVE | | | | | |
| Pt 638 | East Burlington Ditch AS/SVE | | | | | |
| Pt 639 | West of Burlington Ditch AS/SVE | | | | | |
| LO-1 | Loading of recovered gasoline/reformate into tank trucks | | | | | |
| D-20 | Horizontal above ground 21,150 gallon tanks for storage of recovered gasoline/reformate. | | | | | |
| 17675 & 20529 | Two (2) 525 gallon tanks for storage of recovered gasoline/reformate. | | | | | |
| | General Conditions | | | | | |
| | Insignificant Activities | | | | | |

[1] See previous discussion regarding what is considered to be a deviation.  Determination of whether or not a deviation has occurred shall be based on a reasonable inquiry using readily available information.

[2] Use the following entries as appropriate:

**1 = Standard:**     When the requirement is an emission limit or standard
**2 = Process:**      When the requirement is a production/process limit
**3 = Monitor:**      When the requirement is monitoring
**4 = Test:**         When the requirement is testing
**5 = Maintenance:**  When required maintenance is not performed
**6 = Record:**       When the requirement is recordkeeping
**7 = Report:**       When the requirement is reporting
**8 = CAM:**          A situation in which an excursion or exceedance as defined in 40 CFR Part 64 (the Compliance Assurance Monitoring (CAM) Rule) has occurred.
**9 = Other:**        When the deviation is not covered by any of the above categories

Air Pollution Control Division
Colorado Operating Permit                                                                     Appendix B
Monitoring and Permit Deviation Report                                                           Page 11

**Monitoring and Permit Deviation Report - Part II**

FACILITY NAME:    Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 1 (West Plant) and Plant 3
(Asphalt Unit)
OPERATING PERMIT NO:  96OPAD120
REPORTING PERIOD:

Is the deviation being claimed as an:            Emergency _____        Malfunction_____    N/A

(For NSPS/MACT) Did the deviation occur during:  Startup _____        Shutdown _____  Malfunction _____
Normal Operation       _____

OPERATING PERMIT UNIT IDENTIFICATION:

Operating Permit Condition Number Citation

Explanation of Period of Deviation

Duration (start/stop date & time)

Action Taken to Correct the Problem

Measures Taken to Prevent a Reoccurrence of the Problem

Dates of Malfunctions/Emergencies Reported (if applicable)

Deviation Code  _____          Division Code QA:  _____

**SEE EXAMPLE ON THE NEXT PAGE**

Permit Number: 96OPAD120                                                            First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                        Appendix B
Monitoring and Permit Deviation Report                           Page 12

# EXAMPLE

FACILITY NAME:          Acme Corp.
OPERATING PERMIT NO: 96OPZZXXX
REPORTING PERIOD:       1/1/04 - 6/30/06


Is the deviation being claimed as an:        Emergency _____    Malfunction __XX__    N/A

(For NSPS/MACT) Did the deviation occur during:  Startup _____   Shutdown _____   Malfunction
                                                 Normal Operation  _____

OPERATING PERMIT UNIT IDENTIFICATION:

Asphalt Plant with a Scrubber for Particulate Control - Unit XXX

Operating Permit Condition Number Citation

Section II, Condition 3.1 - Opacity Limitation

Explanation of Period of Deviation

Slurry Line Feed Plugged

Duration

START- 1730 4/10/06
END-    1800 4/10/06

Action Taken to Correct the Problem

Line Blown Out

Measures Taken to Prevent Reoccurrence of the Problem

Replaced Line Filter

Dates of Malfunction/Emergencies Reported (if applicable)

5/30/06 to A. Einstein, APCD

Deviation Code  _____        Division Code QA:  _____

---

Permit Number: 96OPAD120                                  First Issued: 8/1/04
                                                          Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                           Appendix B
Monitoring and Permit Deviation Report                                               Page 13

## Monitoring and Permit Deviation Report - Part III

## REPORT CERTIFICATION

SOURCE NAME:    Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

FACILITY IDENTIFICATION NUMBER: 0010003

PERMIT NUMBER: 96OPAD120

REPORTING PERIOD:_____    (see first page of the permit for specific reporting period and dates)

All information for the Title V Semi-Annual Deviation Reports must be certified by a responsible official as defined in Colorado Regulation No. 3, Part A, Section I.B.  This signed certification document must be packaged with the documents being submitted.

**STATEMENT OF COMPLETENESS**

**I have reviewed the information being submitted in its entirety and, based on information and belief formed after reasonable inquiry, I certify that the statements and information contained in this submittal are true, accurate and complete.**

**Please note that the Colorado Statutes state that any person who knowingly, as defined in Sub-Section 18-1-501(6), C.R.S., makes any false material statement, representation, or certification in this document is guilty of a misdemeanor and may be punished in accordance with the provisions of Sub-Section 25-7 122.1, C.R.S.**


_____

Printed or Typed Name                                              Title



_____

Signature of Responsible Official                               Date Signed

**Note: Deviation reports shall be submitted to the Division at the address given in Appendix D of this permit. No copies need be sent to the U.S. EPA.**


_____

Permit Number: 96OPAD120                                  First Issued: 8/1/04
                                                          Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                           Appendix C
Compliance Certification Report                                                     Page 1

# APPENDIX C

## Required Format for Annual Compliance Certification Report

**ver 8/20/14**

Following is the format for the Compliance Certification report to be submitted to the Division and the U.S. EPA annually based on the effective date of the permit. The Table below must be completed for all equipment or processes for which specific Operating Permit terms exist.

FACILITY NAME:    Suncor Energy (U.S.A.), Inc. – Commerce City Refinery, Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

OPERATING PERMIT NO: 96OPAD120
REPORTING PERIOD:

I.        Facility Status

___ During the entire reporting period, this source was in compliance with **ALL** terms and conditions contained in the Permit, each term and condition of which is identified and included by this reference. The method(s) used to determine compliance is/are the method(s) specified in the Permit.

___ With the possible exception of the deviations identified in the table below, this source was in compliance with all terms and conditions contained in the Permit, each term and condition of which is identified and included by this reference, during the entire reporting period. The method used to determine compliance for each term and condition is the method specified in the Permit, unless otherwise indicated and described in the deviation report(s). Note that not all deviations are considered violations.

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| D-811 | Storage Tank D-811 | | | | | | |
| D-812 | Storage Tank D-812 | | | | | | |
| D-813 | Storage Tank D-813 | | | | | | |
| D-814 | Storage Tank D-814 | | | | | | |
| T1 | Storage Tank T1 | | | | | | |
| T2 | Storage Tank T2 | | | | | | |
| T3 | Storage Tank T3 | | | | | | |
| T34 | Storage Tank T34 | | | | | | |
| T52 | Storage Tank T52 | | | | | | |
| T55 | Storage Tank T55 | | | | | | |
| T57 | Storage Tank T57 | | | | | | |
| T58 | Storage Tank T58 | | | | | | |

---

Permit Number: 96OPAD120                                                    First Issued: 8/1/04
                                                                            Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Compliance Certification Report

Appendix C
Page 2

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| T59 | Storage Tank T59 | | | | | | |
| T62 | Storage Tank T62 | | | | | | |
| T64 | Storage Tank T64 | | | | | | |
| T65 | Storage Tank T65 | | | | | | |
| T66 | Storage Tank T66 | | | | | | |
| T67 | Storage Tank T67 | | | | | | |
| T68 | Storage Tank T68 | | | | | | |
| T69 | Storage Tank T69 | | | | | | |
| T70 | Storage Tank T70 | | | | | | |
| T71 | Storage Tank T71 | | | | | | |
| T72 | Storage Tank T72 | | | | | | |
| T74 | Storage Tank T74 | | | | | | |
| T75 | Storage Tank T75 | | | | | | |
| T76 | Storage Tank T76 | | | | | | |
| T77 | Storage Tank T77 | | | | | | |
| T78 | Storage Tank T78 | | | | | | |
| T80 | Storage Tank T80 | | | | | | |
| T81 | Storage Tank T81 | | | | | | |
| T82 | Storage Tank T82 | | | | | | |
| T90 | Storage Tank T90 | | | | | | |
| T91 | Storage Tank T91 | | | | | | |
| T92 | Storage Tank T92 | | | | | | |
| T94 | Storage Tank T94 | | | | | | |
| T96 | Storage Tank T96 | | | | | | |
| T97 | Storage Tank T97 | | | | | | |
| T105 | Storage Tank T105 | | | | | | |
| T112 | Storage Tank T112 | | | | | | |
| T116 | Storage Tank T116 | | | | | | |
| T140 | Storage Tank T140 | | | | | | |
| T142 | Storage Tank T142 | | | | | | |
| T144 | Storage Tank T144 | | | | | | |
| T145 | Storage Tank T145 | | | | | | |
| T146 | Storage Tank T146 | | | | | | |
| T147 | Storage Tank T147 | | | | | | |
| T182 | Storage Tank T182 | | | | | | |
| T191 | Storage Tank T191 | | | | | | |
| T192 | Storage Tank T192 | | | | | | |
| T193 | Storage Tank T193 | | | | | | |
| T194 | Storage Tank T194 | | | | | | |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix C
Compliance Certification Report                                              Page 3

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| T400 | Storage Tank T400 | | | | | | |
| T774 | Storage Tank T774 | | | | | | |
| T775 | Storage Tank T775 | | | | | | |
| T776 | Storage Tank T776 | | | | | | |
| T777 | Storage Tank T777 | | | | | | |
| T778 | Storage Tank T778 | | | | | | |
| T2006 | Storage Tank T2006 | | | | | | |
| T2010 | Storage Tank T2010 | | | | | | |
| T3201 | Storage Tank T3201 | | | | | | |
| T3801 | Storage Tank T3801 | | | | | | |
| T4501 | Storage Tank T4501 (Part of the Plant 1 Wastewater Treatment System – F201) | | | | | | |
| T7208 | Storage Tanks T7208 | | | | | | |
| | Pipeline Receipt Station Sump | | | | | | |
| H-6 | Process Heater H6 | | | | | | |
| H-10 | Process Heater H10 | | | | | | |
| H-11 | Process Heater H11 | | | | | | |
| H-13 | Process Heater H13 | | | | | | |
| H-16 | Process Heater H16 | | | | | | |
| H-17 | Process Heater H17 | | | | | | |
| H-18 | Process Heater H18 | | | | | | |
| H-19 | Process Heater H19 | | | | | | |
| H-20 | Process Heater H20 | | | | | | |
| H-21 | Process Heater H21 | | | | | | |
| H-22 | Process Heater H22 | | | | | | |
| H-27 | Process Heater H27 | | | | | | |
| H-28, 29, 30 | Process Heaters H28, H29, and H30 | | | | | | |
| H-31 | Process Heater H31 | | | | | | |
| H-32 | Process Heater H32 | | | | | | |
| H-33 | Process Heater H33 | | | | | | |
| H-37 | Process Heater H37 | | | | | | |
| H-1716 | Process Heater H1716 | | | | | | |
| H-1717 | Process Heater H1717 | | | | | | |
| H-2101 | Process Heater H2101 | | | | | | |
| H-2401 | Process Heater H2401 | | | | | | |
| B-4 | Steam Boiler B4 | | | | | | |
| B-6 | Steam  Boiler B6 | | | | | | |
| B-8 | Steam Boiler B8 | | | | | | |

Air Pollution Control Division
Colorado Operating Permit
Compliance Certification Report

Appendix C
Page 4

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| H-25 | Sulfur Recovery Units (P101- SRU #1 and P102 – SRU #2) with Tail Gas Unit (TGU) and TGU Incinerator (H-25) | | | | | | |
| P103 | FCC Regenerator | | | | | | |
| P104 | Catalytic Reforming Unit | | | | | | |
| R101 | Rail Loading Rack and Flare | | | | | | |
| R102 | Truck Loading Rack and Enclosed VCU | | | | | | |
| F203 | Truck Loading Rack Drains | | | | | | |
| SU0001 | Truck Loading Rack Sump | | | | | | |
| F1 | Main Plant Flare | | | | | | |
| F2 | Asphalt Unit Flare | | | | | | |
| F3 | GBR Unit Flare | | | | | | |
| A1 | Groundwater Treatment Unit with Air Strippers | | | | | | |
| SV1 | Soil Vapor Extraction Unit – Engine (non-road engine) | | | | | | |
| F201 – uncontrolled sources & sumps | Plant 1 Wastewater Treatment System – uncontrolled sources & sumps (see equipment list in Section I, Condition 5.1) | | | | | | |
| F201 – controlled sources | Plant 1 Wastewater Treatment System – controlled sources (see equipment list in Section I, Condition 5.1) | | | | | | |
| F101 | Asphalt Unit (Plant 3) Wastewater Treatment System | | | | | | |
| F102 | Asphalt Processing Unit Fugitives | | | | | | |
| F103 | No. 3 Hydrodesulfurizer Fugitives | | | | | | |
| F104 | Cryogenic Vapor Recovery Fugitives | | | | | | |
| F105 | No. 2 Hydrodesulfurizer Fugitives | | | | | | |
| F106 | Light Straight Run Distillate Fugitives | | | | | | |
| F107 | Plant wide Fugitive Emissions not Subject to Construction Permit Requirements | | | | | | |
| F108 | Fugitives from Vapor Recovery Unit Debutanizer | | | | | | |
| F109 | No. 4 Hydrodesulfurizer Fugitives | | | | | | |
| F110 | Tail Gas Unit Amine Treatment System Fugitives | | | | | | |
| F111 | Sour Water Stripper System Fugitives | | | | | | |
| F112 | Modified Tank Farm Piping Fugitives | | | | | | |

Air Pollution Control Division
Colorado Operating Permit                                                        Appendix C
Compliance Certification Report                                                    Page 5

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| F113 | Catalytic Reforming Unit Modification Fugitives | | | | | | |
| F114 | Equipment Leaks Associated with GBR Unit | | | | | | |
| F115 | Equipment leaks associated with Bio-Diesel | | | | | | |
| F116 | Equipment leaks associated with the Relief Valve Project | | | | | | |
| F200 | Pipeline Receipt Station Fugitives | | | | | | |
| F202 | Equipment leaks associated with the MPV project | | | | | | |
| F204 | Hydrogen ($H_2$) Plant Individual Drain Systems | | | | | | |
| F205 | Equipment leaks associated with Plant 1 Rail Rack RSR Compliance Project (replace flare with VCU) | | | | | | |
| F206 | Equipment leaks associated with the No. 2 HDS Tier 3 ULSG project | | | | | | |
| F207 | Equipment leaks associated with the fuel gas filter-coalescer for Boiler B-4 | | | | | | |
| F208 | Equipment leaks associated with the P1 Main Plant Flare Isolation Valve Project | | | | | | |
| F209 | Equipment leaks associated with the RFG Project | | | | | | |
| F210 | Equipment leaks associated with the Asphalt Unit (Plant 3) Flare RSR Project | | | | | | |
| D001 | Cold Cleaner Solvent Degreasers | | | | | | |
| D004 | Industrial Solvent Cleaning Operations | | | | | | |
| D002 | Emergency Fire-Pump Engines | | | | | | |
| D003 | Emergency Generator (P1 control room) | | | | | | |
| P1AC1 & P2AC2 | Emergency Air Compressor Engines | | | | | | |
| P1EG1 | Emergency Generator (pipeline receipt station) | | | | | | |
| P1DGTO | Tank Degassing | | | | | | |
| MPVs | Miscellaneous Process Vents (defined in 40 CFR Part 63 Subpart CC §63.641), includes maintenance vents. | | | | | | |
| Y2 | Plant 3 Cooling Tower | | | | | | |
| Y1, Y3 & Y4 | Plant 1 Cooling Towers | | | | | | |

Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                           Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Compliance Certification Report

Appendix C
Page 6

| Operating Permit Unit ID | Unit Description | Deviations Reported[1] | | Monitoring Method per Permit?[2] | | Was compliance continuous or intermittent?[3] | |
|---|---|---|---|---|---|---|---|
| | | Previous | Current | YES | NO | Continuous | Intermittent |
| Pt 606 | Recovery Trench AS/SVE System Zone F & G | | | | | | |
| Pt 615 | Suncor Western Property Boundary AS/SVE System | | | | | | |
| Pt 616 | M & E East AS/SVE System | | | | | | |
| Pt 617 | RPC AS/SVE System Zone 2 | | | | | | |
| Pt 618 | Metro Utility Corridor AS/SVE System Zones 1 & 2 | | | | | | |
| Pt 621 | Metro M & E West AS/SVE System Zone 2 | | | | | | |
| Pt 622 | Metro M & E West AS/SVE System Zone 1 | | | | | | |
| Pt 623 | Metro South Secondary Area AS/SVE System Zone 1 | | | | | | |
| Pt 624 | Metro South Secondary Area AS/SVE System Zone 2 | | | | | | |
| Pt 625 | Recovery Trench AS/SVE System Zone E & H | | | | | | |
| Pt 634 | Metro Utility Corridor AS/SVE System Zones 3 & 4 | | | | | | |
| Pt 635 | PCA Subslab Depressurization | | | | | | |
| Pt 636 | NW Boundary Uncontrolled Zones 3 & 4 (AS System only) | | | | | | |
| Pt 637 | Laboratory SVE | | | | | | |
| Pt 638 | East Burlington Ditch AS/SVE | | | | | | |
| Pt 639 | West of Burlington Ditch AS/SVE | | | | | | |
| LO-1 | Loading of recovered gasoline/reformate into tank trucks | | | | | | |
| D-20 | Horizontal above ground 21,150 gallon tank for storage of recovered gasoline/reformate. | | | | | | |
| 17675 & 20529 | Two (2) 525 gallon tanks for storage of recovered gasoline/reformate. | | | | | | |
| | Insignificant Activities[4] | | | | | | |

[1] If deviations were noted in a previous deviation report , put an "X" under "previous".  If deviations were noted in the current deviation report (i.e. for the last six months of the annual reporting period), put an "X" under "current".   Mark both columns if both apply.

[2] Note whether the method(s) used to determine the compliance status with each term and condition was the method(s) specified in the permit.  If it was not, mark  "no" and attach additional information/explanation.

[3] Note whether the compliance status with of each term and condition provided was continuous or intermittent.  "Intermittent Compliance" can mean either that noncompliance has occurred or that the owner or operator has data sufficient to certify compliance

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                          Appendix C
Compliance Certification Report                                       Page 7

only on an intermittent basis.  Certification of intermittent compliance therefore does not necessarily mean that any noncompliance has occurred.

NOTE:

The Periodic Monitoring requirements of the Operating Permit program rule are intended to provide assurance that even in the absence of a continuous system of monitoring the Title V source can demonstrate whether it has operated in continuous compliance for the duration of the reporting period.  Therefore, if a source 1) conducts all of the monitoring and recordkeeping required in its permit, even if such activities are done periodically and not continuously, and if 2) such monitoring and recordkeeping does not indicate non-compliance, and if 3) the Responsible Official is not aware of any credible evidence that indicates non-compliance, then the Responsible Official can certify that the emission point(s) in question were in continuous compliance during the applicable time period.

[4] Compliance status for these sources shall be based on a reasonable inquiry using readily available information.

Air Pollution Control Division
Colorado Operating Permit                                               Appendix C
Compliance Certification Report                                              Page 8

II.    Status for Accidental Release Prevention Program:

    A.    This facility _____ is subject _____ is not subject to the provisions of the Accidental Release
Prevention Program (Section 112(r) of the Federal Clean Air Act)

    B.    If subject: The facility _____ is _____ is not in compliance with all the
requirements of section 112(r).

        1.    A Risk Management Plan _____ will be _____ has been submitted to the appropriate
authority and/or the designated central location by the required date.

III.    Certification

All information for the Annual Compliance Certification must be certified by a responsible official as defined in
Colorado Regulation No. 3, Part A, Section I.B.  This signed certification document must be packaged with the
documents being submitted.

**I have reviewed this certification in its entirety and, based on information and belief formed after
reasonable inquiry, I certify that the statements and information contained in this certification are true,
accurate and complete.**

**Please note that the Colorado Statutes state that any person who knowingly, as defined in §18-1-501(6),
C.R.S., makes any false material statement, representation, or certification in this document is guilty of a
misdemeanor and may be punished in accordance with the provisions of §25-7 122.1, C.R.S.**

_____

    Printed or Typed Name                                        Title

_____

    Signature                                                Date Signed

**NOTE:** All compliance certifications shall be submitted to the Air Pollution Control Division and to the
Environmental Protection Agency at the addresses listed in Appendix D of this Permit.

Air Pollution Control Division
Colorado Operating Permit                                                          Appendix D
Notification Addresses                                                                 Page 1

## APPENDIX D

### Notification Addresses

January 27, 2020 version

1.    **Air Pollution Control Division**

        Colorado Department of Public Health and Environment
        Air Pollution Control Division
        Operating Permits Unit
        APCD-SS-B1
        4300 Cherry Creek Drive S.
        Denver, CO  80246-1530

        ATTN: Title V Permit Unit Supervisor

2.    **United States Environmental Protection Agency**

    Compliance Notifications:

        Enforcement and Compliance Assurance Division
        Air and Toxics Enforcement Branch
        Mail Code 8ENF-AT
        U.S. Environmental Protection Agency, Region VIII
        1595 Wynkoop Street
        Denver, CO  80202-1129

    502(b)(10) Changes, Off Permit Changes:

        Air and Radiation Division
        Air Permitting and Monitoring Branch
        Mail Code 8ARD-PM
        U.S. Environmental Protection Agency, Region VIII
        1595 Wynkoop Street
        Denver, CO  80202-1129

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

# APPENDIX E

## Permit Acronyms

Listed Alphabetically:

| | |
|---|---|
| AG- | Acid Gas |
| AIRS - | Aerometric Information Retrieval System |
| AP-42 - | EPA Document Compiling Air Pollutant Emission Factors |
| APEN - | Air Pollution Emission Notice (State of Colorado) |
| APCD - | Air Pollution Control Division (State of Colorado) |
| ASTM - | American Society for Testing and Materials |
| AU - | Asphalt Unit |
| BACT - | Best Available Control Technology |
| Bbl - | Barrels |
| BTU - | British Thermal Unit |
| BWON - | Benzene Waste Operations NESHAP |
| CAA - | Clean Air Act (CAAA = Clean Air Act Amendments) |
| CCR - | Colorado Code of Regulations |
| CEM - | Continuous Emissions Monitor |
| CEMS - | Continuous Emission Monitoring Systems |
| CF - | Cubic Feet (SCF = Standard Cubic Feet) |
| CFR - | Code of Federal Regulations |
| CMS - | Continuous Monitoring System |
| CO - | Carbon Monoxide |
| COM - | Continuous Opacity Monitor |
| CPMS - | Continuous Parametric Monitoring System |
| CRS - | Colorado Revised Statute |
| EF - | Emission Factor |
| EMD - | Electromotive Diesel |
| EPA - | Environmental Protection Agency |
| FCCU - | Fluidized Catalytic Cracking Unit |
| FI - | Fuel Input Rate in MMBtu/hr |
| FR - | Federal Register |
| G - | Grams |
| Gal - | Gallon |
| GMCS - | Gas Migration Control System |
| GPM - | Gallons per Minute |
| HAPs - | Hazardous Air Pollutants |
| HC - | Hydrocarbon |
| HHV - | Higher Heating Value |
| HP - | Horsepower |
| HP-HR - | Horsepower Hour (G/HP-HR = Grams per Horsepower Hour) |
| LAER - | Lowest Achievable Emission Rate |
| LDAR - | Leak Detection And Repair |
| LBS - | Pounds |

Air Pollution Control Division
Colorado Operating Permit
Permit Acronyms

Appendix E
Page 2

M -              Thousand
MM -             Million
MMscf -          Million Standard Cubic Feet
MMscfd -         Million Standard Cubic Feet per Day
N/A or NA -      Not Applicable
NOx -            Nitrogen Oxides
NESHAP -         National Emission Standards for Hazardous Air Pollutants
NSPS -           New Source Performance Standards
P -              Process Weight Rate in Tons/Hr
PE -             Particulate Emissions
PEMS -           Predictive Emissions Monitoring System
PM -             Particulate Matter
$PM_{10}$ -      Particulate Matter Under 10 Microns
PSD -            Prevention of Significant Deterioration
PTE -            Potential To Emit
QA/QC -          Quality Assurance/Quality Control
RACT -           Reasonably Available Control Technology
SCC -            Source Classification Code
SCF -            Standard Cubic Feet
SCR-             Selective Catalytic Reduction
SEP -            Supplemental Environment Project
SIC -            Standard Industrial Classification
SNCR -           Selective Non-Catalytic Reduction
$SO_2$ -         Sulfur Dioxide
SRP -            Sulfur Recovery Plant
SRU -            Sulfur Recovery Unit
TAB -            Total Annual Benzene
TGU -            Tail Gas Unit
TPY -            Tons Per Year
TSP -            Total Suspended Particulate
VOC -            Volatile Organic Compounds

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Permit Modifications

Appendix F
Page 1

## APPENDIX F

### Permit Modifications

| DATE OF REVISION | TYPE OF REVISION | SECTION NUMBER, CONDITION NUMBER | DESCRIPTION OF REVISION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Air Pollution Control Division
Colorado Operating Permit
Consent Decree LDAR and Flaring Events

Appendix G
Page 1

## APPENDIX G

### Consent Decree Benzene, LDAR and Flaring Events

The following terms and conditions are from the Consent Decree in Case No. H-01-4430 as modified by the First Amendment to Consent Decree, entered August 5, 2003 and Second Amendment to the Consent Decree, entered October 2006 by the United States District Court for the Southern District of Texas ("Consent Decree").

**Program Enhancements Re:  Benzene Waste Operations NESHAP (BWON)**

Refinery Compliance Option Changes

Commencing on the Date of Entry of the Consent Decree and continuing through termination, Conoco shall not change the compliance option of any Refinery from the 6 BQ compliance option to the 2 Mg compliance option. If at any time from the Date of Entry of the Consent Decree through its termination, the Denver Refinery is determined to have a TAB equal to or greater than 10 Mg/yr, Conoco shall not utilize the 2 Mg compliance option. Conoco shall consult with EPA and the appropriate state agency before making any change in compliance strategy not expressly prohibited by this Paragraph. All changes must be undertaken in accordance with the regulatory provisions of the Benzene Waste Operations NESHAP. (Paragraph 77)

Carbon Canisters

Except as noted for Conoco's Lake Charles Refinery, Conoco's Refineries requiring control devices shall comply with the requirements of Paragraphs 88 - 96 (either primary and secondary canisters in series or single carbon canisters) at all locations at Conoco's Refineries where a carbon canister(s) is utilized as a control device under the Benzene Waste Operations NESHAP. Lake Charles Refinery may continue to use its primary control system (flare) as the primary control system with single carbon canister system as backup. Lake Charles may change to dual canisters in series if needed. (Paragraph 87)

By no later than seven (7) days after start of operation of each secondary carbon canister, Conoco shall start to monitor for breakthrough between the primary and secondary carbon canisters at times when there is actual flow to the carbon canister, in accordance with the frequency specified in 40 CFR §61.354(d). (Paragraph 91)

Conoco shall replace the original primary carbon canisters with either a fresh carbon canister or the secondary canister immediately when breakthrough is detected. If the original secondary carbon canister is used as the new primary carbon canister, a fresh carbon canister will become the secondary canister. For this Paragraph, "immediately" shall mean within twenty-four (24) hours. (Paragraph 92)

Utilizing single carbon canisters. Conoco shall continue to operate its existing single canisters for short-term operations such as with temporary storage tanks. For all canisters operated as part of a single canister system, "breakthrough" is defined for the purposes of this Decree as any reading of VOC above background. Beginning no later than the Date of Entry of this Consent Decree, Conoco shall monitor for breakthrough from a single carbon canister at times when there is actual flow to the carbon canister, in accordance with the frequency specified in 40 CFR §61.354(d). (Paragraph 93)

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix G
Consent Decree LDAR and Flaring Events                                           Page 2

For locations where single canisters are utilized, canisters will be replaced when breakthrough is determined within eight (8) hours for canisters with historical replacement intervals of two weeks or less or within twenty-four (24) hours for canisters with a historical replacement interval of more than two weeks. Single carbon canisters can be replaced with a dual system (in series) at any time, provided that Conoco provides notice to EPA and single canister monitoring is continued until the second canister is installed. (Paragraph 94)

Conoco shall maintain a supply of fresh carbon canisters used as single canisters at each Refinery at all times. Conoco shall either maintain the supply or assure a replacement is available within the replacement interval for all canisters used in dual systems. (Paragraph 95)

Records for the requirements of Paragraphs 88 - 95 shall be maintained in accordance with 40 CFR §61.356(j)(10). (Paragraph 96)

Annual Review

Conoco shall establish a process to annually review process and project information for each Refinery, including but not limited to construction projects, to ensure that all new benzene waste streams are included in each Refinery's waste stream inventory during the life of the Consent Decree. Conoco shall have one hundred eighty (180) days from Date of Entry of the Consent Decree to modify existing management of change procedures for this annual review or to develop a new program. (Paragraph 97)

Laboratory Audits

Conoco shall conduct audits of all laboratories that perform analyses of Conoco's benzene waste operations NESHAP samples to ensure that proper analytical and quality assurance/quality control procedures are followed. These audits may be conducted either by Conoco personnel or third parties. (Paragraph 98)

Beginning within six (6) months after the Date of Entry of the Consent Decree, Conoco shall conduct initial audits of the laboratories used by two (2) of its Refineries. Conoco shall complete initial audits of the laboratories used by the remaining Conoco Refineries within twelve (12) months of the Date of Entry of the Consent Decree. In addition, Conoco shall audit any new laboratory used for analyses of benzene samples prior to use of the new laboratory. (Paragraph 99)

During the life of this Consent Decree, ConocoPhillips shall conduct subsequent laboratory audits, such that each laboratory is audited every two (2) years. ConocoPhillips may rely upon audit results obtained by another company that has similar audit requirements if that company has audited the same laboratory within the past twelve (12) months.  (Paragraph 100)

Spills

Upon entry of the Consent Decree, Conoco shall review reportable spills within the Refineries identified in Paragraph 5 to determine if benzene waste, as defined under Subpart FF, was generated. For the purposes of this review, 'reportable' will be the smaller of the benzene quantity defined as reportable by either CERCLA or the State in which the particular refinery operates. Conoco shall account for such benzene waste in the respective

Air Pollution Control Division
Colorado Operating Permit                                          Appendix G
Consent Decree LDAR and Flaring Events                                  Page 3

TABs as required by 40 CFR §61.342. For the Refineries with a TAB greater than or equal to 10 Mg/year, Conoco will account for such benzene wastes in accordance with the applicable compliance option calculations, as appropriate under Subpart FF, unless the benzene waste is promptly managed in controlled waste management units.  (Paragraph 101)

Training

By no later than one hundred twenty (120) days from the Date of Entry of the Consent Decree, Conoco shall develop and begin implementation of annual (i.e., once each calendar year) training for all employees asked to draw benzene waste samples. (Paragraph 102)

Billings, Lake Charles and Ponca City Refineries: For the Billings, Lake Charles and Ponca City Refineries, by no later than one hundred eighty (180) days from the Date of Entry of the Consent Decree, Conoco shall complete the development of standard operating procedures for all control equipment used to comply with the Benzene Waste Operations NESHAP. By no later than two hundred seventy (270) days thereafter, Conoco shall complete an initial training program regarding these procedures for all operators assigned to this equipment. Comparable training shall also be provided to any persons who subsequently become operators, prior to their assumption of this duty. Until termination of this Decree, "refresher" training in these procedures shall be performed at a minimum on a three (3) year cycle. (Paragraph 103)

The Denver Refinery shall comply with the procedure and training provisions of Paragraph 103 if and when that Refinery's TAB exceeds 10 Mg/yr. Conoco shall propose the schedule for these procedures and training at the same time that Conoco proposes a plan, pursuant to Paragraph 83 that identifies the compliance strategy and schedule that Conoco will implement to come into compliance with the 6 BQ compliance option. (Paragraph 104)

If personnel are employees of contractors, the contractor will provide their employees' training information to Conoco. (Paragraph 105)

Sampling Plans

Conoco shall submit a sampling plan for each Refinery to EPA for approval. The plan will include the information required by Sections L, M and N of this Part. If no Phase Two samples are requested by EPA, the plans shall be submitted no later than December 31, 2002. If EPA requests Phase Two samples, the plan shall be submitted no later than two hundred ten (210) days after EPA's request. The sampling plan shall be implemented during the first full calendar quarter after Conoco receives written approval from EPA of the sampling plans required by this Paragraph. After two (2) years, Conoco may request an alternative sampling plan for any of its Refineries, including sampling frequency, and EPA should not unreasonably withhold its consent. (Paragraph 106)

End of Line Sampling (6BQ Compliance Option)

Air Pollution Control Division
Colorado Operating Permit                                          Appendix G
Consent Decree LDAR and Flaring Events                                   Page 4

Conoco shall submit a sampling plan pursuant to Paragraph 106 to EPA to conduct quarterly "end of the line" benzene determination for the Billings Refinery which is complying with the 6 Mg/yr compliance option (40 CFR §61.342(e)). (Paragraph 108)

Conoco's plan for the Billings Refinery will contain proposed sampling locations and methods for flow calculations to be used in the quarterly benzene determination. (Paragraph 109)

Conoco's plan for the Billings Refinery shall also provide for quarterly sampling of all uncontrolled waste streams that count toward the 6 Mg/yr calculation and contain greater than 0.05 Mg/yr of benzene. (Paragraph 110)

Quarterly Estimation of Annual TAB

Conoco shall use all sampling results and approved flow calculation methods under the approved sampling plans (Paragraph 106) to calculate a quarterly and estimate a calendar year value for each refinery. If the quarterly calculation for a refinery made pursuant to this Paragraph exceeds: a) 2.5 Mg for the refinery with TAB historically less than 10 Mg/yr, b) 0.5 Mg for refineries complying with the 2 Mg compliance option, or c) 1.5 Mg for refineries complying with the 6 BQ compliance option, then Conoco shall prepare for that refinery a written summary and schedule of the activities planned to minimize benzene wastes at such facility for the rest of the calendar year to ensure that the calendar year calculation complies with the 10 Mg TAB calculation, or the 2 Mg or 6 BQ compliance options. The summary and schedule are due no later than sixty (60) days after the close of the quarter in which the quarterly calculation exceeded the applicable quantity. (Paragraph 115)

If any estimated calendar year calculation for any facility made pursuant to the preceding Paragraph exceeds: (a) 10 Mg for refineries with TABs historically less than 10 Mg/yr, (b) 2 Mg for refineries complying with the 2 Mg compliance option, or (c) 6 Mg for refineries complying with the 6 BQ compliance option, then Conoco shall prepare for each such refinery a written summary and schedule of the activities planned to minimize benzene wastes at such facility to ensure that the calendar year calculation complies with the Benzene Waste Operations NESHAP compliance option. (The projected annual estimates themselves are not the basis for penalties and are not deemed to be instances of non-compliance for purpose of this Consent Decree.) The summary and schedule are due no later than sixty (60) days after the close of the quarter in which the estimated annual amount exceeded the applicable quantity. (Paragraph 116)

Miscellaneous Measures

The provisions of this Paragraph shall apply to: (a) the Billings, Ponca City and Lake Charles Refineries from the Date of Entry of the Consent Decree through termination of the Consent Decree and (b) to the Denver Refinery, if its TAB exceeds 10 Mg/yr, from such time as a compliance strategy is completed, through termination of the Consent Decree. Conoco shall (Paragraph 117):

Conduct monthly visual inspections of all water traps used for BWON control within the Refineries' individual drain systems (Paragraph 117(a));

Air Pollution Control Division
Colorado Operating Permit                                              Appendix G
Consent Decree LDAR and Flaring Events                                    Page 5

By no later than June 30, 2002, identify and mark all area drains that are segregated stormwater drains (Paragraph 117(b));

On a quarterly basis, conduct monitoring of the controlled oil-water separators in benzene service in accordance with the "no detectable emissions" provision in 40 CFR §61.347. (Paragraph 117(d))

Conoco shall manage all groundwater remediation conveyance systems at its Billings, Lake Charles and Ponca City Refineries in accordance with the Benzene Waste Operations NESHAP. (Paragraph 118)

Recordkeeping and Reporting Requirements for this Part

In addition to the reports required under 40 CFR §61.357 and the Quarterly Progress Report Procedures of Part XIV (Recordkeeping and Reporting), at the times specified in the applicable provisions and Paragraphs of this Part VIII, Conoco shall make available, as and to the extent required, the reports listed in Paragraph 121 to EPA. (Paragraph 121)

Quarterly Reports: Conoco shall submit the following information quarterly as part of the information submitted in either the quarterly reports required pursuant to 40 CFR §61.357(d)(6) and (7) ("Section 61.357 Reports"), (Billings, Lake Charles, and Ponca City) or in the quarterly reports pursuant to Part XIV of this Decree (Denver and/or the other three (3) Refineries). This provision is applicable through the Life of the Consent Decree, unless the reporting for (a), (b) or (c) below is modified as provided in Paragraph 123 (Paragraph 122):

Sampling results and approved flow calculations generated pursuant to Sections L, M and N of the Consent Decree. (Paragraph 122(a))

Estimated quarterly and annual TABs calculated and reported pursuant to Section O of the Consent Decree. (Paragraph 122(b))

Initial and/or subsequent training conducted in accordance with Paragraphs 102-105 through the end of calendar quarter for which the quarterly report is due. (Paragraph 122(c))

Initial and subsequent laboratory audits conducted pursuant to Paragraphs 98-100 through the end of calendar quarter for which the quarterly report is due. Conoco shall include, at a minimum, the identification of each laboratory audited, a description of the methods used in the audit, and the results of the audit. (Paragraph 122(d))

Any time after two (2) years of quarterly reporting pursuant to Paragraph 122(a), (b), or (c) of sampling results and estimated calendar calculations, Conoco may submit a request to EPA on any or all of these items to modify the frequency of reporting. This request would include the provision to report for the previous calendar year in the quarterly report due for the last calendar quarter of each year submitted pursuant to the provisions of Part XIV of the Consent Decree. This request for Paragraphs 122(a) and (b) would include a provision to recommence quarterly reporting for any calendar year in which the estimated calendar calculation for any facility indicates it may exceed the annual compliance option. (Paragraph 123)

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix G
Consent Decree LDAR and Flaring Events                                          Page 6

Conoco shall submit all reports, plans and certifications required to be submitted under this Part to EPA Headquarters. Where indicated, Conoco also shall submit the information to the appropriate state agency. Conoco may submit the materials electronically. Certifications shall be made in accordance with the provisions in Part XIV. (Paragraph 125)

**Program Enhancements Re: Leak Detection and Repair**

Written Refinery-Wide LDAR Program By not later than one hundred eighty (180) days after the Date of Entry (April 22, 2002) of the Consent Decree, the permittee shall develop and maintain a written program for compliance with all applicable federal and state LDAR regulations. This written program may be specific to each refinery and will include all process units subject to federal and/or state LDAR regulations ("Refinery-wide program"). Until termination of the Decree, the permittee shall implement this program on a Refinery-wide basis, and the permittee shall update the program as necessary to ensure continuing compliance. Each Refinery-wide program shall include the items listed in paragraph 126 of the Consent Decree.

Training By no later than one (1) year from the Date of Entry (April 22, 2002) of the Consent Decree, the permittee shall implement the training program set forth in paragraph 127 of the Consent Decree.

LDAR Audits The permittee shall implement Refinery-wide audits performed as set forth in paragraphs 129 and 130 of the Consent Decree, to ensure the refinery's compliance with all applicable LDAR requirements. The permittee's LDAR audits shall include but not be limited to, comparative monitoring, records review, tagging, data management, and observation of the LDAR technicians' calibrations and monitoring techniques. An audit of the refinery shall occur every two (2) years and, if the permittee-led audits are done, third-party and the permittee-led audits shall be separated by two (2) years. (Paragraph 129)

Actions Necessary to Correct Non-Compliance If the results of any of the audits identify any areas of non-compliance, the permittee shall implement, as soon as practicable, all steps necessary to correct the area(s) of non-compliance, and to prevent, to the extent practicable, a recurrence of the cause of the non-compliance. Until two (2) years after the termination of the Consent Decree, the permittee shall retain the audit reports generated pursuant to paragraphs 129-130 of the Consent Decree and shall maintain a written record of the corrective actions that the permittee takes in response to any deficiencies identified in any audits. In the semi-annual report submitted pursuant to the provisions of Part XIV of the Consent Decree (Recordkeeping and Reporting) for the first calendar quarter of each year, the permittee shall report on the audits and corrective actions for audits performed during the previous year as provided in paragraph 151(b) of the Consent Decree. (Paragraphs 132 and 133)

Internal Leak Definition for Valves and Pumps The permittee shall utilize the following internal leak definitions, unless other permit(s), regulations, or laws require the use of lower leak definitions. (Paragraph 134)

Leak Definition for Valves By no later than two (2) years after Date of Entry (April 22, 2002), the permittee shall utilize an internal leak definition of 500 ppm VOCs for all of its valves in light liquid and/or gas vapor service, excluding pressure relief devices. (Paragraph 135)

Leak Definition for Pumps By no later than two (2) years after the Date of Entry of the Consent Decree, the permittee shall utilize an internal leak definition of 2,000 ppm for its pumps in light liquid and/or gas/vapor service. (Paragraph 136)

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                          Appendix G
Consent Decree LDAR and Flaring Events                                  Page 7

---

<u>Reporting, Recordkeeping, Tracking, Repairing and Re-monitoring Leaks of Valves and Pumps Based on the Internal Leak Definitions</u>

<u>Reporting</u> For regulatory reporting purposes, the permittee may continue to report leak rates in valves and pumps against the applicable regulatory leak definition, or may use the lower, internal leak definitions specified in paragraphs 135 and 136. The permittee will identify in the report which definition is being used. (Paragraph 137)

<u>Recordkeeping, Tracking, Repairing and Re-monitoring Leaks</u> The permittee shall record, track, repair and re-monitor applicable leaks in excess of the internal leak definitions of paragraphs 135 and 136 (at such time as those definitions become applicable), except that the permittee shall have thirty (30) days to make repairs and re-monitor leaks that are greater than the internal leak definitions but less than the applicable regulatory leak definitions. (Paragraph 138)

<u>"First Attempt at Repairs" on Valves</u> The permittee shall implement "first attempt at repair" beginning no later than ninety (90) days after the Date of Entry (April 22, 2002) of the Consent Decree. The permittee shall promptly make a "first attempt at repair" on any valve that has a reading greater than 200 ppm of VOCs excluding control valves, pumps, and components that LDAR personnel are not authorized to repair. The timing for the "first attempt at repair" of those components which the monitoring personnel are not authorized to repair will be consistent with the existing regulatory requirements. "First attempt at repair" will be made promptly (no later than the next business day) for the valves over 200 ppm that the LDAR monitoring personnel are authorized to attempt repair. The "first attempt at repair" will be re-monitored no later than four business days following the repair at the refinery to assure the leak is not worse. No other action will be required unless the leak exceeds the then-applicable leak definition for the refinery. If, after two (2) years, the permittee can demonstrate with sufficient monitoring data that the "first attempt at repair" at 200 ppm will worsen or not improve the Refinery's leak rates, the permittee may request that EPA reconsider or amend this requirement. (Paragraph 139)

<u>LDAR Monitoring Frequency</u>

<u>Pumps</u> When the lower leak definition for pumps becomes applicable pursuant to paragraph 136, the permittee shall monitor pumps in light liquid service and/or gas vapor service at the lower leak definition on a monthly basis. (Paragraph 140)

<u>Valves</u> Unless more frequent monitoring is required by a State regulation, when the lower internal leak definition for valves becomes applicable pursuant to paragraph 135, the permittee shall implement a program to monitor valves in light liquid and/or gas vapor service – other than difficult to monitor or unsafe to monitor valves – on a quarterly basis, with no ability to skip periods on a process-unit-by-process-unit basis. (Paragraph 141)

<u>Electronic Monitoring, Storing, and Reporting of LDAR Data</u>

<u>Electronic Storing and Reporting of LDAR Data</u> The permittee has and will continue to maintain for the duration of the Consent Decree an electronic database for storing and reporting LDAR data. (Paragraph 142)

---

Permit Number: 96OPAD120                                   First Issued: 8/1/04
                                                           Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                              Appendix G
Consent Decree LDAR and Flaring Events                                                    Page 8

Electronic Data Collection During LDAR Monitoring For the duration of the Consent Decree, the permittee shall continue to use dataloggers and/or electronic data collection devices during all LDAR monitoring. The permittee or its designated contractor shall use its/their best efforts to transfer, on a daily basis, electronic data from electronic datalogging devices to the electronic database of Paragraph 142. For all monitoring events in which an electronic data collection device is used, the collected monitoring data shall include a time and date stamp, an operator identification, and an instrument identification. The permittee may use paper logs where necessary or more feasible (e.g., small rounds, re-monitoring, or when dataloggers are not available or broken), and shall record, at a minimum, the identification of the technician undertaking the monitoring, the date, and the identification of the monitoring equipment. The permittee shall transfer any manually recorded monitoring data to the electronic database of Paragraph 142 within seven (7) days of monitoring. (Paragraph 143)

QA/QC of LDAR Data By no later than one hundred twenty (120) days after the Date of Entry (April 22, 2002) of the Consent Decree, the permittee or a third party contractor retained by the permittee shall develop and implement a procedure to ensure a quality assurance/quality control ("QA/QC") review of all data generated by LDAR monitoring technicians. This QA/QC procedure shall include the procedures as set forth in paragraph 144 of the Consent Decree.

Calibration/Calibration Drift Assessment

Calibration The permittee shall conduct all calibrations of LDAR monitoring equipment using methane as the calibration gas, in accordance with 40 CFR Part 60, EPA Reference Test Method 21. (Paragraph 145)

Calibration Drift Assessment Beginning no later than the Date of Entry (April 22, 2002) of the Consent Decree, the permittee shall conduct calibration drift assessments of LDAR monitoring equipment at the end of each monitoring shift, at a minimum. The permittee shall conduct the calibration drift assessment using, at a minimum, an approximately 500 ppm calibration gas. If any calibration drift assessment after the initial calibration shows a negative drift of more than 10% from the previous calibration, the permittee shall re-monitor all valves that were monitored since the last calibration that had a reading greater than 100 ppm and shall re-monitor all pumps that were monitored since the last calibration that had a reading greater than 500 ppm. (Paragraph 146)

Delay of Repair Within thirty (30) days of the completion of the written program described in paragraph 126, for any equipment for which the permittee is allowed, under 40 CFR §60.482-9(a) or equivalent state regulations, to place on the "delay of repair" list for repair, the permittee shall implement the provisions of paragraph 147 of the Consent Decree. (Paragraph 147)

For valves: For valves, other than control valves or pressure relief valves, that qualify to be on the "delay of repair" list and are leaking at a rate of 50,000 ppm or greater, the permittee will undertake "extraordinary efforts" to fix the leaking valve rather than keeping the valve on the "delay of repair" list, unless the permittee can demonstrate that there is a safety, mechanical, or major environmental concern posed by repairing the leak in this manner. For valves, extraordinary efforts for repairs shall be defined as non-routine repair methods. The extraordinary effort will be undertaken within one hundred twenty (120) days of the valve being placed on the "delay of repair" list. After two (2) unsuccessful attempts to repair

Permit Number: 96OPAD120                                                        First Issued: 8/1/04
                                                                                Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                             Appendix G
Consent Decree LDAR and Flaring Events                                    Page 9

a leaking valve through extraordinary efforts, the permittee may keep the leaking valve on the "delay of repair" list. The permittee will implement these extraordinary repair procedures within thirty (30) days of completion of the written program. (Paragraph 148)

Within one hundred twenty (120) days of implementation of the written program, the permittee shall also make extraordinary efforts to repair those valves which have placed on the delay of repair list which leak at 10,000 ppm for more than three (3) years. The permittee may delay these repairs further if it can demonstrate that there is a safety, mechanical, or major environmental concern posed by repairing the leak in this manner. (Paragraph 149)

Recordkeeping and Reporting Requirements

In addition to the Reports Required under 40 CFR §63.654 and the Semi-Annual Progress Report Procedures of Part XIV (Recordkeeping and Reporting) of the Consent Decree Written Refinery-Wide LDAR Program No later than thirty (30) days after completion of the development of the written refinery-wide LDAR programs that the permittee develops pursuant to paragraph 126, the permittee shall submit a copy of the Refinery's Program to EPA and to the Division. (Paragraph 150)

As Part of Either the Reports Required under 40 CFR §63.654 or the Semi-Annual Progress Report Procedures of Part XIV (Recordkeeping and Reporting) of the Consent Decree Consistent with the requirements of Part XIV of the Consent Decree, the permittee shall include the information set forth in paragraph 151 of the Consent Decree, at the times set forth in paragraph 151, in its semi-annual progress reports.

Agencies to Receive Reports, Plans and Certifications Required in this Part; Number of Copies The permittee shall submit all reports, plans and certifications required to be submitted under Paragraphs 150-151 to EPA. Where indicated, the permittee shall submit the information to the Division. Upon written agreement with parties, the permittee may submit the materials electronically. Certifications shall be made in accordance with Part XIV of the Consent Decree. (Paragraph 153)

**Program Enhancements Re: Subpart J and Flaring**

Definitions Unless specifically provided in the Consent Decree, terms used in Part X of the Consent Decree shall have the meaning as set forth in paragraph 154 of the Consent Decree.

Future Flaring

By no later than the Date of Entry (April 22, 2002) of the Decree, the permittee shall implement procedures at the refinery for evaluating whether future Acid Gas Flaring Incidents and Tail Gas Incidents are due to Malfunctions. The procedures require Root Cause Failure Analysis and Corrective Action for flaring incidents as specified in the Consent Decree, and stipulated penalties for Acid Gas Flaring Incidents or Tail Gas Incidents if the Root Causes were not due to Malfunctions. (Paragraph 178)

By no later than the Date of Entry of the Decree, the permittee shall implement procedures at the refinery for evaluating whether HC Flaring Incidents are due to Malfunctions, as set forth in paragraph 179 of the Consent Decree. (Paragraph 179)

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix G
Consent Decree LDAR and Flaring Events                                       Page 10

Tail Gas Incidents and No. 1 Incinerator Incidents

 For Tail Gas Incidents, the permittee shall follow the investigative, reporting, and corrective action as outlined in Paragraph 183 and the same assessment of stipulated penalty procedures for Acid Gas Flaring outlined in paragraph 189. Such Tail Gas Incidents would not be counted in the tally of Acid Gas Flaring Incidents under Paragraph 190 of the Consent Decree. (Paragraph 181)

 For a No. 1 Incinerator Incident, the permittee will follow the investigative, reporting, and corrective action as outlined in Paragraph 183 and the same assessment of stipulated penalty procedures for Acid Gas Flaring Incidents outlined in paragraph 189 of the Consent Decree. No. 1 Incinerator Incidents shall not be counted in the tally of Acid Gas Flaring Incidents under paragraph 190 of the Consent Decree. (Paragraph 182)

Requirements Related to All Flaring Incidents

 <u>Investigation and Reporting</u> No later than forty-five (45) days following the end of an Acid Gas Flaring Incident, Tail Gas Incident, HC Flaring Incident, or a No. 1 Incinerator Incident (individually and collectively referred to as "Flaring Incident"), the permittee shall prepare a report that sets forth the information listed in paragraph 183 of the Consent Decree. The permittee shall submit the report for AG Flaring Incidents, Tail Gas Incidents and No. 1 Incinerator Incidents to the Addresses listed in Paragraph 296 of the Consent Decree. The permittee shall maintain the reports prepared for Hydrocarbon Flaring Incidents on site. The permittee shall summarize the Hydrocarbon Flaring Incidents in the Semi-Annual Progress Reports. (Paragraph 183 and 183a)

Corrective Action

 In response to any Acid Gas Flaring Incident, Tail Gas Incident, HC Flaring Incident or No. 1 Incinerator Incident, the permittee, as expeditiously as practicable, shall take such interim and/or long-term corrective actions, if any, as are consistent with good engineering practice to minimize the likelihood of a recurrence of the Root Cause and all contributing causes of the subject incident. (Paragraph 184)

 If EPA does not notify the permittee in writing within thirty (30) days of receipt of the report(s) required by paragraph 184 of the Consent Decree that it objects to one or more aspects of the permittee's proposed corrective action(s), if any, and schedule(s) of implementation, if any, then that (those) action(s) and schedule(s) shall be deemed acceptable for purposes of the permittee's compliance with Paragraph 184 above. (Paragraph 185)

 EPA does not, however, by its agreement to the entry of the Consent Decree (April 22, 2002) or by its failure to object to any corrective action that the permittee may take in the future, warrant or aver in any manner that any of the permittee's corrective actions in the future will result in compliance with the provisions of the Clean Air Act or its implementing regulations. Notwithstanding EPA's review of any plans, reports, corrective measures or procedures under this Section J, the permittee shall remain solely responsible for compliance with the Clean Air Act and its implementing regulations. (Paragraph 186)

 If the EPA does object, in whole or in part, to the permittee's proposed corrective action(s) and/or its schedule(s) of implementation, or, where applicable, to the absence of such proposal(s) and/or schedule(s),

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix G
Consent Decree LDAR and Flaring Events                                       Page 11

it shall notify the permittee of that fact within thirty (30) days following receipt of the report(s) required by Paragraph 183 above. (Paragraph 187)

Nothing in Part XI of the Consent Decree shall be construed as a waiver of EPA's rights under the Clean Air Act and its regulations for future violations of the Clean Air Act or its regulations nor to limit the permittee's right to take such corrective actions as it deems necessary and appropriate immediately following a Flaring or No. 1 Incinerator Incident or in the period during preparation and review of any reports required under Part XI of the Consent Decree. (Paragraph 188)

Air Pollution Control Division
Colorado Operating Permit                                          Appendix H
FCCU Regenerator (P103) Compliance Assurance Monitoring Plan                Page 1

## APPENDIX H

### FCCU Regenerator (P103) Compliance Assurance Monitoring Plan

I.    **Background**

a.    <u>Emission Unit Description:</u>

Fluid Catalytic Cracking Unit (FCCU) -Regenerator (P103).

b.    <u>Applicable Regulation, Emission Limit, Monitoring Requirements:</u>

Regulations:              Operating Permit Conditions 22.1.1 (underlying Colorado Construction Permit (CP) 09AD0961), 22.9.1 (underlying CP 09AD0961 and Consent Decree No. SA-05-CA-0569, paragraph 95) and 22.11 (NSPS J)

Emission Limitations:     PM    85.4 tons/yr (Condition 22.1.1) **– State-Only Requirement**
                          PM    1 lb/1,000 lb coke burn (Condition 22.9.1)
                          PM    1 lb/1,000 lb coke burn (Condition 22.11)

Note that all of the above PM and $PM_{10}$ limitations are for filterable PM only.

Monitoring Requirements:    Visible Emissions (Opacity)

c.    <u>Control Technology:</u>

The FCCU is equipped with a third-stage separator to control particulate matter emissions.

II.    **Monitoring Approach**

|  | Indicator 1 |
|---|---|
| I.  Indicator | Visible Emissions (Opacity) |
| Measurement Approach | Opacity emissions will be monitored by a Continuous Opacity Monitoring System (COMS). |

Air Pollution Control Division
Colorado Operating Permit                                                       Appendix H
FCCU Regenerator (P103) Compliance Assurance Monitoring Plan                       Page 2

|  | Indicator 1 |
|---|---|
| II. Indicator Range | An excursion is defined as any 3-hour period in which the average opacity exceeds 20%, except as provided for below: <br><br> During periods of startup, shutdown and hot standby, a 3-hour period in which the opacity exceeds 20%, shall not be an excursion provided the provisions in Condition 54.5.5.2 (maintain the inlet velocity to the primary internal cyclones of the catalytic cracking unit catalyst regenerator at or above 20 feet per second) are met. Hot standby is defined in Condition 54.5.5.3. Records shall be kept for those periods during startup, shutdown and hot standby when the 3-hour average opacity exceeds 20% but the inlet velocity is at or above 20 feet per second. <br><br> When an excursion occurs, corrective actions will be initiated beginning with an evaluation of the occurrence to determine the action required to correct the situation. <br><br> A history of the corrective action(s) will be maintained at the facility and made available upon request. |
| III. Performance Criteria | |
| a. Data Representativeness | An increase in visible emissions (opacity) under steady-state operating conditions is an indirect indication of a potential increase in particulate matter emissions. Opacity emissions are measured using a COMS located downstream of the third-stage separator (cyclones). |
| b. QA/QC Practices and Criteria | The existing COMS is certified according to 40 CFR Part 60, Appendix B, Performance Specification 1. The COMS is subject to the QA/QC requirements in 40 CFR Part 60 § 60.13(d) and Appendix F. |
| c. Monitoring Frequency | Continuous |
| d. Data Collection Procedures | Opacity measurements will be performed in accordance with the requirements in 40 CFR Part 60 Subpart A § 60.13. The emissions data will be stored in the unit's DAHS. |
| e. Averaging Time | COM data shall be reduced to 6-minute averages as required by 40 CFR Part 60 Subpart A § 60.13. All 6-minute averages within an hour will be averaged together. Hourly opacity averages will be used in a 3-hour rolling average. |

III.    **Justification**

a.    <u>Background:</u>

The pollutant specific emission unit is FCCU regenerator (P103). The catalyst regenerator exhausts through a third-stage separator prior to release to the atmosphere. The third-stage separator is a cyclone designed to remove PM from the regenerator exhaust. In addition to removing PM via the third-stage separator, a slip stream of regenerator exhaust is routed through a fourth-stage separator via a pair of critical flow nozzles. One nozzle is in operation at a time, with the second nozzle acting as a spare. The treated slip stream from the fourth stage is recombined with the regenerator stack upstream of the certified COMS. The combined exhaust flow is subject to the PM emission limits identified in this CAM plan.

b.    <u>Rationale for Selection of Performance Indicators:</u>

Air Pollution Control Division
Colorado Operating Permit
FCCU Regenerator (P103) Compliance Assurance Monitoring Plan

Appendix H
Page 3

The source proposed opacity as an indicator and the Division agrees that it is an appropriate indicator of the third-stage separator (cyclone) performance. Based on the relationship between particulate matter and opacity, an increase in opacity is a valid indication of increased particulate emissions due to compromised cyclone performance.

c.    Rationale for Selection of Indicator Ranges:

An excursion from the indicator range is any 3-hour period in which the average opacity exceeds 20%. The source is required to monitor opacity at all times using a COMS, and determine 3-hour opacity averages; however, during periods of startup, shutdown and hot standby, a 3-hour average opacity exceeding 20% is not considered an excursion provided the requirements of Condition 54.5.5.2 (maintain the inlet velocity to the primary internal cyclones of the catalytic cracking unit catalyst regenerator at or above 20 feet per second) are met. Hot standby is defined in Condition 54.5.5.3.

The COMS is installed, certified, calibrated, maintained, and operated in accordance with the requirements of 40 CFR §60.11, §60.13, and Part 60, Appendices A and B as required by Condition 59.1.2.2 of the Permit such that the system satisfies the design criteria of §§64.3(a) and (b) under §64.3(d)(2). The only remaining element to determine is the indicator range in accordance with §64.3(d)(3)(ii).

The indicator range is consistent with the continuous compliance demonstration requirements of 40 CFR 63, subpart UUU, "National Emission Standards for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units" (MACT UUU) and was selected for consistency since the No. 1 FCCU is already subject to the MACT UUU requirements. Per §64.4(b) of the CAM rule, "To justify the appropriateness of the monitoring elements proposed, the owner or operator may rely in part on existing applicable requirements that establish the monitoring for the applicable pollutant-specific emissions unit or a similar unit."

MACT UUU includes requirements for limiting metal HAP emissions and includes several compliance options, some of which are based on controlling filterable PM emissions as a surrogate for controlling total metal HAP emissions. The MACT UUU filterable PM limit is 1.0 lb/1,000 lb coke burn-off; the same as the filterable PM limits of 1 lb/1,000 lb coke burn that are included in Conditions 22.9.1 and 22.11.

As a part of the December 1, 2015 Refinery Sector Rule (RSR) revisions to the MACT UUU rule requirements, U.S. EPA provides detailed justification for selecting the monitoring approach, performance indicator, and indicator ranges intended to provide a reasonable assurance of ongoing compliance with a 1.0 lb filterable PM/1,000 lb coke burn emission rate. Therefore, the selection of a CAM monitoring approach that is consistent with the current MACT UUU compliance requirements for the same 1.0 lb filterable PM per 1,000 lb coke burn emission rate meets the indicator range criteria in §64.2(a)(2) because EPA determined that this range assures compliance with this emissions rate.

Air Pollution Control Division
Colorado Operating Permit                                                                    Appendix H
FCCU Regenerator (P103) Compliance Assurance Monitoring Plan                            Page 4

Specifically, as a part of the recent RSR rule revisions, EPA noted the following regarding the 20% opacity operating limit (see 80 FR 75203, December 1, 2015):

> *Based on the variability of the 3-run average opacity limits, we determined that, if the 3-hour average opacity exceeded 20-percent, then it was highly likely (98 to 99- percent confidence) that the FCCU emissions from the unit tested would exceed the PM emissions limit. After considering the public comments, reviewing the data submitted with those comments, and further review of the compliance study, in this final rule we are adding a 20-percent opacity limit, evaluated on a 3-hour average basis for units subject to NSPS subpart J. As we noted above, a 20-percent opacity limit provides a reasonable correlation with the PM emissions limit, and an exceedance of this 20-percent opacity limit will provide evidence that the PM emissions limit is exceeded.*

MACT UUU provides an alternative option to meeting the 3-hour opacity limit during periods of startup, shutdown and hot standby and that is keeping the inlet velocity to the primary internal cyclones of the catalytic cracking unit catalyst regenerator at or above 20 feet per second. EPA noted the following regarding this limit (see 80 FR 75220, December 1, 2015):

> *Also, based on the data provided by the commenters, the minimum internal cyclone inlet velocity requirement will provide PM (and therefore metal HAP) emissions reductions during startup and shutdown periods. Therefore, considering the available data, we conclude that MACT for FCCU startup and shutdown events is maintaining the minimum internal cyclone inlet velocity of 20 feet/second.*

EPA considered the 20% opacity limit, on a 3-hr rolling average, with the alternative for SSM periods, to be a good indicator of compliance with the PM limit of 1 lb/1,000 coke burn-off limit. "[B]ased on the available data, we have determined that a 20-percent opacity operating limit is well correlated with facilities meeting a limit of 1.0 lb PM/1,000 lbs coke burn-off." [80 Fed. Reg. 75178, 75191 (Dec. 1, 2015)]. Since the PM and $PM_{10}$ emission limits in the permit are based on an emission factor of 1 lb/1,000 lb coke burned, then the 20% opacity indicator assures that the FCCU remains compliance with the PM and $PM_{10}$ limits.

---

Permit Number: 96OPAD120                                                          First Issued: 8/1/04
                                                                                  Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                    Appendix I
Site Remediation MACT (40 CFR Part 63 Subpart GGGGG) Applicability Diagram          Page 1

# APPENDIX I

## Site Remediation MACT (40 CFR Part 63 Subpart GGGGG) Applicability Diagram



Permit Number: 96OPAD120                                    First Issued: 8/1/04
                                                           Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                        Appendix J
Plant 1 FCCU Opacity Plan                                                           Page 1

# APPENDIX J

## Plant 1 FCCU Opacity Plan

Air Pollution Control Division
Colorado Operating Permit
Plant 1 FCCU Opacity Plan

Appendix J
Page 2

# WEST PLANT FCCU OPACITY COMPLIANCE PLAN

## SUNCOR ENERGY (U.S.A.) INC.

## COMMERCE CITY REFINERY

VERSION 1.2
8/30/2016

Air Pollution Control Division
Colorado Operating Permit
Plant 1 FCCU Opacity Plan

Appendix J
Page 3

**PLANT 1 - #1 FCCU OPACITY MONITORING COMPLIANCE PLAN**

**TABLE OF CONTENTS**

TABLE OF CONTENTS ....................................................................................................... 3

LIST OF ACRONYMS ....................................................................................................... 4

FACILITY DESCRIPTION AND REGULATORY BACKGROUND .............................. 5
    Applicable Regulations ................................................................................................... 5
    Opacity Compliance Plan Organization.......................................................................... 5

OPACITY MEASUREMENTS .......................................................................................... 5

SANDBLAST EVENT MONITORING ............................................................................. 6

COMPLIANCE DEMONSTRATIONS .............................................................................. 6
    Regulation 1, §II.A.1 - 20 Percent Limit ...................................................................... 6
    Regulation 1, §II.A.4 - 30 Percent Limit ...................................................................... 6
    NSPS J and MACT UUU - 30 Percent Limit ................................................................ 7
    MACT UUU – 20 Percent Limit .................................................................................... 7

RECORDKEEPING AND REPORTING PROCEDURES ................................................. 7

---

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                        Appendix J
Plant 1 FCCU Opacity Plan                                                          Page 4

## LIST OF ACRONYMS

| | |
|---|---|
| APCD | Air Pollution Control Division |
| CAQCC | Colorado Air Quality Control Commission |
| CDPHE | Colorado Department of Public Health and Environment |
| CFR | Code of Federal Regulations |
| COMS | Continuous Opacity Monitoring System |
| FCCU | Fluidized-bed Catalytic Cracking Unit |
| Permit | Operating Permit 96OPAD120 |
| Refinery | Commerce City Refinery (both the Plants 1 and 3) |
| Suncor | Suncor Energy (U.S.A.) Inc. |
| § | Section |

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix J
Plant 1 FCCU Opacity Plan                                                        Page 5

## FACILITY DESCRIPTION AND REGULATORY BACKGROUND

Suncor Energy (U.S.A.), Inc., (Suncor) owns and operates the Commerce City Refinery (Refinery) in Commerce City, Colorado. Since Suncor acquired Colorado Refining Company on June 1, 2005, Suncor refers to the portion of the refinery on the west side of Brighton Boulevard, formerly the Conoco refinery, as Plant 1. Plant 1 includes a fluidized-bed catalytic cracking unit (FCCU) equipped with an automated sandblasting system for removing catalyst buildup from the internal surfaces of the FCCU waste heat boiler.

### Applicable Regulations

The opacity limits provided in the Permit are based on the general stationary source opacity requirement and the stationary source opacity limits for fire building, cleaning of fire boxes, soot blowing, start-up, process modification or adjustment of control equipment in the Colorado Air Quality Control Commission's (CAQCC) Regulation No. 1, Section (§) II.A.1 and Regulation No. 1, §II.A.4, respectively. As provided for in the Colorado Department of Public Health and Environment Air Pollution Control Division (APCD) Operating Permit Number 96OPAD120 (Permit) issued for the refinery, removal of catalyst buildup from the internal surfaces of the FCCU waste heat boiler is considered to be soot blowing for opacity limit purposes (as noted in Condition 35.6.2).

The Permit includes a requirement to prepare and submit a monitoring plan to be used for determining when the 30 percent opacity limit in Condition 35.2 applies and how compliance will be monitored. This Opacity Compliance Monitoring Plan is intended to satisfy the Monitoring provisions of Permit Condition 35. This opacity monitoring plan applies only to the Plant 1 FCCU.

The FCCU is also subject to the opacity limits in 40 CFR 60 Subpart J §60.102(a)(2) and 40 CFR 63 Subpart UUU §63.1564(a)(1) and (a)(2).

### Opacity Compliance Plan Organization

This Opacity Compliance Monitoring Plan specifies how compliance with the previously described requirements will be monitored. Section 2.0 identifies how opacity will be monitored. Section 3.0 describes how periods of sandblasting will be identified. Section 4.0 describes when and how the 30 percent opacity threshold will be applied. Section 5.0 describes record keeping and reporting procedures.

## OPACITY MEASUREMENTS

The FCCU is equipped with a continuous opacity monitoring system (COMS) for determining the opacity of the FCCU exhaust gases. The instantaneous (1-second interval) monitoring data from the COMS is recorded by the plant's environmental data management system (E!CEMS). These data are used to generate 1-minute block averages. The block averages start at the beginning of a minute and are sequential, not rolling, averages. E!CEMS is used to store the block averages.

The COMS is installed, certified, calibrated, maintained, and operated in accordance with the requirements of 40 CFR §60.11, §60.13, and Part 60 Appendices A and B as required by Condition 59.1.1.4 of the Permit.

---

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                     Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                Appendix J
Plant 1 FCCU Opacity Plan                                                  Page 6

## SANDBLAST EVENT MONITORING

The internal surfaces of the FCCU waste heat boiler (X-184) are periodically cleaned by introducing sand into the exhaust gases upstream of the waste heat boiler. This sand removes catalyst buildup, potentially leading to a period of increased opacity (defined as opacity in excess of the Regulation No. 1, §II.A.1 limit of 20 percent). This sandblasting is controlled through an automated sandblasting system. E!CEMS is used to monitor and record the signal from the automated sandblast system indicating when sand is being introduced into the system.

In the event that the automated sandblast system is not used and sand is added manually, operator logs will be used and reviewed to determine when a sandblasting event was initiated.

The introduction of the sand into the system by the automated system is done rapidly with a single shot. There is greater variability in the duration and magnitude of the shot if performed manually. Neither the automated signal nor the operator logs track the duration of the sandblast event itself. The sandblast event is assumed to be complete when opacity readings drop to and remain at pre-sandblast levels, or after 6 minutes, whichever is less.

## COMPLIANCE DEMONSTRATIONS

### Regulation 1, §II.A.1 - 20 Percent Limit

For purposes of demonstrating compliance with the CAQCC Regulation No. 1 §II.A.1 20 percent limit on opacity, 6-minute average opacity readings will be calculated from 24 consecutive 15-second averages. The 6-minute periods will begin at the start of the hour, with a total of 10 averages generated during the hour. Averages will be block, not rolling. The COMS output will be recorded in E!CEMS. The 20 percent limit will apply during all periods however, based on APCD comments; any individual minute affected by a sandblast will be removed from the calculation of the 6-minute block average. This will result in 6-minute blocks of time that are comprised of less than 6 valid 1-minute readings.

Any six minute period not affected by a sandblast, with an observed opacity reading (unaffected by sandblast) in excess of 20 percent will be identified as not being in compliance with CAQCC Regulation No. 1 §II.A.1 (Condition 35.1 of the Permit).

In the event that all or a portion of a sandblast event occurs during a 6-minute period, the CAQCC Regulation No. 1 §II.A.4 30 percent limit on opacity described in Section 4.2 applies as well.

### Regulation 1, §II.A.4 - 30 Percent Limit

For purposes of demonstrating compliance with the CAQCC Regulation No. 1 §II.A.4 30 percent limit on opacity, 1-minute average opacity readings will be calculated from 4 consecutive 15-second averages. The COMS output will be recorded in E!CEMS.

The beginning of the sandblast events will be identified from the signal generated by the automated sandblast system, or from operator logs. The sandblast event will be assumed to last for the lesser of the time required for 1 minute opacity readings to fall below 20 percent, or six minutes as described in Section 3.0 of this plan.

---

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                              Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Plant 1 FCCU Opacity Plan

Appendix J
Page 7

The 6-minute averaging period starts with each new minute (i.e. there are sixty 6-minute blocks beginning each hour, with five 1-minute averages common to the adjoining blocks). All six 1-minute averages within the averaging period are included when calculating the 6-minute average opacity, regardless of whether or not that individual minute was affected by a sandblast. Each 6-minute block average that includes a sandblast event will be compared to the 30 percent opacity threshold. If the 6-minute rolling average exceeds 30 percent during a sandblast, the source will be identified as not being in compliance with CAQCC Regulation No. 1 §II.A.4 (Condition 35.2 of the Operating Permit). However if any given block of 1-minute observations results in the exceedance of the 30 percent threshold for more than 6 minutes, it will only be reported as a single event, not as each individual exceedance of the 30 percent threshold. This results in an event-based reporting process.

**NSPS J and MACT UUU - 30 Percent Limit**

For purposes of demonstrating compliance with the 40 CFR 60 Subpart J §60.102(a)(2) and 40 CFR 63 Subpart UUU §63.1564(a)(1) - 30 percent limit on opacity, 6-minute block average opacity readings will be calculated from 24 consecutive 15-second averages. The 6-minute periods will begin at the start of the hour, with a total of 10 averages generated during the hour. Averages will be block, not rolling. The COMS output will be recorded in E!CEMS. The 30 percent limit will apply during all periods, except for one 6-minute average opacity reading in any one hour period per § 63.1564(a)(1).

**MACT UUU – 20 Percent Limit**

For purposes of demonstrating compliance with the 40 CFR 63 Subpart UUU § 63.1564(a)(2) 20 percent limit on opacity, 3-hour rolling averages will be calculated. Three 1-hour block averages will be used to calculate the 3-hour rolling average opacity. The COMS output will be recorded in E!CEMS. The 20 percent limit will apply during all periods, except during periods of startup, shutdown and hot standby if the source elects to comply with the alternate limit contained in § 63.1564(a)(5)(ii).

**RECORDKEEPING AND REPORTING PROCEDURES**

The purpose of this section is to describe recordkeeping and reporting procedures for the FCCU opacity observations described in this document.

As outlined in Operating Permit Section IV (General Conditions), Condition **Error! Reference source not found.**, records of the calculations described in this document will be kept on-site for 5 years.

E!CEMS will be used to store 1-second readings, 1-minute averages, 6-minute block and rolling averages and 3-hour rolling averages.

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit

Appendix K

Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests

Page 1

## APPENDIX K

### Prevention of Significant Deterioration (PSD) Review and Non-Attainment Area New Source Review (NASR) Applicability Tests

An owner or operator of a major stationary source must determine whether a project will trigger major stationary source permitting requirements (i.e., PSD and/or NANSR) by conducting an applicability test using the procedures in Colorado Regulation No. 3, Part D, Section I.B. Sources that conduct the actual-to-projected actual test for a project that requires a minor permit modification in accordance with Section X. of Part C, requires a significant permit modification in accordance with Section I.A.3. of Part C, a modification as defined in Section I.B.28. of Part A or that requires a minor source permit under Part B are required to submit the information in Colorado Regulation No. 3, Part D, Section I.B.4.a through d and that information shall be included in an appendix of the Title V Operating permit or as a permit note in the construction permit (see Colorado Regulation No. 3, Part D, Section I.B.4)

An owner or operation is also required to monitor emissions of any NSR regulated pollutant that could increase as a result of the project for a period of five years or ten years (if the project increases the design capacity or the potential to emit) following resumption of regulation operations after the project is completed and to submit reports, if applicable, as required by Colorado Regulation No. 3, Part D, Section V.A.7.c and d and Section VI.B.5 and 6 (see Section IV, Condition 24If actual emissions from the sources affected by the project exceed baseline emissions by a significant amount and are different from projected actual emissions presented in this Appendix within the five or ten year period following completion of the project, the project may need to be re-evaluated to determine whether the project resulted in a significant emissions increase or a significant net emissions increase at a major stationary source.

This Appendix K includes the PSD and/or NANSR applicability tests submitted for the equipment addressed in this permit.

### Miscellaneous Process Vent (MPV) Project

The purpose of the MPV Project is to address the new equipment necessary to meet the requirements for MPVs in the December 1, 2015 Refinery Sector Rule (RSR) Revision. The RSR revisions primarily address the two refinery NESHAPs, 40 CFR Part 63 Subparts CC and UUU. The December 1, 2015 RSR revisions removed "episodic or nonroutine releases such as those associated with startup, shutdown, malfunction, maintenance, depressuring and catalyst transfer operations" from the exception to the definition of miscellaneous process vent, making this equipment newly subject to the requirements in 40 CFR Part 63 Subpart CC.

In order to comply with the new MPV requirements, the source is proposing to install new connections to the flare header systems. The new flare connection systems will consist of permanent, direct equipment connections as well as purge manifolds for as needed, temporary connections. The installation of purge manifolds and other flare header connections will allow the source to prepare equipment for maintenance by purging with steam and/or nitrogen to the flare and will result in routing materials to the flares that were previously routed directly to the atmosphere.

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                       Page 2

This project does not increase the design capacity or potential to emit, therefore, the <u>timeframe to monitor emissions from this project is five years</u> after resuming operation upon completion of the project. The MPV project was completed in September 2017.

The applicability analysis related to the MPV modification is included in this appendix. The MPV modification also affected equipment located at Plant 2 of the refinery which is addressed in a separate Title V permit (95OPAD108) but is included here to show the complete analysis. Note that except for the Plant 1 Main Flare (F1), the source has taken permit limits at the projected actual emission (PAE) level. In addition, permit limits were included in both Title V permits for new piping components. Finally, only the incremental emission increases from the boiler have been included in the analysis. Any increased utilization from the boilers (necessary for the steam tracing on the purge manifolds to prevent freezing) is expected to be minimal, if any.

Except for the new piping components, the units affected by this modification are existing units. Therefore, the major stationary source applicability test is based on a comparison of baseline actual emissions (BAE) to projected actual emissions (PAE).

Specific details regarding how BAE and PAE were determined can be found in the technical review document prepared for the February 22, 2018 revised Title V permit.

The resulting emissions increases for the project are shown below:

Table 1: Actual Emission Increases

| | Emissions (tons/yr) | | | | |
|---|---|---|---|---|---|
| | CO | NO$_X$ | VOC | PM/PM$_{10}$/ PM$_{2.5}$ | SO$_2$ |
| **P1 Flare** | | | | | |
| Baseline | 39.12 | 8.58 | 83.29 | 0.94 | 36.42 |
| PAE | 96.52 | 21.17 | 205.50 | 2.32 | 167.52 |
| Capable of Accommodating | 96.36 | 21.14 | 205.15 | 2.32 | 165.84 |
| Excludable[1] | 57.24 | 12.56 | 121.86 | 1.38 | 129.42 |
| Adjusted PAE[2] | 39.28 | 8.61 | 83.64 | 0.94 | 38.10 |
| **Change in Emissions[3]** | **0.16** | **0.03** | **0.35** | **4.00E-03** | **1.68** |
| **P3 (AU) Flare** | | | | | |
| Baseline | 2.42 | 0.53 | 5.16 | 5.82E-02 | 1.20E-02 |
| PAE | 5.43 | 1.19 | 11.56 | 0.13 | 16.86 |
| Capable of Accommodating | 2.42 | 0.53 | 5.16 | 5.83E-02 | 1.20E-02 |
| Excludable[1] | 0.00E+00 | 0.00E+00 | 0.00E+00 | 1.00E-04 | 0.00E+00 |
| Adjusted PAE[2] | 5.43 | 1.19 | 11.56 | 0.13 | 16.86 |
| **Change in Emissions[3]** | **3.01** | **0.66** | **6.40** | **7.17E-02** | **16.85** |
| **GBR Flare** | | | | | |
| Baseline | 5.06 | 1.28 | 11.61 | 0.14 | 1.18E-02 |
| PAE | 11.09 | 2.85 | 25.92 | 0.31 | 0.21 |
| Capable of Accommodating | 3.55 | 0.91 | 8.29 | 0.10 | 0.19 |

Air Pollution Control Division
Colorado Operating Permit

Appendix K

Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests

Page 3

| | Emissions (tons/yr) | | | | |
|---|---|---|---|---|---|
| | CO | NO$_X$ | VOC | PM/PM$_{10}$/ PM$_{2.5}$ | SO$_2$ |
| Excludable[1, 4] | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 |
| Adjusted PAE[2] | 11.09 | 2.85 | 25.92 | 0.31 | 0.03 |
| **Change in Emissions[3]** | **6.03** | **1.57** | **14.31** | **0.17** | **0.02** |
| **P2 Flare** | | | | | |
| **Project Emissions[5, 6]** | **0.65** | **0.14** | **0.73** | **0.02** | **13.62** |
| P1/3 Boilers | 0.14 | 0.31 | 0.01 | 0.02 | 0.07 |
| P2 Boilers | 0.15 | 0.11 | 0.02 | 0.04 | 0.04 |
| P1/3 Fugitive VOCs from New Piping Components | | | 3.71 | | |
| P2 Fugitive VOCs from New Piping Components | | | 2.55 | | |
| | | | | | |
| **Total** | **10.14** | **2.82** | **28.08** | **0.32** | **32.28** |

[1]Excludable emissions equals capable of accommodating minus baseline emissions.
[2]Adjusted PAE equals PAE minus excludable emissions.
[3]Change in emissions is adjusted PAE minus baseline.
[4]If capable of accommodating emissions are less than or equal to baseline emissions, excludable emissions are zero.
[5]As indicated in Table 2 below, the change in CO, PM, PM$_{10}$, PM$_{2.5}$, NO$_X$ and VOC emissions for the P2 flare are all negative due to the request to reduce the throughput limit for the flare. In part 1 of the PSD/NANSR applicability analysis (assess project emissions), only increases are included. So if the applicability test (i.e. PAE minus BAE) were negative the emissions increase would be zero for part 1 of the analysis. In order to appropriately assess project emissions, the increase from the P2 flare is the emissions estimated for the project alone (see the technical review document prepared for the February 22, 2018 renewal Title V permit, page 27). In accordance with Regulation No. 3, Part D, Section II.A.38.b.(iii), emissions related to the project cannot be excluded.
[6]SO$_2$ emissions are based on the applicability test shown in Table 2 below.

Table 2: Plant 2 Change in Actual Emissions

| | P2 Flare Emissions (tons/yr) | | | | |
|---|---|---|---|---|---|
| | CO | NO$_X$ | VOC | PM/PM$_{10}$/ PM$_{2.5}$ | SO$_2$ |
| Baseline | 50.52 | 11.08 | 56.55 | 1.22 | 4.59 |
| PAE | 66.97 | 14.69 | 74.97 | 1.61 | 18.21 |
| Capable of Accommodating | 75.71 | 16.61 | 84.75 | 1.82 | 4.59 |
| Excludable[1,] | 25.19 | 5.53 | 28.20 | 0.60 | 0.00 |
| Adjusted PAE[2] | 41.78 | 9.16 | 46.77 | 1.01 | 18.21 |
| **Change in Emissions[2,]** | **-8.74** | **-1.92** | **-9.78** | **-0.21** | **13.62** |

[1]Excludable emissions equals capable of accommodating minus baseline emissions.
[2]Adjusted PAE equals PAE minus excludable emissions.
[3]Change in emissions is adjusted PAE minus baseline.

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                            Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                                    Page 4

## Plant 1 Main Plant Flare Refinery Sector Rule (RSR) Project

The purpose of project is to upgrade the Plant 1 flare in order to comply with the flare requirements in the December 1, 2015 RSR revisions. The new flare requirements in MACT CC are essentially an enhancement of the requirements in 40 CFR Part 63 Subpart A § 63.11(b) (operate with a flame present at all times, no visible emissions and exit velocity and flare gas Btu content requirements) by requiring monitoring to ensure the flares are properly operated to achieve the 98 percent reduction efficiency that was expected for flares used to comply with MACT CC requirements.

The December 1, 2015 MACT CC flare revisions primarily require additional monitoring requirements, thus there is no expectation that additional waste gases will be combusted by flares or that the operation of any of the refinery process units will be changed as a result of this project. However, under the MACT CC requirements, sources are required to maintain the net heating value of the flare combustion zone gas at or above 270 Btu/scf, determined on a 15-minute block period, when regulated material is routed to the flare on for at least 15 minutes. Suncor anticipates that supplemental gas will be necessary to ensure that the flare can comply with the combustion zone gas heat content requirements, which will result in an increase in flare emissions. As part of the project, new piping components (i.e. flanges, valves, etc.) will be installed and result in a slight emissions increase.

This project does not increase the design capacity or potential to emit, therefore, the <u>timeframe to monitor emissions from this project is five years</u> after resuming operation upon completion of the project. The Plant 1 flare RSR project was scheduled to begin construction in July 2018, with completion by January 30, 2019.

Except for the new piping components the only other emission unit unit affected by this modification is the Plant 1 flare (an existing unit). Therefore, the major stationary source applicability test is based on a comparison of baseline actual emissions (BAE) to projected actual emissions (PAE).

Specific details regarding how BAE and PAE were determined can be found in the technical review document prepared for the **July 9, 2024** renewal Title V permit.

The resulting emissions increases for the project are shown below

| | Emissions (tons/yr) | | | | |
|---|---|---|---|---|---|
| | CO | NO$_X$ | VOC | PM/PM$_{10}$/ PM$_{2.5}$ | SO$_2$ |
| **Plant 1 Main Plant Flare** | | | | | |
| Baseline | 39.12 | 8.58 | 32.16 | 0.94 | 36.42 |
| PAE | 102.05 | 22.38 | 80.03 | 2.45 | 167.55 |
| Capable of Accommodating | 96.36 | 21.14 | 79.20 | 2.32 | 165.84 |
| Excludable[1,] | 57.24 | 12.55 | 47.04 | 1.38 | 129.42 |
| Adjusted PAE[2] | 44.81 | 9.83 | 32.99 | 1.07 | 38.13 |
| **Change in Emissions[2,]** | **5.69** | **1.25** | **0.83** | **0.13** | **1.71** |
| **Fugitive VOCs from New Piping Components[4]** | | | **0.47** | | |
| | | | | | |

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                           Page 5

| | Emissions (tons/yr) | | | | |
|---|---|---|---|---|---|
| | CO | NO$_X$ | VOC | PM/PM$_{10}$/ PM$_{2.5}$ | SO$_2$ |
| **Total Emissions Increase** | **5.69** | **1.25** | **1.30** | **0.13** | **1.71** |
| PSD/NANSR Significance Level (T5 Minor Mod Level)[5] | 100 | 40 | 40 | 25/15/10 | 40 |

[1]Excludable emissions equals capable of accommodating minus baseline emissions.

[2]Adjusted PAE equals PAE minus excludable emissions.

[3]Change in emissions is adjusted PAE minus baseline.

[4]New Equipment.

[5]Indicates the NANSR significance level on the date the complete minor modification application was submitted. Under the provisions of Colorado Regulation No. 3, Part X.I, a source is allowed to make the changes proposed in a complete minor modification application immediately after it is submitted (a construction permit is not required to construct or modify such source per Regulation 3, Part B, Section II.A.6). The area was classified as a serious ozone non-attainment area on January 27, 2020 and for minor modification applications submitted on and after that date, the significance level drops to 25 tons/yr of VOC or NO$_X$. Note that the area was classified as severe nonattainment for ozone on November 7, 2022.

---

Permit Number: 96OPAD120                                              First Issued: 8/1/04
                                                                      Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                          Page 6

## No. 2 HDS Tier 3 Ultra Low Sulfur Gasoline (ULSG) Project

The pupose of project is to meet the Tier 3 ULSG requirements. On April 28, 2014 EPA finalized Tier 3 motor vehicle emission and fuel standards. Under the provisions of the rule, refineries are required to reduce sulfur in gasoline to 10 ppm, on an annual average and no more than 80 ppm sulfur, on a per-gallon basis. The Tier 3 standards took effect on January 1, 2017, although small refiners and small volume refineries did not have to comply until January 1, 2020.

In order to meet these requirements, the sources will complete upgrades to the No 2 HDS to increase the unit's capacity from 12,000 to 15,000 barrels per day (bpd). The initial application (received November 5, 2018) also indicated that there would additional changes to meet the Tier 3 ULGS standards, specifically replacing the existing variable frequency drive (VFD) on the C-1715 Recycle Gas Compressor in the No. 4 HDS and implementing the use of gasoline sulfur reducing (GSR) additive at one or both of the FCCUs but emission increases from these projects were not addressed. Due to requests from the Division, the source indicated that replacement of the VFD would not result in an increase in emissions (like-kind replacement) and addressed the use of GSR additives in the P1 and P2 FCCUs although they indicated that GSR additives were not expected to be using the P1 FCCU.

This project increases the design capacity of the No. 2 HDS, therefore, the timeframe to monitor emissions from this project is ten years after resuming operation upon completion of the project. The No. 2 HDS ULSG Project was completed in November 2019.

Except for the new piping components, the units affected by this modification are existing units. Therefore, the major stationary source applicability test is based on a comparison of baseline actual emissions (BAE) to projected actual emissions (PAE). Emission limits were included in the permit for new piping components. Only incremental emission increases from the boilers and the Plant 2 SRU are included in the analysis.

Specific details regarding how BAE and PAE were determined can be found in the technical review document prepared for the **July 9, 2024** renewal Title V permit.

The resulting emissions increases for the project are shown below:

| Emission Unit | Emissions (tons/yr) | | | | | | |
|---|---|---|---|---|---|---|---|
| | CO | NOx | SO$_2$ | VOC | PM | PM$_{10}$ | PM$_{2.5}$ |
| **No. 2 HDS Heater (H-10)[1]** | | | | | | | |
| Baseline | 8.22 | 9.78 | 0.11 | 0.54 | 0.74 | 0.74 | 0.74 |
| Projected Actual Emissions (PAE) | 12.06 | 14.35 | 3.86 | 0.79 | 1.09 | 1.09 | 1.09 |
| Capable of Accommodating | 10.65 | 12.68 | 0.25 | 0.70 | 0.96 | 0.96 | 0.96 |
| Excludable[2] | 2.43 | 2.89 | 0.13 | 0.16 | 0.22 | 0.22 | 0.22 |
| Adjusted PAE[3] | 9.62 | 11.46 | 3.73 | 0.63 | 0.87 | 0.87 | 0.87 |
| **Emissions Increase[4]** | **1.41** | **1.67** | **3.62** | **0.09** | **0.13** | **0.13** | **0.13** |
| **No. 2 HDS Heater (H-19)[1]** | | | | | | | |
| Baseline | 3.51 | 5.12 | 0.05 | 0.23 | 0.32 | 0.32 | 0.32 |

Permit Number: 96OPAD120                                        First Issued: 8/1/04
                                                              Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                               Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                     Page 7

| Emission Unit | Emissions (tons/yr) | | | | | | |
|---|---|---|---|---|---|---|---|
| | CO | NOx | SO$_2$ | VOC | PM | PM$_{10}$ | PM$_{2.5}$ |
| PAE | 5.15 | 7.50 | 1.84 | 0.34 | 0.47 | 0.47 | 0.47 |
| Capable of Accommodating | 4.28 | 6.24 | 0.09 | 0.28 | 0.39 | 0.39 | 0.39 |
| Excludable[2] | 0.77 | 1.13 | 0.04 | 0.05 | 0.07 | 0.07 | 0.07 |
| Adjusted PAE[3] | 4.38 | 6.38 | 1.80 | 0.29 | 0.40 | 0.40 | 0.40 |
| **Emissions Increase[4]** | **0.87** | **1.26** | **1.75** | **0.06** | **0.08** | **0.08** | **0.08** |
| **P1 SRUs, Tail Gas Unit (TGU) & TGU Incinerator (H-25)[1]** | | | | | | | |
| Baseline | 0.89 | 0.67 | 26.82 | 0.12 | 0.17 | 0.17 | 0.17 |
| PAE | 1.10 | 0.83 | 35.71 | 0.15 | 0.21 | 0.21 | 0.21 |
| Capable of Accommodating | 1.10 | 0.83 | 35.67 | 0.15 | 0.21 | 0.21 | 0.21 |
| Excludable[2] | 0.21 | 0.16 | 8.85 | 0.03 | 0.04 | 0.04 | 0.04 |
| Adjusted PAE[3] | 0.89 | 0.67 | 26.86 | 0.12 | 0.17 | 0.17 | 0.17 |
| **Emissions Increase[4]** | **0.00** | **0.00** | **0.04** | **0.00** | **0.00** | **0.00** | **0.00** |
| **P1 Boilers (B-4, B-6 and B-8)** | **0.18** | **0.57** | **0.09** | **0.02** | **0.02** | **0.02** | **0.02** |
| **P2 SRU** | **--** | **--** | **0.84** | **--** | **--** | **--** | **--** |
| **Fugitive VOCs from new components[5]** | **--** | **--** | **--** | **1.14** | **--** | **--** | **--** |
| | | | | | | | |
| **Total Emissions Increase (tpy)** | **2.45** | **3.51** | **6.33** | **1.31** | **0.23** | **0.23** | **0.23** |
| PSD/NANSR Significance Level (T5 Minor Mod Level)[6] | 100 | 40 | 40 | 40 | 25 | 15 | 10 |

[1]Not a modified emission unit and no increase in permit limits were requested. Increased emissions are from the projected increase in emissions due to increased utilization of equipment.

[2]Exludable emissions equal capable of accommodating minus baseline emissions

[3]Adjusted PAE is PAE minus excludable emissions

[4]Change in emissions (emissions increase) is adjusted PAE minus baseline or if PAE not adjusted, PAE minus baseline.

[5]New Equipment.

[6]Indicates the NANSR significance level on the date the complete minor modification application was submitted. Under the provisions of Colorado Regulation No. 3, Part X.I, a source is allowed to make the changes proposed in a complete minor modification application immediately after it is submitted (a construction permit is not required to construct or modify such source per Regulation 3, Part B, Section II.A.6). The area was classified as a serious ozone non-attainment area on January 27, 2020 and for minor modification applications submitted on and after that date, the significance level drops to 25 tons/yr of VOC or NO$_X$. Note that the area was classified as severe nonattainment for ozone on November 7, 2022.

Air Pollution Control Division
Colorado Operating Permit                                               Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                      Page 8

## H-33, H-37 Stack Replacement Project

The purpose of this modification is to replace the stacks on two of the No. 3 Crude Unit (CU) heaters, H-33 and H-37 in order to address draft issues with both of the heaters that cause safety problems, flame instability during high or shifting winds, inaccurate oxygen readings and reduced efficiency. In addition, the existing burners on H-37 will be replaced with ultra-low $NO_X$ burners (ULNB). The application indicates that the design heat input rate for H-37 will not change as a result of the ULNB installation. The application indicates that with this project, the No. 3 CU design rate will increase to the safe operating level of 38,540 barrels per day (bpd), note that the previous operating level of this unit was presumed to be 37,700 bpd. The incremental increase in the processing rate of the No. 3 CU is 2,798 bpd. This is based on the projected (38,540 bpd) minus baseline (35,742 bpd) processing rate.

This project increases the design capacity of the No. 3 CU, therefore, the timeframe to monitor emissions from this project is ten years after resuming operation upon completion of the project. The H-33, H-37 Stack Replacement Project is anticipated to be completed during the 2021 Turnaround (April 2021).

Except for the new piping components, the units affected by this modification are existing units. Therefore, the major stationary source applicability test is based on a comparison of baseline actual emissions (BAE) to projected actual emissions (PAE). Emissions from new piping components were below the APEN de minimis level, therefore, a permit is not required for these components. The source did request that the $NO_X$ emission limit for H-37 be revised to reflect the ULNB.

Specific details regarding how BAE and PAE were determined can be found in the technical review document prepared for the **July 9, 2024** renewal Title V permit.

The resulting emissions increases for the project are shown below:

| Emission Unit/ Value | H-33, H-37 Stack Replacement Emissions (tons/yr) | | | | | | |
|---|---|---|---|---|---|---|---|
| | CO | NOx | SO₂ | VOC | PM (f)[1] | PM₁₀ (t)[2] | PM₂.₅ (t)[2] |
| | tpy | tpy | tpy | tpy | tpy | tpy | tpy |
| **No.1 FCCU** | | | | | | | |
| Baseline | 4.67 | 50.82 | 25.39 | 25.74 | 55.52 | 76.34 | 74.71 |
| PAE | 12.34 | 60.03 | 33.51 | 28.65 | 62.86 | 86.43 | 84.59 |
| Capable of Accommodating | 12.33 | 59.95 | 33.47 | 28.61 | 62.77 | 86.31 | 84.47 |
| Excludable[3] | 7.66 | 9.13 | 8.07 | 2.87 | 7.25 | 9.97 | 9.76 |
| Adjusted PAE[4] | 4.69 | 50.90 | 25.44 | 25.78 | 55.60 | 76.46 | 74.83 |
| **Emissions Increase[5]** | **0.02** | **0.08** | **0.05** | **0.04** | **0.08** | **0.12** | **0.11** |
| **No. 2 FCCU** | | | | | | | |
| Baseline | 3.37 | 26.78 | 12.36 | 9.53 | 19.14 | 26.32 | 25.76 |
| PAE | 9.25 | 33.41 | 19.79 | 11.33 | 23.16 | 31.85 | 31.17 |
| Capable of Accommodating | 9.06 | 32.73 | 19.39 | 11.10 | 22.69 | 31.20 | 30.54 |
| Excludable[3] | 5.69 | 5.96 | 7.03 | 1.57 | 3.55 | 4.88 | 4.78 |
| Adjusted PAE[4] | 3.56 | 27.46 | 12.76 | 9.76 | 19.61 | 26.97 | 26.39 |
| **Emissions Increase[5]** | **0.19** | **0.68** | **0.40** | **0.23** | **0.47** | **0.65** | **0.63** |
| **No. 1 and No. 2 SRU** | | | | | | | |
| Baseline | 0.93 | 0.69 | 17.02 | 0.12 | 0.17 | 0.17 | 0.17 |

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                                                    Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                                                           Page 9

| Emission Unit/ Value | H-33, H-37 Stack Replacement Emissions (tons/yr) | | | | | | |
|---|---|---|---|---|---|---|---|
| | CO | NOx | SO$_2$ | VOC | PM (f)[1] | PM$_{10}$ (t)[2] | PM$_{2.5}$ (t)[2] |
| | tpy | tpy | tpy | tpy | tpy | tpy | tpy |
| PAE | 0.99 | 0.74 | 18.38 | 0.13 | 0.18 | 0.18 | 0.18 |
| **Emissions Increase[6]** | **0.07** | **0.05** | **1.36** | **0.01** | **0.01** | **0.01** | **0.01** |
| **N0. 3 SRU** | | | | | | | |
| Baseline | 0.51 | 0.60 | 40.34 | 0.03 | 0.05 | 0.05 | 0.05 |
| PAE | 0.51 | 0.61 | 44.71 | 0.03 | 0.05 | 0.05 | 0.05 |
| **Emissions Increase[6]** | **0.01** | **0.01** | **4.37** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Heaters[7]** | | | | | | | |
| Baseline[8] | 169.21 | 202.97 | 6.14 | 13.39 | 19.40 | 19.50 | 19.00 |
| PAE[8] | 175.75 | 212.54 [200.36] | 6.54 | 14.06 | 20.33 | 20.33 | 20.33 |
| **Emissions Increase[6, 7, 8]** | **6.54** | **9.57 [8.03]** | **0.41** | **0.67** | **0.93** | **0.93** | **0.93** |
| **Tanks[9]** | | | | | | | |
| Baseline | -- | -- | -- | 10.66 | -- | -- | -- |
| PAE | -- | -- | -- | 15.06 | -- | -- | -- |
| **Emissions Increase** | **--** | **--** | **--** | **4.39** | **--** | **--** | **--** |
| **No. 1 Cat Poly** | | | | | | | |
| Baseline | -- | -- | -- | -- | 1.17 | 1.17 | 1.17 |
| PAE | -- | -- | -- | -- | 1.18 | 1.18 | 1.18 |
| **Emissions Increase[6]** | **--** | **--** | **--** | **--** | **0.01** | **0.01** | **0.01** |
| **No. 2 Cat Poly** | | | | | | | |
| Baseline | -- | -- | -- | -- | 1.86 | 1.86 | 1.86 |
| PAE | -- | -- | -- | -- | 1.87 | 1.87 | 1.87 |
| **Emissions Increase[6]** | **--** | **--** | **--** | **--** | **0.01** | **0.01** | **0.01** |
| **WWTP** | | | | | | | |
| Baseline | -- | -- | -- | 5.03 | -- | -- | -- |
| PAE | -- | -- | -- | 5.38 | -- | -- | -- |
| **Emissions Increase[6]** | **--** | **--** | **--** | **0.35** | **--** | **--** | **--** |
| **New Fugitive Emissions** | | | | | | | |
| **Emissions Increase** | **--** | **--** | **--** | **0.29** | **--** | **--** | **--** |
| **Plant 1 Truck Loading Rack** | | | | | | | |
| **Emissions Increase** | **0.65** | **0.14** | **0.00** | **0.74** | **0.00** | **0.00** | **0.00** |
| | | | | | | | |
| **Total Project Emissions Increase** | **7.47** | **10.53 [8.99]** | **6.59** | **6.73** | **1.52** | **1.73** | **1.71** |
| PSD/NANSR Significance Level (T5 Minor Mod Level)[10] | 100 | 25 | 40 | 25 | 25 | 15 | 10 |

[1]Condensable PM is not included for purposes of PSD/NANSR applicability for the FCCU (not required, see footnote 2). PM emissions from fuel burning equipment includes condensable PM.

[2]Includes filterable plus condensable particulate matter. Per Reg 3, Part D, Section II.A.40.g condensable PM is included in PM$_{10}$ and PM$_{2.5}$ for purposes of PSD/NANSR applicability.

[3]Excludable emissions equals capable of accommodating minus baseline

[4]Adjusted PAE equals PAE minus excludable emissions.

[5]Change in emissions is adjusted PAE minus baseline.

---

Permit Number: 96OPAD120                                                              First Issued: 8/1/04
                                                                                       Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests

Appendix K

Page 10

| Emission Unit/ Value | H-33, H-37 Stack Replacement Emissions (tons/yr) | | | | | | |
|---|---|---|---|---|---|---|---|
| | CO | NOx | SO$_2$ | VOC | PM (f)[1] | PM$_{10}$ (t)[2] | PM$_{2.5}$ (t)[2] |
| | tpy | tpy | tpy | tpy | tpy | tpy | tpy |

[6]Change in emissions is PAE minus baseline.

[7]Values shown include PAE for H-37 as if ULNB were not installed. Values in brackets "[ ]" show emissions with ULNB installed on H-37.

[8]A detailed summary of BAE, PAE and the change in emissions for the heaters is included below.

[9]Affected tanks are T-67, T-72, T-144, T-775, T-776, T-777 and T-2010.

[10]Indicates the NANSR significance level for a serious ozone nonattainment area. The area was classified as a serious ozone nonattainment area on January 27, 2020. Note that the area was classified as severe nonattainment for ozone on November 7, 2022.

<u>Heater Summary</u>

Details on BAE, PAE and the change in emissions associated with the heaters are shown in the tables below.

**Combined Heater Baseline Emissions**

| Heater | NOx | CO | VOC | PM | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ |
|---|---|---|---|---|---|---|---|
| | tpy | tpy | tpy | tpy | tpy | tpy | tpy |
| H-13 | 2.10 | 1.77 | 0.12 | 0.16 | 0.16 | 0.16 | 0.04 |
| H-33 | 1.15 | 1.85 | 0.12 | 0.17 | 0.17 | 0.17 | 0.04 |
| H-17 | 17.22 | 14.41 | 0.95 | 1.31 | 1.31 | 1.31 | 0.33 |
| H-37 | 19.59 | 16.39 | 1.08 | 1.49 | 1.49 | 1.49 | 0.38 |
| H-6 | 1.12 | 1.88 | 0.12 | 0.17 | 0.17 | 0.17 | 0.04 |
| H-11 | 13.67 | 11.48 | 0.75 | 1.04 | 1.04 | 1.04 | 0.22 |
| H-27 | 35.83 | 30.09 | 1.97 | 2.72 | 2.72 | 2.72 | 0.58 |
| H-20 | 3.85 | 3.24 | 0.21 | 0.29 | 0.29 | 0.29 | 0.06 |
| H-10 | 8.83 | 7.42 | 0.49 | 0.67 | 0.67 | 0.67 | 0.15 |
| H-19 | 5.74 | 3.92 | 0.26 | 0.36 | 0.36 | 0.36 | 0.09 |
| H-31 | 7.28 | 3.70 | 0.33 | 0.83 | 0.83 | 0.83 | 0.12 |
| H-32 | 9.91 | 5.04 | 0.45 | 1.13 | 1.13 | 1.13 | 0.15 |
| H-1716 | 2.54 | 3.39 | 0.46 | 0.63 | 0.63 | 0.63 | 0.16 |
| H-1717 | 1.93 | 2.58 | 0.35 | 0.48 | 0.48 | 0.48 | 0.13 |
| H-22 | 12.16 | 10.21 | 0.67 | 0.92 | 0.92 | 0.92 | 0.20 |
| H-2410 | 4.51 | 4.230 | 0.58 | 0.80 | 0.80 | 0.80 | 0.20 |
| H-28 – H-30 | 14.57 | 24.39 | 1.60 | 2.21 | 2.21 | 2.21 | 0.57 |
| H-401 - H-403 | 37.60 | 20.05 | 2.70 | 3.73 | 3.73 | 3.73 | 2.47 |
| H-201 | 3.36 | 3.10 | 0.20 | 0.28 | 0.28 | 0.28 | 0.20 |
| Total | 202.97 | 169.21 | 13.39 | 19.40 | 19.40 | 19.40 | 6.14 |

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                          Page 11

**Combined Heater Projected Emissions**

| Heater | NOx | CO | VOC | PM | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ |
|---|---|---|---|---|---|---|---|
|  | tpy | tpy | tpy | tpy | tpy | tpy | tpy |
| H-13 | 2.27 | 1.90 | 0.13 | 0.17 | 0.17 | 0.17 | 0.04 |
| H-33 | 1.24 | 2.00 | 0.13 | 0.18 | 0.18 | 0.18 | 0.05 |
| H-17 | 18.57 | 15.54 | 1.02 | 1.41 | 1.41 | 1.41 | 0.36 |
| H-37[1] | 21.13 [8.95] | 17.68 | 1.16 | 1.61 | 1.61 | 1.61 | 0.41 |
| H-6 | 1.12 | 1.88 | 0.12 | 0.17 | 0.17 | 0.17 | 0.04 |
| H-11 | 13.67 | 11.48 | 0.75 | 1.04 | 1.04 | 1.04 | 0.22 |
| (H-27 | 35.83 | 30.09 | 1.97 | 2.72 | 2.72 | 2.72 | 0.58 |
| H-20 | 3.90 | 3.28 | 0.21 | 0.30 | 0.30 | 0.30 | 0.06 |
| H-10 | 9.02 | 7.58 | 0.50 | 0.69 | 0.69 | 0.69 | 0.15 |
| H-19 | 5.86 | 4.01 | 0.26 | 0.36 | 0.36 | 0.36 | 0.09 |
| H-31 | 7.31 | 3.71 | 0.33 | 0.83 | 0.83 | 0.83 | 0.12 |
| H-32 | 9.94 | 5.05 | 0.45 | 1.13 | 1.13 | 1.13 | 0.16 |
| H-1716 | 2.67 | 3.56 | 0.48 | 0.66 | 0.66 | 0.66 | 0.17 |
| H-1717 | 2.02 | 2.69 | 0.36 | 0.50 | 0.50 | 0.50 | 0.13 |
| H-22 | 12.18 | 10.23 | 0.67 | 0.93 | 0.93 | 0.93 | 0.20 |
| H-2410 | 4.76 | 4.53 | 0.61 | 0.84 | 0.84 | 0.84 | 0.22 |
| H-28 - H-30 | 14.59 | 24.42 | 1.61 | 2.22 | 2.22 | 2.22 | 0.57 |
| H-401 - H-403 | 43.02 | 22.94 | 3.09 | 4.27 | 4.27 | 4.27 | 2.76 |
| H-201 | 3.44 | 3.17 | 0.21 | 0.29 | 0.29 | 0.29 | 0.19 |
| Total | 212.54 [200.36] | 175.75 | 14.06 | 20.33 | 20.33 | 20.33 | 6.54 |

[1]Projected emissions for heater H-37 are as if ULNB were not installed. Values in brackets "[ ]" show projected
emissions for heater H-37 with ULNB.

**Combined Heater Change in Emissions (Projected – Baseline)**

| Heater | NOx | CO | VOC | PM | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ |
|---|---|---|---|---|---|---|---|
|  | tpy | tpy | tpy | tpy | tpy | tpy | tpy |
| H-13 | 0.17 | 0.13 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 |
| H-33 | 0.09 | 0.14 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 |
| H-17 | 1.35 | 1.13 | 0.07 | 0.10 | 0.10 | 0.10 | 0.03 |
| H-37[1] | 1.54 [-10.64] | 1.28 | 0.08 | 0.12 | 0.12 | 0.12 | 0.03 |
| H-6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| H-11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| H-27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| H-20 | 0.05 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| H-10 | 0.19 | 0.16 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 |
| H-19 | 0.13 | 0.09 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 |
| H-31 | 0.02 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| H-32 | 0.03 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Air Pollution Control Division
Colorado Operating Permit                                                     Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                           Page 12

**Combined Heater Change in Emissions (Projected – Baseline)**

| Heater | NOx | CO | VOC | PM | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ |
|--------|-----|-----|-----|-----|-----|-----|-----|
| **H-1716** | 0.13 | 0.17 | 0.02 | 0.03 | 0.03 | 0.03 | 0.01 |
| **H-1717** | 0.09 | 0.12 | 0.02 | 0.02 | 0.02 | 0.02 | 0.00 |
| **H-22** | 0.02 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **H-2410** | 0.25 | 0.24 | 0.03 | 0.04 | 0.04 | 0.04 | 0.02 |
| **H-28 - H-30** | 0.02 | 0.03 | 0.01 | 0.01 | 0.01 | 0.01 | -0.01 |
| **H-401 - H-403** | 5.42 | 2.89 | 0.39 | 0.54 | 0.54 | 0.54 | 0.29 |
| **H-201** | 0.08 | 0.07 | 0.01 | 0.01 | 0.01 | 0.01 | -0.01 |
| **Total Change in emissions[1, 2]** | 9.57 [8.03] | 6.54 | 0.67 | 0.93 | 0.93 | 0.93 | 0.41 |

[1]The change in emissions shown for H-37 is as if ULNB not installed. Values in brackets "[ ]" show the change in emissions with ULNB installed on H-37.

[2] Suncor is not requesting credit for reductions in emissions (shown in red) at this time. Reductions are shown in red. Therefore, any decreases in emissions resulting from this project are set to zero for NSR/PSD analysis.

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                         Page 13

## Reformulated Gasoline (RFG) Project

The purpose of this modification is to approve the necessary modifications to the facility to allow Suncor to produce reformulated gasoline (RFG). Since the Denver Metro/North Front Range (DMNFR) ozone non-attainment area is expected to be downgraded from serious to severe, Suncor will be required to meet the more stringent requirements RFG during the ozone season (May 1 – September 15). RFG has a lower reid vapor pressure (RVP) than the current summer gasoline requirements and are expected to reduce VOC emissions.in the DMVFR area.

In order to meet the RFG requirements, Suncor will need to import more high quality, low RVP blend stocks and decrease the amount of higher RVP blend stocks. Suncor anticipates importing alkylate or iso-octane for blending and exporting light straight run (LSR) gasoline and n-butane. The application indicates that the alkylate/iso-octane would be bottom off-loaded at the Plant 2 rail rack using gravity and pumps, so there will be no venting of emissions to the atmosphere or the rail rack flare (emissions would be realized at the storage tank). Alkylate/iso-octane would be routed to Tank T-28 at Plant 2, transferred to the Plant 1 online blender system and then to one of the finished product storage tanks at Plant 1. Physical modifications will be made to the Plant 1 rail rack to allow for off-loading of alkylate/iso-octane. In addition, new piping components will be installed o accommodate a change in service for various storage tanks. More details on the changes can be found in the technical review document to support the **July 9, 2024** renewal permit.

This project does not increase the design capacity or potential to emit, therefore, the <u>timeframe to monitor emissions from this project is five years</u> after resuming operation upon completion of the project. The RFG project is anticipated to be completed by March 2023.

The applicability analysis related to the RFG modification is included in this appendix. The RFG modification also affected equipment located at Plant 2 of the refinery which is addressed in a separate Title V permit (95OPAD108) but is included here to show the complete analysis.

Except for the new piping components and Tank 24 at Plant 2, which is being returned to service, the units affected by this modification are existing units. Therefore, the major stationary source applicability test is based on a comparison of baseline actual emissions (BAE) to projected actual emissions (PAE). Note that projected actual emissions for the Plant 2 rail rack and the Plant 1 truck rack are based on current permitted emissions. Potential to emit for Tank 24 (Plant 2) was below the APEN de minimis level (1 ton/yr VOC), so an emission limit will not be included in the Plant 2 permit for that tank. Permit limits will be included in both Title V permits for new piping components.

Specific details regarding how BAE and PAE were determined can be found in the technical review document prepared to support the **July 9, 2024** renewal permit.

The resulting emissions increases for the project are shown below:

Permit Number: 96OPAD120                                      First Issued: 8/1/04
                                                             Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability Tests

Appendix K

Page 14

| Emission Unit/Value | VOC | NOx | PM (f)[1] | PM$_{10}$ (t)[2] | PM$_{2.5}$ (t)[2] | CO | SO$_2$ |
|---|---|---|---|---|---|---|---|
| | tpy | tpy | tpy | tpy | tpy | tpy | tpy |
| **Plant 2 Rail Rack** | | | | | | | |
| Baseline | 24.71 | 0.73 | 0.08 | 0.08 | 0.08 | 3.34 | 0.00 |
| PAE | 37.80 | 1.10 | 0.13 | 0.13 | 0.13 | 5.00 | 0.00 |
| Capable of Accommodating | 26.99 | 0.82 | 0.09 | 0.09 | 0.09 | 3.73 | 0.00 |
| Excludable[3] | 2.27 | 0.09 | 0.01 | 0.01 | 0.01 | 0.39 | 0.00 |
| Adjusted PAE[4] | 35.53 | 1.01 | 0.12 | 0.12 | 0.12 | 4.61 | 0.00 |
| **Emissions Increase[5]** | **10.81** | **0.28** | **0.03** | **0.03** | **0.03** | **1.27** | **0.00** |
| **Plant 1 Truck Rack** | | | | | | | |
| Baseline | 20.78 | 2.10 | 0.35 | 0.35 | 0.35 | 11.30 | 0.00 |
| PAE - Project Only[6] | 3.10 | 0.74 | 0.08 | 0.08 | 0.08 | 3.39 | 0.00 |
| PAE | 26.56 | 5.10 | 0.56 | 0.56 | 0.56 | 23.25 | 0.00 |
| Capable of Accommodating | 23.80 | -- | -- | -- | -- | -- | -- |
| Excludable[3] | 3.02 | -- | -- | -- | -- | -- | -- |
| Adjusted PAE (APAE)[4] | 23.54 | 5.10 | 0.56 | 0.56 | 0.56 | 23.25 | 0.00 |
| **Emissions Increase[7]** | **3.10** | **3.00** | **0.21** | **0.21** | **0.21** | **11.95** | **0.00** |
| **No. 1 FCCU** | | | | | | | |
| Baseline | 25.74 | 50.82 | 55.52 | 76.34 | 74.71 | 4.67 | 25.39 |
| PAE | 28.63 | 59.99 | 62.81 | 86.37 | 84.53 | 12.34 | 33.49 |
| Capable of Accommodating | 28.61 | 59.95 | 62.77 | 86.31 | 84.47 | 12.33 | 33.47 |
| Excludable[3] | 2.87 | 9.13 | 7.25 | 9.97 | 9.76 | 7.66 | 8.07 |
| Adjusted PAE[4] | 25.76 | 50.86 | 55.56 | 76.40 | 74.77 | 4.68 | 25.42 |
| **Emissions Increase[5]** | **0.02** | **0.04** | **0.04** | **0.06** | **0.06** | **0.01** | **0.02** |
| **No. 2 FCCU** | | | | | | | |
| Baseline | 9.53 | 26.78 | 19.14 | 26.32 | 25.76 | 3.37 | 12.36 |
| PAE | 11.11 | 32.77 | 22.72 | 31.24 | 30.57 | 9.07 | 19.41 |
| Capable of Accommodating | 11.10 | 32.73 | 22.69 | 31.20 | 30.54 | 9.06 | 19.39 |
| Excludable[3] | 1.57 | 5.96 | 3.55 | 4.88 | 4.78 | 5.69 | 7.03 |
| Adjusted PAE[4] | 9.54 | 26.81 | 19.17 | 26.36 | 25.80 | 3.38 | 12.38 |
| **Emissions Increase[5]** | **0.01** | **0.04** | **0.03** | **0.04** | **0.04** | **0.01** | **0.02** |
| **No. 3 SRU** | | | | | | | |
| Baseline | 0.03 | 0.60 | 0.05 | 0.05 | 0.05 | 0.51 | 40.34 |
| PAE | 0.03 | 0.60 | 0.05 | 0.05 | 0.05 | 0.51 | 44.19 |
| **Emissions Increase[8]** | **1.11E-04** | **2.02E-03** | **1.66E-03** | **1.66E-03** | **1.66E-03** | **0.00** | **3.85** |
| **No. 2 Cat Poly** | | | | | | | |
| Baseline Emissions | -- | -- | 1.86 | 1.86 | 1.86 | -- | -- |
| Projected Actual Emissions | -- | -- | 1.86 | 1.86 | 1.86 | -- | -- |
| **Emissions Increase[8]** | **--** | **--** | **1.17E-03** | **1.17E-03** | **1.17E-03** | **--** | **--** |
| **Hydrogen Plant (H-2101)** | | | | | | | |
| Baseline Emissions | 4.76 | 35.94 | 6.65 | 6.65 | 6.65 | 1.08 | 0.80 |
| Projected Actual Emissions | 5.09 | 45.61 | 7.03 | 7.03 | 7.03 | 1.13 | 0.84 |
| **Emissions Increase[8]** | **0.33** | **9.68** | **0.38** | **0.38** | **0.38** | **0.05** | **0.04** |
| **Tanks[9]** | | | | | | | |
| Baseline Emissions | 20.20 | -- | -- | -- | -- | -- | -- |
| Projected Actual Emissions | 24.38 | -- | -- | -- | -- | -- | -- |
| **Emissions Increase[8]** | **5.76** | **--** | **--** | **--** | **--** | **--** | **--** |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                   Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                        Page 15

| Emission Unit/Value | VOC | NOx | PM (f)[1] | PM₁₀ (t)[2] | PM₂.₅ (t)[2] | CO | SO₂ |
|---|---|---|---|---|---|---|---|
| | tpy | tpy | tpy | tpy | tpy | tpy | tpy |
| **Heaters** | | | | | | | |
| Baseline Emissions[10] | 9.44 | 143.02 | 13.20 | 13.20 | 13.20 | 136.92 | -- |
| Projected Actual Emissions[10] | 9.57 | 144.17 | 13.37 | 13.37 | 13.37 | 138.08 | -- |
| **Emissions Increase[10]** | **0.13** | **1.15** | **0.18** | **0.18** | **0.18** | **1.16** | **0.05** |
| **Plants 1/3 New Fugitive Emissions** | | | | | | | |
| **Emissions Increase[11]** | **0.81 [0.95[** | -- | -- | -- | -- | -- | -- |
| **Plant 2 New Fugitive Emissions** | | | | | | | |
| **Emissions Increase[11]** | **2.21 [2.61[** | -- | -- | -- | -- | -- | -- |
| | | | | | | | |
| **Emissions Increase** | **23.18 [23.72[** | **14.19** | **0.87** | **0.90** | **0.90** | **14.45** | **3.99** |
| PSD/NANSR Significance Level (T5 Minor Mod Level)[12] | **25** | **25** | **25** | **15** | **10** | **100** | **40** |

[1]Condensable PM is not included for purposes of PSD/NANSR applicability for the FCCU (not required, see footnote 2). PM emissions from fuel burning equipment includes condensable PM.

[2]Includes filterable plus condensable particulate matter. Per Reg 3, Part D, Section II.A.40.g condensable PM is included in PM₁₀ and PM₂.₅ for purposes of PSD/NANSR applicability.

[3]Excludable emissions equals capable of accommodating minus baseline

[4]Adjusted PAE equals PAE minus excludable emissions.

[5]Change in emissions is adjusted PAE minus baseline.

[6]PAE was determined for project emissions only.

[7]Capable of accommodating emissions were only used to estimate VOC emission increases. Emissions increases for all pollutants except VOC are based on PAE minus baseline. The increase in emissions determined from the applicability analysis cannot exclude emissions from the project. VOC emissions determined by subtracting adjusted PAE minus baseline are less than emissions from the project, so the increase is determined to be emissions from the project.

[8]Change in emissions is PAE minus baseline.

[9]Affected tanks are: Plants 1/3: T-34, T-67, T-72, T-77, T-144, T-775, T-776, T-777 and T-2010 and Plant 2: T-6, T-24, T-25 and T-28. Note that T-24 is treated as a "new" tank, since it is being returned to service. Potential to Emit for that tank was used (0.14 tpy VOC) and since it was below the APEN de minimis level emission limits will not be included for that tank.

[10]A detailed summary of BAE, PAE and the change in emissions for the heaters is included below.

[11]New equipment. Emission increases are based on potential (requested) emissions (actual emission = 0 for new equipment). Note that the source claimed a 100% control level for several pumps by installing technology beyond the requirements for NSPS GGGa, thus the values in brackets "[ ]" represent emissions based on controls estimated for the NSPS GGGa leak detection and control requirements.

[12]Indicates the NANSR significance level for a serious ozone nonattainment area. The area was classified as a serious ozone nonattainment area on January 27, 2020. Note that the area was classified as severe nonattainment for ozone on November 7, 2022.

Air Pollution Control Division
Colorado Operating Permit                                                  Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                      Page 16

Heater Summary

Details on BAE, PAE and the change in emissions associated with the heaters are shown in the tables below.

**Combined Heater Baseline Emissions**

| Heater | NOx | CO | VOC | PM | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ |
|--------|-----|-----|-----|-----|------|-------|------|
|        | tpy | tpy | tpy | tpy | tpy  | tpy   | tpy  |
| H-101  | 34.94 | 34.52 | 2.27 | 3.14 | 3.14 | 3.14 | 2.17 |
| H-103  | 4.43 | 2.37 | 0.32 | 0.59 | 0.59 | 0.59 | 0.30 |
| H-6    | 1.12 | 1.88 | 0.12 | 0.17 | 0.17 | 0.17 | 0.04 |
| H-11   | 13.67 | 11.48 | 0.75 | 1.04 | 1.04 | 1.04 | 0.22 |
| H-27   | 35.83 | 30.09 | 1.97 | 2.72 | 2.72 | 2.72 | 0.58 |
| H-20   | 3.85 | 3.24 | 0.21 | 0.29 | 0.29 | 0.29 | 0.06 |
| H-10   | 8.83 | 7.42 | 0.49 | 0.67 | 0.67 | 0.67 | 0.15 |
| H-19   | 5.74 | 3.92 | 0.26 | 0.36 | 0.36 | 0.36 | 0.09 |
| H-22   | 12.16 | 10.21 | 0.67 | 0.92 | 0.92 | 0.92 | 0.20 |
| H-2410 | 4.51 | 4.30 | 0.58 | 0.80 | 0.80 | 0.80 | 0.20 |
| H-28/29/30 | 14.57 | 24.39 | 1.60 | 2.21 | 2.21 | 2.21 | 0.57 |
| H-201  | 3.36 | 3.10 | 0.20 | 0.28 | 0.28 | 0.28 | 0.20 |
| Total  | 143.02 | 136.92 | 9.44 | 13.20 | 13.20 | 13.20 | 4.79 |

**Combined Heater Projected Emissions**

| Heater | NOx | CO | VOC | PM | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ |
|--------|-----|-----|-----|-----|------|-------|------|
|        | tpy | tpy | tpy | tpy | tpy  | tpy   | tpy  |
| H-101  | 35.05 | 34.62 | 2.28 | 3.15 | 3.15 | 3.15 | 2.11 |
| H-103  | 4.46 | 2.38 | 0.32 | 0.60 | 0.60 | 0.60 | 0.30 |
| H-6    | 1.13 | 1.88 | 0.12 | 0.17 | 0.17 | 0.17 | 0.04 |
| H-11   | 13.69 | 11.50 | 0.75 | 1.04 | 1.04 | 1.04 | 0.22 |
| H-27   | 35.88 | 30.14 | 1.97 | 2.73 | 2.73 | 2.73 | 0.58 |
| H-20   | 3.88 | 3.26 | 0.21 | 0.29 | 0.29 | 0.29 | 0.06 |
| H-10   | 8.85 | 7.44 | 0.49 | 0.67 | 0.67 | 0.67 | 0.14 |
| H-19   | 5.75 | 3.93 | 0.26 | 0.36 | 0.36 | 0.36 | 0.09 |
| H-22   | 12.17 | 10.22 | 0.67 | 0.92 | 0.92 | 0.92 | 0.20 |
| H-2410 | 5.22 | 4.97 | 0.67 | 0.93 | 0.93 | 0.93 | 0.24 |
| H-28/29/30 | 14.72 | 24.64 | 1.62 | 2.24 | 2.24 | 2.24 | 0.57 |
| H-201  | 3.37 | 3.10 | 0.20 | 0.28 | 0.28 | 0.28 | 0.19 |
| Total  | 144.17 | 138.08 | 9.57 | 13.37 | 13.37 | 13.37 | 4.76 |

Air Pollution Control Division
Colorado Operating Permit                                                              Appendix K
Prevention of Significant Deterioration (PSD) and Non-Attainment New Source Review (NANSR) Applicability
Tests                                                                                   Page 17

**Combined Heater Change in Emissions (Projected – Baseline)**

| Heater | NOx | CO | VOC | PM | PM₁₀ | PM₂.₅ | SO₂ |
|---|---|---|---|---|---|---|---|
| | tpy | tpy | tpy | tpy | tpy | tpy | tpy |
| **H-101** | 0.10 | 0.10 | 0.01 | 0.01 | 0.01 | 0.01 | -0.06 |
| **H-103** | 0.03 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 |
| **H-6** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **H-11** | 0.02 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **H-27** | 0.06 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| **H-20** | 0.02 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **H-10** | 0.02 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **H-19** | 0.02 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **H-22** | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **H-2410** | 0.71 | 0.67 | 0.09 | 0.12 | 0.12 | 0.12 | 0.04 |
| H-28/29/30 | 0.15 | 0.25 | 0.02 | 0.03 | 0.03 | 0.03 | 0.00 |
| **H-201** | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 |
| **Total Change in emissions**[1] | 1.15 | 1.16 | 0.13 | 0.18 | 0.18 | 0.18 | 0.05 |

[1] Suncor is not requesting credit for reductions in emissions (shown in red) at this time. Reductions are shown in red.
Therefore, any decreases in emissions resulting from this project are set to zero for NSR/PSD analysis.

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                      Appendix L
Analyses of Emissions Increases from Various Suncor Projects                     Page 1

# APPENDIX L

## Analyses of Emissions Increases from Various Suncor Projects

## GBR Unit Project

In order to meet the Mobile Air Source Toxics rule, which required refiners to reduce the benzene concentration in gasoline, in October 2009 the source submitted an application to install the GBR process unit. The GBR process unit converts benzene in reformate to cyclohexane. The GBR Unit Project was permitted as a minor source in the summer of 2010. Permitted emissions from new equipment associated with the project were kept below the significance level due to throughput limits. As a result, if emissions from the new or modified equipment associated with the project (included in Colorado Construction Permits 09AD1351, 09AD1352 and 10AD1768) are relaxed above the significance level, the PSD review requirements apply. The emissions increases from the project are shown in the table below.

| | Emissions (tons/yr) | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | PM | $PM_{10}/PM_{2.5}$ | $SO_2$ | $NO_X$ | CO | VOC |
| Process Heater H-2410 (GBR unit reboiler, 09AD1351) | 1.7 | 1.7 | 2.7 | 9.50 | 9.0 | 1.2 |
| GBR project fugitive VOC emissions from equipment leaks (F114, 09AD1352)[1] | | | | | | 9.31 |
| GBR Project Flare (F3, 10AD1768) | 1.6 | 1.6 | 0.18 | 14.2 | 60.5 | 27.1 |
| Boiler B-4[2, 3, 4] | 0.08 | 0.08 | 0.35 | 4.90 [0.65] | 0.9 | 0.06 |
| Boiler B-6[2] | 0.08 | 0.08 | 0.34 | 0.41 | 0.41 | 0.06 |
| Boiler B-8[2] | 0.08 | 0.08 | 0.34 | 0.42 | 0.42 | 0.06 |
| Y-3 Cooling Water Tower[2, 5] | 0.09 | 0.09 | | | | 0.39 |
| Process Heater H-2101 (Hydrogen Plant)[2] | 1.62 | 1.62 | 1.52 | 7.83 | 8.70 | 1.17 |
| | | | | | | |
| Total[6] | 5.25 | 5.25 | 5.43 | 37.26 [33.01] | 79.93 | 39.35 |
| Significance Level[7] | 25 | 15/10 | 40 | 40 | 100 | 40 |

[1]Suncor submitted additional info on May 23, 2011 indicating that additional components were installed due to a modification in the design, VOC emissions from the new components were estimated at 0.07 tons/yr. This was discussed in the technical review document of the renewal but the emission limit for the piping components was not correct. The correction will be made with this renewal.

[2]GBR Project non-modified existing equipment at initial permitting (construction permits issued July 22 and August 13, 2010).

[3] $NO_X$ emissions are based on the emission factor (0.464 lb/MMBtu) from the February 22, 2018 performance test.

[4]Values in brackets reflect $NO_X$ emissions based on the emission factor (0.06 lb/MMBtu) relied upon in the Construction Permit (20AD0714) issued on November 23, 2020 for Boiler B-4. Ultra-low $NO_X$ burners (ULNB) were installed on Boiler B-4 to meet emission limits in Regulation No. 7 and Regulation No. 23.

[5]VOC emissions based on current emission calculation methodology for Y-3 cooling tower (El Paso Method, 9.65 ppmv VOC).

[6]Total VOC does not include emissions from new piping components identified in the February 6, 2018 application, as this is "new" equipment. The Division considers that the source obligation provisions apply to equipment installed for the initial permits. Nevertheless, if emissions from these components (0.38 tpy VOC) are included the total would still be below the significance level (39.73 tpy)

[7]Indicates the NANSR significance level on the dates the initial construction permits were issued for the GBR project and the complete minor modification application for the modification to the GBR flare was submitted. Under the provisions of Colorado Regulation No. 3, Part X.I, a source is allowed to make the changes proposed in a complete minor modification application immediately after it is submitted (a construction permit is not required to construct or modify such source per Regulation 3, Part B, Section II.A.6). The area was designated as a serious ozone non-attainment area

---

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                   Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                                              Appendix L
Analyses of Emissions Increases from Various Suncor Projects                                  Page 2

on January 27, 2020 and for minor modification applications submitted after that date, the significance level drops to 25 tons/yr of VOC or NOx. Note that the area was classified as severe nonattainment for ozone on November 7, 2022.

Air Pollution Control Division
Colorado Operating Permit
Analyses of Emissions Increases from Various Suncor Projects

Appendix L
Page 3

**Clean Fuels Project**

The source submitted the Clean Fuels Project (CFP) application in January 2004 (revised in February and March 2004) to modify the refinery in order to meet federal requirements to produce low-sulfur gasoline and diesel fuel. The low sulfur fuels must be available in mid-2006. In conjunction with the CFP the source also made some of the modifications required by the Consent Decree (H-01-4430, entered April 30, 2002, Amended August 8, 2003 and October 2006). In addition, the No. 3 Crude Unit (Asphalt Unit) was modified with new metallurgy to process more corrosive (higher acid content) crudes, such as the crude oil derived from oil sands. The CFP involved modifications to existing equipment, as well as new equipment ($H_2$ Plant, new hydrodesulfurization (HDS) unit (No. 4 HDS), new cooling tower, new tank, new tail gas unit and tail gas incinerator as well as new piping components than piping components such as valves, flanges and connectors which can leak and result in emissions). Note that the CFP is referred to as Project Odyssey in some Suncor literature or references to Suncor.

Emissions from the project did not result in a significant net increase in emissions, thus avoiding PSD review requirements. As a result, if emissions from the new or modified equipment associated with the project are relaxed above the significance level, the PSD review requirements apply. The emissions increases and decreases associated with the project are shown in the table below.

| Emission Unit (AIRS pt #) | Status (new/ modified) | Construction Permit (CP) No. | Emissions Increase (tons/yr)[1] | | | | | Comments |
| | | | $PM_{10}$ | $SO_2$ | $NO_X$ | CO | VOC | |
|---|---|---|---|---|---|---|---|---|
| Boilers B-6 and B-8 (021 & 023) | modified | 02AD0326 & 02AD0327 | | | -50 | | | The boilers were modified to install low $NO_X$ burners (required by the Consent Decree (CD)). $NO_X$ & CO emissions were decreased, no change to VOC, PM & $SO_2$ emissions. The CD limited $NO_X$ reductions for netting to 50 tons/yr (see paragraph 219). The actual decrease in $NO_X$ emissions was higher. CO reductions were not necessary, so they are not included. |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Analyses of Emissions Increases from Various Suncor Projects

Appendix L
Page 4

| Emission Unit (AIRS pt #) | Status (new/ modified) | Construction Permit (CP) No. | Emissions Increase (tons/yr)[1] | | | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | $PM_{10}$ | $SO_2$ | $NO_X$ | CO | VOC | |
| No. 2 SRU & TGU (022) | modified | | | -80.2 | -8.92 | | | The No. 2 SRU was originally addressed in CP 91AD180-3, it was equipped with a tail gas unit (TGU). Some information in the files indicates that a combustion unit was part of the TGU (presumably this is the source of the $NO_X$ emissions). Emission reductions from the No. 2 SRU were not required by the CD, so there was no restriction on reductions that could be used for netting. |
| No. 1 SRU (053) | modified | | | | | | | The No. 1 SRU was originally equipped with a tail gas incinerator (no TGU). In the CFP application Suncor indicated that decrease in $SO_2$ emission was -828 tons/yr but since upgrades to the No. 1 SRU were required by the CD, the reductions were limited to 50 tons/yr per the CD (paragraph 219). Note that the 50 ton/yr allowable reduction was not used as it was not necessary. |
| TGU Incinerator H-25 (100) | new | 04AD0111 | 0.48 | 59.72 | 1.97 | 2.63 | 0.35 | As part of the CFP project, a tail gas unit (TGU) was installed to treat tail gas from both SRUs. The treated gas leaving the TGU will be routed to an incinerator (H-25). Emissions from both SRUs are covered under H-25 (TGU incinerator). |
| No. 4 HDS Heater - H-1716 (097)[3] | new | 04AD0110 | 1.73 | 10.3 | 7.04 | 9.39 | 1.25 | The heaters have combined emission limits. For all but $SO_2$, those limits were assigned to each unit based on design rate. These values add up to the combined limit in the May 24, 2004 CP. |
| No. 4 HDS Heater H-1717 (098)[3] | new | 04AD0110 | 1.19 | | 4.84 | 6.45 | 0.86 | |
| $H_2$ Plant Heater - H-2101 (096) | new | 04AD0109 | 10.7 | 10.2 | 52.19 | 57.99 | 7.74 | |

Air Pollution Control Division
Colorado Operating Permit
Analyses of Emissions Increases from Various Suncor Projects

Appendix L
Page 5

| Emission Unit (AIRS pt #) | Status (new/ modified) | Construction Permit (CP) No. | Emissions Increase (tons/yr)[1] | | | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | PM$_{10}$ | SO$_2$ | NO$_X$ | CO | VOC | |
| H$_2$ Plant Sewers (164) | new | | | | | | 5.20 | An application was submitted on July 31, 2017 to bring the H$_2$ sewers into compliance with NSPS QQQ. In the original CFP application it was presumed that there would be no hydrocarbons in the sewer system and so drains were not included in the original application. Based on the information from the July 31, 2017 application, emissions from the H$_2$ plant sewer system should have been included in the original CFP analysis and are being included now. Emissions are based on the revised APEN submitted on November 15, 2017. |
| Tank T774 (104) | new | 04AD0114 | | | | | 0.54 | |
| Tank T777 (105) | modified | 04AD0115 | | | | | 2.57 | CP 04AD0115 issued May 24, 2004 set an emission limit of 2.75 tpy VOC. Actual emissions (2001/2003 average) were 0.18 tpy, increase in emissions is 2.75 - 0.18 = 2.57). |
| Tank T-52 (141) | modified | | | | | | -2.03 | In the original CFP application, it was presumed that VOC emissions from this tank would be zero, since the tank was being repurposed to store sour water. However, a layer of distillate floats on top of the sour water to minimize volatilization of H$_2$S, so this tank was permitted for 0.11 tpy VOC in the October 1, 2012 T5 renewal (from a minor mod application submitted on March 3, 2010). The change in emissions is 0.11 minus past (2001/2003 avg) actuals of 2.14 tpy. |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit
Analyses of Emissions Increases from Various Suncor Projects

Appendix L
Page 6

| Emission Unit (AIRS pt #) | Status (new/ modified) | Construction Permit (CP) No. | Emissions Increase (tons/yr)[1] | | | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | PM$_{10}$ | SO$_2$ | NO$_X$ | CO | VOC | |
| Y3 Cooling Tower (156) | new | | 0.5 | | | | 1.85 | No CP was issued for this unit for the CFP project. PM emissions were below 1 ton/yr & VOC emissions were not estimated. During processing of the May 7, 2014 revised T5 permit, VOC emissions were estimated and above 1 ton/yr, therefore, limits were included in the T5 permit (the cooling tower was not previously permitted). Emissions shown here are based on requested emissions from July 17, 2018 APEN. This APEN was submitted to support the H$_2$ plant sewer permit application (received July 31, 2017), in order to keep VOC emissions below the significance level. |
| Debutanizer Fugitives - F108 (091) | new | 01AD0363 | | | | | 6.80 | The construction permit for this equipment was issued on June 1, 2001. It was considered contemporaneous and included in the netting analysis (project done in 2002). |
| Asphalt Unit Fugitives - F102 (020)[2, 4] | modified | 91AD180-2 | | | | | 1.70 | VOC emissions in 5/24/2004 CP was 8.13 tpy. VOC emissions in previous CP (issued 5/17/99) was 6.43 tpy. |
| No. 2 HDS fugitives - F105 (024)[2] | modified | 91AD180-4 | | | | | 1.48 | VOC emissions in 5/24/2004 CP was 1.81 tpy. VOC emissions in previous CP (issued 5/17/99) was 0.33 tpy. |
| No. 3 HDS Fugitives - F103 (008)[2, 4] | modified | 91AD180-1 | | | | | 3.37 | VOC emissions in 5/24/2004 CP was 23.15 tpy. VOC emissions in previous CP (issued 5/17/99) was 19.78 tpy. |
| No. 4 HDS Fugitives - F109 (099)[3] | new | 04AD0110 | | | | | 7.98 | |
| Tank Farm Fugitives- F112 (103)[2] | modified | 04AD0113 | | | | | 5.27 | |
| Tank 52 Piping Fugitives | modified | | | | | | -6.83 | |
| SWS Sys. Fugitives - F111 (102)[2] | modified | 04AD0112 | | | | | 0.12 | |

Air Pollution Control Division
Colorado Operating Permit                                                                 Appendix L
Analyses of Emissions Increases from Various Suncor Projects                                    Page 7

| Emission Unit (AIRS pt #) | Status (new/ modified) | Construction Permit (CP) No. | Emissions Increase (tons/yr)[1] | | | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | PM$_{10}$ | SO$_2$ | NO$_X$ | CO | VOC | |
| Amine Sys. Fugitives - F110 (101)[2] | modified | 04AD0111 | | | | | 1.27 | |
| | | | | | | | | |
| **Total** | | | **14.60** | **0.02** | **7.12** | **76.46** | **39.49** | |
| Significance Level[5] | | | 15 | 40 | 40 | 100 | 40 | |

Note that at the time the CFP application was submitted (January 29, 2004) and the permits issued (May 24, 2004), the area in which the source is located was designated attainment or attainment maintenance for all pollutants.

[1]Emissions increase is based on requested emissions (potential to emit (PTE)) for new equipment. For modified equipment that is not noted as "fugitive", the increase is the change in requested (PTE) minus actual (average of 2001 & 2003 emissions). These are essentially the emission limitations included in the Clean Fuels Project (CFP) construction permits (issued May 24, 2004). Decreases in emissions are shown in red.

[2] Fugitive emissions from modified sources are based on the number of piping components added with this modification. This is either the difference between the limit in the May 24, 2004 permit (CFP permit) and the previous permit (for sources with an existing CP at the time the CFP application was submitted) or the limit on the permit issued on May 24, 2004 (the CFP permit).

[3]The No. 4 HDS was modified in 2010 to increase the severity of the unit in order to lower the sulfur content in diesel to 15 ppm (ultra low sulfur). For this project, the burner tips for the heaters were increased (increased heat rate of units) and additional piping components were installed. The revised CP (issued 12/30/2010) included the following emission limits: <u>Heaters:</u> PM/PM$_{10}$ = 3.15 tpy, SO$_2$ = 10.30 tpy, NO$_X$ = 12.7 tpy, CO = 16.92 tpy and VOC = 2.28 tpy and <u>Fugitives:</u> VOC = 9.68 tpy. Since these emissions increases were due to physical changes and not relaxation of limits, these increases are not included in this analysis of CFP emissions.

[4]New components were added for the No. 3 HDS fugitives - F-103 (CP revised March 1, 2006 to accommodate an additional stream from Plant 2, VOC emissions = 23.82 tpy) and additional components were added to the asphalt unit - F102 in minor modification applications submitted December 22, 2010 and April 5, 2011 (D-133 and wash water drum) that were incorporated into the October 1, 2012 Title V renewal. These modifications increased the VOC emission limit to 9.13 tpy. Since these emission increases were due to physical changes and not relaxation of limits, these increases are not included in this analysis of CFP emissions.

[5]Indicates the significance level at the time the CFP project was permitted (permits issued May 24, 2004).

Air Pollution Control Division
Colorado Operating Permit                                                          Appendix M
Thermal and Catalytic Oxidizer Compliance Assurance Monitoring Plans                      Page 1

# APPENDIX M

## Thermal and Catalytic Oxidizer Compliance Assurance Monitoring Plans

**Tank Cleaning and Degassing Thermal Oxidizer (TO)**

**I.      Background**

a.    <u>Emission Unit Description:</u>

Various Storage Tanks during Cleaning and Degassing Events

b.    <u>Applicable Regulation, Emission Limit, Monitoring Requirements:</u>

| | |
|---|---|
| Regulations: | Operating Permit Conditions 70.1.1 (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 based on requested emissions indicated on the APEN submitted on February 25, 2022.) |
| Emission Limitations: | VOC   17.2 tons/yr – **Refinery-Wide Limit** |
| Monitoring Requirements: | Thermal Oxidizer (TO) Temperature |

c.    Control Technology:

When tanks are cleaned and degassed, vapors from the activity are routed to a portable thermal oxidizer. The source relies on a contractor to provide the thermal oxidizer and clean and degas the tanks. Therefore, it is likely that the same portable oxidizer will not be used for every cleaning and degassing event.

**II.     Monitoring Approach**

| | Indicator 1 |
|---|---|
| I.  Indicator | Combustion Zone Temperature |
| Measurement Approach | The combustion zone temperature of the thermal oxidizer shall be monitored using a contiuous temperature monitoring device. |

---

Permit Number: 96OPAD120                                              First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                       Appendix M
Thermal and Catalytic Oxidizer Compliance Assurance Monitoring Plans                Page 2

| | Indicator 1 |
|---|---|
| II. Indicator Range | An excursion is defined as follows: |
| | If the TO temperature monitoring system does not have a continuous recorder, an excursion is: |
| | • any daily average temperature less than 1,400°F. |
| | • failure to record the temperature during a clock hour when tank vapors are routed to the TO. |
| | If the TO temperature monitoring system has a continuous recorder, an excursion is any day when the daily average combustion zone temperature is less than 1,400°F when cleaning and degassing emissions are being routed to the TO. |
| | When an excursion occurs, corrective actions will be initiated beginning with an evaluation of the occurrence to determine the action required to correct the situation. |
| | A history of the corrective action(s) will be maintained at the facility and made available upon request. |
| III. Performance Criteria | |
| a. Data Representativeness | The temperature sensor shall be located in the combustion zone, or in ductwork immediately downstream of the combustion zone before any substantial heat exchange occurs. The sensor shall have a minimum accuracy of +/- 1% of the temperature measured. |
| b. QA/QC Practices and Criteria | Calibration checks of the temperature sensor shall be conducted at least annually. Documentation to indicate the sensor has been calibrated within the last year and such records shall be maintained at the facility and made available to the Division upon request. |
| c. Monitoring Frequency | Continuous (at least once per hour) |
| d. Data Collection Procedures | If the temperature monitoring device is not equipped with a continuous recorder, the temperature shall be monitored and recorded at least once per clock hour during periods when tank vapors are routed to the TO. |
| | If the temperature monitoring device is equipped with a continuous recording device, daily output from the continuous recording device shall be maintained for each tank cleaning and degassing event. |
| e. Averaging Time | If hourly temperatures are recorded, the hourly recorded averages shall be used to calculate a daily average, using all the hourly readings during the day. |
| | If the temperature monitoring device is equipped with a continuous recorder, the output from the temperature recording device will be reviewed to determine the average operating temperature recorded for each day during periods when vapors are routed to the TO. This value will be used to determine whether there is an excursion. Records shall be kept of the time periods when vapors are routed to the TO. |

**III.    Justification**

a.    <u>Background:</u>

The pollutant specific emission unit is any storage tank being cleaned or degassed. A portable thermal oxidizer is used during tank cleaning and degassing events. As previously stated the source relies on a contractor to provide the portable thermal oxidizer and perform the tank cleaning and degassing. Thus a different portable thermal oxidizer may be used for tank cleaning and degassing events.

b.   <u>Rationale for Selection of Performance Indicators:</u>

The combustion zone temperature was chosen as the indicator because it is an indicator of combustion efficiency. If the chamber temperature decreases significantly, complete combustion may not occur. By maintaining the operating temperature at or above the minimum, a level of control efficiency can be expected to be achieved. In this case, the efficiency is expected to be 95 percent or greater.

c.   <u>Rationale for Selection of Indicator Ranges:</u>

As previously stated, the source relies on a contractor to provide the portable thermal oxidizer and clean and degas the tank. Thus a different thermal oxidizer may be used at different times, so a general indicator range was established in order to allow for the possibility of a variety of units. A temperature range of 1,400°F was set as this level is consistent with the requirements for enclosed combustion devices in 40 CFR Part 61 Subpart FF. Specifically § 61.349(a)(2)(i)(C) stipulates that an enclosed combustion device shall be operated at a minimum temperature of 1,400°F, which is designed to reduce organics by 95%.

Air Pollution Control Division
Colorado Operating Permit
Thermal and Catalytic Oxidizer Compliance Assurance Monitoring Plans

Appendix M
Page 4

## AIRS Pt 615 – Suncor Western Property Boundary AS/SVE Zones 1 and 2

**I.    Background**

    a.    <u>Emission Unit Description:</u>

        Air Sparge/Soil Vapor Extraction Unit

    b.    <u>Applicable Regulation, Emission Limit, Monitoring Requirements:</u>

| | |
|---|---|
| Regulations: | Operating Permit Conditions 67.1 (Underlying Colorado Construction Permit (CP) 12AD1825) |
| Emission Limitations: | VOC   1.88 tons/yr |
| Monitoring Requirements: | Combustion Zone Temperature |

    c.    <u>Control Technology:</u>

        The soil vapor extraction system is equipped with a regenerative thermal oxidizer (RTO), TO-SUN-2 to combust VOC emissions.

**II.    Monitoring Approach**

| | Indicator 1 |
|---|---|
| I.  Indicator | Combustion Zone Temperature |
| Measurement Approach | The combustion zone temperature shall be monitored using a temperature sensor. |
| II.  Indicator Range | An excursion is defined as follows: |
| | Any daily recorded combustion zone temperature that is less than 1,588°F when SVE vapors are routed to TO-SUN-2. |
| | Any day that vapors from the AS/SVE system are routed to the RTO for any time and a temperature is not recorded. |
| | When an excursion occurs, corrective actions will be initiated beginning with an evaluation of the occurrence to determine the action required to correct the situation. |
| | A history of the corrective action(s) will be maintained at the facility and made available upon request. |
| III.  Performance Criteria | |
| a.  Data Representativeness | The temperature sensor shall be located in the combustion zone, or in ductwork immediately downstream of the combustion zone before any substantial heat exchange occurs. The sensor shall have a minimum accuracy of +/- 1% of the temperature measured. |

Permit Number: 96OPAD120

First Issued: 8/1/04
Renewed: 7/9/2024

|  | Indicator 1 |
|---|---|
| b.  QA/QC Practices and Criteria | Calibration checks of the temperature sensor shall be conducted at least annually. Records of each calibration check shall be maintained and made available to the Division upon request. |
| c.  Monitoring Frequency | Continuous (at least once per hour) |
| d.  Data Collection Procedures | The TO combustion zone temperature shall be monitored continuously using a temperature monitoring device and recorded daily in a log on any day that vapors from the AS/SVE system are routed to the RTO. The temperature log shall be made available to the Division upon request. |
| e.  Averaging Time | None. |

## III.    Justification

a.    Background:

The pollutant specific emission unit is the  AIRS pt 615 – Suncor Western Propery Boundary Zones 1 and 2 AS/SVE system. The remediation system collects vapors from soil and groundwater remediation systems, which consists of two (2) blowers which are routed to a regenerative thermal oxidizer.

b.    Rationale for Selection of Performance Indicators:

The combustion zone temperature was chosen as the indicator because it is an indicator of combustion efficiency. If the chamber temperature decreases significantly, complete combustion may not occur. By maintaining the operating temperature at or above the minimum, a level of control efficiency can be expected to be achieved.

c.    Rationale for Selection of Indicator Ranges:

A compliance test was conducted on the RTO on Febuary 24, 2015 to assess compliance with the VOC emission limit for AIRS pt 615. The temperature monitor measures the chamber control temperature, thus 1,588 °F (minimum value) was set as the indicator range.

The results of the February 24, 2015 test are shown in the table below:

| Temperature (°F) | | | | Test Results |
|---|---|---|---|---|
| Set Point | Chamber Control | Chamber 1 | Chamber 2 | Emissions |
| 1,550 | 1,588 | 1,589 | 1,591 | VOC – 0.10 tpy |

**AIRS Pt 617 – RPC AS/SVE Zone 2 (East)**

I.    **Background**

a.    <u>Emission Unit Description:</u>

Air Sparge/Soil Vapor Extraction Unit

b.    <u>Applicable Regulation, Emission Limit, Monitoring Requirements:</u>

Regulations:              Operating Permit Conditions 67.1 (Underlying Colorado Construction Permit (CP) 12AD1825)

Emission Limitations:     VOC   1.2 tons/yr

Monitoring Requirements:  Catalyst Inlet Temperature

c.    <u>Control Technology:</u>

The soil vapor extraction system is equipped with an electric catalytic oxidize (CO-RPC-1) to oxidize VOC emissions.

II.   **Monitoring Approach**

|  | Indicator 1 |
|---|---|
| I.  Indicator | Catalyst Inlet Temperature |
| Measurement Approach | Catalyst inlet temperature shall be monitored using a temperature sensor. |
| II.  Indicator Range | An excursion is defined as follows:<br><br>Any recorded catalyst inlet temperature that is less than 775°F<br><br>Any day that vapors from the AS/SVE system are routed to the catalytic oxidizer for any time and a temperature is not recorded.<br><br>When an excursion occurs, corrective actions will be initiated beginning with an evaluation of the occurrence to determine the action required to correct the situation.<br><br>A history of the corrective action(s) will be maintained at the facility and made available upon request. |
| III.  Performance Criteria |  |
| a.  Data Representativeness | The temperature sensor shall be located prior to the catalyst. The sensor shall have a minimum accuracy of +/- 1% of the temperature measured. |
| b.  QA/QC Practices and Criteria | Calibration checks of the temperature sensor shall be conducted at least annually. Records of each calibration check shall be maintained and made available to the Division upon request. |
| c.  Monitoring Frequency | Daily |

Permit Number: 96OPAD120                                            First Issued: 8/1/04
                                                                   Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                                    Appendix M
Thermal and Catalytic Oxidizer Compliance Assurance Monitoring Plans                           Page 7

|                                    | Indicator 1                                                                                                                                                                                                                                             |
|------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| d.  Data Collection Procedures     | The catalyst inlet temperature shall be monitored continuously using a temperature monitoring device and recorded daily in a log on any day that vapors from the AS/SVE system are routed to the RTO. The temperature log shall be made available to the Division upon request. |
| e.  Averaging Time                 | None.                                                                                                                                                                                                                                                        |

### III.    Justification

a.    <u>Background:</u>

The pollutant specific emission unit is the  AIRS pt 615 – RPC Zone 2  AS/SVE system. The remediation system collects vapors from soil and groundwater remediation systems, which consists of two (2) blowers which are routed to an electric catalytic oxidizer.

b.    <u>Rationale for Selection of Performance Indicators:</u>

The catalyst inlet temperature was chosen as the indicator because it is an indicator of efficient oxidation.

c.    <u>Rationale for Selection of Indicator Ranges:</u>

A compliance test was conducted on the catalytic oxidizer on Febuary 25, 2015 to assess compliance with the VOC emission limit for AIRS pt 617. The catalyst inlet temperature was 775°F during the test, thus 775°F (minimum value) was set as the indicator range.  The results of the February 24, 2015 test are shown in the table below:

| Main Temperature pre-Catalyst (°F) | Test Results Emissions |
|-----------------------------------|------------------------|
| 775                               | VOC – 0.01 tpy         |

Air Pollution Control Division
Colorado Operating Permit                                    Appendix M
Thermal and Catalytic Oxidizer Compliance Assurance Monitoring Plans            Page 8

**Plant 1 Wastewater Treatment System RTO and API Headworks Carbon Canisters**

I.    **Background**

a.    <u>Emission Unit Description:</u>

Plant 1 Wastewater treatment system equipment.

d.    <u>Applicable Regulation, Emission Limit, Monitoring Requirements:</u>

Regulations:              Operating Permit Conditions 23.1.3 (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 based on the emissions requested on the APEN submitted April 8, 2015, red-lined May 14, 2015)

Emission Limitations:      VOC    15.7 tons/yr

Monitoring Requirements:   RTO - Combustion Zone Temperature
                           Carbon Canisters - Breakthrough

e.    <u>Control Technology:</u>

Emissions from the API headworks, API lift station, T60 lift station and the centrifuge are routed to an RTO to reduce VOC emissions. In the future additional equipment may be routed to the RTO. When the RTO is not in operation emissions from the API headworks, API lift station, T60 lift station and the centrifuge are routed to carbon canisters (two canisters in series). Uncontrolled VOC emissions from the API headworks exceed the major source level, so CAM applies to the API headworks, when emissions are vented to the RTO or carbon canisters.

II.    **Monitoring Approach**

|  | RTO | Carbon Canisters |
|---|---|---|
|  | Indicator 1 | Indicator 1 |
| I. Indicator | Combustion Zone Temperature | Breakthrough |
| Measurement Approach | The combustion zone temperature shall be monitored using a temperature sensor. | The permittee shall monitor for breakthrough between the primary and secondary carbon canisters for the API headworks daily at times when there is flow to the carbon canisters. |

Air Pollution Control Division
Colorado Operating Permit                                                          Appendix M
Thermal and Catalytic Oxidizer Compliance Assurance Monitoring Plans                Page 9

|  | RTO | Carbon Canisters |
|---|---|---|
|  | Indicator 1 | Indicator 1 |
| II.  Indicator Range | An excursion is defined as follows:<br><br>Any rolling 3-hour period in which the combustion zone temperature is less than 1,573 °F.<br><br>The combustion zone temperature was set by a performance test conducted on March 13, 2024. This value will be revised based on the results of any future compliance tests as specified in Condition 23.11.4. | An excursion is defined as follows:<br><br>Any daily breakthrough reading of 5 ppm benzene or more.<br><br>Any day in which vapors from the API headworks are routed to carbon canisters and breakthrough is not monitored. |
|  | When an excursion occurs, corrective actions will be initiated beginning with an evaluation of the occurrence to determine the action required to correct the situation.<br><br>A history of the corrective action(s) will be maintained at the facility and made available upon request. | |
| III.  Performance Criteria | | |
| a.  Data Representativeness | The temperature sensor shall be located in the combustion zone, or in ductwork immediately downstream of the combustion zone before any substantial heat exchange occurs. The sensor shall have a minimum accuracy of +/- 1% of the temperature measured. | The permittee shall monitor for breakthrough between the primary and secondary canisters using an UltraRae 3000 or equivalent portable analyzer capable of detecting benzene levels < 5 ppm. |
| b.  QA/QC Practices and Criteria | Calibration checks of the temperature sensor shall be conducted at least annually. Records of each calibration check shall be maintained and made available to the Division upon request. | The portable analyzer shall be calibrated and maintained in accordance with manufacturer's recommendations and good engineering practices. A copy of operating and maintenance procedures, schedules for maintenance and/or calibration activities and records related to maintenance of the portable monitoring device and good engineering practices such as records of inspection, repair, or replacement shall be made available to the Division upon request. |
| c.  Monitoring Frequency | Continuous | Daily |
| d.  Data Collection Procedures | The RTO combustion zone temperature shall be monitored continuously using a temperature monitoring device with a continuous recorder. | When vapors from the API headworks are routed to carbon canisters, the permittee shall monitor for breakthrough between the primary and secondary carbon canisters at times there is actual flow to the carbon canister daily. |

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                  Renewed: 7/9/2024

| | RTO | Carbon Canisters |
| --- | --- | --- |
| | Indicator 1 | Indicator 1 |
| e. Averaging Time | Data from the continuous recorder shall be reduced to hourly averages and used in a 3-hr rolling average. The RTO is equipped with a temperature sensor in each chamber. The data acquisition system collects the temperature readings for both combustion chambers and selects the lower value (15-minute average) of the two for use in the 3-hour rolling average. | None. |

## III.    Justification

a.    Background:

The pollutant specific emission unit is the Plant 1 WWTS equipment routed to the RTO and the API headworks. Emissions from the API headworks, API lift station, T60 lift station and the centrifuge are routed to an RTO to reduce VOC emissions. In the future additional equipment may be routed to the RTO. During periods of RTO downtime, equipment normally controlled by the RTO are routed to carbon canisters (two canisters in series). The API headworks had uncontrolled VOC emissions above the major source threshold, so when emissions from the API headworks are routed to the RTO or carbon canisters, CAM applies.

b.    Rationale for Selection of Performance Indicators:

For the RTO, the combustion zone temperature was chosen as the indicator because it is an indicator of combustion efficiency. If the chamber temperature decreases significantly, complete combustion may not occur. By maintaining the operating temperature at or above the minimum, a level of control efficiency can be expected to be achieved.

For carbon canisters, breakthrough was chosen as the indicator as VOC or benzene emissions detected at the carbon canister exhaust is an indicator the carbon can no longer effectively adsorb hydrocarbons. For the API headworks a set of two carbon canisters in series are used and the permittee is required to monitor for breakthrough between the carbon canisters, not at the outlet of the second carbon canister.

c.    Rationale for Selection of Indicator Ranges:

For the carbon canisters, an excursion from the indicator range is a daily breakthrough reading of 5 ppm benzene or more on any day in which vapors from the API headworks are routed to carbon canisters, or any day in which vapors from the API headworks are routed to the carbon canisters and breakthrough is not monitored. Per Condition 23.1.3, the permitted emissions limit of 15.7 tons of VOC per year assumes a carbon canister VOC control efficiency of 98 percent (%), an inlet VOC concentration of 150,000 ppmvd from the API headworks, and an inlet of 50 scfm from the API

---

headworks. The detailed emissions calculations associated with establishing the limit also specify an inlet benzene concentration of 2,000 ppmvd. Based on the inlet VOC and benzene concentration values that underly the 15.7 ton per year VOC emission limitation, a 98% VOC control efficiency is associated with a VOC breakthrough concentration of 3,000 ppmvd and a benzene breakthrough concentration of 40 ppmvd. A benzene breakthrough concentration of 5 ppmvd is associated with a 99.75% control efficiency. Additionally, breakthrough monitoring is conducted between the primary and secondary carbon canisters which ensures that the secondary carbon canister continues to achieve control even after the primary canister has experienced breakthrough.

For the purposes of demonstrating compliance with the Benzene Waste Operations NESHAP (BWON) requirements, the Consent Decree (CD) defined breakthrough between the primary and secondary carbon canisters as 50 ppm VOC (H-01-4430, paragraph 90), although the CD also allowed the source to "conduct a study of the effectiveness of the benzene and VOC limits proposed under this paragraph for dual carbon canisters". The study shall be designed to determine the concentration of VOCs or benzene that may be emitted from the primary (lead) carbon canister in a dual series before VOCs above background or benzene above 1 ppm is emitted from the secondary (tail) carbon canister". Presumably the source conducted that study and a breakthrough of 5 ppm benzene was approved. Note that paragraph 141 of the Plant 2 CD (No. SA-05-CA-0569, entered November 23, 2005) defines breakthrough between the primary and secondary carbon canisters as 5 ppm benzene.

Per §64.4(b) of the CAM rule, "To justify the appropriateness of the monitoring elements proposed, the owner or operator may rely in part on existing applicable requirements that establish the monitoring for the applicable pollutant-specific emissions unit or a similar unit." The 5 ppm breakthrough definition is consistent with the Consent Decree BWON monitoring requirements and demonstrates a control efficiency greater than 98% based on the emissions calculations that were used to establish the annual VOC limit of 15.7 tons per year. Therefore, 5 ppm benzene is an appropriate indicator range.

For the RTO, an excursion from the indicator range is any 3-hour period in which the combustion zone temperature is less than 1,573 °F, which is based on a performance test conducted on March 13, 2024. Per Condition 23.1.3, the permitted emissions limit of 15.7 tons of VOC per year assumes an RTO VOC control efficiency of 99 percent and an hourly controlled VOC emission rate of 2.57 pouns per hour. Compliance tests were conducted for the Plant 1 WWTS RTO on June 2, 2015 and again on May 24, 2016 and March 13, 2024 when more emission units were routed to it. The compliance test results demonstrated that the controlled VOC emission rate remained below 2.57 pounds per hour during both performance tests that were used to assess the RTO's performance with respect to VOC control. The indicator value is set at the level from the most recent compliance test and will be revised should future compliance tests be conducted (the permit requires a compliance test if additional emission units are routed to the RTO).

Additionally, the compliance tests were required by the BWON per §61.355(i) to assess compliance with organic emissions reduction requirement in §61.349(a)(2)(i)(A), (B), or (C). The CAM plan requires the temperature monitoring system and continuous recorder to reduce temperature data to 1-

Air Pollution Control Division
Colorado Operating Permit                                                            Appendix M
Thermal and Catalytic Oxidizer Compliance Assurance Monitoring Plans            Page 12

hour averages and use those in a 3-hour rolling average. This is consistent with the BWON recordkeeping requirements in 61.356(j)(4).

Since the Plant 1 WWTS monitors the temperature in both combustion chambers and the data acquisition and handling system relies on the lowest temperature, the minimum temperature is set at the lower of the two values determined from the March 13, 2024 compliance test.

The results of the compliance tests are shown in the table below:

| Parameter | June 2, 2015 Compliance Test | May 24, 2016 Compliance Test | March 13, 2024 Compliance Test | Limitation |
|---|---|---|---|---|
| VOC Emissions (lb/hr) | 0.18 | 0.34 | 032 | 2.57 |
| Control Efficiency (%) | 99 | 99.5 | 98 | 95 |
| Temperature Set Point (°F) | 1,575 | 1,572 | 1,574 | |
| Chamber 1 Temp (°F) | 1,582 | 1,580 | 1,582 | |
| Chamber 2 Temp (°F) | 1,593 | 1,578 | 1,573 | |

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                 Renewed: 7/9/2024

# APPENDIX N

## Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans

**R101 – Rail Loading Rack and Enclosed Vapor Combustion Unit (VCU)**

**I.      Background**

a.      <u>Emission Unit Description:</u>

The rail loading rack loads gasoline, jet fuel and distillates into rail cars and unloads ethanol from rail cars into storage tanks.

b.      <u>Applicable Regulation, Emission Limit, Monitoring Requirements:</u>

| | |
|---|---|
| Regulations: | Operating Permit Conditions 24.1.1 (Underlying Colorado Construction Permit (CP) 88AD012) |
| Emission Limitations: | VOC   12.5 tons/yr |
| Monitoring Requirements: | Combustion zone temperature |

c.      <u>Control Technology:</u>

Vapors from loading the various products and unloading ethanol (from ethanol deaerators and depressurizing rail cars) are routed to a vapor combustion unit (VCU).

**II.      Monitoring Approach**

| | Indicator 1 |
|---|---|
| I.  Indicator | Combustion Zone Temperature |
| Measurement Approach | The combustion zone temperature shall be monitored using a temperature sensor. |

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans        Page 2

| | Indicator 1 |
|---|---|
| II.  Indicator Range | An excursion is defined as follows: |
| | Any 6-hour rolling period in which the combustion zone temperature is less than 1,299°F. |
| | The combustion zone temperature was set by a performance test conducted on April 18, 2019. This value will be revised based on the results of any future compliance tests as specified in Condition 24.12. |
| | When an excursion occurs, corrective actions will be initiated beginning with an evaluation of the occurrence to determine the action required to correct the situation. |
| | A history of the corrective action(s) will be maintained at the facility and made available upon request. |
| III.  Performance Criteria | |
| a.  Data Representativeness | The temperature sensor shall be located in the combustion zone, or in ductwork immediately downstream of the combustion zone before any substantial heat exchange occurs. The sensor shall have a minimum accuracy of +/- 1% of the temperature measured. |
| b.  QA/QC Practices and Criteria | Calibration checks of the temperature sensor shall be conducted at least annually. Records of each calibration check shall be maintained and made available to the Division upon request. |
| c.  Monitoring Frequency | Continuous |
| d.  Data Collection Procedures | A continuous temperature monitoring system shall be used to monitor temperature in the combustion zone. |
| e.  Averaging Time | Temperature data recorded shall be reduced to hourly averages and used in a 6-hour rolling average. Only those 1-minute values recorded during periods when gasoline, distillates and/or jet fuel is being loaded or ethanol is being unloaded, i.e. when the waste gas valve to the VCU is in the "open" position, are required to be used in the 6-hour rolling averages. Periods when only pilot or assist gases are being combusted, i.e. when the waste gas valve to the VCU is in the "closed" position, shall not be used to calculate the 6-hour rolling averages. |

**III.    Justification**

a.    <u>Background:</u>

The pollutant specific emission unit is the  rail loading rack which loads gasoline, jet fuel, and distillates into rail cars. In addition, vapors from unloading ethanol rail cars are routed to a VCU. The VCU was installed in December 2018, the rail loading rack was previously equipped with a flare.

b.    <u>Rationale for Selection of Performance Indicators:</u>

The combustion zone temperature was chosen as the indicator because it is an indicator of combustion efficiency. If the chamber temperature decreases significantly, complete combustion may not occur. By maintaining the operating temperature at or above the minimum, a level of control efficiency can be expected to be achieved.

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans            Page 3

The rail rack is used to load gasoline, distillates, and jet fuel, and to unload ethanol. Vapors from loading and unloading these materials are routed to the VCU. The permitted emissions limit of 12.5 tons of VOC per year, which is subject to CAM, assumes an emission factor of 10 milligrams of total organic compounds (TOC) per liter (mg/L) of gaoline loaded, and a control efficiency of 98% for loading and unloading of distillate, jet fuel, and ethanol. As discussed below, the compliance test indicated that the control efficiency of the VCU exceeded 98% and that the outlet VOC concentration remained below 10 mg/L when loading both gaoline and distillate.

c.    Rationale for Selection of Indicator Ranges:

The Rail Loading Rack is subject to the gasoline loading rack provisions of 40 CFR Part 63, Subpart CC (Conditions 24.5, 24.8, and 53). A compliance test was conducted on the rail rack VCU on April 16 – 18, 2019 to assess compliance with the 10 mg/L emission factor and to verify the control efficiency. The 10 mg/L emission factor during gasoline loading is equivalent to the MACT CC emission limit during gasoline loading, per 40 CFR §63.650(a) and §63.422(b). Additionally, MACT CC requires completion of a performance test and establishing an operating parameter value (i.e., combustion zone temperature) per 40 CFR §63.650(a) and §63.425(a) and (b). The results of April 2019 test are shown in the table below:

| Test Description | Outlet VOC (lb/hr) | Outlet VOC (mg/l) | Control Efficiency (%) | Combustion Chamber Temperature (°F) |
|---|---|---|---|---|
| Distillate Control Efficiency[1] April 16, 2019 | 0.0351 | 0.115 | 99.86 | 1,235 |
| Gasoline Control Efficiency[1] April 17, 2019 | 0.0443 | 0.093 | 99.96 | 1,320 |
| MACT CC Test[2] April 18, 2019 | 0.060 | 0.159 | 99.95 | 1,299 |

[1]Control efficiency tests consistent of three one-hour test runs.
[2]Conducted in accordance with the provisions in 63.425(a) and recorded the parameter to be monitored as specified in 63.425(b) (6-hour test run with at least 300,000 liters of gasoline loaded).

The performance test results demonstrated that the VOC control efficiency exceeded 98% and the outlet VOC concentration remained below 10 mg/L during the three test runs that were used to assess the VCU's performance with respect to VOC control. For the purpose of establishing the operating parameter values as required per MACT CC, it was determined that the VCU shall be operated at a minimum of 1,299 °F on a 6-hour rolling average basis.

Per §64.3(a) of the CAM rule:
*(1) The monitoring approach must be designed to provide data for one or more indicators of performance of the control device, and*
*(2) The owner or operator shall establish an appropriate range(s) or designated condition(s) for the selected indicator(s) such that operation within the ranges provides a reasonable assurance of ongoing compliance with emission limitations or standards for the anticipated range of operating*

Air Pollution Control Division
Colorado Operating Permit                                                          Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans                Page 4

*conditions. MACT CC requires establishing the operating parameter value to monitor the performance of the VCU*
*with respect to VOC control and ensure compliance with the 10 mg/L outlet VOC emission limit. For determining compliance with the 12.5 ton/year VOC emission limit to which the CAM requirements apply, the 10 mg/L VOC emission limit is used during gasoline loading and a control efficiency of 98% is used for loading/unloading of distillate, jet fuel, and ethanol.*

The compliance test indicated that the control efficiency exceeded 98% and that the outlet VOC concentration remained below 10 mg/L during the test run used to establish the MACT CC operating parameter minimum value of 1,299 °F on a 6-hour rolling average basis. Therefore, the selection of a CAM monitoring approach that is consistent with the current MACT CC operating parameter value is appropriate.

---

Permit Number: 96OPAD120                                                First Issued: 8/1/04
                                                                        Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                     Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans    Page 5

## R102 – Truck Loading Rack and Flare

### I.    Background

a.    <u>Emission Unit Description:</u>

The truck loading rack loads gasoline and distillates into tanker trucks.

b.    <u>Applicable Regulation, Emission Limit, Monitoring Requirements:</u>

Regulations:              Operating Permit Condition 25.1.1 (Underlying Colorado Construction Permit (CP) 86AD450)

Emission Limitations:     VOC   26.6 tons/yr

Monitoring Requirements:  Presence of a pilot flame

c.    <u>Control Technology:</u>

Vapors from loading gasoline and distillate are routed to an open flare. The permit includes provisions to operate a back-up flare. This CAM plan applies to both the permanent flare and any temporary flare used as allowed in Condition 25.15.

### II.    Monitoring Approach

|  | Indicator 1 |
|---|---|
| I.  Indicator | Presence of a pilot flame |
| Measurement Approach | The presence of a flare pilot flame shall be continuoutly monitored using a heat-sensing device, such as an ultraviolet beam sensor or a thermocouple to indicate the presence of a flame.. |
| II.  Indicator Range | An excursion is defined as follows: |
|  | Any period when vapors from gasoline and distillate loading are routed to the flare and |
|  | • the presence of a pilot flame is not detected. |
|  | • the pilot flame monitoring device is inoperable. |
|  | When an excursion occurs, corrective actions will be initiated beginning with an evaluation of the occurrence to determine the action required to correct the situation. |
|  | A history of the corrective action(s) will be maintained at the facility and made available upon request. |
| III.  Performance Criteria |  |
| a.  Data Representativeness | The thermocouple or heat-sensing device must be installed in proximity to the pilot light to indicate the presence of a flame. |

Permit Number: 96OPAD120                                    First Issued: 8/1/04
Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                    Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans      Page 6

|  | Indicator 1 |
|---|---|
| b. QA/QC Practices and Criteria | The flare, heat sensing device and any associated instrumentation and control system logic shall be operated and maintained in accordance with manufacturer's recommendations and good engineering practices. A copy of operating and maintenance procedures, schedules for maintenance and/or inspection activities and records related to maintenance of the flare, heat sensing device, associated instrumentation and control system logic and good engineering practices such as records of inspection, repair, or replacement shall be made available to the Division upon request. |
| c. Monitoring Frequency | Continuous |
| d. Data Collection Procedures | A heat-sensing device shall be used to indicate the presence of a flame. Records shall be kept of the periods the pilot flame is out or the heat-sensing device is inoperable. |
| e. Averaging Time | None |

**III.    Justification**

a.    Background:

The pollutant specific emission unit is the truck loading rack which loads gasoline and distillates into tank trucks. Vapors from loading these materials are routed to an open flare.

b.    Rationale for Selection of Performance Indicators:

The destruction of VOC emissions is dependent upon combustion. The flare is equipped with a thermal device to ensure that a flame is present. If no flame is present then combustion will not occur.

c.    Rationale for Selection of Indicator Ranges:

Since VOC reduction is based on combustion and combustion does not occur without a pilot flame, the lack of a pilot flame or failure of the pilot monitoring device are appropriate indicators that the flare may not be functioning properly.

Monitoring is defined in 40 CFR §64.1 of the CAM Rule to include "continuous process . . . or other relevant parameter monitoring systems or procedures." CAM Plans must meet the "general criteria" in §64.3 which incldues requirements to design monitoring to "obtain data for one or more indicators of emission control performance" and can include conditions "expressed as maintaining the applicable parameter in a particular operational status or designated condition" (§64.3(a)(1)-(3)).

Monitoring for presence of pilot flame meets all general criteria for monitoring and establishing an indicator range for CAM compliance: presence of flame ensures adequate destruction efficiency (§64.3(a)(1)); on/off of flame is indicative of flare performance (§64.3(a)(3), (b)(1)); and monitoring for presence of a flame is continuous (§64.3(b)(4)).

The Truck Loading Rack Flare is subject to the closed vent system and control device requirements

---

Permit Number: 96OPAD120                                          First Issued: 8/1/04
                                                                   Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans        Page 7

of the BWON. Per Section II, Conditions 25.7, 25.12, 57, and 65.17.2.3, the Truck Loading Rack Flare is subject to the requirements of 40 CFR 60.18. Condition 57.2 requires continuous monitoring of the presence of a flame using a thermocouple or any other equivalent device per 40 CFR 60.18(f). Condition 57.7 also requires monitoring -- consistent with §60.18(d) – to ensure the flare is operated in accordance with manufacturer specifications.

The continuous monitoring of the presence of a flame and operation in conformance with the design of the Truck Loading Rack Flare is sufficient to meet CAM. 40 CFR §64.4(b)(5) provides that "acceptable monitoring includes . . . monitoring identified in guidance by EPA." EPA CAM-Specific Guidance confirms that §60.18 monitoring is "acceptable monitoring" for CAM. EPA confirms per their Technical Guidance Document: Compliance Assurance Monitoring (p. 3-10, Aug. 1998) that the "continuous monitoring of the presence of a pilot flame (yes/no)" is acceptable for CAM because "[i]f the sensor fails, the lack of a pilot flame will be indicated and corrective action will be required." EPA specifically clarified that additional monitoring of "indicator ranges" beyond what is required in §60.18 is not necessary (p. 191 of EPA's October 2, 1997 Responses to Public Comments, Part III):

> *Part 64 recognizes several situations for which additional justification or testing for establishing monitoring or indicator ranges is not necessary. The preamble to the final rule clarifies that, in accordance with § 64.4(b)(5), no additional justification is necessary for the operation and monitoring of flares covered by design criteria in 40 CFR 60.18.*

The CAM requirements are met because the Truck Rack Flare requires a thermocouple to continuously monitor presence of a pilot flame and for monitoring for conformance with its design. The Truck Rack Flare is also required to comply with the other applicable provisions of §60.18. For instance, the Truck Rack Flare is required per Condition 57 to meet all §60.18 requirements, including daily checks on visible emissions and ensuring conformance with design requirements such as exit velocity. The CAM requirements are satisfied since monitoring for the presence of a pilot flame is continuous and all of the elements of the monitoring approach satisfy the requirements of CAM.

## F2 & F3 - Plant 3 (AU) and GBR Flares

### I.    Background

a.    <u>Emission Unit Description:</u>

Multiple process vents, pressure relief devices and other flare tie-ins.

b.    <u>Applicable Regulation, Emission Limit, Monitoring Requirements:</u>

Regulations:    Operating Permit Condition 30.1 (as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, based on requested emissions on the APEN submitted September 12, 2017, red-lined October 24, 2018)

Operating Permit Condition 31.1 (Underlying Colorado Construction Permit (CP) 10AD1768)

Emission Limitations:    Plant 3 (AU) Flare (F2)    VOC    8.6 tons/yr
GBR Flare (F3)    VOC    27.1 tons/yr

Monitoring Requirements:    Presence of the pilot flame(s)
Net heating value of flare combustion zone gas

c.    <u>Control Technology:</u>

Vapors from mutiple process vents, pressure relief devices and other tie-ins are routed to both the Plant 3 and GBR flares.

### II.    Monitoring Approach

|  | Indicator 1 | Indicator 2 | Indicator 3 | Indicator 4 | Indicator 5 |
|---|---|---|---|---|---|
| I.  Indicator | Presence of a pilot flame(s) | Net heating value of flare combustion zone gas. | Visible emissions | Flare tip velocity ($V_{tip}$) | Net heating value dilution parameter ($NHC_{dil}$) (For the Plant 3 (AU) flare only when receiving perimeter assist air) |

Air Pollution Control Division
Colorado Operating Permit                                                        Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans      Page 9

| Measurement Approach | The presence of the flare pilot flame(s) shall be continuously monitored using a device (including, but not limited to, a thermocouple, ultraviolet beam sensor, or infrared sensor) capable of detecting that the pilot flame(s) is present, in accordance with 40 CFR §63.670(g). | NHVcz shall be determined in accordance with 40 CFR §63.670(m), as applicable. Except as provided in §63.670(j)(5) and (6) of this section, a calorimeter capable of Continuously measuring, calculating, and recording NHV$_{vg}$ at standard conditions shall be installed, operated, calibrated, and maintained in accordance with 40 CFR §63.670(j)(3). A monitoring system capable of continuously measuring, calculating, and recording the hydrogen concentration in the flare vent gas may, optionally, be installed, operated, calibrated, and maintained, in accordance with 40 CFR §63.670(j)(4). NHVvg shall be determined based on the composition monitoring data on a 15-minute block average basis according to the requirements in 40 CFR §63.670(l). Flare vent gas, steam assist and air assist flow rates shall be continuously monitored in accordance with 40 CFR §63.670(i). | Visible emissions Observations must be conducted in accordance with the methods in 40 CFR §63.670(h). | Flare tip velocity (Vtip) shall be monitored using the procedures in 40 CFR §63.670(i) and §63.670(k). Flare vent gas flow rate shall be continuously monitored in accordance with 40 CFR §63.670(i). Vtip shall be determined on a 15-minute block average basis, in accordance with 40 CFR §63.670(k). | NHVdil shall be determined in accordance with 40 CFR §63.670(n), only during periods when perimeter assist air is used, as applicable. Except as provided in §63.670(j)(5) and (6) of this section, a calorimeter capable of continuously measuring, calculating, and recording NHV$_{vg}$ at standard conditions shall be installed, operated, calibrated, and maintained in accordance with 40 CFR §63.670(j)(3). A monitoring system capable of continuously measuring, calculating, and recording the hydrogen concentration in the flare vent gas may, optionally, be installed, operated, calibrated, and maintained, in accordance with 40 CFR §63.670(j)(4). NHVvg shall be determined based on the composition monitoring data on a 15- minute block average basis |
|---|---|---|---|---|---|

Air Pollution Control Division
Colorado Operating Permit                                                                      Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans          Page 10

| | Indicator 1 | Indicator 2 | Indicator 3 | Indicator 4 | Indicator 5 |
|---|---|---|---|---|---|
| | | | | | according to the requirements in 40 CFR §63.670(l). Flare vent gas, steam assist and air assist flow rates shall be continuously monitored in accordance with 40 CFR §63.670(i). |
| II. Indicator Range | An excursion is defined as follows:<br><br>Each 15-minute block during which there is at least one minute where no pilot flame is present when waste gas is routed to the flare. Excursions in different 15-minute blocks from the same event are considered separate excursions. | An excursion is defined as follows:<br><br>Each 15-minute block period when waste gas is routed to the flare for at least 15-minutes and the net heating value of flare combustion zone gas ($NHV_{CZ}$) is less than 270 Btu/scf, as calculated in accordance with the requirements of 40 CFR §63.670(m). | An excursion is defined as follows:<br><br>A two-hour block period during which waste gas is routed to the flare, the flare vent gas flow rate is less than the smokeless design capacity, and visible emissions are observed for a total of 5 minutes or more, as determined in accordance with 40 CFR §63.670(h). | An excursion is defined as follows:<br><br>Each 15-minute block period during which waste gas is routed to the flare for at least 15-minutes, the flare vent gas flow rate is less than the smokeless design capacity of the flare, and the flare tip velocity equals or exceeds the applicable maximum flare tip velocity specified in 40 CFR §63.670(d). | An excursion is defined as follows:<br><br>Each 15-minute block period during which waste gas is routed to the flare for at least 15-minutes, the flare is actively receiving perimeter assist air, and $NHV_{dil}$ is below 22 Btu/scft2, as calculated in accordance with the requirements in 40 CFR §63.670(n), unless the conditions in 40 CFR §63.670(f)(1) are met. |
| | When an excursion occurs, corrective actions will be initiated beginning with an evaluation of the occurrence to determine the action required to correct the situation.<br><br>A history of the corrective action(s) will be maintained at the facility and made available upon request. | | | | |
| III. Performance Criteria | | | | | |

Air Pollution Control Division
Colorado Operating Permit                                                                                    Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans          Page 11

|  | Indicator 1 | Indicator 2 | Indicator 3 | Indicator 4 | Indicator 5 |
|---|---|---|---|---|---|
| a. Data Representativeness | Continuous parameter Monitoring systems (CPMS) shall meet the flare monitoring system requirements of 40 CFR §63.671, as applicable. | Continuous parameter monitoring systems (CPMS) shall meet the flare monitoring system requirements of 40 CFR §63.671, as applicable. | Visible emissions observations must be conducted using Method 22 at 40 CFR Part 60, Appendix A-7 or a video surveillance camera must be used to continuously record images of the flame at an angle suitable for visual emissions observations, in accordance with the requirements of 40 CFR §63.670(h). | Continuous parameter monitoring systems (CPMS) shall meet the flare monitoring system requirements of 40 CFR §63.671, as applicable. | Continuous parameter monitoring systems (CPMS) shall meet the flare monitoring system requirements of 40 CFR §63.671, as applicable. |
| b. QA/QC Practices and Criteria | Continuous parameter monitoring systems (CPMS) shall meet the flare monitoring system requirements of 40 CFR §63.671, as applicable. | All monitoring equipment must meet the minimum accuracy, calibration and quality control requirements specified in table 13 of 40 CFR 63 Subpart CC, in accordance with 40 CFR §63.671(a)(1). | Visible emissions observations must be conducted using Method 22 at 40 CFR Part 60, Appendix A-7 or a video surveillance camera must be used to continuously record images of the flame at an angle suitable for visual emissions observations, in accordance with the requirements of 40 CFR §63.670(h). | All monitoring equipment must meet the minimum accuracy, calibration and quality control requirements specified in table 13 of 40 CFR 63 Subpart CC, in accordance with 40 CFR §63.671(a)(1). | All monitoring equipment must meet the minimum accuracy, calibration and quality control requirements specified in table 13 of 40 CFR 63 Subpart CC, in accordance with 40 CFR §63.671(a)(1). |

Permit Number: 96OPAD120                                                              First Issued: 8/1/04
                                                                                      Renewed: 7/9/2024

Air Pollution Control Division
Colorado Operating Permit                                                                 Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans         Page 12

| | Indicator 1 | Indicator 2 | Indicator 3 | Indicator 4 | Indicator 5 |
|---|---|---|---|---|---|
| c. Monitoring Frequency | Continuous at all times when waste gas is routed to the flare, in accordance with 40 CFR §63.671(a)(4). | Continuous at all times when waste gas is routed to the flare, in accordance with 40 CFR §63.671(a)(4). | At least once per day, or at any time that visible emissions are observed, while waste gas is routed to the flare, in accordance with 40 CFR §63.670(h)(1), or continuously when waste gas is routed to the flare, in accordance with 40 CFR §63.670(h)(2). | Continuous at all times when waste gas is routed to the flare, in accordance with 40 CFR §63.671(a)(4). | Continuous at all times when waste gas is routed to the flare, in accordance with 40 CFR §63.671(a)(4). |
| d. Data Collection Procedures | Flare monitoring records shall be kept according to the requirements in 40 CFR §63.655(i)(9), as applicable. | | | | |
| e. Averaging Time | 15-minute block periods | 15-minute block average | 2-hour block period | 15-minute block average | 15-minute block average |
| f. Exceedance | Not directly applicable. | | | | |

## III.    Justification

a.    <u>Background:</u>

As discussed in more detail in the technical review document to support this renewal **[issue DATE]**, the Division is including this CAM plan in response to EPA's objection on the Plant 2 renewal permit **[issue DATE]** that exempted the Plant 2 refinery flare from CAM. This CAM Plan was revised after the public comment period to incorporate all relevant monitoring provisions for flares in 40 CFR Part 63, Subpart CC (MACT CC).

b.    <u>Rationale for Selection of Performance Indicators and Indicator Ranges:</u>

The destruction of VOC emissions through combustion in a flare is dependent upon proper operation and maintenance of the flare. In 2015, EPA promulgated revised regulations under 40 CFR Part 63, Subpart CC, "National Emissions Standards for Hazardous Air Pollutants from Petroleum Refineries" (MACT CC), that included new flare operating requirements to ensure that flares meet the required performance level (98% destruction efficiency). EPA identified five parameters to monitor to assure a flare maintains a high destruction efficiency: presence of a pilot flame, the net heating value in the combustion zone (NHVCZ), visible emissions, flare tip velocity, and (for air-assisted flares only) net heating value dilution parameter (NHVdil) [80 Fed. Reg. 75178 (Dec. 1, 2015)]

Air Pollution Control Division
Colorado Operating Permit                                                                    Appendix N
Flare and Vapor Combustion Unit (VCU) Compliance Assurance Monitoring Plans          Page 13

In the preamble to the final Refinery Sector Rule revisions (80 FR 75178, December 1, 2015), EPA notes the following on page 75211:

> Based on the results of all of our analyses, the EPA is finalizing a single minimum NHVcz operating limit for flares subject to the Petroleum Refinery MACT standards of 270 BTU/scf during any 15- minute period. The agency believes, given the results from the various data analyses conducted, that this operating limit is appropriate, reasonable and will ensure that refinery flares meet 98-percent destruction efficiency at all times when operated in concert with the other suite of requirements refinery flares need to achieve (e.g., flare tip velocity requirements, visible emissions requirements, and continuously lit pilot flame requirements).

The presence of a pilot flame is proven to improve flare flame stability and ensure flare performance [88 Fed. Reg. 25080, 25149 (April 25, 2023)]. Higher NHVcz is an indicator of complete combustion, and monitoring the value can assure the proper portion of supplemental gas volumes to maximize combustion efficiency. EPA found that maintaining NHVcz above 270 Btu/scf (as calculated consistent with the requirements of Subpart CC) on a 15-minute average basis achieves a minimum control efficiency of 98% [80 Fed. Reg. at 75210]. Monitoring the dilution parameter ensures that degradation of performance for excess aeration does not occur [79 Fed. Reg. at 36907]. Visible emissions, when operating below the smokeless capacity of the flare, can be an indicator of improper operation of the flare or need for maintenance on the flare. Finally, operating with a proper flare tip velocity helps maintain the stability of the flame and prevents flame liftoff that can result in the release of uncombusted gases.

Suncor is subject to MACT CC when combusting regulated material, as defined in 40 CFR 63.641 (i.e., HAPs subject to control under MACT CC), at both the Plant 3 Flare and GBR Flare. Following the MACT CC flare monitoring requirements can assure that the flares comply with the VOC emissions limitations, which were based on emission factors that relied on the historic composition of flare waste gas and an assumed control efficiency of 98%. The monitoring scheme in MACT CC is relevant to the performance of the flare for VOC destruction, as EPA explains in its 2015 rule changes:

> In our revised analysis of the data, we analyzed all of the data together and determined the 270 Btu/scf NHVcz operating limit provided in the final rule would adequately ensure that flares achieve the desired 98-percent control efficiency regardless of the composition of gas sent to the flare. (80 FR 75216, December 1, 2015)

The MACT CC flare requirements are appropriate to rely on for a VOC emission limit that is based on 98% control efficiency since the HAP emissions expected to be emitted from the flare (e.g. hexane, benzene) are VOCs and because many of the 27 HAPs addressed in MACT CC are also VOCs. While VOCs are a larger class of pollutants than HAPs, it is the heat content, rather than the composition of the materials combusted that is more important in ensuring that those pollutants are destroyed in the flare.

That is, whether the gas composition is VOC or HAP a 98% control efficiency can be achieved for both pollutants when NHVcz is maintained above the indicator range. The other indicators similarly are not HAP-specific but provide an overall indicator of the flare's performance with an intent to achieve a 98-percent control efficiency regardless of the flare gas composition and in accordance with the requirements of Subpart CC.

EPA's Compliance Assurance Monitoring (CAM) Rule (40 CFR Part 64) indicates that, if a source relies on presumptively acceptable monitoring, no further justification for the appropriateness of that monitoring should be necessary other than an explanation of the applicability of such monitoring to the unit in question (40 CFR 64.4(b)). In accordance with § 64.4(b)(4), presumptively acceptable monitoring includes "[m]onitoring included for standards exempt from this part pursuant to § 64.2(b)(1)(i) or (vi) to the extent such monitoring is applicable to the performance of the control device (and associated capture system) for the pollutant-specific emission unit."

The Division considers the monitoring design criteria in this CAM plan to qualify as presumptively acceptable monitoring under § 64.4(b)(4) because the emission standards in MACT CC are exempt from CAM requirements under § 64.2(b)(1)(i), both the Plant 3 Flare and the GBR Flares are subject to the flare monitoring requirements of MACT CC, the monitoring requirements in MACT CC are applicable to the performance of the flares for VOC destruction efficiency, and all relevant flare monitoring provisions of MACT CC have been included in this plan.

Excursions outside the indicator ranges cannot be directly correlated with an exceedance of the annual VOC emissions limitations for these flares. Exceedance is defined in § 64.1 as "… a condition that is detected by monitoring that provides data in terms of an emission limitation or standard and that indicates that emissions (or opacity) are greater than the applicable emission limitation or standard (or less than the applicable standard in the case of a percent reduction requirement) consistent with any averaging period specified for averaging the results of the monitoring." The monitoring in this CAM plan provides short-term data related to flare performance but does not provide data in terms of the emission limitation (tons per year, calculated on a rolling 12-month total), therefore, an excursion cannot be directly correlated with an exceedance of the VOC emissions limitations. Compliance with the emissions limitations for these flares is monitored according to the requirements of Conditions SECTION II - 30.1 and 31.1.

c.