In the United States Court of Appeals
for the Tenth Circuit

CASE NO. 25-1243

GREENLATINOS, 350 COLORADO, AND SIERRA CLUB,

    *Plaintiff – Appellant,*

v.

SUNCOR ENERGY (U.S.A.), INC.,

    *Defendant – Appellee.*

On Appeal from the United Stated District Court
For the District of Colorado
The Honorable Judge Domenico
D.C. No. 1:24-cv-02164-DDD

ORAL ARGUMENT IS REQUESTED

**Appellants' Appendix**

**Vol. IV**

September 5, 2025

**INDEX to the APPENDIX**
**Case No. 25-1243**
Appeal from USDC CO, Case No. 1:24-cv-02164-DDD

GREENLATINOS, 350 COLORADO AND SIERRA CLUB, *Plaintiff-Appellants*, v.
SUNCOR ENERGY (U.S.A.), INC., *Defendant-Appellee*.

| VOLUME IV | | | |
|---|---|---|---|
| Doc. No. | District Court Docket No. | Document | App. Page No. |
| 16 | 27.3 (Part 1) | Exh. 3 - Operating Permit, Suncor Energy Commerce City Refinery, Plant 2 (East), Renewed Sept. 1, 2022 | 725 |

# Exhibit 3



# Colorado Department of Public Health and Environment

# OPERATING PERMIT

Suncor Energy (U.S.A.), Inc.
Commerce City Refinery, Plant 2 (East)

First Issued: October 1, 2006
Renewed: September 1, 2022

# AIR POLLUTION CONTROL DIVISION
# COLORADO OPERATING PERMIT

| | |
|---|---|
| FACILITY NAME: | Commerce City Refinery, Plant 2 (East) |

OPERATING PERMIT NUMBER

# 95OPAD108

FACILITY ID:        001- 0003
RENEWED:          September 1, 2022
EXPIRATION DATE:   September 1, 2027
MODIFICATIONS:     See Appendix F of Permit

Issued in accordance with the provisions of Colorado Air Pollution Prevention and Control Act, 25-7-101 et seq. and applicable rules and regulations.

ISSUED TO:                          PLANT SITE LOCATION:

Suncor Energy (U.S.A.), Inc.        Commerce City Refinery, Plant 2 (East)
5801 Brighton Blvd.                 5800 Brighton Blvd.
Commerce City, CO 80022            Commerce City, CO 80022
                                    Adams County

INFORMATION RELIED UPON
Operating Permit Renewal            October 1, 2010
Application Received:

And Additional Information Received:  Various – see Technical Review Document that supports the renewal permit.

Nature of Business:     Petroleum Refining
Primary SIC:            2911

RESPONSIBLE OFFICIAL                 FACILITY CONTACT PERSON
Name:    Donald Austin              Name:    Wes McNeil
Title:   VP Commerce City Refinery  Title:   Team Lead - Environmentl
Phone:   (303) 286-5788             Phone:   (303) 286-5731

RESPONSIBLE OFFICIAL'S AUTHORIZED REPRESENTATIVE
Name:    Brian Nelson
Title:   Manager, Environmental, Health & Safety
Phone:   (303) 286-5711

SUBMITTAL DEADLINES
Semi-Annual Monitoring Period:      July 1 – December 31, January 1 – June 30
Semi-Annual Monitoring Report:      Due on March 1 & Sept. 1
Annual Compliance Period:           July 1 – June 30
Annual Compliance Certification:    Due on September 1

**Note that the Semi-Annual Monitoring reports and the Annual Compliance report must be received at the Division office by 5:00 p.m. on the due date. Postmarked dates will not be accepted for the purposes of determining the timely receipt of those reports.**

# Table of Contents:

**SECTION I - General Activities and Summary** ................................................................ 1
   1.  Permitted Activities ........................................................................................................ 1
   2.  Alternative Operating Scenarios ................................................................................... 2
   3.  Nonattainment Area New Source Review (NANSR) and Prevention Of Significant Deterioration (PSD)2
   4.  Accidental Release Prevention Program (112(r)) .......................................................... 2
   5.  Summary of Emission Units ........................................................................................... 3
   6.  Compliance Assurance Monitoring (CAM) .................................................................... 9

**SECTION II - Specific Permit Terms** ..................................................................................... 10
   1.  Crude Distillation Unit – P001; includes B001 – Crude Heater, B010 – Vacuum Heater and F001 Crude Unit Fugitive Sources ......................................................................................................... 10
   2.  Fluid Catalytic Cracking Unit (FCCU) – P003; includes B002 – FCCU Preheater, P004 – FCCU Reactor-Regenerator, P014 – FCCU Catalyst Handling and F002 – FCCU Fugitive Sources ........................... 13
   3.  Naphtha Hydrotreater Unit P013 & Reformer Unit - P005; includes B003 – Reformer Heater #1 (H401), B004 – Reformer Heater #2 (H402), B005 – Reformer Heater #3 (H403), F004 – Reformer Reactors (Catalyst Regeneration, Loading & Unloading), F005 – Naphtha Hydrotreater Fugitive Sources and F007 – Reformer Fugitive Sources .......................................................................................................... 28
   4.  Utilities – P011 – Plant 2 Cooling Towers (E-523, E-524, E-525 and E-527) ...................... 32
   5.  Sulfur Recovery Plant – P009; includes P015 – Sulfur Recovery Unit Claus Plant, B011 - Sulfur Recovery Unit Incinerator, P008 – Amine Unit, P010 – Sour Water Stripper and F013 – Sulfur Recovery Unit/Amine Unit/Sour Water Stripper Fugitive Sources ................................................................................. 35
   6.  Utilities – Boilers B504 and B505 ................................................................................ 45
   7.  Crude Unloading/Gasoline Tank Truck Loading; includes F015 – South Crude Unloading, F016 – North Crude Unloading, F024 – Truck Loading Dock, C001 – Truck Loading Dock Combustor and F017 – Truck Loading Dock Fugitive Sources ......................................................................................... 54
   8.  Refinery Flare – C005; includes F018 – Refinery Flare Fugitive Sources ......................... 64
   9.  Liquefied Petroleum Gas (LPG) Storage Truck and Rail Facility; includes F019 – Railcar Dock, C002 – Railcar Dock Flare, F020 – LPG Truck Dock, F040 –LPG Loading at Railcar Dock (F019), Railcar Dock Flare (C002) and LPG Truck Dock (F020) Fugitive Sources, F026 – Distillate Loading at Railcar Dock Fugitive Sources, Grandfathered Pressure Tanks: T050, T051, T060, T061, T063 & T064 and Permitted Pressure Tanks: T066, T067, T068 & T069 ....................................................................... 69
   10.  Plant 2 Wastewater Treatment System (WWTS); includes F021 – Upper API; F022 – Middle API; F023 - Lower API; F012 – Gas Plant Sewers; F025 – Sour Water Stripper Sewers, F030 – Boiler Sewers and T029 – Tank 29 ........................................................................................................... 81
   11.  Stationary Internal Combustion Engines ...................................................................... 84
      E001 – Security Center Emergency Generator, Diesel Fuel-Fired (rated at 80 hp/59.6 kW) ............. 84
      P2AC1 - Emergency Air Compressor Engine. Diesel Fuel-Fired (rated at 525 hp/391.4 kW) ............ 85
   12.  Group B Tanks – Grandfathered, Internal Floating Roof Tanks – T010, T027, T030 ............... 95
   13.  Group C Tanks – Grandfathered, **Fixed** Roof Storing Exempted Materials – T008, T009, T043, T045, T048, T049, T057 ........................................................................................................ 96
   14.  Group D Tanks – Grandfathered, **Fixed** Roof Vapor Pressure <0.65 psia – T039 ................... 97
   15.  Group E Tanks – Tanks with Unique Requirements - T006, T011, T012, T020, T026, T038, T046, T047, T053, T058, T062, T079 ................................................................................................. 98
   16.  Group F Tanks – Grandfathered, External Floating Roof Tanks - T035, T036, T044, T052, T054 ...... 103
   17.  Group G Tanks – Grandfathered, Internal Floating Roof Tanks - T025, T028, T037 .................. 104
   18.  Fugitive VOC Equipment Leak Emissions with Permitted Limits .......................................... 105

# Table of Contents:

F012 - Gas Plant Fugitive Emissions ............................................................... 105
F034 – Piping Modifications to Products Handling System (to implement a SEP) ............................. 105
F035 - Second Stage of Crude Oil Desalting Project ............................................ 105
F031 - Equipment Leaks from Installation of Tank T079........................................ 105
F036 – Equipment Leaks from Boilers B504 and B505 Fuel Gas System Tie-Ins ............................. 105
F037 – Equipment Leaks Identified in 2014 COC ................................................ 105
F038 – Equipment Leaks Associated with the MPV Project ....................................... 105
F045 – Equipment Leaks Associated with the P2 Flare RSR Project .................................. 105
19. Fugitive VOC Equipment Leak Emissions without Permitted Limits – F039; includes F010 – Polymerization Unit Fugitive Sources and F014 Utilities Fuel Gas System Fugitive Sources.............. 107
20. Opacity Limits ........................................................................ 109
21. Particulate Matter Emission Limits – Fuel Burning Equipment .................................. 112
22. Solvent Usage ........................................................................ 113
23. Facility Wide Requirements ............................................................. 117
24. Reasonably Available Control Technology – General Requirements for Storage and Transfer of Volatile Organic Compounds - Colorado Regulation No. 7, Part B, Section I ................................. 120
25. Reasonably Available Control Technology – Storage of Highly Volatile Organic Compounds - Colorado Regulation No. 7, Part B, Section II ........................................................... 121
26. Reasonably Available Control Technology for Storage and Transfer of Petroleum Liquid - Colorado Regulation No. 7, Part B, Section IV ........................................................... 122
27. Reasonably Available Control Technology for Crude Oil – Colorado Regulation No. 7, Part B, Section V ............................................................................................ 125
28. Reasonably Available Control Technology for Petroleum Processing and Refining - Colorado Regulation No. 7, Part B, Section VI ........................................................................ 126
29. Reasonably Available Control Technology – Control of Volatile Organic Compound Leaks from Vapor Collection Systems and Vapor Control Systems Located at Gasoline Terminals, Gasoline Bulk Plants, and Gasoline Dispensing Facilities – Colorado Regulation No. 7, Part B, Section VII............................. 130
30. 40 CFR Part 60, Subpart A - General Provisions .............................................. 131
31. 40 CFR Part 60, Subpart J - Standards of Performance for Petroleum Refineries .................. 133
32. 40 CFR Part 60, Subpart Ja - Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 ..................................... 138
33. 40 CFR Part 60, Subpart Kb - Standards of Performance for Volatile Organic Liquid Storage Vessels (Including Petroleum Liquid Storage Vessels) ...................................................... 144
34. 40 CFR Part 60, Subpart VV – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for which Construction, Reconstruction, or Modification Commenced After January 5, 1981, and on or before November 7, 2006............................. 150
35. 40 CFR Part 60 Subpart VVa – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 ................................................................ 161
36. 40 CFR Part 60, Subpart GGG – Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries.................................................................................... 173
37. 40 CFR Part 60, Subpart GGGa – Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 ............................................................................................ 174
38. 40 CFR Part 60, Subpart QQQ - Standards of Performance for VOC Emissions From Petroleum Refinery Wastewater Systems.................................................................... 176

# Table of Contents:

39.  40 CFR Part 61, Subpart FF – National Emission Standard for Benzene Waste Operations ............... 181
40.  40 CFR Part 63, Subpart CC – National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries.................................................................................................................................. 193
41.  40 CFR Part 63, Subpart UUU – National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units............. 251
42.  40 CFR Part 63, Subpart DDDDD – National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters................................................ 282
43.  Flare Requirements ...................................................................................................................... 288
44.  Fuel Monitoring ........................................................................................................................... 290
45.  Continuous Emission Monitoring and Continuous Opacity Monitoring Systems ................................ 291
46.  Tank Cleaning and Degassing – P2DGTO....................................................................................... 298
47.  Miscellaneous Process Vents – MPVs............................................................................................ 305
48.  Reasonably Available Control Technology for Combustion Equipment in the 8-Hour Ozone Control Area: Combustion Process Adjustment Requirements, Colorado Regulation No. 7, Part E, Sections II.A.6 and II.A.7.f ....................................................................................................................................... 306
49.  Compliance Assurance Monitoring (CAM) Requirements ................................................................. 309

**SECTION III - Permit Shield** ............................................................................................................... **316**
  1.  Specific Non-Applicable Requirements ......................................................................................... 316
  2.  General Conditions ..................................................................................................................... 318
  3.  Streamlined Conditions ............................................................................................................... 318

**SECTION IV - General Permit Conditions** .............................................................................................. **321**
  1.  Administrative Changes ............................................................................................................... 321
  2.  Certification Requirements ........................................................................................................... 321
  3.  Common Provisions .................................................................................................................... 321
  4.  Compliance Requirements ........................................................................................................... 325
  5.  Emergency Provisions ................................................................................................................. 326
  6.  Emission Controls for Asbestos .................................................................................................... 326
  7.  Emissions Trading, Marketable Permits, Economic Incentives .......................................................... 326
  8.  Fee Payment ............................................................................................................................. 326
  9.  Fugitive Particulate Emissions ..................................................................................................... 326
10.  Inspection and Entry .................................................................................................................. 327
11.  Minor Permit Modifications .......................................................................................................... 327
12.  New Source Review .................................................................................................................... 327
13.  No Property Rights Conveyed ...................................................................................................... 327
14.  Odor......................................................................................................................................... 327
15.  Off-Permit Changes to the Source ................................................................................................ 328
16.  Opacity ..................................................................................................................................... 328
17.  Open Burning............................................................................................................................. 328
18.  Ozone Depleting Compounds ....................................................................................................... 328
19.  Permit Expiration and Renewal .................................................................................................... 328
20.  Portable Sources........................................................................................................................ 328
21.  Prompt Deviation Reporting......................................................................................................... 328
22.  Record Keeping and Reporting Requirements ................................................................................ 329
23.  Reopenings for Cause ................................................................................................................. 330
24.  Requirements for Major Stationary Sources ................................................................................... 330

# Table of Contents:

| | | |
|---|---|---|
| 25. | Section 502(b)(10) Changes | 331 |
| 26. | Severability Clause | 332 |
| 27. | Significant Permit Modifications | 332 |
| 28. | Special Provisions Concerning the Acid Rain Program | 332 |
| 29. | Transfer or Assignment of Ownership | 332 |
| 30. | Volatile Organic Compounds | 332 |
| 31. | Wood Stoves and Wood burning Appliances | 333 |

**APPENDIX A - Inspection Information** ........................................................................ 1
Directions to Plant: ........................................................................................................ 1
Safety Equipment Required: ......................................................................................... 1
Facility Plot Plan: .......................................................................................................... 1
List of Insignificant Activities: ..................................................................................... 1

**APPENDIX B** .................................................................................................................. 1
Reporting Requirements and Definitions ...................................................................... 1
Monitoring and Permit Deviation Report  - Part I ....................................................... 5
Monitoring and Permit Deviation Report  - Part II .................................................... 10
Monitoring and Permit Deviation Report  - Part III ................................................... 12

**APPENDIX C** .................................................................................................................. 1
Required Format for Annual Compliance Certification Report ..................................... 1

**APPENDIX D** .................................................................................................................. 1
Notification Addresses ................................................................................................... 1

**APPENDIX E** .................................................................................................................. 1
Permit Acronyms ........................................................................................................... 1

**APPENDIX F** .................................................................................................................. 1
Permit Modifications ..................................................................................................... 1

**APPENDIX G** ................................................................................................................. 1
FCCU Regenerator Compliance Assurance Monitoring Plan ....................................... 1

**APPENDIX H** ................................................................................................................. 1
Prevention of Significant Deterioration (PSD) Review and Non-Attainment Area New Source Review (NANSR) Applicability Tests ................................................................. 1

**APPENDIX I** ................................................................................................................... 1
Sulfur Recovery Unit (SRU) Compliance Assurance Monitroing Plan ........................ 1

**APPENDIX J** .................................................................................................................. 1
Flare and Vapor Combustor Compliance Assurance Monitoring Plans ........................ 1

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 1 |

## SECTION I - General Activities and Summary

**1.    Permitted Activities**

1.1    This facility is a petroleum refinery. Plant 2 is the portion of the Commerce City Refinery that was formerly owned and operated by the Colorado Refining Company. The Plant 2 facility produces a wide range of finished petroleum products, including gasoline, jet fuel, diesel fuel, fuel oil, LPG, vacuum residuum and sulfur. Processes used at the facility include atmospheric and vacuum distillation, desalting, reforming, catalytic cracking, catalytic polymerization and hydrotreating. The facility processes sweet crude oils received via pipeline. Finished products primarily leave the refinery via rail and truck loading facilities..

The facility is located at 5800 Brighton Boulevard, Commerce City, which is within the Denver metro area. The Denver metro area is classified as attainment/maintenance for carbon monoxide and particulate matter less than 10 microns ($PM_{10}$). Under that classification, all SIP-approved requirements for CO and $PM_{10}$ will continue to apply in order to prevent backsliding under the provisions of Section 110(l) of the Federal Clean Air Act. The Denver Metro Area is classified as non-attainment for the 8-hr ozone standard and is part of the 8-hr Ozone Control Area as defined in Regulation No. 7, Part A, Section II.A.1. The 8-hr Ozone Control Area has been classified as a serious non-attainment area effective January 27, 2020.

There are no affected states within 50 miles of the plant. Rocky Mountain National Park and Eagle's Nest National Wilderness Area, both Federal Class I designated areas, are within 100 kilometers of the plant.

1.2    Until such time as this permit expires or is modified or revoked, the permittee is allowed to discharge air pollutants from this facility in accordance with the requirements, limitations, and conditions of this permit.

1.3    This Operating Permit incorporates the applicable requirements contained in the underlying construction permits, and does not affect those applicable requirements, except as modified during review of the application or as modified subsequent to permit issuance using the modification procedures found in Regulation No. 3, Part C. These Part C procedures meet all applicable substantive New Source Review requirements of Part B. Any revisions made using the provisions of Regulation No. 3, Part C shall become new applicable requirements for purposes of this Operating Permit and shall survive reissuance. Any requirements that were designated in the Colorado Refinery Company and TPI Petroleum Inc. Consent Decree (No. 99-1759) filed September 8, 1999, the Valero Consent Decree (No. SA-05-CA-0569) entered November 23, 2005 and Compliance Order on Consent (Case Nos. 2019-097 & 2019-194) effective March 6, 2020 as applicable requirements have been incorporated into this operating permit and shall survive reissuance as applicable requirements. This Operating Permit incorporates the applicable requirements (except as noted in Section II) from the following Colorado Construction Permit(s): 12AD032(1, 3 & 4), 11AD250, 89AD126, 89AD031, 95AD1073(1, 3 & 5), 93AD306, 88AD289(1-2), 93AD763, 98AD0758, 99AD0941, 88AD134, 93AD592, 11AD251, 09AD0961, 09AD1422, 09AD1423 and a PSD permit issued by the EPA on December 12, 1986.

---

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

1.4   All conditions in this permit are enforceable by US Environmental Protection Agency, Colorado Air Pollution Control Division (hereinafter Division) and its agents, and citizens unless otherwise specified. **State-only enforceable conditions are:** Permit Condition Number(s): Section II – Conditions 20.3 (opacity, as referenced throughout this permit), 23.7 (annual emissions report), 23.8 (quarterly community report) and 23.9 (disseminate continuous emissions monitoring data) and Section IV – Conditions 3.g (last paragraph), 14, 18 (as noted) and 30 (as noted).

1.5   All information gathered pursuant to the requirements of this permit is subject to the Recordkeeping and Reporting requirements listed under Condition 22 of the General Conditions in Section IV of this permit. Either electronic or hard copy records are acceptable.

2.    **Alternative Operating Scenarios**

2.1   The permittee shall be allowed to make the following changes to its method of operation without applying for a revision of this permit.

2.1.1   No separate operating scenarios have been specified.

3.    **Nonattainment Area New Source Review (NANSR) and Prevention Of Significant Deterioration (PSD)**

3.1   This facility is categorized as a NANSR major stationary source for ozone (Potential to Emit of $NO_X$ and VOC $\geq$ 50 tons/year). Future modifications at this facility resulting in a significant net emissions increase (see Regulation No. 3, Part D, Sections II.A.27 and 44) for VOC or $NO_X$ or a modification which is major by itself (Potential to Emit $\geq$ 50 tons/year or either VOC or $NO_X$) may result in the application of the NANSR review requirements.

3.2   This source is categorized as a PSD major stationary source (Potential to Emit $\geq$ 100 tons/year) for PM, $PM_{10}$, $SO_2$, $NO_X$ and CO. Future modifications at this facility resulting in a significant net emissions increase (see Regulation No. 3, Part D, Sections II.A.27 and 44) or a modification that is major by itself (Potential to Emit $\geq$ 100 tons/yr) for any pollutant listed in Regulation No. 3, Part D, Section II.A.44 for which the area is in attainment or attainment/maintenance may result in the application of the PSD review requirements.

3.3   The following Operating Permit is associated with this facility for purposes of determining applicability of NANSR and PSD regulations: 96OPAD120 for Suncor Energy (U.S.A.) Inc. Plants 1 and 3 (West Plant).

4.    **Accidental Release Prevention Program (112(r))**

4.1   Based on information supplied by the applicant, this facility is subject to the provisions of the Accidental Release Prevention Program (Section 112(r) of the Federal Clean Air Act).

Air Pollution Control Division                                     Suncor Energy (U.S.A.)
Colorado Operating Permit                         Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 3

## 5.      Summary of Emission Units

5.1     The emissions units regulated by this permit are the following:

| Emission Unit No. | AIRS Pt No. | Description | Startup Date | Construction Permit |
|---|---|---|---|---|
| P001 | | **Crude Distillation Unit** | | |
| B001 | 206 | Crude Heater – OPF, S/N: 5450-1240, refinery fuel gas fired heater, design rate: 153 MMBtu/hour.  Equipped with low $NO_X$ burners. | January 1980 | 12AD032-1 |
| B010 | 295 | Vacuum Heater – PetroChem, S/N: 86-F-1497, refinery fuel gas fired heater, design rate: 31 MMBtu/hour. Equipped with low $NO_X$ burners. | March 1997 | 12AD032-1 |
| F001 | N/A[1] | Crude Unit Fugitive Sources | | |
| P003 | | **Fluid Catalytic Cracking Unit** | | |
| B002 | 205 | Preheater, Petrochem, Model C-61145, (formerly crude oil heater) rated at 59.44 MMBtu/hour. Equipped with low $NO_X$ burners. | 1975 | 11AD250 |
| P004 | 217 | FCCU Reactor-Regenerator A third stage separator was installed in November 2009 to control PM emissions. The regenerator operates in full burn mode and uses palladium combustion promoters. | 1952 | 09AD0961 |
| P014 | N/A[2] | FCCU Catalyst Handling | 1952 | |
| F002 | N/A[1] | FCCU Fugitive Sources | 1952 | |
| P013, P005 | | **Naphtha Hydrotreater Unit (P013) and Reformer Unit (P005)** | | |
| B003 | 208 | Reformer Heater 1 – John Zink, Drg. No.:B-Y 11673, S/N: 099274-1, refinery fuel gas fired preheater rated at 64.4 MMBtu/hour. Equipped with low $NO_X$ burners. | 1994 | 12AD032-4 |
| B004 | 208 | Reformer Heater 2 – John Zinc, Drg. No.: B-Y 11674, S/N: 099274-2, refinery fuel gas fired preheater rated at 64.4 MMBtu/hour. Equipped with low $NO_X$ burners. | 1994 | 12AD032-4 |
| B005 | 208 | Reformer Heater 3 – John Zink, Drg. No.: B-Y 11675, S/N: 099274-3, refinery fuel gas fired preheater rated at 32.2 MMBtu/hour. Equipped with low $NO_X$ burners. | 1994 | 12AD032-4 |
| F004 | N/A[2] | Reformer Reactors  (Catalyst Regeneration, Loading & Unloading) | 1980 | |
| F005 | N/A[1] | Naphtha Hydrotreater Fugitive Sources | 1980 | |
| F007 | N/A[1] | Reformer Fugitive Sources | 1980 | |

Operating Permit #95OPAD108                        First Issued:  October 1, 2006
                                                                     Renewed: September 1, 2022

Air Pollution Control Division Suncor Energy (U.S.A.)
Colorado Operating Permit Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 Page 4

| Emission Unit No. | AIRS Pt No. | Description | Startup Date | Construction Permit |
|---|---|---|---|---|
| P009 | | **Sulfur Recovery Plant** | | |
| P015 | 220 | Sulfur Recovery Unit Claus Plant – Three-Stage Claus sulfur recovery system, 30 MMscf/day acid gas feed, sulfur recovery of 4.5 tons (4.0 long tons) per day. Emissions are routed to a tail gas incinerator, rated at 1.95 MMBtu/hour. | Prior to January 1982 | 12AD032-3 |
| B011 | | Sulfur Recovery Unit Incinerator: 1.95 MMBtu/hr tail gas incinerator. Emissions from the Claus Plant, Amine Unit, Sour Water Stripper and Sulfur Pit are routed to this unit. | | |
| P008 | | Amine Unit | | |
| P010 | | Sour Water Stripper | | |
| F013 | N/A[1] | Sulfur Recovery Unit/Amine Unit/Sour Water Stripper Fugitive Sources | | |
| | | **Utilities** | | |
| B504 | 309 | Rentech "D" Style Watertube Boiler, S/N 2009-30, Rated at 189 MMBtu/hr. Refinery Fuel Gas is Primary Fuel with Natural Gas as Back-Up. Equipped with ultra-low $NO_X$ burners. This boiler is equipped with a continuous oxygen trim system. | October 2011 | 09AD1422 |
| B505 | 309 | Rentech "D" Style Watertube Boiler, S/N 2009-32, Rated at 189 MMBtu/hr. Refinery Fuel Gas is Primary Fuel with Natural Gas as Back-Up. Equipped with ultra-low $NO_X$ burners. This boiler is equipped with a continuous oxygen trim system. | October 2011 | |
| P011 | 304 | Plant 2 Cooling Towers. Four (4) towers, with a combined maximum circulation rate of 13, 800 gal/min, identified as follows: E-523 – Crude North Cooling Tower (2,070 gal/min) E-524 – Crude South Cooling Tower (2,070 gal/min) E-525 – FCC Cooling Tower (3,450 gal/min) E-527 – Reformer Cooling Tower (6,210 gal/min) E-523 and E-524 were previously referred to as the North Cooling Towers and E-525 and -527 were previously referred to as the South Cooling Towers. | E-523, E-524 1947 E-525 1952 E-527 1997 | |
| | | **Crude Unloading/Gasoline Truck Tank Loading Docks** | | |
| F024 | 204 | Four (4) Custom, bottom loading truck loading docks for transfer of petroleum products into tanker trucks. Docks A, B, C and D. Equipped with a vapor capture system, knock-out drum and routed to C001. | 1974 | 11AD251 |
| F017 | | Truck Loading Dock Fugitive Sources | 1974 | |
| C001 | | Truck Loading Dock Combustor | Combustor replaced 1997 | |
| F016 | 290 | One Custom unloading rack for crude oil unloading – Old Crude Unloading Rack (North) and associated fugitive emissions from equipment leaks | 1975 | 93AD592 |
| F015 | 293 | One Custom unloading rack for crude oil unloading – New Crude Oil Unloading Rack (South) and associated fugitive emissions from equipment leaks | 1992 | |
| | | **Refinery Flare** | | |

Air Pollution Control Division                                  Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                           Page 5

| Emission Unit No. | AIRS Pt No. | Description | Startup Date | Construction Permit |
|---|---|---|---|---|
| C005 | 279 | Refinery Process Blowdown, Equipment leaks from pumps associated with knock out drum, One John Zink steam-assissted refinery flare | 1989 Modified (per NSPS Ja) in 2012 | 88AD134 |
| F018 | N/A[1] | Refinery Flare Fugitive Sources | | |
| | | **LPG Storage, Truck, and Railcar Loading Facility** | | |
| F019 | 284 | One Custom railcar loading dock for loading LPG, equipped with four loading arms | 1989 | 89AD031 |
| | | One Custom railcar loading dock for loading distillate, equipped with four loading arms | 1996 | |
| C002 | | Railcar Dock Flare. Emissions from the railcar loading docks are routed to a vapor collection system and the railcar dock flare. | 1989 | |
| F020 | 319 | One Custom truck loading dock for loading of LPG, equipped with three loading arms | 1989 | |
| F040 | 320 | LPG loading at the Railcar Dock (F019), the Railcar Dock Flare (C002) and the LPG Truck Loading Dock (F020) Fugitive Sources | 1989 | |
| F026 | | Distillate loading at Railcar Dock Fugitive Sources | 1989 | |
| T066, T067, T068, T069 | APEN Exempt[3] | Four LPG storage tanks, 57,582 gallons capacity each | 1989 | |
| T050, T051, T060, T061, T063, T064 | APEN Exempt[3] | Six pressurized LPG storage tanks: T50 & T51 – 45,257 gallons, each; T60 and T61 – 29,610 gallons, each and T63 & T64 – 59,514 gallons, each. | T50 & T51 – pre 1970 T60, T61, T63 & T64 – pre 1972 | Grandfathered |
| | | **Plant 2 Wastewater Treatment System** | | |
| F021 | | Upper API, oil-water separator, rated at 300 gallons per minute of water | 1972 | |
| F022 | 283 | Middle API. oil/water separator rated to treat 500,000 gallons/day of water (~350 gallons per minute) | 1979 | 95AD1073-5 |
| F023 | | Lower API, oil-water separator, rated at 300 gallons per minute of water Each API is equipped with cover and vapors routed to a carbon canister (cc). Emissions from all equipment associated with each API (lift station and associated sump) are covered and routed to the cc system. Each cc system outlet is controlled by one cc except for middle API high flow has two ccs in parallel. | 1951 | |
| F025 | N/A[1] | Sour Water Stripper Sewers | 1953 | Grandfathered |
| F011 | 280 | Gas Plant Sewers (note that emission limitations and other requirements are addressed under Section II.19 – fugitive VOC equipment leaks with permitted emissions, F012 gas plant fugitives). | 1989 | 89AD126 |

Operating Permit #95OPAD108                          First Issued:  October 1, 2006
                                                     Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 6

| Emission Unit No. | AIRS Pt No. | Description | Startup Date | Construction Permit |
|---|---|---|---|---|
| F030 | 310 | Boiler Sewers (note that emission limitations and other requirements addressed under Section II.19 – fugitive VOC equipment leaks with permitted emissions, F036 Boiler fugitives) | October 2011 | 09AD1423 |
| T029 | 245 | External Floating Roof Tank No. 29, 1,050,000 gallons capacity for storage of wastewater.  This tank is equipped with a built-in oil skimmer to recover oil from the top of the liquid surface just below the floating roof. | | |
| | | **Tank Farms** | | |
| | | **Group B Tanks – Grandfathered Internal Floating Roof Tanks** | | |
| T010 | 226 | 2,263,884 gallons capacity for storage of petroleum feed or petroleum product | Pre Feb. 1972 | Grandfathered |
| T027 | 242 | 2,302,524 gallons capacity for storage of petroleum feed or petroleum product | Pre Feb. 1972 | |
| T030 | 246 | 2,270,856 gallons capacity for storage of petroleum feed or petroleum product | Pre Feb. 1972 | |
| | | **Group C Tanks – Grandfathered, Fixed Roof Storing Exempted Materials** | | |
| T008 | 224 | 1,024,590 gallons capacity for storage of heavy petroleum product | Pre Feb. 1972 | Grandfathered |
| T009 | 225 | 1,012,536 gallons capacity for storage of heavy petroleum product | Pre Feb. 1972 | |
| T043 | 258 | 302,694 gallons capacity for storage of heavy petroleum product | Pre Feb. 1972 | |
| T045 | 260 | 420,798 gallons capacity for storage of heavy petroleum product | Pre Feb. 1972 | |
| T048 | 261 | 419,748 gallons capacity for storage of heavy petroleum product | Pre Feb. 1972 | |
| T049 | 262 | 421,344 gallons capacity for storage of heavy petroleum product | Pre Feb. 1972 | |
| T057 | 270 | 1,666,560 gallons capacity for storage of heavy petroleum product | Pre Feb. 1972 | |
| | | **Group D Tanks – Grandfathered, Fixed Roof Vapor Pressure <0.65 psia** | | |
| T039 | 254 | 2,203,320 gallons capacity for storage of heavy petroleum product | Pre-1970 | Grandfathered |
| | | **Group E Tanks – Tanks with Unique Requirements** | | |
| T006 | 223 | Internal Floating Roof Tank No.6 – 8,431,920 gallons capacity for the storage of petroleum products | 1988 | 95AD1073-1 |
| T011 | 227 | 2,056,026 gallons capacity for storage of petroleum feed or petroleum product | 1952, converted from an IFR to EFR 2020 | |
| T012 | 228 | External Floating Roof Tank No. 12 – 357,336 gallons capacity for storage of petroleum feed or petroleum products | 1953 | Grandfathered |
| T020 | 234 | Internal Floating Roof Tank No. 20 – 840,000 gallons capacity for storage of off-specification products | 1994 | 93AD306 |
| T026 | 240 | External Floating Roof Tank No. 26 – 2,347,800 gallons capacity for storage of crude oil or heavier petroleum product | Reconstructed Feb. 1993 | 99AD0941 |
| T038 | 253 | External Floating Roof Tank No. 38 – 2,051,364 gallons capacity for storage of petroleum feed or petroleum products | Pre-1970 | Grandfathered |
| T046 | 281 | Fixed Roof Tank No. 46 – 14,000 barrel (588,000 gallons) capacity for storage of fuel oil or heavier petroleum product | 1990 | 88AD289-1 |

Air Pollution Control Division

Suncor Energy (U.S.A.)

Colorado Operating Permit

Commerce City Refinery, Plant 2 (East)

Permit #95OPAD108

Page 7

| Emission Unit No. | AIRS Pt No. | Description | Startup Date | Construction Permit |
|---|---|---|---|---|
| T047 | 282 | External Floating Roof Tank No 47 – 1,320,000 gallons capacity for storage of gasoline or heavier petroleum product | 1988 | 88AD289-2 |
| T053 | 266 | Internal Floating Roof Tank No. 53 – 450,000 gallons capacity for storage of petroleum products | 1955, modified 1987 | 95AD1073-3 |
| T058 | 271 | 993,510 gallons capacity for storage of petroleum feed or petroleum products | Pre Feb. 1972 Seals replaced January 2019 | |
| T062 | 274 | Internal Floating Roof Tank No. 62, - 1,512,000 gallons capacity for storage of various petroleum products | 1994 | 93AD763 |
| T079 | 306 | 5,040,000 gallons capacity for storage of gas oil or heavier petroleum products | 2010 | |
| | | **Group F – Grandfathered, External Floating Roof Tanks** | | |
| T035 | 250 | 372,456 gallons capacity for storage of petroleum feed or petroleum products | Pre Feb. 1972 | Grandfathered |
| T036 | 251 | 377,076 gallons capacity for storage of petroleum feed or petroleum products | Pre Feb. 1972 | |
| T044 | 259 | 350,490 gallons capacity for storage of petroleum feed or petroleum products | Pre Feb. 1972 | |
| T052 | 265 | 364,602 gallons capacity for storage of petroleum feed or petroleum products | Pre Feb. 1972 | |
| T054 | 267 | 364,518 gallons capacity for storage of petroleum feed or petroleum products | Pre Feb. 1972 | Grandfathered |
| | | **Group G Tanks – Grandfathered, Internal Floating Roof** | | |
| T025 | 239 | 177,030 gallons capacity for storage of petroleum feed or petroleum products | Pre Feb. 1972, VRS to IFR Oct. 1996 | Grandfathered |
| T028 | 243 | Internal Floating Roof Tank No. 28 – 2,203,866 gallons capacity for storage of ethanol | Pre Feb. 1972 | |
| T037 | 252 | 969,360 gallons capacity for storage of petroleum feed or petroleum products | Pre Feb. 1972 | |
| | | **Fugitive VOC Emission Sources** | | |
| F039 | 289 | Plant Wide Fugitive Emissions Not Subject to Construction Permit Requirements  (Grandfathered) | | Grandfathered |
| F010 | N/A[1] | Polymerization Unit Fugitive Sources | 1952 | |
| F014 | N/A[1] | Utilities Fuel Gas System Fugitive Sources | 1982 | |
| F012 | 280 | Gas Plant Fugitive Emissions. Equipment Leaks from Saturated Gas Plant, Storage Facility associated with Saturated Gas Plant, and Unsaturated Gas Plant | 1989 | 89AD126 |
| F034 | 297 | Piping Modification to Products Handling System ( to implement a Supplemental Environmental Project (SEP)) | | 98AD0758 |
| F035 | 297 | Second Stage of Crude Oil Desalting Project | | 98AD0758 |
| F031 | 308 | Equipment leaks from installation of Tank T079 | 2010 | |
| F036 | 310 | Equipment leaks Associated with the Fuel Gas System Tie-Ins Boilers B504 and B505. | October 2011 | 09AD1423 |

Operating Permit #95OPAD108

First Issued:  October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 8

| Emission Unit No. | AIRS Pt No. | Description | Startup Date | Construction Permit |
|---|---|---|---|---|
| F037 | 314 | Equipment leaks identified in 2014 COC | | |
| F038 | 316 | Equipment leaks associated with the MPV project | Sept. 2017 | |
| F045 | 317 | Equipment leaks associated with the P2 flare RSR project | | |
| | | **Miscellaneous Sources** | | |
| E001 | 305[4] | Security Center Emergency Generator. Deere Model No. 4024HF285B, Diesel Fuel-Fired Engine, Serial No. unknown, Rated at 80 hp (59.6 kW) and 0.57 MMBtu/hr (4.16 gal/hr). This engine drives a Generator (Generac, Model No. SD050) | November 2009 | 08AD0789[4] |
| P2AC1 | 318[5] | Emergency Air Compressor. Cummins Model No. QSX15 525, Diesel Fuel-Fired Engine, Serial No. 79986467, Rated at 525 hp (391.4 kW) and 25 gallons per hour. This engine drives an air compressor and supports the No. 2 FCCU.<br>Although the emergency engine is only required to meet Tier 3 standards, the engine meets Tier 4 final standards and is equipped with selective catalytic reduction (SCR) for $NO_X$ control and a fuel filter for particulate matter control. | December 2017 | |
| | APEN Exempt[2] | Cold Cleaner Solvent Degreasers | | |
| | N/A[2] | Industrial Solvent Cleaning Operations | | |
| P2DGTO | 315 | Tank Cleaning and Degassing<br>Degassing and Cleaning of tanks is controlled by a thermal oxidizer with a maximum rating of 20 MMBtu/hr | | |
| MPVs | N/A[6] | Miscellaneous Process Vents. Miscellaneous process vents are defined in 40 CFR Part 63 Subpart CC §63.641 and include maintenance vents. Process vents can be designated as maintenance vents if the vent is only used as a result of startup, shutdown, maintenance, or inspection of equipment where equipment is emptied, depressurized, degassed or placed into service. | | |

[1]Emissions are reported on the APEN for Plant Wide Grandfathered Fugitive Emissions (Not Subject to Construction Permit Requirements), AIRS pt 289.

[2]APEN exempt if actual, uncontrolled emissions are below the APEN de minimis level as provided for in Colorado Regulation No. 3, Part A, Section II.D.1.a and/or b. Note that catalyst regeneration from the reformer reactors (F004) are still subject to requirements in 40 CFR Part 63 Subpart UUU.

[3]APEN exempt because tanks are less than 60,000 gallons as provided for in Colorado Regulation No. 3, Part A, Section II.D.1.zz

[4] An APEN was filed and a construction permit was issued for this unit due to the "catch-all" language in Reg 3, Parts A and B. The "catch-all" was removed from Reg 3, Parts A and B (effective April 14, 2014) and a cancellation notice for the APEN and construction permit was submitted on November 12, 2015.

[5]An APEN was filed for this unit but it was later determined that emissions were below the APEN de minimis level and a cancellation notice for the APEN was submitted on May 4, 2018.

[6] Group 1 MPVs are routed to a flare. For maintenance vents, prior to venting to atmosphere process liquids are removed or equipment is depressured to a control device, fuel gas system or back to the process until one of the conditions in 63.643(c)(1) (Condition 40.14.1) are met. Emissions from MPVs emitted to atmosphere are below the APEN de minimis level.

---

Operating Permit #95OPAD108                         First Issued:  October 1, 2006
                                                    Renewed: September 1, 2022

Air Pollution Control Division                                         Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 9

**6.** **Compliance Assurance Monitoring (CAM)**

6.1    The following emission points at this facility use a control device to achieve compliance with an
emission limitation or standard to which they are subject and have pre-control emissions that
exceed or are equivalent to the major source threshold. They are therefore subject to the provisions
of the CAM program set forth in 40 CFR Part 64 as adopted by reference into Colorado Regulation
No. 3, Part C, Section XIV:

Unit P004 – FCCU Regenerator

P015 – Sulfur Recovery Unit (SRU)

F024 – Truck Loading Dock

F019 – LPG and Distillate Railcar Loading Dock

C005 – Refinery Flare

See Section II, Condition 49 for compliance assurance monitoring requirements.

Air Pollution Control Division                                        Suncor Energy (U.S.A.)
Colorado Operating Permit                                Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 10

## SECTION II - Specific Permit Terms

**1.** **Crude Distillation Unit – P001; includes B001 – Crude Heater, B010 – Vacuum Heater and F001 Crude Unit Fugitive Sources**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 1.1 | Crude Heater (B001): 4.99 tons/year | B001: $7.45 \times 10^{-3}$ lb/MMBtu B010: 0.01 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 1.2 | See Condition 21.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 1.1 | Crude Heater (B001): 4.99 tons/year | B001: $7.45 \times 10^{-3}$ lb/MMBtu B011: 0.01 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 1.1 | Crude Heater (B001): 17.77 tons/year Vacuum Heater (B010): 6.13 tons/year | See Condition 1.1 | | Daily, Monthly |
| | 1.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | 1.4 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 1.4 | Recordkeeping and Calculation | Daily Monthly |
| $NO_x$ | 1.1 | Crude Heater (B001): 55.85 tons/year Vacuum Heater (B010): 10.18 tons/year | B001: 0.083 lb/MMBtu B010: 0.075 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | Crude Heater (B001): 3.61 tons/year | B001 and B010: $5.39 \times 10^{-3}$ lbs/MMBtu | | |
| CO | | Crude Heater (B001): 55.19 tons/year Vacuum Heater (B010): 5.43 tons/year | B001: 0.082 lbs/MMBtu B010: 0.04 lb/MMBtu | | |
| Heat Input | 1.5 | Crude Heater (B001): 1,340,280,000,000 Btu/year Vacuum Heater: (B010): 271,560,000,000 Btu/year | | Recordkeeping | Daily Monthly |
| NSPS General Provisions | 1.6 | See 40 CFR Part 60 Subpart A (Condition 30) | | See 40 CFR Part 60 Subpart A (Condition 30) | |
| F001 Crude Unit Fugitive Sources | 1.7 | APEN Reporting and Leak Detection and Repair (LDAR) | | See Condition 19 | |

Operating Permit #95OPAD108                              First Issued: October 1, 2006
                                                          Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 11 |

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Opacity | 1.8 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - (**State-Only**) | | | |
| MACT | 1.9 | Annual Tune-Up | | See 40 CFR Part 63 Subpart DDDDD (Condition 42) | |
| RACT | 1.10 | Combustion Process Adjustment | | See Condition 48. | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

1.1    Emissions of air pollutants **from the crude heater (B001) and the vacuum heater (B010)** shall not exceed the limits listed in the above summary table. (Construction Permit 12AD032-1) **For all pollutants except $SO_2$**, compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above summary table (for crude heater (B001): PM, $PM_{10}$, CO & VOC from AP-42, Section 1.4 (dated 7/98), Tables 1.4-1 & 1.4-2, $NO_X$ from manufacturer and for vacuum heater (B010): PM, $PM_{10}$ based on CP analysis, VOC from AP-42, Section 1.4 (dated 7/98), Table 1.4-2, CO from design criteria & $NO_X$ from manufacturer, AP-42 emission factors converted to lb/MMBtu based on a heat content of 1020 Btu/scf per footnote a) and monthly fuel use in the following equation:

Emissions (tons/month) = [EF (lb/MMBtu) x fuel usage (MMBtu/month)]/2000 lbs/ton

**For $SO_2$**, daily emissions shall be estimated using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 1.3) and the daily fuel consumption (as required by Condition 44) in the following equation.

$SO_2$ (lbs/day) = [daily fuel flow (Mscf/day) x $H_2S$ conc. (ppm) x 0.169 lb $SO_2$/ppm$H_2S$-1,000 Mscf]

1 ppm $H_2S$ = 0.169 lb $SO_2$/ 1,000 Mscf as shown in the equation below:

1 ppm $H_2S$ = (1 scf $H_2S/10^6$ scf FG) x lb-mole $H_2S$/379 scf $H_2S$ x lb-mole $SO_2$/lb-mole $H_2S$ x 64 lb $SO_2$/lb-mole $SO_2$ x $10^6$ scf FG/1,000 Mscf FG = 0.169 lb $SO_2$/1,000 Mscf FG

Daily $SO_2$ emissions for the month shall be calculated by the end of the subsequent month.  Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                           Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                  Page 12

Note that PM, PM$_{10}$ and VOC emission limits are not included in the permit for the vacuum heater (B010) but emissions from these pollutants shall be calculated and reported on revised APENS submitted for that unit.

1.2     The **crude heater (B001) and the vacuum heater (B010)** are subject to the particulate matter emission limits set forth in Condition 21.1 of this permit.

1.3     The **crude heater (B001) and vacuum heater (B010)** are subject to the requirements in 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, and shall comply with those requirements that apply to fuel gas combustion devices as set forth in Condition 31 of this permit. (Construction Permit 12AD032-1 and Consent Decree No. SA-05-CA-0569, entered November 23, 2005, paragraphs 115, 118 and 122)

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous H$_2$S monitoring system as specified in Condition 31.6.3. (Construction Permit 12AD032-1 and Consent Decree No. SA-05-CA-0569, entered November 23, 2005, paragraph 121)

1.4     Sulfur dioxide emissions from the **crude heater (B001) and the vacuum heater (B010)** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit as set forth in Condition 23.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily SO$_2$ emissions from the **crude heater (B001) and the vacuum heater (B010)** shall be calculated as set forth in Condition 1.1 of this permit.

1.5     The heat input (Btu per year, higher heating value (HHV)) to the **crude heater (B001) and the vacuum heater (B010)** shall not exceed the limits listed in the above summary table. (Construction Permit 12AD032-1) Refinery fuel gas will be monitored as set forth in Condition 44 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual heat input limits shall be monitored by recording the fuel use for this unit monthly. Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

1.6     The **crude heater (B001) and vacuum heater (B010)** are subject to the NSPS general provisions as set forth in Condition 30 of this permit. (Construction Permit 12AD032-1 and Consent Decree No. SA-05-CA-0569, entered November 23, 2005, paragraph 118)

1.7     The **crude unit fugitive sources (F001)** are subject to the APEN reporting requirements and various leak detection and repair requirements as set forth in Condition 19 of this permit.

1.8     The **crude heater (B001) and the vacuum heater (B010)** are subject to the opacity limits set forth in Conditions 20.1, 20.2, and 20.3 of this permit.

1.9     The **crude heater (B001) and the vacuum heater (B010)** are subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 42 of this permit.

---

Operating Permit #95OPAD108                                    First Issued:  October 1, 2006
                                                              Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
| --- | --- |
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 13 |

1.10    The **crude heater (B001) and the vacuum heater (B010)** are subject to the requirements in Colorado Regulation No. 7, Part E, Section II.A as set forth in Condition 48, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on each heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

**2.    Fluid Catalytic Cracking Unit (FCCU) – P003; includes B002 – FCCU Preheater, P004 – FCCU Reactor-Regenerator, P014 – FCCU Catalyst Handling and F002 – FCCU Fugitive Sources**

### B002 – FCCU Preheater

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
| --- | --- | --- | --- | --- | --- |
| | | | | Method | Interval |
| PM | 2.1 | 1.9 tons/yr | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 2.2 | See Condition 21.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 2.1 | 1.9 tons/yr | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 2.1 | 7.0 tons/yr | See Condition 2.1 | Recordkeeping and Calculation | Daily Monthly |
| | 2.3 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 2.3 | | |
| | 2.4 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| NOx | 2.1 | 23.2 tons/yr | 0.089 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 2.5 | 0.089 lb/MMBtu (HHV), on a 3-hr average | | Compliance Test, Good Operating Practices and Combustion Process Adjustment Requirements | See Condition 2.5 |
| VOC | 2.1 | 1.4 tons/yr | $5.39 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| CO | 2.1 | 21.4 tons/yr | 0.082 lb/MMBtu | | |
| Fuel Use | 2.6 | 520,694.4 MMBtu/yr | | Recordkeeping | Daily Monthly |
| NSPS General Provisions | 2.7 | 40 CFR Part 60 Subpart A (Condition 30) | | See 40 CFR Part 60 Subpart A (Condition 30)) | |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 14 |

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Opacity | 2.8 | Not to exceed 20%, except as provided for below:<br>Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | Fuel Restriction | Only Gaseous Fuel is Used |
| MACT | 2.9 | Annual Tune-Up | | See 40 CFR Part 63 Subpart DDDDD (Condition 42) | |
| RACT | 2.20 | Combustion Process Adjustment | | See Condition 48 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

## P004 – FCCU Reactor-Regenerator

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 2.1 | 24.1 tons/yr | 1 lb/1000 lb coke burn-off | Recordkeeping and Calculation | Monthly |
| $PM_{10}$ | | 24.1 tons/yr | | Compliance Tests | See Conditions 2.1.2.2 and 2.1.2.3 |
| | | | | CAM | |
| PM | 2.2 | 1 1b/1,000 lbs coke burn-off | | Compliance Tests | See Condition 2.2 |
| | | | | CAM | |
| $SO_2$ | 2.1 | 49.5 lb/hr, on a daily average and 30.8 tons/yr | CEMS | CEMS | Continuously |
| | 2.3 | 0.3 lb $SO_2$/bbl/day of oil processed | | Recordkeeping and Calculation | Daily Monthly |
| | 2.7 | NSPS Subpart J Requirement:<br>20 lb/ton coke burn-off, on a 7-day rolling average | | As Required by 40 CFR Part 60 Subpart J (Condition 31) | |
| | 2.10 | 74.4 ppmvd @ 0% $O_2$, on a 7-day rolling average<br>37.2 ppmvd @ 0%$O_2$, on a 365-day rolling average | | CEMS | Continuously |
| Throughput | 2.6 | Feed Processed:  3,467.5 Mbbl/yr<br>Coke Burned-Off:<br>48,180,000 lb/yr | | Recordkeeping | Daily Monthly |

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 15

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NSPS Subparts A and J | 2.7 | General Provisions – Subpart A (Condition 30) | | See Condition 2.7.2.2 and 40 CFR Part 60 Subparts A (Condition 30) and J (Condition 31) | |
| | | PM: 1 1b/1,000 lbs coke burn-off Opacity: Not to exceed 30% except for one 6 minute average opacity reading in any 1-hour period | | | |
| Opacity | 2.8 | Not to exceed 20%, except as provided for below | | COMS | Continuously |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| $NO_X$ | 2.1 | 53.1 tons/yr | CEMS | CEMS | Continuously |
| | 2.11 | 160 ppmvd @ 0% $O_2$, on a 7-day rolling average 80 ppmvd @ 0% $O_2$, on a 365-day rolling average | | | |
| VOC | 2.1 | 13.0 tons/yr | 7.48 lbs/Mbbl fresh feed | Recordkeeping Calculation | Monthly |
| | | | | Compliance Tests | See Condition 2.1.6.2 |
| CO | 2.1 | 67.3 tons/yr | CEMS | CEMS | Continuously |
| | 2.7 | NSPS Subpart Ja Requirement: 500 ppmvd at 0% $O_2$ on a 1-hr average | | | |
| | 2.12 | 500 ppmvd at 0% $O_2$ on a 1-hr average | | | |
| Special Provisions for CO, PM and Opacity Consent Decree Requirements | 2.13 | Limits Shall Not Apply During Periods of Startup, Shutdown and Malfunction | | See Condition 2.13 | |
| RACT Requirements | 2.15 | See Condition 2.15 | | See Condition 2.15 | |

Operating Permit #95OPAD108                          First Issued:  October 1, 2006
                                                    Renewed: September 1, 2022

Air Pollution Control Division                                     Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                             Page 16

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| MACT | 2.16 | Emission Limits:<br>PM: 1 1b/1,000 lbs coke burn-off<br>Opacity: Not to exceed 30% except for one 6 minute average opacity reading in any 1-hour period<br>CO: 500 ppmvd at 0% $O_2$ on a 1-hr average<br>Operating Limits:<br>Opacity not to exceed 20% on a 3-hour rolling average<br>During startup, shutdown and hot standby[1]:<br>maintain inlet velocity at or above 20 ft/sec (PM/opacity)<br>maintain the $O_2$ concentration at or above 1 vol % (dry) | | See 40 CFR Part 63 Subpart UUU (Condition 41) | |
| Continuous Emission Monitoring Systems | 2.17 | CEMS required for opacity, CO, $SO_2$, $NO_X$ and $O_2$ | | See Condition 2.17 | |
| Stack Height Requirements | 2.18 | Stack height shall be no less than 59.4 meters. | | See Condition 2.18 | |
| Compliance Assurance Monitoring (CAM) Requirements | 2.19 | See Condition 2.19 | | See Condition 2.19 | |
| FCCU Equipment Improvements | 2.21 | Upgrade the FCCU Automated Shutdown System By December 31, 2022 | | See Condition 2.21 | |

[1]During periods of startup, shutdown and hot standby, the source may elect to comply with these requirements or the emission and operating limitations.

### P014 – FCCU Catalyst Handling, F002 – FCCU Fugitive Sources

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 2.1 | | P014: 0.0024 lb/ton loaded | Recordkeeping and Calculation | Annually |
| $PM_{10}$ | 2.1 | | P014: 0.0024 lb/ton loaded | | |

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Opacity | 2.8 | Not to exceed 20%, except as provided for below | | Method 9 | Quarterly |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| F002 FCCU Fugitive Sources | 2.14 | APEN Reporting and LDAR | | See Condition 19 | |

2.1    Emissions of air pollutants are subject to the following requirements:

2.1.1    Emissions of air pollutants from the **FCCU preheater (B002)** shall not exceed the limitations listed in the above summary table (Construction Permit 11AD250, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to limit emissions as indicated on the APEN submitted August 3, 2007). **For all pollutants except SO$_2$**, compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above summary table (PM, PM$_{10}$, CO and VOC from AP-42, Section 1.4, dated 7/98, Tables 1.4-1 and 1.4-2 for boilers < 100 MMBtu/hr, uncontrolled, converted to lb/MMBtu by dividing by 1020 Btu/scf and NO$_X$ from manufacturer) and the monthly fuel use in the following equation:

Emissions (tons/month) = [EF (lb/MMBtu) x fuel usage (MMBtu/month)]/2000 lbs/ton

**For SO$_2$**, daily emissions shall be calculated using the daily average H$_2$S concentration (as determined using the continuous monitoring system required by Condition 2.4) and the daily fuel consumption (as required by Condition 44) in the following equation.

SO$_2$ (lbs/day) = [daily fuel flow (Mscf/day) x H$_2$S conc. (ppm) x 0.169 lb SO$_2$/ppmH$_2$S-1,000 Mscf]

Note that the derivation of the constant 0.169 lb SO$_2$/ppm H$_2$S-1,000 Mscf is shown in Condition 1.1.

Daily SO$_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily SO$_2$ emissions shall be summed to determine monthly SO$_2$ emissions.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

2.1.2    PM and PM$_{10}$ emissions from the **FCCU reactor-regenerator (P004)** shall not exceed the limitations listed in the above summary table (Construction Permit 09AD0961). Compliance with the annual limitations shall be monitored as follows:

2.1.2.1    Calculating emissions monthly using the emission factors in the above

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 18 |

summary table (PM and $PM_{10}$ from Consent Decree/NSPS J limit) and the monthly quantity of coke burned (as required by Condition 2.6.3) in the following equations:

$PM/PM_{10}$ (tons/month) = [EF (1 lb/1,000 lbs coke burn-off) x monthly coke burn-off (lb/month)]/2000 lb/ton

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

2.1.2.2    Conducting compliance tests to monitor compliance with the annual PM and $PM_{10}$ emission limitations in Condition 2.1.2. The compliance tests in accordance with the methods and frequency in 40 CFR Part 63 Subpart UUU as set forth in Conditions 41.6.2 and 41.25.3.

Frequency of testing as required by Condition 41.25.3, is every five (5) years, except if emissions exceed 0.80 lb/1,000 lb coke burn-off (80% of the standard), then frequency is annually. Results of past performance tests are shown in the table below:

| Complance Test Date | PM Test Results (lb/1,000 lb coke burn-off) |
| --- | --- |
| December 9, 2021 | 0.58 |
| October 11, 2016 | 0.44 |

Any compliance test conducted to show compliance with a monthly or annual emission limitation must have the results projected up to the monthly or annual averaging time by multiplying the test results by either the allowable number of operating hours for that averaging time or the Throughput Limit(s) (see Condition 2.6.3) for that averaging time.

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

2.1.2.3    Complying with the CAM requirements in Condition 2.19.

2.1.3    $SO_2$ emissions from the **FCCU reactor-regenerator (P004)** shall not exceed the limitations listed in the above summary table (Construction Permit 09AD0961). Compliance with the annual limit shall be monitored using the $SO_2$ CEMS required by Condition 2.17 as follows:

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
| --- | --- |
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 19 |

For any hour that the FCCU reactor regenerator (P004) is operating, the permittee shall program the data acquisition and handling system to calculate lb/hr of $SO_2$ emissions in accordance with the requirements in Condition 45.1.1.3.b and 40 CFR Part 60.

Specifically hourly mass $SO_2$ emissions (in lb/hr) shall be calculated using the following equation:

$E_h = K \times C_d \times Q_d \times 60$ min/hr

Where:   $E_h$ = mass emissions (lb/hr)
$K = 1.662 \times 10^{-7}$ (lb/ppm-scf)
$C_d$ = $SO_2$ concentration, dry basis, ppm
$Q_d$ = volumetric flow rate, dry basis, scfm – from the flowmeter

Hourly $SO_2$ emissions shall be summed to get daily $SO_2$ emissions. Daily emissions shall be summed to get monthly $SO_2$ emissions. Monthly emissions shall be used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

For purposes of assessing compliance with the short-term (lb/hr) $SO_2$ emission limitation, daily $SO_2$ emissions shall be divided by daily hours of operation to get $SO_2$ lb/hr, on a daily average.

2.1.4    $NO_X$ emissions from the **FCCU reactor-regenerator (P004)** shall not exceed the limitations listed in the above summary table (Construction Permit 09AD0961). Compliance with the annual limit shall be monitored using the $NO_X$ CEMS required by Condition 2.17 as follows:

For any hour that the FCCU reactor regenerator (P004) is operating, the permittee shall program the data acquisition and handling system to calculate lb/hr of $NO_X$ emissions in accordance with the requirements in Condition 45.1.1.3.b and 40 CFR Part 60.

Specifically hourly mass $NO_X$ emissions (in lb/hr) shall be calculated using the following equation:

$E_h = K \times C_d \times Q_d \times 60$ min/hr

Where:   $E_h$ = mass emissions (lb/hr)
$K = 1.212 \times 10^{-7}$ (lb/ppm-scf)
$C_d$ = $NO_X$ concentration, dry basis, ppm
$Q_d$ = volumetric flow rate, dry basis, scfm

The resulting $NO_X$ lb/hr value is then multiplied by the unit operating time for the FCCU reactor regenerator (P004) for that hour to produce a $NO_X$ lbs value. Hourly $NO_X$ emissions (lbs) shall be summed and divided by 2000 to determine monthly $NO_X$ emissions (in tons).

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
| --- | --- |
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 20 |

Monthly emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

2.1.5    CO emissions from the **FCCU reactor-regenerator (P004)** shall not exceed the limitations listed in the above summary table (Construction Permit 09AD0961). Compliance with the annual limit shall be monitored using the CO CEMS required by Condition 2.17 as follows:

For any hour that the FCCU reactor regenerator (P004) is operating, the permittee shall program the data acquisition and handling system to calculate lb/hr of CO emissions in accordance with the requirements in Condition 45.1.1.3.b and 40 CFR Part 60.

Specifically hourly mass CO emissions (in lb/hr) shall be calculated for each boiler using the following equation:

$E_h = K \times C_d \times Q_d \times 60$ min/hr

Where:    $E_h$ = mass emissions (lb/hr)
$K = 7.38 \times 10^{-8}$ (lb/ppm-scf)
$C_d$ = CO concentration, dry basis, ppm
$Q_d$ = volumetric flow rate, dry basis, scfm

The resulting CO lb/hr value is then multiplied by the unit operating time for the FCCU reactor regenerator (P004) for that hour to produce a CO lbs value. Hourly CO emissions (lbs) shall be summed and divided by 2000 to determine monthly CO emissions (in tons).

Monthly emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

2.1.6    VOC Emissions from the **FCCU reactor-regenerator (P004)** shall not exceed the limitations listed in the above summary table (Construction Permit 09AD0961). Compliance with the annual limitations shall be monitored as follows:

2.1.6.1    Calculating emissions monthly using the emission factors in the above summary table (from February 2001 performance test) and the appropriate throughput in the following equations:

VOC (tons/month) = [EF (lb/Mbbl feed) x monthly feed to FCCU (Mbbl/month)]/2000 lb/ton

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

2.1.6.2    Conducting a compliance test within 180 days of renewal permit issuance

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 21

**[September 1, 2022]** to monitor compliance with the annual VOC emission limit in Condition 2.1.6. Frequency of testing thereafter shall be based on the test results: every five (5) years if VOC emissions are less than or equal to 50% of the VOC emission limit, every three (3) years if VOC emissions are greater than 50% but less than or equal to 75% of the VOC emission limit and annual if VOC emissions are greater than 75% of the VOC emission limit.

The compliance tests shall be conducted using the appropriate EPA Test Methods.

Any compliance test conducted to show compliance with a monthly or annual emission limitation must have the results projected up to the monthly or annual averaging time by multiplying the test results by either the allowable number of operating hours for that averaging time or the Throughput Limit(s) (see Condition 2.6.2) for that averaging time.

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

2.1.7   PM and PM$_{10}$ emissions from **FCCU catalyst handling (P014) and FCCU fugitive sources (F002)** are not subject to emissions limitations. For APEN reporting and fee purposes, emissions from FCCU catalyst handling (P014) shall be calculated annually.

PM and PM$_{10}$ emissions from FCCU catalyst handling shall be calculated using the emission factors listed in the above summary table and the annual quantity of catalyst loaded. If annual emissions from FCCU catalyst handling exceed the APEN de minimis level, an APEN for FCCU catalyst handling (P014) shall be filed.

2.2   Particulate matter emissions are subject to the following requirements:

2.2.1   The **FCCU preheater (B002)** is subject to the particulate matter emission limit set forth in Condition 21.1 of this permit.

2.2.2   Particulate matter emissions from the **FCCU reactor-regenerator (P004)** shall not exceed one (1) pound per 1,000 pounds of coke burned (front half only according to Method 5B or 5F, as appropriate), measured as a one-hour average over three performance test runs (Construction Permit 09AD0961 and Consent Decree No. SA-05-CA-0569, entered November 23, 2005, paragraph 95). Compliance with the particulate matter limit shall be monitored as follows:

2.2.2.1   Conducting compliance tests to monitor compliance with the PM and

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                           Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 22

emission limitation in Condition 2.2.2. The compliance tests in accordance with the methods and frequency in 40 CFR Part 63 Subpart UUU as set forth in Conditions 41.6.2 and 41.25.3.

Frequency of testing as required by Condition 41.25.3, is every five (5) years, except if emissions exceed 0.80 lb/1,000 lb coke burn-off (80% of the standard), then frequency is annually. Results of past performance tests are shown in the table below:

| Compliance Test Date | PM Test Results (lb/1,000 lb coke burn-off) |
|---|---|
| December 9, 2021 | 0.58 |
| October 11, 2016 | 0.44 |

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

2.2.2.2    Complying with the CAM requirements in Condition 2.19.

2.3    Sulfur dioxide emissions from the **FCCU preheater (B002) and FCCU reactor-regenerator (P004)** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit as set forth in Condition 23.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from the **FCCU preheater (B002) and FCCU reactor-regenerator (P004)** shall be calculated as set forth in Conditions 2.1.1 and 2.1.3 of this permit.

2.4    The **FCCU pre-heater (B002)** is subject to the requirements in 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, and shall comply with those requirements that apply to fuel gas combustion devices as set forth in Condition 31 of this permit. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per the August 3, 2007 application to include Consent Decree requirement to comply with NSPS J requirements. Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraph 115)

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 31.6.3. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per the August 3, 2007 application to include Consent Decree requirement to use appropriate monitoring system for NSPS J limit. Consent Decree No. SA-05-CA-0569, entered November 23, 2005, paragraph 121)

2.5    $NO_X$ emissions from the **FCCU preheater (B002)** shall not exceed 0.089 lb/MMBtu (HHV), on a 3-hr average. (As provided for under the provisions of Section I, Condition 1.3 and Colorado

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022
App. 0753

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 23

Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to reduce $NO_X$ emissions as indicated on the APEN submitted August 3, 2007 in order to meet the $NO_X$ emission reduction and compliance demonstration requirements in paragraphs 17, 21 and 27.a of the Consent Decree, No. SA-05-CA-0569, entered November 23, 2005.) Compliance with the $NO_X$ limit shall be monitored as follows:

2.5.1    Conducting a compliance test within 180 days of renewal permit issuance **[September 1, 2022]** to monitor compliance with the $NO_X$ emission limit in Condition 2.5. Frequency of testing thereafter shall be based on the test results: no futher testing is required if $NO_X$ emissions are less than or equal to 50% of the $NO_X$ emission limit, every five (5) years if $NO_X$ emissions are greater than 50% but less than or equal to 75% of the $NO_X$ emission limit and every two (2) years if $NO_X$ emissions are greater than 75% of the $NO_X$ emission limit.

If a $NO_X$ compliance test has been conducted within one year of renewal permit issuance **[September 1, 2022]**, upon written approval from the Division, the permittee may rely on that test to meet the initial test requirement and establish ongoing compliance test frequency. The compliance tests shall be conducted using the appropriate EPA Test Methods.

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

2.5.2    Operating and maintaining the FCCU preheater in accordance with the requirements in Condition 30.2.

2.5.3    Complying with the combustion process adjustment requirements in Condition 2.20.

2.6    Material Throughputs are subject to the following limitations:

2.6.1    Consumption of gaseous fuel in the **FCCU preheater (B002)**, shall not exceed 520,694.4 MMBtu (HHV) per year. (Construction Permit 91AD180-1) Refinery fuel gas will be monitored as set forth in Condition 44 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for this unit monthly. Monthly quantities of fuel used shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

2.6.2    Feed to the FCCU shall not exceed 3,467.5 Mbbl per year. (Construction Permit 09AD0961) Compliance with the feed limitation shall be monitored by recording the

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 24 |

quantity of feed charged to the FCCU monthly. Monthly quantities of feed charged to the FCCU shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

2.6.3    The quantity of coke burn-off from the **FCCU reactor-regenerator (P004)** shall not exceed 48,180,000 pounds per year. (Construction Permit 09AD0961, as modified under the provisions of Section I, Condition 1.3 to change the coke burn-off limit units to pounds per year) Compliance with the coke-burn off limit shall be monitored by recording the quantity of coke-burn off daily. Daily coke burn-off values shall be summed to get the monthly quantity of coke burn-off. Monthly quantities of coke burn-off shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

2.7    The **FCCU preheater (B002) and FCCU reactor-regenerator (P004)** are subject to the following NSPS requirements:

2.7.1    These sources are subject to the NSPS general provisions as set forth in Condition 30 of this permit. (Construction Permit 09AD0961 (P004), as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per the August 3, 2007 application (B002) and Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraphs 98 (P004), 107 (P004) and 115 (B002))

2.7.2    The **FCCU reactor-regenerator (P004)** is subject to the NSPS requirements in 40 CFR Part 60 Subpart J as set forth in Condition 31, with respect to opacity, particulate and $SO_2$ emissions. (Construction Permit 09AD0961 and Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraphs 98 and 107, note that references to CO emissions in paragraph 98 have removed as those requirements have been streamlined (see Section III.3 of the permit)) Compliance with the NSPS requirements shall be monitored as follows:

2.7.2.1    Compliance with the opacity and $SO_2$ emission limits shall be monitored as required by the provisions in Condition 31 (NSPS J requirements).

2.7.2.2    In the absence of credible evidence to the contrary compliance with the NSPS J PM emission limit shall be presumed provided the monitoring in Condition 2.2.2 indicates compliance with the PM emission limit in Condition 2.2.2.

2.7.3    The **FCCU reactor-regenerator (P004)** is subject to the NSPS requirements in 40 CFR Part 60 Subpart Ja as set forth in Condition 32 with respect to CO emissions only..

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                Page 25

2.8     The **FCCU preheater (B002)**, **FCCU reactor-regenerator (P004)** and **FCCU catalyst handling (P014)** are subject to the Regulation No. 1 opacity limits set forth in Conditions 20.1 and 20.2. Compliance with the opacity limits shall be monitored as follows:

2.8.1     For the **FCCU preheater (B002)** as specified in Condition 20.4.

2.8.2     For the **FCCU reactor-regenerator (P004)** as specified in Condition 20.5.1.

2.8.3     For **FCCU catalyst handling (P014)** as specified in Condition 20.5.2.

2.9     The **FCCU preheater (B002)** is subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 42 of this permit.

2.10     Sulfur dioxide ($SO_2$) emissions from **the FCCU reactor-regenerator (P004)** shall not exceed the following limitations: (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per August 4, 2014 modification application to include $SO_2$ limits as required by Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraphs 88.g and Appendix E, paragraph 5.a):

2.10.1     74.4 ppmvd at 0% $O_2$, on a 7-day rolling average; and

2.10.2     37.2 ppmvd at 0% $O_2$, on a 365-day rolling average.

$SO_2$ emissions during periods of startup, shutdown, or malfunction of a FCCU controlled by catalyst additives or during periods of malfunction of a pollutant reducing catalyst additive system will not be used in determining compliance with the short-term $SO_2$ emissions limits (Condition 2.10.1) established pursuant to Appendix E of the Consent Decree, provided that during such periods the permittee implements good air pollution control practices to minimize $SO_2$ emissions. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per August 4, 2014 modification application to include Consent Decree requirements related to FCCU $SO_2$ limit. Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, Appendix E, paragraph 5.a.iii)

Compliance with the $SO_2$ emission limitations shall be monitored using the continuous emission monitoring system (CEMS) required by Condition 2.17. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per August 4, 2014 modification application to include Consent Decree requirements related to FCCU $SO_2$ limit. Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraphs 90 and 109)

2.11     Nitrogen oxide ($NO_X$) emissions from the **FCCU reactor-regenerator (P004)** shall not exceed the following limitations (As provided for in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per December 19, 2011 modification application to include $NO_X$ limits as required by Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraphs 48.b, 55.a and 60):

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 26 |

2.11.1    160 ppmvd at 0% $O_2$, on a 7-day rolling average; and

2.11.2    80 ppmvd at 0% $O_2$, on a 365-day rolling average.

Compliance with the $NO_X$ emission limitations shall be monitored using the continuous emission monitoring system (CEMS) required by Condition 2.17. (As provided for in Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X per December 19, 2011 modification application to include Consent Decree requirements related to FCCU $NO_X$ limit. Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraph 62)

2.12    Carbon monoxide (CO) emissions from the **FCCU reactor-regenerator (P004)** shall not exceed 500 ppmvd, at 0% $O_2$, on a 1-hr block average. (Construction Permit 09AD0961 and Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraph 94) Compliance with the CO emission limitations shall be monitored using the continuous emission monitoring system (CEMS) required by Condition 2.17. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7, III.B.7 and V.C.5 to include Consent Decree requirements related to the monitoring of the FCCU CO limit. Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraph 94)

2.13    The CO, opacity and particulate limits established pursuant to the Consent Decree shall not apply during periods of startup, shutdown or malfunction of the FCCUs or malfunction of the applicable CO or particulate control equipment, if any, provided that during startup, shutdown or malfunction, the permittee, shall, to the extent practicable, maintain and operate the relevant affected facility, include associated air pollution control equipment, in a manner consistent with good air pollution control practices for minimizing emissions (Construction Permit 09AD0961 and Consent Decree No. SA-05-0569, entered November 23, 2005, paragraph 102).

2.14    **FCCU fugitive sources (F002)** are subject to APEN reporting requirements and various leak detection and repair requirements as set forth in Condition 19 of this permit.

2.15    The **FCCU reactor-regenerator (P004)** is subject to RACT requirements for $PM_{10}$, VOC, CO and $NO_X$ (VOC and $NO_X$ are ozone precursors). (Construction Permit 09AD0961) RACT has been determined to be the following:

2.15.1    For VOC, the emissions limitations in Condition 2.1.2 and the Colorado Regulation No. 7, Part B, Section VI requirements as set forth in Condition 28 of this permit.

2.15.2    For $PM_{10}$, the emission limitations in Conditions 2.1.2 and 2.2.2.

2.15.3    For $NO_X$, the emission limitations in Conditions 2.1.4 and 2.11.

2.15.4    For CO, the emission limitations in Conditions 2.1.5 and 2.12.

2.16    The **FCCU reactor-regenerator (P004)** is subject to the provisions of 40 CFR Part 63, Subpart UUU, National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries:

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 27

Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units, as set forth in Condition 41 of this permit.

2.17    The **FCCU reactor-regenerator (P004)** shall be equipped with continuous emission monitoring system (CEMS) for $SO_2$, $NO_X$, CO and $O_2$ and a continuous opacity monitoring system (COMS) that meet the requirements in Condition 45 of this permit.

2.18    The height of the **FCCU reactor-regenerator (P004)** stack shall be no less than 59.4 meters. (Construction Permit 09AD0961)

2.19    The **FCCU reactor-regenerator (P004)** is subject to the compliance assurance monitoring (CAM) requirements with respect to the particulate matter emission limitations identified in Conditions 2.1.2, 2.2.2 and 2.7.2. Compliance with the CAM shall be monitored in accordance with the requirements in Condition 49 and the CAM Plan in Appendix G.

2.20    The **FCCU preheater (B002)** is subject to the requirements in Colorado Regulation No. 7, Part E, Section II.A as set forth in Condition 48, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on each heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

2.21    Suncor must upgrade the Plant 2 FCCU automated shutdown system to include a Programmable Logic Controller (PLC) as well as upgraded instrumentation, automated shutdown valves, and new hydraulic pressure units by December 31, 2022. (As provided for in Section I, Condition 1.3 to include the implementation plan to minimize or prevent future emissions exceedances as specified in Compliance Order on Consent (Case Nos. 2019-097 & 2019-194), effective March 6, 2020, paragraph 51.) Suncor must operate and maintain the automated shutdown system in accordance with the provisions in Condition 30.2.

Operating Permit #95OPAD108                                First Issued:  October 1, 2006
                                                          Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 28 |

3.  **Naphtha Hydrotreater Unit P013 & Reformer Unit - P005; includes B003 – Reformer Heater #1 (H401), B004 – Reformer Heater #2 (H402), B005 – Reformer Heater #3 (H403), F004 – Reformer Reactors (Catalyst Regeneration, Loading & Unloading), F005 – Naphtha Hydrotreater Fugitive Sources and F007 – Reformer Fugitive Sources**

**B003 – Reformer Heater #1 (H401), B004 – Reformer Heater #2 (H402), B005 – Reformer Heater #3 (H403)**

**Note that the annual emission (ton/yr) and heat input limitations (MMBtu/yr) are for all three heaters combined.**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 3.1 | 5.4 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 3.2 | See Conditions 21.1 | | Fuel Restriction | Only Gaseous Fuel is used |
| $PM_{10}$ | 3.1 | 5.4 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 3.1 | 26.0 tons/year | See Condition 3.1 | Recordkeeping and Calculation | Daily |
| | 3.3 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 3.3 | | Monthly |
| | 3.4 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| NOx | 3.1 | 62.4 tons/year | 0.075 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | 3.9 tons/year | $5.39 \times 10^{-3}$ lb/MMBtu | | |
| CO | | 28.2 tons/year | 0.04 lb/MMBtu | | |
| Heat Input | 3.5 | 1,410,300 MMBtu/year | | Recordkeeping | Daily Monthly |
| NSPS General Provisions | 3.6 | See 40 CFR Part 60 Subpart A (Condition 30) | | See 40 CFR Part 60 Subpart A (Condition 30) | |
| Opacity | 3.8 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - (**State-Only**) | | | |
| MACT | 3.10 | Annual Tune-Up | | See 40 CFR Part 63 Subpart DDDDD (Condition 42) | |
| RACT | 3.11 | Combustion Process Adjustment | | See Condition 48. | |

First Issued:  October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 29 |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

## F004 – Reformer Reactors (Catalyst Regeneration, Loading & Unloading), F005 – Naphtha Hydrotreater Fugitive Sources and F007 – Reformer Fugitive Sources

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| F005 & F007 – Naphtha Hydrotreater and Reformer Fugitive Sources | 3.7 | APEN Reporting and LDAR | | See Condition 19 | |
| F004 - Opacity | 3.8 | Not to exceed 20%, except as provided for below | | Method 9 | Each Time Catalyst is Loaded or Unloaded |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| F004[1] - MACT | 3.9 | For initial catalyst depressuring and catalyst purging: vent emissions to a flare For coke burn-off and catalyst rejuvenation[2]: daily HCl concentration not to exceed 9.6 ppmv | | See 40 CFR Part 63, Subpart UUU, Condition 41 | |

[1]Note that emissions from F004, Reformer Reactors (Catalyst Regeneration, i.e. coke burn-off, Loading & Unloading) are below the APEN de minimis level so an APEN for this activity is not required. However, this activity is subject to requirements in 40 CFR Part 63 Subpart UUU and as a result, this activity is included in the permit.

[2] Note that the emission limitation is actually 30 ppmv HCl, on a dry basis, corrected to the 3% $O_2$. The above HCl concentration represents the operating limit established by the performance test.

3.1    Emissions of air pollutants from the **reformer heaters (B003, B004 and B005) combined** shall not exceed the limitations listed in the above summary table. (Construction Permit 12AD032-4, revised per Section I, Condition 1.3 of this permit, to reflect revised PM/$PM_{10}$ and VOC emission limits based on revised emission factors) **For all pollutants except SO$_2$**, compliance with the annual limitations shall be monitored by calculating monthly emissions **from each heater** using the emission factors in the above summary table (PM, $PM_{10}$ & VOC from AP-42, Section 1.4 (dated 7/98), Tables 1.4-1 & 1.4-2, converted to lb/MMBtu based on a heat content of 1020 Btu/scf per footnote a and $NO_X$ and CO based on CP analysis) and monthly fuel use in the following equation:

Emissions (tons/month) = [EF (lb/MMBtu) x fuel usage (MMBtu/month)]/2000 lbs/ton

**For SO$_2$**, daily emissions **from each heater** shall be calculated using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 3.4) and the daily fuel consumption (as required by Condition 44) in the following equation.

---

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                       Suncor Energy (U.S.A.)
Colorado Operating Permit                             Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                               Page 30

SO$_2$ (lbs/day) = [daily fuel flow (Mscf/day) x H$_2$S conc. (ppm) x 0.169 lb SO$_2$/ppmH$_2$S-1,000 Mscf]

Note that the derivation of the constant 0.169 lb SO$_2$/ppm H$_2$S-1,000 Mscf is shown in Condition 1.1.

Daily SO$_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily SO$_2$ emissions shall be summed to determine monthly SO$_2$ emissions.

Monthly emissions **from each heater** shall be calculated by the end of the subsequent month and summed together to get combined monthly emissions from the reformer heaters. Combined monthly emissions from the reformer heaters shall be used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

3.2     The **reformer heaters (B003, B004 and B005)** are subject to the particulate matter emission limit set forth in Condition 21.1 of this permit.

3.3     Sulfur dioxide emissions from the **reformer heaters (B003, B004 and B005)** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit as set forth in Condition 23.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily SO$_2$ emissions from the **reformer heaters (B003, B004 and B005)** shall be calculated as set forth in Condition 3.1 of this permit.

3.4     The **reformer heaters (B003, B004 and B005)** are subject to the requirements in 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, and shall comply with those requirements that apply to fuel gas combustion devices as set forth in Condition 31 of this permit. (Construction Permit 12AD032-4 and Consent Decree No. SA-05-CA-0569, entered November 23, 2005, paragraphs 115, 118 and 122)

Compliance with the Subpart J fuel gas limit shall be monitored using a continuous H$_2$S monitoring system as specified in Condition 31.6.3. (Construction Permit 12AD032-4 and Consent Decree No. SA-05-CA-0569, entered November 23, 2005, paragraph 121)

3.5     Total heat input (MMBtu per year, HHV) to the **reformer heaters (B003, B004 and B005) combined** shall not exceed the limit listed in the above summary table. (Construction Permit 12AD032-4) Refinery fuel gas will be monitored as set forth in Condition 44 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Compliance with the annual fuel use limits shall be monitored by recording the fuel use for each heater monthly. Monthly quantities of fuel used for each heater shall be summed together to get combined monthly fuel use from the reformer heaters. The combined monthly fuel use from the reformer heaters shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

3.6     The **reformer heaters (B003, B004 and B005)** are subject to the NSPS general provisions as set forth in Condition 30 of this permit. (Construction Permit 12AD032-4 and Consent Decree No. SA-05-CA-0569, entered November 23, 2005, paragraph 118)

Operating Permit #95OPAD108                                    First Issued:  October 1, 2006
                                                               Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 31

3.7    The **naphtha hydrotreater fugitive sources (F005) and the reformer fugitive sources (F007)** are subject to the APEN reporting requirements and various leak detection and repair requirements as set forth in Condition 19.of this permit.

3.8    These sources are subject to opacity requirements as follows:

  3.8.1    The **reformer heaters (B003, B004 and B005)** are subject to the opacity limits set forth in Conditions 20.1, 20.2, and 20.3 of this permit.

  3.8.2    The **reformer reactors (catalyst regeneration, loading & unloading (F004))** are subject to the opacity requirements set forth in Conditions 20.1 and 20.2.

3.9    The **reformer unit (P005)** and the **reformer reactors (catalyst regeneration, loading & unloading (F004))** are subject to the requirements of 40 CFR Part 63, Subpart UUU as set forth in Condition 41 of this permit.

3.10    The **reformer heaters (B003, B004 and B005)** are subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 42 of this permit.

3.11    The **reformer heaters (B003, B004 and B005)** are subject to the requirements in Colorado Regulation No. 7, Part E, Section II.A as set forth in Condition 48, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on the heater's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                    Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                        Page 32

## 4.    Utilities – P011 – Plant 2 Cooling Towers (E-523, E-524, E-525 and E-527)

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Water Circulated | 4.1 | 7,253,280,000 gallons/year | | Calculation | Monthly |
| Total Solids and Strippable Hydrocarbons Analysis | 4.2 | | | See Condition 10.2 | |
| Hours of Operation | 4.3 | | | Recordkeeping | Monthly |
| PM | 4.4 | 4.8 tons/year | See Condition 4.4 | Recordkeeping and Calculation | Monthly |
| PM$_{10}$ | | 4.8 tons/year | | | |
| VOC | | 23.1 tons/year | | | |
| Opacity | 4.5 | Not to Exceed 20% | | See Condition 4.5. | |
| MACT | 4.6 | See 40 CFR Part 63 Subpart CC (Condition 40) | | See 40 CFR Part 63 Subpart CC (Condition 40) | |

4.1    Water Circulated through the Plant 2 Cooling Towers (E-523, E-524, E-525 and E-527) shall not exceed the above limitations. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include the requested throughput on the APEN submitted June 10, 2015, red-lined August 19, 2016) The quantity of water circulated through each tower (E-523, E-524, E-525 and E-527) shall be monitored and recorded monthly. The monthly quantity of water circulated shall be determined using the maximum circulation rate (E-523 and E-524 124,200 gal/hr, each, E525 207,000 gal/hr and E-527 372,600 gal/hr) multiplied by hours of operation (as required by Condition 4.3). The monthly quantity of water circulated through **each tower (E-523, E-524, E-525 and E-527)** shall be summed together and used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

4.2    The total dissolved solids and strippable hydrocarbons from the Plant 2 cooling towers (E-523, E-524, E-525 and E-527) shall be determined as follows:

4.2.1    Total dissolved solids shall be determined monthly using the measured monthly specific conductivity multiplied by 0.7. A copy of the procedures used to obtain the specific conductivity measurement shall be maintained and made available to the Division upon request. The monthly total dissolved solids shall be used to calculate monthly emissions as required by Condition 4.4.

4.2.2    Total strippable hydrocarbons shall be determined using the methods and frequency specified in Condition 40.56 (MACT CC requirement). The total strippable hydrocarbons shall be used to calculate VOC emissions as required by Condition 4.4.

Operating Permit #95OPAD108                          First Issued:  October 1, 2006
                                                     Renewed: September 1, 2022

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                                    Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 33

4.3    Hours of operation from the Plant 2 Cooling Towers (E-523, E-524, E-525 and E-527) shall be monitored and recorded monthly. Hours of operation shall be used to determine the monthly quantity of water circulated (as required by Condition 4.1).

4.4    Particulate Matter (PM and PM$_{10}$) and Volatile Organic Compound (VOC) emissions from the Plant 2 Cooling Towers (E-523, E-524, E-525 and E-527) shall not exceed the above limitations. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include the emissions requested on the APENs submitted on June 10, 2015, red-lined August 19, 2016) Monthly emissions **from each tower (E-523, E-524, E-525 and E-527)** shall be calculated by the end of the subsequent month using the equations and information below:

PM and PM$_{10}$ emissions

PM = PM$_{10}$ (tons/mo) = Q x d x % drift x total dissolved solids/2000 lbs/ton

Where:    Q = water circulated, gal/mo
          d = density of water, lbs/gal = 8.34 lb/gal
          % drift = 0.005%
          Total dissolved solids = total dissolved solids, in ppm (lbs solids/10$^6$ lbs water) - to be determined by Condition 4.2. Emissions shall be calculated using monthly total dissolved solids.

VOC Emissions

VOC equations are from "Air Stripping Method (Modified El Paso Method) for Determination of Volatile Organic Compound Emissions from Water Sources" Revision Number One, dated January 2003, Sampling Procedures Manual, Appendix P: Cooling Tower Monitoring, prepared by Texas Commission on Environmental Quality, January 31, 2003"

$$VOC\ (ppmw) = \frac{MW\ x\ (P\ x\ 0.03342\ atm/inHg)\ x\ b\ x\ c}{R\ x\ (T + 273)\ x\ a}$$

Where:    a = sample water flow rate (ml/min)
          b = stripping air flow rate (ml/min)
          c = concentration of compound in stripped air (ppmv)
          M= molecular weight of methane (16.04 g/mol)
          P = pressure in the stripping chamber (inHg), atmospheric = 27.8 inHg
          R = ideal gas constant (82.054 ml-atm/mol-K)
          T = stripping chamber temperature (°C)

VOC (tons/month) = C x Q x d/2000 lb/ton

Where:    C = concentration of air strippable compound in the water matrix (ppmw), determined by above equation
          Q = water circulated, gal/mo
          d = density of water, lbs/gal = 8.34 lb/gal

Monthly emissions **from each tower (E-523, E-524, E-525 and E-527)** shall be summed together and used in a twelve month rolling totals to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

Operating Permit #95OPAD108                                First Issued:  October 1, 2006
                                                           Renewed: September 1, 2022

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                           Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                  Page 34

4.5     Opacity of emissions from the Plant 2 cooling towers (E-523, E-524, E-525 and E-527) shall not exceed 20% (Colorado Regulation No. 1, Section II.A.1).  In the absence of credible evidence to the contrary, compliance with the opacity standard shall be presumed, provided the drift eliminators on the towers are maintained and operated in accordance with manufacturers' requirements and good engineering practices.

4.6     The heat exchange systems (cooling tower and all petroleum refinery process unit heat exchangers that are in organic HAP service, as defined in 40 CFR Part 63 Subpart CC, serviced by that cooling tower) are subject to the requirements in 40 CFR Part 63 Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 40 of this permit.

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

Air Pollution Control Division                          Suncor Energy (U.S.A.)
Colorado Operating Permit                    Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                   Page 35

5.     **Sulfur Recovery Plant – P009; includes P015 – Sulfur Recovery Unit Claus Plant, B011 - Sulfur Recovery Unit Incinerator, P008 – Amine Unit, P010 – Sour Water Stripper and F013 – Sulfur Recovery Unit/Amine Unit/Sour Water Stripper Fugitive Sources**

**Emissions from the amine unit (P010) and sour water stripper (P010) are routed through the sulfur recovery unit (P15) and vented through the sulfur recovery unit incinerator (B011)**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 5.1 | 0.07 tons per year | 7.45 x 10$^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 5.2 | 0.10 gr/dscf @ 12% $CO_2$ | | Waste Restriction | Only Gaseous Waste is Combusted |
| $PM_{10}$ | 5.1 | 0.07 tons per year | 7.45 x 10$^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 5.1 | 271.0 tons/year | | CEMS | Continuous |
| | 5.3 | NSPS Subpart J Requirement: Fuel gas shall not contain $H_2S$ in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Continuous Monitoring System | Continuous |
| | | NSPS General Provisions | | See 40 CFR Part 60 Subpart A | |
| | 5.4 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 5.4 | Recordkeeping and Calculation | Daily Monthly |
| | 5.5 | 1.20% vol $SO_2$, on a 12-hour rolling average | | CEMS | Continuous |
| CO | 5.1 | 0.80 tons per year | 0.082 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | 0.05 tons per year | 5.39 x 10$^{-3}$ lb/MMBtu | | |
| $NO_X$ | | 0.95 tons per year | 0.098 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $H_2S$ | 5.1 | 10.8 tons/year | See Condition 5.1.3.1 | Recordkeeping and Calculation, | Monthly |
| | | | | Compliance Tests | See Conditions 5.1.3.2 and 5.1.3.3 |
| | | | | CAM | |
| Gas Input | 5.6 | 19,406 MMBtu per year | | Recordkeeping | Daily, Monthly |

Air Pollution Control Division                                        Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 36

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| MACT | 5.7 | Emission Limit: 300 ppm total reduced sulfur (TRS), expressed as an equivalent $SO_2$ concentration (dry basis), corrected to 0% $O_2$, on a 12-hour rolling average Operating Limits: Daily average combustion zone temperature and $O_2$ concentration at or above 1,416 ºF and 0.846% During startup and shutdown[2]: Hourly average firebox temperature and $O_2$ concentration at or above 1,200 ºF and 2% | | See 40 CFRR Part 63 Subpart UUU (Condition 41) Additional Compliance Tests Shall be Conducted to Assess Compliance with the Emission Limit and Reset the Operating Limits as Specified in Condition 5.7 . | |
| Equipment Leaks | 5.8 | APEN Reporting and LDAR | | See Condition 19 | |
| Claus Plant (P015) Operation Requirements | 5.9 | Claus plant (P015) shall operate when at least 0.80 long ton per day of sulfur is available. | | See Condition 5.9 | |
| Amine Unit Requirements | 5.10 | Fuel gas from the amine unit shall not contain more than 0.080 grains/dscf, on a 12-month rolling average | | Continuous Monitoring System | Continuous |
| Sulfur Pit Emissions | 5.11 | Emissions shall be eliminated or routed to sulfur recovery unit incinerator (B011) | | See Condition 5.11 | |
| Opacity | 5.12 | Not to exceed 20%, except as provided for below | | Visual Inspection Method 9 | Monthly |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | Quarterly |
| | | Not to exceed 20%  - (State-Only) | | | |
| Continuous Emission Monitoring System | 5.13 | CEMS required for $SO_2$ and $O_2$ | | See Condition 5.13 | |
| Good Operating Practices | 5.14 | See Condition 5.14 | | See Condition 5.14 | |
| Excess Emission Reporting Requirements | 5.15 | For exceedances of emission limit in Condition 5.5, during periods of startup, shutdown, malfunction and process upset | | Notification to the Division and EPA | Within 48 hours |
| | | | | Written Submittal | Within 10 days |
| CAM Requirements | 5.16 | See Condition 5.16 | | See Condition 5.16 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                           Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 37

[2]During periods of startup and shutdown, the source may elect to comply with these requirements or the emission and operating limitations.

5.1     Emissions of air pollutants from the **sulfur recovery unit incinerator (B011)** are subject to the following requirements:

5.1.1     Emissions of PM, $PM_{10}$, CO, VOC and $NO_X$ from the **sulfur recovery unit incinerator (B011)** shall not exceed the limits listed in the above summary table. (Construction Permit 12AD032-3, as modified under the provisions of Section I, Condition 1.3 to revise PM, $PM_{10}$, CO, VOC, $NO_X$ and $H_2S$ emissions as indicated on the APEN received October 19, 2020) Compliance with the annual limitations shall be monitored by calculating monthly emissions using the emission factors in the above summary table (from AP-42, Section 1.4 (dated 7/98), Tables 1.4-1 and 1.4-2, converted to lb/MMBtu based on a gas heat content of 1020 Btu/scf per footnote a) and and the monthly quantity of gases combusted (as required by Condition 5.6) in the equation below::

Emissions (tons/month) = [EF (lb/MMBtu) x fuel usage (MMBtu/month)]/2000 lbs/ton

Monthly emissions shall be calculated by the end of the subsequent month and used in rolling twelve month totals to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculated using the previous twelve months data. Monthly emissions shall be calculated as follows:

5.1.2     Emissions of $SO_2$ from the **sulfur recovery unit incinerator (B011)** shall not exceed the limits listed in the above summary table. (Construction Permit 12AD032-3, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to include the $SO_2$ emission limit as requested on the APEN submitted April 20, 2016. The $SO_2$ emission limit is required by Paragraph 223 of Consent Decree No. SA-05-CA-0569, entered November 23, 2005.) $SO_2$ emissions shall be monitored using the $SO_2$ CEMS required by Condition 5.13. Hourly $SO_2$ emissions shall be summed to get daily $SO_2$ emissions. For every hour that gases are routed to the sulfur recovery unit incinerator (B011), hourly $SO_2$ emissions shall be determined as follows:

$SO_2$ lb/hr = [exhaust flow rate (Mscf/hr)] x [$SO_2$ conc. (scf $SO_2/10^6$ scf exhaust)] x [$10^6$ scf/$10^3$ Mscf] x [lb-mole $SO_2$/359.04 scf $SO_2$] x [64 lb $SO_2$/lb-mole $SO_2$]

Where:     exhaust flow is at stack $O_2$ and is calculated as described below.
           $SO_2$ conc = ppmv, hourly average
           359.05 scf/lb-mole = standard molar volume

The incinerator exhaust gas flow rate is the combined total of tail gas flow, fuel gas flow (supplemental and pilot fuel) and combustion air. Tail gas and fuel gas flow are monitored as required by Condition 5.6. The quantity of combustion air is determined from the $O_2$ continuous emissions monitoring system

Operating Permit #95OPAD108                          First Issued:  October 1, 2006
                                                     Renewed: September 1, 2022

Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions. Monthly $SO_2$ emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

5.1.3    Emissions of $H_2S$ from the **sulfur recovery unit incinerator (B011)** shall not exceed the limits listed in the above summary table. (Construction Permit 12AD032-3, as modified under the provisions of Section I, Condition 1.3 to revise PM, $PM_{10}$, CO, VOC, $NO_X$ and $H_2S$ emissions as indicated on the APEN received October 19, 2020) Compliance with the $H_2S$ emission limit shall be monitored as follows:

5.1.3.1    Calculating emissions monthly based on the assumption that $H_2S$ emissions are 4% of $SO_2$ emissions ($SO_2$ emissions determined in accordance with Condition 5.1.2). Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

5.1.3.2    Conducting a compliance test within 180 days of renewal permit issuance **[September 1, 2022]** to monitor compliance with the annual $H_2S$ emission limit in Condition 5.1.3 and to verify that $H_2S$ emissions are less than or equal to 4% of $SO_2$ emissions. Frequency of testing thereafter shall be based on the test results; every five (5) years if $H_2S$ emissions are less than 3% of $SO_2$ emissions and every three (3) years if $H_2S$ emissions are 3% or more of $SO_2$ emissions.

Compliance tests shall be conducted in accordance with the requirements and procedures set forth in EPA test Methods 6, 15 and 15A, unless otherwise approved by the Division, and Condition 41.18.2 (40 CFR Part 63 Subpart UUU performance test requirements for SRUs).

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

During each of the compliance tests required by this Condition 5.1.3.2 compliance assurance monitoring (CAM) indicator (combustion zone temperature and $O_2$ concentration) minimum values shall be established using the procedures in Condition 41.18.3 (40 CFR Part 63 Subpart UUU requirements to set site-specific operating limit).

The permittee shall submit the proposed CAM indicator (combustion zone temperature and $O_2$ concentration) minimum values determined from any subsequent compliance test for Division approval and begin monitoring under the new baseline within 45 calendar days of the test. The proposed CAM indicator (combustion zone temperature and $O_2$ concentration) minimum values submittal shall include the justification and supporting data for the proposed CAM indicators. In addition, the permittee shall submit with the proposed CAM indicators a minor modification application to revise the permit to incorporate the proposed minumun values as the indicator ranges for the CAM indicators (combustion zone temperature and $O_2$ concentration) into the permit.

    5.1.3.3       Complying with the CAM requirements in Condition 5.16

5.2    In areas designated as nonattainment or attainment/maintenance for particulate matter, no owner or operator of an incinerator shall cause or permit emissions of more than 0.10 grain of particulate matter per standard cubic foot (dry flue gas corrected to 12 percent carbon dioxide). (Colorado Regulation No. 1, Section III.B.2.a) In the absence of credible evidence to the contrary, compliance with the PM standard shall be presumed since only gaseous waste is permitted to be combusted in the **sulfur recover unit incinerator (B011)**.

5.3    The **sulfur recovery unit incinerator (B011)** is subject to the following requirements when fuel gas from the refinery fuel gas system is combusted as pilot or supplemental fuel:

    5.3.1    The **sulfur recovery unit incinerator (B011)** is subject to the requirements in 40 CFR Part 60 Subpart J and shall comply with those requirements that apply to fuel gas combustion systems as set forth in Condition 31 of this permit. (Construction Permit 12AD032-3)

        Compliance with the Subpart J fuel gas limit shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 31.6.3.

        The limitation in Condition 5.3.1 does not apply to the offgas (tail gas) **from the sulfur recovery unit claus plant (P015)** combusted by the **sulfur recover unit incinerator (B011)**. Emissions (off-gas or tail gas) from the **sulfur recovery unit claus plant (P015)** is not subject to the sulfur recovery plant requirements of 40 CFR Part 60, Subpart J since it has a design capacity of 20 long tons per day or less (see §60.100(a))

    5.3.2    The **sulfur recovery unit incinerator (B011)** is subject to the requirements in 40 CFR Part 60 Subpart A as set forth in Condition 30.

5.4    Sulfur dioxide emissions from the **sulfur recovery unit incinerator (B011)** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 23.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from the **sulfur recovery unit incinerator (B011)** shall be calculated as set forth in Condition 5.1.2 of this permit.

Air Pollution Control Division                                        Suncor Energy (U.S.A.)
Colorado Operating Permit                                  Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 40

5.5     The owner and/or operator shall not discharge or cause the discharge of any gases into the atmosphere from the Claus Plant (P015) containing in excess of 1.20 percent by volume of sulfur dioxide at zero percent oxygen on a dry basis. Compliance with this emission limit shall be monitored using data from the Continuous Emission Monitor (CEM), required in Condition 5.13, or a stack test using EPA Method 6. Although the primary method of monitoring compliance is by this Condition, the Administrator may require the appropriate source test to validate the monitoring techniques. (EPA PSD Permit, Condition 2(d), revised in accordance with Section I, Condition 1.3 of this permit to clarify the averaging time and percent oxygen. The averaging time and oxygen correction are specified in Condition 4(a) of the EPA PSD permit.)

Compliance with the $SO_2$ emission limit shall be monitored using the continuous emission monitoring system (CEMS) required by Condition 5.13, as follows:

5.5.1     For every hour in which gases are routed to the tail gas incinerator, the permittee shall program the data acquisition and handling system (DAHS) to calculate the $SO_2$ concentration (volume percent, corrected to 0% $O_2$), in accordance with the requirements in 40 CFR Part 60 and Condition 45.1.1.3.b of this permit. Compliance with the $SO_2$ emission limit in Condition 5.5 shall be based on a 12-hour rolling average. At the end of each operating hour, the permittee shall calculate and record a new 12-hour average using the previous 12 valid hourly $SO_2$ concentrations from the previous 12 operating hours.

5.5.2     An operating hour is any hour in which gases are routed to the tail gas incinerator.

5.5.3     All valid hours, including hourly emission data generated during startup, shutdown and malfunction shall be used in a 12-hour rolling averages described in Condition 5.5.1 to monitor compliance with the emission limitation in Condition 5.5.

5.6     Total quantity of gas input into the **sulfur recovery unit incinerator (B011)** (tail gas and supplemental fuel gas) shall be limited to the equivalent of 19,406 MMBtu (HHV) per year. (Construction Permit 12AD032-3, as modified under the provisions of Condition 1.3 to revise throughput as indicated on the APEN received October, 19, 2020) Compliance with the annual limit shall be monitored as follows:

5.6.1     Daily tail gas flow is calculated based on input streams to the claus unit (P015), which include amine acid gas, sour water stripper gas, reaction air and fuel gas and the products produced by the reactions that occur in the claus unit (P015). Flow for the claus unit (P015) input streams is measured and converted to a molar loading rate using stream speciation data to the determine the products of the reactions that are produced and that are routed to the sulfur recovery unit incinerator (B011). Records of daily tail gas calculations, methods and assumptions shall be maintained and made available to the Division upon request. Daily tail gas shall be summed to get monthly tail gas values. The Btu content of the tail gas shall be assumed to be 27.86 Btu/scf (HHV).

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 41 |

5.6.2    Refinery fuel gas (supplemental fuel) will be monitored as set forth in Condition 44 of this permit (daily recording of fuel use for each unit, heat value (HHV) analyzed once per week). Daily quantities of fuel gas shall be summed to get monthly fuel gas values.

Monthly tail and fuel gas values shall be summed together and used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

5.7    The **sulfur recovery unit claus plant (P015)** is subject to 40 CFR Part 63, Subpart UUU, National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units, as set forth in Condition 41 of this permit.

In addition to the requiements set forth in Condition 41, additional compliance tests shall be conducted to assess compliance with the MACT UUU emission limit in Condition 41.17.1.1 and reset the operating parameters in Condition 41.17.2.1. Compliance tests shall be conducted and operating limits established in accordance with the requirements in Condition 41.18.2 and 41.18.3. Frequency of compliance tests shall be in accordance with the frequency set forth in Condition 5.1.3.2.

In addition, as specified in Condition 5.1.3.2, the permittee shall submit the proposed operating limits for Division approval within 45 calendar days of the test. The proposed operating limit submittal shall include the justification and supporting data for the proposed operating limits. In addition, the permittee shall submit with the proposed operating limits a minor modification application to revise the permit to incorporate the proposed operating limits into the permit.

5.8    The **sulfur recovery unit/amine unit/sour water stripper fugitive sources (F013)** are subject to APEN reporting requirements and various leak detection and repair requirements as set forth in Condition 19.

5.9    The Claus Plant (P015) shall operate when at least 0.80 long ton per day (LTD) of sulfur is available from specified regulated sources (i.e., crude vacuum unit, reformer unit and steam boiler) and specified nonregulated sources (i.e. two steam boilers, FCC preheater, and fuel oil tank heater) that feed into the Claus Plant (P015). Compliance with this condition shall be monitored using data obtained from the monitoring required in Condition 5.13. (EPA PSD Permit, Condition 2(b), revised in accordance with Section I, Condition 1.3 of this permit)

If 0.80 LTD or more of sulfur is available from the regulated sources, then the routing of the nonregulated sources into the Claus unit (P015) is optional. The EPA and the Division shall be notified, in writing, when unregulated fuel gas is not treated by the Amine Unit (P008) and records shall be kept of the sulfur content and quantity of unregulated fuel gas burned. (EPA PSD Permit, Condition (2)(c))

5.10    The fuel gas from the Amine Unit (P008) shall contain not more than 0.080 grains of hydrogen sulfide per dry standard cubic foot, on a 12- month rolling average. (EPA PSD Permit, Condition

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 42 |

2(a), as modified under the provisions of Section I, Condition 1.3 to specify the averaging time). Compliance with this condition shall be monitored using the $H_2S$ continuous monitoring system required by Condition 31.6.3 of this permit. A monthly average $H_2S$ concentration shall be calculated by the end of the subsequent month using all hourly $H_2S$ averages from the continuous monitoring system. The monthly $H_2S$ concentration shall be adjusted to back out the dilution effect of the addition of any reformer gas, propane or natural gas to the refinery fuel gas for that month. The monthly adjusted $H_2S$ concentration shall be used in a twelve month rolling average in order to monitor compliance with the annual limitation. Each month a new twelve month rolling average shall be calculated using the previous twelve months' data. Records shall be retained regarding adjustments made to the measured $H_2S$ concentration data and made available to the Division upon request.

5.11    All sulfur pit emissions to the atmosphere shall be either eliminated or routed to the tail gas incinerator and included within the mass based emission limit in Condition 5.1.2 (tons/yr limit). (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to incorporate Paragraph 226 of Consent Decree No. SA-05-CA-0569, entered November 23, 2005)

5.12    The **sulfur recovery unit incinerator (B011)** is subject to the opacity limits set forth in Conditions 20.1, 20.2 and 20.3 of this permit. Compliance with the opacity limits shall be monitored as set forth in Condition 20.6.

5.13    A continuous monitoring system for measuring $SO_2$ emissions shall be installed, calibrated, maintained and operated in accordance with the requirements in Condition 45, as well as the following requirements:

    5.13.1    A continuous monitoring system for measuring $SO_2$ from the Claus plant (P015) shall be installed, calibrated, maintained, and operated by the owner or operator. A diluent monitor shall be operated along with the $SO_2$ monitor for the Claus plant (P015), to correct measurements to zero-percent oxygen. These monitoring systems shall comply with the appropriate reporting requirements in 40 CFR Section 60.7(c). Periods of excess emissions are defined as any running twelve-hour period during which the average concentration of $SO_2$ in the gases discharged into the atmosphere exceed the emission limit in Condition 2(d) of the PSD permit (Condition 5.5 of this permit). (EPA PSD Permit, Condition 4(a))

    The reporting requirements in 40 CFR Section 60.7(c) are included in Conditions 45.4.1 and 45.4.2 and emissions in excess of the limitation in Condition 5.5, shall be included in those reports. Periods when the CEMS is not providing quality assured data and the claus unit (P015) is operating, shall be reported as monitor downtime on the reports required by Conditions 45.4.1 and 45.4.2.

    5.13.2    Recertification or other evaluation of the CEM's may be required by the EPA to demonstrate that the systems are operating within the allowable specifications. (EPA PSD Permit, Condition (5))

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                                 Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                   Page 43

5.13.3   The permittee shall implement the quality control program for the continuous monitoring systems submitted and approved by the EPA. As specified in Condition (7) of the EPA PSD permit, the quality control program shall have written procedures for each of the following activities:

5.13.3.1   installation of CEMS,

5.13.3.2   calibration of CEMS,

5.13.3.3   zero and calibration checks and adjustment for CEMS,

5.13.3.4   data recording and reporting,

5.13.3.5   program of corrective action for inoperative CEMS; and

5.13.3.6   annual evaluation of CEM systems.

The EPA may require revisions to the QA plan as needed. (EPA PSD Permit, Condition (7), as modified under the provisions of Section I, Condition 1.3 to reflect that the quality control program has been prepared and approved by EPA) A copy of the plan shall be maintained on site for Division inspection upon request.

5.14   This source is subject to the good operating practices set forth in Condition 30.2 of this permit. (EPA PSD Permit, Condition (8))

5.15   The Applicant shall notify the EPA and the Division as soon as possible of excess emissions, as defined by emission limits in this permit (Condition 5.5), (not more than 48 hours after discovery) during periods of start-up, shut-down, equipment malfunction, or process upset. Not more than 10 days after discovery, all of the following shall be provided to the EPA and the Division in writing:

5.15.1   The identity of the stack or other emission point where excess emission occurred;

5.15.2   The magnitude of excess emissions expressed in terms of permit conditions;

5.15.3   Pertinent operating data during the time of upset;

5.15.4   The time duration of excess emissions;

5.15.5   The identity of the equipment or process causing the upset and the suspected reasons for the upset;

5.15.6   Steps and procedures taken during the upset period to minimize excess emissions;

5.15.7   Steps and procedures taken or anticipated to be taken to prevent reoccurrence of the upset conditions.

The Source will be considered to be in violation of the permit (EPA PSD permit) if the Division determines that the information submitted does not evidence a malfunction or upset condition

Operating Permit #95OPAD108                                      First Issued: October 1, 2006
                                                                 Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 44 |

caused by events beyond the control of the Applicant and the Source exceeded the emission or operational limits described in this permit (EPA PSD permit). (EPA PSD Permit, Condition 9)

5.16    The **Sulfur Recovery Unit (P015)** is subject to the CAM requirement with respect to the $H_2S$ emission limitation identified in Condition 5.1.3. Compliance with the CAM shall be monitored in accordance with the requirements in Condition 49 and the CAM Plan in Appendix I.

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 45 |

## 6.    Utilities – Boilers B504 and B505

### Annual Limitations (tons/year and Btu/year) apply to Both Boilers Together

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 6.1 | 8.3 tons/year | 0.01 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| | 6.2 | See Condition 21.1 | | Fuel Restriction | Only Gaseous Fuel is Used |
| $PM_{10}$ | 6.1 | 8.3 tons/year | 0.01 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $SO_2$ | 6.1 | 12.7 tons/year | See Condition 6.1 | | Daily Monthly |
| | 6.3 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 6.3 | | |
| NSPS Subpart Ja | 6.4 | Fuel gas shall not contain $H_2S$ in excess of: 162 ppmv, on a 3-hour rolling average, and 60 ppmv, on a 365-day rolling average | | Continuous Monitoring System | Continuous |
| $NO_X$ | 6.1 | 36.4 tons/year | | CEMS | Continuous |
| CO | | 33.1 tons/year | | | |
| VOC | | 4.5 tons/year | 5.39 x $10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| $NO_X$ | 6.5 | 0.044 lb/MMBtu, on a 365-day rolling average | | CEMS | Continuous |
| Heat Input | 6.6 | 1,655,640 MMBtu/year | | Recordkeeping | Daily Monthly |
| CO Continuous Emission Monitoring System (CEMS) | 6.7 | | | See Condition 6.7 | |
| RACT | 6.8 | See Condition 6.8 | | See Condition 6.8 | |
| Opacity | 6.9 | Not to exceed 20%, except as provided for below | | Fuel Restriction | Only Gaseous Fuel is Used |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| | | Not to exceed 20%  - (**State-Only**) | | | |
| NSPS General Provisions | 6.10 | See 40 CFR Part 60 Subpart A (Conditions 30 and 45) | | See 40 CFR Part 60 Subpart A (Conditions 30 and 45) | |

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division

Colorado Operating Permit

Permit #95OPAD108

Suncor Energy (U.S.A.)

Commerce City Refinery, Plant 2 (East)

Page 46

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NSPS Db | 6.11 | $NO_X$: 0.20 lb/MMBtu, on a 30-day rolling average | | CEMS | Continuous |
| | | Annual Capacity Factor | | Recordkeeping and Calculation | Daily Monthly |
| MACT | 6.12 | Tune-Up Every Five Years | | See 40 CFR Part 63 Subpart DDDDD (Condition 42) | |
| Stack Height Requirements | 6.13 | The stack height of each boiler shall be no less than 26.2 meters | | See Condition 6.13 | |
| RACT | 6.14 | Combustion Process Adjustment | | See Condition 48. | |
| Restrictions on Relaxing Emission Limitations | 6.15 | See Condition 6.15 | | See Condition 6.15 | |

6.1    Emissions of air pollutants are subject to the following requirements:

6.1.1    PM, $PM_{10}$ and VOC emissions **from both boilers together** shall not exceed the limitations listed in the above summary table. (Construction Permit 09AD1422) Compliance with the annual limits shall be monitored by calculating monthly emissions **from each boiler** using the emission factors in the above table (PM and $PM_{10}$ from manufacturer, VOC from AP-42, Section 1.4 (dated 3/98), Table 1.4-2 (converted to lb/MMBtu by dividing by 1020 Btu/scf per footnote a)) and the monthly fuel use in the following equation:

Emissions (tons/month) = [EF (lb/MMBtu) x fuel usage (MMBtu/month)]/2000 lbs/ton

Monthly emissions **from each boiler** shall be calculated by the end of the subsequent month and summed together to get combined monthly emissions. Combined boiler monthly emissions shall be used in a twelve-month rolling total to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculated using the previous twelve months data.

6.1.2    $SO_2$ emissions **from both boilers together** shall not exceed the limitations listed in the above summary table. (Construction Permit 09AD1422) Compliance with the annual limits shall be monitored by calculating daily $SO_2$ emissions **from each boiler** using the daily average $H_2S$ concentration (as determined using the continuous monitoring system required by Condition 6.4) and the daily fuel consumption use (as required by Condition 44) in the following equation.

$SO_2$ (lbs/day) = [daily fuel flow (Mscf/day) x $H_2S$ conc. (ppm) x 0.169 lb $SO_2$/ppm$H_2S$-1,000 Mscf]

Note that the derivation of the constant 0.169 lb $SO_2$/ppm $H_2S$-1,000 Mscf is shown in Condition 1.1.

Operating Permit #95OPAD108

First Issued:  October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 47

Daily $SO_2$ emissions for the month shall be calculated by the end of the subsequent month. Daily $SO_2$ emissions shall be summed to determine monthly $SO_2$ emissions.

Monthly emissions **from each boiler** shall summed together to get combined monthly emissions. Combined boiler monthly emissions shall be used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

6.1.3    $NO_X$ emissions **from both boilers together** shall not exceed the limitations listed in the above summary table. (Construction Permit 09AD1422, as modified under the provisions of Section I, Condition 1.3 to increase $NO_X$ emissions as indicated on the APEN submitted June 30, 2020)  Compliance with the annual $NO_X$ limit shall be monitored using the $NO_X$ and $O_2$ CEMS required by Condition 6.11 (NSPS Subpart Db requirements) as follows:

For any hour is which fuel is fired in the boiler, the permittee shall program the data acquisition and handling system to calculate lb/hr of $NO_X$ emissions in accordance with the requirements in Condition 45.1.1.3.b and 40 CFR Part 60.

Specifically, hourly mass $NO_X$ emissions (in lb/hr) shall be calculated for each boiler using the following equation:

$E_h = F_d \times C_d \times MW/385.3 \times 10^{-6} \times (20.9/(20.9 - \%O_2)) \times H_g$

Where:    $E_h$ = mass emissions (lb/hr)
          $F_d$ = fuel factor, dry, scf/MMBtu (calculated from on-site analyzers)
          $C_d$ = $NO_X$ concentration, dry basis, ppm
          MW = $NO_X$ molecular weight, 46.01 lb/mol
          $Q_d$ = volumetric flow rate, dry basis, scfm
          $\%O_2$ = $O_2$ concentration, dry basis (from $O_2$ CEMS)
          $H_g$ = heat input rate (MMBtu/hr)

The resulting $NO_X$ lb/hr value is then multiplied by the unit operating time for the boiler for that hour to produce a $NO_X$ lbs value. Hourly $NO_X$ emissions (lbs) **from each boiler shall be summed together** to get combined $NO_X$ emissions from both boilers. The combined hourly $NO_X$ mass emissions (lbs) shall be summed and divided by 2000 to determine monthly $NO_X$ emissions (in tons).

Monthly emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

6.1.4    CO emissions **from both boilers together** shall not exceed the limitations listed in the above summary table. (Construction Permit 09AD1422) Compliance with the annual CO limit shall be monitored using the CO and $O_2$ CEMS required by Condition 6.7 as follows:

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                        Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                         Page 48

For any hour is which fuel is fired in the boiler, the permittee shall program the data acquisition and handling system to calculate lb/hr of CO emissions in accordance with the requirements in Condition 45.1.1.3.b and 40 CFR Part 60.

Specifically hourly mass CO emissions (in lb/hr) shall be calculated for each boiler using the following equation:

$$E_h = F_d \times C_d \times MW/385.3 \times 10^{-6} \times (20.9/(20.9 - \%O_2)) \times H_g$$

Where:   $E_h$ = mass emissions (lb/hr)
         $F_d$ = fuel factor, dry, scf/MMBtu (calculated from on-site analyzers)
         $C_d$ = CO concentration, dry basis, ppm
         MW = CO molecular weight, 28 lb/mol
         $Q_d$ = volumetric flow rate, dry basis, scfm
         $\%O_2$ = $O_2$ concentration, dry basis (from $O_2$ CEMS)
         $H_g$ = heat input rate (MMBtu/hr)

The resulting CO lb/hr value is then multiplied by the unit operating time for the boiler for that hour to produce a CO lbs value. Hourly CO emissions (lbs) **from each boiler shall be summed together** to get combined CO emissions from both boilers. The combined hourly CO mass emissions (lbs) shall be summed and divided by 2000 to determine monthly CO emissions (in tons).

Monthly emissions shall be used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

6.2   **Each boiler** is subject to the particulate matter emission limits set forth in Condition 21.1 of this permit.

6.3   Sulfur dioxide emissions **from each boiler** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 23.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from **each boiler** shall be calculated as set forth in Condition 6.1.2 of this permit.

6.4   **Each boiler** is subject to the requirements in 40 CFR Part 60, Subpart Ja, Standards of Performance for Petroleum Refineries for which Construction, Reconstruction or Modification Commenced after May 14, 2007 that apply to fuel gas combustion devices and shall comply with those requirements as set forth in Condition 32 of this permit.

Compliance with the Subpart Ja fuel gas limit shall be monitored using a continuous $H_2S$ monitoring system as specified in Condition 32.16.

6.5   $NO_X$ emissions **from each boiler** shall not exceed 0.044 lb/MMBtu, on a 365-day rolling average. (Construction Permit 09AD1422, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to include $NO_X$ lb/MMBtu limit in order to meet the $NO_X$ emission reduction and compliance demonstration requirements in

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 49 |

paragraphs 17, 21 and 27.a of the Consent Decree, No. SA-05-CA-0569, entered November 23, 2005.).

Compliance with the NO$_X$ limit shall be monitored **for each boiler** using the NO$_X$ CEMS required by Condition 6.11.6 (NSPS Subpart Db NO$_X$ CEMS requirement) as follows:

6.5.1    For every hour in which fuel is combusted in the boiler, the permittee shall program the data acquisition and handling system (DAHS) to calculate the NO$_X$ concentration in lb/MMBtu, in accordance with the requirements in 40 CFR Part 60 and Condition 45.1.1.3.b of this permit. Compliance with the NO$_X$ emission limits in Condition 6.5 shall be based on a 365-day rolling average. Before the end of each operating day, the permittee must calculate and record the 365-day rolling average emission rate in lb/MMBtu from all valid hourly emission values from the CEMS for the previous 365 boiler operating days.

6.5.2    A boiler operating day is defined as any day in which fuel is combusted in the boiler at any time.

6.5.3    All valid hours, including hourly emission data generated during startup, shutdown and malfunction shall be used in the 365-day rolling averages described in Condition 6.5.1 to monitor compliance with the emission limitation in Condition 6.5.

6.5.4    Exceedances of the NO$_X$ emission limits in Condition 6.5 shall be included in the excess emissions reports required by Condition 45.4.1

6.6    The heat input (MMBtu per year, HHV) to **both boilers together** shall not exceed the limitation listed in the above table. (Construction Permit 09AD1422)  Compliance with the annual fuel use limits shall be monitored by recording the fuel use for each boiler monthly using the data acquisition and handling system (DAHS) for the continuous emission monitoring systems (CEMS) required by Conditions 6.7 (CO CEMS) and 6.11 (NSPS Subpart Db requirements). Monthly quantities of fuel used for each boiler shall be summed together to get combined monthly fuel use from the boilers. The combined monthly fuel use from the boilers shall be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

6.7    A continuous emission monitoring system (CEMS) shall be installed, calibrated, maintained and operated to measure CO and O$_2$ emissions **from each boiler**. (Construction Permit 09AD1422) The CEMS shall be operated in accordance with the requirements in Condition 45.

6.8    **Each boiler** is subject to RACT requirements for PM$_{10}$, VOC, CO and NO$_X$ (VOC and NO$_X$ are ozone precursors). (Construction Permit 09AD1422 and Colorado Regulation No. 3, Part B, Section III.D.2.a)  RACT has been determined to be the following:

6.8.1    For VOC and CO, good combustion practices. In the absence of credible evidence to the contrary, compliance with the VOC and CO RACT requirements shall be presumed

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 50 |

provided the requirements in Conditions 6.10 (NSPS General Provisions) and 6.14 (Reg 7 combustion process adjustment requirements) are met.

6.8.2    For $PM_{10}$, use of gaseous fuel

6.8.3    For $NO_X$, ultra low-$NO_X$ burners

6.9    **Each boiler** is subject to the opacity limits set forth in Conditions 20.1, 20.2, and 20.3 of this permit. Compliance with the opacity limitations shall be monitored in accordance with the requirements in Condition 20.4.

6.10    **Each boiler** is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Conditions 30 (general requirements) and 45 (requirements specific to continuous emission monitoring systems and reporting) of this permit.

6.11    **Each boiler** is subject to the requirements in 40 CFR Part 60 Subpart Db, "Standards of Performance for Industrial-Commercial-Institutional Steam Generating Units", as adopted by reference in Colorado Regulation No. 6, Part A, as follows:

The requirements below reflect the rule language in 40 CFR Part 60 Subpart Db as of the latest revisions to 40 CFR Part 60 Subpart Db published in the Federal Register on February 27, 2014. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart Db.

*Standard for nitrogen oxides (§60.44b)*

6.11.1    On and after the date on which the initial performance test is completed or is required to be completed under 60.8, whichever date is first, no owner or operator of an affected facility that commenced construction after July 9, 1997 shall cause to be discharged into the atmosphere from that affected facility any gases that contain NOx (expressed as NO2) in excess of 86 ng/J (0.20 lb/MMBtu) heat input if the affected facility combusts coal, oil, or natural gas (or any combination of the three), alone or with any other fuels. (60.44b(l)(1))

6.11.2    For purposes of 60.44b(i) (Condition 6.11.3), the $NO_X$ standards under this section apply at all times including periods of startup, shutdown, or malfunction. (60.44b(h))

6.11.3    Except as provided under 60.44b(j), compliance with the emission limits under this section is determined on a 30-day rolling average basis. (60.44b(i))

*Compliance and performance test methods and procedures for nitrogen oxides (§60.46b)*

6.11.4    Compliance with the $NO_X$ emission standards under §60.44b (Condition 6.11.1) shall be determined through performance testing under 60.46b(e) or (f) (Condition 6.11.5), or under 60.46b(g) and (h), as applicable. (60.46b(c))

---

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 51

6.11.5    To determine compliance with the emission limits for $NO_X$ required under §60.44b (Condition 6.11.1), the owner or operator of an affected facility shall conduct the performance test as required under §60.8 using the continuous system for monitoring $NO_X$ under §60.48(b). (60.46b(e))

    6.11.5.1    For the initial compliance test, $NO_X$ from the steam generating unit are monitored for 30 successive steam generating unit operating days and the 30-day average emission rate is used to determine compliance with the $NO_X$ emission standards under §60.44b (Condition 6.11.1). The 30-day average emission rate is calculated as the average of all hourly emissions data recorded by the monitoring system during the 30-day test period. (60.44b(e)(1))

    6.11.5.2    Following the date on which the initial performance test is completed or required to be completed under §60.8, whichever date comes first, the owner or operator of an affected facility that has a heat input capacity of 73 MW (250 MMBtu/hr) or less and that combusts natural gas, distillate oil, gasified coal, or residual oil having a nitrogen content of 0.30 weight percent or less shall upon request determine compliance with the $NO_X$ standards in §60.44b through the use of a 30-day performance test. During periods when performance tests are not requested, $NO_X$ emissions data collected pursuant to §60.48b(g)(1) (Condition 6.11.8) or §60.48b(g)(2) are used to calculate a 30-day rolling average emission rate on a daily basis and used to prepare excess emission reports, but will not be used to determine compliance with the $NO_X$ emission standards. A new 30-day rolling average emission rate is calculated each steam generating unit operating day as the average of all of the hourly $NO_X$ emission data for the preceding 30 steam generating unit operating days. (60.4b(e)(4))

*Emission monitoring for nitrogen (§60.48b)*

6.11.6    Except as provided under 6048b(g), (h), and (i), the owner or operator of an affected facility subject to a $NO_X$ standard under §60.44b (Condition 6.11.1) shall comply with either 60.48b(b)(1) or (b)(2). (60.48b(b))

    6.11.6.1    Install, calibrate, maintain, and operate CEMS for measuring $NO_X$ and $O_2$ (or $CO_2$) emissions discharged to the atmosphere, and shall record the output of the system. (60.48b(b)(1))

    The CEMS shall meet the CEMS requirements in Condition 45.

6.11.7    The 1-hour average $NO_X$ emission rates measured by the continuous $NO_X$ monitor required by 60.48b(b) (Condition 6.11.6) and required under §60.13(h) (Conditions 45.2.3 through 45.2.5) shall be expressed in ng/J or lb/MMBtu heat input and shall be used to calculate the average emission rates under §60.44b. The 1-hour averages shall

Operating Permit #95OPAD108                                      First Issued:  October 1, 2006
                                                                Renewed: September 1, 2022

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) |
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 52 |

be calculated using the data points required under §60.13(h)(2) (Condition 45.2.4). (60.48b(d)).

6.11.8    The owner or operator of an affected facility that has a heat input capacity of 73 MW (250 MMBtu/hr) or less, and that has an annual capacity factor for residual oil having a nitrogen content of 0.30 weight percent or less, natural gas, distillate oil, gasified coal, or any mixture of these fuels, greater than 10 percent (0.10) shall comply with the provisions of 60.48b(b), (c), (d), (e)(2), (e)(3), and (f) (Conditions 6.11.6, 6.11.7 and 45.5) . (60.48(g)(1))

Reporting and Recordkeeping Requirements (§60.49b)

6.11.9    Except as provided in 60.49b(d)(2), the owner or operator of an affected facility shall record and maintain records as specified in 60.49b(d)(1) (see below). (60.49b(d))

6.11.9.1    The owner or operator of an affected facility shall record and maintain records of the amounts of each fuel combusted during each day and calculate the annual capacity factor individually for coal, distillate oil, residual oil, natural gas, wood, and municipal-type solid waste for the reporting period. The annual capacity factor is determined on a 12-month rolling average basis with a new annual capacity factor calculated at the end of each calendar month. (60.49b(d)(1))

6.11.10    Except as provided under 60.49b(p), the owner or operator of an affected facility subject to the $NO_X$ standards under §60.44b (Condition 6.11.1) shall maintain records of the information in 60.49b(g)(1) through (10) for each steam generating unit operating day. (60.49b(g))

6.12    **Each boiler** is subject to the National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters, 40 CFR Part 63 Subpart DDDDD as set forth in Condition 42 of this permit.

6.13    The height of **each boiler** stack shall be no less than 26.2 meters (Colorado Construction Permit 09AD1351).

6.14    The **boilers** are subject to the requirements in Colorado Regulation No. 7, Part E, Section II.A as set forth in Condition 48, provided that actual, uncontrolled emissions of $NO_X$ are 5 tons per year or more, (calendar year basis). The applicability of these requirements is based on each boiler's actual, uncontrolled $NO_X$ emissions for the calendar year, thus applicability can vary from year to year.

6.15    The requirements of Colorado Regulation No. 3, Part D shall apply to these boilers at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 53

restriction on hours of operation (Colorado Construction Permit 07WE1100 and Colorado Regulation No. 3, Part D, Sections VI.B.4 and V.A.7.B).

With respect to this Condition 6.15, Colorado Regulation No. 3, Part D requirements may apply to future modifications if the emission limitations are modified to equal or exceed the following thresholds:

| Pollutant | Program | Emissions (tons/yr) | | Comment/ Explanation |
|---|---|---|---|---|
| | | Threshold | Current Permit Limit | |
| NO$_X$ | NANSR | 40[1] | 36.4 | |
| NO$_X$ | PSD | 40 | 36.4 | |

[1]Represents the NANSR significance level at the time these units were permitted (initial approval construction permit (09AD1422) issued May 14, 2020).

Operating Permit #95OPAD108                          First Issued:  October 1, 2006
                                                        Renewed: September 1, 2022

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 54

7. **Crude Unloading/Gasoline Tank Truck Loading; includes F015 – South Crude Unloading, F016 – North Crude Unloading, F024 – Truck Loading Dock, C001 – Truck Loading Dock Combustor and F017 – Truck Loading Dock Fugitive Sources**

**Note that Emissions from the truck loading dock are routed to the truck loading dock combustor and crude unloading emissions are uncontrolled.**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NOx | 7.1 | Truck Loading Dock Combustor: 3.7 tons/year | 0.068 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | Truck Loading Dock Combustor: 17.2 tons/year Truck Loading Dock Fugitive Sources: 0.6 tons/year Crude Oil Unloading: 9.4 tons/year | Truck Loading Dock Combustor: See Condition 7.1.1 Truck Loading Dock Fugitive Sources: Guideware | | |
| CO | 7.1 | Truck Loading Dock Combustor: 16.9 tons/year | 0.31 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| PM | 7.1 | | 7.45 x 10$^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| PM$_{10}$ | | | | | |
| SO$_2$ | | | See Condition 7.1.5 | | Daily, Monthly |
| | 7.2 | NSPS Subpart J Requirement: Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Drager test | Semiannually |
| | 7.3 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 7.3 | Recordkeeping and Calculation | Daily Monthly |
| Truck Racks RACT | 7.4 | Storage and Transfer of Petroleum Liquid | | Colorado Regulation No. 7, Part B, Sections IV.C.2 and IV.D.2.a (See Conditions 26.3 and 26.4) | |
| | | Petroleum Processing and Refining | | Colorado Regulation No. 7, Part B, Section VI.B and C (See Conditions 28.2 and 28.3) | |
| | | Gasoline Terminals | | Colorado Regulation No. 7, Part B, Section VII (See Condition 29) | |

---

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 55

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Crude Racks RACT | 7.5 | Crude Oil | | Colorado Regulation No. 7, Part B, Section V.B (See Condition 27.1) | |
| | | Petroleum Processing and Refining | | Colorado Regulation No.7, Part B, Section VI.C (See Condition 28.3) | |
| Combustion Zone Temperature | 7.6 | Maintain combustion zone temperature at or above 500 ºF, on a 12-hour rolling average | | Thermocouple | Continuous |
| Combustor Pilot and Assist Gas (Natural (City) Gas) | 7.7 | 70,231 MMBtu/yr | | Flow Meter | Daily Monthly |
| Loading/Unloading Throughput | 7.8 | Truck Loading Dock: Gasoline: 326,160,000 gallons/year Distillate: 252,000,000 gallons/year Crude Oil Unloading: 614,880,000 gallons/year (14,640,000 barrels/year) | | Recordkeeping | Daily Monthly |
| MACT | 7.9 | Total organic compound emissions not to exceed 10 mg/l of gasoline loaded. | | See 40 CFR Part 63 Subpart CC, Condition 40 | |
| | | Maintain combustion zone temperature at or above 500 ºF, on a 12-hour rolling average  v | | | |
| Opacity | 7.10 | Not to exceed 20%, except as provided for below | | Visible Inspection | Daily |
| | | Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| Compliance Test | 7.11 | Compliance testing for MACT limit (10 mg/l of gasoline loaded) and combustion zone temperature | | EPA Test Methods | Every Five (5) Years |
| CAM Requirements | 7.12 | See Condition 7.12 | | See Condition 7.12 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

7.1    Emissions of air pollutants are subject to the following requirements:

7.1.1    VOC emissions from the **truck loading dock combustor (C001)** shall not exceed the limits listed in the above summary table. (Construction Permit 11AD251, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to revise flare and truck loading dock emission

---

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 56 |

limitations as indicated on the APEN submitted October 22, 2019, red-lined November 18, 2019) Compliance with the annual emission limitation shall be monitored as follows:

7.1.1.1    Monthly VOC emissions **from gasoline loading** shall be calculated using the monthly quantity of gasoline loaded (as required by Condition 7.8) in the following equation:

VOC (tons/mo) = [10 mg/l loaded x monthly quantity loaded (gal/mo) x 3.7854 l/gal x 1 g/1000 mg x 1 lb/453.6 g]/2000 lb/ton

Where:    10 mg/l loaded is the MACT CC emission limit for gasoline loading (40 CFR Part 63 Subpart R § 63.422(b) limit which is required by 40 CFR Part 63 Subpart CC §63.650(a))

7.1.1.2    Monthly VOC emissions **from distillate loading** shall be calculated using the monthly quanitity of distillate loaded (as required by Condition 7.8) in the following equation:

VOC (tons/mo) = [LL (lb/$10^3$ gal) x monthly materials loaded ($10^3$ gal/mo) x (1 - (control efficiency/100))]/2000 lb/ton

$L_L$ = 12.46 x SPM/T

Where:    LL = loading loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), equation 1
S = saturation factor (per Table 5.2-1 of AP-42)
P = true vapor pressure of liquid loaded, psia
M = molecular weight of vapors (lb/lbmole)
T = temperature of bulk liquid loaded (º R)

A control efficiency of 95% may be used in the above equation for the vapor combustor provided it meets the temperature monitoring requirements in Condition 7.6.

Monthly emissions shall be calculated using the monthly average vapor pressure, vapor molecular weight and temperature of the liquids loaded for the monthly period.

7.1.1.3    Monthly VOC emissions **from pilot and assist gas consumption** shall be calculated using the monthly quantity of pilot and assist gas consumed (as required by Condition 7.7) in the following equation:

VOC (tons/mo) = [EF (lb/MMBtu) x monthly pilot/assist gas (MMBtu/mo)]/2000 lb/ton

Where:    EF = 0.0987 lb/MMBtu (from Xcel gas composition data, Denver area high pressure line, December 2017, 95% control efficiency assumed)

Monthly emissions shall be calculated by the end of the subsequent month. Monthly emissions calculated in accordance with Conditions 7.1.1.1 through 7.1.1.3 shall be summed together and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

---

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                        Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 57

7.1.2    VOC emissions from the **truck loading dock fugitive sources (F017)** shall not exceed the above limitations (Construction Permit 11AD251 as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to revise flare and truck loading dock emission limitations as indicated on the APEN submitted June 18, 2008.) Compliance with the annual limitation shall be monitored by calculating monthly emissions using Guideware. Guideware is Suncor's fugitive emission's tracking software program which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995. Guideware estimates emissions based on actual leak data for those components that are screened, and emission factors and assumed control efficiencies for those components that are not screened.

Monthly emission shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

7.1.3    $NO_X$ and CO emissions from the **truck loading dock combustor (C001)** shall not exceed the limits in the above summary table. (Construction Permit 11AD251, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to revise flare and truck loading dock emission limitations as indicated on the APEN submitted October 22, 2019, red-lined November 18, 2019)  Compliance with the annual emission limitation shall be monitored by calculating emissions monthly using the emission factors in the above summary table (AP-42, Section 13.5 (dated 2/18), Tables 13.5-1 and 2), the monthly quantity of materials loaded (as required by Condition 7.8) and the monthly quantity of pilot and/or assist gas consumed (as required by Condition 7.7) in the following equations:

$NO_X$/CO (tons/mo) = $NO_X$/CO from loading + $NO_X$/CO from pilot/assist gas consumption

<u>$NO_X$/CO from loading</u>

$NO_X$/CO (tons/mo) = [EF (lb/MMBtu) x $L_L$ (lbs/$10^3$ gal) x monthly materials loaded ($10^3$ gal/mo) x heating value of material loaded (Btu/lb) x (MMBtu/$10^6$ Btu)]/(2000 lb/ton)

$L_L$ (lb/$10^3$ gal) = 12.46 x SPM/T

Where:       LL = loading loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), equation 1
             S = saturation factor (per Table 5.2-1 of AP-42)
             P = true vapor pressure of liquid loaded, psia
             M = molecular weight of vapors (lb/lbmole)
             T = temperature of bulk liquid loaded (º R)
             19,300 Btu/lb = heating value of diesel (AP-42, Section 3.3 (dated 10/96), Table 3.3-footnote c)
             20,300 Btu/lb = heating value of gasoline (AP-42, Section 3.3 (dated 10/96), Table 3.3-footnote c)

Monthly emissions from loading shall be calculated using the monthly average vapor pressure, vapor molecular weight and temperature of the liquids loaded for the monthly period.

NO$_X$/CO from pilot and assist gas fuel consumption

NO$_X$/CO (tons/mo) = [EF (lb/MMBtu) x monthly pilot/assist gas (MMBtu/mo)]/2000 lb/ton

Monthly emission shall be calculated by the end of the subsequent month. Monthly emissions from loading and pilot/assist gas consumption shall be summed together and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

7.1.4    VOC emissions from **crude oil unloading (north and south combined (F015 and F016))** shall not exceed the limitation in the above summary table. (Construction Permit 93AD592, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase emissions as indicated on APEN submitted July 30, 2009.) Compliance with the annual limitation shall be monitored by calculating monthly emissions using Guideware or another equivalent software package if approved in advance (in writing) by the Division. Guideware is Suncor's fugitive emission's tracking software program which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995. Guideware estimates emissions based on actual leak data for those components that are screened and emission factors and assumed control efficiencies for those components that are not screened.

Monthly emission shall be calculated by the end of the subsequent month and used in a twelve-month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

7.1.5    For APEN reporting and fee purposes, PM, PM$_{10}$ and SO$_2$ emissions from the **truck loading dock combustor (C001)** shall be calculated monthly. Monthly emissions shall be summed to obtain calendar year emissions for APEN reporting purposes. Monthly emissions shall be calculated as follows:

7.1.5.1    PM and PM$_{10}$ emissions shall be calculated monthly using the emission factors included in the above summary table (from AP-42, Section 1.4 (dated 7/98), Table 1.4-2, converted to lb/MMBtu based on a heat content of 1020 Btu/scf per footnote a), the monthly quantity of material loaded (as required by Condition 7.8) and the monthly quantity of pilot/assist gas consumed (as required by Condition 7.7) in the equations in Condition 7.1.3.

7.1.5.2    Monthly emissions of SO$_2$ shall be determined by summing daily SO$_2$ emissions (as required by Condition 7.3).

7.2    The **truck loading dock combustor (C001)** is subject to the requirements in 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, for fuel combustion devices and shall comply with those requirements as set forth in Condition 31 of this permit. (As provided for

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 59 |

under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to include Consent Decree requirement to comply with NSPS J requirements. Consent Decree, No. 99-1759, filed September 8, 1999, paragraph 7.C.1 and 7.D.5)

In lieu of monitoring using the $H_2S$ continuous monitoring system, the $H_2S$ content in vapor during product loading (**truck loading dock combustor (C001))** shall be determined using the EPA-approved alternative monitoring protocol (AMP) approved in the 1999 Consent Decree (No. 99-1759, filed September 8, 1999, paragraph 7.D). The monitoring requirements set forth in the AMP are as follows:

The permittee shall conduct one representative measurement on vapors emitted from the **truck loading dock combustor (C001)** using a drager tube (DT) with an appropriate concentration range during at least one loading event during each six month period. For purposes of this protocol, "loading event" shall mean the loading of one average size tank that at a minimum requires 10 minutes loading time for tanks loaded at the truck loading dock. If any DT $H_2S$ measurement exceeds 40 ppm, the permittee shall report the event to the Division.

The $H_2S$ DT testing may be discontinued provided that EPA rescinds the previously approved AMP and the permittee submits an application for an exemption from monitoring for fuel gas streams that are inherently low in sulfur (see Condition 31.6.3.2) in accordance with the provisions in Condition 31.7.

7.3    Sulfur dioxide emissions from the **truck loading dock combustor (C001)** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 23.1 of this permit.

For purposes of monitoring compliance with the Colorado Regulation No. 1 $SO_2$ limit, daily $SO_2$ emissions from the **truck loading dock combustor (C001)** shall be calculated as follows:

$SO_2$ emissions from combustor (lb/day) = $SO_2$ from loading (lb/day) + $SO_2$ from pilot/assist gas (lb/day)

$SO_2$ from loading

$SO_2$ (lb/day) = EF (lb/MMscf) x $L_L$ (lbs/$10^3$ gal) x daily materials loaded ($10^3$ gal/day)/MW (lb/lb-mol) x 385.3 scf/lb-mole/$10^6$ scf/MMscf

Where:    $L_L$ = loading losses (see equation in Condition 7.1.3)
MW = vapor molecular weight, for distillate (MW = 130 lb/lb-mole), for gasoline MWvaries based on RVP, (See AP-42, Section 7.1 (dated 11/19), Table 7.1-2)
$H_2S$ concentration = concentration in ppm from the most recent sample required by Condition 7.2

For the above equation, EF = 0.332 lb/MMscf, which is based on the $H_2S$ content of 2 ppmv, calculated in accordance with the following equation:

EF (lb/MMscf) = 2 scf $H_2S$/$10^6$ scf x lb-mole $H_2S$/385.3 scf $H_2S$ x lb-mole $SO_2$/lb-mole $H_2S$ x 64 lb $SO_2$/lb-mole $SO_2$ x $10^6$ scf/MMscf

If the sampling required by Condition 7.2 indicates an $H_2S$ content above 2 ppmv, then a revised emission factor shall be calculated using the above equation and used in future $SO_2$ emission calculations.

Daily emissions from loading shall be calculated using the monthly average vapor pressure, vapor molecular weight and temperature of the liquids loaded for the monthly period.

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 60 |

SO₂ from pilot/assist gas

Note that natural (city) gas is used for pilot/assist gas

$SO_2$ (lb/day) = pilot/assist gas (MMBtu/day) x EF (lb/MMBtu)

Where:    EF = 5.88 x 10⁻⁴ lb/MMBtu (from AP-42, Section 1.4 (dated 7/98), converted to lb/MMBtu by dividing by 1020 Btu/scf per footnote a)

7.4    The **truck loading dock (F024), truck loading dock combustor (C001) and truck loading dock fugitive sources (F017)** are subject to Colorado Regulation No. 7 requirements as follows:

7.4.1    The **truck loading dock fugitive sources (F017)** are subject to the requirements in Colorado Regulation No. 7, Part B, Section VI.C as set forth in Condition 28.3.

7.4.2    The **truck loading dock (F024) and truck loading dock combustor (C001)** are subject to the requirements in Colorado Regulation No. 7, Part B, Sections IV.C.2, VI.B.6 and VII as set forth in Conditions 26.3, 28.2.5 and 29.

In the absence of credible evidence to the contrary, the **truck loading dock combustor (C001)** is presumed to be in compliance with the requirements in Regulation No. 7, Part B, Section VI.B.6 (Condition 28.2.5) provided the requirements in Conditions 7.6 and 7.9 are met.

7.4.3    The **truck loading dock (F024)** is subject to the requirements in Colorado Regulation No. 7, Part B, Section IV.D.2.a as set forth in Condition 26.4.

7.5    The **crude oil unloading racks (F015 and F016)** are subject to the Colorado Regulation No. 7, Part B, Sections V.B and VI.C as set forth in Conditions 27.1 and 28.3 of this permit.

7.6    The temperature in the **truck loading dock combustor (C001)** is subject to the following requirements:

7.6.1    The temperature in the combustor shall not be less than 500 ºF on a 12-hour rolling average. (40 CFR Part 63 Subpart CC §63.650(a) via Subpart R §§63.425(b) and 63.427(a)(3) and Construction Permit 11AD251, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to revise the operating parameter to temperature to 500 °F per a September 2, 2008 mod application). The combustion zone temperature shall be monitored in accordance with the CAM plan in Appendix J and the CAM requirements in Condition 49.

7.6.2    The computer maintains the combustion system within the temperature range that ensures near complete combustion. If the temperature is outside the acceptable combustion range, the computer locks out all product loading. All instances when product loading is locked out shall be investigated. When the investigation identifies the temperature in the combustor **(truck loading dock combustor (C001))** was outside the acceptable range, the **truck loading dock (F024)** records shall be reviewed to

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 61

determine if loading occurred and what products were loaded during that time. Records when loading outside of the acceptable range shall be kept for inspection upon request.

7.6.3      When a value is calculated on a 12 hour rolling average that is below 500 °F and gasoline was being loaded during the period, the occurrence will be noted and reported to the Division in the Refinery MACT (40 CFR Part 63 Subpart CC) periodic report and the semi-annual operating permit report for that period. When a value is calculated on a 12 hour rolling average that is below 500 °F and gasoline and/or distillate products were being loaded during the period, the occurrence will be noted and reported to the Division in the semi-annual operating permit report.

7.6.4      The minimum temperature value specified in Condition 7.6.1 shall be reviewed and revised during subsequent performance tests required by Condition 7.11 to verify compliance with the **truck loading dock (F024)** limit in Condition 7.9 (40 CFR Part 63 Subart CC) and the 95% control efficiency for the combustor (as specified in Conditions 7.1.1.2 and 7.1.1.3). Future minimum temperature operating limits shall be based on an averaging period no less than six hours.

7.7      The quantity of natural (city) gas used as pilot and assist gas to the **truck loading dock combustor (C001)** shall not exceed 70,231 MMBtu per year. (Construction Permit 11AD251, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include pilot and assist gas throughput limit as indicated on the APEN submitted October 22, 2019, red-lined November 18, 2019) Compliance with the annual limitation shall be monitored by recording natural gas consumption daily using the flow meter. Daily pilot/assist gas values shall be summed to get monthly pilot/assist gas usage. The Btu content of pilot and assist gas (natural (city) gas) shall be based on a heat content of 1020 Btu/scf. Monthly quantities of pilot/assist gas shall be used in a twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

7.8      Loading/Unloading throughput is subject to the following requirements:

7.8.1      Petroleum products loaded through the **truck loading dock (F024)** shall not exceed the following limitations (Construction Permit 11AD251, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to revise truck loading dock throughput limit as indicated on the APEN submitted October 22, 2019, red-lined November 18, 2019):

7.8.1.1      Gasoline loaded shall not exceed 326,160,000 gallons per year (7,765,714 barrels per year).

7.8.1.2      Distillate loaded shall not exceed 252,000,000 gallons per year (6,000,000 barrels per year).

7.8.2      Unloading of crude oil through **crude oil unloading (F015 and F016)** shall not exceed 614,880,000 gallons per year (14,640,000 barrels per year). (Construction Permit

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 62

93AD592, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to increase throughput to levels on APEN submitted July 30, 2009)

Compliance with the annual limits shall be monitored by recording the quantity of petroleum products loaded at the **truck loading dock (F024)** and crude oil unloaded at **crude oil unloading (F015 and F016)** daily. Daily quantities of materials loaded and unloaded shall be summed to determine monthly values. Monthly quantities of material loaded and unloaded shall be used in rolling twelve month totals to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

7.9     The **truck loading dock (F024) and truck loading dock fugitive sources (F017)** are subject to the requirements of 40 CFR Part 63, Subpart CC, as set forth in Condition 40 of this permit.

7.10    The **truck loading dock combustor (C001)** is subject to the opacity limit set forth in Conditions 20.1 and 20.2 of this permit.

7.11    A compliance test shall be conducted within 180 days of renewal permit issuance  **[September 1, 2022]** to monitor compliance with the loading limit in Condition 7.9 (total organic compound emissions not to exceed 10 mg/l of gasoline loaded), to verify the combustor achieves 95% control efficiency (as specified in Conditions 7.1.1.2 and 7.1.1.3) and to set and/or revise, as applicable, the temperature limit in Condition 7.6. Performance tests shall be conducted in accordance with the appropriate EPA Test Methods and the provisions in 40 CFR Part 63 Subparts CC and R (§§63.650(a) and 425(a) through (c)). Frequency of testing thereafter shall be every five (5) years.

If a compliance test was conducted within six (6) months prior to renewal permit issuance **[September 1, 2022]** to verify the combustor achieves 95% control efficiency and compliance with the loading limit in Condition 7.9 and the test was conducted in accordance with a Division-approved protocol as specified below and appropriate notification of the test date, the permittee may rely on that test to meet the initial test requirement and set the temperature limit in Condition 7.6.

The compliance test must be conducted in accordance with the most recent version of the APCD Compliance Test Manual (https://www.colorado.gov/pacific/sites/default/files/AP_Compliance-Test-Manual.pdf), including deadlines for preparation and submittal of the protocol for Division review and approval and for submittal of the test report. All compliance testing must be approved by the Division prior to conducting the test.

Following each compliance test required by this Condition 7.11, the compliance assurance monitoring (CAM) indicator minimum value (combustion zone temperature) shall be revised.

Within 60 days of completion of each compliance test required by this permit condition, the permittee shall submit for approval a revised compliance assurance monitoring (CAM) indicator minimum value (combustion zone temperature) and begin monitoring under the proposed limit. The new CAM indicator (combustion zone temperature) minimum value shall be based on an

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 63

averaging time no less than six (6) hours. The proposed temperature limit submittal shall include justification and supporting data for the proposed limit. In addition, the permittee shall submit with the proposed temperature limit a minor modification application to revise the permit to incorporate the proposed minumun for the CAM indicator (combustion zone temperature) indicated in Conditions 7.6 and 49 (CAM requirements) and Appendix J (CAM plan) of this permit.

7.12    The **truck loading dock (F024)** is subject to the compliance assurance monitoring (CAM) requirements with respect to the VOC emission limitation identified in Condition 7.1.1. Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 49 and the CAM Plan in Appendix J.

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 64

## 8. Refinery Flare – C005; includes F018 – Refinery Flare Fugitive Sources

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| $SO_2$ | 8.1 | 18.3 tons/year | TRS Monitor | TRS and Flare Flow Monitor | Continuously |
| | 8.2 | 0.3 lb $SO_2$/bbl/day of oil processed | See Condition 8.2 | Recordkeeping and Calculation | Daily Monthly |
| $NO_X$ | 8.1 | 16.8 tons/year | 0.068 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| VOC | | 84.8 tons/year | 0.344 lb/MMBtu | | |
| CO | | 76.4 tons/year | 0.31 lb/MMBtu | | |
| PM | | 1.84 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | | |
| $PM_{10}$ | | 1.84 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | | |
| $PM_{2.5}$ | | 1.84 tons/year | $7.45 \times 10^{-3}$ lb/MMBtu | | |
| RACT | 8.3 | See Condition 8.3 | | See Condition 8.3 | |
| F018 Refinery Flare Fugitive Sources | 8.4 | APEN Reporting and LDAR | | See Condition 19 | |
| Pump Seals | 8.5 | Route to Flare | | See Condition 8.5 | |
| Heat Rate of Gases Combusted | 8.6 | 493,124,772,000 Btu/year | | Flow Meter, Recordkeeping | Continuously, Daily |
| Opacity | 8.7 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Video Surveillance Camera | Continuously |
| Hours of Operation | 8.8 | | | See Condition 8.8 | |
| NSPS Ja | 8.9 | Fuel gas shall not contain $H_2S$ in excess of 162 ppmv, on a 3-hour rolling average | | $H_2S$ Continuous Monitoring System (See Condition 32) | |
| | | Flare Management Plan, Root Cause Analysis | | See 40 CFR Part 60 Subpart Ja (Condition 32) | |
| NSPS General Provisions | 8.10 | See 40 CFR Part 60 Subpart A (Condition 30) | | See 40 CFR Part 60 Subpart A (Condition 30) | |
| MACT | 8.11 | See 40 CFR Part 63 Subpart CC (Condition 40) | | See 40 CFR Part 63 Subpart CC (Condition 40) | |
| CAM Requirements | 8.12 | See Condition 8.12 | | See Condition 8.12 | |

8.1    Emissions of air pollutants from the **refinery flare (C005)** shall not exceed the limits listed in the above summary table. (Construction Permit 88AD134, as modified under the provisions of Section

Operating Permit #95OPAD108 | First Issued: October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division                            Suncor Energy (U.S.A.)
Colorado Operating Permit                      Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                      Page 65

I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emission limits as requested on the APEN submitted July 10, 2017, red-lined September 12, 2018) Compliance with the annual limits shall be monitored by calculating PM, $PM_{10}$, $PM_{2.5}$, $NO_X$, CO and VOC emissions monthly using the emission factors in the above summary table (CO and $NO_X$ from AP-42, Section 13.5 (dated 2/18), Tables 13.5-1 and 13.5-2, VOC based on material balance (98% destruction and removal efficiency (DRE) assumed), PM, $PM_{10}$ and $PM_{2.5}$ from AP-42, Section 1.4 (dated 7/98), Table 1.4-2, converted to lb/MMBtu by dividing by 1020 Btu/scf per footnote a) and the monthly quantity of gases combusted by the flare (including pilot gas) in the following equation:

Emissions (tons/month) = [EF (lb/MMBtu) x gases combusted by flare (MMBtu/year)]/2000 (lbs/ton)

For any 15-minute block period when the Btu content of gases in the combustion zone do not meet the limit in Condition 40.94 (270 Btu/scf limit in 40 CFR Part 63 Subpart CC) or any 15-minute block period during which there was at least one minute when waste gases are routed to the flare and no pilot flame is present, VOC emissions shall be calculated assuming a control efficiency of 0%. A VOC emission factor of 17.2 lb/MMBtu shall be used to estimate emissions during those periods.

$SO_2$ emissions from the flare shall be calculated daily as described below. Daily $SO_2$ emissions shall be summed to get monthly $SO_2$ emissions.

$SO_2$ from the flare (lb/day) = $SO_2$ from flared gases (lb/day) + $SO_2$ emissions from pilot gas (lb/day) + $SO_2$ emissions from supplemental gas (lb/day)

<u>$SO_2$ Emissions from pilot and supplemental gases (natural gas)</u>

$SO_2$ (lb/day) =  pilot gas flow (Mscf/day) x 1.6 lb/MMscf

$SO_2$ (lb/day) = suppl. gas flow (Mscf/day) x 1.6 lb/MMscf

Where:    pilot gas flow (Mscf/day) = pilot gas flow determined as required by Condition 8.6.1.
          suppl. gas flow (Mscf/day) = supplemental gas flow deteremined as required by Condition 8.6.2.
          1.6 lb/MMscf = 0.55 grains S/0.1 Mscf x 1 lb S/7,000 grains S x 64 lb $SO_2$/32 lbs S

<u>$SO_2$ Emissions from flared gases (not including pilot and supplemental fuel):</u>

Daily $SO_2$ emissions from flared gas will be based on the summation of the hourly $SO_2$ emissions measured by the total reduced sulfur (TRS) analyzer required by Condition 32.20 (NSPS Ja). Hourly $SO_2$ emissions are calculated from the TRS analyzer as follows:

lb $SO_2$/hr = FG flow (Mscf)/hr x 1,000 scf/Mscf FG x $SO_2$ conc. (1-hr average ppmv) x lb-mole $SO_2$/385.3 scf $SO_2$ x 64.04 lb $SO_2$/lb-mole $SO_2$

FG flow (Mscf/hr) = $\dfrac{\text{actual FG flow (Mcf/hr) x 527.67ºR x P (psia)}}{\text{(T (ºF) + 459.67) x 14.7 psia}}$

Where: FG flow (Mscf/hr) = flare gas flow rate at standard temperature and pressure. The flow meter required by
          Condition 8.6.3 is required to correct to standard temperature and pressure per 63.670(i)(1).
       $SO_2$ conc. (ppmv) = measured total reduced sulfur (TRS) concentration in the flare gas heater, reported as
          $SO_2$ ppmv (scf $SO_2$/$10^6$ scf FG), from the TRS continuous monitoring system

Operating Permit #95OPAD108                          First Issued:  October 1, 2006
                                                     Renewed: September 1, 2022

Air Pollution Control Division                                      Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 66

actual FG flow (Mcf/hr) = actual flare gas flow rate at process temperature and pressure, as determined from flare flow meter required by Condition 8.6.3

459.67= conversion factor converting temperature in ºF to degree Rankine.

527.67ºR = standard temperature, in ºR, which = 68ºF + 459.67

T = process temp, in ºF

P = process pressure, in psia

14.7 psia = standard pressure

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

8.2    Sulfur dioxide emissions from the **refinery flare (C005)** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limits set forth in Condition 23.1 of this permit. For purposes of assessing compliance with the Regulation No. 1 emission limit, daily $SO_2$ emissions from the **refinery flare (C005)** shall be calculated as set forth in Condition 8.1 of this permit.

8.3    The **refinery flare (C005)** is subject to the provisions of Colorado Regulation No. 7, Part B, Section VI.B.3 and 6 as set forth in Conditions 28.2.2 and 28.2.5 of this permit.

8.4    **Refinery flare fugitive sources (F018)** are subject to APEN reporting requirements and various leak detection and repair requirements, as set forth in Condition 19 of this permit.

8.5    Leaks from pump seals associated with the knock-out drum shall be vented to the **refinery flare (C005)**. (Construction Permit 88AD134, as modified under the provisions of Section I, Condition 1.3 to clarify the pump seals are those associated with the knock-out drum as noted on the Construction Permit 88AD134)

8.6    The heat rate (Btu per year, HHV) of gases (including pilot and supplemental gas) combusted at the **refinery flare (C005)** shall not exceed the limitation in the above summary table. (Construction Permit 88AD134, as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limits as requested on the APEN submitted July 10, 2017, red-lined September 12, 2018)  The quantity of gases sent to the flare (including pilot gas) shall be monitored and recorded daily as follows:

8.6.1    The quantity of pilot gas (purchased natural gas) to the flare shall be determined based on the design rate (150 scf/hr) and daily hours of operation for the flare (as required by Condition 8.8). The Btu content of the pilot gas (purchased natural gas) shall be 1020 Btu/scf (based on a net (lower) heating value (LHV) of 920 Btu/scf per 40 CFR Part 63 Subpart CC §63.670(j)(5) (Condition 40.98.2), converted to HHV by multiplying by 1.11). Daily throughput shall be summed to determine monthly consumption of pilot gas.

---

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                          Renewed: September 1, 2022

Air Pollution Control Division                                  Suncor Energy (U.S.A.)
Colorado Operating Permit                      Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                         Page 67

8.6.2    The quantity of supplemental fuel (purchased natural gas) to the flare shall be monitored using a continuous flow monitor that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(i) (see Condition 40.97). The Btu content of the supplemental fuel (purchased natural gas) shall be 1020 Btu/scf (based on a LHV of 920 Btu/scf per 40 CFR Part 63 Subpart CC §63.670(j)(5) (Condition 40.98.2), converted to HHV by multiplying by 1.11). Daily throughput shall be summed to determine monthly consumption of supplemental fuel.

8.6.3    The quantity of process gases combusted shall be monitored using a continuous flow monitor that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(i) (see Condition 40.97). The Btu content of the process gas shall be determined using a calorimeter that meets the requirements in 40 CFR Part 63 Subpart CC § 63.670(j)(3) (see Condition 40.98.1). The calorimeter measures the Btu content in LHV, which shall be converted to HHV by multiplying by 1.12. Daily throughput shall be summed to determine monthly consumption of process gases.

The monthly heat rate (HHV) of gases sent to the flare (including pilot gas) shall be summed together and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month total shall be calculated using the previous twelve months data.

8.7    The **refinery flare (C005)** is subject to the following opacity limit: No owner or operator of a smokeless flare or other flare for the combustion of waste gases shall allow or cause emissions into the atmosphere of any air pollutant which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes. (Colorado Regulation No. 1, Section II.A.5).

In the absence of credible evidence to the contrary, compliance with above opacity limit shall be presumed provided the monitoring in Condition 40.96 indicates compliance with the visible emission requirement in Condition 40.92. For periods when the monitoring in Condition 40.96 indicates non-compliance with the visible emission requirement in Condition 40.92, the flare shall be considered out of compliance with the opacity limit in this Condition 8.7 for the entire non-compliance period, unless a Method 9 observation is conducted that indicates compliance.

8.8    Hours of operation for the **refinery flare (C005)** shall be monitored and recorded daily. Daily hours of operation shall be used to calculate daily pilot gas throughput as required by Condition 8.6.1.

8.9    The **refinery flare (C005)** is subject to the requirements in 40 CFR Part 60 Subpart Ja, Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007 as set forth in Condition 32 of this permit.

8.10    The **refinery flare (C005)** is subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 30 of this permit.

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                         Page 68

8.11    On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to 40 CFR Part 63 Subpart CC shall meet the applicable requirements for flares as specified in 40 CFR Part 63 Subpart CC §§63.670(a) through (q) and 63.671 (See Condition 40).

Alternatively, the owner or operator may elect to comply with the requirements of 40 CFR Part 63 Subpart CC §63.670(r) in lieu of the requirements in §63.670(d) through (f), as applicable (See Condition 40).

8.12    The **refinery flare (C005)** is subject to the compliance assurance monitoring (CAM) requirements with respect to the VOC emission limitation identified in Condition 8.1. Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 49 and the CAM Plan in Appendix J.

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 69

9.      **Liquefied Petroleum Gas (LPG) Storage Truck and Rail Facility; includes F019 – Railcar Dock, C002 – Railcar Dock Flare, F020 – LPG Truck Dock, F040 –LPG Loading at Railcar Dock (F019), Railcar Dock Flare (C002) and LPG Truck Dock (F020) Fugitive Sources, F026 – Distillate Loading at Railcar Dock Fugitive Sources, Grandfathered Pressure Tanks: T050, T051, T060, T061, T063 & T064 and Permitted Pressure Tanks: T066, T067, T068 & T069**

**Emissions from the railcar dock loading are controlled by the railcar dock flare. LPG loading from the truck dock is uncontrolled.**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| PM | 9.1 | | $7.84 \times 10^{-3}$ lb/MMBtu | Recordkeeping and Calculation | Monthly |
| PM$_{10}$ | | | | | |
| SO$_2$ | | | See Condition 9.1.6 | | Daily, Monthly |
| | 9.2 | <u>NSPS Subpart J Requirement:</u> Fuel gas shall not contain H$_2$S in excess of 0.10 gr/scf, on a 3-hour rolling average[1] | | Drager test | Semiannually |
| | 9.3 | 0.3 lb SO$_2$/bbl/day of oil processed | See Condition 9.3 | Recordkeeping and Calculation | Daily Monthly |
| NOx | 9.1 | Railcar Dock Flare (C002): 1.1 tons/year | 0.068 lb/MMBtu | Recordkeeping and Calculation | Monthly |
| CO | | Railcar Dock Flare (C002): 5.0 tons/year | 0.31 lb/MMBtu | | |
| VOC | | Railcar Dock Flare (C002): 37.8 tons/year | See Conditions 9.1.1.1 through 9.1.1.3 | | |
| | | LPG Truck Dock (F020): 0.9 tons/year | 0.82 lb/truck | | |
| | | LPG Loading (Truck and Rail) and Railcar Dock Flare Fugitives: 0.75 tons/year | Guideware | | |
| Storage Tank RACT | 9.4 | Storage of Highly Volatile Organic Compounds | | Colorado Regulation No. 7, Part B, Section II (See Condition 25) | |
| Railcar Dock RACT | 9.5 | Petroleum Processing and Refining | | Colorado Regulation No. 7, Part B, Section VI.B (See Condition 28.2) | |
| Equipment Leaks - RACT | 9.6 | See Condition 28.3 | | See Condition 28.3 | |

Air Pollution Control Division                                   Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                           Page 70

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Trucks Loaded with LPG | 9.7 | 2,190 trucks/year | | Recordkeeping | Monthly |
| Flare Pilot and Purge Gas Throughput | 9.8 | | | Calculation | Daily Monthly |
| Railcar Dock Throughput | 9.9 | LPG: 36,508,122 gallons/year Distillate: 42,000,000 gallons/year | | Recordkeeping | Daily Monthly |
| Opacity | 9.10 | Not to exceed 30% for a period or periods aggregating more than six minutes in any sixty consecutive minutes | | Visual Inspection Method 22 | Daily If visible emissions |
| Railcar Dock Flare Requirements | 9.11 | Visible Emissions/Opacity Requirements | | See Condition 43 | |
| | | A flame shall be present at all times the flare is operated | | | |
| | | Flare specifications – Btu content of gas, velocity | | | |
| | | Flare shall be operated at all times gases are routed to it | | | |
| Loading Restriction | 9.12 | Loading of petroleum products other than LPG is only allowed in railcars | | See Condition 9.12 | |
| Number of Railcars Loaded with LPG | 9.13 | | | Recordkeeping | Daily Monthly |
| Btu Content and Volume of LPG Sent to Railcar Dock Flare | 9.14 | | | Recordkeeping and Calculation | Daily, Monthly |
| Restrictions on Relaxing Emission Limitations | 9.15 | See Condition 9.15 | | See Condition 9.15 | |
| CAM Requirements | 9.16 | See Condition 9.16 | | See Condition 9.16 | |

[1]The preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

9.1     Emissions of air pollutants from the **LPG truck dock (F020) and railcar dock flare (C002)** are subject to the following requirements:

9.1.1     VOC emissions from the **railcar dock flare (C002)** shall not exceed the limit listed in the above summary table (Construction Permit 89AD031, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emission limits as requested on the APEN

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                           Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 71

submitted January 30, 2019, red-lined February 13, 2019). Compliance with the annual limit shall be monitored as follows:

9.1.1.1    Monthly VOC emissions from **loading LPG** at the **railcar dock flare (C002)** shall be calculated using the equations and emission factors below and the number of railcars loaded during the month (as required by Condition 9.13).

VOC (tons/mo) = [(VOC from nitrogen ($N_2$) containing railcars + VOC from non-$N_2$ containing railcars) x (1- (control efficiency/100))]/2000 lb/ton

A control efficiency of 95% may be used for the flare provided the flare has been operated and maintained in accordance with the requirements in Condition 9.11.

Monthly VOC emissions from $N_2$ containing railcars shall be calculated by multiplying the appropriate emission factor for the month and LPG type by the number of $N_2$ containing railcars loaded with the LPG type for that month. Total monthly emissions from $N_2$ containing railcars shall be determined by summing emissions from each LPG type.

VOC from $N_2$ containing railcars = $VOC_{propane}$ + $VOC_{i-butane}$ + $VOC_{n-butane}$

For example: $VOC_{propane}$ (lb/mo) = $EF_{N2, propane}$ (lb/railcar) x number of railcars with $N_2$ loaded with propane for the month (railcars/mo)

Monthly VOC emissions from non-$N_2$ containing railcars shall be calculated by multiplying the appropriate emission factor for the month and LPG type by the number of non-$N_2$ containing railcars loaded with the LPG type for that month. Total monthly emissions from non-$N_2$ containing railcars shall be determined by summing emissions from each LPG type.

VOC from non-$N_2$ containing railcars = $VOC_{propane}$ + $VOC_{i-butane}$ + $VOC_{n-butane}$

For example: $VOC_{propane}$ (lb/mo) = $EF_{non-N2, propane}$ (lb/railcar) x number of railcars without $N_2$ loaded with propane for the month (railcars/mo)

| Quarterly Period | VOC Emission Factor (EF), lb/railcar | | | | | |
|---|---|---|---|---|---|---|
| | Propane | | iso-Butane | | n-Butane | |
| | $N_2$ | Non-$N_2$ | $N_2$ | Non-$N_2$ | $N_2$ | Non-$N_2$ |
| January – March | 2,653 | 3,330 | 1,029 | 38 | 612 | 32 |
| April - June | 3,919 | 5,037 | 1,515 | 703 | 859 | 37 |
| July – September | 5,005 | 6,257 | 1,827 | 1,287 | 1,027 | 41 |
| October - December | 3,119 | 3,899 | 1,189 | 129 | 693 | 34 |

Monthly VOC emissions from N2 containing rail cars will be summed with VOC emissions from non-N2 containing rail cars to determine total monthly VOC emissions from railcar LPG loading.

9.1.1.2    Monthly VOC emissions from **loading distillate** at the **railcar dock flare (C002)** shall be calculated using the monthly quantity of distillate loaded (as required by Condition 9.9), in the following equation:

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                           Page 72

VOC (tons/yr) = [LL (lb/$10^3$ gal) x monthly materials loaded ($10^3$ gal/mo) x (1 - (control efficiency/100))]/2000 lb/ton

$L_L$ = 12.46 x SPM/T

Where:    LL = loading loss (lb/$10^3$ gal), from AP-42, Section 5.2 (dated 6/08), equation 1
S = saturation factor (per Table 5.2-1 of AP-42)
P = true vapor pressure of liquid loaded, psia
M = molecular weight of vapors (lb/lbmole)
T = temperature of bulk liquid loaded (º R)

A control efficiency of 95% may be used in the above equation for the flare provided the flare has been operated and maintained in accordance with the requirements in Condition 9.11.

Monthly emissions shall be calculated using the monthly average vapor pressure, vapor molecular weight and temperature of the liquids loaded for the monthly period.

9.1.1.3    Monthly VOC emissions from pilot and purge gas combustion at the **railcar dock flare (C002)** shall be calculated using the monthly mass throughput (as required by Condition 9.8) in the following equation:

VOC (ton/mo) = [Pilot/purge flow (lb/mo) x (1 – (control efficiency)/100))]/2000 lb/ton

A control efficiency of 95% may be used in the above equation for the flare provided the flare has been operated and maintained in accordance with the requirements in Condition 9.11.

Monthly VOC emissions shall be calculated by the end of the subsequent month. Monthly VOC emissions calculated in accordance with Conditions 9.1.1.1 through 9.1.1.3 shall be summed together and used in a rolling twelve month total to monitor compliance with the annual limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

9.1.2    VOC emissions from the **LPG truck dock (F020)** shall not exceed the limit listed in the above summary table (Construction Permit 89AD031, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emission limits as requested on the APEN submitted January 30, 2019, red-lined February 13, 2019). Compliance with the annual limit shall be monitored by calculating emissions monthly using the emission factor in the above summary table (from HYSYS runs data submitted on January 30, 2019) and the number of trucks loaded during the month (as required by Condition 9.7).

VOC (ton/mo) = [0.82 lb/truck x monthly trucks loaded]/2000 lb/ton

Monthly emissions shall be calculated by the end of the subsequent month and used in a rolling twelve month total to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

Operating Permit #95OPAD108                          First Issued:  October 1, 2006
                                                     Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                        Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 73

9.1.3    VOC emissions from **LPG loading (truck and rail) and railcar dock flare fugitive sources (F040)** shall not exceed the limitations listed in the above summary table. (Construction Permits 89AD126 (F012), 98AD0758 (as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emissions as requested on the APENs submitted January 30, 2019, redlined February 13, 2019) Compliance with the emission limitations shall be monitored by calculating emissions monthly for each emission group (e.g. modified tank farm), using Guideware or another equivalent software package if approved in advance (in writing) by the Division. Guideware is Suncor's fugitive emission's tracking software program which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995. Guideware estimates emissions based on actual leak data for those components that are screened and emission factors and assumed control efficiencies for those components that are not screened.

Monthly emissions shall be calculated by the end of the subsequent month and used in twelve month rolling totals to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using he previous twelve months data.

9.1.4    $NO_X$ and CO emissions from the **railcar dock flare (C002)** shall not exceed the limits listed in the above summary table. (Construction Permit 89AD031, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emission limits as requested on the APEN submitted January 30, 2019, red-lined February 13, 2019) Compliance with the annual limits shall be monitored by calculating emissions monthly using the emission factors included in the above summary table (from AP-42, Section 13.5 (dated 2/18), Tables 13.5-1 and 2), the monthly quantity of petroleum products loaded (as required by Condition 9.9), the monthly Btu content of LPG to the flare (as required by Condition 9.14.1) and the monthly quantity of pilot gas combusted (as required by Condition 9.8) in the following equations:

Emissions = emissions from loading LPG + Emissions from loading petroleum products + emissions from pilot/assist gas combustion

Emissions from loading LPG

Emissions (tons/mo) = [EF (lb/MMBtu) x Btu content of LPG to Flare (MMBtu/mo)]/2000 lb/ton

The Btu content of LPG to the flare shall be determined as required by Condition 9.14.1.

Emissions from loading petroleum products

Emissions (tons/mo) = [EF (lb/MMBtu) x LL (lb/$10^3$ gal) x monthly loading ($10^3$ gal/mo) x heat content of material loaded (Btu/lb)/$10^6$ Btu/MMBtu]/2000 lb/ton

The monthly material loaded shall be determined as required by Condition 9.9.

Where:    LL = loading losses (lb/$10^3$ gal), see equation in Condition 9.1.1.2
          19,300 Btu/lb = heating value of diesel (AP-42, Section 3.3 (dated 10/96), Table 3.3-footnote c)

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                          Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 74 |

<u>Emissions from pilot and purge gas combustion</u>

Emissions (tons/mo) = [EF (lb/MMBtu) x pilot/purge gas (lb/mo)/4.24 lb/gal x 91.5 MMBtu/1000 gal]/2000 lb/ton

The pilot/purge gas throughput (lb/gal) shall be determined as required by Condition 9.8.

Where:     4.24 = density of propane, in lb/gal (from AP-42, Appendix A, dated 9/85)
91.5 MMBtu/1000 gal = heat content of propane (from AP-42, Section 1.5 (dated 7/08), Table 1.5-1, footnote a)

Monthly emissions shall be calculated by the end of the subsequent month and used in rolling twelve month totals to monitor compliance with the annual limitations. Each month a new twelve month rolling total shall be calculated using the previous twelve months data.

9.1.5    For APEN reporting and fee purposes, VOC emissions from **distillate loading fugitive sources (F026)** shall be estimated annually using Guideware or another equivalent software package if approved in advance (in writing) by the Division.  Guideware is Suncor's tracking software program for fugitive VOC emissions from components which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995. Guideware estimates emissions based on actual leak data for those components that are screened and emission factors and assumed control efficiencies for those components that are not screened.  Total VOC emissions for purposes of APEN reporting and fee purposes shall be the sum of VOC emissions from each component type. Emissions shall be reported on the APEN for plantwide fugitive emissions not subject to construction permit requirements (AIRS pt 289)

9.1.6    For APEN reporting and fee purposes, PM, $PM_{10}$ and $SO_2$ emissions from the railcar dock flare (C002) shall be calculated monthly. Monthly emissions shall be summed to obtain calendar year emissions for APEN reporting purposes. Monthly emissions shall be calculated as follows:

9.1.6.1    PM and $PM_{10}$ emissions shall be calculated monthly using the emission factors included in the above summary table (from AP-42, Section 1.5 (dated 7/08), Table 1.5-1 for butane, converted to lb/MMBtu based on a heat content of 102 MMBtu/$10^3$ gal), the monthly quantity of petroleum products loaded (as required by Condition 9.9), the monthly Btu content of LPG to the flare (as required by Condition 9.14.1) and the monthly quantity of pilot gas combusted (as required by Condition 9.8) in the equations in Condition 9.1.4

9.1.6.2    Monthly emissions of $SO_2$ shall be determined by summing daily $SO_2$ emissions (as required by Condition 9.3).

9.2    The **railcar dock flare (C002)** is subject to the requirements in 40 CFR Part 60, Subpart J, Standards of Performance for Petroleum Refineries, for fuel combustion devices and shall comply with those requirements as set forth in Condition 31 of this permit. (As provided for under the

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 75 |

provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to include Consent Decree requirement to comply with NSPS J requirements. Consent Decree, No. 99-1759, filed September 8, 1999, paragraphs 7.C.1 and 7.D.5)

In lieu of monitoring using the $H_2S$ continuous monitoring system, the $H_2S$ content in vapor during product loading (**railcar dock flare (C002)**) shall be determined using the EPA-approved alternative monitoring protocol (AMP) approved in the 1999 Consent Decree (No. 99-1759, filed September 8, 1999, paragraph 7.D). The monitoring requirements set forth in the AMP are as follows:

The permittee shall conduct one representative measurement on vapors emitted from the **railcar dock flare (C002)** using a drager tube (DT) with an appropriate concentration range during at least one loading event during each six month period. For purposes of this protocol, "loading event" shall mean the loading of one average size tank that at a minimum requires 10 minutes loading time for tanks loaded at the truck loading dock. If any DT $H_2S$ measurement exceeds 40 ppm, the permittee shall report the event to the Division.

The $H_2S$ DT testing may be discontinued provided that EPA rescinds the previously approved AMP and the permittee submits an application for an exemption from monitoring for fuel gas streams that are inherently low in sulfur (see Condition 31.6.3.2) in accordance with the provisions in Condition 31.7.

9.3     Sulfur dioxide emissions from the **railcar dock flare (C002)** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 23.1 of this permit.

Daily $SO_2$ emissions from the railcar dock flare (C002) shall be calculated using the following equations:

Emissions from loading LPG

$SO_2$ (lb/day) = EF (lb/MMscf) x volume of LPG to flare (scf/day)/$10^6$ scf/MMscf

The volume of LPG to the flare shall be determined as required by Condition 9.14.2.

Emissions from loading other petroleum products

$SO_2$ (lb/day) = EF (lb/MMscf) x $L_L$ (lbs/$10^3$ gal) x daily materials loaded ($10^3$ gal/day)/MW (lb/lb-mole) x 385.3 scf/lb-mole/$10^6$ scf/MMscf

Where:  $L_L$ = loading losses (see equation in Condition 9.1.1.2)
MW = molecular weight, 130 lb/lb-mole for diesel
385.3 scf/lb-mole = standard molar volume at 68 ºF

Emissions from pilot/purge gas combustion

$SO_2$ (lb/day) = EF (lb/MMscf) x pilot/purge gas (lb/day)/44.1 lb/lb-mole x 385.3 scf/lb-mole/$10^6$ scf/MMscf

The pilot/purge gas throughput (lb/day) shall be determined as required by Condition 9.8.

Where:  44.1 lb/lb-mole = molecular weight of propane
385.3 scf/lb-mole = standard molar volume at 68 ºF

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 76 |

For the above equations, EF = 0.332 lb/MMscf, which is based on a hydrogen sulfide content of 2 ppmv, calculated in accordance with the following equation:

EF (lb/MMscf) = 2 scf $H_2S/10^6$ scf x lb-mole $H_2S/385.3$ scf $H_2S$ x lb-mole $SO_2$/lb-mole $H_2S$ x 64 lb $SO_2$/lb-mole $SO_2$ x $10^6$ scf/MMscf

If the sampling required by Condition 9.2 indicates a hydrogen sulfide content above 2 ppmv, then a revised emission factor shall be calculated using the above equation and used in future $SO_2$ emission calculations.

9.4     The **LPG storage tanks** are subject to the provisions of Colorado Regulation No. 7, Part B, Section II, as set forth in Condition 25 of this permit.

9.5     The **railcar dock (F019) and the railcar dock flare (C002)** are subject to Colorado Regulation No. 7, Part B, Section VI.B.6 requirements as set forth in Condition 28.2.5 of this permit.

These sources are exempt from the requirements in Colorado Regulation No. 7, Part B, Sections IV.C.2, IV.C.4.a and VII, since only petroleum liquids meeting the exemption criteria in Regulation No. 7, Part B, Section IV.C.1 (petroleum liquid with true vapor pressures at 20 ºC of less than 78 torr (1.5 psia) or greater than 570 torr (11.0 psia)) may be loaded at the **railcar dock (F019)**. Records shall be maintained to verify only exempt material is loaded.

9.6     **Distillate loading (rail) fugitive sources (F026) and LPG loading (truck and rail) and railcar dock flare flare fugitive sources (F040)** are subject to the requirements in Colorado Regulation No. 7, Part B, Section VI.C as set forth in Condition 28.3.

9.7     The number of trucks loaded with LPG at the **LPG truck dock (F20)** shall not exceed 2,190 trucks per year. (Construction Permit 89AD031, as modified under the provisions of Section I, , Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limits requested on the APEN submitted January 30, 2019, red-lined February 13, 2019) The number of trucks loaded with LPG shall be monitored and recorded monthly. Monthly quantities of trucks loaded with LPG shall be used in a twelve month rolling total to monitor compliance with the annual limitation. Each month a new twelve month total, using the previous twelve months data.

9.8     Pilot and purge gas throughput to the **railcar dock flare (C002)** shall be calculated and recorded daily. Daily pilot and purge gas shall be calculated by multiplying the hourly pilot and purge mass flow rate (3.77 lb/hr) by the number of hours the railcar dock flare operated for the day. Daily quantities of pilot and purge gas throughput shall be determined by the end of the subsequent month and summed to get monthly pilot and purge gas throughput. Daily and monthly pilot and purge gas throughput shall be used to calculate emissions as required by Conditions 9.1 and 9.3.

9.9     Loading throughput is subject to the following requirements:

9.9.1     Loading of LPG at the **LPG railcar dock (F019)** shall not exceed 36,508,122 gallons per year. (Construction Permit 89AD031, as modified under the provisions of Section

Air Pollution Control Division                                     Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 77

I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limits as requested on the APEN submitted January 30, 2019, red-lined February 13, 2019)

9.9.2    Loading of distillate at the **railcar dock (F019)** shall not exceed 42,000,000 gallons per year. (Construction Permit 89AD031, 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limits as requested on the APEN submitted January 30, 2019, red-lined February 13, 2019)

Compliance with the annual limits shall be monitored by recording the quantity of LPG and other distillate loaded at the **railcar dock (F019)** daily. Daily quantities of materials loaded shall be determined by the end of the subsequent month and summed to get monthly values. Monthly quantities of distillate and LPG loaded shall be used in rolling twelve month totals to monitor compliance with the annual limitations. Each month new twelve month totals shall be calculates using the previous twelve months data.

9.10    The **railcar dock flare (C002)** is subject to the following opacity limit: No owner or operator of a smokeless flare or other flare for the combustion of waste gases shall allow or cause emissions into the atmosphere of any air pollutant which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes. (Colorado Regulation No. 1, Section II.A.5).

In the absence of credible evidence to the contrary, compliance with above opacity limit shall be presumed provided the monitoring in Condition 43.9 indicates compliance with the visible emission requirement in Condition 43.1. For periods when the monitoring in Condition 43.9 indicates non-compliance with the visible emission requirements in Condition 43.1, the flare shall be considered out of compliance with the opacity limit in this Condition 9.10 for the entire non-compliance period, unless a Method 9 observation is conducted that indicates compliance.

9.11    The **railcar dock flare (C002)** is subject to the provisions of 40 CFR Part 60, 60.18, as set forth in Condition 43 of this permit.

9.12    At the LPG storage, truck, and rail facilities, non-LPG petroleum products shall be loaded into railcars only. If loading of petroleum products other than LPGs into tanker trucks is contemplated, an application for modification to this permit shall be made. (Construction Permit 89AD031, revised in accordance with Section I, Condition 1.3 of this permit)

9.13    The number of railcars loaded with LPG shall be monitored and recorded daily. In addition, the following information shall be recorded for each railcar:

9.13.1    The specific LPG loaded (propane, iso-butane or n-butane),

9.13.2    Whether the railcar arrived with or without nitrogen ($N_2$), and

9.13.3    The arrival pressure of the railcar.

Operating Permit #95OPAD108                                  First Issued:  October 1, 2006
                                                                Renewed: September 1, 2022

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 78

The permittee shall track the number of railcars that arrive with a pressure exceeding 80 psig (92 psia). If the total number of railcars exceeding 80 psig (92 psia) exceed 15% of the total number of railcars over a calendar year period, the permittee shall notify the Division within 60 days after the end of the calendar year. Such notification shall include the actual arrival pressures and LPG type loaded for each of the railcars that exceed 80 psig.

The daily number of railcars shall be used to determine the Btu content and volume (scf) of LPG to the flare (as required by Condition 9.14). The daily number of railcars shall be summed to determine the monthly number of railcars for each LPG type and whether or not railcars arrive with $N_2$. These monthly totals will be used to calculate emissions as required by Condition 9.1.1.1.

9.14    The Btu content and volume (scf) of LPG sent to the flare from railcar loading shall be monitored and recorded daily as follows:

9.14.1    The Btu content of the LPG sent to the flare shall be calculated using the equations and Btu factors (BF) below and the daily number of railcars loaded (as required by Condition 9.13).

Btu content of LPG sent to the flare (MMBtu/day) = Btu content from $N_2$ containing railcars (MMBtu/day) + Btu content from non-$N_2$ containing railcars (MMBtu/day)

The daily Btu content from $N_2$ containing railcars shall be calculated by multiplying the appropriate Btu factor for the day and LPG type by the number of $N_2$ containing railcars loaded with the LPG type for that day. The total daily Btu content from $N_2$ containing railcars shall be determined by summing the Btu content from each LPG type.

Btu content from $N_2$ containing railcars = Btu content$_{propane}$ + Btu content$_{i-butane}$ + Btu content$_{n-butane}$

For example: Btu content$_{propane}$ (MMBtu/day) = BF$_{N_2, propane}$ (MMBtu/railcar) x number of railcars with $N_2$ loaded with propane for the day (railcars/day)

The daily Btu content from non-$N_2$ containing railcars shall be calculated by multiplying the appropriate Btu factor for the day and LPG type by the number of non-$N_2$ containing railcars loaded with the LPG type for that day. The total daily Btu content from non-$N_2$ containing railcars shall be determined by summing emissions from each LPG type.

Btu content from non-$N_2$ containing railcars = Btu content$_{propane}$ + Btu content$_{i-butane}$ + Btu content$_{n-butane}$

For example: Btu content$_{propane}$ (lb/mo) = BF$_{non-N2propane}$ (MMBtu/railcar) x number of railcars without $N_2$ loaded with propane for the day (railcars/day

| Quarterly Period | Btu Factor (BF), MMBtu/railcar | | | | | |
| | Propane | | iso-Butane | | n-Butane | |
| | $N_2$ | Non-$N_2$ | $N_2$ | Non-$N_2$ | $N_2$ | Non-$N_2$ |
|---|---|---|---|---|---|---|
| January – March | 57.57 | 72.18 | 21.76 | 0.81 | 12.93 | 0.68 |
| April - June | 84.93 | 109.02 | 32.03 | 14.86 | 18.15 | 0.78 |
| July – September | 108.42 | 135.63 | 38.62 | 27.21 | 21.70 | 0.86 |
| October - December | 67.64 | 84.47 | 25.13 | 2.72 | 14.65 | 0.71 |

Operating Permit #95OPAD108

First Issued:  October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 79

The daily Btu content from $N_2$ containing rail cars will be summed with daily Btu content from non-$N_2$ containing rail cars to determine the daily Btu content to the flare from LPG loading. The daily Btu content shall be summed to get the monthly Btu content to the flare from LPG loading, which will be used to calculate monthly emissions as required by Condition 9.1.4.

9.14.2    The daily volume (scf) of the LPG sent to the flare shall be calculated using the Btu factors in Condition 9.14.1 and the daily number of railcars loaded (as required by Condition 9.13), in the equations below:

Daily volume of LPG sent to the flare (scf/day) = volume from railcars loaded with propane (scf/day) + volume from railcars loaded with i-butane (scf/day) + volume from railcars loaded with n-butane (scf/day)

Where:

Propane (scf/day) = [($BF_{N2, propane}$ (MMBtu/railcar) x N2 propane railcars (railcar/day)) + ($BF_{non-N2, propane}$ (MMBtu/railcar) x non-N2 propane railcars (railcar/day))]/ 2,470 Btu/scf

n-Butane (scf/day) = [($BF_{N2, n-butane}$ (MMBtu/railcar) x N2 n-butane railcars (railcar/day)) + ($BF_{non-N2, n-butane}$ (MMBtu/railcar) x non-N2 n-butane railcars (railcar/day))]/ 3,179 Btu/scf

i-Butane (scf/day) = [($BF_{N2, i-butane}$ (MMBtu/railcar) x N2 i-butane railcars (railcar/day)) + ($BF_{non-N2, i-butane}$ (MMBtu/railcar) x non-N2 i-butane railcars (railcar/day))]/ 3,179 Btu/scf

2,470 Btu/scf = heat content of propane, based on AP-42, Table 1.5-1, footnote a (dated 7/08), converted to Btu/scf using density (4.24 lb/gal), molecular weight (44.1 lb/lb-mole) and standard molar volume (385.3 scf/lb-mole)

3,179 Btu/scf = heat content of butane, based on AP-42, Table 1.5-1, footnote a (dated 7/08), converted to Btu/scf using density (4.84 lb/gal), molecular weight (58.1 lb/lb-mole) and standard molar volume (385.3 scf/lb-mole)

The daily volume (scf) of the LPG sent to the flare shall be used to calculate daily $SO_2$ emissions as required by Condition 9.3.

9.15    The requirements of Colorado Regulation No. 3, Part D shall apply to **loading LPG at the railcar dock (F019) and the LPG truck dock (F020) and fugitive sources from LPG loading (truck and rail) and railcar dock flare (F040)** at such time that any stationary source or modification becomes a major stationary source or major modification solely by virtue of a relaxation in any enforceable limitation that was established after August 7, 1980, on the capacity of the source or modification to otherwise emit a pollutant such as a restriction on hours of operation. (Colorado Regulation No. 3, Part D, Section V.A.7.b)

With respect to this Condition 9.15, Colorado Regulation No. 3, Part D requirements may apply to future modifications if the emission limitations are modified to equal or exceed the following thresholds:

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 80

| AIRS Point No.[1] | Equipment Description | Pollutant | Program | Emissions (tons/yr) | |
|---|---|---|---|---|---|
| | | | | Threshold | Current Permit Limit |
| 284 | F019 - Railcar dock[2] | VOC | NANSR | | 37.8 |
| 319 | F020 - LPG truck dock | | | | 0.9 |
| 320 | F040 - LPG loading at railcar dock (F019), railcar dock flare (C002) and LPG truck dock (F020) Fugitive Sources | | | | 0.75 |
| | | | | **Total** | **40** | **39.45** |

[1]Only the VOC permitted sources are noted here. If emissions from the LPG loading were relaxed to exceed 40 tons/yr of VOC, NANSR would apply to all emissions units associated with LPG loading that emit VOC. This would include any that currently qualify as insignificant activities (see LPG railcar loading hose uncoupling – in Appendix A).

[2]Permitted emissions from the railcar dock include emissions from loading distillate and are not subject to the relaxation restriction for LPG loading.

9.16    The **railcar dock (F019)** is subject to the compliance assurance monitoring (CAM) requirements with respect to the VOC emission limitation identified in Condition 9.1.1. Compliance with the CAM requirements shall be monitored in accordance with the requirements in Condition 49 and the CAM Plan in Appendix J.

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                                         Renewed: September 1, 2022

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                                Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 81

---

10. **Plant 2 Wastewater Treatment System (WWTS); includes F021 – Upper API; F022 – Middle API; F023 - Lower API; F012 – Gas Plant Sewers; F025 – Sour Water Stripper Sewers, F030 – Boiler Sewers and T029 – Tank 29**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 10.1 | Plant 2 WWTS[1]: 4.95 tons/year | See Condition 10.1.1. | Recordkeeping and Calculation | Monthly |
| | | T029:  1.71 ton/year | TANKS | | |
| NSPS – Drains, Oil-Water Separators | 10.2 | General Provisions – Subpart A (Condition 30) | | See 40 CFR Part 60 Subpart A (Condition 30) | |
| | | Specific Requirements - Subpart QQQ (Condition 38) | | See 40 CFR Part 60 Subpart QQQ (Condition 38) | |
| Wastewater/Oil Separators RACT | 10.3 | Wastewater/Oil Separators | | Inspection | Semi-Annual, Annually |
| MACT | 10.4 | See 40 CFR Part 63 Subpart CC (Condition 40) | | See 40 CFR Part 63 Subpart CC (Condition 40) | |
| BWON | 10.5 | See 40 CFR Part 61 Subpart FF (Condition 39) | | See 40 CFR Part 61 Subpart FF (Condition 39) | |
| Throughput | 10.6 | T29: 262,500,000 gallons water per year | | Recordkeeping | Monthly |
| NSPS – Tank 29 | 10.7 | General Provisions – Subpart A (Condition 30) | | See 40 CFR Part 60 Subparts A (Condition 30) and Kb (Condition 33) | |
| | | Specific Requirements -  Subpart Kb (Condition 33) | | | |
| Hours of Operation | 10.8 | | | Recordkeeping | Monthly |

[1]The emission limitation includes Upper, Middle and Lower APIs, Upper, Middle and Lower API lift stations and Upper and Middle API Sumps. The emission limitation does not include the wastewater settler (V114) and the sour water stripper sewers (F025) since emissions are below the APEN de minimis level. The emission limitation also does not include the gas plant sewers (F012), the boiler sewers (F030) and tank T20. The gas plant and boiler sewers are subject to emission limits for fugitive VOC emissions from leaking components with permitted emissions (see Section II.18). Tank T20 is subject to emission limits (see Section II.15)

10.1    Air pollutant emissions from these sources are subject to the following requirements:

10.1.1    VOC emissions from the Plant 2 WWTS shall not exceed the limit listed above. (Construction Permit 95AD1073-5, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emission limits as indicated on the APEN received May 8, 2013)

The emission sources included in the Plant 2 WWTS emission limitation include, the Upper, Middle and Lower API Separators, the Upper, Middle and Lower API lift stations and the Upper and Middle API sumps.

---

Operating Permit #95OPAD108                                    First Issued:  October 1, 2006
                                                               Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 82 |

Compliance with the annual VOC limitations shall be monitored by calculating emissions monthly using hours of operation for the Plant 2 WWTS (as required by Condition 10.8) and the emission factors in the table below in the following equations:

API Emission (Tons/mo) = [EF (lbs/hr) x API hours of operation (hrs/mo)]/2000 lbs/ton

Total VOC emissions = sum of VOC emissions from each API and each flow mode.

| Source | Emission Factor (EF) | Emission Factor Source[1] |
|---|---|---|
| Upper API – normal (low) flow vent | 0.19 lb/hr | Inlet VOC concentration of 60,000 ppmvd, inlet flow rate of 10 scfm (for upper and middle API) or 15 scfm (for lower API) and an assumed control efficiency of 95%. |
| Middle API - normal (low) flow vent | 0.19 lb/hr | |
| Lower API – normal (low flow) | 0.28 lb/hr | |
| Upper API – high flow | 1.05 lb/hr | Inlet VOC concentration of 6,000 ppmvd, inlet flow rate of 560 scfm (upper and lower APIs) or 1,100 scfm (middle API) and an assumed control efficiency of 95%. |
| Middle API – high flow | 2.07 lb/hr | |
| Lower API – high flow | 1.05 lb/hr | |

[1]Flow rates and VOC composition used in emission factors are based on engineering estimates.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

10.1.2     VOC emissions from Tank T029 shall not exceed the limitations listed in the above table. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emission limits as indicated on the APEN received March 21, 2012) Compliance with the annual limit shall be monitored by calculating monthly emissions from the tank using the most recent version of EPA's TANKS program and the monthly throughput (as required by Condition 10.6). Emissions shall be based on the average (or numerically greater) RVP of the materials stored over the monthly period. Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

10.2    The **gas plant sewers (F011), upper API separator (F021), middle API separator (F022), lower API separator (F023), sour water stripper sewers (F025) and boiler sewers (F030)** are subject to NSPS requirements as follows:

10.2.1     This equipment is subject to the NSPS general conditions in 40 CFR Part 60 Subpart A as set forth in Condition 30.

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 83

10.2.2    This equipment is subject to specific NSPS requirements for VOC emissions from petroleum refinery wastewater systems in 40 CFR Part 60, Subpart QQQ as set forth in Condition 38 of this permit.

10.3    **Tank T29, upper API separator (F021), middle API separator (F022), and lower API separator (F023)** are subject to Colorado Regulation No. 7, Part B, Section VI.A.2 as set forth in Condition 28.1 of this permit.

10.4    The wastewater treatment system is subject to the requirements of 40 CFR Part 63, Subpart CC, as set forth in Condition 40 of this permit.

10.5    The wastewater treatment system is subject to the requirements of 40 CFR Part 61, Subpart FF as set forth in Condition 39 of this permit.

10.6    Throughput of wastewater through Tank T29 shall not exceed 262,500,000 gallons per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limits as indicated on the APEN received March 21, 2012) Compliance with the annual throughput limit shall be monitored by recording the throughput monthly.  Monthly quantity of throughput will be used in a twelve month rolling total to monitor compliance with the annual limitation.  Each month a new twelve month total shall be calculated using the previous twelve months data.  Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

10.7    Tank T29 is subject to NSPS requirements as follows:

10.7.1    Tank T29 is subject to the NSPS general conditions in 40 CFR Part 60 Subpart A as set forth in Condition 30.

10.7.2    Tank T29 is subject to the specific NSPS requirements for volatile organic liquid (including petroleum liquids) storage vessels in 40 CFR Part 60, Subpart Kb as set forth in Condition 33.

10.8    The hours of operation of each API separator (upper, middle and lower) and the operating mode (normal (low) or high flow) of that API shall be monitored and recorded monthly.  Monthly total shall be used to calculate emission as specified in Condition 10.1.1.

Operating Permit #95OPAD108                          First Issued:  October 1, 2006
                                                     Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 84 |

## 11.    Stationary Internal Combustion Engines

### E001 – Security Center Emergency Generator, Diesel Fuel-Fired (rated at 80 hp/59.6 kW)

| Parameter | Permit Condition Number | Limitations | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NSPS IIII Requirements | 11.1 | $NO_X$ + NMHC – 4.7 g/kW-hr<br>CO – 5.0 g/kW-hr<br>PM – 0.40 g/kW-hr<br>Fuel Requirements<br>(Condition 11.1.3) | | See Condition 11.1 | |
| Opacity | 11.2 | Not to Exceed 20% Except as Provided for Below | | EPA Method 9 | See Condition 11.2 |
| | | For Startup – Not to Exceed 30%, for a Period or Periods Aggregating More than Six (6) Minutes in any 60 Consecutive Minutes | | | |
| MACT ZZZZ Requirements | 11.3 | Compliance with MACT met by complying with NSPS Subpart IIII | | See Condition 11.3 | |
| Diesel Consumption | 11.4 | | | Calculation | Daily |
| $SO_2$ | 11.5 | 0.3 lb $SO_2$/bbl/day of oil processed | | See Condition 11.5 | Daily, Monthly |

Note that this engine is exempt from the APEN reporting requirements in Regulation No. 3, Part A and the minor source construction permit requirements provided actual, uncontrolled emissions do not exceed the APEN de minimis level (1 ton/yr of $NO_X$) per Colorado Regulation No. 3, Part A, Section II.D.1.a and Part B, Section II.D.1.a. Based on the NSPS $NO_X$ limit (4.7 g/kW-hr) and design rate (59.6 kW), emissions exceed the APEN de minimis level at 3,239 hrs/yr.

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 85 |

**P2AC1 - Emergency Air Compressor Engine. Diesel Fuel-Fired (rated at 525 hp/391.4 kW)**

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| NSPS IIII Requirements | 11.1 | NO$_X$-NMHC – 4.0 g/kw-hr<br>CO – 3.5 g/kw-hr<br>PM – 0.20 g/kw-hr<br>Fuel Requirements<br>(Condition 11.1.3) | | See Condition 11.1 | |
| Opacity | 11.2 | Not to Exceed 20% Except as Provided for Below | | EPA Method 9 | See Condition 11.2 |
| | | For Startup – Not to Exceed 30%, for a Period or Periods Aggregating More than Six (6) Minutes in any 60 Consecutive Minutes | | | |
| Diesel Consumption | 11.4 | | | Calculation | Daily, When Operated |
| SO$_2$ | 11.5 | 0.3 lb SO$_2$/bbl/day of oil processed | | See Condition 11.5 | Daily, Monthly |
| MACT ZZZZ Requirements | 11.6 | Initial Notification | | Notification | Within 120 Days of Startup |
| RACT | 11.7 | Recordkeeping Requirements | | See Condition 11.7 | |

Note that this engine is exempt from the APEN reporting requirements in Regulation No. 3, Part A and the minor source construction permit requirements provided actual, uncontrolled emissions do not exceed the APEN de minimis level (1 ton/yr of NO$_X$) per Colorado Regulation No. 3, Part A, Section II.D.1.a and Part B, Section II.D.1.a. Based on the NSPS NO$_X$ limit (4.0 g/kW-hr) and design rate (391.4 kW), emissions exceed the APEN de minimis level at 580 hrs/yr.

11.1    These engines are subject to the requirements in 40 CFR Part 60 Subpart IIII, "Standards of Performance for Stationary Compression Ignition Internal Combustion Engines", as adopted by reference in Colorado Regulation No. 6, Part A, including but not limited to the following requirements:

The requirements below reflect the rule language in 40 CFR Part 60 Subpart IIII as of the latest revisions to 40 CFR Part 60 Subpart IIII published in the Federal Register on July 7, 2016. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart IIII.

The D. C. Circuit Court issued a mandate on May 4, 2016 for vacatur for certain requirements allowing emergency engines to operate for limited hours for demand response. Upon issuance of the mandate § 60.4211(f)(2)(ii)-(iii) (Conditions 11.1.8.2.b and c) have no legal effect. Operation of emergency engines is limited to emergency situations specified in 60.4211(f)(1) (Condition 11.1.8.1); maintenance checks and readiness testing for a limited number of hours per year as specified in 60.4211(f)(2)(i) (Condition 11.1.8.2.a); and certain non-emergency situations for a limited number of hours per year as specified in 60.4211(f)(3) (Condition 11.1.8.3). See EPA

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 86 |

memorandum dated April 15, 2016 regarding "Guidance on Vacatur of RICE NESHAP and NSPS Provisions for Emergency Engines" for more information.

It should be noted that additional revisions to the requirements in 40 CFR Part 60 Subpart IIII are expected to be made in response to issues related to the vacatur or requirements associated with the allowable hours of operation provisions for emergency engines discussed in the above paragraph. If such revisions are finalized prior to issuance of the permit, they will be included in the permit.

*What emission standards must I meet for emergency engines if I am an owner or operator of a stationary CI internal combustion engine? (§ 60.4205)*

11.1.1   Owners and operators of 2007 model year and later emergency stationary CI ICE with a displacement of less than 30 liters per cylinder that are not fire pump engines must comply with the emission standards for new nonroad CI engines in § 60.4202, for all pollutants, for the same model year and maximum engine power for their 2007 model year and later emergency stationary CI ICE. (§ 60.4205(b))

Stationary CI internal combustion engine manufacturers must certify their 2007 model year and later emergency stationary CI ICE with a maximum engine power less than or equal to 2,237 KW (3,000 HP) and a displacement of less than 10 liters per cylinder that are not fire pump engines to the emission standards specified in paragraphs (a)(1) through (2) of this section. (§ 60.4202(a))

For engines with a maximum engine power greater than or equal to 37 KW (50 HP), the certification emission standards for new nonroad CI engines for the same model year and maximum engine power in 40 CFR 89.112 and 40 CFR 89.113 for all pollutants beginning in model year 2007. (§ 60.4202(a)(2))

The specific emission limitations in 40 CFR 89.112 that apply to **engine E001 (emergency generator)** are as follows:

| Tier 3 requirements for Model Engines Greater than or Equal to 37 kW and Less than 75 kW | | | | | |
|---|---|---|---|---|---|
| Emission Standards (g/kW-hr) | | | Emission Standards (g/hp-hr) | | |
| NMHC + NOX | CO | PM | NMHC + NOX | CO | PM |
| 4.7 | 5.0 | 0.40 | 3.50 | 3.72 | 0.30 |

The specific emission limitations in 40 CFR 89.112 that apply to **engine P2AC1 (emergency air compressor)** are as follows:

| Tier 3 requirements for Model Engines Greater than or Equal to 225 kW and Less than 450 kW | | | | | |
|---|---|---|---|---|---|
| Emission Standards (g/kW-hr) | | | Emission Standards (g/hp-hr) | | |
| NMHC + NOX | CO | PM | NMHC + NOX | CO | PM |
| 4.0 | 3.5 | 0.20 | 3.0 | 2.6 | 0.15 |

Operating Permit #95OPAD108

First Issued:  October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 87 |

*How long must I meet the emission standards if I am an owner or operator of a stationary CI internal combustion engine? (§ 60.4206)*

11.1.2    Owners and operators of stationary CI ICE must operate and maintain stationary CI ICE that achieve the emission standards as required in §§60.4204 and 60.4205 over the entire life of the engine. (§ 60.4206)

*What fuel requirements must I meet if I am an owner or operator of a stationary CI internal combustion engine subject to this subpart? (§ 60.4207)*

11.1.3    Beginning October 1, 2010, owners and operators of stationary CI ICE subject to this subpart with a displacement of less than 30 liters per cylinder that use diesel fuel must use diesel fuel that meets the requirements of 40 CFR 80.510(b) for nonroad diesel fuel, except that any existing diesel fuel purchased (or otherwise obtained) prior to October 1, 2010, may be used until depleted. ((§ 60.4207(a))

The fuel limitations in 80.510(b) are: sulfur content of 15 ppm maximum for non-road (NR) diesel fuel and 500 ppm maximum for locomotive/marine (LM) diesel fuel and a minimum cetane index of 40 or a maximum aromatic content of 35 volume percent.

Compliance with the fuel limitations shall be monitored by sampling and analyzing each shipment of diesel fuel to determine the sulfur and cetane and/or aromatic content using appropriate ASTM methods, or equivalent if approved in advance by the Division. In lieu of sampling, vendor data may be used to verify that the diesel fuel delivered meets the sulfur and cetane and/or aromatic requirements.

*What are the monitoring requirements if I am an owner or operator of a stationary CI internal combustion engine? (§ 60.4209)*

If you are an owner or operator, you must meet the monitoring requirements of this section. In addition, you must also meet the monitoring requirements specified in §60.4211.

11.1.4    If you are an owner or operator of an emergency stationary CI internal combustion engine that does not meet the standards applicable to non-emergency engines, you must install a non-resettable hour meter prior to startup of the engine. (§ 60.4209(a))

11.1.5    If you are an owner or operator of a stationary CI internal combustion engine equipped with a diesel particulate filter to comply with the emission standards in §60.4204, the diesel particulate filter must be installed with a backpressure monitor that notifies the owner or operator when the high backpressure limit of the engine is approached. (§ 60.4209(b))

*What are my compliance requirements if I am an owner or operator of a stationary CI internal combustion engine? (§ 60.4211)*

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 88 |

11.1.6    If you are an owner or operator and must comply with the emission standards specified in this subpart, you must do all of the following, except as permitted under § 60.4211(g) (Condition 11.1.9):

    11.1.6.1    Operate and maintain the stationary CI internal combustion engine and control device according to the manufacturer's emission-related written instructions;

    11.1.6.2    Change only those emission-related settings that are permitted by the manufacturer; and

    11.1.6.3    Meet the requirements of 40 CFR parts 89, 94 and/or 1068, as they apply to you. (§ 60.4211(a)(1) – (3))

11.1.7    If you are an owner or operator of a 2007 model year and later stationary CI internal combustion engine and must comply with the emission standards specified in §60.4204(b) or §60.4205(b), or if you are an owner or operator of a CI fire pump engine that is manufactured during or after the model year that applies to your fire pump engine power rating in table 3 to this subpart and must comply with the emission standards specified in §60.4205(c), you must comply by purchasing an engine certified to the emission standards in §60.4204(b), or §60.4205(b) or (c), as applicable, for the same model year and maximum (or in the case of fire pumps, NFPA nameplate) engine power. The engine must be installed and configured according to the manufacturer's emission-related specifications, except as permitted in § 60.4211(g) (Condition 11.1.9). (§ 60.4211(c))

11.1.8    If you own or operate an emergency stationary ICE, you must operate the emergency stationary ICE according to the requirements in 60.4211(f)(1) through (3) (Conditions 11.1.8.1 through 11.1.8.3). In order for the engine to be considered an emergency stationary ICE under this subpart, any operation other than emergency operation, maintenance and testing, emergency demand response, and operation in non-emergency situations for 50 hours per year, as described in 60.4211(f)(1) through (3) (Conditions 11.1.8.1 through 11.1.8.3), is prohibited. If you do not operate the engine according to the requirements in 60.4211(f)(1) through (3) (Conditions 11.1.8.1 through 11.1.8.3), the engine will not be considered an emergency engine under this subpart and must meet all requirements for non-emergency engines.  (§ 60.4211(f))

    11.1.8.1    There is no time limit on the use of emergency stationary ICE in emergency situations. (60.4211(f)(1))

    11.1.8.2    You may operate your emergency stationary ICE for any combination of the purposes specified in 60.4211(f)(2)(i) through (iii) for a maximum of 100 hours per calendar year. Any operation for non-emergency situations as allowed by 60.4211(f)(3) counts as part of the 100 hours per calendar year allowed by this paragraph (f)(2). (60.4211(f)(2))

        a.    Emergency stationary ICE may be operated for maintenance checks and readiness testing, provided that the tests are recommended by

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 89

federal, state or local government, the manufacturer, the vendor, the regional transmission organization or equivalent balancing authority and transmission operator, or the insurance company associated with the engine. The owner or operator may petition the Administrator for approval of additional hours to be used for maintenance checks and readiness testing, but a petition is not required if the owner or operator maintains records indicating that federal, state, or local standards require maintenance and testing of emergency ICE beyond 100 hours per calendar year. (60.4211(f)(2)(i))

b.  Emergency stationary ICE may be operated for emergency demand response for periods in which the Reliability Coordinator under the North American Electric Reliability Corporation (NERC) Reliability Standard EOP-002-3, Capacity and Energy Emergencies (incorporated by reference, see §60.17), or other authorized entity as determined by the Reliability Coordinator, has declared an Energy Emergency Alert Level 2 as defined in the NERC Reliability Standard EOP-002-3. (60.4211(f)(2)(ii))

c.  Emergency stationary ICE may be operated for periods where there is a deviation of voltage or frequency of 5 percent or greater below standard voltage or frequency. (60.4211(f)(2)(iii))

11.1.8.3    Emergency stationary ICE may be operated for up to 50 hours per calendar year in non-emergency situations. The 50 hours of operation in non-emergency situations are counted as part of the 100 hours per calendar year for maintenance and testing and emergency demand response provided in 60.4211(f)(2) (Condition 11.1.8.2). Except as provided in 60.4211(f)(3)(i), the 50 hours per calendar year for non-emergency situations cannot be used for peak shaving or non-emergency demand response, or to generate income for a facility to an electric grid or otherwise supply power as part of a financial arrangement with another entity. (60.4211(f)(3))

a.  The 50 hours per year for non-emergency situations can be used to supply power as part of a financial arrangement with another entity if all of the requirements in 60.4211(f)(3)(i)(A) through (E) are met. (60.4211(f)(3)(i))

11.1.9    If you do not install, configure, operate, and maintain your engine and control device according to the manufacturer's emission-related written instructions, or you change emission-related settings in a way that is not permitted by the manufacturer, you must demonstrate compliance as specified in § 60.4211(g)(1) through (3), as applicable. (§ 60.4211(g))

*What are my notification, reporting, and recordkeeping requirements if I am an owner or operator of a stationary CI internal combustion engine? (§ 60.4214)*

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 90 |

11.1.10　If the stationary CI internal combustion engine is an emergency stationary internal combustion engine, the owner or operator is not required to submit an initial notification. Starting with the model years in table 5 to this subpart, if the emergency engine does not meet the standards applicable to non-emergency engines in the applicable model year, the owner or operator must keep records of the operation of the engine in emergency and non-emergency service that are recorded through the non-resettable hour meter. The owner must record the time of operation of the engine and the reason the engine was in operation during that time. (§ 60.4214(b))

11.1.11　If the stationary CI internal combustion engine is equipped with a diesel particulate filter, the owner or operator must keep records of any corrective action taken after the backpressure monitor has notified the owner or operator that the high backpressure limit of the engine is approached. (§ 60.4214(c))

11.1.12　If you own or operate an emergency stationary CI ICE with a maximum engine power more than 100 HP that operates or is contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in §60.4211(f)(2)(ii) and (iii) (Conditions 11.1.8.2.b and 11.1.8.2.c) or that operates for the purposes specified in §60.4211(f)(3)(i) (Condition 11.1.8.3.a), you must submit an annual report according to the requirements in 60.4214(d)(1) through (3). (§ 60.4214(d))

*What parts of the general provisions apply to me? (§ 60.4218)*

11.1.13　Table 8 of this subpart shows which parts of the General Provisions in §§ 60.1 through 60.19 apply to you.  (§ 60.4218) The general provisions that apply to these engines include, but are not limited to the following:

11.1.13.1　No article, machine, equipment or process shall be used to conceal an emission which would otherwise constitute a violation of an applicable standard.  Such concealment includes, but is not limited to, the use of gaseous diluents to achieve compliance with an opacity standard or with a standard which is based on the concentration of a pollutant in the gasses discharged to the atmosphere (§ 60.12).

11.2　Opacity of emissions from each engine shall not exceed the following:

11.2.1　Except as provided for in Condition 11.2.2 below, no owner or operator of a source shall allow or cause the emission into the atmosphere of any air pollutant which is in excess of 20% opacity (Construction Permit 08AD0768, Colorado Regulation No. 1, Section II.A.1).

11.2.2　No owner or operator of a source shall allow or cause to be emitted into the atmosphere any air pollutant resulting from startup which is in excess of 30% opacity for a period or periods aggregating more than six (6) minutes in any sixty (60) consecutive minutes (Colorado Regulation No. 1, Section II.A.4).

Air Pollution Control Division                    Suncor Energy (U.S.A.)
Colorado Operating Permit              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                          Page 91

Compliance with these limitations shall be monitored by conducting opacity observations in accordance with EPA Reference Method 9 as follows:

11.2.3    Engine startup shall not exceed 30 minutes. An engine startup period of less than 30 minutes shall not require an opacity observation to monitor compliance with the opacity limit in Condition 11.2.2. A record shall be kept of the date and time the engine started and when it was shutdown.

11.2.4    An opacity observation shall be conducted annually (calendar year period) to monitor compliance with the opacity limit in Condition 11.2.1. Annual opacity observations for an individual engine shall be separated by a period of four (4) months.

An opacity observation shall be conducted annually (calendar year period) to monitor compliance with the opacity limit in Condition 11.2.1. Annual opacity observations for an individual engine shall be separated by a period of four (4) months.

If an engine is operated more than 250 hours in any calendar year period, a second opacity observation shall be conducted for that engine. If two opacity readings are conducted in the annual (calendar year) period for an engine, such readings shall be conducted at least thirty days apart.

11.2.5    If an engine is not operated during the annual (calendar year) period, then no opacity observations are required for that engine.

11.2.6    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the opacity limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

11.2.7    All opacity observations shall be performed by an observer with current and valid Method 9 certification. Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

11.3    **Engine E001 (emergency generator)** is subject to the requirements in 40 CF Part 63 Subpart ZZZZ, "National Emissions Standards for Hazardous Air Pollutants for Stationary Reciprocating Internal Combustion Engines." The specific applicable requirements are as follows:

Note that as of the date of renewal permit issuance  **[September 1, 2022]**, the requirements in 40 CFR Part 63 Subpart ZZZZ promulgated after July 1, 2007 have not been adopted into Colorado Regulation No. 8, Part E by the Division and are therefore **not state-enforceable**. In the event that the Division adopts these requirements they will be state-enforceable.

A new or reconstructed emergency or limited use stationary RICE with a site rating of less than or equal to 500 brake HP located at a major source of HAP emissions must meet the requirements of this part by meeting the requirements of 40 CFR part 60 subpart IIII, for compression ignition engines. No further requirements apply for such engines under this part. (63.6590(c) and (c)(6))

11.4    Diesel consumption from each engine shall be monitored and recorded daily, when the engine is operated. Recording fuel consumption/hours of operation is not required on days the engine is not

Operating Permit #95OPAD108                        First Issued:  October 1, 2006
                                                                   Renewed: September 1, 2022

Air Pollution Control Division                                              Suncor Energy (U.S.A.)
Colorado Operating Permit                                  Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                        Page 92

operated. Daily fuel consumption shall be determined based on hours of operation for the engine and the maximum hourly fuel consumption rate for that engine (E001 – 4.16 gal/hr, P2AC1 – 25 gal/hr and P2AC2 – 27 gal/hr).

11.5    Sulfur dioxide emissions **from each engine** shall be included when evaluating compliance with the Colorado Regulation No. 1 emission limit set forth in Condition 23.1 of this permit.

Daily SO$_2$ emissions **from each engine** shall be calculated, using the daily diesel consumption (as required by Condition 11.4) in the following equation:

SO$_2$ (lb/day) = 15 lbs S/10$^6$ lbs diesel x gal diesel/day x 7.05 lb diesel/gal of diesel x lb-mole S/32 lb S x lb-mole SO$_2$/lb-mole S x 64 lb SO$_2$/lb-mole SO$_2$

Daily SO$_2$ emissions shall be calculated by the end of the subsequent month.

11.6    The **emergency air compressor engine P2AC1** is subject to the requirements in 40 CFR Part 63 Subpart ZZZZ, "National Emission Standards for Hazardous Air Pollutants for Stationary Reciprocating Internal Combustion Engines", as follows:

11.6.1    An affected source which meets either of the criteria in 63.6590(b)(1)(i) through (ii) does not have to meet the requirements of this subpart and of subpart A of this part except for the initial notification requirements of §63.6645(f). (§63.6590(b)(1))

Engine P2AC1 (emergency air compressor) meet the following criteria: The stationary RICE is a new or reconstructed emergency stationary RICE with a site rating of more than 500 brake HP located at a major source of HAP emissions that does not operate or is not contractually obligated to be available for more than 15 hours per calendar year for the purposes specified in §63.6640(f)(2)(ii) and (iii). (63.6590(b)(1)(i))

11.6.2    If you are required to submit an Initial Notification but are otherwise not affected by the requirements of this subpart, in accordance with §63.6590(b), your notification should include the information in §63.9(b)(2)(i) through (v), and a statement that your stationary RICE has no additional requirements and explain the basis of the exclusion (for example, that it operates exclusively as an emergency stationary RICE if it has a site rating of more than 500 brake HP located at a major source of HAP emissions). (63.6645(f))

As specified in 63.6645(c), the initial notification must be submitted no later than 120 days after the engine becomes subject to this subpart (i.e., upon startup).

11.7    The **emergency air compressor engine P2AC1** is subject to requirements in Colorado Regulation No. 7, Part E, Section II.A, requirements for combustion equipment located at major sources of NO$_X$ in the 8-hour Ozone Control Area, as follows:

Operating Permit #95OPAD108                                              First Issued:  October 1, 2006
                                                                         Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 93 |

Note that the language below is from Colorado Regulation No. 7, adopted by the Colorado Air Quality Control Commissions (AQCC) on September 23. 2020 (effective November 14, 2020). However, if revisions to Colorado Regulation No. 7, Part E, Section II.A are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Section II.A.

11.7.1    Applicability (Colorado Regulation No. 7, Section II.A.1)

    11.7.1.1    Except as provided in Section II.A.2., the requirements of Section II. apply to owners and operators of any stationary combustion equipment that existed at a major source of NOx (greater than or equal to 50 tpy NOx) as of [January 27, 2020], located in the 8-Hour Ozone Control Area, that is not already subject as provided under Section II.A.1.a. (Section II.A.1.b)

11.7.2    Exemptions (Colorado Regulation No. 7, Section II.A.2)

    11.7.2.1    The following stationary combustion equipment are exempt from the emission limitation requirements of Section II.A.4., the compliance demonstration requirements in Section II.A.5., and the related recordkeeping and reporting requirements of Sections II.A.7.a-e. and II.A.8, but these sources must maintain any and all records necessary to demonstrate that an exemption applies. These records must be maintained for a minimum of five years and made available to the Division upon request. Qualifying for an exemption in this section does not preclude the combustion process adjustment requirements of Section II.A.6., when required by II.A.6.a.

    Once stationary combustion equipment no longer qualifies for any exemption, the owner or operator must comply with the applicable requirements of this Section II.A. as expeditiously as practicable but no later than 36 months after any exemption no longer applies. Additionally, once stationary combustion equipment that is not equipped with CEMS or CERMS no longer qualifies for any exemption, the owner or operator must conduct a performance test using EPA test methods within 180 days and notify the Division of the results and whether emission controls will be required to comply with the emission limitations of Section II.A.4. (Section II.A.2)

    a.    Any stationary combustion equipment whose utilization is less than (Section II.A.2.a):

        (i)    10% of its capacity factor on an annual average basis over a 3-year rolling period for stationary combustion turbines and compression ignition reciprocating internal combustion engines. (Section II.A.2.a.(ii))

  b.  Any stationary combustion equipment with total uncontrolled actual emissions less than 5 tpy NOx on a calendar year basis. II.A.2.e. (Section II.A.2.d)

11.7.3    Recordkeeping Requirements (Colorado Regulaton No. 7, Part A, Section II.A.7)

The following records must be kept for a period of five years and made available to the Division upon request:

11.7.3.1    All sources qualifying for an exemption under Section II.A.2. must maintain all records necessary to demonstrate that an exemption applies. (Section II.A.7.g)

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 95 |

## 12. Group B Tanks – Grandfathered, Internal Floating Roof Tanks – T010, T027, T030

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 12.1 | | TankESP Program | Recordkeeping and Calculation | Annually |
| MACT | 12.2 | See 40 CFR Part 63 Subpart CC (Condition 40) | | See 40 CFR Part 63 Subpart CC (Condition 40) | |
| RACT | 12.3 | See Condition 12.3 | | See Condition 12.3 | |
| Throughput | 12.4 | | | Recordkeeping | Annually |

12.1    For APEN reporting and fee purposes, annual emissions for each tank shall be calculated using the most recent version of the TankESP program and actual throughput (as required by Condition 12.4) for the tank. Emissions shall be based on the average (or numerically greater) Reid Vapor Pressure (RVP) of the materials stored over the annual period.

12.2    These tanks are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 40 of this permit. These tanks are Group 1 tanks.

12.3    These tanks are subject to Colorado Regulation No. 7 requirements as follows:

12.3.1    These tanks are subject to the requirements in Part B, Sections I.A and IV.A.1 as set forth in Conditions 24.1 and 26.1 of this permit

12.3.2    These tanks are subject to the requirements in Part B, Section IV.B.2.a as set forth in Condition 26.2.1.of this permit.

12.3.3    These tanks are subject to the requirements in Part B, Section IV.B.2.b as set forth in Condition 26.2.2 of this permit.

12.4    The throughputs for each tank shall be monitored and recorded annually. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 96

13.    **Group C Tanks – Grandfathered, Fixed Roof Storing Exempted Materials – T008, T009, T043, T045, T048, T049, T057**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 13.1 | | TankESP Program | Recordkeeping and Calculation | Annually |
| MACT | 13.2 | See 40 CFR Part 63 Subpart CC (Condition 40) | | See 40 CFR Part 63 Subpart CC (Condition 40) | |
| RACT | 13.3 | See Condition 13.3 | | See Condition 13.3 | |
| Throughput | 13.4 | | | Recordkeeping | Annually |

13.1    For APEN reporting and fee purposes, annual emissions for each tank shall be calculated using the most recent version of the TankESP program and actual throughput (as required by Condition 13.4) for the tank.  Emissions shall be based on the average (or numerically greater) Reid Vapor Pressure (RVP) of the materials stored over the annual period.

13.2    These tanks are subject to 40 CFR Part 63, Subpart CC, as set forth in Condition 40 of this permit. These tanks are Group 2 tanks and are only subject to the requirements in Conditions 40.37 and 40.89.

13.3    These tanks are subject to Colorado Regulation No. 7, Part B, Sections I.A and IV.A.1 as set forth in Conditions 24.1 and 26.1 of this permit.

The permittee shall maintain records of the materials stored in the tanks to verify that only the exempt materials listed in Colorado Regulation No. 7, Part B, Section IV.B.1.a are stored in these tanks.

13.4    The throughputs for each tank shall be monitored and recorded annually. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

Operating Permit #95OPAD108                            First Issued:  October 1, 2006
                                                        Renewed: September 1, 2022

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 97

## 14. Group D Tanks – Grandfathered, Fixed Roof Vapor Pressure <0.65 psia - T039

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 14.1 | | TankESP Program | Recordkeeping and Calculation | Annually |
| MACT | 14.2 | See 40 CFR Part 63 Subpart CC (Condition 40) | | See 40 CFR Part 63 Subpart CC (Condition 40) | |
| RACT | 14.3 | See Condition 14.3 | | See Condition 14.3 | |
| Throughput | 14.4 | | | Recordkeeping | Annually |

14.1    For APEN reporting and fee purposes, annual emissions for each tank shall be calculated using the most recent version of the TankESP program and actual throughput (as required by Condition 14.4) for the tank. Emissions shall be based on the average (or numerically greater) Reid Vapor Pressure (RVP) of the materials stored over the annual period.

14.2    These tanks are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 40 of this permit. These tanks are Group 2 tanks and are only subject to the requirements in Conditions 40.37 and 40.89.

14.3    These tanks are subject to Colorado Regulation No. 7 requirements as follows:

14.3.1    These tanks are subject to the requirements in Part B, Sections I.A and IV.A. as set forth in Conditions 24.1 and 26.1 of this permit.

14.3.2    These tanks are subject to the requirements in Part B, Section IV.B.2.b as set forth in Condition 26.2.2 of this permit.

The permittee shall maintain records of the vapor pressure of the material stored in these tanks to verify that only materials with a true vapor pressure less than or equal to 0.65 psia (at 20°C) or a reid vapor pressure (RVP) less than or equal to 1.3 psia are stored in these tanks.

14.4    The throughputs for each tank shall be monitored and recorded annually. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

Operating Permit #95OPAD108 | First Issued: October 1, 2006
| Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 98

## 15. Group E Tanks – Tanks with Unique Requirements - T006, T011, T012, T020, T026, T038, T046, T047, T053, T058, T062, T079

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 15.1 | T006: 16.7 tons/year<br>T011: 4.26 tons/year<br>T020: 0.96 tons/year<br>T026: 6.83 tons/year<br>T046: 0.56 ton/year<br>T047: 6.81 tons/year<br>T053: 3.77 tons/year<br>T058: 4.65 tons/year<br>T062: 0.13 tons/year<br>T079: 2.1 tons/year | TANKS TankESP Program for Tanks T011 & T026 | Recordkeeping and Calculation | Monthly |
| VOC – T012, T038 | 15.2 | | | Recordkeeping and Calculation | Annually |
| RACT | 15.3 | See Condition 15.3 | | See Condition 15.3 | |
| NSPS | 15.4 | NSPS Subpart Kb | | See 40 CFR Part 60 Subpart Kb, Condition 29 | |
| MACT | 15.5 | See 40 CFR Part 63 Subpart CC (Condition 40) | | See 40 CFR Part 63 Subpart CC (Condition 40) | |
| Throughput | 15.6 | T006: 16,425,000 barrels of petroleum products per year<br>T011: 5,591,3114 barrels of gasoline per year<br>T020: 400,000 barrels of off specification products (slop oil) per year<br>T026: 13,000,000 barrels of crude oil per year<br>T046: 158,000 barrels of fuel oil per year<br>T047: 3,650,000 barrels of gasoline per year<br>T053: 4,015,000 barrels of petroleum products per year<br>T058: 4,000,000 barrels of petroleum products per year<br>T062: 2,000,000 barrels of jet fuel per year<br>T079: 12,000,000 barrels of gas oil per year | | Recordkeeping | Monthly |
| Throughput – T012, T038 | 15.7 | | | Recordkeeping | Annually |
| Tank T020 – BWON | 15.8 | See 40 CFR Part 61 Subpart FF (Condition 39) | | See 40 CFR Part 61 Subpart FF (Condition 39) | |

Operating Permit #95OPAD108                              First Issued: October 1, 2006
                                                         Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 99 |

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Restrictions on Tanks T062 | 15.9 | See Condition 15.9 | | See Condition 15.9 | |

15.1 Emissions of air pollutants from these tanks shall not exceed the limits listed in the above summary table. (Construction Permits 95AD1073-1 (T006), 93AD306 (T020), 99AD0941 (T026), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to revise emissions as indicated on the APEN submitted December 4, 2017, red-lined December 12, 2017, 88AD289-1 (T046), 88AD289-2 (T047), 95AD1073-3 (T053) and 93AD763 (T062), as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X to revise emission limits per APEN submitted on April 5, 2015.  For T058, T079 and T011, as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emissions as requested on the APENs submitted January 8, 2019, red-lined January 11, 2019 (T058), September 10, 2007 (T079) and February 19, 2020 (T011)) Compliance with the annual limits shall be monitored by calculating monthly emissions using the software specified below and the monthly throughput (as required by Condition 15.6). Emissions shall be based on the average (or numerically greater) RVP or TVP, at the specified temperature, of the materials stored over the monthly period.

15.1.1 For all tanks except T011 and T026, the most recent version of EPA's TANKS program.

15.1.2 For Tanks T011 and T026, the most recent version  of the TankESP program.

Monthly emissions shall be calculated by the end of the subsequent month and used in a twelve month rolling total to monitor compliance with the annual emission limitations.  Each month a new twelve month total shall be calculated using the previous twelve months data.

15.2 For APEN reporting and fee purposes, annual emissions for Tanks T012 and T038 shall be calculated using the most recent version of the TankESP program and actual throughput (as required by Condition 15.7) for the tank. Emissions shall be based on the average (or numerically greater) Reid Vapor Pressure (RVP) of the materials stored over the annual period.

15.3 These tanks are subject to Colorado Regulation No. 7 requirements as follows:

15.3.1 These tanks are subject to the requirements in Part B, Sections I.A and IV.A.1, as set forth in Conditions 24.1 and 26.1 of this permit.

15.3.2 Tanks T006, T020, T053 and T058 are subject to the requirements in Part B, Section IV.B.2.a as set forth in Condition 26.2.1of this permit.

---

Operating Permit #95OPAD108

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 100

The permittee shall maintain records of the materials stored in tank T062 to verify that only the exempt materials listed in Colorado Regulation No. 7, Part B, Section IV.B.1.a are stored in this tank.

The permittee shall maintain records of the vapor pressure of the material stored in tanks T046 and T079 to verify that only materials with a true vapor pressure less than or equal to 0.65 psia (at 20°C) or a reid vapor pressure (RVP) less than or equal to 1.3 psia are stored in that tank.

15.3.3 Except for Tank T062, these tanks are subject to the requirements in Part B, Section IV.B.2.b, as set forth in Condition 26.2.2 of this permit.

15.3.4 Tanks T011, T026, T038, and T047 are subject to the requirements in Part B, Section IV.B.2.c as set forth in Condition 26.2.3 of this permit.

Tank T012 is exempt from the requirements in Part B, Section IV.B.2.c, except for the recordkeeping requirements of IV.B.2.c(ii)(C). The permittee shall maintain records of the true vapor pressure of the material as stored in tank T012 to verify that only materials with a true vapor pressure less than or equal 1.3 psia is stored in this tank.

15.3.5 Tanks T006, T012, T026, and T038 are subject to Colorado Regulation No. 7, Part B, Sections V.B and V.C as set forth in Conditions 27.1 and 27.2 of this permit.

15.4 Tanks T006, T020, T026, T047 and T053 are subject to 40 CFR Part 60, Subpart Kb, as set forth in Condition 33 of this permit.

15.5 These sources are subject to 40 CFR Part 63, Subpart CC, National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 40 of this permit. Tanks T024, T038 and T058 are Group 1 tanks. Tanks T012, T046, T062 and T079 are Group 2 tanks and are only subject to the requirements in Conditions 40.37 and 40.89. Tanks T006, T020, T026, T047, and T053 do not have to comply with the requirements in 40 CFR Part 63 Subpart CC (see §63.640(n)(2) (Conditions 40.28.2 and 40.80.2) except as provided for in §63.640(n)(8) (Conditions 40.28.3 and 40.80.3)).

15.6 These tanks shall be limited to throughputs as follows:

T006: Throughput of petroleum products with a RVP of 10 psia or lower shall not exceed 16,425,000 barrels per year. (Construction Permit 95AD1073-1, as modified under the provisions of Section I, Condition 1.3 to convert limit to barrels)

T011: Throughput of gasoline with a RVP of 13.0 psia or lower shall not exceed 5,591,314 barrels per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limit as requested on the APEN submitted February 19, 2020)

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 101 |

T020: Throughput of off specification products (slop oil) and/or other materials with a RVP of 10 psia or lower shall not exceed 400,000 barrels per year. (Construction Permit 93AD306, as modified under the provisions of Section I, Condition 1.3)

T026: Throughput of crude oil and/or petroleum products with a RVP of 10 psia or lower shall not exceed 13,000,000 barrels per year. (Construction Permit 99AD0941, as modified under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to revise allowable contents and throughput as indicated on the APEN submitted December 4, 2017, red-lined December 12, 2017)

T046: Throughput of fuel oil and/or other petroleum products with a TVP of 0.10 psia at 160 ºF or lower shall not exceed 158,000 barrels per year (Construction Permit 88AD289-1).

T047: Throughput of gasoline and/or petroleum products with a RVP of 9.5 psia or lower shall not exceed 3,650,000 barrels per year. (Construction Permit 88AD289-2, as modified under the provisions of Section I, Condition 1.3 to convert limit to barrels)

T053: Throughput of petroleum products with a RVP of 13 psia or lower shall not exceed 4,015,000 barrels per year. (Construction Permit 95AD1073-3, as modified under the provisions of Section I, Condition 1.3 to convert limit to barrels)

T058: Throughput of petroleum products with a RVP of 13 psia or lower shall not exceed 4,000,000 barrels per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limit as requested on the APEN submitted January 8, 2019, red-lined January 11, 2019)

T062: Throughput of jet kerosene and/or petroleum products with a TVP of 0.029 psia at 100 ºF or lower shall not exceed 2,000,000 barrels per year. (Construction Permit 93AD763, as modified under the provisions of Section I, Condition 1.3 to revise allowable contents and throughput (converted to barrels) as indicated on the APEN received April 15, 2015)

T079: Throughput of gas oil and/or other petroleum products with a TVP of 0.022 psia at 100 ºF or lower shall not exceed 12,000,000 barrels per year. (As provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include throughput limits as requested on the APEN submitted September 10, 2007)

Compliance with the annual throughput limits shall be monitored by recording the throughput for each tank monthly. Monthly quantities of throughput from each tank will be used in a twelve month rolling total to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

15.7 The throughputs for Tanks T012 and T038 shall be monitored and recorded annually. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

15.8 Tank T020 is subject to the requirements of 40 CFR Part 61, Subpart FF as set forth in Condition 39 of this permit.

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                              Suncor Energy (U.S.A.)
Colorado Operating Permit                                    Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                        Page 102

15.9   Prior to storing volatile organic liquids in Tank T062 that trigger the control requirements in 40
       CFR Part 60 Subpart Kb, the permittee shall submit an application to revise this permit to reflect
       the tank contents and shall ensure that the guide poles meet the control requirements in 40 CFR
       Part 60 Subpart Kb.

---

Operating Permit #95OPAD108                                        First Issued:  October 1, 2006
                                                                   Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 103 |

## 16.    Group F Tanks – Grandfathered, External Floating Roof Tanks - T035, T036, T044, T052, T054

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 16.1 | | TankESP Program | Recordkeeping and Calculation | Annually |
| MACT | 16.2 | See 40 CFR Part 63 Subpart CC (Condition 40) | | See 40 CFR Part 63 Subpart CC (Condition 40) | |
| RACT | 16.3 | See Condition 16.3 | | See Condition 16.3 | |
| Throughput | 16.4 | | | Recordkeeping | Annually |

16.1    For APEN reporting and fee purposes, annual emissions for each tank shall be calculated using the most recent version of the TankESP program and actual throughput (as required by Condition 16.4) for the tank.  Emissions shall be based on the average (or numerically greater) Reid Vapor Pressure (RVP) of the materials stored over the annual period.

16.2    These sources are subject to 40 CFR Part 63, Subpart CC, Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 40 of this permit. These tanks are Group 1 tanks.

16.3    These tanks are subject to Colorado Regulation No. 7 requirements as follows:

16.3.1    These tanks are subject to the requirements in Part B, Sections I.A and IV.A.1 as set forth in Conditions 24.1 and 26.1 of this permit.

16.3.2    These tanks are subject to the requirements in Part B, Sections IV.B.2.b and IV.B.2.c as set forth in Conditions 26.2.2 and 26.2.3 of this permit.

16.4    The throughputs for each tank shall be monitored and recorded annually. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                                  Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                           Page 104

## 17.    Group G Tanks – Grandfathered, Internal Floating Roof Tanks - T025, T028, T037

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 17.1 | | TankESP Program | Recordkeeping and Calculation | Annually |
| MACT | 17.2 | See 40 CFR Part 63 Subpart CC (Condition 40) | | See 40 CFR Part 63 Subpart CC (Condition 40) | |
| RACT | 17.3 | See Condition 17.3 | | See Condition 17.3 | |
| Throughput | 17.4 | | | Recordkeeping | Annually |

17.1    For APEN reporting and fee purposes, annual emissions for each tank shall be calculated using the most recent version of the TankESP program and actual throughput (as required by Condition 17.4) for the tank.  Emissions shall be based on the average (or numerically greater) Reid Vapor Pressure (RVP) of the materials stored over the annual period.

17.2    These sources are subject to 40 CFR Part 63, Subpart CC, Standards for Hazardous Air Pollutants from Petroleum Refineries, as set forth in Condition 40 of this permit.  Tanks T025 and T037 are Group 1 tanks. Tank T028 is a Group 2 tank and is only subject to the requirements in Conditions 40.37 and 40.89.

17.3    These tanks are subject to Colorado Regulation No. 7 requirements as follows:

17.3.1    Except for Tank T028, these sources are subject to the requirements in Part B, Sections I.A and IV.A.1 as set forth in Conditions 24.1 and 26.1 of this permit

17.3.2    Tank T028 is subject to the requirements in Part B, Section I.A and B as set forth in Conditions 24.1 and 24.2 of this permit.

17.3.3    Except for Tank T028, these tanks are subject to the requirements in Part B, Section IV.B.2.a and IV.B.2.b as set forth in Conditions 26.2.1 and 26.2.2 of this permit.

17.4    The throughputs for each tank shall be monitored and recorded annually. Records of the vapor pressures of stored materials shall be maintained and made available to the Division upon request.

Operating Permit #95OPAD108                                    First Issued:  October 1, 2006
                                                               Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 105 |

## 18. Fugitive VOC Equipment Leak Emissions with Permitted Limits

**F012 - Gas Plant Fugitive Emissions**

**F034 – Piping Modifications to Products Handling System (to implement a SEP)**

**F035 - Second Stage of Crude Oil Desalting Project**

**F031 - Equipment Leaks from Installation of Tank T079**

**F036 – Equipment Leaks from Boilers B504 and B505 Fuel Gas System Tie-Ins**

**F037 – Equipment Leaks Identified in 2014 COC**

**F038 – Equipment Leaks Associated with the MPV Project**

**F045 – Equipment Leaks Associated with the P2 Flare RSR Project**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 18.1 | F012: 24.50 tons/year<br>F034: 5.21 tons/year<br>F035: 2.82 tons/year<br>F031: 0.61 tons/year<br>F036: 2.8 tons/year<br>F037: 9.55 tons/year<br>F038: 2.55 tons/year<br>F045: 0.16 tons/year | Guideware | Recordkeeping and Calculation | Monthly |
| NSPS And MACT Requirements | 18.2 | Inspection and Repair Requirements | | Inspection | See 40 CFR Part 63 Subpart CC (Condition 40), 40 CFR Part 60 Subparts GGG (Condition 36) and GGGa (Condition 37) |
| | | F031 & F034: 40 CFR Part 63 Subpart CC | | | |
| | | F031 & F034: 40 CFR Part 60 Subpart GGG | | | |
| | | All but F031 & F034: 40 CFR Part 60 Subpart GGGa | | | |
| RACT Requirements | 18.3 | See Condition 18.3 | | See Condition 18.3 | |
| F036, F037 F038 & F045: RACT Requirements | 18.4 | See Condition 18.4 | | See Condition 18.4 | |
| NSPS General Provisions | 18.5 | See 40 CFR Part 60 Subpart A (Condition 30) | | See 40 CFR Part 60 Subpart A (Condition 30) | |

18.1 Emissions of air pollutants shall not exceed the limitations listed in table above summary table. (Construction Permits 89AD126 (F012), 98AD0758 (F034 & F035), 09AD1423 (F036), for F031, F038, F045, as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part B, Section II.A.6 and Part C, Section X, to include emissions as requested on the APENs submitted March 9, 2009 (F031), February 10, 2017 (F038) and July 10, 2017,

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 106 |

redlined February 16, 2018 (F045) and for F037, as provided for under the provisions of Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to limit emissions as requested on the APEN received on September 29, 2015) Compliance with the emission limitations shall be monitored by calculating emissions monthly for each emission group (e.g. modified tank farm), using Guideware or another equivalent software package if approved in advance (in writing) by the Division. Guideware is Suncor's fugitive emission's tracking software program which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995. Guideware estimates emissions based on actual leak data for those components that are screened and emission factors and assumed control efficiencies for those components that are not screened.

Monthly emissions shall be calculated by the end of the subsequent month and used in twelve month rolling totals to monitor compliance with the annual limitations. Each month a new twelve month total shall be calculated using the previous twelve months data.

18.2     Equipment leak emissions associated with these sources are subject to the following requirements:

    18.2.1     F031 and F034 are subject to the requirements of 40 CFR Part 63 Subpart CC as set forth in Condition 40 of this permit.

           Components that are subject to the requirements in 40 CFR Part 60 Subpart GGGa, are only required to comply with the requirements in Subpart GGGa, except that pressure relief devices in organic serive must comply with the requirements in 63.648(j) (Condition 40.49) per 63.640(p)(2) (Condition 40.43.2). The component groupings that are subject to the requirements in 40 CFR Part 60 Subpart GGGa are identified in Condition 18.2.3.

    18.2.2     F031 and F034 are subject to the requirements of 40 CFR Part 60, Subpart GGG as set forth in Condition 36 of this permit.

    18.2.3     F012, F035, F036, F037, F038 and F045 are subject to the requirements of 40 CFR Part 60 Subpart GGGa as set forth in Condition 37 of this permit.

18.3     Equipment leaks and drains associated with these sources are subject to the requirements in Colorado Regulation No. 7, Part B, Section VI.C as set forth in Condition 28 of this permit.

18.4     F036, F037, F038 and F045 only. Minor sources in designated nonattainment or attainment/maintenance areas shall apply RACT for the pollutants for which the area is nonattainment or attainment/maintenance (Construction Permit 09AD1423 (F036) and Colorado Regulation No. 3, Part B, Section III.D.2.a (F037, F038 & F045)) RACT applies for VOC emissions (VOC is an ozone precursors). Compliance with the requirements in Condition 18.3 will satisfy the RACT requirements.

18.5     These sources are subject to the general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 30 of this permit.

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 107

### 19. Fugitive VOC Equipment Leak Emissions without Permitted Limits – F039; includes F010 – Polymerization Unit Fugitive Sources and F014 Utilities Fuel Gas System Fugitive Sources

**Includes fugitive component groupings listed elsewhere in Section II that are referred to this condition, specifically: F001 - crude unit fugitive sources, F002 - FCCU fugitive sources, F005 - naphtha hydrotreater fugitive sources, F007 - reformer fugitive sources, F013 - sulfur recovery unit/amine unit/sour water stripper fugitive sources, and F018 - refinery flare fugitive sources**

**Note that these requirements apply to all fugitive sources without permit limits even if an identification number and name have not been assigned to the component(s) or component group(s).**

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| VOC | 19.1 | | Guideware | Recordkeeping and Calculation | Annually |
| Equipment Leaks: MACT Requirements | 19.2 | Inspection and Repair Requirements – 40 CFR Part 63 Subpart CC | | Inspection | See 40 CFR Part 63 Subpart CC (Condition 40) |
| RACT Requirements | 19.3 | See Condition 28 | | See Condition 28 | |
| NSPS Requirements (Components/ Component Groupings Meeting the Applicability Requirements) | 19.4 | General Provisions - Subpart A (Condition 30) | | See 40 CFR Part 60 Subparts A (Condition 30) , GGG (Condition 36) and GGGa (Condition 37) | |
| | | Specific Requirements – Subpart GGG (Condition 36) | | | |
| | | Specific Requirements – Subpart GGGa (Condition 37) | | | |

19.1    For APEN reporting and fee purposes, VOC emissions from equipment leaks associated with components not subject to permitted emission limitations shall be estimated annually using Guideware or another equivalent software package if approved in advance (in writing) by the Division. Guideware is Suncor's tracking software program for fugitive VOC emissions from components which estimates emissions based on EPA's "Protocol for Equipment Leak Emission Estimates", EPA-453/R-95-017, November 1995. Guideware estimates emissions based on actual leak data for those components that are screened and emission factors and assumed control efficiencies for those components that are not screened.  Total VOC emissions for purposes of APEN reporting and fee purposes shall be the sum of VOC emissions from each component type.

19.2    Except as provided for in Condition 19.2.1, equipment leaks associated with these sources are subject to the requirements of 40 CFR Part 63 Subpart CC as set forth in Condition 40 of this permit.

19.2.1    Components and component groupings that are subject to the requirements in 40 CFR Part 63 Subpart GGGa are only required to comply with the requirements in Subpart GGGa, except that that pressure relief devices in organic service must only comply with the requirements in 63.648(j) (Condition 40.49) per 63.640(p)(2) (Condition

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
| Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 108 |

40.43.2). The component groupings that have been identified by the permittee to be subject to the requirements in 40 CFR Part 60 Subpart GGGa are listed in Condition 19.4.3.

19.3    Equipment leaks associated with these sources are subject to the requirements in Colorado Regulation No. 7, Part B, Section VI.C as set forth in Condition 28 of this permit.

19.4    Equipment leaks associated with components and component groupings meeting the applicability requirements in either 40 CFR Part 60 Subparts GGG §60.590 or GGGa §60.590a are subject to the following requirements:

19.4.1    Any components or component groupings subject to the requirements in either 40 CFR Part 60 Subparts GGG or GGGa are subject to the NSPS general provisions in 40 CFR Part 60 Subpart A as set forth in Condition 30 of this permit.

19.4.2    Components or component groupings meeting the applicability requirements in 40 CFR Part 60 Subpart GGG §60.590 shall comply with the requirements set forth in Condition 36. The following component groupings have been identified by the permittee as subject to these requirements: certain F039 (miscellaneous unpermitted) components that meet the applicability criteria.

19.4.3    Components or component groupings meeting the applicability requirements in 40 CFR Part 60 Subpart GGGa §60.590a shall comply with the requirements set forth in Condition 37. The following component groupings have been identified by the permittee as subject to these requirements: F001 (crude unit fugitive sources), F002 (FCCU fugitive sources), F005 (naphtha hydrotreater fugitive sources), F007 (reformer fugitive sources), F010 (polymerization unit fugitive sources), F013 (sulfur recovery unit/amine unit/sour water stripper fugitive sources), F014 (utilities fuel gas system fugitive sources), F018 (refinery flare fugitive sources) and certain F039 (miscellaneous unpermitted) components that meet the applicability criteria.

The permittee shall retain records of components not subject to permit limits that meet the applicability requirements in 40 CFR Part 60 Subpart GGG or GGGa. Such records shall be made available to the Division upon request.

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 109 |

## 20. Opacity Limits

| Parameter | Permit Condition Number | Limitation | Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Opacity | 20.1 | Not to exceed 20%, except as provided for in Condition 20.2 below | | See provisions for each unit | |
| | 20.2 | Certain Operating Conditions - Not to exceed 30%, for a period or periods aggregating more than six (6) minutes in any 60 consecutive minutes | | | |
| Opacity- **state-only** | 20.3 | Not to exceed 20% | | See provisions for each unit | |

20.1 Except as provided in Condition 20.2 below, no owner or operator of a source should allow or cause the emission into the atmosphere of any air pollutant that is in excess of 20% opacity. This standard is based on 24 consecutive opacity readings taken at 15-second intervals for six minutes. The approved reference test method for visible emissions measurement is EPA Method 9 (40 CFR, Part 60, Appendix A (July, 1992)) in all subsections of Section II. A and B of this regulation. (Colorado Regulation No. 1, II.A.1)

20.2 No owner or operator of a source shall allow or cause to be emitted into the atmosphere any air pollutant resulting from the building of a new fire, cleaning of fire boxes, soot blowing, start-up, any process modification, or adjustment or occasional cleaning of control equipment, which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes. (Colorado Regulation No. 1, II.A.4)

20.3 **State-only Requirement:** No owner or operator subject to the provisions of this regulation may discharge, or cause the discharge into the atmosphere of any particulate matter which is greater than 20% opacity. (Colorado Regulation No. 6, Part B, II.C.3 and VII.C. The provisions in Section VII.C only apply to the sulfur recovery unit incinerator (B011))

This opacity standard applies at all times except during periods of startup, shutdown, or malfunction. (40 CFR Part 60, Subpart A, 60.11 (c.), as adopted by reference in Colorado Regulation No. 6, Part B, I.A). The permittee is subject to the provisions of 40 CFR Part 60, Subpart A as set forth in Condition 36 of this permit.

Compliance with the above opacity standards shall be monitored as follows:

20.4 For all **fuel burning equipment**, in the absence of credible evidence to the contrary, compliance with these opacity limits in Conditions 20.1, 20.2, and 20.3 shall be presumed since only gaseous fuel is permitted to be used as fuel. The permittee shall maintain records to verify that only gaseous fuel is used.

20.5 **For the FCCU**

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 110 |

20.5.1    For the FCCU Reactor-Regenerator (P004): Compliance with the opacity limits in Conditions 20.1 and 20.2 will be monitored by means of the COMS required by Condition 2.17.

20.5.2    For FCCU Catalyst Handling (P014): Compliance with the opacity limits in Conditions 20.1 and 20.2 shall be monitored as follows:

     20.5.2.1    Established standard operating procedures (SOPs) minimizing visible emissions shall be followed when loading and unloading FCCU catalyst. These SOPs shall be in written form and made available to the Division for inspection upon request.

     20.5.2.2    Quarterly EPA Reference Method 9 opacity readings shall be conducted while the loading/unloading activity is taking place. Unless prior written approval is received by the Division, quarterly opacity observations shall be separated by at least one (1) month.

     20.5.2.3    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

     20.5.2.4    All opacity observations shall be performed by an observer with current and valid Method 9 certification. Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

     20.5.2.5    If FCCU catalyst loading and/or unloading does not take place within the quarterly period, then no Method 9 opacity readings are required for that quarterly period.

     20.5.2.6    Records of the date and time of each loading/unloading activity shall be maintained on site for Division inspection upon request.

20.6    **For the Sulfur Recovery Unit Incinerator (B011)** compliance with the opacity limits in Conditions 20.1, 20.2, and 20.3 shall be monitored as follows:

20.6.1    The permittee shall perform a visual inspection of the source stack (B011) at least once per month. Such inspection shall last at least six minutes. Unless prior written approval is received by the Division, monthly visible inspections shall be separated by at least one (1) week. When visible emissions persist for more than six (6) minutes, an EPA Reference Method 9 observation shall be performed within one-half hour. The EPA Method 9 observations conducted to satisfy the requirements in Condition 20.6.2 shall also satisfy the requirement to conduct a visible emission observation for that month

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 111

20.6.2    The permittee shall conduct an EPA Reference Method 9 visual opacity observation (in accordance with 40 CFR Part 60, Appendix A, as adopted by reference in Colorado Regulation No. 6, Part A) quarterly.

20.6.3    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

20.6.4    All opacity observations shall be performed by an observer with current and valid Method 9 certification. Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

20.7    For the **Reformer Reactors (Catalyst Regeneration, Loading & Unloading) (F004)** compliance with the opacity limits in Conditions 20.1, 20.2, and 20.3 shall be monitored as follows:

20.7.1    Established standard operating procedures (SOPs) minimizing visible emissions shall be followed. These SOPs shall be in written form and made available to the Division for inspection upon request.

20.7.2    An EPA Reference Method 9 opacity reading shall be conducted each time the reformer catalyst is loaded and/or unloaded.

20.7.3    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

20.7.4    All opacity observations shall be performed by an observer with current and valid Method 9 certification.  Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

20.7.5    Records of the date and time of each loading/unloading activity shall be maintained on site for Division inspection upon request.

20.8    For the **truck loading dock combustor (C001)**, compliance with the opacity limits in Conditions 20.1 and 20.2  shall be monitored as follows:

20.8.1    Visible emission observations shall be conducted daily when materials are being loaded. Such visible emissions checks shall last a minimum of six (6) minutes. If no visible emissions are present, then in the absence of credible evidence to the contrary the combustor shall be presumed to be in compliance with the opacity requirements.

Air Pollution Control Division                                      Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 112

20.8.2    If visible emissions are observed, then a Method 9 opacity observation shall be conducted in order to assess compliance with the opacity limitations.

20.8.3    Subject to the provisions of C.R.S. 25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the limit shall be considered to exist from the time a Method 9 reading is taken that shows an exceedance of the opacity limit until a Method 9 reading is taken that shows the opacity is less than the opacity limit.

20.8.4    All opacity observations shall be performed by an observer with current and valid Method 9 certification.  Results of Method 9 readings and a copy of the certified Method 9 reader's certificate shall be kept on site and made available to the Division upon request.

20.8.5    Daily visible emission observations are not required on days when no materials are loaded.

## 21. Particulate Matter Emission Limits – Fuel Burning Equipment

21.1    No owner or operator shall cause or permit to be emitted into the atmosphere from any fuel burning equipment, particulate matter in the flue gases which exceeds the following:

For fuel burning equipment with designed heat inputs greater than $1 \times 10^6$ BTU per hour, but less than or equal to $500 \times 10^6$ BTU per hour, the following equation will be used to determine the allowable particulate emission limitation.

$$PE = 0.5(FI)^{-0.26}$$

Where: PE = Particulate Emission in Pounds per million BTU heat input.

FI = Fuel Input in Million Btu per hour.

(Colorado Regulation No. 1, III.A.1.b)

In the absence of credible evidence to the contrary, compliance with this emission limit shall be presumed since only gaseous fuel is permitted to be used as fuel. The permittee shall maintain records to verify that only gaseous fuel is burned.

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 113 |

## 22.    Solvent Usage

### Cold Cleaner Solvent Degreasers

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Work Practice Standards | 22.1 | | | Certification | Annually |
| Transfer and Storage of Waste Solvents | 22.2 | | | Certification | Annually |

Note that these emission units are exempt from the APEN reporting requirements provided actual, uncontrolled emissions do not exceed the APEN de minims level as provided for in Colorado Regulation No. 3, Part A, SectionII.D.1.a and/or b.

### Industrial Solvent Cleaning Operations

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Transfer and Storage of Waste Solvents | 22.2 | | | Certification | Annually |
| Industrial Solvent Cleaning Operations | 22.3 | Requirements apply if actual, uncontrolled VOC emissions from industrial solvent cleaning operations exceed 3 tons in a calendar year | | Applicability | |
| | | | | Recordkeeping and Calculation | Annual (Calendar Year) |
| | | | | See Colorado Regulation No. 7, Part C, Section II.E (Condition 22.3) | |
| APEN Reporting | 22.4 | | | See Condition 22.4 | |

22.1    The design and operation of these cold cleaner solvent degreasers shall meet the standards defined in Colorado Regulation 7, Part C, Section II.B, set forth below. The permittee's operating procedures for solvent cleaning shall include these requirements.

Control Equipment (Regulation No. 7, Part C, Section II.B.1)

22.1.1    Covers (Section II.B.1.a)

22.1.1.1    All cold-cleaners shall have a properly fitting cover. (II.B.1.a.(i))

22.1.1.2    Covers shall be designed to be easily operable with one hand under any of the conditions set forth in Section II.B.1.b.(ii)(A) through (C). (II.B.1.a.(ii))

22.1.2    Drainage Facility (Section II.B.1.b)

22.1.2.1    All cold-cleaners shall have a drainage facility that captures the drained

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 114 |

liquid solvent from the cleaned parts. (Section II.B.1.b.(i))

22.1.2.2　For cold-cleaners using solvent which has a vapor pressure greater than 32 torr (0.62 psia) measured at 38 ºC (100 ºF) the drainage facility shall meet the requirements in either Section II.B.1.b.(ii)(A) or (B). (Section II.B.1.b.(ii))

22.1.3　A permanent, clearly visible sign shall be mounted on or next to the cold-cleaner. The sign shall list the operating requirements. (Section II.B.1.c)

22.1.4　Solvent spray apparatus shall not have a splashing, fine atomizing, or shower type action but rather should produce a solid, cohesive stream. Solvent spray shall be used at a pressure that does not cause excessive splashing. For solvents with a true vapor pressure above 32 torr (0.62 psia) at 38 ºC (100 ºF), or, for solvents heated above 50 ºC (120 ºF), one of the techniques specified in Section II.B.1.d.(i) or (ii) shall be used (Section II.B.1.d)

Operating Requirements (Regulation No. 7, Part C, Section II.B.2)

22.1.5　The cold-cleaner cover shall be closed whenever parts are not being handled within the cleaner confines. (Section II.B.2.a)

22.1.6　Cleaned parts shall be drained for at least 15 seconds and/or until dripping ceases. Any pools of solvent shall be tipped out on the clean part back into the tank. (Section II.B.2.b)

22.2　The transfer and storage of waste and used solvents from the cold cleaner solvent degreasers and industrial solvent cleaning operations are subject to the following requirements (Colorado Regulation No. 7, Part C, Section II.A.3 and 4):

22.2.1　In any disposal or transfer of waste or used solvent, at least 80 percent by weight of the solvent/waste liquid shall be retained (i.e., no more than 20 percent of the liquid solvent/solute mixture shall evaporate or otherwise be lost during transfers).

22.2.2　Waste or used solvents shall be stored in closed containers unless otherwise required by law.

The permittee's operating procedures for the solvent vats and industrial solvent cleaning operations and contracts and/or agreements with contractors to service these vats or conduct industrial solvent cleaning operations shall include these requirements.

22.3　Industrial solvent cleaning operations shall meet the requirements in Colorado Regulation No. 7, Part C, Section II.E set forth below in any calendar year when actual, uncontrolled VOC emissions from industrial solvent cleaning operations exceed the level specified in Section II.E.1 (Condition 22.3.1).

Control Requirements (Regulation No. 7, Part C, Section II.E.1)

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 115 |

22.3.1　The owner or operator of an industrial cleaning solvent operation with total combined uncontrolled actual VOC emissions equal to or greater than three (3) tons per calendar year (excluding VOC emissions from solvents used for cleaning operations that are exempt under Section II.E.4.) must (Section II.E.1):

22.3.1.1　Limit the VOC content of cleaning solvents to less than or equal to 0.42 lb of VOC/gal (50 grams VOC/liter) (Section II.E.1.a); or

22.3.1.2　Limit the composite partial vapor pressure of the cleaning solvent to 8 millimeters of mercury (mmHg) at 20 degrees Celsius (68 degrees Fahrenheit) (Section II.E.1.b); or

22.3.1.3　Reduce VOC emissions with an emission control system having a control efficiency of 90% or greater. (Section II.E.1.c)

<u>Work Practice Requirements (Regulation No. 7, Part C, Section II.E.2)</u>

22.3.2　The owner or operator of an industrial cleaning solvent operation must implement the following work practice requirements at all times to reduce VOC emissions from fugitive sources:

22.3.2.1　Cover open containers and used applicators in a manner that minimizes evaporation into the atmosphere (Section II.E.2.a);

22.3.2.2　Properly dispose of used solvent and shop towels (Section II.E.2.b); and

22.3.2.3　Implement good air pollution control practices that minimize emissions, including, but not limited to, using only volumes necessary for cleaning and maintaining cleaning equipment to be leak free. (Section II.E.2.c)

<u>Monitoring, Recordkeeping and Reporting Requirements (Regulation No. 7, Part C, Section II.E.3)</u>

22.3.3　The owner or operator of an industrial cleaning solvent operation must keep the following records for two (2) years and make them available for inspection by the Division upon request: (Section II.E.3.a) In lieu of retaining records for two years, records shall be kept as required by Section IV, Condition 22.b and c

22.3.3.1　If applicable, records demonstrating that a listed exemption to this Section II.E. applies. (Section II.E.3.a.(i))

22.3.3.2　If applicable, monthly records such as safety data sheets or other analytical data from the industrial cleaning solvent manufacturer showing the VOC type and VOC content, or the composite partial vapor pressure at 20 degrees Celsius, and total amount of VOC-containing solvent used in solvent cleaning operations to demonstrate compliance with the control requirements in Sections II.E.1.a. and II.E.1.b. (Section II.E.3.a.(ii))

22.3.3.3　If applicable, monthly records sufficient to demonstrate compliance with the control requirement in Section II.E.1.c. (Section II.E.3.a.(iii))

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                         Page 116

22.3.3.4    Records of calendar year VOC emission estimates demonstrating whether the industrial cleaning solvent operation meets or exceeds the applicability threshold in Section II.E.1. (Section II.E.3.a.(iv))

22.3.4    Compliance with the control requirements in Section II.E.1. must be demonstrated using one of the following methods as applicable:

22.3.4.1    Safety data sheets or other analytical data from the industrial cleaning solvent manufacturer to demonstrate compliance with Sections II.E.1.a and II.E.1.b. (Section II.E.3.b.(i));

22.3.4.2    A manufacturer guarantee of the control equipment's emission control efficiency and operation and maintenance of control equipment according to manufacturer's specifications to demonstrate compliance with Section II.E.1.c. (Section II.E.3.b.(ii)); or

22.3.4.3    A performance test conducted during representative operations using one of the methods in Section II.E.3.b.(iii)(A) or (B), as applicable (Section II.E.3.b.(iii))

Exemptions (Regulation No. 7, Part C, Section II.E.4)

22.3.5    Industrial cleaning solvent operations are not subject to Section II.E. if they are subject to a work practice or emission control requirement in another federally enforceable section of Regulation Number 7 that establishes RACT. (Section II.E.4.a)

As of the date of this permit issuance **[September 1, 2022]**, no exemptions have been identified for industrial solvent cleaning operations at this facility.

22.3.6    The VOC control requirements in Section II.E.1. do not apply to: the activities listed in Section II.E.4.b.(i) through (xi). (Section II.E.4.b)

22.4    In the event that actual, uncontrolled VOC emissions from industrial solvent cleaning operations exceed the level specified in Condition 22.3.1 (3 tons per year), an APEN shall be filed for industrial solvent cleaning operations. The APEN shall cover emissions from any industrial solvent cleaning operation that is not already reported on an APEN (e.g. solvents routed to a flare of the tank degassing thermal oxidizer).

---

Operating Permit #95OPAD108                              First Issued: October 1, 2006
                                                          Renewed: September 1, 2022

Air Pollution Control Division      Suncor Energy (U.S.A.)
Colorado Operating Permit      Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108      Page 117

## 23.    Facility Wide Requirements

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| SO$_2$ Emissions – Colorado Regulation No.1 | 23.1 | 0.3 lb/bbl oil processed/day | | Recordkeeping Calculation | Daily Monthly |
| Barrels of Oil Processed | 23.2 | | | See Condition 23.2 | |
| Facility Wide (Plant 2) SO$_2$ Emissions | 23.3 | 1926.3 tons/year | | Recordkeeping Calculation | Monthly Annually |
| Facility Access | 23.4 | See Condition 23.4 | | Certification | Annually |
| Requirements for Boilers and Process Heaters | 23.5 | Combustion of Fuel Oil Prohibited in all Heaters and Boilers except as Specified in Condition 23.5 | | See Condition 23.5 | |
| BWON | 23.6 | See 40 CFR Part 61 Subpart FF (Condition 39) | | See 40 CFR Part 61 Subpart FF (Condition 39) | |
| Annual Emissions Report - **State-only** | 23.7 | | | See Condition 23.7 | |
| Quarterly Community Report - **State-only** | 23.8 | | | See Condition 23.8 | |
| Disseminate Continuous Emission Monitroing Data to the Public - **State-only** | 23.9 | | | See Condition 23.9 | |

23.1    New sources of sulfur dioxide shall not emit or cause to be emitted sulfur dioxide in excess of the following process-specific limitations. 0.3 lbs. sulfur dioxide, for the sum of all SO$_2$ emissions from a given refinery per barrel of oil processed. (Averaged over a daily 24 hour period, i.e. midnight through 23:59.) (Regulation No. 1, Section VI.B.4.e)

       Daily SO$_2$ emissions from individual SO$_2$ emitting equipment from all equipment at the facility shall be calculated as required by Section II of this permit for the equipment located at Plant 2 and Section II of Operating Permit 96OPAD120 for equipment located at Plants 1 and 3. Daily SO$_2$ emissions shall be summed together and divided by the daily barrels of oil processed for the month as determined by Condition 23.2 to assess compliance with the SO$_2$ emission limitation. The daily compliance calculations for each month shall be made by the end of the subsequent month.

23.2    The daily refinery throughput of daily barrels per day shall be determined and used to assess compliance with the SO$_2$ emission limitation in Condition 23.1. The refinery total charge is based on the amount of crude oil charged to the No. 1 and 2 sweet and source crude units and purchased intermediate products charge to process units. The barrels of oil processed includes the amount of crude oil and intermediate products charged to the following processes:

       23.2.1    Charge to the #1 and #3 crude units

---

23.2.2    Charge to the #2 crude unit

23.2.3    Purchased intermediate coker gas oil charge to the #4 HDS

23.2.4    Purchased intermediate charge to the #2 naphtha hydrotreater/reformer

23.2.5    Purchased intermediate charge to the #2 FCCU

23.2.6    Purchased sweet naphtha or gas oil charge to tankage

The quantity of daily refinery throughput shall be determined as follows:

23.2.7    The barrels charged to the process units identified in Conditions 23.2.1 through 23.2.5 are continuously metered. The charge rates for those process units shall be totaled over the daily (24-hr period, i.e. from midnight to 23:59) period and recorded.

23.2.8    Since purchased intermediates received in tanks may be mixed with intermediates produced on-site, direct measurement of this source of charge cannot be measured directly. The daily throughput shall be determined by one of the following methods:

    23.2.8.1    If the purchase is equal to or less than 1,000 barrels, the entire purchase will be assumed to be charged on the day it is received.

    23.2.8.2    If a purchase is made that enables a unit to run at a higher rate (i.e. the unit was operating at less than 100% of its capacity), the difference between the pre-purchase charge rate and the post-purchase charge rate will be assumed to be the charge rate for the purchased intermediate.

    23.2.8.3    If the purchase does not fit into one of the above scenarios, then the charge rate will be based on process knowledge, operating information and engineering judgment.

    For any intermediate purchases, supporting information and calculations will be maintained for Division review upon request.

23.2.9    For purposes of assessing compliance with the $SO_2$ limit in Condition 23.1, the average daily amount of oil processed for each calendar month will be determined by adding crude charge for the month plus any intermediate charges (throughput identified in Conditions 23.2.1 through 23.2.6) and dividing the total barrels charged by the number of days during that month that any refinery $SO_2$ source operating. The average daily value for a month shall be calculated by the end of the following month.

23.3    Total facility wide $SO_2$ emissions from Plant 2 shall not exceed 1926.3 tons/year (Construction Permit 12AD032-3). Monthly $SO_2$ emissions from individual $SO_2$ emitting equipment at Plant 2 shall be calculated as specified in the appropriate part of Section II for that equipment. Monthly $SO_2$ emissions from the Plant 2 equipment shall be summed together to get total monthly $SO_2$ emissions. Total monthly $SO_2$ emissions shall be used in a twelve month rolling total to monitor

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 119 |

compliance with the annual limitation. Each month a new twelve month rolling total shall be calculated using the previous twelve months' data.

23.4    Public access to this facility shall be precluded by a fence. (Construction Permits 09AD0961, 09AD1422 and 09AD1423)

23.5    The burning or combustion of fuel oil in any of the heater and boilers at this refinery shall be prohibited except as provided for in Condition 23.5.1. Fuel oil shall mean fuel that is predominantly in the liquid phase at the point of combustion with a sulfur content of greater than 0.05% by weight. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to include Consent Decree requirements regarding combusting fuel oil. Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraph 113)

23.5.1    Notwithstanding any conditions in this permit to the contrary, fuel oil may be combusted or burned during periods of natural gas curtailment by suppliers or during periods approved by EPA for purposes of test runs and operator training. During any such period of natural gas curtailment, test runs or operator training, only low sulfur (0.05 wt %) fuel oil shall be combusted or burned. Prior to conducting test runs or operator training, the permittee shall submit proposed schedules for such test runs or training periods to EPA for review and approval. In the event that EPA does not respond to such proposed schedules within thirty (30) days of submission, then such proposed schedules will be deemed approved in accordance with the proposals submitted. (As provided for under the provisions in Section I, Condition 1.3 and Colorado Regulation No. 3, Part C, Sections I.A.7 and III.B.7 to include Consent Decree requirements regarding combusting fuel oil. Consent Decree, No. SA-05-CA-0569, entered November 23, 2005, paragraph 114)

23.6    The refinery is subject to the requirements of 40 CFR Part 61 Subpart FF, as set forth in Condition 39 of this permit.

23.7    **State-only Requirement:** Suncor is required to submit a comprehensive annual emissions report to the Division detailing total actual emissions from the facility and the amount of emissions that occurred as a result of exceedances of any permit limit. Suncor is required to submit a proposed report format for Division review and approval within 90 days after permit issuance. The annual emissions report (using the Division-approved format) must be submitted on March 1 of each year.

23.8    **State-only Requirement:** Suncor is required to submit a quarterly community compliance report that will identify in an easy to understand format any emissions violations at the facility during the previous quarter.

23.9    **State-only Requirement:** Suncor must disseminate continuous emissions monitoring data to the public via a web-based system. Within 180 days of issuance of this permit (Plant 2 renewal), Suncor must submit a proposed plan to the Division for review and approval. The plan must

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 120

include Suncor's proposal for displaying air monitoring data from Plant 2's Continuous Emissions Monitors (CEMs) as well as meteorological data on a dedicated website available to the public. Suncor must implement the CEMS data sharing plan within 180 days of Division approval.

**24.    Reasonably Available Control Technology – General Requirements for Storage and Transfer of Volatile Organic Compounds - Colorado Regulation No. 7, Part B, Section I**

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Maintenance and Operation of Storage Tanks | 24.1 | Minimize Vapor Loss | | Inspection | Semi-Annually |
| Transfer | 24.2 | See Condition 24.2 | | Inspection | When loading |

Note that the language below is from Colorado Regulation No. 7, adopted by the Colorado Air Quality Control Commissions (AQCC) on December 18, 2020 (effective February 14, 2021). However, if revisions to Colorado Regulation No. 7, Part B, Section I are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Section I.

24.1    Maintenance and Operation of Storage Tanks and Related Equipment - Section I.A

All storage tanks are subject to these requirements.

All storage tank gauging devices, anti-rotation devices, accesses, seals, hatches, roof drainage systems, support structures, and pressure relief valves, shall be maintained and operated to prevent detectable vapor loss except when opened, actuated, or used for necessary and proper activities (e.g. maintenance). Such opening, actuation, or use shall be limited so as to minimize vapor loss.

Detectable vapor loss shall be determined visually, by touch, by presence of odor, or using a portable hydrocarbon analyzer. When an analyzer is used, detectable vapor loss means a VOC concentration exceeding 10,000 ppm. When an analyzer is used, testing and monitoring shall be conducted as in Colorado Regulation No. 7, Part B, Section VI.C.3.

Monitoring for detectable vapor loss shall be conducted at least semi-annually using one of the methods described above. Records of the monitoring method and results shall be maintained for Division inspection upon request.

24.2    Transfer (excluding Petroleum Liquids) – Section I.B

Tank T028 is subject to this requirement.

24.2.1    Except as otherwise provided in Colorado Regulation No. 7, all volatile organic compounds transferred to any tank, container, or vehicle compartment with a capacity exceeding 212 liters (56 gallons), shall be transferred using submerged or bottom filling

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
| Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 121 |

equipment. For top loading, the fill tube shall reach within six inches of the bottom of the tank compartment. For bottom-fill operations, the inlet shall be flush with the tank bottom.

In the absence of credible evidence to the contrary, compliance with this requirement is presumed based on the design and construction of T028.

**25.    Reasonably Available Control Technology – Storage of Highly Volatile Organic Compounds - Colorado Regulation No. 7, Part B, Section II**

T050, T051, T060, T061, T063, T064, T066, T067, T068, and T069 are subject to these requirements.

Note that the language below is from Colorado Regulation No. 7, adopted by the Colorado Air Quality Control Commissions (AQCC) on December 18, 2020 (effective February 14, 2021). However, if revisions to Colorado Regulation No. 7, Part B, Section II are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Section II.

25.1    Highly volatile organic compounds shall be stored:

25.1.1    In a pressure tank which is at all times capable of maintaining working pressures sufficient to prevent vapor loss to the ambient air (Section II.A.1); or

25.1.2    With methods and/or equipment approved by the Division in writing pursuant to the request of the person owning or operating the storage facility.  (Section II.A.2)

25.2    Vapor loss shall be determined visually, by presence of frost or condensation at the point of leakage, or using a portable hydrocarbon analyzer. When an analyzer is used, detectable vapor loss means a VOC concentration exceeding 10,000 ppm. When an analyzer is used, testing and monitoring shall be conducted as in Colorado Regulation No. 7, Part B, Section VI.C.3. (Section II.B)

Monitoring for detectable vapor loss shall be conducted at least semi-annually using one of the methods described above. Records of the monitoring method and results shall be maintained for Division inspection upon request.

Air Pollution Control Division                                        Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                Page 122

26. **Reasonably Available Control Technology for Storage and Transfer of Petroleum Liquid - Colorado Regulation No. 7, Part B, Section IV**

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| General Requirements | 26.1 | See Condition 26.1 | | | |
| Requirements for Tanks > 40,000 Gallons | 26.2 | Fixed Roof Tanks with Internal Floating Roofs - See Condition 26.2.1 | | Inspection | Semi-Annually & when out of service |
| | | Above Ground Tanks External Surfaces - See Condition 26.2.2 | | | |
| | | Seals on External Floating Roof Tanks - See Condition 26.2.3 | | Inspection | Semi-annually |
| Transfer at Terminals | 26.3 | See Condition 26.3 | | Testing | See Condition 26.3 |
| Transport Vehicles | 26.4 | Loading Restrictions | | See Condition 26.4 | |

Note that the language below is from Colorado Regulation No. 7, adopted by the Colorado Air Quality Control Commissions (AQCC) on December 18, 2020 (effective February 14, 2021). However, if revisions to Colorado Regulation No. 7, Part B, Section IV are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Section IV.

26.1    General Requirements – Section IV.A.1

No person shall build, install, or permit the building or installation of any rotating pump or compressor handling any type of petroleum liquid unless said pump or compressor is equipped with mechanical seals or other equipment of equal efficiency. If reciprocating-type pumps and compressors are used, they shall be equipped with packing glands properly installed, in good working order, and properly maintained so that no detectable emissions occur from the drain recovery systems. (Except for T028 all petroleum liquid storage tanks addressed in Section II of this permit are subject to this condition.)

26.2    Storage of Petroleum Liquid in Tanks Greater than 151,412 liters (40,000 gallons) – Section IV.B.2

26.2.1    Fixed Roof Tanks with Internal Floating Roofs – Section IV.B.2.a

Storage of petroleum liquids in fixed roof tanks are subject to the requirements in Section IV.B.2.a. (Group B and Group G Tanks, and T006, T020 and T053 are subject to this condition.) Note: Records of inspection results shall be kept five years.

26.2.2    Above Ground Tanks – Section IV.B.2.b

---

Operating Permit #95OPAD108                                        First Issued:  October 1, 2006
                                                                    Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 123 |

Above ground storage tanks used for the storage of petroleum liquid shall have all external surfaces coated with a material which has a reflectivity of solar radiation of 0.7 or more. Methods A or B of ASTM E424 shall be used to determine reflectivity. Alternatively, any untinted white paint may be used which is specified by the manufacture for such use.

This provision shall not apply to written symbols or logograms applied to the external surface of the container for purposes of identification provided such symbols do not cover more than 20% of the exposed top and side surface area of the container or more than 18.6 square meters (200 square feet), whichever is less. (Section VI.B.2.b) (Except for the Group C Tanks, T028 and T062 all petroleum liquid storage tanks addressed in Section II of this permit are subject to this condition.)

26.2.3    Seals on External Floating Roof Tanks – Section IV.B.2.c

All petroleum liquid storage vessels equipped with external floating roofs, having capacities greater than 150,000 liters (40,000 gallons), located in ozone non-attainment areas, are subject to the requirements in Section IV.B.2.c. (Group F Tanks and T011, T026, T038, and T047 are subject to this condition. T012 is exempt from the requirements except for the recordkeeping requirements in Section IV.B.2.c(ii)(C).)

26.3    Loading Facilities Classified as Terminals – Section IV.C.2 (Truck Loading Dock F024 is subject to this condition)

26.3.1    The owner or operator of a terminal subject to this subsection shall equip the terminal with proper loading equipment and shall follow the procedures listed in Section IV.C.2.b.

26.3.1.1    Install dry-break loading couplings to prevent petroleum liquid loss during uncoupling from vehicles. (Section IV.C.2.b.(i))

26.3.1.2    Install a vapor collection and disposal system which gathers vapor transferred from vehicles being loaded. The system shall include devices to prevent the release of vapor from vapor recovery hoses not in use. (Section IV.C.2.b.(ii))

26.3.1.3    Use operating procedures to ensure that petroleum liquid cannot be transferred unless the vapor collection equipment is in use. (Section IV.C.2.b.(iii))

26.3.1.4    Provide for the prevention of overfilling of transport vehicles with loading pump shut-offs, set stop meters, or comparable equipment. (Section IV.C.2.b.(iv))

26.3.1.5    Operate all recovery and disposal equipment at a back pressure less than the pressure relief valve setting of transport vehicles. (Section IV.C.2.b.(v))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 124 |

26.3.1.6 Prevent the release of petroleum liquid on the ground from transport vehicles. Provision shall be made to remove any undelivered petroleum liquid with closed drainage devices. (Section IV.C.2.b.(vi))

26.3.1.7 Maintain and operate final recovery and disposal equipment or control devices so as to emit no more than 80 milligrams of volatile organic compounds per liter of gasoline being loaded. Such disposal devices shall be approved by the Division. (Section IV.C.2.b.(vii))

26.3.1.8 Prevent loading of petroleum liquid into transport vehicles which do not have valid leak-tight test certification as required in Section IV.D. (Section IV.C.2.b.(viii))

26.3.1.9 Follow all control procedures to prevent leaks as specified in Section VII. (Section IV.C.2.b.(ix))

26.3.2 Control devices shall meet the applicable requirements, including recordkeeping of Regulation No. 7, Part C, Sections I.A.3.a., b., c., and e., and I.A.8.a. and b. (Section IV.C.2 c)

26.3.3 The applicable methods of 40 CFR 60. 503 (September 14, 1989), or EPA reference methods 1 through 4, 25A, and 25B of 40 CFR Part 60 (September 14, 1989) shall be used to determine the efficiency of control devices. (Section IV.C.2.d)

26.3.4 The method set forth in Appendix A of "Control of Hydrocarbons from Tank Truck Gasoline Loading Terminals" October 1977, EPA-450/2-77-026 shall be used to test emission points other than control devices. (Section IV.C.2.e)

In the absence of credible evidence to the contrary, compliance with the requirements in Conditions 26.3.2 through 26.3.4 is presumed provided the truck rack vapor combustor (C001) meets the requirements in Condition 7.6 and the truck loading rack (F024) is in compliance with the requirements in Condition 40.

26.4 Control of Volatile Organic Compound Leaks from Gasoline Transport Trucks - Section IV.D.2.a

Truck Loading Dock F024 is subject to these requirements.

26.4.1 No terminal operator, when monitoring the gasoline loading operation and no owner or operator of a gasoline transport truck shall allow a gasoline transport truck subject to this Subsection IV.D. to be filled with a VOC with Reid Vapor Pressure of 4.0 or greater unless the gasoline tank truck meets the requirements in Section IV.D.2.a. (Section IV.D.2.a)

Suncor shall maintain a computerized system with information on certified trucks with an interlock system that prevents the loading of uncertified trucks.

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 125

27.    **Reasonably Available Control Technology for Crude Oil – Colorado Regulation No. 7, Part B, Section V**

Tanks T006, T012, T026, and T038 are subject to these provisions. Crude Unloading (F015 & F016) is subject to the requirements in Condition 27.2.

Note that the language below is from Colorado Regulation No. 7, adopted by the Colorado Air Quality Control Commissions (AQCC) on December 18, 2020 (effective February 14, 2021). However, if revisions to Colorado Regulation No. 7, Part B, Section V are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Section V.

27.1    Equipment

Pumps and compressors handling crude oil shall be subject to the provisions of Section IV.A (Condition 26.1). (Section V.B)

27.2    Storage

Except as provided in Section V.A.2., crude oil stored in tanks greater than 151,412 liters (40,000 gallons) shall be subject to the provisions of Sections IV.B.1.b. and IV.B.2 (Condition 26.2). (Section VII.C)

---

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                          Renewed: September 1, 2022

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 126

## 28. Reasonably Available Control Technology for Petroleum Processing and Refining - Colorado Regulation No. 7, Part B, Section VI

| Parameter | Permit Condition Number | Limitation | Compliance Emission Factor | Monitoring | |
|---|---|---|---|---|---|
| | | | | Method | Interval |
| Wastewater Separators | 28.1 | Control device and closed openings | | See Condition 28.1 | |
| Process Unit Turnarounds | 28.2.1 | See Condition 28.2.1 | | As set forth in Division approved procedure | |
| Blowdown System and Relief Valve Venting | 28.2.2 | 90% combustion efficiency | | Flares shall meet the requirements in Condition 40 | |
| Vacuum Producing Systems | 28.2.3 | Emissions of any noncondensible VOC is not permitted | | Emissions shall be routed to a flare that meets the requirements in Condition 40 | |
| Sampling, Testing, and Measuring Ports | 28.2.4 | Kept in closed position except when being used | | Inspection | Monthly |
| Control Device Requirements | 28.2.5 & 28.2.6 | See Conditions 28.2.5 and 28.2.6. | | Flares shall be operated in accordance with the requirements in Conditions 40 or 43 | |
| Equipment Leaks | 28.3 | Inspection and Repair | | Inspection and Repair | See Condition 28.3 |

Note that the language below is from Colorado Regulation No. 7, adopted by the Colorado Air Quality Control Commissions (AQCC) on December 18, 2020 (effective February 14, 2021). However, if revisions to Colorado Regulation No. 7, Part B, Section VI are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Section VI.

28.1    Wastewater (Oil/Water) Separators – Section VI.A

Tank T29 and API Separators F021, F022, and F023 are subject to this condition.

28.1.1    The owner or operator of any wastewater (oil/water) separators at a petroleum refinery shall equip the forebays and separator sections of the wastewater separators with one or more of the emission control devices listed in Section VI.A.2.a, ensuring that such device is properly installed, in good working order and properly maintained. (Section VI.A.2.a)

28.1.2    The owner or operator of any wastewater (oil/water) separators at a petroleum refinery shall equip all openings in covers, separators, and forebays with lids or seals such that the lids or seals are in the closed position at all times except when in actual use. Access for gauging and sampling shall be minimized. (Section VI.A.2.b)

---

Operating Permit #95OPAD108 | First Issued: October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division                                   Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 127

Compliance with Conditions 28.1.1 and 28.1.2 shall be monitored as follows:

28.1.3    The Upper, Middle and Lower API separators (F021, F022 and F023) meet the requirements in Section VI.A.2.a using a closed vent system and control device as provided for in Section VI.A.2.a.(iii). In the absence of credible evidence to the contrary, compliance with the control device requirements (Section VI.A.2.a.(iii)(A) and methods for determining control efficiency (Section VI.A.2.a.(iii)(B)) is presumed provided the separators are in compliance with the requirements in NSPS Subpart QQQ (Condition 38). In addition, monitoring of the Upper, Middle and Lower separators shall be conducted as follows:

28.1.3.1    Roof seals, access doors and other openings shall be checked by visual inspection semi-annually as set forth in 40 CFR Part 60 Subpart QQQ §60.692-3(a)(5) (Condition 38.17.5).

28.1.4    Tank T29 meets the requirements in Section VI.A.2 with an external floating roof as provided for in VI.A.2.a.(ii). In the absence of evidence to the contrary, compliance with the requirements in VI.A.2.a.(ii) is presumed provided Tank T29 is in compliance with the requirements in NSPS Subpart Kb (Condition 33). In addition, monitoring of Tank T29 will be conducted as follows:

28.1.4.1    Secondary seals shall be inspected semi-annually to ensure that there are no visible holes, tears or other openings in the seals or seal fabric and that the seals are intact and in place.

28.2    Emissions from Petroleum Refineries - Section VI.B

28.2.1    Process unit turnarounds. The owner or operator of a petroleum refinery shall develop and submit to the Division for approval a detailed procedure for minimization of volatile organic compound emissions during process unit turnaround. As a minimum, the procedure shall provide for (Section VI.B.2):

28.2.1.1    Depressurization venting of the process unit or vessel to a vapor recovery system, or to a flare or firebox which assures at least 90% combustion efficiency.

28.2.1.2    No emission of volatile organic compounds from a process unit or vessel until its internal pressure is 17.2 psia or less; and

28.2.1.3    Recordkeeping of the following items. Records shall be kept for at least five years and shall be made available to the Division for review upon request.

a.    Every date that each process unit is shut down.

b.    The approximate vessel volatile organic compound concentration when the volatile organic compounds were first discharged to the atmosphere.

Operating Permit #95OPAD108                              First Issued: October 1, 2006
                                                          Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                        Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 128

    c.   The approximate total quantity of volatile organic compounds emitted
         to the atmosphere.

28.2.2    Venting of blowdown systems and safety pressure relief valves

All blowdown systems, process equipment vents, and pressure relief valves shall be
vented to a vapor recovery system, or to a flare or firebox which assures at least 90%
combustion efficiency. (Section VI.B.3)

In the absence of credible evidence to the contrary, flares meeting the requirements in
Condition 40 (40 CFR Part 63 Subpart CC) are presumed to be in compliance with
these requirements.

28.2.3    The owner or operator of any vacuum-producing system at a petroleum refinery shall
not permit the emission of any noncondensible volatile organic compounds from the
condensers, hot wells or accumulators of the system. This emission limit shall be
achieved by venting the noncondensible vapors to a flare or other combustion device,
or compressing the vapors and adding them to the refinery fuel gas. (Section VI.B.4.a)

28.2.4    All sampling, testing, and measuring ports, hatches, and access openings shall be kept
in a closed sealed position except during actual sampling or access. (Section VI.B.5)

Compliance with Condition 28.2.4 shall be monitored by inspection during a monthly
walk-through. Records of inspections shall be maintained for inspection upon request.

28.2.5    Control devices shall meet the applicable requirements, including recordkeeping, of
Regulation No. 7, Part C, Sections I.A.3.a., b., c., and e., and I.A.8.a. and b. (Section
VI.B.6)

In the absence of credible evidence to the contrary, flares meeting the requirements in
Condition 40 (40 CFR Part 63 Subpart CC) or Condition 43 (40 CFR Part 60 Subpart
A § 60.18) are presumed to be in compliance with these requirements.

28.2.6    The applicable EPA reference methods 1 through 4, and 25, of 40 CFR Part 60, shall
be used to determine the efficiency of control devices. (Section VI.B.7)

In the absence of credible evidence to the contrary, flares meeting the requirements of
Condition 40 (40 CFR Part 63 Subpart CC) or Condition 43 (40 CFR Part 60 Subpart
A § 60.18) of this permit, are presumed to meet the control efficiency requirement in
Conditions 28.2.2.

28.3   Petroleum Refinery Equipment Leaks - Section VI.C

28.3.1    The owner or operator of a petroleum refinery complex subject to this regulation shall
meet the requirements set forth in Section VI.C.2.a.

---

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                          Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 129

28.3.2     Except for safety pressure relief valves, no owner or operator of a petroleum refinery shall install or operate a valve at the end of a pipe or line containing volatile organic compounds unless the pipe or line is sealed with a second valve, a blind flange, a plug, or a cap. The sealing device may be removed only when a sample is being taken or when the valve is otherwise in use. (Section VI.C.2.b)

28.3.3     The Division, at its discretion, may require early unit turnaround based on the number and severity of tagged leaks awaiting turnaround in accordance with the provisions set forth in Section VI.C.2.c.

28.3.4     Piping valves and pressure relief valves in gaseous VOC service shall be marked in some manner that will be readily obvious to both refinery personnel performing monitoring and the Division, to identify them as components which are monitored quarterly. (Section VI.C.2.d)

28.3.5     Testing and calibration procedures to determine compliance with this regulation shall be consistent with EPA reference method 21 of 40 CFR Part 60. The reference compound may be methane or hexane. A leak is defined as a reading of 10,000 ppmv of the reference compound. (Section VI.C.3)

28.3.6     The owner or operator of a petroleum refinery subject to this regulation shall conduct a monitoring program consistent with the following provisions (Section VI.C.4.a.(i)):

      28.3.6.1     Pump seals, piping valves in light liquid service, process drains and heat exchanger flanges and other accessible flanges in VOC service shall be monitored yearly using the method specified in Section VI.C.3 (Condition 28.3.5). Components in heavy liquid service are exempt from the requirements in this paragraph (Section VI.C.4.a.(i)(A))

      28.3.6.2     Compressor seals and piping valves and pressure relief valves in gaseous service shall be monitored quarterly using the method specified in Section VI.C.3 (Condition 28.3.5). (Section VI.C.4.a.(i)(B))

      28.3.6.3     Monitor at least weekly by visual methods all pump seals. (Section VI.C.4.a.(i).C))

      28.3.6.4     Monitor within 24 hours with a VOC detector and make record of any component from which VOC liquids are observed leaking. (Section VI.C.4.a.(i)(D))

                    Any operator-discovered leak that cannot be monitored within 24 hours shall automatically be classified as an LDAR leak.

      28.3.6.5     Components in heavy liquid VOC service shall be monitored using the method specified in Section VI.C.3 (Condition 28.3.5) within five days if evidence of a potential leak is found by visual, audible, olfactory, or any other detectable method. (Section VI.C.4.a.(i)(E))

Air Pollution Control Division                                              Suncor Energy (U.S.A.)
Colorado Operating Permit                               Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 130

28.3.6.6    Inaccessible valves and flanges shall be monitored annually or, as a minimum, at unit shutdown using the procedures of Colorado Regulation No. 7, Section VI.C.2.a(v). Pressure relief devices which are connected to an operating flare header or vapor recovery device, storage tank valves, and valves that are not externally regulated are exempt from the monitoring requirements in Section VI.C.4.a.(i) (Conditions 28.3.6.1 through 28.3.6.5). (Section VI.C.4.a.(ii))

28.3.6.7    The owner or operator of a petroleum refinery, upon the detection of a leaking component as defined in Section VI.C.2.a.(iii), shall affix a weatherproof and readily visible tag, bearing an identification number and the date the leak is located, to the leaking component. This tag shall remain in place until the leaking component is repaired. In addition, the owner or operator shall log the leak (including those leaks immediately repaired), per the requirements of Sections VI.C.4.b.(i) through (iii). (Section VI.C.4.a.(iii))

28.3.7    The owner or operator shall meet the recordkeeping and reporting requirements set forth in Sections VI.C.4.b and c.

## 29.    Reasonably Available Control Technology – Control of Volatile Organic Compound Leaks from Vapor Collection Systems and Vapor Control Systems Located at Gasoline Terminals, Gasoline Bulk Plants, and Gasoline Dispensing Facilities – Colorado Regulation No. 7, Part B, Section VII

The Truck Loading Dock F024 is subject to this condition.

Note that the language below is from Colorado Regulation No. 7, adopted by the Colorado Air Quality Control Commissions (AQCC) on December 18, 2020 (effective February 14, 2021). However, if revisions to Colorado Regulation No. 7, Part B, Section VII are published at a later date, the owner or operator is subject to the requirements contained in the revised version of Section VII.

29.1    The operator of a vapor collection system at a facility subject to the provisions of this section shall operate the vapor collection system and the gasoline loading equipment in a manner that prevents (Section VII.B.1):

29.1.1    Gauge pressure from exceeding 33.6 torr (18 inches of $H_2O$) and vacuum from exceeding gauge pressure of minus 11.2 torr (minus 6 inches of $H_2O$) at the point where the vapor return line on the truck connects with the vapor collection line of the facility. (Section VII.B.1.a)

29.1.2    A reading equal to or greater than 100 percent of the lower explosive limit (LEL, measured as propane) at 2.5 centimeters from a known or potential leak source when measured by the procedures described in Appendix B of "Control of Organic Compound Leaks from Gasoline Tank Trucks and Vapor Collection Systems," December 1978, EPA-450/2-78-051, during loading or unloading operations at gasoline dispensing facilities, bulk plants, and terminals. (Section VII.B.1.b)

Operating Permit #95OPAD108                                        First Issued:  October 1, 2006
                                                                   Renewed: September 1, 2022

Case No. 1:24-cv-02164-DDD-SBP    Document 27-3    filed 01/21/25    USDC Colorado
pg 138 of 388
Appellate Case: 25-1243    Document: 18-4    Date Filed: 09/05/2025    Page: 140

Air Pollution Control Division      Suncor Energy (U.S.A.)
Colorado Operating Permit      Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108      Page 131

> Such procedure shall be performed at least annually.

29.1.3    Avoidable liquid or vapor leaks from the system during loading or unloading operations at gasoline dispensing facilities, bulk plants, and terminals. (Section VII.B.1.c)

29.1.4    Division representatives may monitor for excessive back pressure as defined by Section VII.B.1.a. and vapor leakage as is defined by Section VII.B.1.b. or by detection methods incorporating sight, sound, and smell. (Section VII.B.1.d)

29.2    Repairs and Modifications

29.2.1    The operator shall within fifteen (15) days, repair and retest a vapor collection system that exceeds the pressure limits (Section VII.B.1.a. (Condition 29.1.1)), excepting that (Section VII.B.2.a);

29.2.2    Should an applicable facility require modification or repairs that will take longer than fifteen (15) days to complete, the operator shall submit to the Division for approval a schedule which includes dates of commencement and completion. (Section VII.B.2.b)

## 30.    40 CFR Part 60, Subpart A - General Provisions

These requirements apply to those sources which are subject to 40 CFR Part 60 (those sources are referred to this condition throughput the permit), with respect to those Part 60 requirements. Subpart A requirements include, but are not limited to the following.

30.1    Any owner or operator subject to the provisions of this part shall maintain records of the occurrence and duration of any startup, shutdown, or malfunction in the operation of an affected facility; any malfunction of the air pollution control equipment; or any periods during which a continuous monitoring system or monitoring device is inoperative. (60.7(b))

30.2    At all times, including periods of startup, shutdown, and malfunction, owners and operators shall, to the extent practicable, maintain and operate any affected facility including associated air pollution control equipment in a manner consistent with good air pollution control practice for minimizing emissions. Determination of whether acceptable operating and maintenance procedures are being used will be based on information available to the Administrator which may include, but is not limited to, monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source. (60.11(d))

30.3    No owner or operator subject to the provisions of this part shall build, erect, install, or use any article, machine, equipment or process, the use of which conceals an emission which would otherwise constitute a violation of an applicable standard. Such concealment includes, but is not limited to, the use of gaseous diluents to achieve compliance with an opacity standard or with a standard which is based on the concentration of a pollutant in the gases discharged to the atmosphere. (60.12)

---

Operating Permit #95OPAD108      First Issued: October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 132 |

The following requirements apply to continuous monitoring systems used to meet emission limitations in 40 CFR Part 60 that were not referred to Condition 45 (Continuous Emission Monitoring and Continuous Opacity Monitoring Systems). This includes the $H_2S$ monitoring systems required for fuel gas combustion devices and flares and the TRS monitoring systems required for flares.

30.4    Periods of continuous monitoring system down time shall be included in the quarterly reports required by § 60.7(c) (Condition 45.4.1).

30.5    As specified in § 60.13(a) the continuous monitoring systems are subject to the performance specification requirements in Appendix B and the quality assurance procedures in Appendix F.

30.6    Owners and operators of a CEMS installed in accordance with the provisions of this part, must check the zero (or low level value between 0 and 20 percent of span value) and span (50 to 100 percent of span value) calibration drifts at least once each operating day in accordance with a written procedure. The zero and span must, at a minimum, be adjusted whenever either the 24-hour zero drift or the 24-hour span drift exceeds two times the limit of the applicable performance specification in appendix B of this part https://www.ecfr.gov/current/title-40/part-60/appendix-Appendix B to Part 60. The system must allow the amount of the excess zero and span drift to be recorded and quantified whenever specified. (60.13(d)(1)), only the language related to CEMS)

30.7    Except for system breakdowns, repairs, calibration checks, and zero and span adjustments required under paragraph (d) of this section, all continuous monitoring systems shall be in continuous operation and shall meet minimum frequency of operation requirements as follows (60.13(d):

30.7.1    All continuous monitoring systems referenced by paragraph (c) of this section for measuring emissions, except opacity, shall complete a minimum of one cycle of operation (sampling, analyzing, and data recording) for each successive 15-minute period.

30.8    All continuous monitoring systems or monitoring devices shall be installed such that representative measurements of emissions or process parameters from the affected facility are obtained. Additional procedures for location of continuous monitoring systems contained in the applicable Performance Specifications of appendix B of this part shall be used. (60.13(f))

30.9    For continuous monitoring systems other than opacity, 1-hour averages shall be computed as specified in 60.13(h)(2)(i) through (ix), except that the provisions pertaining to the validation of partial operating hours are only applicable for affected facilities that are required by the applicable subpart to include partial hours in the emission calculations. (60.13(h)(2))

30.10    All excess emissions shall be converted into units of the standard using the applicable conversion procedures specified in the applicable subpart. After conversion into units of the standard, the data may be rounded to the same number of significant digits used in the applicable subpart to specify the emission limit. (60.13(h)(3))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 133 |

## 31. 40 CFR Part 60, Subpart J - Standards of Performance for Petroleum Refineries

These requirements apply to those sources that are referred to this condition throughout this permit.

Note that the **sulfur recovery unit claus plant (P015)** is not subject to the sulfur recovery plant requirements of 40 CFR Part 60, Subpart J since it has a design capacity of 20 long tons per day or less (see §60.100(a))

The requirements below reflect the language in 40 CFR Part 60 Subpart J as of the latest revisions to 40 CFR Part 60 Subpart J published in the Federal Register on December 1, 2015. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart Ja. The relevant requirements in 40 CFR Part 60 Subpart J include, but are not limited to the following:

**Standard for particulate matter (60.102)**

31.1    No owner or operator subject to the provisions of this subpart shall discharge or cause the discharge into the atmosphere from any fluid catalytic cracking unit catalyst regenerator (60.102(a)):

31.1.1    Particulate matter in excess of 1.0 kg/1000 kg (1.0 lb/1000 lb) of coke burn-off in the catalyst regenerator. (60.102(a)(1))

31.1.2    Gases exhibiting greater than 30 percent opacity, except for one six-minute average opacity reading in any one hour period. (60.102(a)(2))

**Standard for carbon monoxide (60.103)**

31.2    No owner or operator subject to the provisions of this subpart shall discharge or cause the discharge into the atmosphere from any fluid catalytic cracking unit catalyst regenerator any gases that contain carbon monoxide (CO) in excess of 500 ppm by volume (dry basis). (60.103)(a))

**Standards for sulfur oxides (60.104)**

31.3    No owner or operator subject to the provisions of this subpart shall burn in any fuel gas combustion device any fuel gas that contains hydrogen sulfide ($H_2S$) in excess of 230 mg/dscm (0.10 gr/dscf). The combustion in a flare of process upset gases or fuel gas that is released to the flare as a result of relief valve leakage or other emergency malfunctions is exempt from this paragraph. (60.104(a)(1))

Note that the preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852)

31.4    Each owner or operator that is subject to the provisions of this subpart shall comply with one of the following conditions for each affected fluid catalytic cracking unit catalyst regenerator (60.104(b)):

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 134 |

31.4.1    Without the use of an add-on control device to reduce $SO_2$ emission, maintain sulfur oxides emissions calculated as $SO_2$ to the atmosphere less than or equal to 9.8 kg/Mg (20 lb/ton) coke burn-off. (60.104(b)(2))

31.5    Compliance with 60.105(b)(1), (b)(2), or (b)(3) (Condition 31.4.1) is determined daily on a 7-day rolling average basis using the appropriate procedures outlined in §60.106. (60.104(c))

**Monitoring of emissions and operations (60.105)**

31.6    Continuous monitoring systems shall be installed, calibrated, maintained, and operated by the owner or operator subject to the provisions of this subpart as follows: (60.105(a))

31.6.1    For fluid catalytic cracking unit catalyst regenerators subject to §60.102(a)(2) (Condition 31.1.2), an instrument for continuously monitoring and recording the opacity of emissions into the atmosphere. The instrument shall be spanned at 60, 70, or 80 percent opacity. (60.105(a)(1))

31.6.2    For fluid catalytic cracking unit catalyst regenerators subject to §60.103(a) (Condition 31.2), an instrument for continuously monitoring and recording the concentration by volume (dry basis) of CO emissions into the atmosphere, except as provided in 60.102(a)(2)(ii). (60.105(a)(2))

31.6.2.1    The span value for this instrument is 1,000 ppm CO. (60.105(a)(2)(i))

31.6.3    Instead of the $SO_2$ monitor in 60.105(a)(3) for fuel gas combustion devices subject to §60.104(a)(1), an instrument for continuously monitoring and recording the concentration (dry basis) of $H_2S$ in fuel gases before being burned in any fuel gas combustion device. (60.105(a)(4))

31.6.3.1    The $H_2S$ monitoring device shall meet the requirements in §60.105(a)(4)(i) through (iii).

31.6.3.2    The owner or operator of a fuel gas combustion device is not required to comply with 60.105(a)(3) or (4) (Condition 31.6.3) for fuel gas streams that are exempt under §60.104(a)(1) and fuel gas streams combusted in a fuel gas combustion device that are inherently low in sulfur content. Fuel gas streams meeting one of the requirements in 60.105(a)(4)(iv)(A) through (D) will be considered inherently low in sulfur content. If the composition of a fuel gas stream changes such that it is no longer exempt under §60.104(a)(1) or it no longer meets one of the requirements in 60.105(a)(4)(iv)(A) through (D), the owner or operator must begin continuous monitoring under 60.105(a)(3) or (4) within 15 days of the change. (60.105(a)(4)(iv))

31.7    An owner or operator may demonstrate that a fuel gas stream combusted in a fuel gas combustion device subject to §60.104(a)(1) that is not specifically exempted in §60.105(a)(4)(iv) is inherently low in sulfur. A fuel gas stream that is determined to be low-sulfur is exempt from the monitoring

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 135

requirements in 60.105(a)(3) and (4) (Condition 31.6.3) until there are changes in operating conditions or stream composition. (60.105(b))

31.7.1    The owner or operator shall submit to the Administrator a written application for an exemption from monitoring. The application must contain the information in 60.105(b)(1)(i) through (v). (60.105(b)(1))

31.7.2    The effective date of the exemption is the date of submission of the information required in 60.105(b)(1). (60.105(b)(2))

31.7.3    No further action is required unless refinery operating conditions change in such a way that affects the exempt fuel gas stream/system (e.g., the stream composition changes). If such a change occurs, the owner or operator will follow the procedures in 60.105(b)(3)(i), (b)(3)(ii), or (b)(3)(iii). (60.105(b)(3))

31.8    The average coke burn-off rate (Mg (tons) per hour) and hours of operation shall be recorded daily for any fluid catalytic cracking unit catalyst regenerator subject to §60.102, §60.103, or §60.104(b)(2). (Condition 31.4.1). (60.105(c))

31.9    For purposes of reports under 60.7(c) (Condition 45.4.1), periods of excess emissions that shall be determined and reported are defined as follows (60.105(e)):

31.9.1    *Opacity.* All 1-hour periods that contain two or more 6-minute periods during which the average opacity as measured by the continuous monitoring system under §60.105(a)(1) exceeds 30 percent. (60.105(e)(1))

31.9.2    *Carbon monoxide.* All 1-hour periods during which the average CO concentration as measured by the CO continuous monitoring system under §60.105(a)(2) exceeds 500 ppm. (60.105(e)(2))

31.9.3    *Sulfur dioxide from fuel gas combustion* All rolling 3-hour periods during which the average concentration of $H_2S$ as measured by the $H_2S$ continuous monitoring system under §60.105(a)(4) exceeds 230 mg/dscm (0.10 gr/dscf).. (60.105(e)(3)(ii))

Note that the preamble to the final rule for NSPS Subpart Ja indicates that the NSPS J limit is equivalent to 162 ppmv $H_2S$ averaged over a 3-hour period (See 73 FR 35852).

**Test methods and procedures (60.106)**

31.10    Each performance test conducted for the purpose of determining compliance under §60.104(b) shall consist of all testing performed over a 7-day period using Method 6 or 6C and Method 3 or 3A. To determine compliance, the arithmetic mean of the results of all the tests shall be compared with the applicable standard. (60.106(g))

Air Pollution Control Division                                  Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 136

31.11   For the purpose of determining compliance with §60.104(b)(2) (Condition 31.4.1), the reference methods and calculation procedures specified in 60.106(i) shall be used except as provided in 60.106(i)(12). (60.106(i))

**Reporting and recordkeeping requirements (60.107)**

31.12   Each owner or operator subject to 60.104(b) (FCCU $SO_2$ requirements) shall record and maintain the following information (60.107(b)):

31.12.1   If subject to §60.104(b)(2) (Condition 31.4.1), measurements obtained in the daily Method 8 testing, or those obtained by alternative measurement methods, if §60.106(i)(12) applies. (60.107(b)(2))

31.12.2   Each 7-day rolling average compliance determination. (60.107(b)(4))

31.13   Each owner or operator subject to §60.104(b) (FCCU $SO_2$ requirements) shall submit a report except as provided by 60.107(d). The following information shall be contained in the report (60.107(c)):

31.13.1   Any 7-day period during which the average emission rate of sulfur dioxide in the gases discharged to the atmosphere from any fluid catalytic cracking unit catalyst regenerator for which the owner or operator seeks to comply with §60.104(b)(2) exceeds 9.8 kg $SO_X$ per 1,000 kg coke burn-off, as measured by the daily testing prescribed under §60.106(i). The average emission rate shall be determined using the procedures specified under §60.106(i). (60.107(c)(1)(ii))

31.13.2   For each 7-day period during which an exceedance has occurred as defined in 60.107(c)(1)(i) through (c)(1)(iii) and (c)(2), the information specified in 60.107(c)(3)(i) through (iv).

31.13.3   If subject to §60.104(b)(2) (Condition 31.4.1), for each day in which a Method 8 sample result required by §60.106(i) was not obtained, the date for which and brief explanation as to why a Method 8 sample result was not obtained, for approval by the Administrator. (60.107(c)(5))

31.14   For any periods for which sulfur dioxide or oxides emissions data are not available, the owner or operator of the affected facility shall submit a signed statement indicating if any changes were made in operation of the emission control system during the period of data unavailability which could affect the ability of the system to meet the applicable emission limit. Operations of the control system and affected facility during periods of data unavailability are to be compared with operation of the control system and affected facility before and following the period of data unavailability. (60.107(d))

31.15   For each fuel gas stream combusted in a fuel gas combustion device subject to §60.104(a)(1), if an owner or operator determines that one of the exemptions listed in §60.105(a)(4)(iv) applies to that fuel gas stream, the owner or operator shall maintain records of the specific exemption chosen

Operating Permit #95OPAD108                                    First Issued:  October 1, 2006
                                                               Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 137 |

for each fuel gas stream. If the owner or operator applies for the exemption described in §60.105(a)(4)(iv)(D), the owner or operator must keep a copy of the application as well as the letter from the Administrator granting approval of the application. (60.107(e))

31.16    The owner or operator of an affected facility shall submit the reports required under this subpart to the Division semiannually for each six-month period. All semiannual reports shall be postmarked by the 30th day following the end of each six-month period. (60.107(f))

31.17    The owner or operator of the affected facility shall submit a signed statement certifying the accuracy and completeness of the information contained in the report. (60.107(g))

**Performance test and compliance provisions (60.108)**

31.18    Section 60.8(d) shall apply to the initial performance test specified under 60.108(c), but not to the daily performance tests required thereafter as specified in §60.108(d). Section 60.8(f) does not apply when determining compliance with the standards specified under §60.104(b) (FCCU $SO_2$ requirements). Performance tests conducted for the purpose of determining compliance under §60.104(b) (FCCU $SO_2$ requirements) shall be conducted according to the applicable procedures specified under §60.106. (60.108(a))

31.19    The initial performance test shall consist of the initial 7-day average calculated for compliance with §60.104(b)(1), (b)(2), or (b)(3) (Condition 31.4.1). (60.108(c))

31.20    After conducting the initial performance test prescribed under §60.8, the owner or operator of a fluid catalytic cracking unit catalyst regenerator subject to §60.104(b) (FCCU $SO_2$ requirements) shall conduct a performance test for each successive 24-hour period thereafter. The daily performance tests shall be conducted according to the appropriate procedures specified under §60.106. In the event that a sample collected under §60.106(i) or (j) is accidentally lost or conditions occur in which one of the samples must be discontinued because of forced shutdown, failure of an irreplaceable portion of the sample train, extreme meteorological conditions, or other circumstances, beyond the owner or operators' control, compliance may be determined using available data for the 7-day period. (60.108(d))

31.21    Each owner or operator subject to §60.104(b) (FCCU $SO_2$ requirements) who has demonstrated compliance with one of the provisions of §60.104(b) (FCCU $SO_2$ requirements) but a later date seeks to comply with another of the provisions of §60.104(b) (FCCU $SO_2$ requirements) shall begin conducting daily performance tests as specified under 60.108(d) immediately upon electing to become subject to one of the other provisions of §60.104(b). The owner or operator shall furnish the Administrator with a written notification of the change in the semiannual report required by §60.107(f). (60.108(e))

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                                             Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                             Page 138

---

## 32. 40 CFR Part 60, Subpart Ja - Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction or Modification Commenced After May 14, 2007

These provisions apply to boilers B504 and B505, which meet the definition of fuel gas combustion devices. The FCCU reactor regenerator (P004), is a modified unit subject only to the CO requirements. The refinery flare (C005) is subject to these requirements as a modified flare.

The requirements below reflect the language in 40 CFR Part 60 Subpart Ja as of the latest revisions to 40 CFR Part 60 Subpart Ja published in the Federal Register on November 26, 2018. However, if revisions to this Subpart are promulgated at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60 Subpart Ja.

The relevant requirements in 40 CFR Part 60 Subpart Ja include, but are not limited to the following:

**Emission Limitations (60.102a)**

32.1    An owner or operator subject to the provisions of this subpart shall not discharge or cause the discharge into the atmosphere from any FCCU or FCU (60.102(b)):

    32.1.1    Carbon monoxide (CO) in excess of 500 ppmv, dry basis corrected to 0 percent excess air, on an hourly average basis. (60.102(b)(4))

32.2    Each owner or operator of an affected fuel gas combustion device shall comply with the emissions limits in 60.102a(g)(1) and (2). (60.102a(g))

Except as provided in 60.102a(g)(1)(iii) (Condition 32.2.2), for each fuel gas combustion device, the owner or operator shall comply with either the emission limit in 60.102a(g)(1)(i) or the fuel gas concentration limit in 60.102a(g)(1)(ii) (Condition 32.2.1). For CO boilers or furnaces that are part of a fluid catalytic cracking unit or fluid coking unit affected facility, the owner or operator shall comply with the fuel gas concentration limit in 60.102a(g)(1)(ii) for all fuel gas streams combusted in these units. (60.102a(g)(1))

    32.2.1    The owner or operator shall not burn in any fuel gas combustion device any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hour rolling average basis and $H_2S$ in excess of 60 ppmv determined daily on a 365 successive calendar day rolling average basis. (60.102(g)(1)(ii))

    32.2.2    The combustion in a portable generator of fuel gas released as a result of tank degassing and/or cleaning is exempt from the emissions limits in 60.102a(g)(1)(i) and (ii) (Condition 32.2.1). (60.102(g)(1)(iii))

**Design, equipment, work practice or operational standards (60.103a)**

32.3    Except as provided in 60.103a(g), each owner or operator that operates a flare that is subject to this subpart shall develop and implement a written flare management plan no later than the date

---

Operating Permit #95OPAD108                                          First Issued:  October 1, 2006
                                                                                      Renewed: September 1, 2022

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 139

specified in 60.103a(b). The flare management plan must include the information described in 60.103a(a)(1) through (7). (60.103a(a))

32.4 Except as provided in 60.103a(g), each owner or operator required to develop and implement a written flare management plan as described in 60.103a(a) (Condition 32.3) must submit the plan to the Administrator as described in 60.103a(b)(1) through (3). (60.103a(b))

32.5 Except as provided in 60.103a(f) and (g) (Condition 32.8), each owner or operator that operates a fuel gas combustion device, flare or sulfur recovery plant subject to this subpart shall conduct a root cause analysis and a corrective action analysis for each of the conditions specified in 60.103a(c)(1) through (3). (60.103a(c))

32.5.1 For a flare: (60.103a(c)(1))

32.5.1.1 Any time the $SO_2$ emissions exceed 227 kilograms (kg) (500 lb) in any 24-hour period (60.103a(c)(a)(i)); or

32.5.1.2 Any discharge to the flare in excess of 14,160 standard cubic meters ($m^3$) (500,000 standard cubic feet (scf)) above the baseline, determined in paragraph (a)(4) of this section, in any 24-hour period. (60.103a(c)(a)(ii)); or

32.5.2 For a fuel gas combustion device, each exceedance of an applicable short-term emissions limit in §60.102a(g)(1) (Condition 32.2.1) if the $SO_2$ discharge to the atmosphere is 227 kg (500 lb) greater than the amount that would have been emitted if the emissions limits had been met during one or more consecutive periods of excess emissions or any 24-hour period, whichever is shorter. (60.103a(c)(2))

32.6 Except as provided in 60.103a(f) and (g) (Condition 32.8), a root cause analysis and corrective action analysis must be completed as soon as possible, but no later than 45 days after a discharge meeting one of the conditions specified in 60.103a(c)(1) through (3) (Conditions 32.5.1 and 32.5.2). Special circumstances affecting the number of root cause analyses and/or corrective action analyses are provided in 60.103a(d)(1) through (5). (60.103a(d))

32.7 Except as provided in 60.103a(f) and (g) (Condition 32.8), each owner or operator of a fuel gas combustion device, flare or sulfur recovery plant subject to this subpart shall implement the corrective action(s) identified in the corrective action analysis conducted pursuant to 60.103a(d) (Condition 32.6) in accordance with the applicable requirements in 60.103a(e)(1) through (3). (60.103a(e))

32.8 Modified flares shall comply with the requirements of 60.103a(c) through (e) (Conditions 32.5 through 32.7) by November 11, 2015 or at startup of the modified flare, whichever is later. Modified flares that were not affected facilities subject to subpart J of this part prior to becoming affected facilities under §60.100a shall comply with the requirements of 60.103a(h) (Condition 32.9) and the requirements of §60.107a(a)(2) (Condition 32.16) by November 11, 2015 or at startup of the modified flare, whichever is later. Modified flares that were affected facilities subject

to subpart J of this part prior to becoming affected facilities under §60.100a shall comply with the requirements of 60.103a(h) (Condition 32.9) and the requirements of §60.107a(a)(2) (Condition 32.16) by November 13, 2012 or at startup of the modified flare, whichever is later, except that modified flares that have accepted applicability of subpart J under a federal consent decree shall comply with the subpart J requirements as specified in the consent decree, but shall comply with the requirements of 60.103a(h) (Condition 32.9) and the requirements of §60.107a(a)(2) (Condition 32.16) by no later than November 11, 2015. (60.103a(f))

32.9    Each owner or operator shall not burn in any affected flare any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hour rolling average basis. The combustion in a flare of process upset gases or fuel gas that is released to the flare as a result of relief valve leakage or other emergency malfunctions is exempt from this limit. (60.103a(h))

**Performance Tests (60.104a)**

32.10   The owner or operator shall conduct a performance test for each FCCU, FCU, sulfur recovery plant and fuel gas combustion device to demonstrate initial compliance with each applicable emissions limit in §60.102a and conduct a performance test for each flare to demonstrate initial compliance with the $H_2S$ concentration requirement in §60.103a(h) according to the requirements of §60.8. The notification requirements of §60.8(d) apply to the initial performance test and to subsequent performance tests required by 60.104a(b) (or as required by the Administrator), but does not apply to performance tests conducted for the purpose of obtaining supplemental data because of continuous monitoring system breakdowns, repairs, calibration checks and zero and span adjustments. (60.104a(a))

32.11   In conducting the performance tests required by this subpart (or as requested by the Administrator), the owner or operator shall use the test methods in 40 CFR part 60, Appendices A-1 through A-8 or other methods as specified in this section, except as provided in §60.8(b). (60.104a(c))

32.12   The owner or operator shall determine compliance with the applicable $H_2S$ emissions limit in §60.102a(g)(1) (Condition 32.2.1) for a fuel gas combustion device or the concentration requirement in §60.103a(h) (Condition 32.9) for a flare according to the test methods and procedures in 60.104a(j).

**Monitoring of emissions and operations for fluid catalytic cracking units (FCCU) and fluid coking units (FCU) (60.105a)**

32.13   *FCCU and fluid coking units subject to CO emissions limit.* Except as specified in 60.105a(h)(3), the owner or operator shall install, operate, calibrate, and maintain an instrument for continuously monitoring and recording the concentration by volume (dry basis) of CO emissions into the atmosphere from each FCCU and FCU subject to the CO emissions limit in §60.102a(b)(4) (Condition 32.1.1). (60.105a(h))

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 141

32.13.1    The owner or operator shall install, operate, and maintain each CO monitor according to Performance Specification 4 or 4A of appendix B to this part. The span value for this instrument is 1,000 ppmv CO. (60.105a(h)(1))

32.13.2    The owner or operator shall conduct performance evaluations of each CO monitor according to the requirements in §60.13(c) and Performance Specification 4 or 4A of appendix B to part 60. The owner or operator shall use Methods 10, 10A, or 10B of appendix A-4 to part 60 for conducting the relative accuracy evaluations. (60.105a(h)(2))

32.14    *Excess emissions.* For the purpose of reports required by §60.7(c) (Condition 45.4.1), periods of excess emissions for a FCCU or FCU subject to the emissions limitations in §60.102a(b) are defined as specified in 60.105a(i)(1) through (6). Note: Determine all averages, except for opacity, as the arithmetic average of the applicable 1-hour averages, e.g., determine the rolling 3-hour average as the arithmetic average of three contiguous 1-hour averages. (60.105a(i))

32.14.1    All 1-hour periods during which the average CO concentration as measured by the CO continuous monitoring system under 60.105a(h) (Condition 32.13) exceeds 500 ppmv or, if applicable, all 1-hour periods during which the average temperature and $O_2$ concentration as measured by the continuous monitoring systems under 60.105a(h)(4) fall below the operating limits established during the performance test. (60.105a(i)(7))

**Monitoring of emissions and operations for fuel gas combustion devices and flares (60.107a)**

32.15    *Fuel gas combustion devices subject to* $SO_2$ *or* $H_2S$ *limit and flares subject to* $H_2S$ *concentration requirements.* The owner or operator of a fuel gas combustion device that is subject to §60.102a(g)(1) and elects to comply with the $SO_2$ emission limits in §60.102a(g)(1)(i) shall comply with the requirements 60.107a (a)(1). The owner or operator of a fuel gas combustion device that is subject to §60.102a(g)(1) and elects to comply with the $H_2S$ concentration limits in §60.102a(g)(1)(ii) (Condition 32.2.1) or a flare that is subject to the $H_2S$ concentration requirement in §60.103a(h) (Condition 32.9) shall comply with 60.107a(a)(2) (Condition 32.16). (60.107a(a))

32.16    The owner or operator of a fuel gas combustion device that elects to comply with the $H_2S$ concentration limits in §60.102a(g)(1)(ii) (Condition 32.2.1) or a flare that is subject to the $H_2S$ concentration requirement in §60.103a(h) shall install, operate, calibrate and maintain an instrument for continuously monitoring and recording the concentration by volume (dry basis) of $H_2S$ in the fuel gases before being burned in any fuel gas combustion device or flare. (60.107a(a)(2)) The $H_2S$ monitor shall meet the requirements in 60.107a(a)(2)(i) through (iv).

32.16.1    The owner or operator of a flare subject to §60.103a(c) through (e) (Conditions 32.5 through 32.7) may use the instrument required in 60.103a(e)(1) to demonstrate compliance with the $H_2S$ concentration requirement in §60.103a(h) (Condition 32.9) if the owner or operator complies with the requirements of 60.107a(e)(1)(i) through (iv) and if the instrument has a span (or dual span, if necessary) capable of accurately measuring concentrations between 20 and 300 ppmv. If the instrument required in

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 142 |

60.107a(e)(1) is used to demonstrate compliance with the H₂S concentration requirement, the concentration directly measured by the instrument must meet the numeric concentration in §60.103a(h) (Condition 32.9). (60.107a(g)(2)(v))

32.16.2    The owner or operator of modified flare that meets all three criteria in 60.107a(a)(2)(vi)(A) through (C) shall comply with the requirements of 60.102a(a)(2)(i) through (v) no later than November 11, 2015. The owner or operator shall comply with the approved alternative monitoring plan or plans pursuant to §60.13(i) until the flare is in compliance with requirements of 60.107a(a)(2)(i) through (v). (60.107a(g)(2)(vi))

32.17    The owner or operator of a fuel gas combustion device or flare is not required to comply with 60.107a(a)(1) or (2) (Condition 32.16) for fuel gas streams that are exempt under §§60.102a(g)(1)(iii) (Condition 32.2.2) or 60.103a(h) or, for fuel gas streams combusted in a process heater, other fuel gas combustion device or flare that are inherently low in sulfur content. Fuel gas streams meeting one of the requirements in 60.107a(a)(3)(i) through (iv) will be considered inherently low in sulfur content. (60.107a(a)(3))

There are no fuel gas streams that are exempt from the H₂S monitoring requirements in 60.107a(a)(2) (Condition 32.16).

32.18    If the composition of an exempt fuel gas stream changes, the owner or operator must follow the procedures in 60.107a(b)(3) (Condition 32.19.3). (60.107a(a)(4))

32.19    *Exemption from H₂S monitoring requirements for low-sulfur fuel gas streams.* The owner or operator of a fuel gas combustion device or flare may apply for an exemption from the H₂S monitoring requirements in 60.107a(a)(2) (Condition 32.16) for a fuel gas stream that is inherently low in sulfur content. A fuel gas stream that is demonstrated to be low-sulfur is exempt from the monitoring requirements of 60.107a(a)(1) and (2) (Condition 32.16) until there are changes in operating conditions or stream composition. (60.107a(b))

The source has not applied for an exemption from the H₂S monitoring requirements in 60.107a(a)(2) (Condition 32.16).

32.19.1    The owner or operator shall submit to the Administrator a written application for an exemption from monitoring. The application must contain the information in 60.107a(b)(3)(i) through (v). (60.107a(b)(1))

32.19.2    The effective date of the exemption is the date of submission of the information required in 60.107a(b)(1) (Condition 32.19.1). (60.107a(b)(2))

32.19.3    No further action is required unless refinery operating conditions change in such a way that affects the exempt fuel gas stream/system (e.g., the stream composition changes). If such a change occurs, the owner or operator shall follow the procedures in 60.107a(b)(3)(i), (b)(3)(ii), or (b)(3)(iii). (60.107a(b)(3))

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                           Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 143

32.20   *Sulfur monitoring for assessing root cause analysis threshold for affected flares.* Except as described in 60.107a(e)(4) and (h), the owner or operator of an affected flare subject to §60.103a(c) through (e) (Conditions 32.5 through 32.7) shall determine the total reduced sulfur concentration for each gas line directed to the affected flare in accordance with either 60.107a(e)(1), (e)(2) or (e)(3) (Condition 32.20.1). Different options may be elected for different gas lines. If a monitoring system is in place that is capable of complying with the requirements related to either 60.107a(e)(1), (e)(2) or (e)(3) (Condition 32.20.1), the owner or operator of a modified flare must comply with the requirements related to either 60.107a(e)(1), (e)(2) or (e)(3) (Condition 32.20.1) upon startup of the modified flare. If a monitoring system is not in place that is capable of complying with the requirements related to either 60.107a(e)(1), (e)(2) or (e)(3) (Condition 32.20.1), the owner or operator of a modified flare must comply with the requirements related to either 60.107(e)(1), (e)(2) or (e)(3) (Condition 32.20.1) no later than November 11, 2015 or upon startup of the modified flare, whichever is later. (60.107a(e)) The refinery flare (C005) meets the monitoring requirements using a TRS analyzer (60.107(e)(1)), so 60.107(e)(2) and (3) were not included.

32.20.1   *Total reduced sulfur monitoring requirements.* The owner or operator shall install, operate, calibrate and maintain an instrument or instruments for continuously monitoring and recording the concentration of total reduced sulfur in gas discharged to the flare. (60.107a(e)(1)) The monitoring devices shall meet the requirements in 60.107a(e)(1)(i) through (iii).

32.21   *Flow monitoring for flares.* Except as provided in 60.107a(f)(2) and (h), the owner or operator of an affected flare subject to §60.103a(c) through (e) (Conditions 32.5 through 32.7) shall install, operate, calibrate and maintain, in accordance with the specifications in 60.107a(f)(1), a CPMS to measure and record the flow rate of gas discharged to the flare. If a flow monitor is not already in place, the owner or operator of a modified flare shall comply with the requirements of this paragraph by no later than November 11, 2015 or upon startup of the modified flare, whichever is later. (60.107a(f))

32.22   *Excess emissions.* For the purpose of reports required by §60.7(c) (Condition 45.4.1), periods of excess emissions for fuel gas combustion devices subject to the emissions limitations in §60.102a(g) (Condition 32.2.1) and flares subject to the concentration requirement in §60.103a(h) (Condition 32.9) are defined as specified in 60.107a(i)(1) through (5). Determine a rolling 3-hour or a rolling daily average as the arithmetic average of the applicable 1-hour averages ( *e.g.,* a rolling 3-hour average is the arithmetic average of three contiguous 1-hour averages). Determine a rolling 30-day or a rolling 365-day average as the arithmetic average of the applicable daily averages ( *e.g.,* a rolling 30-day average is the arithmetic average of 30 contiguous daily averages). (60.107a(i))

32.22.1   *$SO_2$ or $H_2S$ limits for fuel gas combustion devices.* If the owner or operator of a fuel gas combustion device elects to comply with the $H_2S$ concentration limits in §60.102a(g)(1)(ii) (Condition 32.2.1), each rolling 3-hour period during which the average concentration of $H_2S$ as measured by the $H_2S$ continuous monitoring system required under 60.107a(a)(2) (Condition 32.16) exceeds 162 ppmv and each rolling

Operating Permit #95OPAD108                                  First Issued: October 1, 2006
                                                             Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 144 |

365-day period during which the average concentration as measured by the $H_2S$ continuous monitoring system under 60.107a((a)(2) (Condition 32.16) exceeds 60 ppmv. (60.107a(i)(1)(ii))

32.22.2    *$H_2S$ concentration limits for flares.*

    32.22.2.1    Each rolling 3-hour period during which the average concentration of $H_2S$ as measured by the $H_2S$ continuous monitoring system required under 60.107a(a)(2) (Condition 32.16) exceeds 162 ppmv. (60.107a(i)(2)(i))

    32.22.2.2    If the owner or operator of a flare becomes subject to the requirements of daily stain tube sampling in 60.107a(b)(3)(iii), each day during which the daily concentration of $H_2S$ exceeds 162 ppmv. (60.107a(i)(2)(ii))

**Recordkeeping and reporting requirements (60.108a)**

32.23    Each owner or operator subject to the emissions limitations in §60.102a shall comply with the notification, recordkeeping, and reporting requirements in §60.7 and other requirements as specified in this section. (60.108a(a))

32.24    Each owner or operator subject to an emissions limitation in §60.102a shall notify the Administrator of the specific monitoring provisions of §§60.105a, 60.106a and 60.107a with which the owner or operator intends to comply. Each owner or operator of a co-fired process heater subject to an emissions limitation in §60.102a(g)(2)(iii) or (iv) shall submit to the Administrator documentation showing that the process heater meets the definition of a co-fired process heater in §60.101a. Notifications required by this paragraph shall be submitted with the notification of initial startup required by §60.7(a)(3). (60.108a(b))

32.25    The owner of operator shall maintain the records in 60.108a(c)(1), (5) and (6).

32.26    Each owner or operator subject to this subpart shall submit an excess emissions report for all periods of excess emissions according to the requirements of §60.7(c) except that the report shall contain the information specified in 60.108a(d)(1) through (7). (60.108a(d))

## 33. 40 CFR Part 60, Subpart Kb - Standards of Performance for Volatile Organic Liquid Storage Vessels (Including Petroleum Liquid Storage Vessels)

T006, T020, T026, T047 and T053 are subject to these requirements.

Tank T046 is no longer subject to the requirements in 40 CFR Part 60 Subpart Kb in accordance with 60.110b(a), as the maximum true vapor pressure of the liquids stored are below 3.5 kPa (0.51 psia).

Upon submittal of the minor modification application on April 15, 2015, Tank T062 is no longer subject to the requirements in 40 CFR Part 60 Subpart Kb in accordance with 60.110b(a), as the maximum true vapor pressure of the liquids stored are below 3.5 kPa (0.51 psia).

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 145 |

The requirements below reflect the rule language in 40 CFR Part 60 Subpart Kb as of the latest revisions to 40 CFR Part 60 Subpart Kb published in the Federal Register on January 19, 2021. However, the permittee is subject to the latest version of 40 CFR Part 60 Subpart Kb.

The relevant requirements in 40 CFR Part 63 Subpart Kb include, but are not limited to the following:

**Applicability (60.110b)**

33.1    *Option to comply with part 63, subpart WW, of this chapter.* Except as specified in 60.110b(e)(5)(i) through (iv), owners or operators may choose to comply with 40 CFR part 63, subpart WW, to satisfy the requirements of §§60.112b through 60.117b for storage vessels either with a design capacity greater than or equal to 151 m$^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 5.2 kPa but less than 76.6 kPa, or with a design capacity greater than or equal to 75 m$^3$ but less than 151 m$^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 27.6 kPa but less than 76.6 kPa. (60.110b(e)(5))

**Standards (60.112b)**

33.2    The owner or operator of each storage vessel either with a design capacity greater than or equal to 151 m$^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 5.2 kPa but less than 76.6 kPa or with a design capacity greater than or equal to 75 m$^3$ but less than 151 m$^3$ containing a VOL that, as stored, has a maximum true vapor pressure equal to or greater than 27.6 kPa but less than 76.6 kPa, shall equip each storage vessel with one of the following (60.112b(a)):

33.2.1    A fixed roof in combination with an internal floating roof meeting the specifications in 60.112b(a)(1). Tanks T006, T020 and T053 meet the NSPS Kb requirements with this option.

33.2.2    An external floating roof. An external floating roof means a pontoon-type or double-deck type cover that rests on the liquid surface in a vessel with no fixed roof. Each external floating roof must meet the specifications in 60.112b(a)(2). Tanks T026 and T047 meet the NSPS Kb requirements with this option.

33.2.3    A closed vent system and control device meeting the specifications in 60.112b(a)(3).

33.3    The owner or operator of each storage vessel with a design capacity greater than or equal to 75 m$^3$ which contains a VOL that, as stored, has a maximum true vapor pressure greater than or equal to 76.6 kPa shall equip each storage vessel with one of the following (60.112b(b)):

33.3.1    A closed vent system and control device as specified in §60.112b(a)(3). (60.112b(b)(1))

33.3.2    A system equivalent to that described in paragraph (b)(1) as provided in §60.114b of this subpart. (60.112b(b)(2))

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                         Page 146

## Testing and procedures (60.113b)

33.4    The owner or operator of each storage vessel as specified in §60.112b(a) shall meet the requirements of paragraph (a), (b), or (c) of this section. The applicable paragraph for a particular storage vessel depends on the control equipment installed to meet the requirements of §60.112b.

33.5    After installing the control equipment required to meet §60.112b(a)(1) (permanently affixed roof and internal floating roof), each owner or operator shall (60.113b(a)):

33.5.1    Visually inspect the internal floating roof, the primary seal, and the secondary seal (if one is in service), prior to filling the storage vessel with VOL. If there are holes, tears, or other openings in the primary seal, the secondary seal, or the seal fabric or defects in the internal floating roof, or both, the owner or operator shall repair the items before filling the storage vessel. (60.113b(a)(1))

33.5.2    For Vessels equipped with a liquid-mounted or mechanical shoe primary seal, visually inspect the internal floating roof and the primary seal or the secondary seal (if one is in service) through manholes and roof hatches on the fixed roof at least once every 12 months after initial fill. If the internal floating roof is not resting on the surface of the VOL inside the storage vessel, or there is liquid accumulated on the roof, or the seal is detached, or there are holes or tears in the seal fabric, the owner or operator shall repair the items or empty and remove the storage vessel from service within 45 days. If a failure that is detected during inspections required in this paragraph cannot be repaired within 45 days and if the vessel cannot be emptied within 45 days, a 30-day extension may be requested from the Administrator in the inspection report required in §60.115b(a)(3). Such a request for an extension must document that alternate storage capacity is unavailable and specify a schedule of actions the company will take that will assure that the control equipment will be repaired or the vessel will be emptied as soon as possible. (60.113b(a)(2))

33.5.3    For vessels equipped with a double-seal system as specified in §60.112b(a)(1)(ii)(B) (60.113b(a)(3)):

33.5.3.1    Visually inspect the vessel as specified in paragraph (a)(4) of this section at least every 5 years (60.113b(a)(3)(i)); or

33.5.3.2    Visually inspect the vessel as specified in paragraph (a)(2) of this section. (60.113b(a)(3)(ii))

33.5.4    Visually inspect the internal floating roof, the primary seal, the secondary seal (if one is in service), gaskets, slotted membranes and sleeve seals (if any) each time the storage vessel is emptied and degassed. If the internal floating roof has defects, the primary seal has holes, tears, or other openings in the seal or the seal fabric, or the secondary seal has holes, tears, or other openings in the seal or the seal fabric, or the gaskets no longer close off the liquid surfaces from the atmosphere, or the slotted membrane has more than 10 percent open area, the owner or operator shall repair the items as

Operating Permit #95OPAD108                            First Issued:  October 1, 2006
                                                       Renewed: September 1, 2022

Air Pollution Control Division                                     Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 147

necessary so that none of the conditions specified in this paragraph exist before refilling the storage vessel with VOL. In no event shall inspections conducted in accordance with this provision occur at intervals greater than 10 years in the case of vessels conducting the annual visual inspection as specified in paragraphs (a)(2) and (a)(3)(ii) of this section and at intervals no greater than 5 years in the case of vessels specified in paragraph (a)(3)(i) of this section. (60.113b(a)(4))

33.5.5    Notify the Administrator in writing at least 30 days prior to the filling or refilling of each storage vessel for which an inspection is required by paragraphs (a)(1) and (a)(4) of this section to afford the Administrator the opportunity to have an observer present. If the inspection required by paragraph (a)(4) of this section is not planned and the owner or operator could not have known about the inspection 30 days in advance or refilling the tank, the owner or operator shall notify the Administrator at least 7 days prior to the refilling of the storage vessel. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, this notification including the written documentation may be made in writing and sent by express mail so that it is received by the Administrator at least 7 days prior to the refilling. (60.113b(a)(5))

33.6    After installing the control equipment required to meet §60.112b(a)(2) (external floating roof), the owner or operator shall (60.113b(b)):

33.6.1    Determine the gap areas and maximum gap widths, between the primary seal and the wall of the storage vessel and between the secondary seal and the wall of the storage vessel according to the frequency in 60.113b(b)(1)(i) through (iii). (60.113b(b)(1))

33.6.2    Determine gap widths and areas in the primary and secondary seals individually by the following the procedures in 60.113b(b)(2).

33.6.3    Add the gap surface area of each gap location for the primary seal and the secondary seal individually and divide the sum for each seal by the nominal diameter of the tank and compare each ratio to the respective standards in 60113b(b)(4). (60.113b(b)(3))

33.6.4    Make necessary repairs or empty the storage vessel within 45 days of identification in any inspection for seals not meeting the requirements listed in 60.113b(b)(4) (i) and (ii).

33.6.5    Notify the Administrator 30 days in advance of any gap measurements required by 60113b(b)(1) to afford the Administrator the opportunity to have an observer present. (60.113b(b)(5))

33.6.6    Visually inspect the external floating roof, the primary seal, secondary seal, and fittings each time the vessel is emptied and degassed. (60.113b(b)(6))

33.6.6.1    If the external floating roof has defects, the primary seal has holes, tears, or other openings in the seal or the seal fabric, or the secondary seal has

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 148 |

holes, tears, or other openings in the seal or the seal fabric, the owner or operator shall repair the items as necessary so that none of the conditions specified in this paragraph exist before filling or refilling the storage vessel with VOL. (60.113b(b)(6)(i))

33.6.6.2    For all the inspections required by paragraph (b)(6) of this section, the owner or operator shall notify the Administrator in writing at least 30 days prior to the filling or refilling of each storage vessel to afford the Administrator the opportunity to inspect the storage vessel prior to refilling. If the inspection required by paragraph (b)(6) of this section is not planned and the owner or operator could not have known about the inspection 30 days in advance of refilling the tank, the owner or operator shall notify the Administrator at least 7 days prior to the refilling of the storage vessel. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, this notification including the written documentation may be made in writing and sent by express mail so that it is received by the Administrator at least 7 days prior to the refilling. (60.113b(b)(6)(ii))

33.7    The owner or operator of each source that is equipped with a closed vent system and control device as required in §60.112b (a)(3) or (b)(2) (other than a flare) is exempt from §60.8 of the General Provisions and shall meet the following requirements. (60.113b(c))

33.7.1    Submit for approval by the Administrator as an attachment to the notification required by §60.7(a)(1) or, if the facility is exempt from §60.7(a)(1), as an attachment to the notification required by §60.7(a)(2), an operating plan containing the information listed in 60.113b(c)((1)(i) and (ii). (60.113b(c)(1))

33.7.2    Operate the closed vent system and control device and monitor the parameters of the closed vent system and control device in accordance with the operating plan submitted to the Administrator in accordance with paragraph (c)(1) of this section, unless the plan was modified by the Administrator during the review process. In this case, the modified plan applies. (60.113b(c)(2))

**Reporting and recordkeeping requirements (60.115b)**

33.8    The owner or operator of each storage vessel as specified in §60.112b(a) shall keep records and furnish reports as required by 60.115b(a), (b), or (c) depending upon the control equipment installed to meet the requirements of §60.112b. The owner or operator shall keep copies of all reports and records required by this section, except for the record required by (c)(1), for at least 2 years. The record required by (c)(1) will be kept for the life of the control equipment. (60.115b) In lieu of retaining records for 2 years, records shall be kept for 5 years as specified in Section IV, Condition 22.

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 149 |

33.9    After installing control equipment in accordance with §60.112b(a)(1) (fixed roof and internal floating roof), the owner or operator shall meet the requirements in 60.115b(a)(1) through (4). (60.115b(a))

33.10    After installing control equipment in accordance with §60.112b(a)(2) (external floating roof), the owner or operator shall meet the requirements in 60.115b(b)(1) through (4). (60.115b(b))

33.11    After installing control equipment in accordance with §60.112b (a)(3) or (b)(1) (closed vent system and control device other than a flare), the owner or operator shall keep the records specified in 60.115b(c)(1) and (2). (60.115b(c))

**Monitoring of operations (60.116b)**

33.12    The owner or operator shall keep copies of all records required by this section, except for the record required by paragraph (b) of this section, for at least 2 years. The record required by paragraph (b) of this section will be kept for the life of the source. (60.116b(a)) In lieu of retaining records for 2 years, records shall be kept for 5 years as specified in Section IV, Condition 22.

33.13    The owner or operator of each storage vessel as specified in §60.110b(a) shall keep readily accessible records showing the dimension of the storage vessel and an analysis showing the capacity of the storage vessel. (60.116b(b))  As required by 60.116b(a), these records shall be kept for the life of the source.

33.14    Except as provided in paragraphs (f) and (g) of this section, the owner or operator of each storage vessel either with a design capacity greater than or equal to 151 $m^3$ storing a liquid with a maximum true vapor pressure greater than or equal to 3.5 kPa or with a design capacity greater than or equal to 75 $m^3$ but less than 151 $m^3$ storing a liquid with a maximum true vapor pressure greater than or equal to 15.0 kPa shall maintain a record of the VOL stored, the period of storage, and the maximum true vapor pressure of that VOL during the respective storage period. (60.116b(c))

33.15    Except as provided in paragraph (g) of this section, the owner or operator of each storage vessel either with a design capacity greater than or equal to 151 $m^3$ storing a liquid with a maximum true vapor pressure that is normally less than 5.2 kPa or with a design capacity greater than or equal to 75 $m^3$ but less than 151 $m^3$ storing a liquid with a maximum true vapor pressure that is normally less than 27.6 kPa shall notify the Administrator within 30 days when the maximum true vapor pressure of the liquid exceeds the respective maximum true vapor pressure values for each volume range. (60.116b(d))

33.16    Available data on the storage temperature may be used to determine the maximum true vapor pressure as specified in 60.116b(e)(1) through (3).

33.17    The owner or operator of each vessel storing a waste mixture of indeterminate or variable composition shall be subject to the requirements in 60.116b(f)(1) and (2).

33.18    The owner or operator of each vessel equipped with a closed vent system and control device meeting the specification of §60.112b or with emissions reductions equipment as specified in 40

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 150 |

CFR 65.42(b)(4), (b)(5), (b)(6), or (c) is exempt from the requirements of 60.116b(c) and (d). (60.16b(g))

## 34. 40 CFR Part 60, Subpart VV – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for which Construction, Reconstruction, or Modification Commenced After January 5, 1981, and on or before November 7, 2006

The provisions in Subpart VV are not directly applicable to the equipment at this facility but portions are applicable as specified in 40 CFR Part 60 Subpart GGG and 40 CFR Part 63 Subpart CC.

The definitions of "process unit" and "capital expenditure" in NSPS Subpart VV have been stayed (see 60.480(f) and 73 FR 31376, June 2, 2008). While the definition of "process unit" is stayed owners or operations shall use the definition of "process unit" provided in §60.480(f). In addition 60.482-1(g) was also stayed in the June, 2008 FR notice and has not been included.

The requirements below reflect the rule language in 40 CFR Part 60 Subpart VV as of the latest revisions to 40 CFR Part 60 Subpart VV published in the Federal Register on June 2, 2008. However, the permittee is subject to the latest version of 40 CFR Part 60 Subpart VV. The relevant requirements in 40 CFR Part 60 Subpart VV include, but are not limited to the following:

**Standards: General (60.482-1)**

34.1    Each owner or operator subject to the provisions of this subpart shall demonstrate compliance with the requirements of §§60.482-1 through 60.482-10 or §60.480(e) for all equipment within 180 days of initial startup. (60.482-1(a))

34.2    Compliance with §§60.482-1 to 60.482-10 will be determined by review of records and reports, review of performance test results, and inspection using the methods and procedures specified in §60.485. (60.482-1(b))

34.3    An owner or operator may request a determination of equivalence of a means of emission limitation to the requirements of §§60.482-2, 60.482-3, 60.482-5, 60.482-6, 60.482-7, 60.482-8, and 60.482-10 as provided in §60.484. (60.482-1(c)(1))

    34.3.1    If the Administrator makes a determination that a means of emission limitation is at least equivalent to the requirements of §60.482-2, §60.482-3, §60.482-5, §60.482-6, §60.482-7, §60.482-8, or §60.482-10, an owner or operator shall comply with the requirements of that determination. (60.482-1(c)(2))

34.4    Equipment that is in vacuum service is excluded from the requirements of §§60.482-2 to 60.482-10 if it is identified as required in §60.486(e)(5). (60.482-1(d))

34.5    Equipment that an owner or operator designates as being in VOC service less than 300 hours (hr)/yr is excluded from the requirements of §§60.482-2 through 60.482-10 if it is identified as required in §60.486(e)(6) and it meets any of the conditions specified in 60.482-1(e)(1) through (3). (60.482-1(e))

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 151 |

34.6    If a dedicated batch process unit operates less than 365 days during a year, an owner or operator may monitor to detect leaks from pumps and valves at the frequency specified in the following table instead of monitoring as specified in §§60.482-2, 60.482-7, and 60.483-2: (60.482-1(f)(1))

34.6.1    Pumps and valves that are shared among two or more batch process units that are subject to this subpart may be monitored at the frequencies specified in 60.482-1(f)(1), provided the operating time of all such process units is considered. (60.482-1(f)(2))

34.6.2    The monitoring frequencies specified in 60.482-1(f)(1) are not requirements for monitoring at specific intervals and can be adjusted to accommodate process operations. An owner or operator may monitor at any time during the specified monitoring period (e.g., month, quarter, year), provided the monitoring is conducted at a reasonable interval after completion of the last monitoring campaign. Reasonable intervals are defined in 60.482-1(f)(3)(i) through (iv). (60.482-1(f)(3))

**Standards: Standards Pumps in light liquid service (60.482-2a)**

34.7    Each pump in light liquid service shall be monitored monthly to detect leaks by the methods specified in §60.485(b), except as provided in §60.482-1(c) and (f) and paragraphs (d), (e), and (f) of this section. A pump that begins operation in light liquid service after the initial startup date for the process unit must be monitored for the first time within 30 days after the end of its startup period, except for a pump that replaces a leaking pump and except as provided in §60.482-1(c) and (f) and paragraphs (d), (e), and (f) of this section. 60.482-2(a)(1))

34.8    Each pump in light liquid service shall be checked by visual inspection each calendar week for indications of liquids dripping from the pump seal, except as provided in §60.482-1(f). (60.482-2(a)(2))

34.9    If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-2(b)(1))

34.10    If there are indications of liquids dripping from the pump seal, the owner or operator shall follow the procedure specified in either 60.482-2(b)(2)(i) or (ii). This requirement does not apply to a pump that was monitored after a previous weekly inspection if the instrument reading for that monitoring event was less than 10,000 ppm and the pump was not repaired since that monitoring event. (60.482-2(b)(2))

34.11    When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482-9. (60.482-2(c)(1))

34.12    A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. First attempts at repair include, but are not limited to, the practices described in 60.182-2(c)(2)(i) and (ii), where practicable. (60.482-2(c)(2))

34.13    Each pump equipped with a dual mechanical seal system that includes a barrier fluid system is exempt from the requirements of 60.382-1(a), provided the requirements specified in 60.482-2(d)(1) through (6) are met. (60.482-2(d))

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 152 |

34.14   Any pump that is designated, as described in §60.486(e)(1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-2(a), (c), and (d) if the pump meets the requirements in 60.482-2(e)(1) through (3). (60.482-2(e))

34.14.1   Has no externally actuated shaft penetrating the pump housing, (60.482-2(e)(1))

34.14.2   Is demonstrated to be operating with no detectable emissions as indicated by an instrument reading of less than 500 ppm above background as measured by the methods specified in §60.485(c) (60.482-2(e)(2)), and

34.14.3   Is tested for compliance with paragraph (e)(2) of this section initially upon designation, annually, and at other times requested by the Division. (60.482-2(e)(3))

34.15   If any pump is equipped with a closed vent system capable of capturing and transporting any leakage from the seal or seals to a process or to a fuel gas system or to a control device that complies with the requirements of §60.482-10, it is exempt from 60.482-2(a) through (e). (60.482-2(f))

34.16   Any pump that is designated, as described in §60.486(f)(1), as an unsafe-to-monitor pump is exempt from the monitoring and inspection requirements of 60.482-2(a) and (d)(4) through (6) if the requirements in 60.482-2(g)(1) and (2) are met. (60.482-2(g))

34.16.1   The owner or operator of the pump demonstrates that the pump is unsafe-to-monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with 60.482-2(a) (60.482-2(g)(1)); and

34.16.2   The owner or operator of the pump has a written plan that requires monitoring of the pump as frequently as practicable during safe-to-monitor times but not more frequently than the periodic monitoring schedule otherwise applicable, and repair of the equipment according to the procedures in 60.482-2(c) if a leak is detected. (60.482-2(g)(2))

34.17   Any pump that is located within the boundary of an unmanned plant site is exempt from the weekly visual inspection requirement of 60.482-2(a)(2) and (d)(4), and the daily requirements of 60.482-2(d)(5), provided that each pump is visually inspected as often as practicable and at least monthly. (60.482-2(h))

**Standards: Compressors (60.482-3a)**

34.18   Each compressor shall be equipped with a seal system that includes a barrier fluid system and that prevents leakage of VOC to the atmosphere, except as provided in §60.482-1(c) and 60.482-3(h), (i), and (j). (60.482-3(a))

34.19   Each compressor seal system as required in 60.482-3(a) shall be (60.482-3(b)):

---

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 153

34.19.1    Operated with the barrier fluid at a pressure that is greater than the compressor stuffing box pressure (60.482-3(b)(1)); or

34.19.2    Equipped with a barrier fluid system degassing reservoir that is routed to a process or fuel gas system or connected by a closed vent system to a control device that complies with the requirements of §60.482-10 (60.482-3(b)(2)); or

34.19.3    Equipped with a system that purges the barrier fluid into a process stream with zero VOC emissions to the atmosphere. (60.482-3(b)(3))

34.20    The barrier fluid system shall be in heavy liquid service or shall not be in VOC service. (60.482-3(c))

34.21    Each barrier fluid system as described in 60.482-3(a) shall be equipped with a sensor that will detect failure of the seal system, barrier fluid system, or both. (60.482-3(d))

34.22    Each sensor as required in 60.482-3(d) shall be checked daily or shall be equipped with an audible alarm. (60.482-3(e)(1))

34.23    The owner or operator shall determine, based on design considerations and operating experience, a criterion that indicates failure of the seal system, the barrier fluid system, or both. (60.482-3(e)(2))

34.24    If the sensor indicates failure of the seal system, the barrier system, or both based on the criterion determined under 60.482-3(e)(2), a leak is detected. (60.482-3(f))

34.25    When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482-9. (60.482-3(g)(1))

34.26    A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-3(g)(2))

34.27    A compressor is exempt from the requirements of 60.482-3(a) and (b), if it is equipped with a closed vent system to capture and transport leakage from the compressor drive shaft back to a process or fuel gas system or to a control device that complies with the requirements of §60.482-10, except as provided in 60.482-3(i). (60.482-3(h))

34.28    Any compressor that is designated, as described in §60.486(e) (1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-3(a)-(h) if the compressor: (60.482-3(i))

34.28.1    Is demonstrated to be operating with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as measured by the methods specified in §60.485(c) (60.482-3(i)(1)); and

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 154 |

34.28.2    Is tested for compliance with 60.482-3(i)(1) initially upon designation, annually, and at other times requested by the Administrator. (60.482-3(i)(2))

34.29    Any existing reciprocating compressor in a process unit which becomes an affected facility under provisions of §60.14 or §60.15 is exempt from 60.482-3(a) through (e) and (h), provided the owner or operator demonstrates that recasting the distance piece or replacing the compressor are the only options available to bring the compressor into compliance with the provisions of 60.482-3(a) through (e) and (h). (60.482-3(j))

**Standards:  Pressure relief devices in gas/vapor service (60.482-4)**

34.30    Except during pressure releases, each pressure relief device in gas/vapor service shall be operated with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as determined by the methods specified in §60.485(c). (60.482-4(a))

34.31    After each pressure release, the pressure relief device shall be returned to a condition of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as soon as practicable, but no later than 5 calendar days after the pressure release, except as provided in §60.482-9. (60.482-3(b)(1))

34.32    No later than 5 calendar days after the pressure release, the pressure relief device shall be monitored to confirm the conditions of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, by the methods specified in §60.485(c). (60.482-4(b)(2))

34.33    Any pressure relief device that is routed to a process or fuel gas system or equipped with a closed vent system capable of capturing and transporting leakage through the pressure relief device to a control device as described in §60.482-10 is exempted from the requirements of 60.482-4(a) and (b). (60.482-4(c))

34.34    Any pressure relief device that is equipped with a rupture disk upstream of the pressure relief device is exempt from the requirements of 60.482-4(a) and (b), provided the owner or operator complies with the requirements in 60.482-4(d)(2). (60.482-4(d)(1))

34.35    After each pressure release, a new rupture disk shall be installed upstream of the pressure relief device as soon as practicable, but no later than 5 calendar days after each pressure release, except as provided in §60.482-9. (60.482-4(d)(2))

**Standards:  Sampling connection systems (60-682-5)**

34.36    Each sampling connection system shall be equipped with a closed-purge, closed-loop, or closed-vent system, except as provided in §60.482-1(c) and paragraph (c) of this section. (60.482-5(a))

34.37    Each closed-purge, closed-loop, or closed-vent system as required in paragraph (a) of this section shall comply with the requirements specified in 60.482-5(b)(1) through (4). (60.482-5(b))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 155 |

34.38    In situ sampling systems and sampling systems without purges are exempt from the requirements of 60.482-5(a) and (b). (60.482-5(c))

**Standards:  Open-ended valves or lines (60.482-6)**

34.39    Each open-ended valve or line shall be equipped with a cap, blind flange, plug, or a second valve, except as provided in §60.482-1(c) and 60.482-6(d) and (e). (60.482-6(a)(1))

34.40    The cap, blind flange, plug, or second valve shall seal the open end at all times except during operations requiring process fluid flow through the open-ended valve or line. (60.482-6(a)(2))

34.41    Each open-ended valve or line equipped with a second valve shall be operated in a manner such that the valve on the process fluid end is closed before the second valve is closed. (60.482-6(b))

34.42    When a double block-and-bleed system is being used, the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with 60.482-6(a) at all other times. (60.482-6(c))

34.43    Open-ended valves or lines in an emergency shutdown system which are designed to open automatically in the event of a process upset are exempt from the requirements of 60.482-6(a), (b) and (c). (60.482-6(d))

34.44    Open-ended valves or lines containing materials which would autocatalytically polymerize or would present an explosion, serious overpressure, or other safety hazard if capped or equipped with a double block and bleed system as specified in 60.482-6(a) through (c) are exempt from the requirements of 60.482-6(a) through (c). (60.482-6(e))

**Standards:  Valves in gas/vapor service and in light liquid service (60.482-7)**

34.45    Each valve shall be monitored monthly to detect leaks by the methods specified in §60.485(b) and shall comply with 60.482-7(b) through (e), except as provided in 60.482-7(f), (g), and (h), §60.482-1(c) and (f), and §§60.483-1 and 60.483-2. (60.482-7(a)(1))

34.46    A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for the process unit must be monitored according to 60.482-7(a)(2)(i) or (ii), except for a valve that replaces a leaking valve and except as provided in 60.482-7(f), (g), and (h), §60.482-1(c), and §§60.483-1 and 60.483-2. (60.482-7(a)(2))

34.47    If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-7(b))

34.48    Any valve for which a leak is not detected for 2 successive months may be monitored the first month of every quarter, beginning with the next quarter, until a leak is detected (60.482-7(c)(1)(i))

34.49    As an alternative to monitoring all of the valves in the first month of a quarter, an owner or operator may elect to subdivide the process unit into 2 or 3 subgroups of valves and monitor each subgroup

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 156 |

in a different month during the quarter, provided each subgroup is monitored every 3 months. The owner or operator must keep records of the valves assigned to each subgroup. (60.482-7(c)(1)(ii))

34.50 If a leak is detected, the valve shall be monitored monthly until a leak is not detected for 2 successive months. (60.482-7(c)(2))

34.51 When a leak is detected, it shall be repaired as soon as practicable, but no later than 15 calendar days after the leak is detected, except as provided in §60.482-9. (60.482-7(d)(1))

34.52 A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-d(2))

34.53 First attempts at repair include, but are not limited to, the best practices specified in 60.482-7(e)(1) through (4) where practicable. (60.482-7(e))

34.54 Any valve that is designated, as described in §60.486(e)(2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-7(a) if the valve: (60.482-7(f))

    34.54.1 Has no external actuating mechanism in contact with the process fluid (60.482-7(f)(1),

    34.54.2 Is operated with emissions less than 500 ppm above background as determined by the method specified in §60.485(c) (60.482-7(f)(2)), and

    34.54.3 Is tested for compliance with 60.482-7(f)(2) initially upon designation, annually, and at other times requested by the Administrator. (60.482-7(f)(3))

34.55 Any valve that is designated, as described in §60.486(f)(1), as an unsafe-to-monitor valve is exempt from the requirements of 60.482-7(a) if (60.482-7(g)):

    34.55.1 The owner or operator of the valve demonstrates that the valve is unsafe to monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with 60.482-7(a) (60.482-7(g)(1)), and

    34.55.2 The owner or operator of the valve adheres to a written plan that requires monitoring of the valve as frequently as practicable during safe-to-monitor times. (60.482-7)(g)(2))

34.56 Any valve that is designated, as described in §60.486(f)(2), as a difficult-to-monitor valve is exempt from the requirements of 60.482-7(a) if (60.482-7(h)):

    34.56.1 The owner or operator of the valve demonstrates that the valve cannot be monitored without elevating the monitoring personnel more than 2 meters above a support surface. (60.482-7(h)(1))

Air Pollution Control Division                                           Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 157

34.56.2   The process unit within which the valve is located either becomes an affected facility through §60.14 or §60.15 or the owner or operator designates less than 3.0 percent of the total number of valves as difficult-to-monitor (60.482-7(h)(2)), and

34.56.3   The owner or operator of the valve follows a written plan that requires monitoring of the valve at least once per calendar year. (60.482-7(h)(3))

**Standards: Pumps and valves in heavy liquid service, pressure relief devices in light liquid or heavy liquid service and connectors (60.482-8)**

34.57   If evidence of a potential leak is found by visual, audible, olfactory, or any other detection method at pumps and valves in heavy liquid service, pressure relief devices in light liquid or heavy liquid service, and connectors, the owner or operator shall follow either one of the following procedures: (60.482-8(a))

34.57.1   The owner or operator shall monitor the equipment within 5 days by the method specified in §60.485(b) and shall comply with the requirements of 60.482-8(b) through (d). (60.482-8(a)(1))

34.57.2   The owner or operator shall eliminate the visual, audible, olfactory, or other indication of a potential leak within 5 calendar days of detection. (60.482-8(a)(2))

34.58   If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-8(b))

34.59   When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482-9. (60.482-8(c)(1))

34.60   The first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-8(c)(2))

34.61   First attempts at repair include, but are not limited to, the best practices described under §§60.482-2(c)(2) and 60.482-7(e). (60.482-8(d))

**Standards: Delay of Repair (60.482-9)**

34.62   Delay of repair of equipment for which leaks have been detected will be allowed if repair within 15 days is technically infeasible without a process unit shutdown. Repair of this equipment shall occur before the end of the next process unit shutdown. Monitoring to verify repair must occur within 15 days after startup of the process unit. (60.482-9(a))

34.63   Delay of repair of equipment will be allowed for equipment which is isolated from the process and which does not remain in VOC service. (60.482-9(b))

34.64   Delay of repair for valves will be allowed if (60.482-9(c)):

Operating Permit #95OPAD108                                  First Issued: October 1, 2006
                                                              Renewed: September 1, 2022

Air Pollution Control Division                                      Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 158

34.64.1    The owner or operator demonstrates that emissions of purged material resulting from immediate repair are greater than the fugitive emissions likely to result from delay of repair (60.482-9(c)(1)), and

34.64.2    When repair procedures are effected, the purged material is collected and destroyed or recovered in a control device complying with §60.482-10. (60.482-9(c)(2))

34.65    Delay of repair for pumps will be allowed if (60.482-9(d)):

34.65.1    Repair requires the use of a dual mechanical seal system that includes a barrier fluid system (60.482-9(d)(1)), and

34.65.2    Repair is completed as soon as practicable, but not later than 6 months after the leak was detected. (60.482-9(d)(2))

34.66    Delay of repair beyond a process unit shutdown will be allowed for a valve, if valve assembly replacement is necessary during the process unit shutdown, valve assembly supplies have been depleted, and valve assembly supplies had been sufficiently stocked before the supplies were depleted. Delay of repair beyond the next process unit shutdown will not be allowed unless the next process unit shutdown occurs sooner than 6 months after the first process unit shutdown. (60.482-9(e))

34.67    When delay of repair is allowed for a leaking pump or valve that remains in service, the pump or valve may be considered to be repaired and no longer subject to delay of repair requirements if two consecutive monthly monitoring instrument readings are below the leak definition. (60.482-9(e))

**Standards:  Closed Vent systems and control devices (60.482-10)**

34.68    Owners or operators of closed vent systems and control devices used to comply with provisions of 40 CFR Part 60 Subpart VV shall comply with the provisions of this section. (60.482-10(a))

34.69    Vapor recovery systems (for example, condensers and absorbers) shall be designed and operated to recover the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 parts per million by volume, whichever is less stringent. (60.482-10(b))

34.70    Enclosed combustion devices shall be designed and operated to reduce the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 parts per million, on a dry basis, corrected to 3 percent oxygen, whichever is less stringent or to provide a minimum residence time of 0.75 seconds at a minimum temperature of 816 °C. (60.482-10(c))

34.71    Flares used to comply with 40 CFR Part 60 Subpart VV shall comply with the requirements of §60.18. (60.482-10(d))

---

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 159

34.72   Owners or operators of control devices used to comply with the provisions of 40 CFR Part 60 Subpart VV shall monitor these control devices to ensure that they are operated and maintained in conformance with their designs. (60.482-10(e))

34.73   Except as provided in 60.482-10(i) through (k), each closed vent system shall be inspected according to the procedures and schedule specified in 60.482-10(f)(1) and (f)(2). (60.482-10(f))

34.74   Leaks, as indicated by an instrument reading greater than 500 parts per million by volume above background or by visual inspections, shall be repaired as soon as practicable except as provided in 60.482-10(h). (60.482-10(g))

34.75   Delay of repair of a closed vent system for which leaks have been detected is allowed if the repair is technically infeasible without a process unit shutdown or if the owner or operator determines that emissions resulting from immediate repair would be greater than the fugitive emissions likely to result from delay of repair. Repair of such equipment shall be complete by the end of the next process unit shutdown. (60.482-10(h))

34.76   If a vapor collection system or closed vent system is operated under a vacuum, it is exempt from the inspection requirements of 60.482-10(f)(1)(i) and (f)(2). (60.482-10(i))

34.77   Any parts of the closed vent system that are designated, as described in paragraph (l)(1) of this section, as unsafe to inspect are exempt from the inspection requirements of 60.482-10(f)(1)(i) and (f)(2) if they comply with the requirements specified in 60.482-10(j)(1) and (j)(2): (60.482-10(j))

   34.77.1   The owner or operator determines that the equipment is unsafe to inspect because inspecting personnel would be exposed to an imminent or potential danger as a consequence of complying with 60.482-10(f)(1)(i) or (f)(2) (60.482-10(j)(1)); and

   34.77.2   The owner or operator has a written plan that requires inspection of the equipment as frequently as practicable during safe-to-inspect times. (60.482-10(j)(2))

34.78   Any parts of the closed vent system that are designated, as described in 60.482-10(l)(2), as difficult to inspect are exempt from the inspection requirements of 60.482-10(f)(1)(i) and (f)(2) if they comply with the requirements specified in 60.482-10(k)(1) through (k)(3). (60.482-10(k))

   34.78.1   The owner or operator determines that the equipment cannot be inspected without elevating the inspecting personnel more than 2 meters above a support surface (60.482-10(k)(1)); and

   34.78.2   The process unit within which the closed vent system is located becomes an affected facility through §§60.14 or 60.15, or the owner or operator designates less than 3.0 percent of the total number of closed vent system equipment as difficult to inspect (60.482-10(k)(2)); and

Air Pollution Control Division                                     Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 160

34.78.3    The owner or operator has a written plan that requires inspection of the equipment at least once every 5 years. A closed vent system is exempt from inspection if it is operated under a vacuum. (60.482-10(k)(3))

34.79    The owner or operator shall record the information specified in 60.482(l)(1) through (l)(5). (60.482-10(l))

**Alternative standards for valves—allowable percentage of valves leaking (60.483-1)**

34.80    An owner or operator may elect to comply with an allowable percentage of valves leaking of equal to or less than 2.0 percent. (60.483-1(a))

34.81    The requirements in 60.483-1(b)(1) through (3) shall be met if an owner or operator wishes to comply with an allowable percentage of valves leaking. (60.483-1(b))

34.82    Performance tests shall be conducted in accordance with the requirements in 60.483-1(c)(1) through (3) (60.483-1(c))

34.83    Owners and operators who elect to comply with this alternative standard shall not have an affected facility with a leak percentage greater than 2.0 percent, determined as described in §60.485(h). (60.483-1(d))

**Alternative standards for valves—skip period leak detection and repair (60.483-2)**

34.84    An owner or operator may elect to comply with one of the alternative work practices specified in 60.483-2(b)(2) and (3). (60.483-2(a)(1))

34.85    An owner or operator must notify the Administrator before implementing one of the alternative work practices, as specified in §60.487(d). (60.483-2(a)(2))

34.86    An owner or operator shall comply initially with the requirements for valves in gas/vapor service and valves in light liquid service, as described in §60.482-7. (60.483-2(b)(1))

34.87    After 2 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 1 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. (60.483-2(b)(2))

34.88    After 5 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 3 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. 90.483-2(b)(3))

34.89    If the percent of valves leaking is greater than 2.0, the owner or operator shall comply with the requirements as described in §60.482-7 but can again elect to use this section. (60.483-2(b)(4))

34.90    The percent of valves leaking shall be determined as described in §60.485(h). (60.483-2(b)(5))

---

Operating Permit #95OPAD108                                          First Issued:  October 1, 2006
                                                                     Renewed: September 1, 2022

Air Pollution Control Division                                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                                         Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                           Page 161

34.91    An owner or operator must keep a record of the percent of valves found leaking during each leak detection period. (60.483-2(b)(6))

34.92    A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for a process unit following one of the alternative standards in this section must be monitored in accordance with §60.482-7(a)(2)(i) or (ii) before the provisions of this section can be applied to that valve. (60.483-2(b)(7))

**Test methods and procedures (60.485)**

34.93    The test methods and procedures specified in §60.485 shall be followed.

**Recordkeeping requirements (60.486)**

34.94    Records shall be kept as required by §60.486.

**Reporting requirements (60.487)**

34.95    Semi-annual reports shall be submitted as required by §60.487.

**35.    40 CFR Part 60 Subpart VVa – Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006**

The provisions in Subpart VVa are not directly applicable to the equipment at this facility but portions are applicable as specified in 40 CFR Part 60 Subpart GGGa.

Stayed Requirements: The definitions of "process unit" and "capital expenditure" in NSPS Subpart VVa have been stayed (see 60.480a(f) and 73 FR 31376, June 2, 2008). While the definitions of "process unit" and "capital expenditure are stayed owners or operations shall use the definition of "process unit" provided in §60.480a(f)(2)(i) in Subpart VVa and the definition of "capital expenditure" in §60.481 in Subpart VV. In addition 60.482-1a(g) and 60.482-11a were also stayed in the June 2, 2008 FR notice and so have not been included in the permit.

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 60 Subpart VVa published in the Federal Register on June 2, 2008. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60, Subpart VVa. The relevant requirements in 40 CFR Part 60 Subpart VVa include, but are not limited to the following:

**Standards: General (60.482-1a)**

35.1    Each owner or operator subject to the provisions of this subpart shall demonstrate compliance with the requirements of §§60.482–1a through 60.482–10a or §60.480a(e) for all equipment within 180 days of initial startup. (60.482-1a(a))

---

Operating Permit #95OPAD108                                              First Issued:  October 1, 2006
                                                                         Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 162 |

35.2    Compliance with §§60.482–1a to 60.482–10a will be determined by review of records and reports, review of performance test results, and inspection using the methods and procedures specified in §60.485a. (60.482-1a(b))

35.3    An owner or operator may request a determination of equivalence of a means of emission limitation to the requirements of §§60.482-2a, 60.482-3a, 60.482-5a, 60.482-6a, 60.482-7a, 60.482-8a, and 60.482-10a as provided in §60.484a. (60.482a-1(c)(1))

    35.3.1    If the Administrator makes a determination that a means of emission limitation is at least equivalent to the requirements of §§60.482-2a, 60.482-3a, 60.482-5a, 60.482-6a, 60.482-7a, 60.482-8a, or 60.482-10a, an owner or operator shall comply with the requirements of that determination. (60.482a-1(c)(2))

35.4    Equipment that is in vacuum service is excluded from the requirements of §§60.482–2a through 60.482–10a if it is identified as required in §60.486a(e)(5). (60.482-1a(d))

35.5    Equipment that an owner or operator designates as being in VOC service less than 300 hr/yr is excluded from the requirements of §§60.482–2a through 60.482–11a if it is identified as required in §60.486a(e)(6) and it meets any of the conditions specified in 60.482-1a(e)(1) through (3). (60.182-1a(e))

35.6    If a dedicated batch process unit operates less than 365 days during a year, an owner or operator may monitor to detect leaks from pumps, valves, and open-ended valves or lines at the frequency specified in the table in 60.482-1a(f)(1) instead of monitoring as specified in §§60.482–2a, 60.482–7a, and 60.483.2a. (60.482-1a(f)(1))

    35.6.1    Pumps and valves that are shared among two or more batch process units that are subject to this subpart may be monitored at the frequencies specified in 60.482-1a(f)(1), provided the operating time of all such process units is considered. (60.482-1a(f)(2))

    35.6.2    The monitoring frequencies specified in 60.482-1a(f)(1) are not requirements for monitoring at specific intervals and can be adjusted to accommodate process operations. An owner or operator may monitor at any time during the specified monitoring period (e.g., month, quarter, year), provided the monitoring is conducted at a reasonable interval after completion of the last monitoring campaign. Reasonable intervals are defined in 60.482-1a(f)(3)(i) through (iv). (60.482-1a(f)(3))

35.7    60.482-1a(g) – This requirement has been stayed until further notice and is not include in the permit (see 73 FR 31376, June 2, 2008).

**Standards: Standards Pumps in light liquid service (60.482-2a)**

35.8    Each pump in light liquid service shall be monitored monthly to detect leaks by the methods specified in §60.485a(b), except as provided in §60.482–1a(c) and (f) and paragraphs (d), (e), and (f) of this section. A pump that begins operation in light liquid service after the initial startup date for the process unit must be monitored for the first time within 30 days after the end of its startup

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 163 |

period, except for a pump that replaces a leaking pump and except as provided in §60.482–1a(c) and 60.482-2a(d), (e), and (f). (60.482-2a(a)(1))

35.9    Each pump in light liquid service shall be checked by visual inspection each calendar week for indications of liquids dripping from the pump seal, except as provided in §60.482–1a(f). (60.482-2a(a)(2))

35.10    The instrument reading that defines a leak is specified in 60.482-2a(b)(1)(i) and (ii). (60.482-2a(b))

35.11    If there are indications of liquids dripping from the pump seal, the owner or operator shall follow the procedure specified in either 60.482-2a(b)(2)(i) or (ii). This requirement does not apply to a pump that was monitored after a previous weekly inspection and the instrument reading was less than the concentration specified in 60.482-2a(b)(1)(i) or (ii), whichever is applicable. (60.482-2a(b)(2))

35.12    When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9a. (60.482-2a(c)(1))

35.13    A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. First attempts at repair include, but are not limited to, the practices described in 60.482-2a(c)(2)(i) and (ii), where practicable. (60.482-2a(c)(2))

35.14    Each pump equipped with a dual mechanical seal system that includes a barrier fluid system is exempt from the requirements of 60.482-2a(a), provided the requirements specified in 60.482-2a(d)(1) through (6) are met. (60.482-2a(d))

35.15    Any pump that is designated, as described in §60.486a(e)(1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-2a(a), (c), and (d) if the pump (60.482-2a(e))

    35.15.1    Has no externally actuated shaft penetrating the pump housing (60.482-2a(e)(1));

    35.15.2    Is demonstrated to be operating with no detectable emissions as indicated by an instrument reading of less than 500 ppm above background as measured by the methods specified in §60.485a(c) (60.482-2a(e)(2)); and

    35.15.3    Is tested for compliance with 60.482-2a(e)(2) initially upon designation, annually, and at other times requested by the Administrator. (60.482-2a(e)(3))

35.16    If any pump is equipped with a closed vent system capable of capturing and transporting any leakage from the seal or seals to a process or to a fuel gas system or to a control device that complies with the requirements of §60.482–10a, it is exempt from 60.482-2a(a) through (e). ((60.482-2a(f))

---

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 164

35.17  Any pump that is designated, as described in §60.486a(f)(1), as an unsafe-to-monitor pump is exempt from the monitoring and inspection requirements of 60.482-2a(a) and (d)(4) through (6) if (60.482-2a(g))

    35.17.1  The owner or operator of the pump demonstrates that the pump is unsafe-to-monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with 60.482-2(a) (60.482-2a(g)(1)); and

    35.17.2  The owner or operator of the pump has a written plan that requires monitoring of the pump as frequently as practicable during safe-to-monitor times, but not more frequently than the periodic monitoring schedule otherwise applicable, and repair of the equipment according to the procedures in 60.482-2a(c) if a leak is detected. (60.482-2a(g)(2))

35.18  Any pump that is located within the boundary of an unmanned plant site is exempt from the weekly visual inspection requirement of 60.482-2a(a)(2) and (d)(4), and the daily requirements of 60.482-2a(d)(5), provided that each pump is visually inspected as often as practicable and at least monthly. (60.482-2a(h))

**Standards: Compressors (60.482-3a)**

35.19  Each compressor shall be equipped with a seal system that includes a barrier fluid system and that prevents leakage of VOC to the atmosphere, except as provided in §60.482–1a(c) and 60.482-3a(h), (i), and (j). (60.482-3a(a))

35.20  Each compressor seal system as required in 60.482-3a(a) of this section shall be (60.482-3a(b)):

    35.20.1  Operated with the barrier fluid at a pressure that is greater than the compressor stuffing box pressure; or

    35.20.2  Equipped with a barrier fluid system degassing reservoir that is routed to a process or fuel gas system or connected by a closed vent system to a control device that complies with the requirements of §60.482–10a; or

    35.20.3  Equipped with a system that purges the barrier fluid into a process stream with zero VOC emissions to the atmosphere.

35.21  The barrier fluid system shall be in heavy liquid service or shall not be in VOC service. (60.482-3a(c))

35.22  Each barrier fluid system as described in 60.482-3a(a) shall be equipped with a sensor that will detect failure of the seal system, barrier fluid system, or both. (60.482-3a(d))

35.23  Each sensor as required in 60.482-3a(d) shall be checked daily or shall be equipped with an audible alarm. (60.482-3a(e)(1))

---

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
| Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 165 |

35.24 The owner or operator shall determine, based on design considerations and operating experience, a criterion that indicates failure of the seal system, the barrier fluid system, or both. (60.482-3a(e)(2))

35.25 If the sensor indicates failure of the seal system, the barrier system, or both based on the criterion determined under 60.482-3a(e)(2), a leak is detected. (60.482-3a(f))

35.26 When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9a. (60.482-3a(g)(1))

35.27 A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-3a(g)(2))

35.28 A compressor is exempt from the requirements of 60.482-3a(a) and (b), if it is equipped with a closed vent system to capture and transport leakage from the compressor drive shaft back to a process or fuel gas system or to a control device that complies with the requirements of §60.482–10a, except as provided in 60.482-3a(i). (60.482-3a(h))

35.29 Any compressor that is designated, as described in §60.486(e)(1) and (2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-3a(a) through (h) if the compressor (60.482-3a(i)):

35.29.1 Is demonstrated to be operating with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as measured by the methods specified in §60.485a(c) (60.482-3a(i)(1)); and

35.29.2 Is tested for compliance with 60.482-3a(i)(1) of this section initially upon designation, annually, and at other times requested by the Administrator. (60.482-3a(i)(2))

35.30 Any existing reciprocating compressor in a process unit which becomes an affected facility under provisions of §60.14 or §60.15 is exempt from 60.482-3a(a) through (e) and (h), provided the owner or operator demonstrates that recasting the distance piece or replacing the compressor are the only options available to bring the compressor into compliance with the provisions of 60.482-3a(a) through (e) and (h). (60.482-3a(j))

**Standards: Pressure relief devices in gas/vapor service (60.482-4a)**

35.31 Except during pressure releases, each pressure relief device in gas/vapor service shall be operated with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as determined by the methods specified in §60.485a(c). (60.482-4a(a)

35.32 After each pressure release, the pressure relief device shall be returned to a condition of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as soon as practicable, but no later than 5 calendar days after the pressure release, except as provided in §60.482–9a. (60.482-4a(b)(1))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 166 |

35.33   No later than 5 calendar days after the pressure release, the pressure relief device shall be monitored to confirm the conditions of no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, by the methods specified in §60.485a(c). (60.482-4a(b)(2))

35.34   Any pressure relief device that is routed to a process or fuel gas system or equipped with a closed vent system capable of capturing and transporting leakage through the pressure relief device to a control device as described in §60.482–10a is exempted from the requirements of 60.482-4a(a) and (b). (60.482-4a(c))

35.35   Any pressure relief device that is equipped with a rupture disk upstream of the pressure relief device is exempt from the requirements of 60.482-4a(a) and (b), provided the owner or operator complies with the requirements in 60.482-4a(d)(2). (60.482-4a(d)(1))

35.36   After each pressure release, a new rupture disk shall be installed upstream of the pressure relief device as soon as practicable, but no later than 5 calendar days after each pressure release, except as provided in §60.482–9a. (60.482-4a(d)(2))

**Standards: Sampling connection systems (60.482-5a)**

35.37   Each sampling connection system shall be equipped with a closed-purge, closed-loop, or closed-vent system, except as provided in §60.482–1a(c) and 60.482-5a(c). (60.482-5a(a))

35.38   Each closed-purge, closed-loop, or closed-vent system as required in 60.482-5a(a) shall comply with the requirements specified in 60.482-5a(b)(1) through (4). (60.482-5a(b))

35.39   In-situ sampling systems and sampling systems without purges are exempt from the requirements of 60.482-5a(a) and (b). (60.482-5a(c))

**Standards: Open-ended valves or lines (60.482-6a)**

35.40   Each open-ended valve or line shall be equipped with a cap, blind flange, plug, or a second valve, except as provided in §60.482–1a(c) and 60.482-6a(d) and (e). (60.482-6a(a)(1))

35.41   The cap, blind flange, plug, or second valve shall seal the open end at all times except during operations requiring process fluid flow through the open-ended valve or line. (60.482-6a(a)(2))

35.42   When a double block-and-bleed system is being used, the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with paragraph (a) of this section at all other times. (60.482-6a(b))

35.43   When a double block-and-bleed system is being used, the bleed valve or line may remain open during operations that require venting the line between the block valves but shall comply with 60.482-6a(a) at all other times. (60.482-6a(c))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 167 |

35.44   Open-ended valves or lines in an emergency shutdown system which are designed to open automatically in the event of a process upset are exempt from the requirements of 60.482-6a(a), (b), and (c). (60.482-6a(d))

35.45   Open-ended valves or lines containing materials which would autocatalytically polymerize or would present an explosion, serious overpressure, or other safety hazard if capped or equipped with a double block and bleed system as specified in 60.482-6a(a) through (c) are exempt from the requirements of 60.482-6a(a) through (c). (60.482-6a(e))

**Standards: Valves in gas/vapor service and in light liquid service (60.482-7a)**

35.46   Each valve shall be monitored monthly to detect leaks by the methods specified in §60.485a(b) and shall comply with 60.482-7a(b) through (e), except as provided in 60.482-7a(f), (g), and (h), §60.482–1a(c) and (f), and §§60.483–1a and 60.483–2a. (60.482-7a(a)(1))

35.47   A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for the process unit must be monitored according to 60.482-7a(a)(2)(i) or (ii), except for a valve that replaces a leaking valve and except as provided in 60.482-7a(f), (g), and (h) of this section, §60.482–1a(c), and §§60.483–1a and 60.483–2a. (60.482-7a(a)(2))

35.48   If an instrument reading of 500 ppm or greater is measured, a leak is detected. (60.482-7a(b))

35.49   Any valve for which a leak is not detected for 2 successive months may be monitored the first month of every quarter, beginning with the next quarter, until a leak is detected. (60.482-7a(c)(1)(i))

35.50   As an alternative to monitoring all of the valves in the first month of a quarter, an owner or operator may elect to subdivide the process unit into two or three subgroups of valves and monitor each subgroup in a different month during the quarter, provided each subgroup is monitored every 3 months. The owner or operator must keep records of the valves assigned to each subgroup. (60.482-7a(c)(1)(ii))

35.51   If a leak is detected, the valve shall be monitored monthly until a leak is not detected for 2 successive months. (60.482-7a(c)(2))

35.52   When a leak is detected, it shall be repaired as soon as practicable, but no later than 15 calendar days after the leak is detected, except as provided in §60.482–9a. (60.482-7a(d)(1))

35.53   A first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-7a(d)(2))

35.54   First attempts at repair include, but are not limited to, the best practices specified in 60.482-7a(e)(1) through (4) where practicable (60.482-7a(e))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
| --- | --- |
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 168 |

35.55    Any valve that is designated, as described in §60.486a(e)(2), for no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, is exempt from the requirements of 60.482-7a(a) if the valve (60.482-7a(f))

    35.55.1    Has no external actuating mechanism in contact with the process fluid (60.482-7a(f)(1)),

    35.55.2    Is operated with emissions less than 500 ppm above background as determined by the method specified in §60.485a(c) (60.482-7a(f)(2)), and

    35.55.3    Is tested for compliance with 60.482-7a(f)(2) initially upon designation, annually, and at other times requested by the Administrator. (60.482-7a(f)(3))

35.56    Any valve that is designated, as described in §60.486a(f)(1), as an unsafe-to-monitor valve is exempt from the requirements 60.482-7a(a) if (60.482-7a(g)):

    35.56.1    The owner or operator of the valve demonstrates that the valve is unsafe to monitor because monitoring personnel would be exposed to an immediate danger as a consequence of complying with 60.482-7a(a) (60.482-7a(g)(1)), and

    35.56.2    The owner or operator of the valve adheres to a written plan that requires monitoring of the valve as frequently as practicable during safe-to-monitor times. (60.482-7a(g)(2))

35.57    Any valve that is designated, as described in §60.486a(f)(2), as a difficult-to-monitor valve is exempt from the requirements of 60.482-7a(a) if (60.482-7a(h)):

    35.57.1    The owner or operator of the valve demonstrates that the valve cannot be monitored without elevating the monitoring personnel more than 2 meters above a support surface. (60.482-7a(h)(1))

    35.57.2    The process unit within which the valve is located either becomes an affected facility through §60.14 or §60.15 and was constructed on or before January 5, 1981; or has less than 3.0 percent of its total number of valves designated as difficult-to-monitor by the owner or operator. (60.482-7a(h)(2))

    35.57.3    The owner or operator of the valve follows a written plan that requires monitoring of the valve at least once per calendar year. (60.482-7a(h)(3))

**Standards: Pumps, valves, and connectors in heavy liquid service and pressure relief devices in light liquid or heavy liquid service (60.482-8a)**

35.58    If evidence of a potential leak is found by visual, audible, olfactory, or any other detection method at pumps, valves, and connectors in heavy liquid service and pressure relief devices in light liquid or heavy liquid service, the owner or operator shall follow either one of the following procedures (60.482-8a(a)):

Air Pollution Control Division | Suncor Energy (U.S.A.)
--- | ---
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 169

35.58.1    The owner or operator shall monitor the equipment within 5 days by the method specified in §60.485a(b) and shall comply with the requirements of 60.482-8a(b) through (d). (60.482-8a(a)(1))

35.58.2    The owner or operator shall eliminate the visual, audible, olfactory, or other indication of a potential leak within 5 calendar days of detection. (60.482-8a(a)(2))

35.59    If an instrument reading of 10,000 ppm or greater is measured, a leak is detected. (60.482-8a(b))

35.60    When a leak is detected, it shall be repaired as soon as practicable, but not later than 15 calendar days after it is detected, except as provided in §60.482–9a. (60.482-8a(c)(1))

35.61    The first attempt at repair shall be made no later than 5 calendar days after each leak is detected. (60.482-8a(c)(2))

35.62    First attempts at repair include, but are not limited to, the best practices described under §§60.482–2a(c)(2) and 60.482–7a(e). (60.482-8a(d))

**Standards: Delay of Repair (60.482-9a)**

35.63    Delay of repair of equipment for which leaks have been detected will be allowed if repair within 15 days is technically infeasible without a process unit shutdown. Repair of this equipment shall occur before the end of the next process unit shutdown. Monitoring to verify repair must occur within 15 days after startup of the process unit. (60.482-9a(a))

35.64    Delay of repair of equipment will be allowed for equipment which is isolated from the process and which does not remain in VOC service. (60.482-9a(b))

35.65    Delay of repair for valves and connectors will be allowed if (60.482-9a(c)):

35.65.1    The owner or operator demonstrates that emissions of purged material resulting from immediate repair are greater than the fugitive emissions likely to result from delay of repair (60.482-9a(c)(1)), and

35.65.2    When repair procedures are effected, the purged material is collected and destroyed or recovered in a control device complying with §60.482-10a. (60.482-9a(c)(2))

35.66    Delay of repair for pumps will be allowed if (60.482-9a(d)):

35.66.1    Repair requires the use of a dual mechanical seal system that includes a barrier fluid system (60.482-9a(d)(1)), and

35.66.2    Repair is completed as soon as practicable, but not later than 6 months after the leak was detected. (60.482-9a(d)(2))

---

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
--- | ---
 | Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 170 |

35.67 Delay of repair beyond a process unit shutdown will be allowed for a valve, if valve assembly replacement is necessary during the process unit shutdown, valve assembly supplies have been depleted, and valve assembly supplies had been sufficiently stocked before the supplies were depleted. Delay of repair beyond the next process unit shutdown will not be allowed unless the next process unit shutdown occurs sooner than 6 months after the first process unit shutdown. (60.482-9a(e))

35.68 When delay of repair is allowed for a leaking pump, valve, or connector that remains in service, the pump, valve, or connector may be considered to be repaired and no longer subject to delay of repair requirements if two consecutive monthly monitoring instrument readings are below the leak definition. (60.482-9a(f))

**Standards: Closed vent systems and control devices (60.482-10a)**

35.69 Owners or operators of closed vent systems and control devices used to comply with provisions of 40 CFR Part 60 Subpart VVa shall comply with the provisions of this section. (60.482-10a(a))

35.70 Vapor recovery systems (for example, condensers and absorbers) shall be designed and operated to recover the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 parts per million by volume (ppmv), whichever is less stringent. (60.482-10a(b))

35.71 Enclosed combustion devices shall be designed and operated to reduce the VOC emissions vented to them with an efficiency of 95 percent or greater, or to an exit concentration of 20 ppmv, on a dry basis, corrected to 3 percent oxygen, whichever is less stringent or to provide a minimum residence time of 0.75 seconds at a minimum temperature of 816 °C. (60.482-10a(c))

35.72 Flares used to comply with 40 CFR Part 60 Subpart VVa shall comply with the requirements of §60.18. (60.482-10a(d))

35.73 Owners or operators of control devices used to comply with the provisions of 40 CFR Part 60 Subpart VVa shall monitor these control devices to ensure that they are operated and maintained in conformance with their designs. (60.482-10a(e))

35.74 Except as provided in 60.482-10a(i) through (k), each closed vent system shall be inspected according to the procedures and schedule specified in 60.482-10a(f)(1) and (2). (60.482-10a(f))

35.75 Leaks, as indicated by an instrument reading greater than 500 ppmv above background or by visual inspections, shall be repaired as soon as practicable except as provided in 60.482-10a(h). (60.482-10a(g))

35.75.1 A first attempt at repair shall be made no later than 5 calendar days after the leak is detected. (60.482-10a(g)(1))

35.75.2 Repair shall be completed no later than 15 calendar days after the leak is detected. (60.482-10a(g)(2))

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 171 |

35.76    Delay of repair of a closed vent system for which leaks have been detected is allowed if the repair is technically infeasible without a process unit shutdown or if the owner or operator determines that emissions resulting from immediate repair would be greater than the fugitive emissions likely to result from delay of repair. Repair of such equipment shall be complete by the end of the next process unit shutdown. (60.482-10a(h))

35.77    If a vapor collection system or closed vent system is operated under a vacuum, it is exempt from the inspection requirements of 60.482-10a(f)(1)(i) and (f)(2). (60.482-10a(i))

35.78    Any parts of the closed vent system that are designated, as described in 60.482-10a(l)(1), as unsafe to inspect are exempt from the inspection requirements of 60.482-10a(f)(1)(i) and (f)(2) if they comply with the requirements specified in 60.482-10a(j)(1) and (2). (60.482-10a(j))

    35.78.1    The owner or operator determines that the equipment is unsafe to inspect because inspecting personnel would be exposed to an imminent or potential danger as a consequence of complying with 60.482-10a(f)(1)(i) or (f)(2) (60.482-10a(j)(1)); and

    35.78.2    The owner or operator has a written plan that requires inspection of the equipment as frequently as practicable during safe-to-inspect times. (60.482-10a(j)(2))

35.79    Any parts of the closed vent system that are designated, as described in 60.482-10a(l)(2), as difficult to inspect are exempt from the inspection requirements of 60.482-10a(f)(1)(i) and (f)(2) if they comply with the requirements specified in 60.482-10a(k)(1) through (3). (60.482-10a(k))

    35.79.1    The owner or operator determines that the equipment cannot be inspected without elevating the inspecting personnel more than 2 meters above a support surface (60.482-10a(k)(1)); and

    35.79.2    The process unit within which the closed vent system is located becomes an affected facility through §§60.14 or 60.15, or the owner or operator designates less than 3.0 percent of the total number of closed vent system equipment as difficult to inspect (60.482-10a(k)(2)); and

    35.79.3    The owner or operator has a written plan that requires inspection of the equipment at least once every 5 years. A closed vent system is exempt from inspection if it is operated under a vacuum. (60.482-10a(k)(3))

35.80    The owner or operator shall record the information specified in 60.482-10a(l)(1) through (5). (60.482-10a(l))

35.81    Closed vent systems and control devices used to comply with provisions of 40 CFR Part 60 Subpart VVa shall be operated at all times when emissions may be vented to them. (60.482-10a(m))

**Standards: Connectors in gas/vapor service and in light liquid service (60.482-11a)**

Air Pollution Control Division                                  Suncor Energy (U.S.A.)
Colorado Operating Permit                   Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                        Page 172

The requirements in 60.482-11a have been stayed until further notice and are not included in the permit (See 73 FR 31376, June 2, 2008).

**Alternative standards for valves – allowable percentage of leaking valves (60.483-1a)**

35.82   An owner or operator may elect to comply with an allowable percentage of valves leaking of equal to or less than 2.0 percent. (60.483-1a(a))

35.83   The requirements in 60.483-1a(b)(1) through (3) shall be met if an owner or operator wishes to comply with an allowable percentage of valves leaking. (60.483-1a(b))

35.84   Performance tests shall be conducted in accordance with the requirements in 60.483-1a(c)(1) through (3).

35.85   Owners and operators who elect to comply with this alternative standard shall not have an affected facility with a leak percentage greater than 2.0 percent, determined as described in §60.485a(h). (60.483-1a(d))

**Alternative standards for valves – skip period leak detection and repair (60.483-2a)**

35.86   An owner or operator may elect to comply with one of the alternative work practices specified in 60.483-2a(b)(2) and (3). (60.483-2a(a)(1))

35.87   An owner or operator must notify the Administrator before implementing one of the alternative work practices, as specified in §60.487(d)a. (60.483-2a(a)(2))

35.88   An owner or operator shall comply initially with the requirements for valves in gas/vapor service and valves in light liquid service, as described in §60.482-7a. (60.483-2a(b)(1))

35.89   After 2 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 1 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. (60.483-2a(b)(2))

35.90   After 5 consecutive quarterly leak detection periods with the percent of valves leaking equal to or less than 2.0, an owner or operator may begin to skip 3 of the quarterly leak detection periods for the valves in gas/vapor and light liquid service. (60.483-2a(b)(3))

35.91   If the percent of valves leaking is greater than 2.0, the owner or operator shall comply with the requirements as described in §60.482-7a but can again elect to use this section. (60.483-2a(b)(4))

35.92   The percent of valves leaking shall be determined as described in §60.485a(h). (60.483-2a(b)(5))

35.93   An owner or operator must keep a record of the percent of valves found leaking during each leak detection period. (60.483-2a(b)(6))

Operating Permit #95OPAD108                        First Issued:  October 1, 2006
                                                   Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 173 |

35.94    A valve that begins operation in gas/vapor service or light liquid service after the initial startup date for a process unit following one of the alternative standards in this section must be monitored in accordance with §60.482-7a(a)(2)(i) or (ii) before the provisions of this section can be applied to that valve. (60.483-2a(b)(7))

**Test methods and procedures (60.485a)**

35.95    The test methods and procedures specified in §60.485 shall be followed.

**Recordkeeping requirements (60.486a)**

35.96    Records shall be kept as required by §60.486a.

**Reporting requirements (60.487a)**

35.97    Semi-annual reports shall be submitted as required by §60.487a.

**36.    40 CFR Part 60, Subpart GGG – Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries**

The following sources are subject to these requirements: F031 (leaks from installation of T79), F034 (piping modifications for products handling system (SEP)) and certain F039 (miscellaneous unpermitted) components that meet the applicability criteria in §60.590a .

The definition of "process unit" in NSPS Subpart GGG has been stayed (see 60.590(e) and 73 FR 31376, June 2, 2008).  While the definition of "process unit" is stayed owners or operations shall use the definition of "process unit" in §60.590(e) in Subpart GGG.

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 60 Subpart GGG published in the Federal Register on June 2, 2008. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60, Subpart GGG. The relevant requirements in 40 CFR Part 60 Subpart GGG include, but are not limited to the following:

**Standards (60.592)**

36.1    Each owner or operator subject to the provisions of this subpart shall comply with the requirements of 40 CFR Part 60, Subpart VV, 60.482-1 through 60.482-10. (60.592(a)) The Subpart VV provisions are included in Condition 34 of this permit.

36.2    For a given process unit, an owner or operator may elect to comply with the requirements of paragraphs (b)(1), (2), or (3) of §60.592 as an alternative to the requirements in 40 CFR Part 60 Subpart VV §60.482–7. (60.592(b)).

36.3    An owner or operator may apply to the Administrator for a determination of equivalency for any means of emission limitation that achieves a reduction in emissions of VOC at least equivalent to

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 174 |

the reduction in emissions of VOC achieved by the controls required in this subpart. In doing so, the owner or operator shall comply with requirements of 40 CFR Part 60, Subpart VV §60.484. (60.592(c))

36.4    Each owner or operator subject to the provisions of this subpart shall comply with the provisions of 40 CFR Part 60, Subpart VV §60.485 except as provided in §60.593. (60.592(d))

36.5    Each owner or operator subject to the provisions of this subpart shall comply with the provisions of 40 CFR Part 60, Subpart VV §§60.486 and 60.487. (60.592(e))

**Exceptions (60.593)**

36.6    Each owner or operator subject to the provisions of this subpart may comply with the following exceptions to the provisions of subpart VV. (60.593(a))

36.7    Compressors in hydrogen service are exempt from the requirements of §60.592 if an owner or operator demonstrates that a compressor is in hydrogen service. (60.593(b)(1)) The provisions in 60.593a(b)(2) or (b)(3) shall be used to demonstrate that the compressor is in hydrogen service.

36.8    Any existing reciprocating compressor that becomes an affected facility under provisions of §60.14 or §60.15 is exempt from 40 CFR Part 60, Subpart VV §60.482-3(a), (b), (c), (d), (e), and (h) provided the owner or operator demonstrates that recasting the distance piece or replacing the compressor are the only options available to bring the compressor into compliance with the provisions of 40 CFR Part 60, Subpart VV §60.482-3(a), (b), (c), (d), (e), and (h). (60.593(c))

36.9    An owner or operator may use the following provision in addition to 40 CFR Part 60, Subpart VV §60.485(e): Equipment is in light liquid service if the percent evaporated is greater than 10 percent at 150 °C as determined by ASTM Method D86-78, 82, 90, 95, or 96 (incorporated by reference as specified in §60.17). (60.593(d))

36.10    Open-ended valves or lines containing asphalt as defined in §60.591 are exempt from the requirements of 40 CFR Part 60, Subpart VV §60.482-6(a) through (c). (60.593(e))

**37.    40 CFR Part 60, Subpart GGGa – Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006**

The permittee has indicated that F001 (crude unit equipment leaks), F002 (FCCU equipment leaks), F007 (reformer equipment leaks), F005 (naphtha hydrotreater equipment leaks), F007 (reformer equipment leaks), F010 (polymerization unit equipment leaks), F013 (amine unit and fuel gas system equipment leaks), F012 (gas plant fugitives), F014 (utilities fuel gas system equipment leaks), F018 (refinery flare fugitive sources), F035 (second stage of crude oil desalting project), F036 (leaks from boiler B504 and B505 fuel gas system tie-ins), F037 (equipment leaks identified in 2014 COC), F038 (equipment leaks associate with the MPV project), F039 (miscellaneous unpermitted) components that meet the applicability criteria in §60.590a and F045 (P2 flare RSR project fugitives) are subject to these requirements.

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 175 |

The definition of "process unit" in NSPS Subpart GGGa has been stayed (see 60.590a(e) and 73 FR 31376, June 2, 2008). While the definition of "process unit" is stayed owners or operations shall use the definition of "process unit" in §60.590a(e) in Subpart GGGa.

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 60 Subpart GGGa published in the Federal Register on June 2, 2008. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 60, Subpart GGGa. The relevant requirements in 40 CFR Part 60 Subpart GGGa include, but are not limited to the following:

**Standards (60.592a)**

37.1    Each owner or operator subject to the provisions of this subpart shall comply with the requirements of 40 CFR Part 60 Subpart VVa §§60.482–1a to 60.482–10a as soon as practicable, but no later than 180 days after initial startup. (60.592a(a))   The subpart VVa provisions are included in Condition 35 of this permit.

37.2    For a given process unit, an owner or operator may elect to comply with the requirements of paragraphs (b)(1), (2), or (3) of §60.592a as an alternative to the requirements in 40 CFR Part 60 Subpart VVa §60.482–7a. (60.592a(b))

37.3    An owner or operator may apply to the Administrator for a determination of equivalency for any means of emission limitation that achieves a reduction in emissions of VOC at least equivalent to the reduction in emissions of VOC achieved by the controls required in this subpart. In doing so, the owner or operator shall comply with requirements of 40 CFR Part 60 Subpart VVa §60.484a. (60.592a(c))

37.4    Each owner or operator subject to the provisions of this subpart shall comply with the provisions of 40 CFR Part 60 Subpart VVa §60.485a except as provided in §60.593a. (60.592a(d))

37.5    Each owner or operator subject to the provisions of this subpart shall comply with the provisions of 40 CFR Part 60 Subpart VVa §§60.486a and 60.487a. (60.592a(e))

**Exceptions (60.593a)**

37.6    Each owner or operator subject to the provisions of this subpart may comply with the following exceptions to the provisions of subpart VVa of this part. (60.593a(a))

37.7    Compressors in hydrogen service are exempt from the requirements of §60.592a if an owner or operator demonstrates that a compressor is in hydrogen service. (60.593a(b)(1)) The provisions in 60.593a(b)(2) or (b)(3) shall be used to demonstrate that the compressor is in hydrogen service.

37.8    Any existing reciprocating compressor that becomes an affected facility under provisions of §60.14 or §60.15 is exempt from 40 CFR Part 60 Subpart VVa §60.482-3a(a), (b), (c), (d), (e), and (h) provided the owner or operator demonstrates that recasting the distance piece or replacing the

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 176 |

compressor are the only options available to bring the compressor into compliance with the provisions of 40 CFR Part 60 Subpart VVa §60.482-3a(a), (b), (c), (d), (e), and (h). (63.593a(c))

37.9    An owner or operator may use the following provision in addition to 40 CFR Part 60 Subpart VVa §60.485a(e): Equipment is in light liquid service if the percent evaporated is greater than 10 percent at 150 °C as determined by ASTM Method D86-78, 82, 90, 93, 95, or 96 (incorporated by reference as specified in §60.17). (60.593a(d))

37.10   Open-ended valves or lines containing asphalt as defined in §60.591a are exempt from the requirements of 40 CFR Part 60 Subpart VVa §60.482-6a(a) through (c). (60.593a(f))

37.11   Connectors in gas/vapor or light liquid service are exempt from the requirements in §60.482-11a, provided the owner or operator complies with 40 CFR Part 60 Subpart VVa §60.482-8a for all connectors, not just those in heavy liquid service. (60.593a(g))

## 38.    40 CFR Part 60, Subpart QQQ - Standards of Performance for VOC Emissions From Petroleum Refinery Wastewater Systems

The Gas Plant Sewers (F011), Sour Water Stripper Sewers (F025) and Boiler Sewers (F30) are subject to the requirements for individual drain systems.

The Upper API (F021), Middle API (F022) and Lower API (F023) are subject to the requirements for oil-water separators.

As specified in 40 CFR Part 63 Subpart CC §63.640(o)(1) a Group 1 wastewater stream managed in a piece of equipment that is also subject the provisions of 40 CFR Part 60 Subpart QQQ is only required to comply with 40 CFR Part 63 Subpart CC. Tanks T29 falls under this provision – it need only comply with the provisions of 40 CFR Part 63 Subpart CC.

The requirements below reflect the rule language in 40 CFR Part 60 Subpart QQQ as of the latest revisions to 40 CFR Part 60 Subpart QQQ published in the Federal Register on October 17, 2000. However, the permittee is subject to the latest version of 40 CFR Part 60 Subpart QQQ. The relevant requirements in 40 CFR Part 60 Subpart QQQ include, but are not limited to the following:

**Standards: General (60.692-1)**

38.1    Each owner of operator subject to the provisions of this subpart shall comply with the requirements of 60.692-1 to 60.692-5 and with 60.693-1 and 60.693-2, except during periods of startup, shutdown, or malfunction. (60.692-1(a))

38.2    Compliance with 60.692-1 to 60.692-5 and with 60.693-1 and 60.693-2 will be determined by review of records and reports, review of performance test results, and inspection using the methods and procedures specified in 60.696. (60.692-1(b))

**Standards: Individual drain systems (60.692-2)**

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 177 |

These requirements apply to the gas plant (F011), sour water stripper (F025) and boiler (F030) sewers.

38.3    Each drain shall be equipped with water seal controls. (60.692-2(a)(1))

38.4    Each drain in active service shall be checked by visual or physical inspection initially and monthly thereafter for indications of low water levels or other conditions that would reduce the effectiveness of the water seal controls. (60.692-2(a)(2))

38.5    Except as provided in 60.692-2(a)(4), each drain out of active service shall be checked by visual or physical inspection initially and weekly thereafter for indications of low water levels or other problems that could result in VOC emissions.(60.692-2(a)(3))

38.6    As an alternative to the requirements in 60.692(a)(3), if an owner or operator elects to install a tightly sealed cap or plug over a drain that is out of service, inspections shall be conducted initially and semiannually to ensure caps or plugs are in place and properly installed. (60.692-2(a)(4))

38.7    Whenever low water levels or missing or improperly installed caps or plugs are identified, water shall be added or first efforts at repair shall be made as soon as practicable, but not later than 24 hours after detection, except as provided in 60.692-6. (60.692-2(a)(5))

38.8    Junction boxes shall be equipped with a cover and may have an open vent pipe. The vent pipe shall be at least 90 cm (3 ft) in length and shall not exceed 10.2 cm (4 in) in diameter. (60.692-2(b)(1))

38.9    Junction box covers shall have a tight seal around the edge and shall be kept in place at all times, except during inspection and maintenance. (60.692-2(b)(2))

38.10    Junction boxes shall be visually inspected initially and semiannually thereafter to ensure that the cover is in place and to ensure that the cover has a tight seal around the edge. (60.692-2(b)(3))

38.11    If a broken seal or gap is identified, first effort at repair shall be made as soon as practicable, but not later than 15 calendar days after the broken seal or gap is identified, except as provided in 60.692-6. (60.692-2(b)(4))

38.12    Sewer lines shall not be open to the atmosphere and shall be covered or enclosed in a manner so as to have no visual gaps or cracks in joints, seals, or other emission interfaces. (60.692-2(c)(1))

38.13    The portion of each unburied sewer line shall be visually inspected initially and semiannually thereafter for indication of cracks, gaps, or other problems that could result in VOC emissions. (60.692-2(c)(2))

38.14    Whenever cracks, gaps, or other problems are detected, repairs shall be made as soon as practicable, but not later than 15 calendar days after identification, except as provided in 60.692-6. (60.692-2(c)(3))

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 178 |

38.15    Except as provided in 60.692-2(e), each modified or reconstructed individual drain system that has a catch basin in the existing configuration prior to May 4, 1987 shall be exempt from the provisions of this section. (60.692-2(d))

38.16    Refinery wastewater routed through new process drains and a new first common downstream junction box, either as part of a new individual drain system or an existing individual drain system, shall not be routed through a down stream catch basin. (60.692-2(e))

**Standards: Oil-water separators (60.692-3)**

These requirements apply to the upper (F021), middle (F022) and upper (F023) APIs.

38.17    Each oil-water separator tank, slop oil tank, storage vessel, or other auxiliary equipment subject to the requirements of this subpart shall be equipped and operated with a fixed roof, which meets the specifications set forth in 60.692-3(a), except as provided in 60.692-3(d) or in 60.693-2. (60.692-3(a))

    38.17.1    The fixed roof shall be installed to completely cover the separator tank, slop oil tank, storage vessel, or other auxiliary equipment with no separation between the roof and the wall. (60.692-3(a)(1))

    38.17.2    The vapor space under a fixed roof shall not be purged unless the vapor is directed to a control device. (60.692-3(a)(2))

    38.17.3    If the roof has access doors or openings, such doors or openings shall be gasketed, latched, and kept closed at all times during operation of the separator system, except during inspection and maintenance. (60.692-3(a)(3))

    38.17.4    Roof seals, access doors, and other openings shall be checked by visual inspection initially and semiannually thereafter to ensure that no cracks or gaps occur between the roof and wall and that access doors and other openings are closed and gasketed properly. (60.692-3(a)(4))

    38.17.5    When a broken seal or gasket or other problem is identified, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after it is identified, except as provided in §60.692–6. (60.692-3(a)(5))

38.18    Each oil-water separator tank or auxiliary equipment with a design capacity to treat more than 16 liters per second (250 gpm) of refinery wastewater shall, in addition to the requirements in 60.692-3(a), be equipped and operated with a closed vent system and control device, which meet the requirements of 60.692-5, except as provided in 60.692-2(c) and 60.693-2. (60.692-3(b))

The upper, lower and middle APIs (F021, F022 and F023) meet these requirements with a closed vent system and carbon canisters.

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 179 |

38.19 Slop oil from an oil-water separator tank and oily wastewater from slop oil handling equipment shall be collected, stored, transported, recycled, reused, or disposed of in an enclosed system. Once slop oil is returned to the process unit or is disposed of, it is no longer within the scope of this subpart. Equipment used in handling slop oil shall be equipped with a fixed roof meeting the requirements of 60.692-3(a). (60.692-3(e))

38.20 Each oil-water separator tank, slop oil tank, storage vessel, or other auxiliary equipment that is required to comply with 60.692-3(a), and not 60.692-3(b), may be equipped with a pressure control valve as necessary for proper system operation. The pressure control valve shall be set at the maximum pressure necessary for proper system operation, but such that the value will not vent continuously. (60.692-3(f))

**Standards:  Closed Vent Systems and control devices (60.692-5)**

38.21 Closed vent systems and control devices used to comply with provisions of this subpart shall be operated at all times when emissions may be vented to them. (60.692-5(d))

38.22 Closed vent systems shall be designed and operated with no detectable emissions, as indicated by an instrument reading of less than 500 ppm above background, as determined during the initial and semiannual inspections by the methods specified in §60.696. (60.692-5(e)(1))

38.23 Closed vent systems shall be purged to direct vapor to the control device. (60.692-5(e)(2))

38.24 A flow indicator shall be installed on a vent stream to a control device to ensure that the vapors are being routed to the device. (60.692-5(e)(3))

38.25 All gauging and sampling devices shall be gas-tight except when gauging or sampling is taking place. (60.692-5(e)(4))

38.26 When emissions from a closed system are detected, first efforts at repair to eliminate the emissions shall be made as soon as practicable, but not later than 30 calendar days from the date the emissions are detected, except as provided in §60.692-6. (60.692-5(e)(5))

**Standards: Delay of repair (60.692-6)**

38.27 Delay of repair of facilities that are subject to the provisions of this subpart will be allowed if the repair is technically impossible without a complete or partial refinery or process unit shutdown. (60.692-6(a))

38.28 Repair of such equipment shall occur before the end of the next refinery or process unit shutdown. (60.692-6(b))

**Monitoring of operations (60.695)**

38.29 For a carbon adsorption system that does not regenerate the carbon bed directly onsite in the control device (e.g., a carbon canister), the concentration level of the organic compounds in the exhaust

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) |
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 180 |

vent stream from the carbon adsorption system shall be monitored on a regular schedule, and the existing carbon shall be replaced with fresh carbon immediately when carbon breakthrough is indicated. The device shall be monitored on a daily basis or at intervals no greater than 20 percent of the design carbon replacement interval, whichever is greater. As an alternative to conducting this monitoring, an owner or operator may replace the carbon in the carbon adsorption system with fresh carbon at a regular predetermined time interval that is less than the carbon replacement interval that is determined by the maximum design flow rate and organic concentration in the gas stream vented to the carbon adsorption system. (60.695(a)((3)(ii))

**Performance test methods and procedures and compliance provisions (60.696)**

38.30   The owner or operator of each source that is equipped with a closed vent system and control device as required in §60.692-5 (other than a flare) is exempt from §60.8 of the General Provisions and shall use Method 21 to measure the emission concentrations, using 500 ppm as the no detectable emission limit. The instrument shall be calibrated each day before using. The calibration gases shall be (60.696(b)):

38.30.1   Zero air (less than 10 ppm of hydrocarbon in air), and

38.30.2   A mixture of either methane or n-hexane and air at a concentration of approximately, but less than, 10,000 ppm methane or n-hexane. (60.696(b)(1) & (2))

38.31   After installing the control equipment required to meet §60.693-2(a) or whenever sources that have ceased to treat refinery wastewater for a period of 1 year or more are placed back into service, the owner or operator shall determine compliance with the standards in §60.693-2(a) as follows (60.696(d)):

38.31.1   The maximum gap widths and maximum gap areas between the primary seal and the separator wall and between the secondary seal and the separator wall shall be determined individually within 60 calendar days of the initial installation of the floating roof and introduction of refinery wastewater or 60 calendar days after the equipment is placed back into service using the procedures in 60.696(d)(1)(i) through (iii) when the separator is filled to the design operating level and when the roof is floating off the roof supports. (60.696(d)(1))

38.31.2   The gap widths and total gap area shall be determined using the procedure in Condition 38.31.1 according to the following frequency (60.696(d)(2)):

38.31.2.1   For primary seals, once every 5 years. (60.696(d)92)(i))

38.31.2.2   For secondary seals, once every year. (60.696(d)92)(ii))

**Recordkeeping requirements (60.697)**

38.32   Each owner or operator of a facility subject to the provisions of this subpart shall comply with the recordkeeping requirements set forth in 60.697, as applicable. All records shall be retained for a period of 2 years after being recorded unless otherwise noted. (60.697(a) Note that in accordance

| | |
|---|---|
| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                      Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 181

with the requirements in Section IV, Conditions 22.b and c records shall be kept for a period of five years.

**Reporting Requirements (60.698)**

38.33    A report that summarizes all inspections when a water seal was dry or otherwise breached, when a drain cap or plug was missing or improperly installed, or when cracks, gaps, or other problems were identified that could result in VOC emissions, including information about the repairs or corrective action taken, shall be submitted initially and semiannually to the Division. (60.698(c))

38.34    As applicable, a report shall be submitted semiannually to the Division that indicates each occurrence when the carbon in a carbon adsorber system that is not regenerated directly onsite in the control device is not replaced at the predetermined interval specified in §60.695(a)(3)(ii) (Condition 38.29). (60.698(d)(3)(ii))

**39.    40 CFR Part 61, Subpart FF – National Emission Standard for Benzene Waste Operations**

The refinery is subject to these requirements.  According to the Consent Decree (SA-05-CA-0569)) Suncor shall comply with the 6BQ option (61.342(e)).

The following equipment is subject to control requirements in 40 CFR Part FF: Tanks T020 and T029

The remaining waste streams, as applicable, will be included in assessing compliance with the 6 Mg/yr benzene quantity limit for uncontrolled waste streams.

The requirements below reflect the rule language in 40 CFR Part 61 Subpart FF as of the latest revisions to 40 CFR Part 61 Subpart FF published in the Federal Register on December 4, 2003.  However, the permittee is subject to the latest version of 40 CFR Part 61 Subpart FF. The relevant requirements in 40 CFR Part 61 Subpart FF include, but are not limited to the following:

**Standards: General (61.342)**

39.1    Each owner or operator of a facility at which the total annual benzene quantity from facility waste is equal to or greater than 10 Mg/yr (11 ton/yr) as determined in paragraph (a) of this section shall be in compliance with the requirements of paragraphs (c) through (h) of this section no later than 90 days following the effective date, unless a waiver of compliance has been obtained under §61.11, or by the initial startup for a new source with an initial startup after the effective date. (61.342(b))  According to the Consent Decree (SA-05-CA-0569)) Suncor shall comply with the 6BQ option (61.342(e)).

39.2    As an alternative to the requirements specified in paragraphs (c) and (d) of this section, an owner or operator of a facility at which the total annual benzene quantity from facility waste is equal to or greater than 10 Mg/yr (11 ton/yr) as determined in paragraph (a) of this section may elect to manage and treat the facility waste as follows (61.342(e)):

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 182 |

39.2.1    The owner or operator shall manage and treat facility waste with a flow-weighted annual average water content of less than 10 percent in accordance with the requirements of paragraph (c)(1) of this section (61.342(e)(1)); and

39.2.2    The owner or operator shall manage and treat facility waste (including remediation and process unit turnaround waste) with a flow-weighted annual average water content of 10 percent or greater, on a volume basis as total water, and each waste stream that is mixed with water or wastes at any time such that the resulting mixture has an annual water content greater than 10 percent, in accordance with the following (61.342(e)(2)):

39.2.2.1    The benzene quantity for the wastes described in paragraph (e)(2) of this section must be equal to or less than 6.0 Mg/yr (6.6 ton/yr), as determined in §61.355(k). Wastes as described in paragraph (e)(2) of this section that are transferred offsite shall be included in the determination of benzene quantity as provided in §61.355(k). The provisions of paragraph (f) of this section shall not apply to any owner or operator who elects to comply with the provisions of paragraph (e) of this section. (61.342(e)(2)(i))

39.2.2.2    The determination of benzene quantity for each waste stream defined in paragraph (e)(2) of this section shall be made in accordance with §61.355(k). (61.342(e)(2)(ii))

39.3    Compliance with this subpart will be determined by review of facility records and results from tests and inspections using methods and procedures specified in §61.355 of this subpart. (61.342(g))

**Standards:  Tanks (61.343)**

No specific equipment has been identified at this facility that is subject to the requirements in §61.343.

39.4    Except as provided in paragraph (b) of this section and in §61.351, the owner or operator must meet the standards in paragraph (a)(1) or (2) of this section for each tank in which the waste stream is placed in accordance with §61.342(c)(1)(ii). The standards in this section apply to the treatment and storage of the waste stream in a tank, including dewatering. (61.343(a))

39.4.1    The owner or operator shall install, operate, and maintain a fixed-roof and closed-vent system that routes all organic vapors vented from the tank to a control device. (61.343(a)(1))

39.4.1.1    The fixed roof shall meet the requirements in §61.343(a)(1)(i).

39.4.1.2    The closed-vent system and control device shall be designed and operated in accordance with the requirements of §61.349 of this subpart. (61.343(a)(1)(ii)). **OR**

39.4.2    The owner or operator must install, operate, and maintain an enclosure and closed-vent system that routes all organic vapors vented from the tank, located inside the enclosure,

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 183 |

to a control device in accordance with the requirements specified in paragraph (e) of this section. (61.343(a)(2))

39.5    For a tank that meets all the conditions specified in paragraph (b)(1) of this section, the owner or operator may elect to comply with paragraph (b)(2) of this section as an alternative to the requirements specified in paragraph (a)(1) of this section. (61.343(b))  .

    39.5.1    The waste managed in the tank complying with paragraph (b)(2) of this section shall meet all of the conditions in 61.343(b)(1).

    39.5.2    The owner or operator shall install, operate, and maintain a fixed roof as specified in paragraph (a)(1)(i). (61.343(b)(2))

    39.5.3    For each tank complying with paragraph (b) of this section, one or more devices which vent directly to the atmosphere may be used on the tank provided each device remains in a closed, sealed position during normal operations except when the device needs to open to prevent physical damage or permanent deformation of the tank or cover resulting from filling or emptying the tank, diurnal temperature changes, atmospheric pressure changes or malfunction of the unit in accordance with good engineering and safety practices for handling flammable, explosive, or other hazardous materials. (61.343(b)(2))

39.6    Each fixed-roof, seal, access door, and all other openings shall be checked by visual inspection initially and quarterly thereafter to ensure that no cracks or gaps occur and that access doors and other openings are closed and gasketed properly. (61.343(c))

39.7    Except as provided in §61.350 of this subpart, when a broken seal or gasket or other problem is identified, or when detectable emissions are measured, first efforts at repair shall be made as soon as practicable, but not later than 45 calendar days after identification. (61.343(d))

39.8    Each owner or operator who controls air pollutant emissions by using an enclosure vented through a closed-vent system to a control device must meet the requirements specified in paragraphs (e)(1) through (4) of this section. (61.343(e))

**Standards:  Containers (61.345)**

No specific equipment has been identified at this facility that is subject to the requirements in §61.345.

39.9    The owner or operator shall meet the following standards for each container in which waste is placed in accordance with §61.342(c)(1)(ii) of this subpart: (61.345(a))

    39.9.1    The owner or operator shall install, operate, and maintain a cover on each container used to handle, transfer, or store waste in accordance with the requirements in 61.345(a)(1)(i) and (ii). (61.345(a)(1))

---

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                                      Suncor Energy (U.S.A.)
Colorado Operating Permit                                       Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                            Page 184

39.9.2   When a waste is transferred into a container by pumping, the owner or operator shall perform the transfer using a submerged fill pipe. The submerged fill pipe outlet shall extend to within two fill pipe diameters of the bottom of the container while the container is being loaded. During loading of the waste, the cover shall remain in place and all openings shall be maintained in a closed, sealed position except for those openings required for the submerged fill pipe, those openings required for venting of the container to prevent physical damage or permanent deformation of the container or cover, and any openings complying with paragraph (a)(4) of this section. (61.345(a)(2))

39.9.3   Treatment of a waste in a container, including aeration, thermal or other treatment, must be performed by the owner or operator in a manner such that while the waste is being treated the container meets the standards specified in paragraphs (a)(3)(i) through (iii) of this section, except for covers and closed-vent systems that meet the requirements in paragraph (a)(4) of this section. (61.345(a)(3))

39.9.4   If the cover and closed-vent system operate such that the container is maintained at a pressure less than atmospheric pressure, the owner or operator may operate the system with an opening that is not sealed and kept closed at all times if the conditions in 61.345(a)(4)(i) through (iii) are met.  (61.345(a)(4))

39.10   Each cover and all openings shall be visually inspected initially and quarterly thereafter to ensure that they are closed and gasketed properly. (61.345(b))

39.11   Except as provided in §61.350 of this subpart, when a broken seal or gasket or other problem is identified, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.345(c))

**Standards: Individual Drain Systems (61.346)**

No specific equipment has been identified at this facility that is subject to the requirements in §61.346.

39.12   Except as provided in paragraph (b) of this section, the owner or operator shall meet the following standards for each individual drain system in which waste is placed in accordance with §61.342(c)(1)(ii) of this subpart (61.346(a)):

39.12.1   The owner or operator shall install, operate, and maintain on each drain system opening a cover and closed-vent system that routes all organic vapors vented from the drain system to a control device. (61.346(a)(1))

39.12.1.1   The cover shall meet the requirements in 61.346(a)(1)(i)(A) through (C).

39.12.1.2   The closed-vent system and control device shall be designed and operated in accordance with §61.349 of this subpart. (61.346(a)(1)(ii))

39.12.2   Each cover seal, access hatch, and all other openings shall be checked by visual inspection initially and quarterly thereafter to ensure that no cracks or gaps occur and that access hatches and other openings are closed and gasketed properly. (61.346(a)(2))

Operating Permit #95OPAD108                                         First Issued:  October 1, 2006
                                                                    Renewed: September 1, 2022

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 185

39.12.3 Except as provided in § 61.350 of this subpart, when a broken seal or gasket or other problem is identified, or when detectable emissions are measured, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.346(a)(3))

39.13 As an alternative to complying with paragraph (a) of this section, an owner or operator may elect to comply with the following requirements: (61.346(b))

39.13.1 Each drain shall be equipped with water seal controls or a tightly sealed cap or plug. (61.346(b)(1))

39.13.2 Each junction box shall be equipped with a cover and may have a vent pipe. The vent pipe shall be at least 90 cm (3 ft) in length and shall not exceed 10.2 cm (4 in) in diameter. (61.346(b)(2))

39.13.2.1 Junction box covers shall have a tight seal around the edge and shall be kept in place at all times, except during inspection and maintenance. (61.346(b)(2)(i))

39.13.2.2 One of the methods in §61.346(b)(2)(ii)(A) or (B) shall be used to control emissions from the junction box vent pipe to the atmosphere. (61.346(b)(2)(ii))

39.13.3 Each sewer line shall not be open to the atmosphere and shall be covered or enclosed in a manner so as to have no visual gaps or cracks in joints, seals, or other emission interfaces. (61.346(b)(3))

39.13.4 Equipment installed in accordance with paragraphs (b)(1), (b)(2), or (b)(3) of this section (Conditions 39.13.1, 39.13.2 or 39.13.3) shall be inspected as follows: (61.346(b)(4))

39.13.4.1 Each drain using water seal controls shall be checked by visual or physical inspection initially and thereafter quarterly for indications of low water levels or other conditions that would reduce the effectiveness of water seal controls. (61.346(b)(4)(i))

39.13.4.2 Each drain using a tightly sealed cap or plug shall be visually inspected initially and thereafter quarterly to ensure caps or plugs are in place and properly installed. (61.346(b)(4)(ii))

39.13.4.3 Each junction box shall be visually inspected initially and thereafter quarterly to ensure that the cover is in place and to ensure that the cover has a tight seal around the edge. (61.346(b)(4)(iii))

39.13.4.4 The unburied portion of each sewer line shall be visually inspected initially and thereafter quarterly for indication of cracks, gaps, or other problems that could result in benzene emissions. (61.346(b)(4)(iv))

---

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 186 |

39.13.5   Except as provided in §61.350 of this subpart, when a broken seal, gap, crack or other problem is identified, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.346(b)(5))

**Standards:  Oil-water Separators (61.347)**

No specific equipment has been identified at this facility that is subject to the requirements in §61.347.

39.14   Except as provided in §61.352 of this subpart, the owner or operator shall meet the following standards for each oil-water separator in which waste is placed in accordance with §61.342(c)(1)(ii) of this subpart: (61.347(a))

39.14.1   The owner or operator shall install, operate, and maintain a fixed-roof and closed-vent system that routes all organic vapors vented from the oil-water separator to a control device. (61.347(a)(1))  The fixed-roof shall meet the requirements in 61.347(a)(1)(i).

39.14.2   The closed-vent system and control device shall be designed and operated in accordance with the requirements of §61.349 of this subpart. (61.347(a)(1)(ii))

39.15   Each cover seal, access hatch, and all other openings shall be checked by visual inspection initially and quarterly thereafter to ensure that no cracks or gaps occur between the cover and oil-water separator wall and that access hatches and other openings are closed and gasketed properly. (61.347(b))

39.16   Except as provided in §61.350 of this subpart, when a broken seal or gasket or other problem is identified, or when detectable emissions are measured, first efforts at repair shall be made as soon as practicable, but not later than 15 calendar days after identification. (61.347(c))

**Standards:  Closed Vent Systems and Control Devices (61.349)**

No specific equipment has been identified at this facility that is subject to the requirements in §61.349.

39.17   For each closed-vent system and control device used to comply with standards in accordance with §§61.343 through 61.348 of this subpart, the owner or operator shall properly design, install, operate, and maintain the closed-vent system and control device in accordance with the following requirements: (61.349(a))

39.17.1   The closed vent system shall meet the requirements in 61.349(a)(1).

39.17.2   The control device shall be designed and operated in accordance with the requirements in 61.349(a)(2).  For the control technologies addressed in this permit the following requirements apply:

39.17.2.1   An enclosed combustion device (e.g., a vapor incinerator, boiler, or process heater) shall meet one of the requirements in 61.349(a)(2)(i).

39.17.2.2   A vapor recovery system (e.g., a carbon adsorption system or a

Air Pollution Control Division                                   Suncor Energy (U.S.A.)
Colorado Operating Permit                         Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 187

condenser) shall recover or control the organic emissions vented to it with an efficiency of 95 weight percent or greater, or shall recover or control the benzene emissions vented to it with an efficiency of 98 weight percent or greater. (61.349(a)(2)(ii))

39.18    Each closed-vent system and control device used to comply with this subpart shall be operated at all times when waste is placed in the waste management unit vented to the control device except when maintenance or repair of the waste management unit cannot be completed without a shutdown of the control device. (61.349(b))

39.19    An owner and operator shall demonstrate that each control device, except for a flare, achieves the appropriate conditions specified in paragraph (a)(2) of this section by using one of the following methods: (61.349(c))

    39.19.1    Engineering calculations in accordance with requirements specified in §61.356(f) of this subpart; or

    39.19.2    Performance tests conducted using the test methods (61.349(c)(1) and (2))

39.20    The Division may request at any time an owner or operator demonstrate that a control device meets the applicable conditions specified in paragraph (a)(2) of this section by conducting a performance test using the test methods and procedures as required in §61.355, and for control devices subject to paragraph (a)(2)(iv) of this section, the Division may specify alternative test methods and procedures, as appropriate. (61.349(e))

39.21    Each closed-vent system and control device shall be visually inspected initially and quarterly thereafter. The visual inspection shall include inspection of ductwork and piping and connections to covers and control devices for evidence of visible defects such as holes in ductwork or piping and loose connections. (61.349(f))

39.22    Except as provided in §61.350 of this subpart, if visible defects are observed during an inspection, or if other problems are identified, or if detectable emissions are measured, a first effort to repair the closed-vent system and control device shall be made as soon as practicable but no later than 5 calendar days after detection. Repair shall be completed no later than 15 calendar days after the emissions are detected or the visible defect is observed. (61.349(g))

39.23    The owner or operator of a control device that is used to comply with the provisions of this section shall monitor the control device in accordance with §61.354(c) of this subpart. (61.349(h))

**Standards:  Delay of Repair (61.350)**

39.24    Delay of repair of facilities or units that are subject to the provisions of this subpart will be allowed if the repair is technically impossible without a complete or partial facility or unit shutdown. (61.350(a))

---

Operating Permit #95OPAD108                                First Issued:  October 1, 2006
                                                           Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 188 |

39.25    Repair of such equipment shall occur before the end of the next facility or unit shutdown. (61.350(b))

**Alternative Standards for Tanks (61.351)**

T20 and T29 are subject to these requirements.

39.26    As an alternative to the standards for tanks specified in §61.343 of this subpart, an owner or operator may elect to comply with one of the methods specified in §61.351(a)(1) through (3). (61.351(a))

    39.26.1    A fixed roof and internal floating roof meeting the requirements in 40 CFR 60.112b(a)(1) (61.351(a)(1));

    Tank T20 meets the requirements with fixed roof and an internal floating roof that is subject to requirements in 60.112b(a)(1).

    39.26.2    An external floating roof meeting the requirements of 40 CFR 60.112b (a)(2) (61.351(a)(2)); or

    Tank T29 meet the requirements with an external floating roof that is subject to requirements in 60.112b(a)(2).

    39.26.3    An alternative means of emission limitation as described in 40 CFR 60.114b. (61.351(a)(3))

39.27    If an owner or operator elects to comply with the provisions of this section, then the owner or operator is exempt from the provisions of §61.343 of this subpart applicable to the same facilities. (61.351(b))

**Monitoring of Operations (61.354)**

39.28    An owner or operator subject to the requirements in §61.349 of this subpart shall install, calibrate, maintain, and operate according to the manufacturer's specifications a device to continuously monitor the control device operation as specified in 61.354(c)(1) through (9), unless alternative monitoring procedures or requirements are approved for that facility by the Administrator. The owner or operator shall inspect at least once each operating day the data recorded by the monitoring equipment (e.g., temperature monitor or flow indicator) to ensure that the control device is operating properly. (61.354(c))  For the control technologies addressed in this permit the following requirements apply:

    39.28.1    For a thermal vapor incinerator, a temperature monitoring device equipped with a continuous recorder. The device shall have an accuracy of ±1 percent of the temperature being monitored in °C or ±0.5 °C, whichever is greater. The temperature sensor shall be installed at a representative location in the combustion chamber. (61.354(c)(1))

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 189 |

39.29    For a carbon adsorption system that does not regenerate the carbon bed directly on site in the control device (e.g., a carbon canister), either the concentration level of the organic compounds or the concentration level of benzene in the exhaust vent stream from the carbon adsorption system shall be monitored on a regular schedule, and the existing carbon shall be replaced with fresh carbon immediately when carbon breakthrough is indicated. The device shall be monitored on a daily basis or at intervals no greater than 20 percent of the design carbon replacement interval, whichever is greater. As an alternative to conducting this monitoring, an owner or operator may replace the carbon in the carbon adsorption system with fresh carbon at a regular predetermined time interval that is less than the carbon replacement interval that is determined by the maximum design flow rate and either the organic concentration or the benzene concentration in the gas stream vented to the carbon adsorption system. (61.354(d))

39.30    An alternative operation or process parameter may be monitored if it can be demonstrated that another parameter will ensure that the control device is operated in conformance with these standards and the control device's design specifications. (61.354(e))

39.31    Owners or operators using a closed-vent system that contains any bypass line that could divert a vent stream from a control device used to comply with the provisions of this subpart shall do the following: (61.354(f))

    39.31.1    Visually inspect the bypass line valve at least once every month, checking the position of the valve and the condition of the car-seal or closure mechanism required under §61.349(a)(1)(ii) to ensure that the valve is maintained in the closed position and the vent stream is not diverted through the bypass line. (61.354(f)(1))

    39.31.2    Visually inspect the readings from each flow monitoring device required by §61.349(a)(1)(ii) at least once each operating day to check that vapors are being routed to the control device as required. (61.354(f)(2))

39.32    Each owner or operator who uses a system for emission control that is maintained at a pressure less than atmospheric pressure with openings to provide dilution air shall install, calibrate, maintain, and operate according to the manufacturer's specifications a device equipped with a continuous recorder to monitor the pressure in the unit to ensure that it is less than atmospheric pressure. (61.354(g))

**Test Methods, Procedures and Compliance Provisions (61.355)**

39.33    An owner or operator shall determine the total annual benzene quantity from facility waste using the procedures specified in §61.355(a).

39.34    For purposes of the calculation required by paragraph (a) of this section, an owner or operator shall determine the annual waste quantity at the point of waste generation, unless otherwise provided in paragraphs (b) (1), (2), (3), and (4) of this section, by one of the methods given in paragraphs (b) (5) through (7) of this section. (61.355(b))

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                            Suncor Energy (U.S.A.)
Colorado Operating Permit                         Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 190

39.35    For the purposes of the calculation required by §§61.355(a) of this subpart, an owner or operator shall determine the flow-weighted annual average benzene concentration in a manner that meets the requirements given in paragraph (c)(1) of this section using either of the methods given in paragraphs (c)(2) and (c)(3) of this section. (61.355(c))

39.36    An owner or operator shall test equipment for compliance with no detectable emissions as required in §§61.343 through 61.347, and §61.349 of this subpart in accordance with the requirements in §61.355(h).

39.37    An owner or operator using a performance test to demonstrate compliance of a control device with either the organic reduction efficiency requirement or the benzene reduction efficiency requirement specified under §61.349(a)(2) shall use the procedures in §61.355(i).

39.38    An owner or operator shall determine the benzene quantity for the purposes of the calculation required by §61.342(e)(2) using the procedures in §61.355(k).

**Recordkeeping Requirements (61.356)**

39.39    Each owner or operator of a facility subject to the provisions of this subpart shall comply with the recordkeeping requirements of this section. Each record shall be maintained in a readily accessible location at the facility site for a period not less than two years from the date the information is recorded unless otherwise specified. (61.356(a))

39.40    Each owner or operator shall maintain records that identify each waste stream at the facility subject to this subpart, and indicate whether or not the waste stream is controlled for benzene emissions in accordance with this subpart. In addition the owner or operator shall maintain the records specified in 61.355(b)(1) through (6). (61.356(b))

39.41    An owner or operator transferring waste off-site to another facility for treatment in accordance with §61.342(f) shall maintain documentation for each offsite waste shipment that includes the following information: Date waste is shipped offsite, quantity of waste shipped offsite, name and address of the facility receiving the waste, and a copy of the notice sent with the waste shipment. (61.356(c))

39.42    An owner or operator using control equipment in accordance with §§61.343 through 61.347 shall maintain engineering design documentation for all control equipment that is installed on the waste management unit. The documentation shall be retained for the life of the control equipment. If a control device is used, then the owner or operator shall maintain the control device records required by paragraph (f) of this section. (61.356(d))

39.43    An owner or operator using a closed-vent system and control device in accordance with §61.349 of this subpart shall maintain the following records. The documentation shall be retained for the life of the control device. (61.356(f))

39.43.1    A statement signed and dated by the owner or operator certifying that the closed-vent system and control device is designed to operate at the documented performance level

Air Pollution Control Division      Suncor Energy (U.S.A.)
Colorado Operating Permit      Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108      Page 191

when the waste management unit vented to the control device is or would be operating at the highest load or capacity expected to occur. (61.356(f)(1))

39.43.2    If engineering calculations are used to determine control device performance in accordance with §61.349(c), then a design analysis for the control device that includes for example (61.356(f)(2)):

39.43.2.1    Specifications, drawings, schematics, and piping and instrumentation diagrams prepared by the owner or operator, or the control device manufacturer or vendor that describe the control device design based on acceptable engineering texts. The design analysis shall address the following vent stream characteristics and control device operating parameters (61.356(f)(2)(i):

a.   For a carbon adsorption system that does not regenerate the carbon bed directly on-site in the control device, such as a carbon canister, the design analysis shall consider the vent stream composition, constituent concentration, flow rate, relative humidity, and temperature. The design analysis shall also establish the design exhaust vent stream organic compound concentration level or the design exhaust vent stream benzene concentration level, capacity of carbon bed, type and working capacity of activated carbon used for carbon bed, and design carbon replacement interval based on the total carbon working capacity of the control device and source operating schedule. (61.356(f)(2)(i)(G))

39.43.3    If performance tests are used to determine control device performance in accordance with §61.349(c) of this subpart (61.356(f)(3)):

39.43.3.1    A description of how it is determined that the test is conducted when the waste management unit or treatment process is operating at the highest load or capacity level. This description shall include the estimated or design flow rate and organic content of each vent stream and definition of the acceptable operating ranges of key process and control parameters during the test program. (61.356(f)(3)(i))

39.43.3.2    A description of the control device including the type of control device, control device manufacturer's name and model number, control device dimensions, capacity, and construction materials. (61.356(f)(3)(ii))

39.43.3.3    A description of the control device including the type of control device, control device manufacturer's name and model number, control device dimensions, capacity, and construction materials. (61.356(f)(3)(iii))

39.44   An owner or operator shall maintain a record for each visual inspection required by §§61.343 through 61.347 of this subpart that identifies a problem (such as a broken seal, gap or other problem) which could result in benzene emissions. The record shall include the date of the inspection, waste management unit and control equipment location where the problem is

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 192

identified, a description of the problem, a description of the corrective action taken, and the date the corrective action was completed. (61.356(g))

39.45 An owner or operator shall maintain a record for each test of no detectable emissions required by §§61.343 through 61.347 and §61.349 of this subpart. The record shall include the following information: date the test is performed, background level measured during test, and maximum concentration indicated by the instrument reading measured for each potential leak interface. If detectable emissions are measured at a leak interface, then the record shall also include the waste management unit, control equipment, and leak interface location where detectable emissions were measured, a description of the problem, a description of the corrective action taken, and the date the corrective action was completed. (61.356(h))

39.46 For each control device, the owner or operator shall maintain documentation that includes the applicable information specified in 61.356(j)(1) through (12) regarding the control device operation. (61.356(j)) For the control technologies addressed in this permit the following requirements apply:

39.46.1 Dates of startup and shutdown of the closed-vent system and control device. (61.356(j)(1))

39.46.2 A description of the operating parameter (or parameters) to be monitored to ensure that the control device will be operated in conformance with these standards and the control device's design specifications and an explanation of the criteria used for selection of that parameter (or parameters). This documentation shall be kept for the life of the control device. (61.356(j)(2))

39.46.3 Periods when the closed-vent system and control device are not operated as designed including all periods and the duration when (61.356(j)(3)):

39.46.3.1 Any valve car-seal or closure mechanism required under §61.349(a)(1)(ii) is broken or the by-pass line valve position has changed. (61.356(j)(3)(i))

39.46.3.2 Any valve car-seal or closure mechanism required under §61.349(a)(1)(ii) is broken or the by-pass line valve position has changed. (61.356(j)(3)(ii))

39.46.4 If a thermal vapor incinerator is used, then the owner or operator shall maintain continuous records of the temperature of the gas stream in the combustion zone of the incinerator and records of all 3-hour periods of operation during which the average temperature of the gas stream in the combustion zone is more than 28 °C (50 °F) below the design combustion zone temperature. (61.356(j)(4))

39.46.5 If a carbon adsorber that is not regenerated directly on site in the control device is used, then the owner or operator shall maintain records of dates and times when the control device is monitored, when breakthrough is measured, and shall record the date and time

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 193 |

then the existing carbon in the control device is replaced with fresh carbon. (61.356(j)(10))

39.47   An owner or operator who elects to install and operate the control equipment in §61.351 of this subpart shall comply with the recordkeeping requirements in 40 CFR 60.115b. (61.356(k))

39.48   If a system is used for emission control that is maintained at a pressure less than atmospheric pressure with openings to provide dilution air, then the owner or operator shall maintain records of the monitoring device and records of all periods during which the pressure in the unit is operated at a pressure that is equal to or greater than atmospheric pressure. (61.356(m))

**Reporting Requirements (61.357)**

39.49   If the total annual benzene quantity from facility waste is equal to or greater than 10 Mg/yr (11 ton/yr), then the owner or operator shall submit to the Division the reports specified in § 61.357(d). (61.357(d))

39.50   An owner or operator who elects to install and operate the control equipment in §61.351 of this subpart shall comply with the reporting requirements in 40 CFR 60.115b. (61.357(e))

## 40.   40 CFR Part 63, Subpart CC – National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 63 Subpart CC published in the Federal Register on February 4, 2020. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63 Subpart CC.

The relevant requirements in 40 CFR Part 63 Subpart CC include, but are not limited to the following:

**Applicability and designation of affected source (63.640)**

40.1    This subpart applies to petroleum refining process units and to related emissions points that are specified in 63.640(c)(1) through (9) that are located at a plant site and that meet the criteria in 63.640(a)(1) and (2):

40.1.1    Are located at a plant site that is a major source as defined in section 112(a) of the Clean Air Act (63.540(a)(1)); and

40.1.2    Emit or have equipment containing or contacting one or more of the hazardous air pollutants listed in table 1 of this subpart. (63.640(a)(2))

40.2    The affected source subject to this subpart does not include the emission points listed in 63.640(d)(1) through (d)(4) and the provisions of this subpart do not apply to the processes specified in 63.640(g)(1) through (g)(7). (63.640(d) and (g))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 194 |

40.3    **Compliance dates.** Sources subject to this subpart are required to achieve compliance on or before the dates specified in table 11 of this subpart, except as provided in 63.640(h)(1) through (3). (63.640(h))

The facility is considered an existing source (commenced construction or reconstruction prior to July 14, 1994) and for initial requirements, the compliance date was August 18, 1998. However, with the December 1, 2015 and July 13, 2016 revisions, compliance dates for new or modified requirements were established as follows:

| Requirement | Compliance Date |
|---|---|
| Miscellaneous Process Vents (MPVs): §§63.643(a) & (b), 63.644 & 63.645 | On or before August 18, 1998. Note that for equipment that did not meet the definition of MPV until the December 1, 2015 revisions to 40 CFR Part 60 Subpart CC, the compliance date is February 1, 2016 (the effective date for those revisions). |
| Pressure Relief Devices: §63.648(j)(1) and (2) | February 1, 2016[1] |
| Pressure Relief Devices: §63.648(j)(3), (6) & (7) | On or before January 30, 2019. |
| Storage Vessels: §63.660, or if applicable, §63.640(n) | Transition to comply with only the requirements in §63.660 or, if applicable, §63.640(n) on or before April 29, 2016. |
| Maintenance Vents: §63.643(c) | On or before December 26, 2018 |
| Fence Line Monitoring: §63.658 | On or before January 30, 2018 |
| Good Operating Practices: §63.642(n) | Upon initial startup or February 1, 2016, whichever is later. |
| Flares as Control Device:[2] §§ 63.670 & 63.671 | On or before January 30, 2019 |

[1]Note that Table 11 lists the compliance date for these requirements as August 18, 1998, however, the requirements in 63.648(j)(1) and (2) were not included in 40 CFR Part 63 Subpart CC until the December 1, 2015 revisions, so the compliance date is the effective date for those revisions.

[2]The compliance date for flares used as control devices was not included in Table 11 but was included here for convenience.

Note that the overlap provisions specified in 63.640(n), (o), (p), (r) and (s) are included in the equipment specific sections to which they relate.

**General standards (63.642)**

40.4    The emission standards set forth in this subpart shall apply at all times. (63.642(b))

40.5    Table 6 of this subpart specifies the provisions of subpart A of this part that apply and those that do not apply to owners and operators of sources subject to this subpart. (60.642(b)) The requirements in Table 6 that apply to this facility, include but are not limited to the following:

40.5.1    Prohibited activities and circumvention in §63.4.

40.5.2    §63.6: Operation and maintenance requirements in §63.6(e)(1)(iii), compliance with non-opacity standards in §63.6(f)(2) (except the phrase "as  specified in §63.7(c)" in 63.6(f)(2((iii)(D) does not apply since CC does not require a site-specific test plan) & (f)(3) (except the cross-references to §63.6(f)(1) and (e)(1)(i) are changed to §63.642(n) and performance test results may be written or electronic) and compliance with opacity and visible emission standards in 63.6(h)(2), (h)(6) & (h)(8) (except performance test results may be written or electronic).

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 195

40.5.3 §63.7: The applicability and performance test date requirements in §63.7(a)(1) thru (4) (except under (a)(2), the test results must be submitted in the notice of compliance status report due 150 days after the compliance date per 63.655(f), unless they are required to be submitted electronically in accordance with 63.655(h)(9). Test results submitted electronically must be submitted by the date the Notification of Compliance Status report is submitted.), the notification of performance test in §63.7(b) (except it is due 30 days prior to the performance test), the performance testing facilities requirement in §63.7(d) and the conduct of performance test requirements in §63.7(e)(2) thru (4).

40.5.4 §63.8: The applicability requirements in §63.8(a)(1) thru (4) (except that in (a)(2) for a flare complying with 63.670, the cross-reference to 63.11 does not include 63.11(b)), conduct of monitoring requirements in §63.8(b), operation and continuous monitoring system requirements in §63.8(c)(1) (excluding (c)(1)(i) and (ii)), (c)(2), (c)(3) (except that verification of operational status shall, at a minimum, include completion of the manufacturer's written specifications or recommendations for installation, operation, and calibration of the system or other written procedures that provide adequate assurance that the equipment would monitor accurately) & (c)(4) (except that for sources other than flares, this subpart specifies the monitoring cycle frequency specified in §63.8(c)(4)(ii) is "once every hour" rather than "for each successive 15-minute period"), the performance evaluation of continuous monitoring systems requirements in §63.8(e) (except that results are to be submitted electronically if required by 63.655(h)(9)) and the use of an alternative monitoring method requirements in §63.8(f)(1) thru (3), (f)(4)(ii) & (f)(5).

40.5.5 §63.10: The general recordkeeping requirements in §63.10(b)(2)(vi), (viii), (ix), (x). (xii) & (xiv), the additional recordkeeping requirements for sources with continuous monitoring systems in §63.10(c)(7) & (8) and the general reporting requirements in §63.10(d)(1) & (4),

40.5.6 The control device and work practice requirements in §63.11, except that flares complying with §63.670 are not subject to the requirements of §63.11(b). Note that the requirements in 63.11(b) apply until January 30, 2019 (compliance date for flare requirements) unless the source opts to comply with the flare requirements prior to January 30, 2019 as provided for in 60.640(s) (Condition 40.90).

40.6 Initial performance tests and initial compliance determinations shall be required only as specified in this subpart. (63.642(d)). The provisions in 63.642(d)(1) through (4) shall be met.

40.7 All applicable records shall be maintained as specified in §63.655(i). (63.642(e))

40.8 All reports required under this subpart shall be sent to the Administrator at the addresses listed in §63.13 of subpart A of this part. If acceptable to both the Administrator and the owner or operator of a source, reports may be submitted on electronic media. (63.642(f))  In addition, reports shall be submitted to the Division at the address provided in Appendix D of this permit.

Operating Permit #95OPAD108 | First Issued: October 1, 2006
| Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 196 |

40.9    The owner or operator of an existing source subject to the requirements of this subpart shall control emissions of organic HAP's to the level represented by the equation in 63.642(g). (63.642(g))

40.10   The owner or operator of an existing source shall demonstrate compliance with the emission standard in 63.642(g) by following the procedures specified in 63.642(k) for all emission points, or by following the emissions averaging compliance approach specified in 63.642(l) for specified emission points and the procedures specified in 63.642(k)(1). (63.642(i)) Note that this facility is not following the emissions averaging compliance approach specified in 63.642(l).

40.11   The owner or operator of an existing source may comply, and the owner or operator of a new source shall comply, with the applicable provisions in §§63.643 through 63.645, 63.646 or 63.660, 63.647, 63.650, and 63.651, as specified in §63.640(h). (63.640(k))

    40.11.1    The owner or operator using this compliance approach shall also comply with the requirements of §§63.648 and/or 63.649, 63.654, 63.655, 63.657, 63.658, 63.670 and 63.671, as applicable. (63.642(k)(1))

    40.11.2    The owner or operator using this compliance approach is not required to calculate the annual emission rate specified in 63.642(g). (63.642(k)(2))

40.12   At all times, the owner or operator must operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. The general duty to minimize emissions does not require the owner operator to make any further efforts to reduce emissions if levels required by the applicable standard have been achieved. Determination of whether a source is operating in compliance with operation and maintenance requirements will be based on information available to the Administrator which may include, but is not limited to, monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source. (63.642(n))

**Miscellaneous process vent provisions (63.643)**

40.13   The owner or operator of a Group 1 miscellaneous process vent as defined in §63.641 shall comply with the requirements of either 63.643(a)(1) or (2) or, if applicable, 63.643(c). The owner or operator of a miscellaneous process vent that meets the conditions in 63.643(c) is only required to comply with the requirements of 63.643(c) and §63.655(g)(13) and (i)(12) for that vent. (63.643(a)). Note that the source is complying with the requirements in 63.643(a)(1), so only those requirements have been included.

    40.13.1    Reduce emissions of organic HAP's using a flare. On and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the requirements of §63.11(b) of subpart A or the requirements of §63.670. (63.643(a)(1))

40.14   An owner or operator may designate a process vent as a maintenance vent if the vent is only used as a result of startup, shutdown, maintenance, or inspection of equipment where equipment is

Air Pollution Control Division                                       Suncor Energy (U.S.A.)
Colorado Operating Permit                        Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 197

emptied, depressurized, degassed or placed into service. The owner or operator does not need to designate a maintenance vent as a Group 1 or Group 2 miscellaneous process vent nor identify maintenance vents in a Notification of Compliance Status report. The owner or operator must comply with the applicable requirements in 63.643(c)(1) through (3) for each maintenance vent according to the compliance dates specified in table 11 of this subpart (Condition 40.3), unless an extension is requested in accordance with the provisions in §63.6(i). (63.643(c))

40.14.1    Prior to venting to the atmosphere, process liquids are removed from the equipment as much as practical and the equipment is depressured to a control device meeting requirements in 63.643(a)(1) or (2) (Condition 40.13.1), a fuel gas system, or back to the process until one of the following conditions, as applicable, is met. (63.643(c)(1))

40.14.1.1    The vapor in the equipment served by the maintenance vent has a lower explosive limit (LEL) of less than 10 percent. (63.643(c)(1)(i))

40.14.1.2    If there is no ability to measure the LEL of the vapor in the equipment based on the design of the equipment, the pressure in the equipment served by the maintenance vent is reduced to 5 pounds per square inch gauge (psig) or less. Upon opening the maintenance vent, active purging of the equipment cannot be used until the LEL of the vapors in the maintenance vent (or inside the equipment if the maintenance is a hatch or similar type of opening) is less than 10 percent. (63.643(c)(1)(ii))

40.14.1.3    The equipment served by the maintenance vent contains less than 72 pounds of total volatile organic compounds (VOC). (63.643(c)(1)(iii))

40.14.1.4    If the maintenance vent is associated with equipment containing pyrophoric catalyst (*e.g.,* hydrotreaters and hydrocrackers) and a pure hydrogen supply is not available at the equipment at the time of the startup, shutdown, maintenance, or inspection activity, the LEL of the vapor in the equipment must be less than 20 percent, except for one event per year not to exceed 35 percent. (63.643(c)(1)(iv))

40.14.1.5    If, after applying best practices to isolate and purge equipment served by a maintenance vent, none of the applicable criterion in 63.643(c)(1)(i) through (iv) can be met prior to installing or removing a blind flange or similar equipment blind, the pressure in the equipment served by the maintenance vent is reduced to 2 psig or less, Active purging of the equipment may be used provided the equipment pressure at the location where purge gas is introduced remains at 2 psig or less. (63.643(c)(1)(iv))

40.14.2    Except for maintenance vents complying with the alternative in 63.643((c)(1)(iii), the owner or operator must determine the LEL or, if applicable, equipment pressure using process instrumentation or portable measurement devices and follow procedures for calibration and maintenance according to manufacturer's specifications. (63.643(c)(2))

40.14.3    For maintenance vents complying with the alternative in 63.643(c)(1)(iii), the owner or operator shall determine mass of VOC in the equipment served by the maintenance

Operating Permit #95OPAD108                               First Issued:  October 1, 2006
                                                          Renewed: September 1, 2022

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 198

vent based on the equipment size and contents after considering any contents drained or purged from the equipment. Equipment size may be determined from equipment design specifications. Equipment contents may be determined using process knowledge. (63.643(c)(3))

40.15   After February 1, 2016 and prior to the date of compliance with the maintenance vent provisions in 63.643(c), the owner or operator must comply with the requirements in §63.642(n) (Condition 40.12) for each maintenance venting event and maintain records necessary to demonstrate compliance with the requirements in §63.642(n) (Condition 40.12) including, if appropriate, records of existing standard site procedures used to deinventory equipment for safety purposes. (63.643(d))

**Monitoring provisions for miscellaneous process vents (63.644)**

40.16   Except as provided in 63.644(b), each owner or operator of a Group 1 miscellaneous process vent that uses a combustion device to comply with the requirements in §63.643(a) (Condition 40.13) shall install the monitoring equipment specified in 63.644(a)(1), (2), (3), or (4), depending on the type of combustion device used. All monitoring equipment shall be installed, calibrated, maintained, and operated according to manufacturer's specifications or other written procedures that provide adequate assurance that the equipment will monitor accurately and, except for CPMS installed for pilot flame monitoring, must meet the applicable minimum accuracy, calibration and quality control requirements specified in table 13 of this subpart (Condition 40.106.1). (63.644(a)) Since the source is using a flare to comply with these requirements, only the provisions in 63.644(a)(2) have been included.

40.16.1   Where a flare is used prior to January 30, 2019, a device (including but not limited to a thermocouple, an ultraviolet beam sensor, or an infrared sensor) capable of continuously detecting the presence of a pilot flame is required, or the requirements of §63.670 shall be met. Where a flare is used on and after January 30, 2019, the requirements of §63.670 shall be met. (63.644(a)(2))

40.17   The owner or operator of a Group 1 miscellaneous process vent using a vent system that contains bypass lines that could divert a vent stream away from the control device used to comply with paragraph (a) of this section either directly to the atmosphere or to a control device that does not comply with the requirements in §63.643(a) (Condition 40.13) shall comply with either 63..644(c)(1), (2), or (3). Use of the bypass at any time to divert a Group 1 miscellaneous process vent stream to the atmosphere or to a control device that does not comply with the requirements in §63.643(a) (Condition 40.13) is an emissions standards violation. Equipment such as low leg drains and equipment subject to §63.648 are not subject to 63.644(c). (63.644(c))

40.17.1   Install, calibrate and maintain a flow indicator that determines whether a vent stream flow is present at least once every hour. A manual block valve equipped with a valve position indicator may be used in lieu of a flow indicator, as long as the valve position indicator is monitored continuously. Records shall be generated as specified in §63.655(h) and (i). The flow indicator shall be installed at the entrance to any bypass

Operating Permit #95OPAD108 | First Issued: October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 199 |

line that could divert the vent stream away from the control device to the atmosphere (63.644(c)(1)); or

40.17.2    Secure the bypass line valve in the non-diverting position with a car-seal or a lock-and-key type configuration. A visual inspection of the seal or closure mechanism shall be performed at least once every month to ensure that the valve is maintained in the non-diverting position and that the vent stream is not diverted through the bypass line. (63.644(c)(2)); or

40.17.3    Use a cap, blind flange, plug, or a second valve for an open-ended valve or line following the requirements specified in §60.482-6(a)(2), (b) and (c). (63.644(c)(3))

40.18    The owner or operator shall establish a range that ensures compliance with the emissions standard for each parameter monitored under 63.644(a) and (b). In order to establish the range, the information required in §63.655(f)(3) shall be submitted in the Notification of Compliance Status report. (63.644(d))

40.19    Each owner or operator of a control device subject to the monitoring provisions of this section shall operate the control device in a manner consistent with the minimum and/or maximum operating parameter value or procedure required to be monitored under 63.644(a) and (b. Operation of the control device in a manner that constitutes a period of excess emissions, as defined in §63.655(g)(6), or failure to perform procedures required by this section shall constitute a violation of the applicable emission standard of this subpart. (63.644(e))

**Test methods and procedures for miscellaneous process vents (63.645)**

40.20    To demonstrate compliance with §63.643, an owner or operator shall follow §63.116 except for §63.116 (a)(1), (d) and (e) of subpart G of this part except as provided in paragraphs (b) through (d) and paragraph (i) of this section. (63.645(a))  Note that since the source has indicated that they will rely on a flare to comply with the MPV requirements, only the provisions in 63.116(a) apply, so the requirements in 63.116(a), (a)(2) and (a)(3) have been included below.

40.20.1    When a flare is used to comply with §63.113(a)(1), the owner or operator shall comply with paragraphs (a)(1) through (3) of this section. The owner or operator is not required to conduct a performance test to determine percent emission reduction or outlet organic HAP or TOC concentration. (63.116(a))

40.20.1.1    Determine the net heating value of the gas being combusted using the techniques specified in §63.11(b)(6). (63.116(a)(2))

40.20.1.2    Determine the exit velocity using the techniques specified in either §63.11(b)(7)(i) (and §63.11(b)(7)(iii), where applicable) or §63.11(b)(8), as appropriate. (63.116(a)(3))

40.21    All references to §63.113(a)(1) or (a)(2) in §63.116 of subpart G of this part shall be replaced with §63.643(a)(1) or (a)(2), respectively. (63.645(b))

---

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 200 |

40.22    For purposes of determining the TOC emission rate, as specified 63.645(f), the sampling site shall be after the last product recovery device (as defined in §63.641 of this subpart) (if any recovery devices are present) but prior to the inlet of any control device (as defined in §63.641 of this subpart) that is present, prior to any dilution of the process vent stream, and prior to release to the atmosphere. (63.645(e))

    40.22.1    Methods 1 or 1A of 40 CFR part 60, appendix A-1, as appropriate, shall be used for selection of the sampling site. For vents smaller than 0.10 meter in diameter, sample at the center of the vent. (63.645(e)(1))

    40.22.2    No traverse site selection method is needed for vents smaller than 0.10 meter in diameter. (63.645(e)(2))

40.23    Except as provided in 63.645(g), an owner or operator seeking to demonstrate that a process vent TOC mass flow rate is less than 33 kilograms per day for an existing source or less than 6.8 kilograms per day for a new source in accordance with the Group 2 process vent definition of this subpart shall determine the TOC mass flow rate by the following procedures in 63.645(f)(1) through (5). (63.645(f))

40.24    Engineering assessment may be used to determine the TOC emission rate for the representative operating condition expected to yield the highest daily emission rate. (63.645(g))    Engineering assessments include, but are not limited to the information in 63.645(g)(1)(i) through (v).

40.25    The owner or operator of a Group 2 process vent shall recalculate the TOC emission rate for each process vent, as necessary, whenever process changes are made to determine whether the vent is in Group 1 or Group 2. Examples of process changes include, but are not limited to, changes in production capacity, production rate, or catalyst type, or whenever there is replacement, removal, or addition of recovery equipment. For purposes of this paragraph, process changes do not include: process upsets; unintentional, temporary process changes; and changes that are within the range on which the original calculation was based. (63.645(h))

    40.25.1    The TOC emission rate shall be recalculated based on measurements of vent stream flow rate and TOC as specified in 63.645(e) and (f), as applicable, or on best engineering assessment of the effects of the change. Engineering assessments shall meet the specifications in 63.645(g). (63.645(h)(1))

    40.25.2    Where the recalculated TOC emission rate is greater than 33 kilograms per day for an existing source or greater than 6.8 kilograms per day for a new source, the owner or operator shall submit a report as specified in §63.655(f), (g), or (h) and shall comply with the appropriate provisions in §63.643 by the dates specified in §63.640. (63.645(h)(2))

40.26    A compliance determination for visible emissions shall be conducted within 150 days of the compliance date using Method 22 of 40 CFR part 60, appendix A, to determine visible emissions. (63.645(i))

---

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 201 |

**Storage vessel provisions (63.646)**

All tanks addressed in Section II of this permit (listed in the table in Section I, Condition 5.1) are subject to these requirements, except as noted below:

Tanks T050, T051, T060, T061, T063, T064, T066, T067, T068 and T069 are not considered storage vessels under MACT CC because they are pressure vessels.

Tank T029 is not considered a storage vessel under MACT CC because it is a wastewater storage tank. This tanks is subject to the wastewater treatment requirements in MACT CC.

40.27   Upon a demonstration of compliance with the standards in §63.660 by the compliance dates specified in §63.640(h), the standards in this section shall no longer apply. (63.646)

The notice of compliance status submitted on September 19, 2016 did not indicate that any of the Group 1 storage tanks was in compliance with the requirements in 63.660, thus the requirements in 63.646 still apply. The September 19, 2016 notice indicates that the future compliance date is at the next emptying and degassing, or by February 1, 2026.

40.28   Overlap with storage vessel regulations:

40.28.1   After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 60, subpart Kb, is required to comply only with the requirements of 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8). After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 61, subpart Y, is required to comply only with the requirements of 40 CFR part 61, subpart Y, except as provided in 63.740(n)(10). (63.640(n)(1)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 33. No specific equipment has been identified at this facility that falls under this overlap category.

40.28.2   After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 60, subpart Kb, is required to comply only with either 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8) or this subpart. After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 61, subpart Y, is required to comply only with either 40 CFR part 61, subpart Y, except as provided in 63.640(n)(10) or this subpart. (63.640(n)(2)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 33.

The following tanks fall under the provisions in 63.640(n)(2): T006, T020, T026, T047 and T053.

40.28.3   Storage vessels described by 63.640(n)(1) are to comply with 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8)(i) through (vi). Storage vessels described by 63.640(n)(2) electing to comply with part 60, subpart Kb of this chapter shall comply with subpart Kb except as provided in 63.640(n)(8)(i) through (viii). (63.640(n)(8))

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                  Page 202

40.28.3.1    Storage vessels that are to comply with §60.112b(a)(2) of subpart Kb are exempt from the secondary seal requirements of §60.112b(a)(2)(i)(B) during the gap measurements for the primary seal required by §60.113b(b) of subpart Kb. (63.640(n)(8)(i))

40.28.3.2    If the owner or operator determines that it is unsafe to perform the seal gap measurements required in §60.113b(b) of this chapter or to inspect the vessel to determine compliance with §60.113b(a) of this chapter because the roof appears to be structurally unsound and poses an imminent danger to inspecting personnel, the owner or operator shall comply with the requirements in either §63.120(b)(7)(i) or (ii) of subpart G (only up to the compliance date specified in 63.640(h) for compliance with §63.660, as applicable) or either §63.1063(c)(2)(iv)(A) or (B) of subpart WW. (63.640(n)(8)(ii))

40.28.3.3    If a failure is detected during the inspections required by §60.113b(a)(2) or during the seal gap measurements required by §60.113b(b)(1), and the vessel cannot be repaired within 45 days and the vessel cannot be emptied within 45 days, the owner or operator may utilize up to two extensions of up to 30 additional calendar days each. The owner or operator is not required to provide a request for the extension to the Administrator. (63.640(n)(8)(iii))

40.28.3.4    If an extension is utilized in accordance with 63.640(n)(8)(iii), the owner or operator shall, in the next periodic report, identify the vessel, provide the information listed in §60.113b(a)(2) or §60.113b(b)(4)(iii), and describe the nature and date of the repair made or provide the date the storage vessel was emptied. (63.640(n)(8)(iv))

40.28.3.5    Owners and operators of storage vessels complying with subpart Kb of part 60 may submit the inspection reports required by §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb as part of the periodic reports required by this subpart, rather than within the 30-day period specified in §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb. (63.640(n)(8)(v))

40.28.3.6    The reports of rim seal inspections specified in §60.115b(b)(2) are not required if none of the measured gaps or calculated gap areas exceed the limitations specified in §60.113b(b)(4). Documentation of the inspections shall be recorded as specified in §60.115b(b)(3). (63.640(n)(8)(vi))

40.28.3.7    To be in compliance with §60.112b(a)(1)(iv) or (a)(2)(ii) of this chapter, guidepoles in floating roof storage vessels must be equipped with covers and/or controls (*e.g.,* pole float system, pole sleeve system, internal sleeve system or flexible enclosure system) as appropriate to comply with the "no visible gap" requirement. (63.640(n)(8)(vii))

40.28.3.8    If a flare is used as a control device for a storage vessel, on and after January 30, 2019, the owner or operator must meet the requirements of

Operating Permit #95OPAD108                                    First Issued:  October 1, 2006
                                                                 Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 203 |

§63.670 instead of the requirements referenced from part 60, subpart Kb of this chapter for that flare. (63.640(n)(8)(viii))

Group 1 Storage Vessels

The following tanks are Group 1 storage vessels that do not meet the overlap provisions in Condition 40.28.2: Group B tanks (T010, T027, T030), Group F tanks (T035, T036, T044, T052, T054), T011 (E), T025 (G). T037 (G), T038 (E) and T058 (E).

40.29    Each owner or operator of a Group 1 storage vessel subject to this subpart shall comply with the requirements of §§63.119 through 63.121 (40 CFR Part 63 Subpart G, National Emission Standards for Organic Hazardous Air Pollutants from the Synthetic Organic Chemical Manufacturing Industry for Process Vents, Storage Vessels, Transfer Operations, and Wastewater) except as provided in 63.646(b) through (l). (63.646(a))

The relevant requirements from 40 CFR Part 63 Subpart G, National Emission Standards for Organic Hazardous Air Pollutants from the Synthetic Organic Chemical Manufacturing Industry for Process Vents, Storage Vessels, Transfer Operations, and Wastewater, are as follows.

The requirements below reflect the rule language in 40 CFR Part 63 Subpart G, as of the latest revisions to 40 CFR Part 63 Subpart G published in the Federal Register on February 27, 2014,. However, the permittee is subject to the latest version of 40 CFR Part 63 Subpart G.

40.29.1    For each storage vessel to which this subpart applies, the owner or operator shall comply with the requirements of 63.119(a)(1), (a)(2), (a)(3), and (a)(4) according to the schedule provisions of §63.100 of subpart F of this part. (63.119(a))

40.29.1.1    For each Group 1 storage vessel (as defined in table 5 of this subpart for existing sources and table 6 of the subpart for new sources) storing a liquid for which the maximum true vapor pressure of the total organic hazardous air pollutants in the liquid is less than 76.6 kilopascals, the owner or operator shall reduce hazardous air pollutants emissions to the atmosphere either by operating and maintaining a fixed roof and internal floating roof, an external floating roof, an external floating roof converted to an internal floating roof, a closed vent system and control device, routing the emissions to a process or a fuel gas system, or vapor balancing in accordance with the requirements in 63.119(b), (c), (d), (e), (f), or (g), or equivalent as provided in §63.121 of this subpart. (63.119(a)(1)) Note that source is complying with these requirements by operating and maintaining a fixed roof tanks with an internal floating roof and external floating roof tanks.

40.29.2    The owner or operator who elects to use a fixed roof and an internal floating roof, as defined in §63.111 of this subpart, to comply with the requirements of 63.119(a)(1) shall comply with the requirements specified in 63.119(b)(1) through (b)(6).

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 204

(63.119(b)) Note that as indicated in Condition 40.31, paragraphs (b)(5) and (6) do not apply.

40.29.3    The owner or operator who elects to use an external floating roof, as defined in §63.111 of this subpart, to comply with the requirements of 63.119(a)(1) shall comply with the requirements specified in 63.119(c)(1) through (c)(4). (63.119(c)) Note that as indicated in Condition 40.31, paragraph (c)(2) does not apply.

40.29.4    To demonstrate compliance with §63.119(b) of this subpart (storage vessel equipped with a fixed roof and internal floating roof) or with §63.119(d) of this subpart (storage vessel equipped with an external floating roof converted to an internal floating roof), the owner or operator shall comply with the requirements in 63.120(a)(1) through (a)(7). (63.120(a))

40.29.5    To demonstrate compliance with §63.119(c) of this subpart (storage vessel equipped with an external floating roof), the owner or operator shall comply with the requirements specified in 63.120(b)(1) through (b)(10). (63.120(b))

40.30    As used in this section, all terms not defined in §63.641 shall have the meaning given them in 40 CFR part 63, subparts A or G. The Group 1 storage vessel definition presented in §63.641 shall apply in lieu of the Group 1 storage vessel definitions presented in tables 5 and 6 of §63.119 of subpart G of this part. (63.646(b)). The methods in 63.646(b)(1) and (2) apply with respect to determining the annual average HAP content for purposes of determining group type.

40.31    The following paragraphs do not apply to storage vessels at existing sources subject to this subpart: §63.119 (b)(5), (b)(6), (c)(2), and (d)(2). (63.646(c))

40.32    The following paragraphs apply to references 63.646(d), (h), (i), (j) and (k).

40.33    When complying with the inspection requirements of §63.120 of subpart G of this part, owners and operators of storage vessels at existing sources subject to this subpart are not required to comply with the provisions for gaskets, slotted membranes, and sleeve seals. (63.646(e))

40.34    The following 63.646(f)(1), (f)(2), and (f)(3) apply to Group 1 storage vessels at existing sources (63.646(f)):

40.34.1    If a cover or lid is installed on an opening on a floating roof, the cover or lid shall remain closed except when the cover or lid must be open for access. (63.646(f)(1))

40.34.2    Rim space vents are to be set to open only when the floating roof is not floating or when the pressure beneath the rim seal exceeds the manufacturer's recommended setting. (63.646(f)(2))

40.34.3    Automatic bleeder vents are to be closed at all times when the roof is floating except when the roof is being floated off or is being landed on the roof leg supports. (63.646(f)(3))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 205 |

40.35   Failure to perform inspections and monitoring required by this section shall constitute a violation of the applicable standard of this subpart. (63.646(g))

40.36   The State or local permitting authority can waive the notification requirements of §§63.120(a)(5), 63.120(a)(6), 63.120(b)(10)(ii), and 63.120(b)(10)(iii) for all or some storage vessels at petroleum refineries subject to this subpart. The State or local permitting authority may also grant permission to refill storage vessels sooner than 30 days after submitting the notifications in §63.120(a)(6) or §63.120(b)(10)(iii) for all storage vessels at a refinery or for individual storage vessels on a case-by-case basis. (63.646(l))

<u>Group 2 Storage Vessels</u>

The following tanks are Group 2 storage vessels that do not meet the overlap provisions in Condition 40.28.1: Group C Tanks (T008, T009, T043, T045, T048, T049, T057), Group D Tanks (T039), T012 (E), T028 (G), T046 (E), T062 (E) and T079 (E).

40.37   Each owner or operator subject to the storage vessel provisions in §63.646 shall keep the records specified in §63.123 of subpart G except as specified in 63.655(i)(1)(i) through (iv). Each owner or operator subject to the storage vessel provisions in §63.660 shall keep records as specified in 63.655(i)(1)(v) and (vi). (63.655(i)(1)) The requirements in 40 CFR Part 63 Subparts G and CC that apply to Group 2 storage vessels are as follows:

    40.37.1   If a storage vessel is determined to be Group 2 because the weight percent total organic HAP of the stored liquid is less than or equal to 4 percent for existing sources or 2 percent for new sources, a record of any data, assumptions, and procedures used to make this determination shall be retained. (63.655(1)(iv))

    40.37.2   Each owner or operator of a Group 1 or Group 2 storage vessel shall keep readily accessible records showing the dimensions of the storage vessel and an analysis showing the capacity of the storage vessel. This record shall be kept as long as the storage vessel retains Group 1 or Group 2 status and is in operation. For each Group 2 storage vessel, the owner or operator is not required to comply with any other provisions of §§63.119 through 63.123 of this subpart other than those required by this paragraph unless such vessel is part of an emissions average as described in §63.150 of this subpart. (63.123(a))

**Wastewater provisions (63.647)**

The refinery is subject to these requirements

40.38   <u>Overlap with other regulations for wastewater:</u> After the compliance dates specified in 63.640(h) a Group 1 wastewater stream managed in a piece of equipment that is also subject to the provisions of 40 CFR part 60, subpart QQQ is required to comply only with this subpart. (63.640(o)(1))

    The following sources fall under the provisions in 63.640(o)(1): Tank T029

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                         Page 206

40.39   Except as provided in 63.647(b) and (c), each owner or operator of a Group 1 wastewater stream shall comply with the requirements of §§61.340 through 61.355 of this chapter for each process wastewater stream that meets the definition in §63.641. (63.647(a))

40.40   As used in this section, all terms not defined in §63.641 shall have the meaning given them in the Clean Air Act or in 40 CFR part 61, subpart FF, §61.341. (63.647(b))

40.41   If a flare is used as a control device, on and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the applicable requirements of part 61, subpart FF of this chapter, or the requirements of §63.670. (63.647(c))

40.42   Each owner or operator required under subpart FF of 40 CFR part 61 to perform periodic measurement of benzene concentration in wastewater, or to monitor process or control device operating parameters shall operate in a manner consistent with the minimum or maximum (as appropriate) permitted concentration or operating parameter values. Operation of the process, treatment unit, or control device resulting in a measured concentration or operating parameter value outside the permitted limits shall constitute a violation of the emission standards. Failure to perform required leak monitoring for closed vent systems and control devices or failure to repair leaks within the time period specified in subpart FF of 40 CFR part 61 shall constitute a violation of the standard. (63.647(d))

**Equipment leak standards (63.648)**

These requirements are applicable to equipment leaks from petroleum refining process units and gasoline terminals classified under SIC 2911 that emit or have equipment containing or contacting one or more of the HAPs listed in Table 1 of 40 CFR Part 63 Subpart CC. Note that definition of process unit in §63.641 includes associated storage vessels.

40.43   Overlap with other regulations for equipment leaks:

    40.43.1   After the compliance dates specified in 63.640(h), equipment leaks that are also subject to the provisions of 40 CFR parts 60 and 61 standards promulgated before September 4, 2007, are required to comply only with the provisions specified in this subpart. (63.640(p)(1)) No specific equipment or component groupings have been identified at this facility that falls under this overlap category.

    40.43.2   Equipment leaks that are also subject to the provisions of 40 CFR part 60, subpart GGGa, are required to comply only with the provisions specified in 40 CFR part 60, subpart GGGa, except that pressure relief devices in organic HAP service must only comply with the requirements in §63.648(j). (63.640(p)(2))

    The following sources fall under the provisions in 63.640(p)(2): F001 (crude unit fugitive sources), F002 (FCCU fugitive sources), F005 (naphtha hydrotreater fugitive sources), F007 (reformer fugitive sources), F010 (polymerization unit fugitive sources), F012 (gas plan fugitive sources), F013 (sulfur recovery unit/amine unit/sour water stripper fugitive sources), F014 (utilities fuel gas system fugitive sources), F018

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 207 |

(refinery flare fugitive sources), F035 (second stage of crude oil desalting project), F036 (boilers B504 and B505 fuel gas system tie-ins), F037 (2014 COC equipment leaks), F038 (equipment leaks associated with the MPV project), F039 (miscellaneous unpermitted) components that meet the applicability criteria in §60.590a and F045 (P2 flare RSR project fugitives).

Equipment leaks that do not meet the overlap provisions in Condition 40.43.2 and that are subject to the requirements in 40 CFR Part 63 Subpart CC are as follows: F017 (truck loading dock fugitive sources), F031 (equipment leaks from Tank T079 installation), F034 (piping modifications to products handling system (SEP)) and certain F039 (miscellaneous unpermitted) components that do not meet the applicability criteria in §60.590a.

Note that many unpermitted components do not have identification numbers or names and are not specifically listed in the table in Section I, Condition 5.1, thus the above list is not necessarily inclusive.

40.44    Each owner or operator of an existing source subject to the provisions of this subpart shall comply with the provisions of 40 CFR part 60, subpart VV, and 63.648(b) except as provided in 63.648 (a)(1) through (3), and (c) through (j). Each owner or operator of a new source subject to the provisions of this subpart shall comply with subpart H of this part except as provided in 63.648(c) through (j). (63.648(a)) The requirements in 40 CFR Part 60 Subpart VVV are included in Condition 34 of this permit.

    40.44.1    For purposes of compliance with this section, the provisions of 40 CFR part 60, subpart VV apply only to equipment in organic HAP service, as defined in §63.641 of this subpart. (63.648(a)(1))

    40.44.2    Calculation of percentage leaking equipment components for subpart VV of 40 CFR part 60 may be done on a process unit basis or a sourcewide basis. Once the owner or operator has decided, all subsequent calculations shall be on the same basis unless a permit change is made. (63.648(a)(2))

    40.44.3    If a flare is used as a control device, on and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the applicable requirements of part 60, subpart VV of this chapter, or the requirements of §63.670. (63.648(a)(3))

40.45    Reciprocating pumps in light liquid service are exempt from §§63.163 and 60.482 if recasting the distance piece or reciprocating pump replacement is required. (63.648(f))

40.46    Compressors in hydrogen service are exempt from the requirements of paragraphs (a) and (c) of this section if an owner or operator demonstrates that a compressor is in hydrogen service. (63.648(g))

    40.46.1    Each compressor is presumed not to be in hydrogen service unless an owner or operator demonstrates that the piece of equipment is in hydrogen service. (63.648(g)(1))

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 208

40.46.2 For a piece of equipment to be considered in hydrogen service, it must be determined that the percentage hydrogen content can be reasonably expected always to exceed 50 percent by volume. (63.648(g)(2))  Note that the determination shall be made in accordance with the requirements in 63.648(g)(2)(i).

40.47 Each owner or operator of a source subject to the provisions of this subpart must maintain all records for a minimum of 5 years. (63.648(h))

40.48 Reciprocating compressors are exempt from seal requirements if recasting the distance piece or compressor replacement is required. (63.648(i))

40.49 Except as specified in 63.648(j)(4), the owner or operator must comply with the requirements specified in 63.648(j)(1) and (2) for pressure relief devices, such as relief valves or rupture disks, in organic HAP gas or vapor service instead of the pressure relief device requirements of §60.482-4 of this chapter, §60.482-4a of this chapter, or §63.165, as applicable. Except as specified in 63.648(j)(4) and (5), the owner or operator must also comply with the requirements specified in 63.648(j)(3) for all pressure relief devices in organic HAP service. (63.648(j))

40.49.1 *Operating requirements.* Except during a pressure release, operate each pressure relief device in organic HAP gas or vapor service with an instrument reading of less than 500 ppm above background as detected by Method 21 of 40 CFR part 60, appendix A-7. (63.648(j)(1))

40.49.2 *Pressure release requirements.* For pressure relief devices in organic HAP gas or vapor service, the owner or operator must comply with the applicable requirements in 63.648(j)(2)(i) through (iii) following a pressure release. (63.648(j)(2))

40.49.2.1 If the pressure relief device does not consist of or include a rupture disk, conduct instrument monitoring, as specified in §60.485(c) of this chapter, §60.485a(c) of this chapter, or §63.180(c), as applicable, no later than 5 calendar days after the pressure relief device returns to organic HAP gas or vapor service following a pressure release to verify that the pressure relief device is operating with an instrument reading of less than 500 ppm. (63.648(j)(2)(i))

40.49.2.2 If the pressure relief device includes a rupture disk, either comply with the requirements in 63.648(j)(2)(i) (not replacing the rupture disk) or install a replacement disk as soon as practicable after a pressure release, but no later than 5 calendar days after the pressure release. The owner or operator must conduct instrument monitoring, as specified in §60.485(c) of this chapter, §60.485a(c) of this chapter or §63.180(c), as applicable, no later than 5 calendar days after the pressure relief device returns to organic HAP gas or vapor service following a pressure release to verify that the pressure relief device is operating with an instrument reading of less than 500 ppm. (63.642(j)(2)(ii))

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                      Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                        Page 209

40.49.2.3    If the pressure relief device consists only of a rupture disk, install a replacement disk as soon as practicable after a pressure release, but no later than 5 calendar days after the pressure release. The owner or operator may not initiate startup of the equipment served by the rupture disk until the rupture disc is replaced. The owner or operator must conduct instrument monitoring, as specified in §60.485(c) of this chapter, §60.485a(c) of this chapter, or §63.180(c), as applicable, no later than 5 calendar days after the pressure relief device returns to organic HAP gas or vapor service following a pressure release to verify that the pressure relief device is operating with an instrument reading of less than 500 ppm. (63.648(j)(2)(iii))

40.49.3    *Pressure release management.* Except as specified in 63.648(j)(4) and (5), the owner or operator shall comply with the requirements specified in 63.648(j)(3)(i) through (v) for all pressure relief devices in organic HAP service no later than January 30, 2019. (63.648(j)(3))

40.49.3.1    The owner or operator must equip each affected pressure relief device with a device(s) or use a monitoring system that is capable of (63.648(j)(3)(i)):

a.    Identifying the pressure release (63.648(j)(3)(i) (A));

b.    Recording the time and duration of each pressure release (63.648(j)(3)(i)(B)); and

c.    Notifying operators immediately that a pressure release is occurring. The device or monitoring system may be either specific to the pressure relief device itself or may be associated with the process system or piping, sufficient to indicate a pressure release to the atmosphere. Examples of these types of devices and systems include, but are not limited to, a rupture disk indicator, magnetic sensor, motion detector on the pressure relief valve stem, flow monitor, or pressure monitor. (63.648(j)(3)(i)(C))

40.49.3.2    The owner or operator must apply at least three redundant prevention measures to each affected pressure relief device and document these measures. Examples of prevention measures include the equipment identified in 63.648(j)(3)(ii)(A) through (E). (63.648(j)(3)(ii))

40.49.3.3    If any affected pressure relief device releases to atmosphere as a result of a pressure release event, the owner or operator must perform root cause analysis and corrective action analysis according to the requirement in 63.648(j)(6) and implement corrective actions according to the requirements in 63.648(j)(7). The owner or operator must also calculate the quantity of organic HAP released during each pressure release event and report this quantity as required in §63.655(g)(10)(iii). Calculations may be based on data from the pressure relief device monitoring alone or

Operating Permit #95OPAD108                                First Issued: October 1, 2006
                                                           Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 210 |

in combination with process parameter monitoring data and process knowledge. (63.648(j)(3)(iii))

40.49.3.4    The owner or operator shall determine the total number of release events occurred during the calendar year for each affected pressure relief device separately. The owner or operator shall also determine the total number of release events for each pressure relief device for which the root cause analysis concluded that the root cause was a *force majeure* event, as defined in this subpart. (63.648(j)(3)(iv))

40.49.3.5    Except for pressure relief devices described in 63.648(j)(4) and (5), the following release events from an affected pressure relief device are a violation of the pressure release management work practice standards: (63.648(j)(3)(v))

     a.   Any release event for which the root cause of the event was determined to be operator error or poor maintenance. (63.648(j)(3)(v)(A))

     b.   A second release event not including *force majeure* events from a single pressure relief device in a 3 calendar year period for the same root cause for the same equipment. (63.648(j)(3)(v)(B))

     c.   A third release event not including *force majeure* events from a single pressure relief device in a 3 calendar year period for any reason. (63.648(j)(3)(v)(C))

40.49.4    *Pressure relief devices routed to a control device.* (63.648(j)(4))

40.49.4.1    If all releases and potential leaks from a pressure relief device are routed through a closed vent system to a control device, back into the process or to the fuel gas system, the owner or operator is not required to comply with 63.648(j)(1), (2), or (3) (if applicable). (63.648(j)(4)(i))

40.49.4.2    If a pilot-operated pressure relief device is used and the primary release valve is routed through a closed vent system to a control device, back into the process or to the fuel gas system, the owner or operator is required to comply only with 63.648(j)(1) and (2) for the pilot discharge vent and is not required to comply with 63.648(j)(3) for the pilot-operated pressure relief device. (63.648(j)(4)(ii))

40.49.4.3    If a balanced bellows pressure relief device is used and the primary release valve is routed through a closed vent system to a control device, back into the process or to the fuel gas system, the owner or operator is required to comply only with 63.68(j)(1) and (2) for the bonnet vent and is not required to comply with p63.648(j)(3) for the balanced bellows pressure relief device. (63.648(j)(4)(iii))

40.49.4.4    Both the closed vent system and control device (if applicable) referenced in 63.648(j)(4)(i) through (iii) must meet the requirements of §63.644.

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                               Suncor Energy (U.S.A.)
Colorado Operating Permit                    Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                      Page 211

When complying with 63.648 (j)(4), all references to "Group 1 miscellaneous process vent" in §63.644 mean "pressure relief device." (63.648(j)(4)(iv))

40.49.4.5    If a pressure relief device complying with 63.648(j)(4) is routed to the fuel gas system, then on and after January 30, 2019, any flares receiving gas from that fuel gas system must be in compliance with §63.670. (63.648(j)(4)(v))

40.49.5    *Pressure relief devices exempted from pressure release management requirements.* The following types of pressure relief devices are not subject to the pressure release management requirements in 63.648(j)(3). (63.648(j)(5))

40.49.5.1    Pressure relief devices in heavy liquid service, as defined in §63.641. (63.648(j)(5)(i))

40.49.5.2    Pressure relief devices that only release material that is liquid at standard conditions (1 atmosphere and 68 degrees Fahrenheit) and that are hard-piped to a controlled drain system (*i.e.*, a drain system meeting the requirements for Group 1 wastewater streams in §63.647(a)) or piped back to the process or pipeline. (63.648(j)(5)(ii))

40.49.5.3    Thermal expansion relief valves. (63.648(j)(5)(iii))

40.49.5.4    Pressure relief devices designed with a set relief pressure of less than 2.5 psig. (63.648(j)(5)(iv))

40.49.5.5    Pressure relief devices that do not have the potential to emit 72 lbs/day or more of VOC based on the valve diameter, the set release pressure, and the equipment contents. (63.648(j)(5)(v))

40.49.5.6    Pressure relief devices on mobile equipment. (63.648(j)(5)(vi))

40.49.6    *Root cause analysis and corrective action analysis.* A root cause analysis and corrective action analysis must be completed as soon as possible, but no later than 45 days after a release event. Special circumstances affecting the number of root cause analyses and/or corrective action analyses are provided in 63.648(j)(6)(i) through (iv). (63.648(j)(6))

40.49.6.1    You may conduct a single root cause analysis and corrective action analysis for a single emergency event that causes two or more pressure relief devices installed on the same equipment to release. (63.648(j)(6)(i))

40.49.6.2    You may conduct a single root cause analysis and corrective action analysis for a single emergency event that causes two or more pressure relief devices to release, regardless of the equipment served, if the root cause is reasonably expected to be a force majeure event, as defined in this subpart. (63.648(j)(6)(ii))

40.49.6.3    Except as provided in 63.648(j)(6)(i) and (ii), if more than one pressure relief device has a release during the same time period, an initial root

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 212 |

cause analysis shall be conducted separately for each pressure relief device that had a release. If the initial root cause analysis indicates that the release events have the same root cause(s), the initially separate root cause analyses may be recorded as a single root cause analysis and a single corrective action analysis may be conducted. (63.648(j)(6)(iii))

40.49.7   *Corrective action implementation.* Each owner or operator required to conduct a root cause analysis and corrective action analysis as specified in 63.648(j)(3)(iii) and (j)(6) shall implement the corrective action(s) identified in the corrective action analysis in accordance with the applicable requirements in 63.648(j)(7)(i) through (iii). (63.648(j)(7))

40.49.7.1   All corrective action(s) must be implemented within 45 days of the event for which the root cause and corrective action analyses were required or as soon thereafter as practicable. If an owner or operator concludes that no corrective action should be implemented, the owner or operator shall record and explain the basis for that conclusion no later than 45 days following the event. (63.648(j)(7)(i))

40.49.7.2   For corrective actions that cannot be fully implemented within 45 days following the event for which the root cause and corrective action analyses were required, the owner or operator shall develop an implementation schedule to complete the corrective action(s) as soon as practicable. (63.648(j)(7)(ii))

40.49.7.3   No later than 45 days following the event for which a root cause and corrective action analyses were required, the owner or operator shall record the corrective action(s) completed to date, and, for action(s) not already completed, a schedule for implementation, including proposed commencement and completion dates. (63.648(j)(7)(iii))

**Gasoline loading rack provisions (63.650)**

The following sources are subject to these requirements: Truck Loading Dock (F024).

40.50   <u>Overlap of subpart CC with other regulations for gasoline loading racks</u>. After the compliance dates specified in 63.640(h), a Group 1 gasoline loading rack that is part of a source subject to subpart CC and also is subject to the provisions of 40 CFR part 60, subpart XX is required to comply only with this subpart. (63.640(r)) No specific equipment has been identified at this facility that falls under this overlap category.

40.51   Except as provided in 63.640(b) through (d), each owner or operator of a Group 1 gasoline loading rack classified under Standard Industrial Classification code 2911 located within a contiguous area and under common control with a petroleum refinery shall comply with subpart R of this part, §§63.421, 63.422(a) through (c) and (e), 63.425(a) through (c) and (e) through (i), 63.427(a) and (b), and 63.428(b), (c), (g)(1), (h)(1) through (3), and (k). (63.650(a)).

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 213 |

The relevant requirements from 40 CFR Part 63 Subpart R, National Emission Standards for Hazardous Air Pollutants for Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations), are as follows. Note that the definitions in 63.421 were not included.

The requirements below reflect the rule language in 40 CFR Part 63 Subpart R as of the latest revisions to 40 CFR Part 63 Subpart R published in the Federal Register on December 22, 2008. However, the permittee is subject to the latest version of 40 CFR Part 63 Subpart R.

<u>Standards: Loading racks (63.422)</u>

40.51.1    Each owner or operator of loading racks at a bulk gasoline terminal subject to the provisions of this subpart shall comply with the requirements in §60.502 of this chapter except for 60.502(b), (c), and (j). For purposes of this section, the term "affected facility" used in §60.502 of this chapter means the loading racks that load gasoline cargo tanks at the bulk gasoline terminals subject to the provisions of this subpart. (63.422(a))

The requirements from 40 CFR Part 60 Subpart XX, Standards of Performance for Bulk Gasoline Terminals, §60.502 are as follows.

The requirements below reflect the rule language in 40 CFR Part 60 Subpart XX as of the latest revisions to 40 CFR Part 60 Subpart XX published in the Federal Register on December 19, 2003. However, the permittee is subject to the latest version of 40 CFR Part 60 Subpart XX.

40.51.1.1    Each affected facility shall be equipped with a vapor collection system designed to collect the total organic compounds vapors displaced from tank trucks during product loading. (60.502(a))

40.51.1.2    Each vapor collection system shall be designed to prevent any total organic compounds vapors collected at one loading rack from passing to another loading rack. (60.502(d))

40.51.1.3    Loadings of liquid product into gasoline tank trucks shall be limited to vapor-tight gasoline tank trucks using the following procedures: (60.502(e)) Note that (e)(6) was not included as the source has not requested alternate procedures.

   a.    The owner or operator shall obtain the vapor tightness documentation described in §60.505(b) for each gasoline tank truck which is to be loaded at the affected facility. 60.502(e)(1)

   b.    The owner or operator shall require the tank identification number to be recorded as each gasoline tank truck is loaded at the affected facility. (60.502(e)(2))

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                      Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                             Page 214

    c.   Cross-checking of tank identification numbers with the file of tank vapor tightness documentation shall be conducted as specified in 60.502(e)(3).

    d.   The terminal owner or operator shall notify the owner or operator of each non-vapor-tight gasoline tank truck loaded at the affected facility within 1 week of the documentation cross-check in paragraph (e)(3) of this section. (60.502(e)(4))

    e.   The terminal owner or operator shall take steps assuring that the nonvapor-tight gasoline tank truck will not be reloaded at the affected facility until vapor tightness documentation for that tank is obtained. (60.502(e)(5))

40.51.1.4   The owner or operator shall act to assure that loadings of gasoline tank trucks at the affected facility are made only into tanks equipped with vapor collection equipment that is compatible with the terminal's vapor collection system. (60.502(f))

40.51.1.5   The owner or operator shall act to assure that the terminal's and the tank truck's vapor collection systems are connected during each loading of a gasoline tank truck at the affected facility. Examples of actions to accomplish this include training drivers in the hookup procedures and posting visible reminder signs at the affected loading racks. (60.502(g))

40.51.1.6   The vapor collection and liquid loading equipment shall be designed and operated to prevent gauge pressure in the delivery tank from exceeding 4,500 pascals (450 mm of water) during product loading. This level is not to be exceeded when measured by the procedures specified in §60.503(d). (60.502(h))

40.51.1.7   No pressure-vacuum vent in the bulk gasoline terminal's vapor collection system shall begin to open at a system pressure less than 4,500 pascals (450 mm of water). (60.502(i))

40.51.2   Emissions to the atmosphere from the vapor collection and processing systems due to the loading of gasoline cargo tanks shall not exceed 10 milligrams of total organic compounds per liter of gasoline loaded. (63.422(b))

40.51.3   Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall comply with §60.502(e) of this chapter as follows (63.422(c)):

40.51.3.1   For the purposes of this section, the term "tank truck" as used in §60.502(e) of this chapter means "cargo tank." (63.422(c)(1))

40.51.3.2   Section 60.502(e)(5) of this chapter is changed to read: The terminal owner or operator shall take steps assuring that the nonvapor-tight gasoline cargo tank will not be reloaded at the facility until vapor tightness documentation for that gasoline cargo tank is obtained which

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 215

documents the requirements in 63.422(i) and (ii) (63.422(c)(2)).

40.51.4    As an alternative to 40 CFR 60.502(h) and (i) as specified in 63.655(a), the owner or operator may comply with 63.422(e)(1) and (2). (63.422(e)) Note that since the loading rack is not equipped with a flare, the requirements in 62.422(e)(2) do not apply.

Test methods and procedures (63.425)

40.51.5    Each owner or operator subject to the emission standard in §63.422(b) or 40 CFR 60.112b(a)(3)(ii) shall comply with the requirements in 63.425(a)(1) and (2). (63.425(a))

40.51.6    For each performance test conducted under 63.425(a), the owner or operator shall determine a monitored operating parameter value for the vapor processing system using the procedures in 63.425(b)(1) through (3). (63.425(b))

40.51.7    For performance tests performed after the initial test, the owner or operator shall document the reasons for any change in the operating parameter value since the previous performance test. (63.425(c))

40.51.8    *Annual certification test.* The annual certification test for gasoline cargo tanks shall consist of the test methods and procedures in 63.425(e)(1) and (2). (63.425(e))

40.51.9    *Leak detection test.* The leak detection test shall be performed using Method 21, appendix A, 40 CFR part 60, except omit section 4.3.2 of Method 21. A vapor-tight gasoline cargo tank shall have no leaks at any time when tested according to the procedures in 63.425(f)(1) and (2). (63.425(f))

40.51.10    *Nitrogen pressure decay field test* For those cargo tanks with manifolded product lines, this test procedure (63.425(g)(1) through (5)) shall be conducted on each compartment. (63.425(g))

40.51.11    *Continuous performance pressure decay test.* The continuous performance pressure decay test shall be performed using Method 27, appendix A, 40 CFR Part 60. Conduct only the positive pressure test using a time period (t) of 5 minutes. The initial pressure ($P_i$) shall be 460 mm $H_2O$ (18 in. $H_2$ O), gauge. The maximum allowable 5-minute pressure change ($\Delta$ p) which shall be met at any time is shown in the third column of Table 2 of §63.425(e)(1). (63.425(h))

40.51.12    *Railcar bubble leak test procedures.* As an alternative to 63.425(e) for annual certification leakage testing of gasoline cargo tanks, the owner or operator may comply with 63.425(i)(1) and (2) for railcar gasoline cargo tanks, provided the railcar tank meets the requirement in 63.425(i)(3). (63.425(i))

Continuous monitoring (63.427)

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
| Renewed: September 1, 2022

Air Pollution Control Division                                        Suncor Energy (U.S.A.)
Colorado Operating Permit                               Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                               Page 216

40.51.13    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall install, calibrate, certify, operate, and maintain, according to the manufacturer's specifications, a continuous monitoring system (CMS) as specified in 63.427(a)(1), (a)(2), (a)(3), or (a)(4), except as allowed in 63.427(a)(5). (63.427(a)) Note that only option (a)(3) was included as it is the only option that applies.

    40.51.13.1    Where a thermal oxidation system other than a flare is used, a CPMS capable of measuring temperature must be installed in the firebox or in the ductwork immediately downstream from the firebox in a position before any substantial heat exchange occurs. (63.427(a)(3))

40.51.14    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall operate the vapor processing system in a manner not to exceed the operating parameter value for the parameter described 63.427(a)(1) and (a)(2), or to go below the operating parameter value for the parameter described in 63.427(a)(3), and established using the procedures in §63.425(b). In cases where an alternative parameter pursuant to 63.427(a)(5) is approved, each owner or operator shall operate the vapor processing system in a manner not to exceed or not to go below, as appropriate, the alternative operating parameter value. Operation of the vapor processing system in a manner exceeding or going below the operating parameter value, as specified above, shall constitute a violation of the emission standard in §63.422(b). (63.427(b))

Reporting and recordkeeping (63.428)

40.51.15    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall keep records of the test results for each gasoline cargo tank loading at the facility as specified in 63.428(b)(1) through (3). (63.428(b))

40.51.16    Each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall maintain the records in 63.428(c)(1) through (3). (63.428(c))

40.51.17    Each owner or operator of a bulk gasoline terminal or pipeline breakout station subject to the provisions of this subpart shall include in a semiannual report to the Administrator, each loading of a gasoline cargo tank for which vapor tightness documentation had not been previously obtained by the facility. (63.428(g) and (g)(1))

40.51.18    Each owner or operator of a bulk gasoline terminal or pipeline breakout station subject to the provisions of this subpart shall submit an excess emissions report to the Administrator in accordance with §63.10(e)(3), whether or not a CMS is installed at the facility. The following occurrences are excess emissions events under this subpart, and the following information shall be included in the excess emissions report, as applicable (63.428(h)):

    40.51.18.1    Each exceedance or failure to maintain, as appropriate, the monitored operating parameter value determined under §63.425(b). The report shall include the monitoring data for the days on which exceedances or failures

Operating Permit #95OPAD108                                        First Issued:  October 1, 2006
                                                                     Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 217

to maintain have occurred, and a description and timing of the steps taken to repair or perform maintenance on the vapor collection and processing systems or the CMS. (63.428(h)(1))

    40.51.18.2   Each instance of a nonvapor-tight gasoline cargo tank loading at the facility in which the owner or operator failed to take steps to assure that such cargo tank would not be reloaded at the facility before vapor tightness documentation for that cargo tank was obtained. (63.428(h)(3))

    40.51.18.3   Each reloading of a nonvapor-tight gasoline cargo tank at the facility before vapor tightness documentation for that cargo tank is obtained by the facility in accordance with §63.422(c)(2).

  40.51.19  As an alternative to keeping records at the terminal of each gasoline cargo tank test result as required in paragraph (b) of this section, an owner or operator may comply with the requirements in either 63.428(k)(1) or (2). (63.428(k))

40.52  As used in this section, all terms not defined in §63.641 shall have the meaning given them in subpart A or in 40 CFR part 63, subpart R. The §63.641 definition of "affected source" applies under this section. (63.650(b))

40.53  If a flare is used as a control device, on and after January 30, 2019, the flare shall meet the requirements of §63.670. Prior to January 30, 2019, the flare shall meet the applicable requirements of subpart R of this part, or the requirements of §63.670. (63.650(d))

**Heat exchange systems (63.654)**

Heat exchange systems associated with the Plant 2 cooling towers (P011 – north and south tower) are subject to these requirements.

40.54  Except as specified in 63.654(b), the owner or operator of a heat exchange system that meets the criteria in §63.640(c)(8) must comply with the requirements of 63.654(c) through (g). (63.654(a))

40.55  A heat exchange system is exempt from the requirements in 63.654(c) through (g) if all heat exchangers within the heat exchange system either: (63.654(b))

  40.55.1  Operate with the minimum pressure on the cooling water side at least 35 kilopascals greater than the maximum pressure on the process side (63.654(b)(1)); or

  40.55.2  Employ an intervening cooling fluid containing less than 5 percent by weight of total organic HAP, as determined according to the provisions of §63.180(d) of this part and table 1 of this subpart, between the process and the cooling water. This intervening fluid must serve to isolate the cooling water from the process fluid and must not be sent through a cooling tower or discharged. For purposes of this section, discharge does not include emptying for maintenance purposes. (63.654(b)(2))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 218 |

40.56    The owner or operator must perform monitoring to identify leaks of total strippable volatile organic compounds (VOC) from each heat exchange system subject to the requirements of this subpart according to the procedures in 63.654(c)(1) through (6). (63.654(c))  Note that the requirements for once-through heat exchange systems in (c)(2) and new sources in (c)(5) were not included as they do not apply.

40.56.1    *Monitoring locations for closed-loop recirculation heat exchange systems.* For each closed loop recirculating heat exchange system, collect and analyze a sample from the location(s) described in either 63.654(c)(1)(i) or (c)(1)(ii). (63.654(c)(1))

40.56.2    *Monitoring method.* Determine the total strippable hydrocarbon concentration (in parts per million by volume (ppmv) as methane) at each monitoring location using the "Air Stripping Method (Modified El Paso Method) for Determination of Volatile Organic Compound Emissions from Water Sources" Revision Number One, dated January 2003, Sampling Procedures Manual, Appendix P: Cooling Tower Monitoring, prepared by Texas Commission on Environmental Quality, January 31, 2003 (incorporated by reference—see §63.14) using a flame ionization detector (FID) analyzer for on-site determination as described in Section 6.1 of the Modified El Paso Method. (63.654(c)(3))

40.56.3    *Monitoring frequency and leak action level for existing sources.* For a heat exchange system at an existing source, the owner or operator must comply with the monitoring frequency and leak action level as defined in 63.654(c)(4)(i) or comply with the monitoring frequency and leak action level as defined in 63.654(c)(4)(ii). The owner or operator of an affected heat exchange system may choose to comply with 63.654(c)(4)(i) for some heat exchange systems at the petroleum refinery and comply with 63.654(c)(4)(ii) for other heat exchange systems. However, for each affected heat exchange system, the owner or operator of an affected heat exchange system must elect one monitoring alternative that will apply at all times. If the owner or operator intends to change the monitoring alternative that applies to a heat exchange system, the owner or operator must notify the Administrator 30 days in advance of such a change. All "leaks" identified prior to changing monitoring alternatives must be repaired. The monitoring frequencies specified in 63.654(c)(4)(i) and (ii) also apply to the inlet water feed line for a once-through heat exchange system, if monitoring of the inlet water feed is elected as provided in 63.654(c)(2)(ii). (63.654(c)(4))

40.56.3.1    Monitor monthly using a leak action level defined as a total strippable hydrocarbon concentration (as methane) in the stripping gas of 6.2 ppmv. (63.654(c)(4)(i))

40.56.3.2    Monitor quarterly using a leak action level defined as a total strippable hydrocarbon concentration (as methane) in the stripping gas of 3.1 ppmv unless repair is delayed as provided in 63.654(f). If a repair is delayed as provided in 63.654(f), monitor monthly. (63.654(c)(4)(ii))

---

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                        Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 219

40.56.4    *Leak definition.* A leak is defined as described in paragraph (c)(6)(i) or (c)(6)(ii) of this section, as applicable. (63.654(c)(6))  Note that since the heat exchange systems are closed loop systems only paragraph (c)(6)(ii) was included.

    40.56.4.1    For all other heat exchange systems, a leak is detected if a measurement value of the sample taken from a location specified in either 63.654(c)(1)(i), (c)(1)(ii), or (c)(2)(i) equals or exceeds the leak action level.

40.57    If a leak is detected, the owner or operator must repair the leak to reduce the measured concentration to below the applicable action level as soon as practicable, but no later than 45 days after identifying the leak, except as specified in 63.654(e) and (f). Repair includes re-monitoring at the monitoring location where the leak was identified according to the method specified in 63.654(c)(3) of this section to verify that the measured concentration is below the applicable action level. Actions that can be taken to achieve repair include but are not limited to the provisions in 63.654(d)(1) through (5). (63.654(d))

40.58    If the owner or operator detects a leak when monitoring a cooling tower return line under 63.654(c)(1)(i), the owner or operator may conduct additional monitoring of each heat exchanger or group of heat exchangers associated with the heat exchange system for which the leak was detected as provided under 63.654(c)(1)(ii). If no leaks are detected when monitoring according to the requirements of 63.654(c)(1)(ii), the heat exchange system is considered to meet the repair requirements through re-monitoring of the heat exchange system as provided in 63.654(d). (63.654(e))

40.59    The owner or operator may delay the repair of a leaking heat exchanger when one of the conditions in 63.654(f)(1) or (f)(2) is met and the leak is less than the delay of repair action level specified in 63.654(f)(3). The owner or operator must determine if a delay of repair is necessary as soon as practicable, but no later than 45 days after first identifying the leak. (63.654(f))

    40.59.1    If the repair is technically infeasible without a shutdown and the total strippable hydrocarbon concentration is initially and remains less than the delay of repair action level for all monthly monitoring periods during the delay of repair, the owner or operator may delay repair until the next scheduled shutdown of the heat exchange system. If, during subsequent monthly monitoring, the delay of repair action level is exceeded, the owner or operator must repair the leak within 30 days of the monitoring event in which the leak was equal to or exceeded the delay of repair action level. (63.654(f)(1))

    40.59.2    If the necessary equipment, parts, or personnel are not available and the total strippable hydrocarbon concentration is initially and remains less than the delay of repair action level for all monthly monitoring periods during the delay of repair, the owner or operator may delay the repair for a maximum of 120 calendar days. The owner or operator must demonstrate that the necessary equipment, parts, or personnel were not available. If, during subsequent monthly monitoring, the delay of repair action level is exceeded, the owner or operator must repair the leak within 30 days of the monitoring

Operating Permit #95OPAD108                          First Issued:  October 1, 2006
                                                     Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 220 |

event in which the leak was equal to or exceeded the delay of repair action level. (63.654(f)(2))

40.59.3    The delay of repair action level is a total strippable hydrocarbon concentration (as methane) in the stripping gas of 62 ppmv. The delay of repair action level is assessed as described in 63.654(f)(3)(i) or (f)(3)(ii), as applicable. (63.654(f)(3)) Note that since the heat exchange systems are closed loop systems only paragraph (f)(3)(ii) was included.

40.59.3.1    For all other heat exchange systems, the delay of repair action level is exceeded if a measurement value of the sample taken from a location specified in either 63.654(c)(1)(i), (c)(1)(ii), or (c)(2)(i) equals or exceeds the delay of repair action level. (63.654(f)(3)(ii))

40.60    To delay the repair under 63.654(f), the owner or operator must record the information in 63.654(g)(1) through (4). (63.654(g))

**Reporting and recordkeeping requirements (63.655)**

40.61    Each owner or operator subject to the wastewater provisions in §63.647 shall comply with the recordkeeping and reporting provisions in §§61.356 and 61.357 of 40 CFR part 61, subpart FF unless they are complying with the wastewater provisions specified in paragraph (o)(2)(ii) of §63.640. There are no additional reporting and recordkeeping requirements for wastewater under this subpart unless a wastewater stream is included in an emissions average. Recordkeeping and reporting for emissions averages are specified in §63.653 and in 63.655(f)(5) and (g)(8). (63.655(a))

40.62    Each owner or operator subject to the gasoline loading rack provisions in §63.650 shall comply with the recordkeeping and reporting provisions in §63.428 (b) and (c), (g)(1), (h)(1) through (h)(3), and (k) of subpart R. These requirements are summarized in table 4 of this subpart. There are no additional reporting and recordkeeping requirements for gasoline loading racks under this subpart unless a loading rack is included in an emissions average. Recordkeeping and reporting for emissions averages are specified in §63.653 and in 63.655(f)(5) and (g)(8). (63.655(b))

40.63    Each owner or operator subject to the equipment leaks standards in §63.648 shall comply with the recordkeeping and reporting provisions in 63.655(d)(1) through (d)(6). (63.655(d))

40.64    Each owner or operator of a source subject to this subpart shall submit the reports listed in 63.655(e)(1) through (e)(3) except as provided in 63.655(h)(5), and shall keep records as described in 63.655(i). (63.655(e))

40.64.1    A Notification of Compliance Status report as described in 63.655(f); (63.655(e)(1))

40.64.2    Periodic Reports as described in 63.655(g) (63.655(e)(2)); and

40.64.3    Other reports as described in 63.655(h). (63.655(e)(3))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 221 |

40.65    Each owner or operator of a source subject to this subpart shall submit a Notification of Compliance Status report within 150 days after the compliance dates specified in §63.640(h) with the exception of Notification of Compliance Status reports submitted to comply with §63.640(l)(3) and for storage vessels subject to the compliance schedule specified in §63.640(h)(2). Notification of Compliance Status reports required by §63.640(l)(3) and for storage vessels subject to the compliance dates specified in §63.640(h)(2) shall be submitted according to 63.655(f)(6). This information may be submitted in an operating permit application, in an amendment to an operating permit application, in a separate submittal, or in any combination of the three. If the required information has been submitted before the date 150 days after the compliance date specified in §63.640(h), a separate Notification of Compliance Status report is not required within 150 days after the compliance dates specified in §63.640(h). If an owner or operator submits the information specified in 63.655(f)(1) through (5) at different times, and/or in different submittals, later submittals may refer to earlier submittals instead of duplicating and resubmitting the previously submitted information. Each owner or operator of a gasoline loading rack classified under Standard Industrial Classification Code 2911 located within a contiguous area and under common control with a petroleum refinery subject to the standards of this subpart shall submit the Notification of Compliance Status report required by subpart R of this part within 150 days after the compliance dates specified in §63.640(h). (63.655(f))    Note that 63.655(f)(5) was not included because it applies to an emissions average which does not apply.

40.65.1    The Notification of Compliance Status report shall include the information specified in 63.655(f)(1)(i) through (viii). (63.655(f)(1))

40.65.2    If initial performance tests are required by §§63.643 through 63.653, the Notification of Compliance Status report shall include one complete test report for each test method used for a particular source. On and after February 1, 2016, for data collected using test methods supported by the EPA's Electronic Reporting Tool (ERT) as listed on the EPA's ERT website (*https://www.epa.gov/electronic-reporting-air-emissions/electronic-reporting-tool-ert*) at the time of the test, you must submit the results in accordance with §63.655(h)(9) by the date that you submit the Notification of Compliance Status, and you must include the process unit(s) tested, the pollutant(s) tested, and the date that such performance test was conducted in the Notification of Compliance Status. All other performance test results must be reported in the Notification of Compliance Status. (63.655(f)(2))

40.65.2.1    For additional tests performed using the same method, the results specified in 63.655(f)(1) shall be submitted, but a complete test report is not required. (63.655(f)(2)(i))

40.65.2.2    A complete test report shall include a sampling site description, description of sampling and analysis procedures and any modifications to standard procedures, quality assurance procedures, record of operating conditions during the test, record of preparation of standards, record of calibrations, raw data sheets for field sampling, raw data sheets for field and laboratory analyses, documentation of calculations, and any other

---

| Operating Permit #95OPAD108 | |
|---|---|
| | First Issued:  October 1, 2006 |
| | Renewed: September 1, 2022 |

information required by the test method. (63.655(f)(2)(ii))

40.65.2.3    Performance tests are required only if specified by §§ 63.643 through 63.653 of this subpart. Initial performance tests are required for some kinds of emission points and controls. Periodic testing of the same emission point is not required. (63.655(f)(2)(iii))

40.65.3    For each monitored parameter for which a range is required to be established under §63.120(d) of subpart G or §63.985(b) of subpart SS for storage vessels or §63.644 for miscellaneous process vents, the Notification of Compliance Status report shall include the information in 63.655(f)(3)(i) through (iii). (63.655(f)(3))

40.65.4    Results of any continuous monitoring system performance evaluations shall be included in the Notification of Compliance Status report, unless the results are required to be submitted electronically by §63.655(h)(9). For performance evaluation results required to be submitted through CEDRI, submit the results in accordance with §63.655(h)(9) by the date that you submit the Notification of Compliance Status and include the process unit where the CMS is installed, the parameter measured by the CMS, and the date that the performance evaluation was conducted in the Notification of Compliance Status. (63.655(f)(4))

40.65.5    Notification of Compliance Status reports required by §63.640(l)(3) and for storage vessels subject to the compliance dates specified in §63.640(h)(2) shall be submitted no later than 60 days after the end of the 6-month period during which the change or addition was made that resulted in the Group 1 emission point or the existing Group 1 storage vessel was brought into compliance, and may be combined with the periodic report. Six-month periods shall be the same 6-month periods specified in 63.655(g). The Notification of Compliance Status report shall include the information specified in 63.655(f)(1) through (f)(5). This information may be submitted in an operating permit application, in an amendment to an operating permit application, in a separate submittal, as part of the periodic report, or in any combination of these four. If the required information has been submitted before the date 60 days after the end of the 6-month period in which the addition of the Group 1 emission point took place, a separate Notification of Compliance Status report is not required within 60 days after the end of the 6-month period. If an owner or operator submits the information specified in 63.655(f)(1) through (f)(5) at different times, and/or in different submittals, later submittals may refer to earlier submittals instead of duplicating and resubmitting the previously submitted information. (63.655(f)(6))

40.66    The owner or operator of a source subject to this subpart shall submit Periodic Reports no later than 60 days after the end of each 6-month period when any of the information specified in 63.655(g)(1) through (7) or 63.655(g)(9) through (14) is collected. The first 6-month period shall begin on the date the Notification of Compliance Status report is required to be submitted. A Periodic Report is not required if none of the events identified in 63.655(g)(1) through (7) or 63.655(g)(9) through (14) occurred during the 6-month period unless emissions averaging is utilized. Quarterly reports must be submitted for emission points included in emission averages,

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 223 |

as provided in 63.655(g)(8). An owner or operator may submit reports required by other regulations in place of or as part of the Periodic Report required by this 63.655(g) if the reports contain the information required by 63.655(g)(1) through (14). (63.655(g))

40.66.1    For storage vessels, Periodic Reports shall include the information specified for Periodic Reports in 63.655(g)(2) through (5). Information related to gaskets, slotted membranes, and sleeve seals is not required for storage vessels that are part of an existing source complying with §63.646. (63.655(g)(1))

40.66.2    For internal floating roof tanks, the information in 63.655(g)(2)(i) or (ii), as applicable.

40.66.3    For external floating roof tanks, the information in 63.655(g)(3)(i) or (ii), as applicable.

40.66.4    An owner or operator who elects to comply with §63.646 or §63.660 by installing a closed vent system and control device shall submit, as part of the next Periodic Report, the information specified in 63.655(g)(5)(i) through (v), as applicable. (63.655(g)(5))

40.66.5    For miscellaneous process vents for which continuous parameter monitors are required by this subpart, periods of excess emissions shall be identified in the Periodic Reports and shall be used to determine compliance with the emission standards. (63.655(g)(6))

40.66.6    If a performance test for determination of compliance for a new emission point subject to this subpart or for an emission point that has changed from Group 2 to Group 1 is conducted during the period covered by a Periodic Report, the results of the performance test shall be included in the Periodic Report. (63.655(g)(7))

40.66.7    For heat exchange systems, Periodic Reports must include the information in 63.655(g)(9)(i) through (v). (63.655(g)(9))

40.66.8    For pressure relief devices subject to the requirements §63.648(j), Periodic Reports must include the information specified in 63.655(g)(10)(i) through (iv). (63.655(g)(10))

40.66.9    For flares subject to §63.670, Periodic Reports must include the information specified in 63.655(g)(11)(i) through (iv). (63.655(g)(11))

40.66.10    For maintenance vents subject to the requirements in §63.643(c), Periodic Reports must include the information specified in 63.655(g)(13)(i) through (iv) for any release exceeding the applicable limits in §63.643(c)(1). For the purposes of this reporting requirement, owners or operators complying with §63.643(c)(1)(iv) must report each venting event for which the lower explosive limit is 20 percent or greater; owners or operators complying with §63.643(c)(1)(v) must report each venting event conducted under those provisions and include an explanation for each event as to why utilization of this alternative was required. (63.655(g)(13))

40.66.11    Any changes in the information provided in a previous Notification of Compliance Status report. (63.655(g)(14))

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 224

40.67   Other reports shall be submitted as specified in subpart A of this part and as follows (63.655(h)):

40.67.1   For storage vessels, notifications of inspections as specified in 63.655(h)(2)(i) and (ii). (63.655(h)(2))

40.67.2   An owner or operator may request approval to use alternatives to the continuous operating parameter monitoring and recordkeeping provisions listed in 63.655(i). Such requests shall meet the requirements in 63.655(h)(5)(i) through (iv). (63.640(h)(5))

40.67.3   The owner or operator shall submit the information specified in 63.655(h)(6)(i) through (h)(6)(iii), as applicable. For existing sources, this information shall be submitted in the initial Notification of Compliance Status report. For a new source, the information shall be submitted with the application for approval of construction or reconstruction required by §63.5(d) of subpart A of this part. The information may be submitted in an operating permit application, in an amendment to an operating permit application, or in a separate submittal. (63.655(h)(6))

40.67.4   The owner or operator of a heat exchange system at an existing source must notify the Administrator at least 30 calendar days prior to changing from one of the monitoring options specified in §63.654(c)(4) to the other. (63.655(h)(7))

40.67.5   For fenceline monitoring systems subject to §63.658, each owner or operator shall submit the following information (63.655(h)(8)(i) through (viii)) to the EPA's Compliance and Emissions Data Reporting Interface (CEDRI) on a quarterly basis. (CEDRI can be accessed through the EPA's Central Data Exchange (CDX) (*https://cdx.epa.gov/*). The first quarterly report must be submitted once the owner or operator has obtained 12 months of data. The first quarterly report must cover the period beginning on the compliance date that is specified in Table 11 of this subpart (Condition 40.3) and ending on March 31, June 30, September 30 or December 31, whichever date is the first date that occurs after the owner or operator has obtained 12 months of data (*i.e.,* the first quarterly report will contain between 12 and 15 months of data). Each subsequent quarterly report must cover one of the following reporting periods: Quarter 1 from January 1 through March 31; Quarter 2 from April 1 through June 30; Quarter 3 from July 1 through September 30; and Quarter 4 from October 1 through December 31. Each quarterly report must be electronically submitted no later than 45 calendar days following the end of the reporting period. (63.655(h)(8))

40.67.6   On and after February 1, 2016, if required to submit the results of a performance test or CEMS performance evaluation, the owner or operator shall submit the results according to the procedures in 63.655(h)(9)(i) and (ii). (63.655(h)(9))

40.67.7   *Extensions to electronic reporting deadlines.* (63.655(h)(10))

40.67.7.1   If you are required to electronically submit a report through the Compliance and Emissions Data Reporting Interface (CEDRI) in the

Air Pollution Control Division                                         Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                Page 225

EPA's Central Data Exchange (CDX), and due to a planned or actual outage of either the EPA's CEDRI or CDX systems within the period of time beginning 5 business days prior to the date that the submission is due, you will be or are precluded from accessing CEDRI or CDX and submitting a required report within the time prescribed, you may assert a claim of EPA system outage for failure to timely comply with the reporting requirement. You must submit notification to the Administrator in writing as soon as possible following the date you first knew, or through due diligence should have known, that the event may cause or caused a delay in reporting. You must provide to the Administrator a written description identifying the date(s) and time(s) the CDX or CEDRI were unavailable when you attempted to access it in the 5 business days prior to the submission deadline; a rationale for attributing the delay in reporting beyond the regulatory deadline to the EPA system outage; describe the measures taken or to be taken to minimize the delay in reporting; and identify a date by which you propose to report, or if you have already met the reporting requirement at the time of the notification, the date you reported. In any circumstance, the report must be submitted electronically as soon as possible after the outage is resolved. The decision to accept the claim of EPA system outage and allow an extension to the reporting deadline is solely within the discretion of the Administrator. (63.655(h)(10)(i))

40.67.7.2    If you are required to electronically submit a report through CEDRI in the EPA's CDX and a force majeure event is about to occur, occurs, or has occurred or there are lingering effects from such an event within the period of time beginning 5 business days prior to the date the submission is due, the owner or operator may assert a claim of force majeure for failure to timely comply with the reporting requirement. For the purposes of this paragraph, a force majeure event is defined as an event that will be or has been caused by circumstances beyond the control of the affected facility, its contractors, or any entity controlled by the affected facility that prevents you from complying with the requirement to submit a report electronically within the time period prescribed. Examples of such events are acts of nature (*e.g.,* hurricanes, earthquakes, or floods), acts of war or terrorism, or equipment failure or safety hazard beyond the control of the affected facility (*e.g.,* large scale power outage). If you intend to assert a claim of force majeure, you must submit notification to the Administrator in writing as soon as possible following the date you first knew, or through due diligence should have known, that the event may cause or caused a delay in reporting. You must provide to the Administrator a written description of the force majeure event and a rationale for attributing the delay in reporting beyond the regulatory deadline to the force majeure event; describe the measures taken or to be taken to minimize the delay in reporting; and identify a date by which you propose

Operating Permit #95OPAD108                                    First Issued: October 1, 2006
                                                                      Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 226 |

> to report, or if you have already met the reporting requirement at the time of the notification, the date you reported. In any circumstance, the reporting must occur as soon as possible after the force majeure event occurs. The decision to accept the claim of force majeure and allow an extension to the reporting deadline is solely within the discretion of the Administrator. (63.655(h)(10)(ii))

40.68    *Recordkeeping.* Each owner or operator of a source subject to this subpart shall keep copies of all applicable reports and records required by this subpart for at least 5 years except as otherwise specified in 63.655(i)(1) through (12). All applicable records shall be maintained in such a manner that they can be readily accessed within 24 hours. Records may be maintained in hard copy or computer-readable form including, but not limited to, on paper, microfilm, computer, flash drive, floppy disk, magnetic tape, or microfiche. (63.655(i))

40.68.1    Each owner or operator subject to the storage vessel provisions in §63.646 shall keep the records specified in §63.123 of subpart G except as specified in 63.655(i)(1)(i) through (iv). Each owner or operator subject to the storage vessel provisions in §63.660 shall keep records as specified in 63.655(i)(1)(v) and (vi). (63.655(i)(1))

40.68.2    Each owner or operator required to report the results of performance tests under 63.655(f) and (g)(7) shall retain a record of all reported results as well as a complete test report, as described in 63.655(f)(2)(ii) for each emission point tested. (63.655(i)(2))

40.68.3    Each owner or operator required to continuously monitor operating parameters under §63.644 for miscellaneous process vents or under §§63.652 and 63.653 for emission points in an emissions average shall keep the records specified in 63.655(i)(3)(i) through (i)(3)(v) unless an alternative recordkeeping system has been requested and approved under 63.655(h). (63.655(i)(3))

40.68.4    For each closed vent system that contains bypass lines that could divert a vent stream away from the control device and either directly to the atmosphere or to a control device that does not comply with the requirements in §63.643(a), the owner or operator shall keep a record of the information specified in either 63.655(i)(4)(i) or (ii), as applicable. (63.655(i)(4))

40.68.5    The owner or operator of a heat exchange system subject to this subpart shall comply with the recordkeeping requirements in 63.655(i)(5)(i) through (v) and retain these records for 5 years. (63.655(i)(5))

40.68.6    All other information required to be reported under 63.655(a) through (h) shall be retained for 5 years. (63.655(i)(6))

40.68.7    For fenceline monitoring systems subject to §63.658, each owner or operator shall keep the records specified in 63.655(i)(8)(i) through (x) on an ongoing basis. (63.655(i)(8))

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                                  Suncor Energy (U.S.A.)
Colorado Operating Permit                                        Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                      Page 227

40.68.8    For each flare subject to §63.670, each owner or operator shall keep the records specified in 63.655(i)(9)(i) through (xii) up-to-date and readily accessible, as applicable. (63.655(i)(9))

40.68.9    For each pressure relief device subject to the pressure release management work practice standards in §63.648(j)(3), the owner or operator shall keep the records specified in 63.655(i)(11)(i) through (iii). For each pilot-operated pressure relief device subject to the requirements at §63.648(j)(4)(ii), the owner or operator shall keep the records specified in 63.655(i)(11)(iv). (63.655(i)(11))

40.68.10    For each maintenance vent opening subject to the requirements in §63.643(c), the owner or operator shall keep the applicable records specified in 63.655(i)(12)(i) through (vi). (63.655(i)(12))

**Fenceline monitoring provisions (63.658)**

40.69    The owner or operator shall conduct sampling along the facility property boundary and analyze the samples in accordance with Methods 325A and 325B of appendix A of this part and 63.658(b) through (k). (63.658(a))

40.70    The target analyte is benzene. (63.658(b))

40.71    The owner or operator shall determine passive monitor locations in accordance with Section 8.2 of Method 325A of appendix A of this part. (63.658(c))

40.71.1    As it pertains to this subpart, known sources of VOCs, as used in Section 8.2.1.3 in Method 325A of appendix A of this part for siting passive monitors, means a wastewater treatment unit, process unit, or any emission source requiring control according to the requirements of this subpart, including marine vessel loading operations. For marine vessel loading operations, one passive monitor should be sited on the shoreline adjacent to the dock. For this subpart, an additional monitor is not required if the only emission sources within 50 meters of the monitoring boundary are equipment leak sources satisfying all of the conditions in 63.655(c)(1)(i) through (iv). (63.658(c)(1))

40.71.1.1    The equipment leak sources in organic HAP service within 50 meters of the monitoring boundary are limited to valves, pumps, connectors, sampling connections, and open-ended lines. If compressors, pressure relief devices, or agitators in organic HAP service are present within 50 meters of the monitoring boundary, the additional passive monitoring location specified in Section 8.2.1.3 in Method 325A of appendix A of this part must be used. (63.658(c)(1)(i))

40.71.1.2    All equipment leak sources in gas or light liquid service (and in organic HAP service), including valves, pumps, connectors, sampling connections and open-ended lines, must be monitored using EPA Method

Operating Permit #95OPAD108                                              First Issued:  October 1, 2006
                                                                         Renewed: September 1, 2022

Air Pollution Control Division                                  Suncor Energy (U.S.A.)
Colorado Operating Permit                    Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                       Page 228

21 of 40 CFR part 60, appendix A-7 no less frequently than quarterly with no provisions for skip period monitoring, or according to the provisions of §63.11(c) Alternative Work practice for monitoring equipment for leaks. For the purpose of this provision, a leak is detected if the instrument reading equals or exceeds the applicable limits in 63.658(c)(1)(ii)(A) through (E).

40.71.1.3   All equipment leak sources in organic HAP service, including sources in gas, light liquid and heavy liquid service, must be inspected using visual, audible, olfactory, or any other detection method at least monthly. A leak is detected if the inspection identifies a potential leak to the atmosphere or if there are indications of liquids dripping. (63.658(c)(1)(iii))

40.71.1.4   All leaks identified by the monitoring or inspections specified in 63.658(c)(1)(ii) or (iii) must be repaired no later than 15 calendar days after it is detected with no provisions for delay of repair. If a repair is not completed within 15 calendar days, the additional passive monitor specified in Section 8.2.1.3 in Method 325A of appendix A of this part must be used. (63.658(c)(1)(iv))

40.71.2   The owner or operator may collect one or more background samples if the owner or operator believes that an offsite upwind source or an onsite source excluded under §63.640(g) may influence the sampler measurements. If the owner or operator elects to collect one or more background samples, the owner or operator must develop and submit a site-specific monitoring plan for approval according to the requirements in 63.658(i). Upon approval of the site-specific monitoring plan, the background sampler(s) should be operated co-currently with the routine samplers. (63.658(c)(2))

40.71.3   If there are 19 or fewer monitoring locations, the owner or operator shall collect at least one co-located duplicate sample per sampling period and at least one field blank per sampling period. If there are 20 or more monitoring locations, the owner or operator shall collect at least two co-located duplicate samples per sampling period and at least one field blank per sampling period. The co-located duplicates may be collected at any of the perimeter sampling.  (63.658(c)(3))

40.71.4   The owner or operator shall follow the procedure in Section 9.6 of Method 325B of appendix A of this part to determine the detection limit of benzene for each sampler used to collect samples, background samples (if the owner or operator elects to do so), co-located samples and blanks. (63.658(c)(4))

40.72   The owner or operator shall collect and record meteorological data according to the applicable requirements in 63.658(d)(1) through (3). (63.658(d))

40.72.1   If a near-field source correction is used as provided in 63.658(i)(2) or if an alternative test method is used that provides time-resolved measurements, the owner or operator shall: (63.658(d)(1)):

---

Operating Permit #95OPAD108                           First Issued:  October 1, 2006
                                                      Renewed: September 1, 2022

Air Pollution Control Division                                     Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 229

40.72.1.1    Use an on-site meteorological station in accordance with Section 8.3 of Method 325A of appendix A of this part. (63.658(d)(1)(i))

40.72.1.2    Collect and record hourly average meteorological data, including temperature, barometric pressure, wind speed and wind direction and calculate daily unit vector wind direction and daily sigma theta. (63.658(d)(1)(ii))

40.72.2    For cases other than those specified in 63.658(d)(1), the owner or operator shall collect and record sampling period average temperature and barometric pressure using either an on-site meteorological station in accordance with Section 8.3.1 through 8.3.3 of Method 325A of appendix A of this part or, alternatively, using data from a United States Weather Service (USWS) meteorological station provided the USWS meteorological station is within 40 kilometers (25 miles) of the refinery. (63.658(d)(2))

40.72.3    If an on-site meteorological station is used, the owner or operator shall follow the calibration and standardization procedures for meteorological measurements in EPA-454/B-08-002 (incorporated by reference—see §63.14). (63.658(d)(3))

40.73    The owner or operator shall use a sampling period and sampling frequency as specified in 63.658(e)(1) through (3). (63.658(e))

40.73.1    *Sampling period.* A 14-day sampling period shall be used, unless a shorter sampling period is determined to be necessary under 63.658(g) or (i). A sampling period is defined as the period during which sampling tube is deployed at a specific sampling location with the diffusive sampling end cap in-place and does not include the time required to analyze the sample. For the purpose of this subpart, a 14-day sampling period may be no shorter than 13 calendar days and no longer than 15 calendar days, but the routine sampling period shall be 14 calendar days. (63.658(e)(1))

40.73.2    *Base* sampling *frequency.* Except as provided in 63.658(e)(3), the frequency of sample collection shall be once each contiguous 14-day sampling period, such that the beginning of the next 14-day sampling period begins immediately upon the completion of the previous 14-day sampling period. (63.658(e)(2))

40.73.3    *Alternative sampling frequency for burden reduction.* When an individual monitor consistently achieves results at or below 0.9 $\mu g/m^3$, the owner or operator may elect to use the applicable minimum sampling frequency specified in 63.658(e)(3)(i) through (v) for that monitoring site. When calculating $\Delta c$ for the monitoring period when using this alternative for burden reduction, zero shall be substituted for the sample result for the monitoring site for any period where a sample is not taken. (63.658(e)(3))

40.74    Within 45 days of completion of each sampling period, the owner or operator shall determine whether the results are above or below the action level as follows (63.658(f)):

---

Operating Permit #95OPAD108                              First Issued: October 1, 2006
                                                         Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 230 |

40.74.1   The owner or operator shall determine the facility impact on the benzene concentration ($\Delta c$) for each 14-day sampling period according to either 63.658(f)(1)(i) or (ii), as applicable. (63.658(f)(1))

40.74.2   The owner or operator shall calculate the annual average $\Delta c$ based on the average of the 26 most recent 14-day sampling periods. The owner or operator shall update this annual average value after receiving the results of each subsequent 14-day sampling period. (3.658(f)(2))

40.74.3   The action level for benzene is 9 micrograms per cubic meter ($\mu g/m^3$) on an annual average basis. If the annual average $\Delta c$ value for benzene is less than or equal to 9 $\mu g/m^3$, the concentration is below the action level. If the annual average $\Delta c$ value for benzene is greater than 9 $\mu g/m^3$, the concentration is above the action level, and the owner or operator shall conduct a root cause analysis and corrective action in accordance with 63.658(g) (Condition 40.75). (63.658(f)(3))9

40.75   Within 5 days of determining that the action level has been exceeded for any annual average $\Delta c$ and no longer than 50 days after completion of the sampling period, the owner or operator shall initiate a root cause analysis to determine the cause of such exceedance and to determine appropriate corrective action, such as those described in 63.658(g)(1) through (4). The root cause analysis and initial corrective action analysis shall be completed and initial corrective actions taken no later than 45 days after determining there is an exceedance. Root cause analysis and corrective action may include, but is not limited to (63.658(g)):

40.75.1   Leak inspection using Method 21 of part 60, appendix A-7 of this chapter and repairing any leaks found. (63.658(g)(1))

40.75.2   Leak inspection using optical gas imaging and repairing any leaks found. (63.658(g)(2))

40.75.3   Visual inspection to determine the cause of the high benzene emissions and implementing repairs to reduce the level of emissions. (63.658(g)(3))

40.75.4   Employing progressively more frequent sampling, analysis and meteorology (*e.g.,* using shorter sampling periods for Methods 325A and 325B of appendix A of this part, or using active sampling techniques). (63.658(g)(4))

40.76   If, upon completion of the corrective action analysis and corrective actions such as those described in 63.658(g) (Condition 40.75), the $\Delta c$ value for the next 14-day sampling period for which the sampling start time begins after the completion of the corrective actions is greater than 9 $\mu g/m^3$ or if all corrective action measures identified require more than 45 days to implement, the owner or operator shall develop a corrective action plan that describes the corrective action(s) completed to date, additional measures that the owner or operator proposes to employ to reduce fenceline concentrations below the action level, and a schedule for completion of these measures. The owner or operator shall submit the corrective action plan to the Administrator within 60 days after

---

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
|  | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 231 |

receiving the analytical results indicating that the Δc value for the 14-day sampling period following the completion of the initial corrective action is greater than 9 μg/m³ or, if no initial corrective actions were identified, no later than 60 days following the completion of the corrective action analysis required in 63.658(g) (Condition 40.75). (63.658(h))

40.77    An owner or operator may request approval from the Administrator for a site-specific monitoring plan to account for offsite upwind sources or onsite sources excluded under §63.640(g) according to the requirements in 63.658(i)(1) through (4). (63.640(i))

40.78    The owner or operator shall comply with the applicable recordkeeping and reporting requirements in §63.655(h) and (i). (63.658(j))

40.79    As outlined in §63.7(f), the owner or operator may submit a request for an alternative test method. At a minimum, the request must follow the requirements outlined in 63.658(k)(1) through (7). (63.658(k))

**Storage Vessel Provisions (63.660)**

All tanks addressed in Section II of this permit (listed in the table in Section I, Condition 5.1) are subject to these requirements, except as noted below:

Tanks T050, T051, T060, T061, T063, T064, T066, T067, T068 and T069 are not considered storage vessels under MACT CC because they are pressure vessels.

Tank T029 is not considered a storage vessel under MACT CC because it is a wastewater storage tank. This tanks is subject to the wastewater treatment requirements in MACT CC.

40.80    Overlap with storage vessel regulations:

40.80.1    After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 60, subpart Kb, is required to comply only with the requirements of 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8). After the compliance dates specified in 63.640(h), a Group 2 storage vessel that is subject to the provisions of 40 CFR part 61, subpart Y, is required to comply only with the requirements of 40 CFR part 61, subpart Y, except as provided in 63.740(n)(10). (63.640(n)(1)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 33. No specific equipment has been identified at this facility that falls under this overlap category.

40.80.2    After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 60, subpart Kb, is required to comply only with either 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8) or this subpart. After the compliance dates specified in 63.640(h), a Group 1 storage vessel that is also subject to 40 CFR part 61, subpart Y, is required to comply only with either 40 CFR part 61, subpart Y, except as provided in 63.640(n)(10) or this subpart. (63.640(n)(2)) The requirements in 40 CFR Part 60 Subpart Kb are included in Condition 33.

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 232 |

The following tanks fall under the provisions in 63.640(n)(2): T006, T020, T026, T047 and T053.

40.80.3    Storage vessels described by 63.640(n)(1) are to comply with 40 CFR part 60, subpart Kb, except as provided in 63.640(n)(8)(i) through (vi). Storage vessels described by 63.640(n)(2) electing to comply with part 60, subpart Kb of this chapter shall comply with subpart Kb except as provided in 63.640(n)(8)(i) through (viii). (63.640(n)(8))

40.80.3.1    Storage vessels that are to comply with §60.112b(a)(2) of subpart Kb are exempt from the secondary seal requirements of §60.112b(a)(2)(i)(B) during the gap measurements for the primary seal required by §60.113b(b) of subpart Kb. (63.640(n)(8)(i))

40.80.3.2    If the owner or operator determines that it is unsafe to perform the seal gap measurements required in §60.113b(b) of this chapter or to inspect the vessel to determine compliance with §60.113b(a) of this chapter because the roof appears to be structurally unsound and poses an imminent danger to inspecting personnel, the owner or operator shall comply with the requirements in either §63.120(b)(7)(i) or (ii) of subpart G (only up to the compliance date specified in 63.640(h) for compliance with §63.660, as applicable) or either §63.1063(c)(2)(iv)(A) or (B) of subpart WW. (63.640(n)(8)(ii))

40.80.3.3    If a failure is detected during the inspections required by §60.113b(a)(2) or during the seal gap measurements required by §60.113b(b)(1), and the vessel cannot be repaired within 45 days and the vessel cannot be emptied within 45 days, the owner or operator may utilize up to two extensions of up to 30 additional calendar days each. The owner or operator is not required to provide a request for the extension to the Administrator. (63.640(n)(8)(iii))

40.80.3.4    If an extension is utilized in accordance with 63.640(n)(8)(iii), the owner or operator shall, in the next periodic report, identify the vessel, provide the information listed in §60.113b(a)(2) or §60.113b(b)(4)(iii), and describe the nature and date of the repair made or provide the date the storage vessel was emptied. (63.640(n)(8)(iv))

40.80.3.5    Owners and operators of storage vessels complying with subpart Kb of part 60 may submit the inspection reports required by §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb as part of the periodic reports required by this subpart, rather than within the 30-day period specified in §§60.115b(a)(3), (a)(4), and (b)(4) of subpart Kb. (63.640(n)(8)(v))

40.80.3.6    The reports of rim seal inspections specified in §60.115b(b)(2) are not required if none of the measured gaps or calculated gap areas exceed the limitations specified in §60.113b(b)(4). Documentation of the inspections shall be recorded as specified in §60.115b(b)(3). (63.640(n)(8)(vi))

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                         Page 233

40.80.3.7    To be in compliance with §60.112b(a)(1)(iv) or (a)(2)(ii) of this chapter, guideposes in floating roof storage vessels must be equipped with covers and/or controls (*e.g.,* pole float system, pole sleeve system, internal sleeve system or flexible enclosure system) as appropriate to comply with the "no visible gap" requirement. (63.640(n)(8)(vii))

40.80.3.8    If a flare is used as a control device for a storage vessel, on and after January 30, 2019, the owner or operator must meet the requirements of §63.670 instead of the requirements referenced from part 60, subpart Kb of this chapter for that flare. (63.640(n)(8)(viii))

Group 1 Storage Vessels

The following tanks are Group 1 storage vessels that do not meet the overlap provisions in Condition 40.80.2: Group B tanks (T010, T027, T030), Group F tanks (T035, T036, T044, T052, T054), T011 (E), T025 (G), T037 (G), T038 (E) and T058 (E).

40.81    On and after the applicable compliance date for a Group 1 storage vessel located at a new or existing source as specified in §63.640(h), the owner or operator of a Group 1 storage vessel storing liquid with a maximum true vapor pressure less than 76.6 kilopascals (11.1 pounds per square inch) that is part of a new or existing source shall comply with either the requirements in subpart WW or SS of this part according to the requirements in 63.660(a) through (i) and the owner or operator of a Group 1 storage vessel storing liquid with a maximum true vapor pressure greater than or equal to 76.6 kilopascals (11.1 pounds per square inch) that is part of a new or existing source shall comply with the requirements in subpart SS of this part according to the requirements in 63.660(a) through (i). (63.660)

There are no Group 1 Tanks at this facility that are storing liquids that have a maximum true vapor pressure greater than or equal to 76.6 kilopascals (11.1 pounds per square inch).

The relevant requirements from 40 CFR Part 63 Subpart WW, National Emission Standards for Storage Vessels (Tanks)-Control Level 2, are as follows.

The requirements below reflect the rule language in 40 CFR Part 63 Subpart WW, as of the latest revisions to 40 CFR Part 63 Subpart WW published in the Federal Register on July 12, 2002. However, the permittee is subject to the latest version of 40 CFR Part 63 Subpart WW.

Storage vessel control requirements (63.1062)

40.81.1    For each storage vessel to which this subpart applies, the owner or operator shall comply with one of the requirements listed in 63.1062(a)(1) through (a)(3). (63.1062(a)).

40.81.1.1    Operate and maintain an IFR. (63.1062(a)(1))

40.81.1.2    Operate and maintain an EFR. (63.1062(a)(2))

40.81.1.3    Equivalent *requirements*. Comply with an equivalent to the requirements

Operating Permit #95OPAD108                                    First Issued:  October 1, 2006
                                                               Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 234

in 63.1062(a)(1) or (a)(2), as provided in §63.1064. (63.1062(a)(3))

Floating roof requirements (62.1063)

40.81.2    *Design requirements, Rim seals* (63.1063(a)(1))

40.81.2.1    Internal *floating roof.* An IFR shall be equipped with one of the seal configurations listed in 63.1063(a)(1)(i)(A) through (a)(1)(i)(C). (63.1063(a)(1)(i)).

40.81.2.2    *External floating roof.* An EFR shall be equipped with one of the seal configurations listed in 63.1063(a)(1)(ii)(A) and (a)(1)(ii)(B). (63.1063(a)(1)(ii))

40.81.3    *Deck fittings.* Openings through the deck of the floating roof shall be equipped as described in 63.1063(a)(2)(i) through (a)(2)(viii). (63.1063(a)(2))

40.81.3.1    Each opening except those for automatic bleeder vents (vacuum breaker vents) and rim space vents shall have its lower edge below the surface of the stored liquid. (63.1063(a)(2)(i))

40.81.3.2    Each opening except those for automatic bleeder vents (vacuum breaker vents), rim space vents, leg sleeves, and deck drains shall be equipped with a deck cover. The deck cover shall be equipped with a gasket between the cover and the deck. (63.1063(a)(2)(ii))

40.81.3.3    Each automatic bleeder vent (vacuum breaker vent) and rim space vent shall be equipped with a gasketed lid, pallet, flapper, or other closure device. (63.1063(a)(2)(iii))

40.81.3.4    Each opening for a fixed roof support column may be equipped with a flexible fabric sleeve seal instead of a deck cover. (63.1063(a)(2)(iv))

40.81.3.5    Each opening for a sample well or deck drain (that empties into the stored liquid) may be equipped with a slit fabric seal or similar device that covers at least 90 percent of the opening, instead of a deck cover. (63.1063(a)(2)(v))

40.81.3.6    Each cover on access hatches and gauge float wells shall be designed to be bolted or fastened when closed. (63.1063(a)(2)(vi))

40.81.3.7    Each opening for an unslotted guidepole shall be equipped with a pole wiper, and each unslotted guidepole shall be equipped with a gasketed cap on the top of the guidepole. (63.1063(a)(2)(vii))

40.81.3.8    Each opening for a slotted guidepole shall be equipped with one of the control device configurations specified in 63.1063(a)(2)(viii)(A) and (a)(2)(viii)(B). (63.1063(a)(2)(viii))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 235 |

40.81.4    *Operational requirements.* The floating roof shall float on the stored liquid surface at all times, except when the floating roof is supported by its leg supports or other support devices (e.g., hangers from the fixed roof). (63.1603(b)(1))

40.81.5    When the storage vessel is storing liquid, but the liquid depth is insufficient to float the floating roof, the process of filling to the point of refloating the floating roof shall be continuous and shall be performed as soon as practical. (63.1063(b)(2))

40.81.6    Each cover over an opening in the floating roof, except for automatic bleeder vents (vacuum breaker vents) and rim space vents, shall be closed at all times, except when the cover must be open for access. (63.1063(b)(3))

40.81.7    Each automatic bleeder vent (vacuum breaker vent) and rim space vent shall be closed at all times, except when required to be open to relieve excess pressure or vacuum, in accordance with the manufacturer's design. (63.1063(b)(4))

40.81.8    Each unslotted guidepole cap shall be closed at all times except when gauging the liquid level or taking liquid samples. (63.1063(b)(5))

40.81.9    *Inspection frequency requirements—Internal floating roofs.* Internal floating roofs shall be inspected as specified in 63.1063(d)(1) before the initial filling of the storage vessel. Subsequent inspections shall be performed as specified in 63.1063(c)(1)(i) or (c)(1)(ii). (63.1063(c)(1))

    40.81.9.1    Internal floating roofs shall be inspected as specified in 63.1063(c)(1)(i)(A) and (c)(1)(i)(B). (63.1063(c)(1)(i))

        a.    At least once per year the IFR shall be inspected as specified in 63.1063(d)(2). 63.1063(c)(1)(i)(A))

        b.    Each time the storage vessel is completely emptied and degassed, or every 10 years, whichever occurs first, the IFR shall be inspected as specified in 63.1063(d)(1. 63.1063(c)(1)(i)(B))

    40.81.9.2    Instead of the inspection frequency specified in 63.1063(c)(1)(i), internal floating roofs with two rim seals may be inspected as specified in 63.1063(d)(1) each time the storage vessel is completely emptied and degassed, or every 5 years, whichever occurs first. (63.1063(c)(1)(ii))

40.81.10    *External floating roofs.* External floating roofs shall be inspected as specified in 63.1063(c)(2)(i) through (c)(2)(iv). (63.1063(c)(2))

    40.81.10.1    Within 90 days after the initial filling of the storage vessel, the primary and secondary rim seals shall be inspected as specified in 63.1063(d)(3). (63.1063(c)(2)(i))

    40.81.10.2    The secondary seal shall be inspected at least once every year, and the primary seal shall be inspected at least every 5 years, as specified in

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division

Colorado Operating Permit

Permit #95OPAD108

Suncor Energy (U.S.A.)

Commerce City Refinery, Plant 2 (East)

Page 236

63.1063(d)(3). (63.1063(c)(2)(ii))

**40.81.10.3**   Each time the storage vessel is completely emptied and degassed, or every 10 years, whichever occurs first, the EFR shall be inspected as specified in 63.1063(d)(1). (63.1063(c)(2)(iii))

**40.81.10.4**   If the owner or operator determines that it is unsafe to perform the floating roof inspections specified in 63.1063(c)(2)(i) and (c)(2)(ii), the owner or operator shall comply with the requirements of 63.1063(c)(2)(iv)(A) or (c)(2)(iv)(B). (63.1063(c)(2)(vi))

**40.81.11**   *Inspection procedure requirements.* Floating roof inspections shall be conducted as specified in 63.1063(d)(1) through (d)(3), as applicable. If a floating roof fails an inspection, the owner or operator shall comply with the repair requirements of 63.1063(e). (63.1063(d))

**40.81.11.1**   Floating roof (IFR and EFR) inspections shall be conducted by visually inspecting the floating roof deck, deck fittings, and rim seals from within the storage vessel. The inspection may be performed entirely from the top side of the floating roof, as long as there is visual access to all deck components specified in 63.1063(a). Any of the conditions described in 63.1063(d)(1)(i) through (d)(1)(v) constitutes inspection failure. (63.1063(d)(1))

**40.81.11.2**   Tank-top inspections of IFR's shall be conducted by visually inspecting the floating roof deck, deck fittings, and rim seal through openings in the fixed roof. Any of the conditions described in 63.1063(d)(1)(i) through (d)(1)(iv) constitutes inspection failure. Identification of holes or tears in the rim seal is required only for the seal that is visible from the top of the storage vessel. (63.1063(d)(2))

**40.81.11.3**   Seal gap inspections for EFR's shall determine the presence and size of gaps between the rim seals and the wall of the storage vessel by the procedures specified in 63.1063(d)(3)(i). Any exceedance of the gap requirements specified in 63.1063(d)(3)(ii) and (d)(3)(iii) constitutes inspection failure. (63.1063(d)(3))

**40.81.12**   *Repair requirements.* Conditions causing inspection failures under paragraph (d) of this section shall be repaired as specified in 63.1063(e)(1) or (e)(2). (63.1063(e))

**40.81.12.1**   If the inspection is performed while the storage vessel is not storing liquid, repairs shall be completed before the refilling of the storage vessel with liquid. (63.1063(e)(1))

**40.81.12.2**   If the inspection is performed while the storage vessel is storing liquid, repairs shall be completed or the vessel removed from service within 45 days. If a repair cannot be completed and the vessel cannot be emptied within 45 days, the owner or operator may use up to 2 extensions of up to 30 additional days each. Documentation of a decision to use an extension

Operating Permit #95OPAD108

First Issued:  October 1, 2006

Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 237

shall include a description of the failure, shall document that alternate
storage capacity is unavailable, and shall specify a schedule of actions
that will ensure that the control equipment will be repaired or the vessel
will be completely emptied as soon as practical. (63.1063(e)(2))

Alternative means of emission limitation (63.1064)

40.81.13    An alternate control device may be substituted for a control device specified in
§63.1063 if the alternate device has an emission factor less than or equal to the emission
factor for the device specified in §63.1063. Requests for the use of alternate devices
shall be made as specified in §63.1066(b)(3). Emission factors for the devices specified
in §63.1063 are published in EPA Report No. AP-42, Compilation of Air Pollutant
Emission Factors. (63.1064(a))

40.81.14    Tests to determine emission factors for an alternate device shall accurately simulate
conditions under which the device will operate, such as wind, temperature, and
barometric pressure. Test methods that can be used to perform the testing required in
this paragraph include, but are not limited to, the methods listed in 63.1064(b)(1)
through (b)(3). (63.1064(b))

40.81.15    An alternate combination of control devices may be substituted for any combination of
rim seal and deck fitting control devices specified in §63.1063 if the alternate
combination emits no more than the combination specified in §63.1063. The emissions
from an alternate combination of control devices shall be determined using AP-42 or
as specified in paragraph (b) of this section. The emissions from a combination of
control devices specified in §63.1063 shall be determined using AP-42. Requests for
the use of alternate devices shall be made as specified in §63.1066(b)(3). (63.1064(c))

Recordkeeping requirements (63.1065)

40.81.16    The owner or operator shall keep the records required in 63.1065(a) for as long as liquid
is stored. Records required in 63.1065(b), (c) and (d) shall be kept for at least 5 years.
Records shall be kept in such a manner that they can be readily accessed within 24
hours. Records may be kept in hard copy or computer-readable form including, but not
limited to, on paper, microfilm, computer, floppy disk, magnetic tape, or microfiche.
(63.1065)

40.81.17    *Vessel dimensions and capacity.* A record shall be kept of the dimensions of the storage
vessel, an analysis of the capacity of the storage vessel, and an identification of the
liquid stored. (63.1065(a))

40.81.18    *Inspection results.* Records of floating roof inspection results shall be kept as specified
in 63.1065(b)(1) and (b)(2). (63.1065(b))

40.81.18.1    If the floating roof passes inspection, a record shall be kept that includes
the information specified in 63.1065(b)(1)(i) and (b)(1)(ii). If the floating

Operating Permit #95OPAD108                                    First Issued:  October 1, 2006
                                                               Renewed: September 1, 2022

Air Pollution Control Division | Suncor Energy (U.S.A.)
:-- | --:
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 238

roof fails inspection, a record shall be kept that includes the information specified in 63.1065(b)(1)(i) through (b)(1)(v). (63.1065(b)(1))

40.81.18.2　A record shall be kept of EFR seal gap measurements, including the raw data obtained and any calculations performed. (63.1065(b)(2))

40.81.19　*Floating roof landings.* The owner or operator shall keep a record of the date when a floating roof is set on its legs or other support devices. The owner or operator shall also keep a record of the date when the roof was refloated, and the record shall indicate whether the process of refloating was continuous. (63.1065(c))

40.81.20　An owner or operator who elects to use an extension in accordance with §63.1063(e)(2) or §63.1063(c)(2)(iv)(B) shall keep the documentation required by those paragraphs. (63.1065(d))

Reporting requirements (63.1066)

40.81.21　*Periodic reports.* Report the information specified in 63.1066b)(1) through (b)(4), as applicable, in the periodic report specified in the referencing subpart. (63.1066(b))

40.81.21.1　*Notification of inspection.* To provide the Administrator the opportunity to have an observer present, the owner or operator shall notify the Administrator at least 30 days before an inspection required by §§63.1063(d)(1) or (d)(3). If an inspection is unplanned and the owner or operator could not have known about the inspection 30 days in advance, then the owner or operator shall notify the Administrator at least 7 days before the inspection. Notification shall be made by telephone immediately followed by written documentation demonstrating why the inspection was unplanned. Alternatively, the notification including the written documentation may be made in writing and sent so that it is received by the Administrator at least 7 days before the inspection. If a delegated State or local agency is notified, the owner or operator is not required to notify the Administrator. A delegated State or local agency may waive the requirement for notification of inspections. (63.1066(b)(1))

40.81.21.2　*Inspection results.* The owner or operator shall submit a copy of the inspection record (required in §63.1065) when inspection failures occur. (63.1066(b)(2))

40.81.21.3　*Requests for alternate devices.* The owner or operator requesting the use of an alternate control device shall submit a written application including emissions test results and an analysis demonstrating that the alternate device has an emission factor that is less than or equal to the device specified in §63.1063. (63.1066(b)(3))

40.81.21.4　Requests for extensions. An owner or operator who elects to use an extension in accordance with §63.1063(e)(2) or §63.1063(c)(2)(iv)(B)

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 239 |

shall submit the documentation required by those paragraphs. 963.1066(b)(4))

40.82   As used in this section, all terms not defined in §63.641 shall have the meaning given them in subpart A, WW, or SS of this part. The definitions of "Group 1 storage vessel" (paragraph (2)) and "Storage vessel" in §63.641 shall apply in lieu of the definition of "Storage vessel" in §63.1061. (63.660(a)) The methods in 63.660(a)(1) and (2) apply with respect to determining the annual average HAP content for purposes of determining group type.

40.83   A floating roof storage vessel complying with the requirements of subpart WW of this part may comply with the control option specified in 63.660(b)(1) and, if equipped with a ladder having at least one slotted leg, shall comply with one of the control options as described in 63.660(b)(2). If the floating roof storage vessel does not meet the requirements of §63.1063(a)(2)(i) through (a)(2)(viii) as of June 30, 2014, these requirements do not apply until the next time the vessel is completely emptied and degassed, or January 30, 2026, whichever occurs first. (63.660(b))

   40.83.1   In addition to the options presented in §§63.1063(a)(2)(viii)(A) and (B) and 63.1064, a floating roof storage vessel may comply with §63.1063(a)(2)(viii) using a flexible enclosure device and either a gasketed or welded cap on the top of the guidepole. (63.660(b)(1))

   40.83.2   Each opening through a floating roof for a ladder having at least one slotted leg shall be equipped with one of the configurations specified in 63.660(b)(2)(i) through (iii). (63.660(b)(2))

40.84   For the purposes of this subpart, references shall apply as specified in 63.660(c), 63.660(f) and 63.660(h).

40.85   For an uncontrolled fixed roof storage vessel that commenced construction on or before June 30, 2014, and that meets the definition of "Group 1 storage vessel", paragraph (2), in §63.641 but not the definition of "Group 1 storage vessel", paragraph (1), in §63.641, the requirements of §63.982 and/or §63.1062 do not apply until the next time the storage vessel is completely emptied and degassed, or January 30, 2026, whichever occurs first. (63.660(d))

   Tanks T037 and T058 fall under these provisions. They were considered Group 2 storage vessels prior to February 1, 2016.

40.86   For storage vessels previously subject to requirements in §63.646, initial inspection requirements in §63.1063(c)(1) and (c)(2)(i) (*i.e.,* those related to the initial filling of the storage vessel) or in §63.983(b)(1)(i)(A), as applicable, are not required. Failure to perform other inspections and monitoring required by this section shall constitute a violation of the applicable standard of this subpart. (63.660(e))

40.87   References in §63.1066(a) to initial startup notification requirements do not apply. (63.660(f))

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 240

40.88  References to the Notification of Compliance Status in §63.999(b) mean the Notification of Compliance Status required by §63.655(f). (63.660(g))

Group 2 Storage Vessels

The following tanks are Group 2 storage vessels that do not meet the overlap provisions in Condition 40.80.1: Group C tanks (T008, T009, T043, T045, T048, T049, T057), Group D tanks (T039), T012 (E), T028 (G), T046 (E), T062 (E) and T079 (E).

40.89  Each owner or operator subject to the storage vessel provisions in §63.646 shall keep the records specified in §63.123 of subpart G except as specified in 63.655(i)(1)(i) through (iv). Each owner or operator subject to the storage vessel provisions in §63.660 shall keep records as specified in 63.655(i)(1)(v) and (vi). (63.655(i)(1)) The requirements in 40 CFR Part 63 Subparts CC and WW that apply to Group 2 storage vessels are as follows:

40.89.1  Each owner or operator of a Group 2 storage vessel shall keep the records specified in §63.1065(a) of subpart WW. If a storage vessel is determined to be Group 2 because the weight percent total organic HAP of the stored liquid is less than or equal to 4 percent for existing sources or 2 percent for new sources, a record of any data, assumptions, and procedures used to make this determination shall be retained. (63.655(i)(1)(vi))

40.89.2  *Vessel dimensions and capacity.* A record shall be kept of the dimensions of the storage vessel, an analysis of the capacity of the storage vessel, and an identification of the liquid stored. (63.1065(a))

**Requirements for flare control devices (63.670)**

On or before January 30, 2019, the owner or operator of a flare used as a control device for an emission point subject to this subpart shall meet the applicable requirements for flares as specified in 63.670(a) through (q) and the applicable requirements in §63.671. The owner or operator may elect to comply with the requirements of 63.670(r) in lieu of the requirements in 63.670(d) through (f), as applicable. (63.670) Note that 63.670(a) is "reserved".

The requirements in 63.670 and 63.671 apply to the **refinery flare (C005, Section II.8)**.

40.90  Overlap of this subpart with other regulation for flares. On January 30, 2019, flares that are subject to the provisions of 40 CFR 60.18 or 63.11 and subject to this subpart are required to comply only with the provisions specified in this subpart. Prior to January 30, 2019, flares that are subject to the provisions of 40 CFR 60.18 or 63.11 and elect to comply with the requirements in §§63.670 and 63.671 are required to comply only with the provisions specified in this subpart. (63.640(s))

40.91  *Pilot flame presence.* The owner or operator shall operate each flare with a pilot flame present at all times when regulated material is routed to the flare. Each 15-minute block during which there is at least one minute where no pilot flame is present when regulated material is routed to the flare is a deviation of the standard. Deviations in different 15-minute blocks from the same event are

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
 | Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 241 |

considered separate deviations. The owner or operator shall monitor for the presence of a pilot flame as specified in 63.670(g). (63.670(b))

40.92    *Visible emissions.* The owner or operator shall specify the smokeless design capacity of each flare and operate with no visible emissions, except for periods not to exceed a total of 5 minutes during any 2 consecutive hours, when regulated material is routed to the flare and the flare vent gas flow rate is less than the smokeless design capacity of the flare. The owner or operator shall monitor for visible emissions from the flare as specified in 63.670(h). (63.670(c))

40.93    *Flare tip velocity.* For each flare, the owner or operator shall comply with either 63.670(d)(1) or (2), provided the appropriate monitoring systems are in-place, whenever regulated material is routed to the flare for at least 15-minutes and the flare vent gas flow rate is less than the smokeless design capacity of the flare. (63.670(d))

    40.93.1    Except as provided in 63.670(d)(2), the actual flare tip velocity ($V_{tip}$) must be less than 60 feet per second. The owner or operator shall monitor $V_{tip}$ using the procedures specified in 63.670(i) and (k). (63.670(d)(1))

    40.93.2    $V_{tip}$ must be less than 400 feet per second and also less than the maximum allowed flare tip velocity ($V_{max}$) as calculated according to the equation in 63.670(d)(2)). The owner or operator shall monitor $V_{tip}$ using the procedures specified in 63.670(i) and (k) and monitor gas composition and determine $NHV_{vg}$ using the procedures specified in 63.670(j) and (l). (63.670(d)(2))

40.94    *Combustion zone operating limits.* For each flare, the owner or operator shall operate the flare to maintain the net heating value of flare combustion zone gas ($NHV_{cz}$) at or above 270 British thermal units per standard cubic feet (Btu/scf) determined on a 15-minute block period basis when regulated material is routed to the flare for at least 15-minutes. The owner or operator shall monitor and calculate $NHV_{cz}$ as specified in 63.670(m). (63.670(e))

40.95    *Pilot flame* monitoring. The owner or operator shall continuously monitor the presence of the pilot flame(s) using a device (including, but not limited to, a thermocouple, ultraviolet beam sensor, or infrared sensor) capable of detecting that the pilot flame(s) is present. (63.670(g))

40.96    *Visible emissions monitoring.* The owner or operator shall conduct an initial visible emissions demonstration using an observation period of 2 hours using Method 22 at 40 CFR part 60, appendix A-7. The initial visible emissions demonstration should be conducted the first time regulated materials are routed to the flare. Subsequent visible emissions observations must be conducted using either the methods in 63.670(h)(1) or, alternatively, the methods in 63.670(h)(2). The owner or operator must record and report any instances where visible emissions are observed for more than 5 minutes during any 2 consecutive hours as specified in §63.655(g)(11)(ii). (63.670(h))

Note although the source installed a video surveillance camera for subsequent visible emission observations, 63.670(a)(1) was included in the event that the camera is inoperable and observations must be conducted in accordance with these procedures.

---

Air Pollution Control Division                                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                          Page 242

40.96.1    At least once per day for each day regulated material is routed to the flare, conduct visible emissions observations using an observation period of 5 minutes using Method 22 at 40 CFR part 60, appendix A-7. If at any time the owner or operator sees visible emissions while regulated material is routed to the flare, even if the minimum required daily visible emission monitoring has already been performed, the owner or operator shall immediately begin an observation period of 5 minutes using Method 22 at 40 CFR part 60, appendix A-7. If visible emissions are observed for more than one continuous minute during any 5-minute observation period, the observation period using Method 22 at 40 CFR part 60, appendix A-7 must be extended to 2 hours or until 5-minutes of visible emissions are observed. Daily 5-minute Method 22 observations are not required to be conducted for days the flare does not receive any regulated material. (63.670(h)(1))

40.96.2    Use a video surveillance camera to continuously record (at least one frame every 15 seconds with time and date stamps) images of the flare flame and a reasonable distance above the flare flame at an angle suitable for visual emissions observations. The owner or operator must provide real-time video surveillance camera output to the control room or other continuously manned location where the camera images may be viewed at any time. (63.670(h)(2))

40.97    *Flare vent gas, steam assist and air assist flow rate monitoring.* The owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of continuously measuring, calculating, and recording the volumetric flow rate in the flare header or headers that feed the flare as well as any flare supplemental gas used. Different flow monitoring methods may be used to measure different gaseous streams that make up the flare vent gas provided that the flow rates of all gas streams that contribute to the flare vent gas are determined. If assist air or assist steam is used, the owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of continuously measuring, calculating, and recording the volumetric flow rate of assist air and/or assist steam used with the flare. If pre-mix assist air and perimeter assist are both used, the owner or operator shall install, operate, calibrate, and maintain a monitoring system capable of separately measuring, calculating, and recording the volumetric flow rate of premix assist air and perimeter assist air used with the flare. Flow monitoring system requirements and acceptable alternatives are provided in 63.670(i)(1) through (6). (63.670(i))

The source has installed flow monitor that meets the requirements in 63.670(i)(1) thus only that paragraph has been included.

40.97.1    The flow rate monitoring systems must be able to correct for the temperature and pressure of the system and output parameters in standard conditions (*i.e.,* a temperature of 20 °C (68 °F) and a pressure of 1 atmosphere). (63.670(i)(1))

40.98    *Flare vent gas composition monitoring.* The owner or operator shall determine the concentration of individual components in the flare vent gas using either the methods provided in 63.670(j)(1) or (2), to assess compliance with the operating limits in 63.670(e) and, if applicable, 63.670(d) and (f). Alternatively, the owner or operator may elect to directly monitor the net heating value of the

Operating Permit #95OPAD108                                          First Issued:  October 1, 2006
                                                                               Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 243 |

flare vent gas following the methods provided in 63.670(j)(3) and, if desired, may directly measure the hydrogen concentration in the flare vent gas following the methods provided in 63.670(j)(4). The owner or operator may elect to use different monitoring methods for different gaseous streams that make up the flare vent gas using different methods provided the composition or net heating value of all gas streams that contribute to the flare vent gas are determined. (63.670(j))

The source has installed a calorimeter to directly measure net heating value (63.670(j)(3)) and is relying on the provisions in 63.670(j)(5) thus only these paragraphs have been included.

40.98.1    Except as provided in 63.670(j)(5) and (6), the owner or operator shall install, operate, calibrate, and maintain a calorimeter capable of continuously measuring, calculating, and recording $NHV_{vg}$ at standard conditions. (63.670(j)(3))

40.98.2    Direct compositional or net heating value monitoring is not required for purchased ("pipeline quality") natural gas streams. The net heating value of purchased natural gas streams may be determined using annual or more frequent grab sampling at any one representative location. Alternatively, the net heating value of any purchased natural gas stream can be assumed to be 920 Btu/scf. (63.670(j)(5))

40.99    *Calculation methods for cumulative flow rates and determining compliance with Vtip operating limits*. The owner or operator shall determine $V_{tip}$ on a 15-minute block average basis according to the following requirements. (63.670(k))

Since the source is using a flow monitor for flare vent gas, the requirements in 63.670(k)(2)(ii) were not included.

40.99.1    The owner or operator shall use design and engineering principles to determine the unobstructed cross sectional area of the flare tip. The unobstructed cross sectional area of the flare tip is the total tip area that vent gas can pass through. This area does not include any stability tabs, stability rings, and upper steam or air tubes because flare vent gas does not exit through them.(63.670(k)(1))

40.99.2    The owner or operator shall determine the cumulative volumetric flow of flare vent gas for each 15-minute block average period using the data from the continuous flow monitoring system required in 63.670(i) according to the following requirements, as applicable. If desired, the cumulative flow rate for a 15-minute block period only needs to include flow during those periods when regulated material is sent to the flare, but owners or operators may elect to calculate the cumulative flow rates across the entire 15-minute block period for any 15-minute block period where there is regulated material flow to the flare. (63.670(k)(2))

40.99.2.1    Use set 15-minute time periods starting at 12 midnight to 12:15 a.m., 12:15 a.m. to 12:30 a.m. and so on concluding at 11:45 p.m. to midnight when calculating 15-minute block average flow volumes. (63.670(k)(2)(i))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 244 |

40.99.3     The 15-minute block average $V_{tip}$ shall be calculated using the equation in 63.670(k)(3). (63.670(k)(3))

40.99.4     If the owner or operator chooses to comply with 63.670(d)(2), the owner or operator shall also determine the net heating value of the flare vent gas following the requirements in 63.670(j) and (l) and calculate $V_{max}$ using the equation in paragraph (d)(2) of this section in order to compare $V_{tip}$ to $V_{max}$ on a 15-minute block average basis. (63.670(k)(4))

40.100    *Calculation methods for determining flare vent gas net heating value.* The owner or operator shall determine the net heating value of the flare vent gas ($NHV_{vg}$) based on the composition monitoring data on a 15-minute block average basis according to the following requirements. (63.670(l))

Since the source is using a calorimeter to monitor direct net heating value and is not monitoring the $H_2$ concentration in the flare vent gas, the requirements in 63.670(l)(1), (3) and (6) do not apply and are not included.

40.100.1    If direct net heating value monitoring data are collected as provided in 63.670(j)(3) but a hydrogen concentration monitor is not used, the owner or operator shall use the direct output of the monitoring system(s) (in Btu/scf) to determine the $NHV_{vg}$ for the sample. (63.670(l)(2))

40.100.2    Use set 15-minute time periods starting at 12 midnight to 12:15 a.m., 12:15 a.m. to 12:30 a.m. and so on concluding at 11:45 p.m. to midnight when calculating 15-minute block averages. (63.670(l)(4))

40.100.3    When a continuous monitoring system is used as provided in 63.670(j)(1) or (3) and, if applicable, 63.670(j)(4), the owner or operator may elect to determine the 15-minute block average $NHV_{vg}$ using either the calculation methods in 63.670(l)(5)(i) or the calculation methods in 63.670(l)(5)(ii). The owner or operator may choose to comply using the calculation methods in 63.670(l)(5)(i) for some flares at the petroleum refinery and comply using the calculation methods (l)(5)(ii) of this section for other flares. However, for each flare, the owner or operator must elect one calculation method that will apply at all times, and use that method for all continuously monitored flare vent streams associated with that flare. If the owner or operator intends to change the calculation method that applies to a flare, the owner or operator must notify the Administrator 30 days in advance of such a change. (63.670(l)(5))

40.100.4    If the owner or operator monitors separate gas streams that combine to comprise the total flare vent gas flow, the 15-minute block average net heating value shall be determined separately for each measurement location according to the methods in 63.670(l)(1) through (6) and a flow-weighted average of the gas stream net heating values shall be used to determine the 15-minute block average net heating value of the cumulative flare vent gas. (63.670(l)(7))

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                               Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 245

40.101 *Calculation methods for determining combustion zone net heating value.* The owner or operator shall determine the net heating value of the combustion zone gas ($NHV_{cz}$) as specified in 673.670(m)(1) or (2), as applicable. (63.670(m))

The source is using the calculation method in 63.670(m)(1), so 63.670(m)(2) was not included.

40.101.1   Except as specified in 63.670(m)(2), determine the 15-minute block average $NHV_{cz}$ based on the 15-minute block average vent gas and assist gas flow rates using the equation in 63.670(m)(1). For periods when there is no assist steam flow or premix assist air flow, $NHV_{cz} = NHV_{vg}$. (63.670(m)(1))

40.102 *Emergency flaring provisions.* The owner or operator of a flare that has the potential to operate above its smokeless capacity under any circumstance shall comply with the provisions in 63.670(o)(1) through (7). (63.670(o))

40.102.1   Develop a flare management plan to minimize flaring during periods of startup, shutdown, or emergency releases. The flare management plan must include the information described in 63.670(o)(1)(i) through (vii). (63.670(o)(1))

40.102.2   Each owner or operator required to develop and implement a written flare management plan as described in 63.670(o)(1) must submit the plan to the Administrator as described in 63.670(o)(2)(i) through (iii). (63.670(o)(2))

40.102.3   The owner or operator of a flare subject to this subpart shall conduct a root cause analysis and a corrective action analysis for each flow event that contains regulated material and that meets either the criteria in 63.670(o)(3)(i) or (ii). (63.670(o)(3))

40.102.3.1   The vent gas flow rate exceeds the smokeless capacity of the flare based on a 15-minute block average and visible emissions are present from the flare for more than 5 minutes during any 2 consecutive hours during the release event. (63.670(o)(3)(i))

40.102.3.2   The vent gas flow rate exceeds the smokeless capacity of the flare and the 15-minute block average flare tip velocity exceeds the maximum flare tip velocity determined using the methods in 63.670(d)(2). (63.670(o)(3)(ii))

40.102.4   A root cause analysis and corrective action analysis must be completed as soon as possible, but no later than 45 days after a flare flow event meeting the criteria in 63.670(o)(3)(i) or (ii). Special circumstances affecting the number of root cause analyses and/or corrective action analyses are provided in 63.670(o)(4)(i) through (v). (63.670(o)(4))

40.102.5   Each owner or operator of a flare required to conduct a root cause analysis and corrective action analysis as specified in 63.670(o)(3) and (4) shall implement the corrective action(s) identified in the corrective action analysis in accordance with the applicable requirements in 63.670(o)(5)(i) through (iii). (63.670(o)(5))

---

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

Air Pollution Control Division    Suncor Energy (U.S.A.)
Colorado Operating Permit    Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108    Page 246

40.102.6    The owner or operator shall determine the total number of events for which a root cause and corrective action analyses was required during the calendar year for each affected flare separately for events meeting the criteria in 63.670(o)(3)(i) and those meeting the criteria in 63.670(o)(3)(ii). For the purpose of this requirement, a single root cause analysis conducted for an event that met both of the criteria in 63.670(o)(3)(i) and (ii) would be counted as an event under each of the separate criteria counts for that flare. Additionally, if a single root cause analysis was conducted for an event that caused multiple flares to meet the criteria in 63.670(o)(3)(i) or (ii), that event would count as an event for each of the flares for each criteria in 63.670(o)(3) that was met during that event. The owner or operator shall also determine the total number of events for which a root cause and correct action analyses was required and the analyses concluded that the root cause was a force majeure event, as defined in this subpart. (63.670(o)(6))

40.102.7    The following events would be a violation of this emergency flaring work practice standard. (63.670(o)(7))

40.102.7.1    Any flow event for which a root cause analysis was required and the root cause was determined to be operator error or poor maintenance. (63.670(o)(7)(i))

40.102.7.2    Two visible emissions exceedance events meeting the criteria in 63.670(o)(3)(i) that were not caused by a force majeure event from a single flare in a 3 calendar year period for the same root cause for the same equipment. (63.670(o)(7)(ii))

40.102.7.3    Two flare tip velocity exceedance events meeting the criteria in 63.670(o)(3)(ii) that were not caused by a force majeure event from a single flare in a 3 calendar year period for the same root cause for the same equipment. (63.670(o)(7)(iii))

40.102.7.4    Three visible emissions exceedance events meeting the criteria in 63.670(o)(3)(i) that were not caused by a force majeure event from a single flare in a 3 calendar year period for any reason. (63.670(o)(7)(iv))

40.102.7.5    Three flare tip velocity exceedance events meeting the criteria in 63.670(o)(3)(ii) that were not caused by a force majeure event from a single flare in a 3 calendar year period for any reason. (63.670(o)(7)(v))

40.103    *Flare monitoring records.* The owner or operator shall keep the records specified in §63.655(i)(9). (63.670(p))

40.104    *Reporting.* The owner or operator shall comply with the reporting requirements specified in §63.655(g)(11). (63.670(q))

40.105    *Alternative means of emissions limitation.* An owner or operator may request approval from the Administrator for site-specific operating limits that shall apply specifically to a selected flare. Site-specific operating limits include alternative threshold values for the parameters specified in 63.670(d) through (f) as well as threshold values for operating parameters other than those

Operating Permit #95OPAD108    First Issued:  October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 247 |

specified in 63.670(d) through (f). The owner or operator must demonstrate that the flare achieves 96.5 percent combustion efficiency (or 98 percent destruction efficiency) using the site-specific operating limits based on a performance evaluation as described in 63.670(r)(1). The request shall include information as described in 63.670(r)(2). The request shall be submitted and followed as described in 63.670(r)(3). (63.670(r))

**Requirements for flare monitoring systems (63.671)**

40.106 *Operation of CPMS.* For each CPMS installed to comply with applicable provisions in §63.670, the owner or operator shall install, operate, calibrate, and maintain the CPMS as specified in 63.671(a)(1) through (8). (63.671(a))

40.106.1 Except for CPMS installed for pilot flame monitoring, all monitoring equipment must meet the applicable minimum accuracy, calibration and quality control requirements specified in table 13 of this subpart. (63.671(a)(1)) The provisions in Table 13 that apply are as follows:

Temperature

40.106.1.1 <u>General:</u> Locate the temperature sensor in a position that provides a representative temperature; shield the temperature sensor system from electromagnetic interference and chemical contaminants.

40.106.1.2 <u>Minimum accuracy requirements:</u> ±1 percent over the normal range of temperature measured, expressed in degrees Celsius (C), or 2.8 degrees C, whichever is greater.

40.106.1.3 <u>Calibration Requirements</u>: Record the results of each calibration check and inspection.

　　a.　Conduct calibration checks at least annually.

　　b.　Conduct calibration checks following any period of more than 24 hours throughout which the temperature exceeded the manufacturer's specified maximum rated temperature or install a new temperature sensor.

　　c.　At least quarterly, inspect all components for integrity and all electrical connections for continuity, oxidation, and galvanic corrosion, unless the CPMS has a redundant temperature sensor.

Flow Rate for All Flows Except Flare Vent Gas

40.106.1.4 <u>General:</u> Locate the flow sensor(s) and other necessary equipment (such as straightening vanes) in a position that provides representative flow; reduce swirling flow or abnormal velocity distributions due to upstream and downstream disturbances.

40.106.1.5 <u>Minimum Accuracy Requirements:</u>

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                              Suncor Energy (U.S.A.)
Colorado Operating Permit                                    Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                      Page 248

    a.  ±5 percent over the normal range of flow measured or 1.9 liters per minute (0.5 gallons per minute), whichever is greater, for liquid flow.

    b.  ±5 percent over the normal range of flow measured or 280 liters per minute (10 cubic feet per minute), whichever is greater, for gas flow.

    c.  ±5 percent over the normal range measured for mass flow.

40.106.1.6  <u>Calibration Requirements:</u> Record the results of each calibration check and inspection.

    a.  Conduct a flow sensor calibration check at least biennially (every two years).

    b.  Conduct a calibration check following any period of more than 24 hours throughout which the flow rate exceeded the manufacturer's specified maximum rated flow rate or install a new flow sensor.

    c.  At least quarterly, inspect all components for leakage, unless the CPMS has a redundant flow sensor.

**Flare Vent Gas Flow Rate**

40.106.1.7  <u>General:</u> Locate the flow sensor(s) and other necessary equipment (such as straightening vanes) in a position that provides representative flow; reduce swirling flow or abnormal velocity distributions due to upstream and downstream disturbances.

40.106.1.8  <u>Minimum Accuracy Requirements:</u>

    a.  ±20 percent of flow rate at velocities ranging from 0.03 to 0.3 meters per second (0.1 to 1 feet per second)

    b.  ±5 percent of flow rate at velocities greater than 0.3 meters per second (1 feet per second)

40.106.1.9  <u>Calibration Requirements:</u> Record the results of each calibration check and inspection.

    a.  Conduct a flow sensor calibration check at least biennially (every two years).

    b.  Conduct a calibration check following any period of more than 24 hours throughout which the flow rate exceeded the manufacturer's specified maximum rated flow rate or install a new flow sensor.

    c.  At least quarterly, inspect all components for leakage, unless the CPMS has a redundant flow sensor.

**Pressure**

40.106.1.10  <u>General:</u> Locate the pressure sensor(s) in a position that provides a representative measurement of the pressure and minimizes or eliminates pulsating pressure, vibration, and internal and external corrosion.

Operating Permit #95OPAD108                                        First Issued:  October 1, 2006
                                                                   Renewed: September 1, 2022

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 249

40.106.1.11  Minimum Accuracy Requirements: ±5 percent over the normal operating range or 0.12 kilopascals (0.5 inches of water column), whichever is greater.

40.106.1.12  Calibration Requirements: Record the results of each calibration check and inspection.

a.  Review pressure sensor readings at least once a week for straightline (unchanging) pressure and perform corrective action to ensure proper pressure sensor operation if blockage is indicated.

b.  Using an instrument recommended by the sensor's manufacturer, check gauge calibration and transducer calibration annually; conduct calibration checks following any period of more than 24 hours throughout which the pressure exceeded the manufacturer's specified maximum rated pressure or install a new pressure sensor.

c.  At least quarterly, inspect all components for integrity, all electrical connections for continuity, and all mechanical connections for leakage, unless the CPMS has a redundant pressure sensor.

Net Heating Value by Calorimeter

40.106.1.13  General:

a.  Where feasible, select a sampling location at least two equivalent diameters downstream from and 0.5 equivalent diameters upstream from the nearest disturbance.

b.  Select the sampling location at least two equivalent duct diameters from the nearest control device, point of pollutant generation, air in-leakages, or other point at which a change in the pollutant concentration or emission rate occurs.

40.106.1.14  Minimum Accuracy Requirements: ±2 percent of span.

40.106.1.15  Calibration Requirements: Record the results of each calibration check and inspection.

a.  Specify calibration requirements in your site specific CPMS monitoring plan. Calibration requirements should follow manufacturer's recommendations at a minimum.

b.  Temperature control (heated and/or cooled as necessary) the sampling system to ensure proper year-round operation.

40.106.2  The owner or operator shall ensure the readout (that portion of the CPMS that provides a visual display or record) or other indication of the monitored operating parameter from any CPMS required for compliance is readily accessible onsite for operational control or inspection by the operator of the source. (63.671(a)(2))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 250 |

40.106.3    All CPMS must complete a minimum of one cycle of operation (sampling, analyzing and data recording) for each successive 15-minute period. (63.671(a)(3))

40.106.4    Except for periods of monitoring system malfunctions, repairs associated with monitoring system malfunctions and required monitoring system quality assurance or quality control activities (including, as applicable, calibration checks and required zero and span adjustments), the owner or operator shall operate all CPMS and collect data continuously at all times when regulated emissions are routed to the flare. (63.671(a)(4))

40.106.5    The owner or operator shall operate, maintain, and calibrate each CPMS according to the CPMS monitoring plan specified in 63.671(b). (63.671(a)(5))

40.106.6    For each CPMS except for CPMS installed for pilot flame monitoring, the owner or operator shall comply with the out-of-control procedures described in 63.671(c). (63.670(a)(6))

40.106.7    The owner or operator shall reduce data from a CPMS as specified in 63.671(d). (63.670(a)(7))

40.106.8    The CPMS must be capable of measuring the appropriate parameter over the range of values expected for that measurement location. The data recording system associated with each CPMS must have a resolution that is equal to or better than the required system accuracy. (63.670(a)(8))

40.107    *CPMS monitoring plan.* The owner or operator shall develop and implement a CPMS quality control program documented in a CPMS monitoring plan that covers each flare subject to the provisions in §63.670 and each CPMS installed to comply with applicable provisions in §63.670. The owner or operator shall have the CPMS monitoring plan readily available on-site at all times and shall submit a copy of the CPMS monitoring plan to the Administrator upon request by the Administrator. The CPMS monitoring plan must contain the information listed in 63.671(b)(1) through (5). (63.671(b))

40.107.1    Identification of the specific flare being monitored and the flare type (air-assisted only, steam-assisted only, air- and steam-assisted, pressure-assisted, or non-assisted). (63.671(b)(1))

40.107.2    Identification of the parameter to be monitored by the CPMS and the expected parameter range, including worst case and normal operation. (63.671(b)(2))

40.107.3    Description of the monitoring equipment, including the information specified in 63.671(b)(3)(i) through (vii). (63.671(b)(3))

40.107.4    Description of the data collection and reduction systems, including the information specified in 63.671(b)(4)(i) through (iii). (63.671(b)(4))

First Issued: October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 251

40.107.5    Routine quality control and assurance procedures, including descriptions of the procedures listed in 63.671(b)(5)(i) through (vi) and a schedule for conducting these procedures. The routine procedures must provide an assessment of CPMS performance. (63.671(b)(5))

40.108    *Out-of-control periods*. For each CPMS installed to comply with applicable provisions in §63.670 except for CPMS installed for pilot flame monitoring, the owner or operator shall comply with the out-of-control procedures described in 63.671(c)(1) and (2). (63.671(c))

40.108.1    A CPMS is out-of-control if the zero (low-level), mid-level (if applicable) or high-level calibration drift exceeds two times the accuracy requirement of table 13 of this subpart. (63.671(c)(1))

40.108.2    When the CPMS is out of control, the owner or operator shall take the necessary corrective action and repeat all necessary tests that indicate the system is out of control. The owner or operator shall take corrective action and conduct retesting until the performance requirements are below the applicable limits. The beginning of the out-of-control period is the hour a performance check (*e.g.*, calibration drift) that indicates an exceedance of the performance requirements established in this section is conducted. The end of the out-of-control period is the hour following the completion of corrective action and successful demonstration that the system is within the allowable limits. The owner or operator shall not use data recorded during periods the CPMS is out of control in data averages and calculations, used to report emissions or operating levels, as specified in 63.671(d)(3). (63.671(c)(2))

40.109    *CPMS data reduction*. The owner or operator shall reduce data from a CPMS installed to comply with applicable provisions in §63.670 as specified in 63.671(d)(1) through (3). (63.671(d))

40.109.1    The owner or operator may round the data to the same number of significant digits used in that operating limit. (63.671(d)(1))

40.109.2    Periods of non-operation of the process unit (or portion thereof) resulting in cessation of the emissions to which the monitoring applies must not be included in the 15-minute block averages. (63.671(d)(2))

40.109.3    Periods when the CPMS is out of control must not be included in the 15-minute block averages. (63.670(d)(3))

## 41.    40 CFR Part 63, Subpart UUU – National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units

The requirements below reflect the current rule language as of the latest revisions to 40 CFR Part 63 Subpart UUU published in the Federal Register on February 4, 2020. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63 Subpart UUU.

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 252 |

The relevant requirements in 40 CFR Part 63 Subpart UUU include, but are not limited to the following:

**What parts of my plant are covered by this subpart? (63.1562)**

41.1    The affected sources are (63.1562(b)):

41.1.1    The process vent or group of process vents on fluidized catalytic cracking units that are associated with regeneration of the catalyst used in the unit (*i.e.*, the catalyst regeneration flue gas vent). (63.1562(b)(1)) P004 (FCCU Reactor-Regenerator) is the affected source.

41.1.2    The process vent or group of process vents on catalytic reforming units (including but not limited to semi-regenerative, cyclic, or continuous processes) that are associated with regeneration of the catalyst used in the unit. This affected source includes vents that are used during the unit depressurization, purging, coke burn, and catalyst rejuvenation. (63.1562(b)(2)) F004 (Reformer Reactors (Catalyst Regeneration, Loading & Unloading)) is the affected source.

41.1.3    The process vent or group of process vents on Claus or other types of sulfur recovery plant units or the tail gas treatment units serving sulfur recovery plants that are associated with sulfur recovery. (63.1562(b)(3)) P015 (Sulfur Recovery Unit) and B011 (Sulfur Recovery Unit Incinerator) are the affected source.

41.1.4    Each bypass line serving a new, existing, or reconstructed catalytic cracking unit, catalytic reforming unit, or sulfur recovery unit. This means each vent system that contains a bypass line (e.g., ductwork) that could divert an affected vent stream away from a control device used to comply with the requirements of this subpart. (63.1562(b)(4)) There are no bypass lines associated with the Plant 2 catalytic cracking unit, catalytic reforming unit and sulfur recovery unit.

41.2    This subpart does not apply to (63.1562(f)):  Note that 62.1562(f)(1) thru (3) are not included as the refinery does not have such equipment or does not rely on a sulfur recovery unit not located at the refinery.

41.2.1    Equipment associated with bypass lines such as low leg drains, high point bleed, analyzer vents, open-ended valves or lines, or pressure relief valves needed for safety reasons. (63.1562(f)(4))

41.2.2    Gaseous streams routed to a fuel gas system, provided that on and after January 30, 2019, any flares receiving gas from the fuel gas system are subject to §63.670. (63.1562(f)(5))

**When do I have to comply with this subpart? (63.1563)**

41.3    You must comply with the applicable requirements in §§63.1564(a)(5), 63.1565(a)(5) and 63.1568(a)(4) as specified in 63.1563(d)(1) or (2), as applicable. (63.1563(d))

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) |
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 253 |

41.3.1    For sources which commenced construction or reconstruction before June 30, 2014, you must comply with the applicable requirements in §§63.1564(a)(5), 63.1565(a)(5) and 63.1568(a)(4) (Conditions 41.5.5, 41.8.5 and 41.17.4) on or before August 1, 2017 unless an extension is requested and approved in accordance with the provisions in §63.6(i). After February 1, 2016 and prior to the date of compliance with the provisions in §§63.1564(a)(5), 63.1565(a)(5) and 63.1568(a)(4) (Conditions 41.5.5, 41.8.5 and 41.17.4), you must comply with the requirements in §63.1570(c) and (d) (Conditions 41.22 and 41.23). (63.1563(d)(1))

41.4    You must meet the notification requirements in §63.1574 according to the schedule in §63.1574 and in 40 CFR part 63, subpart A. Some of the notifications must be submitted before the date you are required to comply with the emission limitations and work practice standards in this subpart. (63.1563(f))

**What are my requirements for metal HAP emissions from catalytic cracking units? (63.1564)**

41.5    *What emission limitations and work practice standards must I meet?* You must: (63.1564(a))

41.5.1    Except as provided in 63.1564(a)(5), meet each emission limitation in table 1 of this subpart that applies to you. If your catalytic cracking unit is subject to the NSPS for PM in §60.102 of this chapter or is subject to §60.102a(b)(1) of this chapter, you must meet the emission limitations for NSPS units. If your catalytic cracking unit is not subject to the NSPS for PM, you can choose from the six options in 63.1564(a)(1)(i) through (vi). (63.1564(a)(1))  The FCCU reactor regenerator (P004) is subject to NSPS J, therefore must comply with NSPS J and is subject to the following emission limitations.

41.5.1.1    PM emissions must not exceed 1.0 gram per kilogram (g/kg) (1.0 lb/1,000 lb) of coke burn-off, and

41.5.1.2    Opacity of emissions must not exceed 30 percent, except for one 6-minute average opacity reading in any 1-hour period. (Table 1, Item 1)

41.5.2    Comply with each operating limit in Table 2 of this subpart that applies to you. When a specific control device may be monitored using more than one continuous parameter monitoring system, you may select the parameter with which you will comply. You must provide notice to the Administrator (or other designated authority) if you elect to change the monitoring option. (63.1564(a)(2)) The operating limits in Table 2 that apply are as follows:

41.5.2.1    On and after August 1, 2017, maintain the 3-hour rolling average opacity of emissions from your catalyst regenerator vent no higher than 20 percent. (Table 2, Item 1)

41.5.2.2    During periods of startup, shutdown, or hot standby meet the requirements in §63.1564(a)(5) (Condition 41.5.5). (Table 2, Item 10)

| | |
|---|---|
| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
| | Renewed: September 1, 2022 |

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 254

41.5.3     Prepare an operation, maintenance, and monitoring plan according to the requirements in §63.1574(f) (Condition 41.37) and operate at all times according to the procedures in the plan. (63.1564(a)(3))

41.5.4     The emission limitations and operating limits for metal HAP emissions from catalytic cracking units required in 63.1564(a)(1) and (2) do not apply during periods of planned maintenance preapproved by the applicable permitting authority according to the requirements in §63.1575(j). (63.1564(a)(4))

41.5.5     On or before the date specified in §63.1563(d), you must comply with one of the two options in 63.1564(a)(5)(i) and (ii) during periods of startup, shutdown and hot standby (63.1564(a)(5)):

       41.5.5.1     You can elect to comply with the requirements in 63.1564(a)(1) and (2), except catalytic cracking units controlled using a wet scrubber must maintain only the liquid to gas ratio operating limit (the pressure drop operating limit does not apply) (63.1564(a)(5)(i)); or

       41.5.5.2     You can elect to maintain the inlet velocity to the primary internal cyclones of the catalytic cracking unit catalyst regenerator at or above 20 feet per second. (63.1564(a)(5)(ii))

       41.5.5.3     *Hot standby* means periods when the catalytic cracking unit is not receiving fresh or recycled feed oil but the catalytic cracking unit is maintained at elevated temperatures, typically using torch oil in the catalyst regenerator and recirculating catalyst, to prevent a complete shutdown and cold restart of the catalytic cracking unit. (63.1579)

41.6     *How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must: (63.1564(b)) (Note that the requirements in (b)(4) were not included as it does not apply to sources subject to NSPS requirements.)

41.6.1     Install, operate, and maintain a continuous monitoring system(s) according to the requirements in §63.1572 and Table 3 of this subpart. (63.1564(b)(1)) The continuous monitoring systems required by Table 3 are as follows:

       41.6.1.1     You shall install, operate and maintain a continuous opacity monitoring system to measure and record the opacity of emissions from each catalyst regenerator vent. (Table 3, item 1)

       41.6.1.2     If electing to comply with the operating limits in §63.1564(a)(5)(ii) during periods of startup, shutdown, or hot standby, you shall install, operate and maintain a continuous parameter monitoring system to measure and record the gas flow rate exiting the catalyst regenerator. (Table 3, item 12)

---

Operating Permit #95OPAD108

First Issued: October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 255

a.  If applicable, you can use the alternative in §63.1573(a)(1) instead of a continuous parameter monitoring system for gas flow rate. (Table 3, footnote 1)

41.6.2    Conduct a performance test for each catalytic cracking unit according to the requirements in §63.1571 and under the conditions specified in Table 4 of this subpart. (63.1564(b)(2)) The relevant conditions in Table 4 are as follows:

41.6.2.1    Select sampling port's location and the number of traverse ports using Method 1 or 1A in appendix A-1 to part 60 of this chapter. Sampling sites must be located at the outlet of the control device or the outlet of the regenerator, as applicable, and prior to any releases to the atmosphere. (Table 4, Item 1.a)

41.6.2.2    Determine velocity and volumetric flow rate using Method 2, 2A, 2C, 2D, or 2F in appendix A-1 to part 60 of this chapter, or Method 2G in appendix A-2 to part 60 of this chapter, as applicable. (Table 4, Item 1.b)

41.6.2.3    Conduct gas molecular weight analysis using Method 3, 3A, or 3B in appendix A-2 to part 60 of this chapter, as applicable. (Table 4, item 1.c)

41.6.2.4    Measure moisture content of the stack gas using Method 4 in appendix A-3 to part 60 of this chapter. (Table 4, item 1.d)

41.6.2.5    Measure PM emissions using Method 5, 5B, or 5F (40 CFR part 60, appendix A-3) to determine PM emissions and associated moisture content for units without wet scrubbers. You must maintain a sampling rate of at least 0.15 dry standard cubic meters per minute (dscm/min) (0.53 dry standard cubic feet per minute (dscf/min)). (Table 4, item 2.a)

41.6.2.6    Compute coke burn-off rate and PM emission rate (lb/1,000 lb of coke burn-off) using Equations 1, 2, and 3 of §63.1564 (if applicable). (Table 4, item 2.b)

41.6.2.7    Measure opacity of emissions using continuous opacity monitoring system. You must collect opacity monitoring data every 10 seconds during the entire period of the Method 5, 5B, or 5F performance test and reduce the data to 6-minute averages. (Table 4, item 2.c)

41.6.3    Demonstrate initial compliance with each emission limitation that applies to you according to Table 5 of this subpart. (63.1564(b)(5)) The relevant provisions in Table 5 are as follows:

41.6.3.1    For the PM emission limit in Condition 41.5.1.1, you have demonstrated initial compliance if you have already conducted a performance test to demonstrate initial compliance with the NSPS and the measured PM emission rate is less than or equal to 1.0 g/kg (1.0 lb/1,000 lb) of coke burn-off in the catalyst regenerator. As part of the Notification of Compliance Status, you must certify that your vent meets the PM limit.

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 256

You are not required to do another performance test to demonstrate initial compliance. (Table 5, item 1)

41.6.3.2    For the opacity limit in Condition 41.5.1.2, you have demonstrated initial compliance if you have already conducted a performance test to demonstrate initial compliance with the NSPS and the average hourly opacity is no more than 30 percent, except that one 6-minute average in any 1-hour period can exceed 30 percent. As part of the Notification of Compliance Status, you must certify that your vent meets the 30 percent opacity limit. As part of your Notification of Compliance Status, you certify that your continuous opacity monitoring system meets the requirements in §63.1572. (Table 5, item 1)

41.6.4    Demonstrate initial compliance with the work practice standard in 63.1564(a)(3) by submitting your operation, maintenance, and monitoring plan to your permitting authority as part of your Notification of Compliance Status. (63.1564(b)(6))

41.6.5    Submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in §63.1574. (63.1564(b)(7))

41.7    *How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must: (63.1564(c))

41.7.1    Demonstrate continuous compliance with each emission limitation in Tables 1 and 2 of this subpart that applies to you according to the methods specified in Tables 6 and 7 of this subpart. (63.1564(c)(1)) The relevant provisions in Tables 6 and 7 that apply are as follows:

41.7.1.1    For the PM and opacity limits in Condition 41.5.1, you shall demonstrate continuous compliance by:

a.    Determining and recording each day the average coke burn-off rate (thousands of kilograms per hour) using Equation 1 in §63.1564 and the hours of operation for each catalyst regenerator. (Table 6, item 1.a.1)

b.    Conducting a performance test before August 1, 2017 or within 150 days of startup of a new unit and thereafter following the testing frequency in §63.1571(a)(5) as applicable to your unit. (Table 6, item 1.a.ii)

c.    Collecting the continuous opacity monitoring data for each catalyst regenerator vent according to §63.1572 and maintaining each 6-minute average at or below 30 percent, except that one 6-minute average during a 1-hour period can exceed 30 percent. (Table 6, item 1.a.iii)

41.7.1.2    For the operating limit in Condition 41.5.2.1, you shall demonstrate

Operating Permit #95OPAD108                                    First Issued:  October 1, 2006
                                                               Renewed: September 1, 2022

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 257

continuous compliance by collecting the continuous opacity monitoring data for each regenerator vent according to §63.1572 and maintain each 3-hour rolling average opacity of emissions no higher than 20 percent. (Table 7, item 1)

41.7.1.3 During periods of startup, shutdown, or hot standby, for the requirements in Condition 41.5.5.2 (inlet velocity limit), you shall demonstrate continuous compliance by meeting the requirements in §63.1564(c)(5). (Table 7, item 10)

41.7.2 Demonstrate continuous compliance with the work practice standard 63.1564(a)(3) by maintaining records to document conformance with the procedures in your operation, maintenance, and monitoring plan. (63.1564(c)(2))

41.7.3 If you elect to comply with the alternative limit in 63.1564(a)(5)(ii) (Condition 41.5.5.2) during periods of startup, shutdown and hot standby, demonstrate continuous compliance on or before the date specified in §63.1563(d) by: (63.1564(c)(5))

41.7.3.1 Collecting the volumetric flow rate from the catalyst regenerator (in acfm) and determining the average flow rate for each hour. For events lasting less than one hour, determine the average flow rate during the event. (63.1564(c)(5)(i))

41.7.3.2 Determining the cumulative cross-sectional area of the primary internal cyclone inlets in square feet (ft$^2$) using design drawings of the primary (first-stage) internal cyclones to determine the inlet cross-sectional area of each primary internal cyclone and summing the cross-sectional areas for all primary internal cyclones in the catalyst regenerator or, if primary cyclones. If all primary internal cyclones are identical, you may alternatively determine the inlet cross-sectional area of one primary internal cyclone using design drawings and multiply that area by the total number of primary internal cyclones in the catalyst regenerator. (63.1564(c)(5)(ii))

41.7.3.3 Calculating the inlet velocity to the primary internal cyclones in feet per second (ft/sec) by dividing the average volumetric flow rate (acfm) by the cumulative cross-sectional area of the primary internal cyclone inlets (ft$^2$) and by 60 seconds/minute (for unit conversion). (63.1564(c)(5)(iii))

41.7.3.4 Maintaining the inlet velocity to the primary internal cyclones at or above 20 feet per second for each hour during the startup, shutdown, or hot standby event or, for events lasting less than 1 hour, for the duration of the event. (63.1564(c)(5)(iv))

**What are my requirements for organic HAP emissions from catalytic cracking units? (63.1565)**

41.8 *What emission limitations and work practice standards must I meet?* You must: (63.1565(a))

Air Pollution Control Division                                  Suncor Energy (U.S.A.)
Colorado Operating Permit                      Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                        Page 258

41.8.1    Except as provided in 63,1565(a)(5), meet each emission limitation in Table 8 of this subpart that applies to you. If your catalytic cracking unit is subject to the NSPS for carbon monoxide (CO) in §60.103 of this chapter or is subject to §60.102a(b)(4) of this chapter, you must meet the emission limitations for NSPS units. If your catalytic cracking unit is not subject to the NSPS for CO, you can choose from the two options in 63.1565(a)(1)(i) through (ii): (63.1565(a)(1)) The FCCU reactor regenerator (P004) is subject to the NSPS requirements in 60.103 via the CD and 60.102a(b)(4) with the replacement of the air grid and so must meet the following emission limit in Table 8:

       41.8.1.1    CO emissions from the catalyst regenerator vent or CO boiler serving the catalytic cracking unit must not exceed 500 parts per million volume (ppmv) (dry basis). (Table 8, item 1)

41.8.2    Comply with each site-specific operating limit in Table 9 of this subpart that applies to you. (63.1565(a)(2)) The provisions in Table 9 that apply are as follows:

       41.8.2.1    During periods of startup, shutdown, or hot standby meet the requirements in §63.1565(a)(5) (Condition 41.8.5). (Table 9, item 3)

41.8.3    Prepare an operation, maintenance, and monitoring plan according to the requirements in 63.1574(f) and operate at all times according to the procedures in the plan. (63.1565(a)(3))

41.8.4    The emission limitations and operating limits for organic HAP emissions from catalytic cracking units required in 63.1565(a)(1) and (2) do not apply during periods of planned maintenance preapproved by the Division according to the requirements in 63.1575(j). (63.1565(a)(4))

41.8.5    On or before the date specified in §63.1563(d), you must comply with one of the two options in 63.1565(a)(5)(i) and (ii) during periods of startup, shutdown and hot standby: (63.1565(a)(5))

       41.8.5.1    You can elect to comply with the requirements in 63.1565(a)(1) and (2) (63.1565(a)(5)(i)); or

       41.8.5.2    You can elect to maintain the oxygen ($O_2$) concentration in the exhaust gas from your catalyst regenerator at or above 1 volume percent (dry basis) or 1 volume percent (wet basis with no moisture correction). (63.1565(a)(5)(ii))

       41.8.5.3    *Hot standby* means periods when the catalytic cracking unit is not receiving fresh or recycled feed oil but the catalytic cracking unit is maintained at elevated temperatures, typically using torch oil in the catalyst regenerator and recirculating catalyst, to prevent a complete shutdown and cold restart of the catalytic cracking unit. (63.1579)

41.9    *How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must: (63.1565(b))

---

Operating Permit #95OPAD108                        First Issued:  October 1, 2006
                                                   Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                        Page 259

41.9.1    Install, operate, and maintain a continuous monitoring system according to the requirements in 63.1572 and Table 10 of this subpart, rxcept as provided for in 63.1565(b)(1)(i) through (iii). (63.1565(b)(1)) Note that the exceptions do not apply. The requirements in Table 10 that apply are as follows:

  41.9.1.1    For the emission limit in Condition 41.8.1.1, you shall install, operate and maintain a continuous emission monitoring system to measure and record the concentration by volume (dry basis) of CO emissions from each catalyst regenerator vent. (Table 10, item 1)

  41.9.1.2    If electing to comply with the operating limits in §63.1565(a)(5)(ii) (Condition 41.8.5.2) during periods of startup, shutdown, or hot standby, you shall install, operate and maintain a continuous parameter monitoring system to measure and record the concentration by volume (wet or dry basis) of oxygen from each catalyst regenerator vent. If measurement is made on a wet basis, you must comply with the limit as measured (no moisture correction). (Table 10, item 3)

41.9.2    Demonstrate initial compliance with each emission limitation that applies to you according to Table 12 of this subpart. (63.1565(b)(4)) The provisions in Table 12 that apply are as follows:

  41.9.2.1    For the CO emission limit in Condition 41.8.1.1, you have demonstrated initial compliance if you have already conducted a performance test to demonstrate initial compliance with the NSPS and the measured CO emissions are less than or equal to 500 ppm (dry basis). As part of the Notification of Compliance Status, you must certify that your vent meets the CO limit. You are not required to conduct another performance test to demonstrate initial compliance. You have already conducted a performance evaluation to demonstrate initial compliance with the applicable performance specification. As part of your Notification of Compliance Status, you must certify that your continuous emission monitoring system meets the applicable requirements in §63.1572. You are not required to conduct another performance evaluation to demonstrate initial compliance. (Table 12, item 1)

41.9.3    Demonstrate initial compliance with the work practice standard in 63.1565(a)(3) by submitting the operation, maintenance, and monitoring plan to the Division as part of your Notification of Compliance Status according to 63.1574. (63.1565(b)(5))

41.9.4    Submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in 63.1574. (63.1565(b)(6))

41.10    *How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must: (63.1565(c))

Operating Permit #95OPAD108                        First Issued:  October 1, 2006
                                                   Renewed: September 1, 2022

Air Pollution Control Division                                   Suncor Energy (U.S.A.)
Colorado Operating Permit                           Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                          Page 260

41.10.1    Demonstrate continuous compliance with each emission limitation in Tables 8 and 9 of this subpart that applies to you according to the methods specified in Tables 13 and 14 of this subpart. (63.1565(c)(1)) The relevant provisions in Tables 13 and 14 that apply are as follows:

41.10.1.1    For the CO emission limit in Condition 41.8.1.1, you shall demonstrate continuous compliance by collecting the hourly average CO monitoring data according to §63.1572; and maintaining the hourly average CO concentration at or below 500 ppmv (dry basis) (Table 13, item 1)

41.10.1.2    During periods of startup, shutdown, or hot standby, for the requirements in Condition 41.8.5.2 (oxygen concentration), you shall demonstrate continuous compliance by collecting the hourly average oxygen concentration monitoring data according to §63.1572 and maintaining the hourly average oxygen concentration at or above 1 volume percent (dry basis). (Table 14, item 3)

41.10.2    Demonstrate continuous compliance with the work practice standard in 63.1565(a)(3) by complying with the procedures in your operation, maintenance, and monitoring plan. (63.1565(c)(2))

**What are my requirements for organic HAP emissions from catalytic reforming units?** (63.1566)

41.11    *What emission limitations and work practice standards must I meet?* You must: (63.1566(a))

41.11.1    Meet each emission limitation in Table 15 of this subpart that applies to you. You can choose from the two options in 63.1566(a)(1)(i) through (ii). (63.1566(a)(1)) Since the source will comply with the option in 63.1566(a)(1)(i), only that paragraph is included.

41.11.1.1    You can elect to vent emissions of total organic compounds (TOC) to a flare (Option 1). On and after January 30, 2019, the flare must meet the requirements of §63.670. Prior to January 30, 2019, the flare must meet the control device requirements in §63.11(b) or the requirements of §63.670. (63.1566(a)(1)(i))

41.11.2    Comply with each site-specific operating limit in Table 16 of this subpart that applies to you. (63.1566(a)(2)) The operating limit in Table 16 is as follows:

41.11.2.1    For a flare, during initial catalyst depressuring and purging operations on and after January 30, 2019, the flare must meet the requirements of §63.670. Prior to January 30, 2019, the flare pilot light must be present at all times and the flare must be operating at all times that emissions may be vented to it, or the flare must meet the requirements of §63.670. (Table 16, item 1)

41.11.3    Except as provided in 63.1566(a)(4), the emission limitations in Tables 15 and 16 of this subpart apply to emissions from catalytic reforming unit process vents associated

Operating Permit #95OPAD108                                   First Issued:  October 1, 2006
                                                              Renewed: September 1, 2022

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 261

with initial catalyst depressuring and catalyst purging operations that occur prior to the coke burn-off cycle. The emission limitations in Tables 15 and 16 of this subpart do not apply to the coke burn-off, catalyst rejuvenation, reduction or activation vents, or to the control systems used for these vents. (63.1566(a)(3))

41.11.4   The emission limitations in tables 15 and 16 of this subpart do not apply to emissions from process vents during passive depressuring when the reactor vent pressure is 5 pounds per square inch gauge (psig) or less or during active depressuring or purging prior to January 30, 2019, when the reactor vent pressure is 5 psig or less. On and after January 30, 2019, the emission limitations in tables 15 and 16 of this subpart do apply to emissions from process vents during active purging operations (when nitrogen or other purge gas is actively introduced to the reactor vessel) or active depressuring (using a vacuum pump, ejector system, or similar device) regardless of the reactor vent pressure. (63.1566(a)(4))

41.11.5   Prepare an operation, maintenance, and monitoring plan according to the requirements in §63.1574(f) (Condition 41.37) and operate at all times according to the procedures in the plan. (63.1566(a)(5))

41.12   *How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must: (63.1566(b))

41.12.1   Install, operate, and maintain a continuous monitoring system(s) according to the requirements in §63.1572 and Table 17 of this subpart. (63.1566(b)(1)) The provisions in Table 17 that apply are as follows:

41.12.1.1   On and after January 30, 2019, you shall install and operate the monitoring systems required in §§63.670 and 63.671. Prior to January 30, 2019, monitoring device such as a thermocouple, an ultraviolet beam sensor, or infrared sensor to continuously detect the presence of a pilot flame, or the monitoring systems required in §§63.670 and 63.671. (Table 17, item 1)

41.12.2   Conduct each performance test for a catalytic reforming unit according to the requirements in §63.1571 and under the conditions specified in Table 18 of this subpart. (63.1566(b)(2)) The provisions in Table 18 that apply are as follows:

41.12.2.1   You must conduct visible emission observations using Method 22 (40 CFR part 60, appendix A-7). On and after January 30, 2019, the flare must meet the requirements of §63.670. Prior to January 30, 2019, 2-hour observation period. Record the presence of a flame at the pilot light over the full period of the test, or the requirements of §63.670. (Table 18, item 1.a)

41.12.2.2   You must determine that the flare meets the requirements for net heating value of the gas being combusted and exit velocity using 40 CFR

Operating Permit #95OPAD108

First Issued:  October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 262 |

63.11(b)(6) through (8). On and after January 30, 2019, the flare must meet the requirements of §63.670. Prior to January 30, 2019, the flare must meet the control device requirements in §63.11(b) or the requirements of §63.670. (Table 18, item 1.b)

41.12.3    Establish each site-specific operating limit in Table 16 of this subpart that applies to you according to the procedures in Table 18 of this subpart. (63.1566(b)(3)) The relevant requirements in Table 18 are included in Condition 41.12.2.

41.12.4    Demonstrate initial compliance with each emission limitation that applies to you according to Table 19 of this subpart. (63.1566(b)(6)) The provisions in Table 19 that apply are as follows:

41.12.4.1    Visible emissions from a flare must not exceed a total of 5 minutes during any 2 consecutive hours. You have demonstrated initial compliance if on and after January 30, 2019, the flare meets the requirements of §63.670. Prior to January 30, 2019, visible emissions, measured using Method 22 over the 2-hour observation period of the performance test, do not exceed a total of 5 minutes, or the flare meets the requirements of §63.670. (Table 19, item 1)

41.12.5    Demonstrate initial compliance with the work practice standard in 63.1566(a)(5) by submitting the operation, maintenance, and monitoring plan to your permitting authority as part of your Notification of Compliance Status. (63.1566(b)(7))

41.12.6    Submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in §63.1574. (63.1566(b)(8))

41.13    *How do I demonstrate continuous compliance with the emission l imitations and work practice standards?* You must: (63.1566(c))

41.13.1    Demonstrate continuous compliance with each emission limitation in Tables 15 and 16 of this subpart that applies to you according to the methods specified in Tables 20 and 21 of this subpart. (63.1566(c)(1)) The requirements in Tables 20 and 21 that apply are as follows:

41.13.1.1    If you vent emissions from your process vent to a flare, you shall demonstrate continuous compliance during initial catalyst depressuring and catalyst purging operations by, on and after January 30, 2019, meeting the requirements of §63.670. Prior to January 30, 2019, maintaining visible emissions from a flare below a total of 5 minutes during any 2 consecutive hours, or meeting the requirements of §63.670. (Table 20, item 1)

41.13.1.2    If you vent emissions from your process vent to a flare, you shall demonstrate continuous compliance during initial catalyst depressuring and purging operations by, on and after January 30, 2019, meeting the

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 263

> requirements of §63.670. Prior to January 30, 2019, collecting flare monitoring data according to §63.1572 and recording for each 1-hour period whether the monitor was continuously operating and the pilot light was continuously present during each 1-hour period, or meeting the requirements of §63.670. (Table 21, item 1)

41.13.2    Demonstrate continuous compliance with the work practice standards in 63.1566(a)(3) by complying with the procedures in your operation, maintenance, and monitoring plan. (63.1566(c)(2))

**What are my requirements for inorganic HAP emissions from catalytic reforming units? (63.1567)**

41.14    *What emission limitations and work practice standards must I meet?* You must: (63.1567(a))

41.14.1    Meet each emission limitation in Table 22 to this subpart that applies to you. If you operate a catalytic reforming unit in which different reactors in the catalytic reforming unit are regenerated in separate regeneration systems, then these emission limitations apply to each separate regeneration system. These emission limitations apply to emissions from catalytic reforming unit process vents associated with the coke burn-off and catalyst rejuvenation operations during coke burn-off and catalyst regeneration. You can choose from the two options in 63.1567(a)(1)(i) through (ii): (63.1567(a)(1)) Only 63.1567(a)(1)(ii) is included, as the source is complying with that option (Option 2).

41.14.1.1    You can elect to meet an HCl concentration limit (Option 2). (63.1567(a)(1)(i)). The emission limit in Table 22 that the source is complying with is as follows:

a.    For each existing semi-regenerative catalytic reforming unit during coke burn-off and catalyst rejuvenation emissions of hydrogen chloride (HCl) shall not exceed a concentration of 30 ppmv (dry basis), corrected to 3 percent oxygen. (Table 22, item 1)

41.14.2    Meet each site-specific operating limit in Table 23 of this subpart that applies to you. These operating limits apply during coke burn-off and catalyst rejuvenation. (63.1567(a)(2)) The operating limit in Table 23 that applies is as follows:

41.14.2.1    For an internal scrubbing system or no control device (*e.g.*, hot regen system) meeting outlet HCl concentration limit, during coke burn-off and catalyst rejuvenation the daily average HCl concentration in the catalyst regenerator exhaust gas must not exceed the limit established during the performance test. (Table 23, item 2)  The operating limit established in the 2007 performance test is 9.6 ppmv HCl.

41.14.3    Prepare an operation, maintenance, and monitoring plan according to the requirements in §63.1574(f) and operate at all times according to the procedures in the plan. (63.1567(a)(3))

Operating Permit #95OPAD108

First Issued:  October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                        Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                         Page 264

41.15    *How do I demonstrate initial compliance with the emission limitations and work practice standards* You must: (63.1567(b))

41.15.1    Install, operate, and maintain a continuous monitoring system(s) according to the requirements in §63.1572 and Table 24 of this subpart. (63.1567(b)(1))    The requirements in Table 24 that apply are as follows:

41.15.1.1    If you use an internal scrubbing system or no control device (*e.g.,* hot regen system) to meet HCl outlet concentration limit, you shall install and operate a colormetric tube sampling system to measure the HCl concentration in the catalyst regenerator exhaust gas during coke burn-off and catalyst rejuvenation. The colormetric tube sampling system must meet the requirements in Table 41 of this subpart. (Table 24, item 2)

41.15.2    Conduct each performance test for a catalytic reforming unit according to the requirements in §63.1571 and the conditions specified in Table 25 of this subpart. (63.1567(b)(2)) The provisions in Table 25 that apply are as follows:

41.15.2.1    Select sampling port location(s) and the number of traverse points using Method 1 or 1A (40 CFR part 60, appendix A), as applicable. If you elect to meet an applicable HCl outlet concentration limit, locate sampling sites at the outlet of the control device or internal scrubber system prior to any release to the atmosphere. For a series of fixed-bed systems, the outlet sampling site should be located at the outlet of the first fixed-bed, prior to entering the second fixed-bed in the series. If there is no control device, locate sampling sites at the outlet of the catalyst regenerator prior to any release to the atmosphere. (Table 25, item 1.a.(1))

41.15.2.2    Determine velocity and volumetric flow rate using Method 2, 2A, 2C, 2D, 2F, or 2G (40 CFR part 60, appendix A), as applicable. (Table 25, item 1.b)

41.15.2.3    Conduct gas molecular weight analysis using Method 3, 3A, or 3B (40 CFR part 60, appendix A), as applicable. (Table 25, item 1.c)

41.15.2.4    Measure moisture content of the stack gas using Method 4 (40 CFR part 60, appendix A). (Table 25, item 1.d)

41.15.2.5    Measure the HCl concentration at the selected sampling locations using Method 26 or 26A (40 CFR part 60, appendix A). If your control device is a wet scrubber or internal scrubbing system, you must use Method 26A. (Table 25, item 1.d. (1), (2) and (4)).

a.    For semi-regenerative and cyclic regeneration units, conduct the test during the coke burn-off and catalyst rejuvenation cycle, but collect no samples during the first hour or the last 6 hours of the cycle (for semi- regenerative units) or during the first hour or the last 2 hours of the cycle (for cyclic regeneration units). For continuous regeneration

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

Air Pollution Control Division                                        Suncor Energy (U.S.A.)
Colorado Operating Permit                           Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 265

units, the test should be conducted no sooner than 3 days after process unit or control system start up.

b.  Determine and record the HCl concentration corrected to 3 percent oxygen (using Equation 1 of §63.1567) for each sampling location for each test run.

c.  Determine and record the average HCl concentration (corrected to 3 percent oxygen) and the average percent emission reduction, if applicable, for the overall source test from the recorded test run values.

41.15.3   Establish each site-specific operating limit in Table 23 of this subpart that applies to you according to the procedures in Table 25 of this subpart. (63.1567(b)(3)) The provisions in Table 25 that apply are as follows:

41.15.3.1   For an internal scrubbing system or no control device (e.g., hot regen system) meeting the HCl outlet concentration limit (30 ppmv (dry basis) corrected to 3 percent oxygen), measure and record the HCl concentration in the catalyst regenerator exhaust gas using the colormetric tube sampling system at least three times during each test run. Determine and record the average HCl concentration for each test run. Determine and record the average HCl concentration for the overall source test from the recorded test run averages. Determine and record the operating limit for HCl concentration using Equation 4 of §63.1567. (Table 25, item 3)

41.15.4   Use the equations in 63.1567(b)(4)(i) through (iv) to determine initial compliance with the emission limitations. (63.1567(b)(4))

41.15.5   Demonstrate initial compliance with each emission limitation that applies to you according to Table 26 of this subpart. (63.1567(b)(5)) The provisions in Table 26 that apply are as follows:

41.15.5.1   For each existing semi-regenerative catalytic reforming unit, complying with the HCl outlet concentration limit (30 ppmv (dry basis) corrected to 3 percent oxygen), you have demonstrated initial compliance if average emissions HCl measured using Method 26 or 26A, as applicable, over the period of the performance test, are reduced to a concentration less than or equal to 30 ppmv (dry basis) corrected to 3 percent oxygen. (table 26, item 1)

41.15.6   Demonstrate initial compliance with the work practice standard in 63.1567(a)(3) by submitting the operation, maintenance, and monitoring plan to your permitting authority as part of your Notification of Compliance Status. (62.1567(b)(6))

41.15.7   Submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in §63.1574. (63.1567(b)(7))

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 266 |

41.16    *How do I demonstrate continuous compliance with the emission limitations and work practice standard?* You must: (63.1567(c))

    41.16.1    Demonstrate continuous compliance with each emission limitation in Tables 22 and 23 of this subpart that applies to you according to the methods specified in Tables 27 and 28 of this subpart. (63.1567(c)(1)) The provisions in Tables 27 and 28 that apply are as follows:

        41.16.1.1    For each existing semi-regenerative catalytic reforming unit, you shall demonstrate continuous compliance during coke burn-off and catalyst rejuvenation by maintaining an HCl concentration no more than 30 ppmv (dry basis), corrected to 3 percent oxygen. (Table 27, item 1)

        41.16.1.2    For an internal scrubbing system or no control device (e.g., hot regen system) meeting the HCl concentration limit (30 ppmv (dry basis) corrected to 3 percent oxygen), you shall demonstrate continuous compliance during coke burn-off and catalyst rejuvenation by measuring and recording the HCl concentration at least 4 times during a regeneration cycle (equally spaced in time) or every 4 hours, whichever is more frequent, using a colormetric tube sampling system; calculating the daily average HCl concentration as an arithmetic average of all samples collected in each 24-hour period from the start of the coke burn-off cycle or for the entire duration of the coke burn-off cycle if the coke burn-off cycle is less than 24 hours; and maintaining the daily average HCl concentration below the applicable operating limit. (Table 28, item 2) Note that the applicable operating limit is 9 ppmv HCl.

    41.16.2    Demonstrate continuous compliance with the work practice standard in 63.1567(a)(3) by maintaining records to document conformance with the procedures in your operation, maintenance and monitoring plan. (63.1567(c)(2))

**What are my requirements for HAP emissions from sulfur recovery units? (63.1568)**

41.17    *What emission limitations and work practice standard must I meet?* You must: (63.1568(a))

    41.17.1    Meet each emission limitation in Table 29 of this subpart that applies to you. If your sulfur recovery unit is subject to the NSPS for sulfur oxides in §60.104 or §60.102a(f)(1) of this chapter, you must meet the emission limitations for NSPS units. If your sulfur recovery unit is not subject to one of these NSPS for sulfur oxides, you can choose from the options in 63.1568(a)(1)(i) through (ii). (63.1568(a)(1)) The sulfur recovery unir is not subject to NSPS requirements and has chosen to meet the total reduced sulfur (TRS) limit (Option 2), so only the requirements in 63.1568(a)(ii) are included.

        41.17.1.1    You can elect to meet the total reduced sulfur (TRS) emission limitation (Option 2). (63.1568(a)(1)(ii))  The emission limit in Table 22 that the

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                           Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                    Page 267

source is complying with is as follows:

    a.   300 ppmv of total reduced sulfur (TRS) compounds, expressed as an equivalent $SO_2$ concentration (dry basis) at zero percent oxygen (Table 29, item 3)

41.17.2    Meet each operating limit in Table 30 of this subpart that applies to you. (63.1568(a)(2)) The provisions in Table 30 that apply are as follows:

    41.17.2.1    If using a continuous parameter monitoring system and a thermal incinerator to comply with the emission limit in Condition 41.17.1.1.a, maintain the daily average combustion zone temperature above the limit established during the performance test; and maintain the daily average oxygen concentration in the vent stream (percent, dry basis) above the limit established during the performance test. (Table 30, item 4) The combustion zone temperature and oxygen concentration parameters set during the performance test are 1,416 ºF and 0.846% oxygen.

    41.17.2.2    For startup and shutdown, maintain the hourly average combustion zone temperature at or above 1,200 degrees Fahrenheit and maintain the hourly average oxygen concentration in the exhaust gas stream at or above 2 volume percent (dry basis). (Table 30, item 6)

41.17.3    Prepare an operation, maintenance, and monitoring plan according to the requirements in §63.1574(f) (Condition 41.37) and operate at all times according to the procedures in the plan. (63.1568(a)(3))

41.17.4    On or before the date specified in §63.1563(d), you must comply with one of the three options in 63.1568(a)(4)(i) through (iii) during periods of startup and shutdown. (63.1568(a)(4))

    41.17.4.1    You can elect to comply with the requirements in 63.1568(a)(1) and (2). (63.1568(b)(4)(i))

    41.17.4.2    You can elect to send any startup or shutdown purge gases to a flare. On and after January 30, 2019, the flare must meet the requirements of §63.670. Prior to January 30, 2019, the flare must meet the design and operating requirements in §63.11(b) or the requirements of §63.670. (63.1568(a)(4)(ii))

    41.17.4.3    You can elect to send any startup or shutdown purge gases to a thermal oxidizer or incinerator operated at a minimum hourly average temperature of 1,200 degrees Fahrenheit in the firebox and a minimum hourly average outlet oxygen ($O_2$) concentration of 2 volume percent (dry basis). (63.1658(a)(4)(iii))

41.18    *How do I demonstrate initial compliance with the emission limitations and work practice standards?* You must: (63.1568(b))

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 268

41.18.1   Install, operate, and maintain a continuous monitoring system according to the requirements in §63.1572 and Table 31 of this subpart. (63.1568(b)(1)) The provisions in Table 31 that apply are as follows:

    41.18.1.1   If you are meeting the emission limit in Condition 41.17.1.1a, you must install and operate a continuous parameter monitoring systems to measure and record the combustion zone temperature of each thermal incinerator and the oxygen content (percent, dry basis) in the vent stream of the incinerator. (Table 31, item 3.a.(ii))

    41.18.1.2   If you are meeting the startup and shutdown requirements in Condition 41.17.4.2 (flare), On and after January 30, 2019, you shall install and operate monitoring systems as specified in §§63.670 and 63.671. (Table 31, item 4, excluding language regarding requirements prior to January 30, 2019)

    41.18.1.3   If you are meeting the startup and shutdown requirements in Condition 41.17.4.3 (incinerator), you shall install and operate continuous parameter monitoring systems to measure and record the firebox temperature of each thermal incinerator or oxidizer and the oxygen content (percent, dry basis) in the exhaust vent from the incinerator or oxidizer. (Table 31, item 5)

41.18.2   Conduct each performance test for a sulfur recovery unit not subject to the NSPS for sulfur oxides according to the requirements in §63.1571 and under the conditions specified in Table 32 of this subpart. (63.1568(b)(2)) The provisions in Table 32 that apply are as follows:

    41.18.2.1   Select sampling port's location and the number of traverse ports using Method 1 or 1A in Appendix A-1 to part 60 of this chapter. Sampling sites must be located at the outlet of the control device and prior to any releases to the atmosphere. (Table 32, item 3.a)

    41.18.2.2   Determine velocity and volumetric flow rate using Method 2, 2A, 2C, 2D, or 2F in appendix A-1 to part 60 of this chapter, or Method 2G in appendix A-2 to part 60 of this chapter, as applicable. (Table 32, item 3.b)

    41.18.2.3   Conduct gas molecular weight analysis; obtain the oxygen concentration needed to correct the emission rate for excess air using Method 3, 3A, or 3B in appendix A-2 to part 60 of this chapter, as applicable. Take the samples simultaneously with reduced sulfur or moisture samples. (Table 32, item 3.c)

    41.18.2.4   Measure moisture content of the stack gas using Method 4 in appendix A-3 to part 60 of this chapter. Make your sampling time for each Method 4 sample equal to that for 4 Method 15 samples. (Table 32, item 3.d)

    41.18.2.5   Measure the concentration of TRS using Method 15 or 15A in appendix A-5 to part 60 of this chapter, as applicable. If the cross-sectional area of

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 269 |

the duct is less than 5 square meters ($m^2$) or 54 square feet, you must use the centroid of the cross section as the sampling point. If the cross-sectional area is 5 $m^2$ or more and the centroid is more than 1 meter (m) from the wall, your sampling point may be at a point no closer to the walls than 1 m or 39 inches. Your sampling rate must be at least 3 liters per minute or 0.10 cubic feet per minute to ensure minimum residence time for the sample inside the sample lines. (Table 32, item 3.e)

41.18.2.6    Calculate the $SO_2$ equivalent for each run after correcting for moisture and oxygen using the arithmetic average of the $SO_2$ equivalent for each sample during the run. (Table 32, item 3.f)

41.18.2.7    Correct the reduced sulfur samples to zero percent excess air using Equation 1 of §63.1568 (Table 32, item 3.g)

41.18.3    Establish each site-specific operating limit in Table 30 of this subpart that applies to you according to the procedures in Table 32 of this subpart. (63.1568(b)(3)) The provisions in Table 32 that apply are as follows:

41.18.3.1    Measure thermal incinerator: combustion zone temperature using data from the continuous parameter monitoring system. Collect temperature monitoring data every period of 15 minutes during the entire period of the performance test; and determine and record the minimum hourly average temperature from all the readings. (Table 32, item 3.i) The temperature value set during the performance test is 1,416 ºF.

41.18.3.2    Measure thermal incinerator: oxygen concentration (percent, dry basis) in the vent stream using data from the continuous parameter monitoring system. Collect oxygen concentration (percent, dry basis) data every 15 minutes during the entire period of the performance test; and determine and record the minimum hourly average percent excess oxygen concentration. (Table 32, item 3.j) The $O_2$ concentration value set during the performance test is 0.787%.

41.18.4    Correct the reduced sulfur samples to zero percent excess air using Equation 1 of this section as set forth in 63.1568(b)(4). (63.1568(b)(4))

41.18.5    Demonstrate initial compliance with each emission limitation that applies to you according to Table 33 of this subpart. (63.1568(b)(5)) The provisions in Table 33 that apply are as follows:

41.18.5.1    If you are complying with the emission limit in Condition 41.17.1.1.a, you have demonstrated initial compliance if you use continuous parameter monitoring systems, the average concentration of TRS emissions measured using Method 15 during the initial performance test is less than or equal to 300 ppmv expressed as equivalent $SO_2$ concentration (dry basis) at zero percent oxygen. (Table 33, item 3)

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 270

41.18.6    Demonstrate initial compliance with the work practice standard in 63.1568(a)(3) by submitting the operation, maintenance, and monitoring plan to your permitting authority as part of your notification of compliance status. (63.1568(b)(6))

41.18.7    Submit the notification of compliance status containing the results of the initial compliance demonstration according to the requirements in §63.1574. (63.1568(b)(7))

41.19    *How do I demonstrate continuous compliance with the emission limitations and work practice standards?* You must:

41.19.1    Demonstrate continuous compliance with each emission limitation in Tables 29 and 30 of this subpart that applies to you according to the methods specified in Tables 34 and 35 of this subpart. (63.1568(c)(1)) The provisions in Tables 34 and 35 that apply are as follows:

41.19.1.1    If you are complying with the emission limit in Condition 41.17.1.1a, and you use continuous parameter monitoring systems, you shall demonstrate continuous compliance by collecting the hourly average TRS monitoring data according to §63.1572 and maintaining each 12-hour average concentration of TRS at or below the applicable emission limitation. (Table 34, item 3.i)

41.19.1.2    For the daily average combustion zone temperature, you shall demonstrate continuous compliance by collecting the hourly and daily average temperature monitoring data according to §63.1572; and maintaining the daily average combustion zone temperature at or above the limit established during the performance test. (Table 35, item 3.a) The combustion zone temperature set during the performance test is 1,416 ºF.

41.19.1.3    For the daily average oxygen concentration in the vent stream (percent, dry basis), you shall demonstrate continuous compliance by collecting the hourly and daily average $O_2$ monitoring data according to §63.1572; and maintaining the average $O_2$ concentration above the level established during the performance test. (Table 35, item 3.b) The oxygen concentration set during the performance test is 0.846% oxygen.

41.19.1.4    If you are meeting the startup and shutdown requirements in Condition 41.17.4.2 (flare), you shall demonstrate continuous compliance by on and after January 30, 2019, complying with the applicable requirements of §63.670. (Table 35, item 4, excluding language regarding requirements prior to January 30, 2019)

41.19.1.5    If you are meeting the startup and shutdown requirements in Condition 41.17.4.3 (incinerator), you shall demonstrate continuous compliance by:

a.    Collecting continuous (at least once every 15 minutes) and hourly average temperature monitoring data according to §63.1572; and

Operating Permit #95OPAD108

First Issued:  October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 271 |

maintaining the daily average firebox temperature at or above 1,200 degrees Fahrenheit. (Table 35, item 5.a)

    b.  Collecting continuous (at least once every 15 minutes) and hourly average $O_2$ monitoring data according to §63.1572; and maintaining the average $O_2$ concentration at or above 2 volume percent (dry basis). (Table 35, item 5.b)

41.19.2    Demonstrate continuous compliance with the work practice standard in 63.1568(a)(3) by complying with the procedures in your operation, maintenance, and monitoring plan. (63.1568(c)(2))

**What are my general requirements for complying with this subpart? (63.1570)**

41.20  You must be in compliance with all of the non-opacity standards in this subpart at all times. (63.1570(a))

41.21  You must be in compliance with the opacity and visible emission limits in this subpart at all times. (63.1570(b))

41.22  At all times, you must operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. The general duty to minimize emissions does not require you to make any further efforts to reduce emissions if levels required by the applicable standard have been achieved. Determination of whether a source is operating in compliance with operation and maintenance requirements will be based on information available to the Administrator which may include, but is not limited to, monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source. (63.1570(c))

41.23  During the period between the compliance date specified for your affected source and the date upon which continuous monitoring systems have been installed and validated and any applicable operating limits have been set, you must maintain a log that documents the procedures used to minimize emissions from process and emissions control equipment according to the general duty in paragraph (c) of this section. (63.1570(d))

41.24  You must report each instance in which you did not meet each emission limitation and each operating limit in this subpart that applies to you. This includes periods of startup, shutdown, and malfunction. You also must report each instance in which you did not meet the work practice standards in this subpart that apply to you. These instances are deviations from the emission limitations and work practice standards in this subpart. These deviations must be reported according to the requirements in §63.1575. (63.1570(f))

**How and when do I conduct a performance test or other initial compliance demonstration? (63.1571)**

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 272 |

41.25    *When must I conduct a performance test?* You must conduct initial performance tests and report the results by no later than 150 days after the compliance date specified for your source in §63.1563 and according to the provisions in §§63.7(a)(2) and 63.1574(a)(3). If you are required to do a performance evaluation or test for a semi-regenerative catalytic reforming unit catalyst regenerator vent, you may do them at the first regeneration cycle after your compliance date and report the results in a followup Notification of Compliance Status report due no later than 150 days after the test. You must conduct additional performance tests as specified in 63.1571(a)(5) and (6) and report the results of these performance tests according to the provisions in §63.1575(f).. (63.1571(a))

   41.25.1    For each emission limitation or work practice standard where initial compliance is not demonstrated using a performance test, opacity observation, or visible emission observation, you must conduct the initial compliance demonstration within 30 calendar days after the compliance date that is specified for your source in §63.1563. (63.1571(a)(1))

   41.25.2    For each emission limitation where the averaging period is 30 days, the 30-day period for demonstrating initial compliance begins at 12:00 a.m. on the compliance date that is specified for your source in §63.1563 and ends at 11:59 p.m., 30 calendar days after the compliance date that is specified for your source in §63.1563. (63.1571(a)(2))

   41.25.3    *Periodic performance testing for PM or Ni.* Except as provided in 63.1571(a)(5)(i) and (ii), conduct a periodic performance test for PM or Ni for each catalytic cracking unit at least once every 5 years according to the requirements in Table 4 of this subpart. You must conduct the first periodic performance test no later than August 1, 2017 or within 150 days of startup of a new unit. (63.1571(a)(5)) The provisions in 63.1571(a)(5)(i) were not included as the FCCU does not have a PM CEMS.

      41.25.3.1    Conduct a performance test annually if you comply with the emission limits in Item 1 (NSPS subpart J) or Item 4 (Option 1a) in Table 1 of this subpart and the PM emissions measured during the most recent performance source test are greater than 0.80 g/kg coke burn-off [0.80 lb/1,000 lb coke burn-off]. (63.1571(a)(5)(ii))

   Note that results of past performance tests are shown in the table below to clarify frequency of subsequent tests.

| Complance Test Date | PM Test Results (lb/1,000 lb coke burn-off) |
|---|---|
| December 9, 2021 | 0.58 |
| October 11, 2016 | 0.44 |

   41.25.4    *One-time performance testing for Hydrogen Cyanide (HCN).* Conduct a performance test for HCN from each catalytic cracking unit no later than August 1, 2017 or within 150 days of startup of a new unit according to the applicable requirements in 63.1571(a)(6)(i) and (ii). (63.1571(a)(6))

Air Pollution Control Division                                      Suncor Energy (U.S.A.)
Colorado Operating Permit                              Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                           Page 273

41.25.4.1    If you conducted a performance test for HCN for a specific catalytic cracking unit between March 31, 2011 and February 1, 2016, you may submit a request to the Administrator to use the previously conducted performance test results to fulfill the one-time performance test requirement for HCN for each of the catalytic cracking units tested according to the requirements in 63.1571(a)(6)(i)(A) through (D). (63.1571(a)(6)(i))

41.25.4.2    Unless you receive approval to use a previously conducted performance test to fulfill the one-time performance test requirement for HCN for your catalytic cracking unit as provided in 63.1571(a)(6)(i), conduct a performance test for HCN for each catalytic cracking unit no later than August 1, 2017 according to the requirements in 63.1571(a)(6)(ii)(A) thru (D) (63.1571(a)(6)(ii))

41.26    *What are the general requirements for performance test and performance evaluations?* You must: (63.1571(b))

41.26.1    Performance tests shall be conducted according to the provisions of §63.7(e) except that performance tests shall be conducted at maximum representative operating capacity for the process. During the performance test, you must operate the control device at either maximum or minimum representative operating conditions for monitored control device parameters, whichever results in lower emission reduction. You must not conduct a performance test during startup, shutdown, periods when the control device is bypassed or periods when the process, monitoring equipment or control device is not operating properly. You may not conduct performance tests during periods of malfunction. You must record the process information that is necessary to document operating conditions during the test and include in such record an explanation to support that the test was conducted at maximum representative operating capacity. Upon request, you must make available to the Administrator such records as may be necessary to determine the conditions of performance tests. (63.1571(b)(1))

41.26.2    Except for opacity and visible emission observations, conduct three separate test runs for each performance test as specified in §63.7(e)(3). Each test run must last at least 1 hour. (63.1571(b)(2))

41.26.3    Conduct each performance evaluation according to the requirements in §63.8(e). 63.1571(b)(3))

41.26.4    Calculate the average emission rate for the performance test by calculating the emission rate for each individual test run in the units of the applicable emission limitation using Equation 2, 5, or 8 of §63.1564, and determining the arithmetic average of the calculated emission rates. (63.1571(b)(4))

41.27    *What procedures must I use for an engineering assessment?* You may choose to use an engineering assessment to calculate the process vent flow rate, net heating value, TOC emission rate, and total

Operating Permit #95OPAD108                                      First Issued:  October 1, 2006
                                                                 Renewed: September 1, 2022

organic HAP emission rate expected to yield the highest daily emission rate when determining the emission reduction or outlet concentration for the organic HAP standard for catalytic reforming units. If you use an engineering assessment, you must document all data, assumptions, and procedures to the satisfaction of the applicable permitting authority. An engineering assessment may include the approaches listed in 63.1571(c)(1) through (c)(4). Other engineering assessments may be used but are subject to review and approval by the applicable permitting authority. (63.1571(c))

41.28    *Can I adjust the process or control device measured values when establishing an operating limit*? If you do a performance test to demonstrate compliance, you must base the process or control device operating limits for continuous parameter monitoring systems on the results measured during the performance test. You may adjust the values measured during the performance test according to the criteria in 63.1571(d)(1) through (3). (63.1571(d)) Note that the provisions in 63.1571(d)(1) through (3) don't apply as they are related to Ni limits.

    41.28.1    Except as specified in 63.1571(d)(3), if you use continuous parameter monitoring systems, you may adjust one of your monitored operating parameters (flow rate, total power and secondary current, pressure drop, liquid-to-gas ratio) from the average of measured values during the performance test to the maximum value (or minimum value, if applicable) representative of worst-case operating conditions, if necessary. This adjustment of measured values may be done using control device design specifications, manufacturer recommendations, or other applicable information. You must provide supporting documentation and rationale in your Notification of Compliance Status, demonstrating to the satisfaction of your permitting authority, that your affected source complies with the applicable emission limit at the operating limit based on adjusted values. (63.1571(d)(4))

41.29    *Can I change my operating limit?* You may change the established operating limit by meeting the requirements in 63.1571(e)(1) through (3). (63.1571(e)) Note that the provisions in 63.1571(e)(3) do not apply and are not included.

    41.29.1    You may change your established operating limit for a continuous parameter monitoring system by doing an additional performance test, a performance test in conjunction with an engineering assessment, or an engineering assessment to verify that, at the new operating limit, you are in compliance with the applicable emission limitation. (63.1571(e)(1))

    41.29.2    You must establish a revised operating limit for your continuous parameter monitoring system if you make any change in process or operating conditions that could affect control system performance or you change designated conditions after the last performance or compliance tests were done. You can establish the revised operating limit as described in 63.1571(e)(1). (63.1571(e)(2))

**What are my monitoring installation, operation, and maintenance requirements? (63.1572)**

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 275 |

41.30    You must install, operate, and maintain each continuous emission monitoring system according to the requirements in 63.1572(a)(1) through (4). (63.1572(a))

41.31    You must install, operate, and maintain each continuous opacity monitoring system according to the requirements in 63.1572(b)(1) through (3). (63.1572(b))

41.32    Except for flare monitoring systems, you must install, operate, and maintain each continuous parameter monitoring system according to the requirements in 63.1570(c)(1) through (5). For flares, on and after January 30, 2019, you must install, operate, calibrate, and maintain monitoring systems as specified in §§63.670 and 63.671. Prior to January 30, 2019, you must either meet the monitoring system requirements in 63.1572(c)(1) through (5) or meet the requirements in §§63.670 and 63.671. (63.1572(c))

41.33    You must monitor and collect data according to the requirements in 63.1572(d)(1) and (2). (63.1572(d))

    41.33.1    Except for monitoring malfunctions, associated repairs, and required quality assurance or control activities (including as applicable, calibration checks and required zero and span adjustments), you must conduct all monitoring in continuous operation (or collect data at all required intervals) at all times the affected source is operating. (63.1572(d)(1))

    41.33.2    You may not use data recorded during required quality assurance or control activities (including, as applicable, calibration checks and required zero and span adjustments) for purposes of this regulation, including data averages and calculations, for fulfilling a minimum data availability requirement, if applicable. You must use all the data collected during all other periods in assessing the operation of the control device and associated control system. (63.1572(d)(2))

**What are my monitoring alternatives (63.1573)**

*What are the approved alternatives for measuring gas flow rate?* (63.1573(a))

41.34    You may use this alternative to a continuous parameter monitoring system for the catalytic regenerator exhaust gas flow rate for your catalytic cracking unit if the unit does not introduce any other gas streams into the catalyst regeneration vent (*i.e.,* complete combustion units with no additional combustion devices). You may also use this alternative to a continuous parameter monitoring system for the catalytic regenerator atmospheric exhaust gas flow rate for your catalytic reforming unit during the coke burn and rejuvenation cycles if the unit operates as a constant pressure system during these cycles. You may also use this alternative to a continuous parameter monitoring system for the gas flow rate exiting the catalyst regenerator to determine inlet velocity to the primary internal cyclones as required in § 63.1564(c)(5) (Condition 41.7.3) regardless of the configuration of the catalytic regenerator exhaust vent downstream of the regenerator (*i.e.,* regardless of whether or not any other gas streams are introduced into the catalyst regeneration vent). Except, if you only use this alternative to demonstrate compliance with § 63.1564(c)(5)

---

| Operating Permit #95OPAD108 | First Issued: October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 276 |

(Condition 41.7.3), you shall use the procedures in 63.1673(a)(1)(i) through (iii) for the performance test and for monitoring after the performance test. (63.1573(a)(1))

**What notifications must I submit and when? (63.1574)**

41.35    Except as allowed in 63.1574(a)(1) through (3), you must submit all of the notifications in §§63.6(h), 63.7(b) and (c), 63.8(e), 63.8(f)(4), 63.8(f)(6), and 63.9(b) through (h) that apply to you by the dates specified. (63.1574(a)) Note that the provisions in 63.1574(a)(1) do not apply and have not been included.

  41.35.1    You must submit the notification of intent to conduct a performance test required in §63.7(b) at least 30 calendar days before the performance test is scheduled to begin (instead of 60 days). (60.1574(a)(2))

  41.35.2    If you are required to conduct an initial performance test, performance evaluation, design evaluation, opacity observation, visible emission observation, or other initial compliance demonstration, you must submit a notification of compliance status according to §63.9(h)(2)(ii). You can submit this notification in an operating permit application, in an amendment to an operating permit application, in a separate submission, or in any combination. In a State with an approved operating permit program where delegation of authority under section 112(l) of the CAA has not been requested or approved, you must provide a duplicate notification to the applicable Regional Administrator. If the required information has been submitted previously, you do not have to provide a separate notification of compliance status. Just refer to the earlier submissions instead of duplicating and resubmitting the previously submitted information. (63.1574(a)(3)) Initial compliance demonstrations shall be submitted as required by 63.1574(a)(3)(i) and (ii).

41.36    You also must include the information in Table 42 of this subpart in your Notification of Compliance Status. (63.1574(d))

41.37    As required by this subpart, you must prepare and implement an operation, maintenance, and monitoring plan for each control system and continuous monitoring system for each affected source. The purpose of this plan is to detail the operation, maintenance, and monitoring procedures you will follow. (63.1574(f))

  41.37.1    You must submit the plan to your permitting authority for review and approval along with your notification of compliance status. While you do not have to include the entire plan in your permit under part 70 or 71 of this chapter, you must include the duty to prepare and implement the plan as an applicable requirement in your part 70 or 71 operating permit. You must submit any changes to your permitting authority for review and approval and comply with the plan as submitted until the change is approved. (63.1574(f)(1))

Air Pollution Control Division                                              Suncor Energy (U.S.A.)
Colorado Operating Permit                                    Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                      Page 277

41.37.2    Each plan must include, at a minimum, the information specified in 63.1574(f)(2)(i) through (xii). (63.1574(f)(2))

**What reports must I submit and when? (63.1575)**

41.38    You must submit each report in Table 43 of this subpart that applies to you. (63.1575(a)) The reports in Table 43 that apply are as follows:

41.38.1    You must submit a compliance report semiannually according to the requirements in §63.1575(b). If there are no deviations from any emission limitation or work practice standard that applies to you, a statement that there were no deviations from the standards during the reporting period and that no continuous opacity monitoring system or continuous emission monitoring system was inoperative, inactive, out-of-control, repaired, or adjusted; if you have a deviation from any emission limitation or work practice standard during the reporting period, the report must contain the information in §63.1575(c) through (e). (Table 43, item 1)

41.38.2    You must submit performance test and CEMS performance evaluation data on and after February 1, 2016, that contains the information specified in §63.1575(k)(1), semiannually according to the requirements in §63.1575(b) and (f). (Table 43, item 2)

41.39    Unless the Administrator has approved a different schedule, you must submit each report by the date in Table 43 of this subpart and according to the requirements in 63.1575(b)(1) through (5). (63.1575(b))

41.40    The compliance report must contain the information required in 63.1575(c)(1) through (4). (63.1575(c))

41.41    For each deviation from an emission limitation and for each deviation from the requirements for work practice standards that occurs at an affected source where you are not using a continuous opacity monitoring system or a continuous emission monitoring system to comply with the emission limitation or work practice standard in this subpart, the semiannual compliance report must contain the information in 63.1575(c)(1) through (3) and the information in 63.1575(d)(1) through (4). (63.1575(d))

41.42    For each deviation from an emission limitation occurring at an affected source where you are using a continuous opacity monitoring system or a continuous emission monitoring system to comply with the emission limitation, you must include the information in 63.1575(c)(1) through (3), in 63.1575(d)(1) through (3), and in 63.1575(e)(2) through (13). (63.1575(e))

41.43    You also must include the information required in 63.1575(f)(1) through (2) in each compliance report, if applicable. (63.1575(f))

41.43.1    A copy of any performance test or performance evaluation of a CMS done during the reporting period on any affected unit, if applicable. The report must be included in the next semiannual compliance report. The copy must include a complete report for each

Operating Permit #95OPAD108                                       First Issued:  October 1, 2006
                                                                   Renewed: September 1, 2022

| | |
|---|---|
| Air Pollution Control Division | Suncor Energy (U.S.A.) |
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 278 |

test method used for a particular kind of emission point tested. For additional tests performed for a similar emission point using the same method, you must submit the results and any other information required, but a complete test report is not required. A complete test report contains a brief process description; a simplified flow diagram showing affected processes, control equipment, and sampling point locations; sampling site data; description of sampling and analysis procedures and any modifications to standard procedures; quality assurance procedures; record of operating conditions during the test; record of preparation of standards; record of calibrations; raw data sheets for field sampling; raw data sheets for field and laboratory analyses; documentation of calculations; and any other information required by the test method. For data collected using test methods supported by the EPA's Electronic Reporting Tool (ERT) as listed on the EPA's ERT website (*https://www.epa.gov/electronic-reporting-air-emissions/electronic-reporting-tool-ert*) at the time of the test, you must submit the results in accordance with 63.1575(k)(1)(i) by the date that you submit the compliance report, and instead of including a copy of the test report in the compliance report, you must include the process unit(s) tested, the pollutant(s) tested, and the date that such performance test was conducted in the compliance report. For performance evaluations of CMS measuring relative accuracy test audit (RATA) pollutants that are supported by the EPA's ERT as listed on the EPA's ERT website at the time of the evaluation, you must submit the results in accordance with 63.1575(k)(2)(i) by the date that you submit the compliance report, and you must include the process unit where the CMS is installed, the parameter measured by the CMS, and the date that the performance evaluation was conducted in the compliance report. All other performance test and performance evaluation results (*i.e.,* those not supported by EPA's ERT) must be reported in the compliance report. (63.1575(f)(1))

41.43.2    Any requested change in the applicability of an emission standard (*e.g.,* you want to change from the PM standard to the Ni standard for catalytic cracking units or from the HCl concentration standard to percent reduction for catalytic reforming units) in your compliance report. You must include all information and data necessary to demonstrate compliance with the new emission standard selected and any other associated requirements. (63.1575(f)(2))

41.44    You may submit reports required by other regulations in place of or as part of the compliance report if they contain the required information. (63.1575(g))

41.45    If the applicable permitting authority has approved a period of planned maintenance for your catalytic cracking unit according to the requirements in 63.1575(j), you must include the following information in your compliance report. (63.1575(i))

41.45.1    In the compliance report due for the 6-month period before the routine planned maintenance is to begin, you must include a full copy of your written request to the applicable permitting authority and written approval received from the applicable permitting authority. (63.1575(i)(1))

---

| | |
|---|---|
| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                          Suncor Energy (U.S.A.)
Colorado Operating Permit                                Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                                  Page 279

41.45.2    In the compliance report due after the routine planned maintenance is complete, you must include a description of the planned routine maintenance that was performed for the control device during the previous 6-month period, and the total number of hours during those 6 months that the control device did not meet the emission limitations and monitoring requirements as a result of the approved routine planned maintenance. (63.1575(i)(2))

41.46    *Electronic submittal of performance test and CEMS performance evaluation data.* For performance tests or CEMS performance evaluations conducted on and after February 1, 2016, if required to submit the results of a performance test or CEMS performance evaluation, you must submit the results according to the procedures in 63.1575(k)(1) and (2). (63.1575(k))

41.46.1    Unless otherwise specified by this subpart, within 60 days after the date of completing each performance test as required by this subpart, you must submit the results of the performance tests following the procedure specified in either 63.1575(k)(1)(i) or (ii). (63.1575(k)(1))

41.46.2    Unless otherwise specified by this subpart, within 60 days after the date of completing each CEMS performance evaluation required by §63.1571(a) and (b), you must submit the results of the performance evaluation following the procedure specified in either 63.1575(k)(2)(i) or (ii). (63.1575(k)(2))

41.47    *Extensions to electronic reporting deadlines.* (63.1575(l))

41.47.1    If you are required to electronically submit a report through the Compliance and Emissions Data Reporting Interface (CEDRI) in the EPA's Central Data Exchange (CDX), and due to a planned or actual outage of either the EPA's CEDRI or CDX systems within the period of time beginning 5 business days prior to the date that the submission is due, you will be or are precluded from accessing CEDRI or CDX and submitting a required report within the time prescribed, you may assert a claim of EPA system outage for failure to timely comply with the reporting requirement. You must submit notification to the Administrator in writing as soon as possible following the date you first knew, or through due diligence should have known, that the event may cause or caused a delay in reporting. You must provide to the Administrator a written description identifying the date(s) and time(s) the CDX or CEDRI were unavailable when you attempted to access it in the 5 business days prior to the submission deadline; a rationale for attributing the delay in reporting beyond the regulatory deadline to the EPA system outage; describe the measures taken or to be taken to minimize the delay in reporting; and identify a date by which you propose to report, or if you have already met the reporting requirement at the time of the notification, the date you reported. In any circumstance, the report must be submitted electronically as soon as possible after the outage is resolved. The decision to accept the claim of EPA system outage and allow an extension to the reporting deadline is solely within the discretion of the Administrator. (63.1575(l)(1))

---

Operating Permit #95OPAD108                                        First Issued:  October 1, 2006
                                                                      Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 280 |

41.47.2    If you are required to electronically submit a report through CEDRI in the EPA's CDX and a force majeure event is about to occur, occurs, or has occurred or there are lingering effects from such an event within the period of time beginning 5 business days prior to the date the submission is due, the owner or operator may assert a claim of force majeure for failure to timely comply with the reporting requirement. For the purposes of this section, a force majeure event is defined as an event that will be or has been caused by circumstances beyond the control of the affected facility, its contractors, or any entity controlled by the affected facility that prevents you from complying with the requirement to submit a report electronically within the time period prescribed. Examples of such events are acts of nature (*e.g.,* hurricanes, earthquakes, or floods), acts of war or terrorism, or equipment failure or safety hazard beyond the control of the affected facility (*e.g.,* large scale power outage). If you intend to assert a claim of force majeure, you must submit notification to the Administrator in writing as soon as possible following the date you first knew, or through due diligence should have known, that the event may cause or caused a delay in reporting. You must provide to the Administrator a written description of the force majeure event and a rationale for attributing the delay in reporting beyond the regulatory deadline to the force majeure event; describe the measures taken or to be taken to minimize the delay in reporting; and identify a date by which you propose to report, or if you have already met the reporting requirement at the time of the notification, the date you reported. In any circumstance, the reporting must occur as soon as possible after the force majeure event occurs. The decision to accept the claim of force majeure and allow an extension to the reporting deadline is solely within the discretion of the Administrator. (63.1575(l)(1))

**What records must I keep, in what form, and for how long? (63.1576)**

41.48    You must keep the records specified in 63.1576(a)(1) through (3). (63.1576(a))

41.49    For each continuous emission monitoring system and continuous opacity monitoring system, you must keep the records required in 63.1576(b)(1) through (5). (63.1576(b))

41.50    You must keep the records in 63.6(h) for visible emission observations. (63.1576(c))

41.51    You must keep records required by Tables 6, 7, 13, and 14 of this subpart (for catalytic cracking units); Tables 20, 21, 27 and 28 of this subpart (for catalytic reforming units); Tables 34 and 35 of this subpart (for sulfur recovery units); and Table 39 of this subpart (for bypass lines) to show continuous compliance with each emission limitation that applies to you. (63.1576(d))

41.52    You must keep a current copy of your operation, maintenance, and monitoring plan onsite and available for inspection. You also must keep records to show continuous compliance with the procedures in your operation, maintenance, and monitoring plan. (63.1576(e))

41.53    You also must keep the records of any changes that affect emission control system performance including, but not limited to, the location at which the vent stream is introduced into the flame zone for a boiler or process heater. (63.1576(f))

---

First Issued:  October 1, 2006
Renewed: September 1, 2022

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 281

41.54    Your records must be in a form suitable and readily available for expeditious review according to 63.10(b)(1). (63.1576(g))

41.55    As specified in 63.10(b)(1), you must keep each record for 5 years following the date of each occurrence, measurement, maintenance, corrective action, report, or record. (63.1576(h))

41.56    You must keep each record on site for at least 2 years after the date of each occurrence, measurement, maintenance, corrective action, report, or record, according to 63.10(b)(1). You can keep the records offsite for the remaining 3 years. (63.1576(i))

**What parts of the General Provisions apply to me? (63.1577)**

41.57    Table 44 of this subpart shows which parts of the General Provisions in §§63.1 through 63.15 apply to you. (63.1577) The requirements in Table 6 that apply to this facility, include bur are not limited to the following:

41.57.1    Prohibited activities and circumvention in §63.4.

41.57.2    <u>§63.6:</u> Operation and maintenance requirements in §63.6(e)(1)(iii), compliance with non-opacity standards in §63.6(f)(2) & (f)(3) (the cross-references to §63.6(f)(1) and (e)(1)(i) are changed to §63.1570(c) and subpart UUU specifies how and when the performance test results are reported) and compliance with opacity and visible emission standards in 63.6(h)(2)(iii), (h)(4) (applies to Method 22 (40 CFR part 60, appendix A-7) tests), (h)(6), (h)(7) (except paragraph (ii) and for paragraph (i), except the subpart specifies how and when the performance test results are reported) & (h)(8) (except subpart UUU specifies how and when performance test results are reported).

41.57.3    <u>§63.7:</u> The applicability and performance test date requirements in §63.7(a)(1) thru (4) (except under (a)(1) subpart UUU specifies specific test and demonstration procedures & (a)(2), except subpart UUU specifies that the results of initial performance tests must be submitted within 150 days after the compliance date), the notification of performance test in §63.7(b) (except it is due 30 days prior to the performance test), QA/QC requirements in §63.7(c), the performance testing facilities requirement in §63.7(d), the conduct of performance test requirements in §63.7(e)(2) thru (4) and data analysis, recordkeeping, reporting in §63.7(g) (except subpart UUU specifies how and when the performance test or performance evaluation results are reported, and §63.7(g)(2) is reserved and does not apply).

41.57.4    <u>§63.8:</u> The applicability requirements in §63.8(a)(1) thru (4) (except that in (a)(2) for a flare complying with 63.670, the cross-reference to 63.11 does not include 63.11(b)), conduct of monitoring requirements in §63.8(b), operation and continuous monitoring system requirements in §63.8(c)(1) ) (excluding (c)(1)(i) and (iii)), (c)(2) thru (3) (except that subpart UUU specifies that for continuous parameter monitoring systems, operational status verification includes completion of manufacturer written specifications or installation, operation, and calibration of the system or other written

Air Pollution Control Division                                     Suncor Energy (U.S.A.)
Colorado Operating Permit                            Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 282

procedures that provide adequate assurance that the equipment will monitor accurately), (c)(4) thru (c)(8), the quality control program in §63.8(d)(1) thru (3), the performance evaluation in §63.8(e) (except subpart UUU specifies how and when the performance evaluation results are reported.) and data reduction in §63.8(g)(1) thru (4) (applies to continuous opacity monitoring system or continuous emission monitoring system).

41.57.5   §63.9: Notification of performance test in §63.9(e) (except that notification is required at least 30 days before test), notification of VE/opacity test in §63.9(f), continuous monitoring system notifications in §63.9(g) and notification of compliance status (except that subpart UUU specifies the notification is due no later than 150 days after compliance date, and except that the reference to §63.5(d)(1)(ii)(H) in §63.9(h)(5) does not apply).

41.57.6   §63.10: The general recordkeeping requirements in §63.10(b)(1), (b)(2)(iii) and (vi) thru (xiv), additional recordkeeping requirements for sources with continuous monitoring systems in §63.10(c)(1) thru (8) & (12 thru (14), the general reporting requirements in §63.10(d)(1), (3) & (4) and additional reporting requirements for sources with continuous monitoring systems in §63.10(e)(1), (2) & (4) (except that subpart UUU specifies how and when performance evaluation and performance test results are reported).

41.57.7   The control device and work practice requirements in §63.11, except that flares complying with §63.670 are not subject to the requirements of §63.11(b). Note that the requirements in 63.11(b) apply until January 30, 2019 (compliance date for flare requirements) unless the source opts to comply with the flare requirements prior to January 30, 2019.

## 42.   40 CFR Part 63, Subpart DDDDD – National Emission Standards for Hazardous Air Pollutants from Industrial, Commercial, and Institutional Boilers and Process Heaters

All boilers and process heaters addressed in Section II of this permit are subject to these requirements and are considered existing units.

All boilers and process heaters are above 10 MMBtu/hr. Boilers B504 and B505 are equipped with continuous oxygen trim systems.

The requirements below reflect the current rule language as of the revisions to 40 CFR Part 63 Subpart DDDDD published in the Federal Register on November 20, 2015. However, if revisions to this Subpart are published at a later date, the owner or operator is subject to the requirements contained in the revised version of 40 CFR Part 63, Subpart DDDDD.

Please note that proposed revisions to 40 CFR Part 63 Subpart DDDDD were published in the Federal Register on August 24, 2020 to amend several numeric emission limits and set compliance dates for those

Operating Permit #95OPAD108                              First Issued:  October 1, 2006
                                                         Renewed: September 1, 2022

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 283

limits, to address CO as a surrogate for organic HAPs and to make technical corrections. Therefore, the requirements below may change in the future.

*When do I have to comply with this subpart? (63.7495)*

42.1    If you have a new or reconstructed boiler or process heater, you must comply with this subpart by April 1, 2013, or upon startup of your boiler or process heater, whichever is later. (63.7495(a))

42.2    If you have an existing boiler or process heater, you must comply with this subpart no later than January 31, 2016, except as provided in §63.6(i). (63.7495(b))

42.3    You must meet the notification requirements in §63.7545 according to the schedule in §63.7545 and in subpart A of this part. Some of the notifications must be submitted before you are required to comply with the emission limits and work practice standards in this subpart. (63.7495(d))

*What emission limitations, work practice standards, and operating limits must I meet? (63.7500)*

42.4    You must meet the requirements in paragraphs (a)(1) through (3) of this section, except as provided in paragraphs (b), through (e) of this section. You must meet these requirements at all times the affected unit is operating, except as provided in paragraph (f) of this section. (63.7500(a)) Note that the requirements in §63.7500(a)(2) do not apply to these units so they have not been included in the permit.

42.5    You must meet each emission limit and work practice standard in Tables 1 through 3, and 11 through 13 to this subpart that applies to your boiler or process heater, for each boiler or process heater at your source, except as provided under §63.7522. (63.7500(a)(1)) These emission units are not subject to the emission limitations in Tables 1 and 2 or the alternative emission limitations in Tables 11 through 13.  The work practice standards in Table 3 that apply to these units are as follows:

Note that since the one-time energy assessment has been included (report dated October 2015), it has not been included.

42.5.1    For a new or existing boiler or process heater with a continuous oxygen trim system that maintains an optimum air to fuel ratio, or a heat input capacity of less than or equal to 5 million Btu per hour in the gas 1 subcategory you must conduct a tune-up of the boiler or process heater every 5 years as specified in §63.7540. (Table 3, Item 1)

42.5.2    For a new or existing boiler or process heater with heat input capacity of less than 10 million Btu per hour, but greater than 5 million Btu per hour, in the gas 1 category you must Conduct a tune-up of the boiler or process heater biennially as specified in §63.7540. (Table 3, Item 2)

42.5.3    For a new or existing boiler or process heater without a continuous oxygen trim system and with heat input capacity of 10 million Btu per hour or greater you must Conduct a tune-up of the boiler or process heater annually as specified in §63.7540. Units in either

Operating Permit #95OPAD108

First Issued:  October 1, 2006
Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 284 |

the Gas 1 or Metal Process Furnace subcategories will conduct this tune-up as a work practice for all regulated emissions under this subpart. (Table 3, Item 3)

42.6     At all times, you must operate and maintain any affected source (as defined in §63.7490), including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. Determination of whether such operation and maintenance procedures are being used will be based on information available to the Administrator that may include, but is not limited to, monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source. (63.7500(a)(3))

42.7     As provided in §63.6(g), EPA may approve use of an alternative to the work practice standards in this section. (63.7500(b))

42.8     Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity of less than or equal to 5 million Btu per hour must complete a tune-up every 5 years as specified in §63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity greater than 5 million Btu per hour and less than 10 million Btu per hour must complete a tune-up every 2 years as specified in §63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory are not subject to the emission limits in Tables 1 and 2 or 11 through 13 to this subpart, or the operating limits in Table 4 to this subpart. (63.7500(e))

*What are my initial compliance requirements and by what date must I conduct them (63.7510)*

42.9     For existing affected sources (as defined in §63.7490), you must complete an initial tune-up by following the procedures described in §63.7540(a)(10)(i) through (vi) (Conditions 42.15.1 through 42.15.6) no later than the compliance date specified in §63.7495, except as specified in paragraph (j) of this section (Condition 42.11). You must complete the one-time energy assessment specified in Table 3 to this subpart no later than the compliance date specified in §63.7495. (63.7510(e))

42.10    For new or reconstructed affected sources (as defined in §63.7490), you must demonstrate initial compliance with the applicable work practice standards in Table 3 to this subpart within the applicable annual, biennial, or 5-year schedule as specified in §63.7515(d) (Condition 42.12) following the initial compliance date specified in §63.7495(a) (Condition 42.1). Thereafter, you are required to complete the applicable annual, biennial, or 5-year tune-up as specified in §63.7515(d) (Condition 42.12). (63.7510(g))

42.11    For existing affected sources (as defined in §63.7490) that have not operated between the effective date of the rule and the compliance date that is specified for your source in §63.7495, you must complete the initial compliance demonstration, if subject to the emission limits in Table 2 to this subpart, as specified in paragraphs (a) through (d) of this section, no later than 180 days after the re-start of the affected source and according to the applicable provisions in §63.7(a)(2) as cited in Table 10 to this subpart. You must complete an initial tune-up by following the procedures described in §63.7540(a)(10)(i) through (vi) (Conditions 42.15.1 through 42.15.6) no later than 30

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

Air Pollution Control Division                                      Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                              Page 285

days after the re-start of the affected source and, if applicable, complete the one-time energy assessment specified in Table 3 to this subpart, no later than the compliance date specified in §63.7495. (63.7510(j))

*When must I conduct subsequent performance tests, fuel analyses, or tune-ups? (63.7515)*

42.12  If you are required to meet an applicable tune-up work practice standard, you must conduct an annual, biennial, or 5-year performance tune-up according to §63.7540(a)(10), (11), or (12), respectively. Each annual tune-up specified in §63.7540(a)(10) (Condition 42.15) must be no more than 13 months after the previous tune-up. Each biennial tune-up specified in §63.7540(a)(11) (Condition 42.16) must be conducted no more than 25 months after the previous tune-up. Each 5-year tune-up specified in §63.7540(a)(12) (42.17) must be conducted no more than 61 months after the previous tune-up. For a new or reconstructed affected source (as defined in §63.7490), the first annual, biennial, or 5-year tune-up must be no later than 13 months, 25 months, or 61 months, respectively, after April 1, 2013 or the initial startup of the new or reconstructed affected source, whichever is later. (63.7515(d))

42.13  You must complete a subsequent tune-up by following the procedures described in §63.7540(a)(10)(i) through (vi) (Conditions 42.15.1 through 42.15.6) and the schedule described in §63.7540(a)(13) (Condition 42.18) for units that are not operating at the time of their scheduled tune-up. (63.7515(g))

*How do I demonstrate initial compliance with the emission limitations, fuel specifications and work practice standards? (63.7530)*

42.14  You must submit the Notification of Compliance Status containing the results of the initial compliance demonstration according to the requirements in §63.7545(e). (63.7530(f))

*How do I demonstrate continuous compliance with the emission limitations, fuel specifications and work practice standards? (63.7540)*

42.15  If your boiler or process heater has a heat input capacity of 10 million Btu per hour or greater, you must conduct an annual tune-up of the boiler or process heater to demonstrate continuous compliance as specified in paragraphs (a)(10)(i) through (vi) of this section (Conditions 42.15.1 through 42.15.6). You must conduct the tune-up while burning the type of fuel (or fuels in case of units that routinely burn a mixture) that provided the majority of the heat input to the boiler or process heater over the 12 months prior to the tune-up. This frequency does not apply to limited-use boilers and process heaters, as defined in §63.7575, or units with continuous oxygen trim systems that maintain an optimum air to fuel ratio. (63.7540(a)(10))

    42.15.1  As applicable, inspect the burner, and clean or replace any components of the burner as necessary (you may perform the burner inspection any time prior to the tune-up or delay the burner inspection until the next scheduled unit shutdown). Units that produce electricity for sale may delay the burner inspection until the first outage, not to exceed 36 months from the previous inspection. At units where entry into a piece of process

Air Pollution Control Division                                    Suncor Energy (U.S.A.)
Colorado Operating Permit                          Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108                                                            Page 286

> equipment or into a storage vessel is required to complete the tune-up inspections, inspections are required only during planned entries into the storage vessel or process equipment (63.7540(a)(10)(i));

42.15.2    Inspect the flame pattern, as applicable, and adjust the burner as necessary to optimize the flame pattern. The adjustment should be consistent with the manufacturer's specifications, if available (63.7540(a)(10)(ii));

42.15.3    Inspect the system controlling the air-to-fuel ratio, as applicable, and ensure that it is correctly calibrated and functioning properly (you may delay the inspection until the next scheduled unit shutdown). Units that produce electricity for sale may delay the inspection until the first outage, not to exceed 36 months from the previous inspection (63.7540(a)(10)(iii);

42.15.4    Optimize total emissions of CO. This optimization should be consistent with the manufacturer's specifications, if available, and with   requirement to which the unit is subject (63.7540(a)(10)(iv));

42.15.5    Measure the concentrations in the effluent stream of CO in parts per million, by volume, and oxygen in volume percent, before and after the adjustments are made (measurements may be either on a dry or wet basis, as long as it is the same basis before and after the adjustments are made). Measurements may be taken using a portable CO analyzer (63.7540(a)(10)(v)); and

42.15.6    Maintain on-site and submit, if requested by the Administrator, a report containing the information in 63.7540(a)(10)(vi)(A) through (C) (63.7540(a)(10)(vi)).

42.16    If your boiler or process heater has a heat input capacity of less than 10 million Btu per hour (except as specified in paragraph (a)(12) of this section (Condition 42.17)), you must conduct a biennial tune-up of the boiler or process heater as specified in paragraphs (a)(10)(i) through (vi) of this section (Conditions 42.15.1 through 42.15.6) to demonstrate continuous compliance. (63.7540(a)(11))

42.17    If your boiler or process heater has a continuous oxygen trim system that maintains an optimum air to fuel ratio, or a heat input capacity of less than or equal to 5 million Btu per hour and the unit is in the units designed to burn gas 1; units designed to burn gas 2 (other); or units designed to burn light liquid subcategories, or meets the definition of limited-use boiler or process heater in §63.7575, you must conduct a tune-up of the boiler or process heater every 5 years as specified in paragraphs (a)(10)(i) through (vi) of this section (Conditions 42.15.1 through 42.15.6) to demonstrate continuous compliance. You may delay the burner inspection specified in paragraph (a)(10)(i) of this section (Condition 42.15.1) until the next scheduled or unscheduled unit shutdown, but you must inspect each burner at least once every 72 months. If an oxygen trim system is utilized on a unit without emission standards to reduce the tune-up frequency to once every 5 years, set the oxygen level no lower than the oxygen concentration measured during the most recent tune-up. (63.7540(a)(12))

Operating Permit #95OPAD108                           First Issued:  October 1, 2006
                                                      Renewed: September 1, 2022

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 287 |

42.18    If the unit is not operating on the required date for a tune-up, the tune-up must be conducted within 30 calendar days of startup. (63.7540(a)(13))

*What notifications must I submit and when? (63.7545)*

42.19    You must submit to the Administrator all of the notifications in §§63.7(b) and (c), 63.8(e), (f)(4) and (6), and 63.9(b) through (h) that apply to you by the dates specified. (63.7540(a)) For the units addressed in this permit the required notifications are the initial notification (§63.9(b)) and the notification of compliance status (§63.9(h)).

42.20    As specified in §63.9(b)(2), if you startup your affected source before January 31, 2013, you must submit an Initial Notification not later than 120 days after January 31, 2013. (63.7540(b))

42.21    If you are required to conduct an initial compliance demonstration as specified in §63.7530, you must submit a Notification of Compliance Status according to §63.9(h)(2)(ii). For the initial compliance demonstration for each boiler or process heater, you must submit the Notification of Compliance Status, including all performance test results and fuel analyses, before the close of business on the 60th day following the completion of all performance test and/or other initial compliance demonstrations for all boiler or process heaters at the facility according to §63.10(d)(2). The Notification of Compliance Status report must contain all the information specified in paragraphs (e)(1) through (8) of this section, as applicable. If you are not required to conduct an initial compliance demonstration as specified in §63.7530(a), the Notification of Compliance Status must only contain the information specified in paragraphs (e)(1) and (8) of this section and must be submitted within 60 days of the compliance date specified at §63.7495(b). (63.7540(e)) The Notification of Compliance Status for the affected sources at this facility shall include the information specified in paragraphs (e)(1), (6), (7) and (8).

*What reports must I submit and when? (63.7550)*

42.22    You must submit each report in Table 9 to this subpart that applies to you. (63.7550(a))

42.23    For units that are subject only to a requirement to conduct subsequent annual, biennial, or 5-year tune-up according to §63.7540(a)(10), (11), or (12) (Conditions 42.15, 42.16, or 42.17, respectively, and not subject to emission limits or Table 4 operating limits, you may submit only an annual, biennial, or 5-year compliance report, as applicable, as specified in paragraphs (b)(1) through (4) of this section, instead of a semi-annual compliance report. (63.7550(b))

42.24    If the facility is subject to the requirements of a tune up you must submit a compliance report with the information in paragraphs (c)(5)(i) through (iii) of this section, (xiv) and (xvii) of this section, and paragraph (c)(5)(iv) of this section for limited-use boiler or process heater. (63.7550(c)(1))

42.25    You must submit all reports required by Table 9 of this subpart electronically to the EPA via the CEDRI. (CEDRI can be accessed through the EPA's CDX.) You must use the appropriate electronic report in CEDRI for this subpart. Instead of using the electronic report in CEDRI for this subpart, you may submit an alternate electronic file consistent with the XML schema listed on the CEDRI Web site (*http://www.epa.gov/ttn/chief/cedri/index.html*), once the XML schema is

| Operating Permit #95OPAD108 | First Issued:  October 1, 2006 |
|---|---|
| | Renewed: September 1, 2022 |

| Air Pollution Control Division | Suncor Energy (U.S.A.) |
|---|---|
| Colorado Operating Permit | Commerce City Refinery, Plant 2 (East) |
| Permit #95OPAD108 | Page 288 |

available. If the reporting form specific to this subpart is not available in CEDRI at the time that the report is due, you must submit the report to the Administrator at the appropriate address listed in §63.13. You must begin submitting reports via CEDRI no later than 90 days after the form becomes available in CEDRI. (63.7550(h)(3))

*What records must I keep? (63.7555)*

42.26    You must keep the following records:

    42.26.1    A copy of each notification and report that you submitted to comply with this subpart, including all documentation supporting any Initial Notification or Notification of Compliance Status or semiannual compliance report that you submitted, according to the requirements in §63.10(b)(2)(xiv). (63.7555(a)(1))

    42.26.2    Records of performance tests, fuel analyses, or other compliance demonstrations and performance evaluations as required in §63.10(b)(2)(viii). (63.7555(a)(2))

*In what form and how long must I keep my records? (63.7560)*

42.27    Records shall be kept in the form and for the duration specified in §63.7560.

*What parts of the General Provisions apply to me? (63.7565)*

42.28    Table 10 to this subpart shows which parts of the General Provisions in §§63.1 through 63.15 apply to you. (63.7565) These requirements include but are not limited to the following:

    42.28.1    Prohibited activities in §63.4.

    42.28.2    Notification requirements in §63.9.

## 43.    Flare Requirements

These requirements apply to the **railcar dock flare (C002, Section II.9).**

As provided for in Condition 40.90, on and after January 30, 2019, flares that are subject to the provisions in 40 CFR 60.18 and/or 63.11 and are subject to the requirements in 40 CFR Part 63 Subpart CC (Condition 40) are required to only comply with the requirements in 40 CFR Part 63 Subpart CC (Condition 40). The **refinery flare (C005, Section II.8)** is subject to the requirements in 40 CFR Part 63 Subpart CC and is no longer required to comply with the requirements in this Condition 43

43.1    Flares shall be designed for and operated with no visible emissions as determined by methods specified in 60.18(f), except for periods not to exceed a total of 5 minutes during any 2 consecutive hours. (60.18(c)(1))

---

Air Pollution Control Division
Colorado Operating Permit
Permit #95OPAD108

Suncor Energy (U.S.A.)
Commerce City Refinery, Plant 2 (East)
Page 289

43.2    Flares shall be operated with a flame present at all times, as determined by methods specified in 60.18(f). (60.18(c)(2)) The presence of a flare pilot flame shall be monitored using a thermocouple or any other equivalent device to detect the presence of a flame. (60.18(f)(2))

43.3    Flares shall be used only with the net heating value of the gas being combusted being 11.2 MJ/scm (300 Btu/scf) or greater if the flare is steam-assisted or air-assisted; or with the net heating value of the gas being combusted being 7.45 MJ/scm (200 Btu/scf) or greater if the flare is nonassisted. The net heating value of the gas being combusted shall be determined by the methods specified in 60.18(f)(3). (60.18(c)(3)(i))

43.4    Steam assisted and nonassisted flares shall be designed for and operated with an exit velocity, as determined by the methods specified in 60.18(f)(4), less than 18.3 m/sec (60 ft/sec), except as provided in 60.18(c)(4)(ii) and (iii). (60.18(c)(4)(i))

43.5    Air-assisted flares shall be designed and operated with an exit velocity as set forth in 60.18(c)(5).

43.6    Flares used to comply with this section shall be steam-assisted, air-assisted, or nonassisted. (60.18(c)(6))

43.7    Owners or operators of flares shall monitor these control devices to ensure that they are operated and maintained in conformance with their designs. (60.18(d))

43.8    Flares used to comply with the provisions of this subpart shall be operated at all times when emissions may be vented to them. (60.18(e))

43.9    Compliance with the visible emission limitations in Condition 43.1 as follows:

These requirements apply to **the railcar dock flare (C002, Section II.9).**

43.9.1    The permittee shall conduct daily visible emissions checks to qualitatively assess whether emissions are visible. For the **railcar dock flare (C002)**, daily observations shall be conducted when materials are being loaded. Such visible emissions check shall last a minimum of six minutes. If no visible emissions are present during this observation, in the absence of credible evidence to the contrary, the flare will be considered in compliance with the visible emissions requirement in Condition 43.1.

43.9.2    If visible emissions are observed, actions shall be taken to reduce visible emissions to zero as soon as possible. If emissions cannot be reduced to zero, a two (2) hour Method 22 observation shall be conducted in accordance with Method 22 within one half hour to determine if the flare is in compliance with the visible emissions requirement in Condition 43.1. If visible emissions are present for five minutes or less (total) during the two-hour observation, then the flare shall be deemed in compliance. If visible emissions are present for more than five minutes (total) during the two-hour observation, then the flare shall be deemed out of compliance with the above visible emissions requirement.

Air Pollution Control Division | Suncor Energy (U.S.A.)
Colorado Operating Permit | Commerce City Refinery, Plant 2 (East)
Permit #95OPAD108 | Page 290

43.9.3    Subject to the provisions of C.R.S. §25-7-123.1 and in the absence of credible evidence to the contrary, exceedance of the visible emission requirement shall be considered to exist from the time a Method 22 reading is taken that shows the flare is out of compliance (as defined above) until a Method 22 reading is taken that shows the flare is in compliance (as defined above).

43.9.4    Daily visible emission observations are not required for a given flare on days when the specified activity does not occur (e.g. only pilot gas is burned in the main plant flare or the truck loading rack is not operated).

43.9.5    Records of the visible emission observations, any action(s) taken to reduce emissions to zero, the amount of time taken to reduce emissions to zero, and Method 22 readings shall be maintained and made available to the Division for review upon request.

## 44.    Fuel Monitoring

The flow rate and heating value of the refinery fuel gas and purchased natural gas (city gas) are measured with on-line flow meters and analyzers on a continuous basis. Flow rate measurements will be made from the flow meter associated with the applicable source. Heating value measurements will be made from a central sampling point that is representative of the entire fuel gas system. The higher (gross) heating value will be used in emission calculations and to determine the heat input of fired equipment. The continuous and weekly measurements will be used to satisfy the following requirements.

The fuel use by each source will be recorded, at a minimum, daily.

The heat value (HHV) of the refinery fuel gas will be analyzed at least once per week.

The heat value (HHV) of purchased natural gas (city gas) is assumed to be 1020 Btu/scf (based on the purchased natural gas heat value in 40 CFR Part 63 Subpart CC § 63.670(j)(5) and converted to HHV by dividing by 0.90).

Records of these measurements and the monthly and rolling twelve month fuel use shall be maintained on site and made available for Division inspection upon request.

In the event that a flow device becomes inoperable, fuel use data shall be determined as follows:

If the flow meter is inoperable for 12 hours or less, the average of the last recorded reading before the outage and the first recorded reading after the flow meter is operable again.

If the flow meter is inoperable for more than 12 hours, the design heat input rate for the unit.

Should the on-line BTU analyzer become inoperable, back-up laboratory GC analyzer data will be used instead.

---

Operating Permit #95OPAD108 | First Issued:  October 1, 2006
 | Renewed: September 1, 2022