In the United States Court of Appeals
for the Tenth Circuit

CASE NO. 25-1243

GREENLATINOS, 350 COLORADO,
AND SIERRA CLUB,

    *Plaintiff – Appellant,*

    v.

SUNCOR ENERGY (U.S.A.), INC.,

    *Defendant – Appellee.*

On Appeal from the United Stated District Court
For the District of Colorado
The Honorable Judge Domenico
D.C. No. 1:24-cv-02164-DDD

ORAL ARGUMENT IS REQUESTED

**Appellants' Appendix**

**Vol. VIII**

September 5, 2025

**INDEX to the APPENDIX**
**Case No. 25-1243**
Appeal from USDC CO, Case No. 1:24-cv-02164-DDD

GREENLATINOS, 350 COLORADO AND SIERRA CLUB, *Plaintiff-Appellants*, v.
SUNCOR ENERGY (U.S.A.), INC., *Defendant-Appellee*.

| VOLUME VIII | | | |
|---|---|---|---|
| **No.** | **District Court Docket No.** | **Document** | **App. Page No.** |
| 20 | 27.7 | Exh. 7 – Compliance Order on Consent, March, 2020 | 1569 |
| 21 | 27.8 | Exh. 8 – Compliance Order on Consent, Feb., 2024 | 1656 |

# Exhibit 7



**COLORADO**

**Department of Public Health & Environment**

## AIR POLLUTION CONTROL DIVISION

| | |
|---|---|
| **COMPLIANCE ORDER ON CONSENT** | **CASE NOS. 2019-097 & 2019-194** <br> **AIRS NO. 001-0003** |

**IN THE MATTER OF SUNCOR ENERGY (U.S.A.) INC.**

The Colorado Department of Public Health and Environment ("CDPHE"), through the Air Pollution Control Division ("Division"), issues this Compliance Order on Consent ("Consent Order"), pursuant to the Division's authority under § 25-7-115(3)(b), C.R.S. of the Colorado Air Pollution and Prevention and Control Act, §§ 25-7-101 to 1309, C.R.S. ("the Act"), and its implementing regulations, 5 C.C.R. § 1001, *et seq.* ("the Regulations") with the express consent of Suncor Energy (U.S.A.) Inc. ("Suncor"). The Division and Suncor may be referred to each individually as a "Party" and collectively as "the Parties."

### I. STATEMENT OF PURPOSE

The mutual objectives of the Parties in entering into this Consent Order are:

1. To establish compliance requirements and criteria for the continued operation of the petroleum refinery located at 5801 Brighton Boulevard, Commerce City, Adams County, Colorado (Plant 1), the petroleum refinery located at 5800 Brighton Boulevard, Commerce City, Adams County, Colorado (Plant 2), and the asphalt plant located approximately at 3875 East 56th Avenue, Commerce City, Adams County, Colorado (Plant 3) (collectively, the "Refinery"); and

2. To resolve the violations of the Act cited herein and in a Compliance Advisories issued to Suncor by the Division on June 25, 2019 and December 13, 2019.

### II. DIVISION'S FINDINGS OF FACT AND DETERMINATION OF VIOLATIONS

Based upon the Division's investigation into and review of the compliance issues identified herein, and in accordance with § 25-7-115(3), C.R.S., the Division has



made the following determinations regarding violations of regulatory, statutory, and/or permit requirements associated with the Refinery.

3.      At all times relevant to the violations cited herein, Suncor was a Corporation in good standing and registered to conduct business in the State of Colorado.

4.      Suncor owns and operates the Refinery (as defined in Paragraph 1 of this Consent Order).

5.      Suncor purchased and took over operations at Plant 1 and Plant 3 in 2003 and has continuously operated since that date. Suncor purchased and took over operations at Plant 2 in 2005 and has continuously operated since that date.

6.      Plant 1 (West Plant) and Plant 3 (Asphalt Unit) are subject to the terms and conditions of the following state and federal regulatory requirements, including, but not limited to:

   a. Federal Consent Decree (Civil Action No. H-01-4430), lodged December 2001, entered April 2002, second amendment to Consent Decree, June 12, 2006 ("West Plant Consent Decree");
   b. Colorado Operating Permit Number 96OPAD120 issued to Suncor on August 1, 2004 and last revised February 22, 2018 ("Permit 96OPAD120 2/2018");
   c. 40 C.F.R. Part 60:
      i.   Subpart A - General Provisions ("Subpart A");
      ii.  Subpart VVa - Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 ("Subpart VVa"); and
      iii. Subpart GGGa - Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 ("Subpart GGGa").

7.      Plant 1 (West Plant) and Plant 3 (Asphalt Unit) were subject to the terms and conditions of the Colorado Operating Permit Number 96OPAD120 issued to Suncor on August 1, 2004 and last revised February 1, 2016 ("Permit 96OPAD120 2/2016").

8.      Plant 2 (East Plant) is subject to the terms and conditions of the following state and federal regulatory requirements, including, but not limited to:

   a. Federal Consent Decree (Civil Action No. SA-05-CA-0569), lodged June 16, 2005, entered November 23, 2005, non-material modification effective June 18, 2006 ("East Plant Consent Decree");

*Suncor Compliance Order on Consent*

    b. Colorado Operating Permit Number 95OPAD108 issued to Suncor on October 1, 2006 and last revised June 15, 2009 ("Permit 95OPAD108");

    c. Colorado Construction Permit Number 09AD1422 Initial Approval issued to Suncor on May 14, 2010 ("Permit 09AD1422");

    d. Colorado Construction Permit Number 09AD0961 Final Approval issued to Suncor on February 23, 2015 ("Permit 09AD0961");

    e. Colorado Construction Permit Number 12AD032-3 Initial Approval Mod-2 issued to Colorado Refining Company on January 5, 1998 ("Permit 12AD032-3"); and

    f. 40 C.F.R. Part 60, Subpart QQQ - Standards of Performance for VOC Emissions from Petroleum Refinery Wastewater Systems ("Subpart QQQ").

9.    The Refinery is subject to the terms and conditions of the following state and federal regulatory requirements, including, but not limited to:

    a. 40 C.F.R. Part 60:
        i. Subpart J - Standards of Performance for Petroleum Refineries ("Subpart J");
        ii. Subpart Ja - Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After May 14, 2007 ("Subpart Ja");
        iii. Subpart VV - Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After January 5, 1981, and on or Before November 7, 2006 ("Subpart VV");
        iv. Subpart GGG - Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After January 4, 1983, and on or Before November 7, 2006 ("Subpart GGG");

    b. 40 C.F.R. Part 63:
        i. Subpart CC - National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries ("Subpart CC");
        ii. Subpart UUU - National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units ("Subpart UUU");

    c. Colorado Air Quality Control Statutes; and

    d. Colorado Air Quality Control Commission ("AQCC") Regulations.

10.    On June 18-20, 2018, Jason Long, of the Division, conducted an inspection, pursuant to the Division's authority under § 25-7-111(2)(c), C.R.S., at the Refinery for the purpose of determining compliance with the state and federal regulatory requirements listed in Paragraphs 6 through 9 of this Consent Order (the



"2018 Inspection").

11.　On July 18, 2018, compliance testing was performed at the outlet of the Fluid Catalytic Cracking Unit ("FCCU") (P103) regenerator located at the Refinery, Plant 1 (West Plant). The Division reviewed the test results received on August 17, 2018 to determine compliance with the particulate matter and hydrogen cyanide ("HCN") emission limits in Permit 96OPAD120 2/2018, Condition 22.

12.　On April 16-18, 2019, compliance testing was performed on the vapor combustion unit associated with the Rail Loading Rack (R101) located at the Refinery, Plant 1 (West Plant). The Division reviewed the test results received on May 17, 2019 to determine compliance with federal emission standards and the emission factors requested in the June 14, 2018 minor permit modification application (*i.e.*, MM #81).

13.　On May 20-22, 2019, Jason Long, of the Division, conducted an inspection, pursuant to the Division's authority under § 25-7-111(2)(c), C.R.S., at the Refinery for the purpose of determining compliance with the state and federal regulatory requirements listed in Paragraphs 6 through 9 of this Consent Order (the "2019 Inspection").

14.　Suncor self-reported exceedances of applicable air emissions limits and conditions contained in its Permit 96OPAD120 2/2018 and Permit 95OPAD108 (collectively, the "Operating Permits") in its semi-annual monitoring and deviation reports covering the period from July 1, 2017 through June 30, 2019, and self-reported exceedances at its Plant 2 FCCU on December 11, 2019.

15.　Based on the Division's review of the 2018 Inspection, the August 17, 2018 and May 17, 2019 test reports, and records related to the Refinery, the Division issued a Compliance Advisory to Suncor on June 25, 2019.

16.　Based on the Division's review of the 2019 Inspection and records related to the Refinery, the Division issued a Compliance Advisory to Suncor on December 13, 2019.

17.　On August 12, 2019, the Division and Suncor met to discuss the issues identified in the June 25, 2019 Compliance Advisory. On August 29, 2019, Suncor submitted to the Division additional information relating to the issues identified in the June 25, 2019 Compliance Advisory, Paragraph C.

18.　On December 20, 2019, the Division and Suncor met to discuss the issues identified in the December 13, 2019 Compliance Advisory.

19.　On January 5, 2020, Suncor submitted to the Division a summary of emission exceedances that resulted from a December 11, 2019 event at the Plant 2 FCCU. A description of the event and the associated exceedances are identified in Paragraph 22.aa, below.

20.    Suncor has cooperated with the Division in good faith in working to address and resolve the exceedances and violations identified in this Consent Order.

21.    Based upon a review of the Inspection Reports for the 2018 Inspection, the August 17, 2018 and May 17, 2019 test reports, records related to the Refinery, and the information provided by Suncor, the Division has determined the following:

## Refinery: Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

a.    Pursuant to Permit 96OPAD120 2/2016, Condition 20.1, Suncor shall not exceed the sulfur dioxide ("SO$_2$") emission limit of 15.68 pounds per hour ("lb/hr") from the Tail Gas Unit ("TGU") Incinerator (H-25)[1]. Pursuant to Permit 96OPAD120 2/2016, Conditions 20.6.1 and 45.12.1; the West Plant Consent Decree, Paragraphs 169 and 171; and Subpart J § 60.104(a)(2)(i), Suncor shall not discharge or cause the discharge of any gases into the atmosphere from any Claus sulfur recovery plant containing in excess of, for an oxidation control system or a reduction control system followed by incineration, 250 parts per million volumetric dry ("ppmvd") of SO$_2$ at 0% excess air, on a 12-hr rolling average. Pursuant to Permit 96OPAD120 2/2016, Conditions 20.10 and 55.28, and Subpart UUU § 63.1568(a)(1), the sulfur recovery units ("SRUs") at the Refinery, Plant 1, are subject to Subpart J § 60.104(a)(2)(i), and therefore, the hazardous air pollutant emission limit for the SRUs is 250 ppmvd of SO$_2$ at 0% excess air, on a 12-hr rolling average.

    i.    At approximately 12:05 hrs on August 10, 2017, the Pressure Swing Adsorption ("PSA") system of the Hydrogen Plant tripped offline due to high purge gas burner pressure. During maintenance and system testing activities, a PSA valve was inadvertently left open, and one of the purge gas drums experienced elevated pressures at the purge gas burner. This tripped the PSA system and sent PSA purge gas to the Plant 1 flare header system. The first stage of the flare gas recovery system was partially closed to minimize flaring while keeping the system online. However, the PSA purge gas was ultimately treated and recovered in the SRUs, which resulted in exceedances of the SO$_2$ 15.68 lb/hr limit on August 10, 2017, from 13:00 hrs to 14:00 hrs.

    ii.    On November 9, 2017, Suncor began shutting down the No.4 Hydrodesulfurizer ("HDS") and No. 1 SRU for a planned

---

[1] Emissions from SRUs and their associated sulfur pits are routed through the TGU and vented through the TGU incinerator. Therefore, emissions from the SRUs and the sulfur pits are measured at the incinerator (H-25).

maintenance outage on the No. 4 HDS. The No. 4 HDS was depressurized and purged to remove all products within the system. For a portion of the shutdown and purging process, the first stage of the flare gas recovery system had to be taken offline, and the gases were routed to the Main Plant Flare (F1). During the outage period, the Refinery was in a state of hydrogen imbalance because the No. 4 HDS was not online to consume much of the hydrogen produced in the hydrogen plant. Due to the hydrogen imbalance, excess hydrogen was routed to the Main Plant Flare (F1) and GBR Flare (F3). The extended outage and associated hydrogen flaring resulted in Suncor exceeding multiple emissions limits, as described in Paragraphs 21.a.ii, 21.b.iii, and 21.c of this Consent Order, including the $SO_2$ 250 ppmvd (12-hr average) limit at the TGU Incinerator (H-25), from 23:00 hrs to 05:00 hrs on November 11-12, 2017.

iii.   On January 16, 2018, pluggage between Tank T-98 and the TGU was causing pressure increases in the No. 2 SRU. The pluggage was caused by sulfur solidifying in the vent lines due a lack of steam supply to the steam tracing around these lines. The steam supply became restricted due to condensate building up in the steam condensate system. Once the steam flow was re-established, the restriction cleared. This resulted in a high flow of previously restricted gases to enter the TGU Incinerator (H-25) and exceedances of the $SO_2$ 15.68 lb/hr limit, from 15:00 hrs to 16:00 hrs, on January 16, 2018, and the 250 ppmvd (12-hr average) limit, from 23:00 hrs to 02:00 hrs, on January 16-17, 2018.

On August 10, 2017 and January 16, 2018, Suncor failed to limit $SO_2$ emissions from the TGU Incinerator (H-25) to 15.68 lb/hr, and on November 11-12, 2017 and January 16-17, 2018, Suncor failed to limit $SO_2$ emissions from the TGU Incinerator (H-25) to 250 ppmvd (12-hr average), violating Permit 96OPAD120 2/2016, Conditions 20.1, 20.6.1, 20.10, 45.12.1, and 55.28; the West Plant Consent Decree, Paragraphs 169 and 171; Subpart J § 60.104(a)(2)(i); and Subpart UUU § 63.1568(a)(1).

b.   Pursuant to Permit 96OPAD120 2/2016, Conditions 29.2, 29.9, 30.2, 30.10, 38.2.1, and 46.8; Subpart J § 60.104(a)(1); and Subpart Ja § 60.103a(h), Suncor shall not burn in any fuel gas combustion device or any affected flare any fuel gas that contains hydrogen sulfide ("$H_2S$") in excess of 162 parts per million volumetric ("ppmv") determined hourly on a 3-hr rolling average basis.

i.  On August 30, 2017, operations personnel replaced a leaking
    water supply hose that was supplying water to the Asphalt Unit
    flare gas seal drum. The water supply was temporarily shut off in
    order to perform the replacement, which caused the seal drum
    level to drop just below the water discharge line on the drum.
    Without the water flow through this line, sour gases were allowed
    to back flow into the seal drum and to the Asphalt Unit Flare (F2).
    This resulted in exceedances of the $H_2S$ limit at F2 on August 30,
    2017 from 07:00 hrs to 09:00 hrs.

ii.  At approximately 20:30 hrs on September 22, 2017, the Plant 3
     flare gas recovery system tripped offline unexpectedly due to a
     failing oxygen analyzer providing a false high reading, which
     allowed $H_2S$-containing gases to be sent to the Asphalt Unit Flare
     (F2). This resulted in exceedances of the $H_2S$ limit at F2 from
     20:00 hrs on September 22, 2017 through 00:00 hrs on September
     23, 2017.

iii.  The event described in Paragraph 21.a.ii of this Consent Order
      resulted in Suncor exceeding the $H_2S$ limit at the Main Plant Flare
      (F1) as follows:

      **Main Plant Flare (F1)**
      **$H_2S$ in Flare Gas (162 ppmv, 3-hour average)**
      Start Date and Time:  11/9/2017 17:00 hrs
      End Date and Time:   11/9/2017 23:00 hrs
      Start Date and Time:  11/10/2017 09:00 hrs
      End Date and Time:   11/10/2017 13:00 hrs
      Start Date and Time:  11/12/2017 14:00 hrs
      End Date and Time:   11/13/2017 01:00 hrs

iv.  On the morning of December 24, 2017, the water level controller
     on the Asphalt Unit Flare (F2) knockout drum froze causing the
     level in the knockout drum to rise. The level in the knockout drum
     caused pressure to build up in the flare gas recovery system, and
     the pressure bounce hit the Plant 1 flare gas recovery system
     causing it to trip offline allowing $H_2S$-containing gases to be sent
     to the Main Plant Flare (F1). This resulted in exceedances of the
     $H_2S$ limit at F1 on December 24, 2017 from 02:00 hrs to 05:00 hrs.

On August 30, 2017 and September 22-23, 2017, Suncor exceeded the
fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2), and on November 9-13,
2017 and December 24, 2017, Suncor exceeded the fuel gas $H_2S$ limit at
the Main Plant Flare (F1), violating Permit 96OPAD120 2/2016,

*Suncor Compliance Order on Consent*



Conditions 29.2, 29.9, 30.2, 30.10, 38.2.1, and 46.8; Subpart J §
60.104(a)(1); and Subpart Ja § 60.103a(h).

c.  Pursuant to Permit 96OPAD120 2/2016, Conditions 31.2 and 46.3, and
Subpart Ja § 60.103a(b)(2), Suncor must comply with the flare
management plan, required by Subpart Ja, for the Gasoline Benzene
Reduction ("GBR") Flare (F3), including the alternate baseline flow rate
of 3,447.68 thousand standard cubic feet per day ("Mscf/d"). Pursuant
to Permit 96OPAD120 2/2016, Condition 31.1, emissions of nitrogen
oxides ("$NO_x$"), carbon monoxide ("CO"), and volatile organic
compounds ("VOC") shall not exceed 2.9 tons per year ("tpy"), 13.2
tpy, and 25.9 tpy, respectively, from F3. Pursuant to Permit 96OPAD120
2/2016, Condition 31.6, the quantity of gases (including pilot gas) sent
to F3 shall not exceed 83,479 million British thermal units per year
("MMBtu/yr"). Pursuant to Permit 96OPAD120 2/2018, Condition 31.1,
emissions of $NO_x$, CO, and VOC shall not exceed 2.9 tpy, 11.1 tpy, and
25.9 tpy, respectively, from F3. Pursuant to Permit 96OPAD120 2/2018,
Condition 31.6, the quantity of gases (including pilot gas) sent to F3
shall not exceed 83,822.636 MMBtu/yr. The event described in
Paragraph 21.a.ii of this Consent Order resulted in Suncor exceeding the
$NO_x$, CO, VOC, gas combusted, and alternate baseline flow rate limits at
F3:

**GBR Flare (F3)**
**Alternate Baseline Flow (3,447.68 Mscf/d)**
Start Date and Time:  11/13/2017 14:00 hrs
End Date and Time:   12/05/2017 02:00 hrs

| GBR Flare (F3) Emissions and Throughput Exceedances | | | | |
|---|---|---|---|---|
| Permit Limits | | | | |
| | $NO_x$ (tpy) | CO (tpy) | VOC (tpy) | Gases Combusted (MMBtu/yr) |
| Permit 96OPAD120 2/2016 | 2.9 | 13.2 | 25.9 | 83,479 |
| Permit 96OPAD120 2/2018 | 2.9 | 11.1 | 25.9 | 83,822.636 |
| Rolling 12-month period ending Month-Year | Actual Emissions and Throughput | | | |
| Nov-17 | 3.12 | In compliance | 28.34 | 91,681 |
| Dec-17 | 3.54 | 14.23 | 32.24 | 104,285 |

| Jan-18 | 3.66 | 14.60 | 33.31 | 107,739 |
| Feb-18 | 3.69 | 14.62 | 33.58 | 108,639 |
| Mar-18 | 3.58 | 14.01 | 32.56 | 105,301 |
| Apr-18 | 3.55 | 13.83 | 32.31 | 104,508 |
| May-18 | 3.53 | 13.75 | 32.15 | 103,987 |
| Jun-18 | 3.50 | 13.63 | 31.86 | 103,034 |
| Jul-18 | 3.50 | 13.63 | 31.86 | 103,021 |
| Aug-18 | 3.53 | 13.75 | 32.13 | 103,911 |
| Sep-18 | 3.43 | 13.33 | 31.16 | 100,750 |
| Oct-18 | 3.31 | 12.89 | 30.14 | 97,453 |

From November 2017 through October 2018, Suncor exceeded the $NO_x$, CO, VOC, gas combusted, and alternate baseline flow rate limits at the GBR Flare (F3), violating Permit 96OPAD120 2/2016, Conditions 31.1, 31.2, 31.6, and 46.3; Permit 96OPAD120 2/2018, Conditions 31.1 and 31.6; and Subpart Ja § 60.103a(b)(2)[2].

d.  Pursuant to Permit 96OPAD120 2/2016 and Permit 96OPAD120 2/2018, Conditions 34.2, 34.7, 43.8, and 47.1; Permit 96OPAD120 2/2016, Conditions 51.1, 54.15, 56, and 65; and Permit 96OPAD120 2/2018, Conditions 53.44, 55, and 64, Suncor is required to comply with the applicable equipment leak standards, including the Leak Detection and Repair ("LDAR") monitoring requirements, contained in Subpart VV § 60.482-1 to § 60.482-10; Subpart VVa § 60.482-1a to § 60.482-10a; Subpart GGG § 60.592(a); Subpart GGGa § 60.592a(a); Subpart CC § 63.648(a); and AQCC Regulation 7, §§ VIII.C. Pursuant to Permit 96OPAD120 2/2016 and Permit 96OPAD120 2/2018, Condition 43.8.2; Permit 96OPAD120 2/2016, Condition 56.38; Permit 96OPAD120 2/2018, Condition 55.40; Subpart VVa § 60.482-6a(a)(1); and AQCC Regulation 7, § VIII.C.2.b, except for safety pressure relief valves, no owner or operator of a petroleum refinery shall install or operate a valve at the end of a pipe or line containing VOCs unless the pipe or line is sealed with a second valve, a blind flange, a plug, or a cap. The sealing device may be removed only when a sample is being taken or when the valve is otherwise in use. Pursuant to Permit 96OPAD120 2/2016 and Permit 96OPAD120 2/2018, Conditions 43.8.1 and 43.8.6.7, and AQCC Regulation 7, §§ VIII.C.2.a.(v) and VIII.C.4.a.(iii), the owner or operator of a petroleum refinery complex subject to this Regulation 7 shall

---

[2] On February 10, 2017 and February 6, 2018, Suncor submitted minor permit modifications (MM #71 and MM #78, respectively) for the GBR Flare (F3). The Division initially reviewed compliance with the F3 emissions and throughput limits as requested in the minor modifications. However, as Suncor failed to comply with one or more proposed limits in each of the modifications, the existing permit terms and conditions in Permit 96OPAD120 2/2016 and Permit 96OPAD120 2/2018 are enforced by the Division (reference AQCC Regulation 3, Part C, § XI.).

*Suncor Compliance Order on Consent*

identify all leaking components which cannot be repaired until the unit is shut down for turnaround and affix a weatherproof, readily visible tag to the leaking component that shall remain in place until the component is repaired.

    i.   Between July 2017 and December 2017, Suncor identified that 46 valves, 89 connectors, and 5 other components existed in the field and were subject to LDAR monitoring requirements but had not previously been included in the LDAR inspection program. Suncor was unable to determine the date these components were placed into service. These components were added to the LDAR database for continual monitoring.

    ii.   On March 28, 2018, Suncor identified one open secondary valve on a sample line at the Plant 1 Reformer Unit. A sample was not being taken and the primary valve was not otherwise in use. Upon discovery, Suncor immediately closed the valve.

    iii.   During a third party consent decree audit in June 2018, six open-ended lines were discovered and the weatherproof Delay of Repair ("DOR") field leak identification tag was missing on three DOR components. Upon discovery, Suncor immediately capped the open-ended lines and replaced the missing DOR leak identification tags.

Suncor failed to conduct LDAR monitoring on 140 components, seal seven valves at the end of a pipe or line containing VOCs, and identify and tag three components which cannot be repaired until unit shutdown, violating Permit 96OPAD120 2/2016 and Permit 96OPAD120 2/2018, Conditions 34.2, 34.7, 43.8, 43.8.1, 43.8.2, 43.8.6.7, and 47.1; Permit 96OPAD120 2/2016, Conditions 51.1, 54.15, 56, 56.38, and 65; Permit 96OPAD120 2/2018, Conditions 53.44, 55, 55.40, and 64; Subpart VV § 60.482-1 to § 60.482-10; Subpart VVa § 60.482-1a to § 60.482-10a; Subpart VVa § 60.482-6a(a)(1); Subpart GGG § 60.592(a); Subpart GGGa § 60.592a(a); Subpart CC § 63.648(a); and AQCC Regulation 7, §§ VIII.C, VIII.C.2.a.(v), VIII.C.2.b, and VIII.C.4.a.(iii).

e.   Pursuant to Permit 96OPAD120 2/2018, Condition 22.14, Suncor must limit emissions of HCN from the Plant 1 FCCU (P103) regenerator to 12.8 tpy. On July 18, 2018, Suncor conducted testing, pursuant to Permit 96OPAD120 2/2018, Condition 22.14.2, to demonstrate compliance with the HCN limit. The results of the test indicated a three-run average of 14.06 tpy of HCN emissions. From February 22, 2018 (permit issuance) October 18, 2019, Suncor failed to limit emissions of HCN from the Plant

1 FCCU (P103) regenerator to 12.8 tpy, violating Permit 96OPAD120 2/2018, Condition 22.14.

f.  Pursuant to Permit 96OPAD120 2/2016 and Permit 96OPAD120 2/2018, Condition 24.1, Suncor must limit emissions of $NO_x$ from the Rail Loading Rack (R101) to 0.068 lb/MMBtu[3]. On April 16-18, 2019, Suncor conducted testing to demonstrate compliance with federal emission standards and the requested emission limits in MM #81. The results of the test indicated $NO_x$ emissions of 0.146 lb/MMBtu during gasoline loading operations, which exceeds the requested $NO_x$ limit in MM #81 of 0.12 lb/MMBtu and the permitted limit of 0.068 lb/MMBtu in Permit 96OPAD120 2/2016 and Permit 96OPAD120 2/2018. From the fourth quarter of 2018 (start-up of new vapor combustor unit replacing flare at R101) to present, Suncor failed to limit emissions of $NO_x$ from the Rail Loading Rack (R101) to 0.068 lb/MMBtu, violating Permit 96OPAD120 2/2016 and Permit 96OPAD120 2/2018, Condition 24.1. On June 4, 2019, Suncor submitted a permit modification application for R101 to revise the $NO_x$ limit based on an uncontrolled emission factor of 0.146 lb/MMBtu, as determined by the April 16-18, 2019 compliance test.

g.  Pursuant to AQCC Regulation 3, Part A, § II.A, except as specifically exempted in Section II.D., no person shall allow emission of air pollutants from, or construction, modification or alteration of, any facility, process, or activity which constitutes a stationary source, except residential structures, from which air pollutants are, or are to be, emitted unless and until an Air Pollutant Emission Notice ("APEN") and the associated APEN fee has been filed with the Division with respect to such emission. Suncor failed to submit an APEN to address ethanol unloading at the Rail Loading Rack (R101), an activity that has been occurring at the Refinery since at least August 1, 2003, until June 4, 2019, violating AQCC Regulation 3, Part A, § II.A.

h.  Pursuant to AQCC Regulation 3, Part A, § VI.C.2, every owner or operator of an air pollution source required to file an APEN shall pay a nonrefundable annual emissions fee as set forth in § VI.D.3 of this Part A. Suncor failed to pay the required annual fee for emissions resulting from ethanol unloading at the Rail Loading Rack (R101), an activity that has been occurring at the Refinery since at least August 1, 2003, violating AQCC Regulation 3, Part A, § VI.C.2. To date, Suncor has failed

---

[3] On June 14, 2018, Suncor submitted a minor permit modification (MM #81) for the Rail Loading Rack (R101). The Division initially reviewed compliance with the R101 emission limits as requested in the minor modification. However, as Suncor failed to comply with the proposed $NO_x$ limit in the modification, the existing permit terms and conditions in Permit 96OPAD120 2/2016 and Permit 96OPAD120 2/2018 are enforced by the Division (reference AQCC Regulation 3, Part C, § X.I).



to pay backfees for emissions resulting from ethanol unloading at the R101.

i.  Pursuant to AQCC Regulation 3, Part B, § II.A.1, except where specifically authorized by the terms of this Regulation 3, no person shall commence construction of any stationary source or modification of a stationary source without first obtaining or having a valid construction permit from the Division. On June 4, 2019, Suncor submitted a permit modification application for the Rail Loading Rack (R101) to address ethanol unloading, an activity that has been occurring at the Refinery since at least August 1, 2003. For calendar year 2018, Suncor reported actual controlled emissions of VOC at 5.61 tpy and actual uncontrolled emissions of $NO_x$ and CO at 0.52 tpy and 0.44 tpy, respectively. Suncor requested a controlled VOC limit of 12.5 tpy and uncontrolled $NO_x$ and CO limits of 5.53 tpy and 15.1 tpy, respectively. To date, Suncor has failed to obtain a permit for the ethanol unloading at the Rail Loading Rack (R101), violating AQCC Regulation 3, Part B, § II.A.1.

j.  Pursuant to AQCC Regulation 7, § V.A, no person shall dispose of VOC by evaporation or spillage unless Reasonably Available Control Technology ("RACT") is utilized. On June 4, 2019, Suncor submitted a permit application to implement RACT at the Rail Loading Rack (R101) to address ethanol unloading, an activity that has been occurring at the Refinery since at least August 1, 2003. After unloading, the rail cars are depressurized to atmosphere to remove dinitrogen, which includes ethanol vapors. Suncor has been conducting this activity without utilizing RACT. In the June 4, 2019 application, Suncor has proposed RACT as routing the vapors to the rail rack vapor combustor unit. From at least August 1, 2003 through October 2, 2019, Suncor released uncontrolled VOC emissions at the Rail Loading Rack (R101) without utilizing RACT, violating AQCC Regulation 7, § V.A.

### Refinery: Plant 2 (East Plant)

k.  Pursuant to Permit 95OPAD108, Condition 18.2, Suncor is required to comply with the equipment leak standards, including the LDAR monitoring requirements, of AQCC Regulation 7, § VIII.C.2.a; Subpart GGG § 60.592(a); and Subpart CC § 63.648(a), as set forth in Condition 27.8.1, 30.1, and 32.16. Pursuant to Permit 95OPAD108, Condition 27.8.1, and AQCC Regulation 7, §§ VIII.C.2.a.(ii) and VIII.C.2.a.(v), Suncor is required to (1) conduct a monitoring program consistent with the provisions in § VIII.C.4.a, and (2) identify all leaking components that cannot be repaired until the unit is shut down for turnaround, and repair and retest when the unit is back on stream. Pursuant to Permit 95OPAD108, Conditions 30.1 and 32.16; Subpart GGG § 60.592(a); and Subpart CC § 63.648(a), Suncor is



required to comply with the equipment leak standards and LDAR monitoring requirements of Subpart VV § 60.482-1 to § 60.482-10. Pursuant to Subpart VV § 60.482-5(b)(2), containers that are part of a closed-purge sampling connection system must be covered or closed when not being filled or emptied. Pursuant to Permit 95OPAD108, Condition 27.8.2, and AQCC Regulation 7, § VIII.C.2.b, except for safety pressure relief valves, no owner or operator of a petroleum refinery shall install or operate a valve at the end of a pipe or line containing VOCs unless the pipe or line is sealed with a second valve, a blind flange, a plug, or a cap.

    i. In 2012, Suncor isolated Pump 1403 (P-1403) (*i.e.*, removed the pump from service) and placed it on DOR after multiple repair attempts were unsuccessful in fixing a leak identified during a routine LDAR inspection. On or about July 1, 2017, Suncor discovered the discharge valve of P-1403 was open and the pump contained product. The isolation on the pump had been removed without performing repairs to address the leak identified in 2012. Suncor immediately drained the pump and closed the discharge valve. The isolated status of the pump was restored on July 13, 2017.

    ii. Between July 2017 and June 2018, Suncor identified six valves and 19 connectors existed in the field and were subject to LDAR monitoring requirements but had not previously been included in the LDAR inspection program. Suncor was unable to determine the date these components were placed into service. These components were tagged, inspected, and added to the LDAR database for continual monitoring.

    iii. During a third party consent decree audit in June 2018, the auditor identified the following:

        1. One valve and nine connectors on a sample point near Tank 35 were not inventoried for the LDAR inspection program. Suncor was unable to determine the date these components were placed into service. These components were tagged, inspected, and added to the LDAR database for continual monitoring.

        2. One line was not sealed with a second valve, a blind flange, a plug, or a cap. Suncor sealed the open-ended line with a plug.

        3. A component at the Plant 2 Reformer (tag # 2042011) was originally incorrectly listed as a flange and monitored annually for several years. The component was correctly reclassified as



a valve in 2016. However, quarterly monitoring events did not take place during the time the component was incorrectly classified.

4. One open bucket at a sample point in the Plant 2 Reformer process unit when the bucket was not being filled or emptied. The bucket appeared to contain VOC material. Suncor drained the bucket and removed it from the location.

Suncor failed to comply with LDAR monitoring and equipment leak requirements, violating Permit 95OPAD108, Conditions 18.2, 27.8.1, 27.8.2, 30.1, and 32.16; Subpart CC § 63.648(a); Subpart GGG § 60.592(a); Subpart VV §§ 60.482-1 to 60.482-10, and § 60.482-5(b)(2); and AQCC Regulation 7, §§ VIII.C.2.a.(ii), VIII.C.2.a.(v), VIII.C.2.b, and VIII.C.4.a.

l.  Pursuant to Permit 95OPAD108, Conditions 15.2, 16.3, and 23.1, and AQCC Regulation 7, § III.A, Suncor is required to operate and maintain all storage tank accesses, seals, hatches, roof drainage systems, and pressure relief valves to prevent detectable vapor loss. On December 27, 2017, Suncor found product on the roofs of Tanks 44 and 47. Tank 47 is an external floating roof reformate storage tank. On December 13, 2017, Suncor switched the Reformate rundown line up to Tank 44 from Tank 47. This resulted in reformate on the roof of Tank 44, and gas was observed leaking past the roof seals. Suncor identified open valves near the LPG Vaporizer, allowing city gas to back flow into the Reformate rundown line. The gas was exiting the tank and carrying product onto the roof. Suncor closed the open valves and removed the product on the roof via vacuum truck on the evening of December 27, 2017. On December 29, 2017, maintenance personnel entered the roof to perform clean-up efforts and remove the residual product from the roof. From 16:30 hrs on December 13, 2017 to 12:00 hrs on December 29, 2017, Suncor failed to operate and maintain accesses, seals, hatches, roof drainage systems, and pressure relief valves on Tanks 44 and 47 to prevent detectable vapor loss, violating Permit 95OPAD108, Conditions 15.2, 16.3, and 23.1, and AQCC Regulation 7, § III.A.

m. Pursuant to Permit 95OPAD108, Conditions 1.3, 2.10, 3.3, 5.11, 7.2, 8.4, and 22.5.1; Permit 09AD1422, Condition 10; and Subpart J § 60.104(a)(1), Suncor shall not burn in any fuel gas combustion device any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hr rolling average basis. At approximately 16:30 hrs on January 24, 2018, the No. 3 SRU tripped. Operational adjustments were being made to the SRU following the restart of an amine booster pump. The operator inadvertently introduced too much fuel gas to the tail gas



incinerator. This caused the incinerator and thermal reactor to trip. The loss of the thermal reactor impacted other upstream equipment, including the amine regenerator system, causing elevated $H_2S$ concentrations in the fuel gas. The No. 3 SRU was restarted and all impacted units were lined out. On January 24, 2018, from 18:00 hrs to 22:00 hrs, Suncor exceeded the $H_2S$ limit at the Plant 2 Main Flare and other Plant 2 fuel burning equipment, violating Permit 95OPAD108, Conditions 1.3, 2.10, 3.3, 5.11, 7.2, 8.4, and 22.5.1; Permit 09AD1422, Condition 10; and Subpart J § 60.104(a)(1).

22.    Based upon a review of the Inspection Reports for the 2019 Inspection, records related to the Refinery, and the information provided by Suncor, the Division has determined the following[4]:

### Refinery: Plant 1 (West Plant) and Plant 3 (Asphalt Unit)

a.    Pursuant to Permit 96OPAD120, Conditions 1.3.1, 2.3, 3.2, and 39.1, and AQCC Regulation 7, § III.A, all storage tank hatches, accesses, seals, and roof drainage systems shall be maintained and operated to prevent detectable vapor loss.

   i.    On September 5, 2018, Suncor identified an open gauge hatch on Tank 77 during a routine visual inspection. On September 6, 2018, a third party contractor entered the roof and closed the hatch.

   ii.    On January 6, 2019, Suncor discovered gas oil on top of the floating roof at Tank 1. The product was removed from the roof on January 16, 2019.

   iii.    On February 21, 2019, Suncor discovered product on the roof of Tank 775. The product had reached the roof through the gauge pole area of the tank. The product was removed from the roof on March 6, 2019.

   iv.    On March 20, 2019, Suncor discovered gas oil on top of the floating roof at Tank 1. Gas oil had also drained to the ground through the roof drain. The product was removed from the roof on April 26, 2019.

   v.    On March 28, 2019, Suncor discovered gas oil on the roof of Tank 58 during a routine seal inspection. The product was removed from the roof on May 1, 2019.

---

[4] For Paragraph 22 of this Consent Order, Permit 96OPAD120 refers to Permit 96OPAD120 2/2018.

*Suncor Compliance Order on Consent*

When gas oil is stored in an external floating roof tank, as was the case in Paragraphs 22.a(ii), (iv), and (v), above, the material tends to stick to the tank walls as the floating roof descends and gets wiped onto the seal as the floating roof ascends. With rising ambient temperatures, the product on the seal becomes less viscous and flows to the roof drain. The presence of VOC product observed on the roof or in the drain, and an open hatch on a tank containing VOC product, is indicative of a detectable vapor loss. Suncor failed to maintain and operate hatches, accesses, seals, or roof drainage systems on Tank 1, Tank 58, Tank 77, and Tank 775 to prevent detectable vapor loss, violating Permit 96OPAD120, Conditions 1.3.1, 2.3, 3.2, and 39.1, and AQCC Regulation 7, § III.A.

b.  Pursuant to Permit 96OPAD120, Conditions 1.2 and 53.34.1, and Subpart CC, § 63.646(f)(1), if a cover or lid is installed on an opening on a floating roof, the cover or lid shall remain closed except when the cover or lid must be open for access. Pursuant to Permit 96OPAD120, Conditions 1.3.4 and 41.2.3, and AQCC Regulation 7, § VI.B.2.c.(ii)(A)(2)(a), covers, seals, and lids shall be kept closed except when the openings are in actual use. On September 5, 2018, Suncor identified an open gauge hatch on Tank 77 during a routine visual inspection. The gauge hatch was not in use. On September 6, 2018, a third party contractor entered the roof and closed the hatch. Suncor failed to ensure the Tank 77 gauge hatch remained closed except when it must be open for access, violating Permit 96OPAD120, Conditions 1.2, 1.3.4, 41.2.3, and 53.34.1; AQCC Regulation 7, § VI.B.2.c.(ii)(A)(2)(a); and Subpart CC, § 63.646(f)(1).

c.  Pursuant to Permit 96OPAD120, Conditions 29.10, 31.10, and 53.91, and Subpart CC, § 63.670(e), Suncor shall operate the Main Plant Flare (F1) and the Gasoline Benzene Reduction ("GBR") Flare (F3) to maintain the net heating value of flare combustion zone gas ("NHVcz") at or above 270 British thermal units per standard cubic feet ("Btu/scf") determined on a 15-minute block period basis when regulated material is routed to the flare for at least 15-minutes.

   i.   On February 7, 2019, the Main Plant Flare (F1) NHVcz dropped below 270 Btu/scf (15-minute block period) from 04:00 hrs to 04:15 hrs.  The flare flow controls were in manual mode at the time of the event due to suspected pressure swings in the city gas supply line and couldn't be adjusted soon enough to prevent the non-compliance.

   ii.  On February 22, 2019, the GBR Flare (F3) NHVcz dropped below 270 Btu/scf (15-minute block period) from 02:45 hrs to 03:00 hrs.



The flare flow controls were in manual mode at the time of the event due to an unexpected shutdown of the Hydrogen Plant on February 20, 2019 and unstable conditions after re-start of the Hydrogen Plant. The controls couldn't be adjusted soon enough to prevent the non-compliance.

iii.   On February 24, 2019, the Main Plant Flare (F1) NHVcz dropped below 270 Btu/scf (15-minute block period) from 07:15 hrs to 07:30 hrs. The flare flow controls were in manual mode at the time of the event due to an unexpected shutdown of the Hydrogen Plant on February 20, 2019 and unstable conditions after re-start of the Hydrogen Plant. The controls couldn't be adjusted soon enough to prevent the non-compliance.

iv.   On February 27, 2019, the GBR Flare (F3) NHVcz dropped below 270 Btu/scf (15-minute block period) from 16:45 hrs to 17:15 hrs. The larger flow controller at F3 was in manual mode during the event due to prior issues with valve operation and, therefore, did not open automatically when the NHVcz dropped.

v.   On March 19, 2019, the Main Plant Flare (F1) NHVcz dropped below 270 Btu/scf (15-minute block period) from 00:45 hrs to 01:00 hrs. The city gas controllers associated with F1 were placed in manual mode prior to the event due to oscillating behavior of the flare supplemental city gas flow controller, which prevented sufficient supplemental city gas flow to the flare resulting in non-compliance with the NHVcz limit.

vi.   On April 10, 2019, the Main Plant Flare (F1) NHVcz dropped below 270 Btu/scf (15-minute block period) from 01:00 hrs to 01:15 hrs. On April 9, 2019 at approximately 19:11 hrs, Suncor was performing a scheduled lube oil change on the Plant 1 FCCU charge pump P-3510. When P-3510 was switched to full size spare pump P-3511, charge to the FCCU started to drop and the unit went into an upset mode. The upset lasted for close to 2.5 hours and ultimately resulted in reverse flow of the FCCU regenerator catalyst into the compressor C-16 discharge pipe. The reverse flow caused the failure of a weld in the C-16 discharge pipe. Upon noticing catalyst flowing out of the venture flow meter and out of the C-16 vent line, Suncor initiated an emergency shutdown of the Plant 1 FCCU. Suncor determined the root cause of the event was the inadvertent closure of the warm line valve on spare pump P-3511. The closed valve led to an accumulation of water in the suction side of P-3511. When Suncor placed P-3511 in service,



accumulated water flowed into the FCCU heater causing the unit upset and resulting in additional gases being sent to F1.

    vii.  On May 24, 2019, the GBR Flare (F3) NHVcz dropped below 270 Btu/scf (15-minute block period) from 05:15 hrs to 05:45 hrs. At the beginning of the morning shift on Plant 1, Suncor observed the presence of a large flame at F3. Suncor manually reduced the city gas flow to the flare in order to mitigate the large flame. However, this reduction lead to a drop in the NHVcz.

Suncor failed to maintain the Main Plant Flare (F1) and GBR Flare (F3) NHVcz at or above 270 Btu/scf, violating Permit 96OPAD120, Conditions 29.10, 31.10, and 53.91, and Subpart CC, § 63.670(e).

d.  Pursuant to Permit 96OPAD120, Conditions 29.8 and 57.1, and Subpart A, § 60.18(c)(1), Suncor shall operate the Main Plant Flare (F1) with no visible emissions, except for periods not to exceed a total of five minutes during any two consecutive hours. Pursuant to Permit 96OPAD120, Conditions 29.10, 31.10, and 53.89, and Subpart CC, § 63.670(c), Suncor shall operate the Main Plant Flare (F1) and GBR Flare (F3) with no visible emissions, except for periods not to exceed a total of five minutes during any two consecutive hours, when regulated material is routed to the flare and the flare vent gas flow rate is less than the smokeless design capacity of the flare.

    i.  On February 27, 2019, from 08:35 hrs to 11:15 hrs and 14:31 hrs to 15:05 hrs, Suncor observed visible emissions at the GBR Flare (F3). The visible emissions were caused by an overhead pressure controller at the Reformer Splitter Tower. Suncor increased the steam flow but could not immediately stop the presence of visible emissions.

    ii.  On March 14, 2019, from 10:30 hrs to 10:38 hrs, Suncor observed visible emissions at the Main Plant Flare (F1). On March 13, 2019 at approximately 10:46 hrs, high winds associated with a winter storm at Commerce City affected Xcel Energy power supply systems, which in turn caused blips in the electric power supply to the Refinery. The blips in electric power supply shut down the recycle compressor C-18 and interrupted the feed flow to the No. 2 Hydrodesulfurizer ("HDS") and Naphtha Desulfurizer/Reformer process units. Suncor's attempts to restart C-18 and other impacted equipment were unsuccessful and, as a result, impacted units were safely shut down. The shutdown of the Reformer unit resulted in the loss of hydrogen production to the No. 3 HDS. The No. 1 Sulfur Recovery Unit ("SRU") was also shut down. The

unplanned shutdown resulted in high hydrogen sulfide ("H$_2$S") gases being sent to the TGU Incinerator (H-25) and F1.

iii. On April 9, 2019 at 21:22 hrs to April 10, 2019 at 01:01 hrs, Suncor observed visible emissions at the Main Plant Flare (F1). The visible emissions were a result of the event described in Paragraph 22.c.vi of this Consent Order.

iv. On April 25, 2019, Suncor began a planned startup of the Plant 1 FCCU. During the startup, there was a period of time when high volumes of gas were routed to the Main Plant Flare (F1). The first stage of the Flare Gas Recovery System had to be taken offline to prevent a system overload. High volumes of gas were routed to F1 between introduction of feed into the FCCU and startup of the Wet Gas Compressor ("WGC"). Prior to introduction of feed, there was an insufficient volume of gas to operate the WGC. Once the feed was introduced, a high volume of low pressure gas was produced, and since the WGC was not online, the gas was routed to F1 in order to control the system pressure. After introduction of feed, the FCCU structure was stabilized, the main fractionator was started up and stabilized, and then the WGC was started up. After multiple start-up attempts, due to operational issues within slurry pump around circuit, the Plant 1 FCCU was successfully started up on April 26, 2019. This event caused the following visible emissions occurrences at F1:

Start Date and Time:  4/24/2019 06:24 hrs
End Date and Time:   4/24/2019 09:35 hrs
Start Date and Time:  4/25/2019 12:51 hrs
End Date and Time:   4/25/2019 16:20 hrs
Start Date and Time:  4/26/2019 05:19 hrs
End Date and Time:   4/26/2019 06:25 hrs

v. On May 16, 2019, an upset began at the No. 3 HDS amine system. The upset was caused by hydrocarbon carryover within the amine system and ultimately lead to hydrocarbon carryover from the High Pressure Cold Separator Drum (D-339) to the No. 1 and No. 2 SRUs. The No. 1 and No. 2 SRUs tripped offline, sending acid gases to the Main Plant Flare (F1) and TGU incinerator (H-25), resulting in visible emissions at F1 on the following dates:

Start Date and Time:  5/16/2019 18:29 hrs
End Date and Time:   5/16/2019 21:00 hrs
Start Date and Time:  5/17/2019 09:04 hrs
End Date and Time:   5/17/2019 10:58 hrs



Suncor failed to operate the Main Plant Flare (F1) and GBR Flare (F3) with no visible emissions, violating Permit 96OPAD120, Conditions 29.8, 29.10, 31.10, 53.89, and 57.1; Subpart A, § 60.18(c)(1); and Subpart CC, § 63.670(c).

e. Pursuant to Permit 96OPAD120, Conditions 11.3, 12.3, 13.3, 14.3, 15.3, 16.3, 17.3, 18.3, 20.6.2, 21.3, 27.3, 28.3, 29.2, 29.9, 30.2, 30.10, 38.2.1, 46.1.1, and 46.8; Subpart J, § 60.104a(a)(1); and Subpart Ja, §§ 60.102a(g)(1)(ii) and 60.103a(h), Suncor shall not burn in any fuel gas combustion device or any affected flare any fuel gas that contains $H_2S$ in excess of 162 parts per million volumetric ("ppmv") determined hourly on a 3-hr rolling average basis.

i. On July 3, 2018, from 16:00 hrs to 21:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). At approximately 14:30 hrs on July 3, 2018, pressure began to rise quickly in one of the catalytic reactors (W-70) in the No. 1 Catalytic Polymerization unit. The elevated pressure caused the relief valve on W-70 to lift sending gases to the flare gas recovery system. Once the relief valve reseated, the recovery system experienced a large pressure swing which caused it to trip offline at approximately 15:30 hrs. This allowed $H_2S$-containing gases to be sent to F1 until the recovery system could be brought back online. Suncor suspects that a water carryover event occurred from the water wash tower (W-65) to W-70 at some point prior to the event, which ultimately compromised the structural integrity of the catalyst within the reactor. This caused a flow restriction within W-70 resulting in the pressure increase. Suncor suspects that a new feed distributor design in W-65 caused the carryover during the startup process. This impacted the dispersion of the feed into the tower, which resulted in excess water carrying over into W-70 along with the feed.

ii. On July 28, 2018, from 00:00 hrs to 20:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On July 27, 2018 at approximately 22:15 hours, Compressor 1715 (C-1715) tripped offline causing the automatic shutdown and depressurization of the No. 4 HDS. The shutdown and subsequent start-up of the No. 4 HDS caused a reduction in acid gas production leading to the No. 1 SRU, which led to elevated $SO_2$ emissions at the Tail Gas Incinerator (H-25). The unit depressurization also temporarily tripped the flare gas recovery compressors offline and required the first stage of the recovery compressors to be only partially operational throughout the

shutdown and start-up of the unit. This resulted in $H_2S$-containing gases being sent to F1. The second stage of the recovery compressors was put back online, and the first stage of the recovery compressors was placed back online to the extent possible to minimize the volume of gases sent to F1.

iii. On August 15, 2018 at approximately 18:30 hrs, the No. 2 SRU tripped offline due to a Programmable Logic Controller network card failure. The No. 1 SRU remained online and was able to continue processing acid gas, but the Sour Water Stripper was vented to the Main Plant Flare (F1) flare header. The flare gas recovery system remained fully online throughout the event, which caused the fuel gas amine system to become saturated. As a result, the fuel gas contained elevated levels of $H_2S$, and excess fuel gas was required to be sent to F1 due to a fuel gas imbalance. The No. 2 SRU trip was initiated by a software-related failure of one of the logic controller network cards, which effectively set half the system to a fail-safe state and caused a general shutdown of the unit. No physical damage to the card or associated electronics was identified, and the card issue was able to be cleared by power cycling the system. This event resulted in the following exceedances of the fuel gas $H_2S$ limit at the Fuel Gas System and F1:

**Fuel Gas System**

Start Date and Time:  8/15/2018 20:00 hrs
End Date and Time:   8/16/2018 07:00 hrs

**Main Plant Flare (F1)**

Start Date and Time:  8/15/2018 20:00 hrs
End Date and Time:   8/16/2018 10:00 hrs

iv. On September 19, 2018 at 18:00 hrs to September 21, 2018 at 04:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On September 19, 2018, Suncor identified a drip coming from the F1 flare gas header line. As a safety precaution, the first stage of the flare gas recovery system was taken offline at approximately 16:30 hrs to avoid oxygen ingress into the header. This allowed $H_2S$-containing gases to be sent to F1. Suncor determined a leak had developed on the bottom of the F1 header pipe directly on a girth weld seam and between two existing pipe shoe supports. While initial attempts to mitigate the leak were unsuccessful due to location, pipe geometry, and it being an

*Suncor Compliance Order on Consent*

21 |



active leak, Suncor determined it was acceptable to bring the first stage of the recover compressor back online. A pin hole developed on the bottom of the F1 header pipe due to localized corrosion and thinning on the bottom of the line. It is likely that a slight dip in the line created a low area where liquid drop out collected and caused the pipe to corrode over time. Additionally, the weld region was likely more aggressively corroded due to the heat affected zone present near the girth weld.

v. On October 4, 2018, from 01:00 hrs to 07:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On October 3, 2018 at approximately 19:00 hrs, a power interruption occurred that shut down compressor C-18 in the No. 2 HDS. As a result, the No. 2 HDS, No. 1 NDS, Re-run Unit, and No. 1 Reformer were shut down. When Suncor began restarting the No. 1 Reformer, the flare gas recovery system experienced large pressure swings tripping the system offline and causing $H_2S$-containing gases to be sent to F1.

vi. On October 21, 2018, from 20:00 hrs to 21:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2). At approximately 17:00 hrs on October 21, 2018, the water level in the Vacuum Overhead Accumulator (D-278) began to show erratic readings, which impacted the operation of the Vacuum Tower upstream. The Vacuum Tower was unable to maintain level and ultimately lost vacuum causing a tower upset. A surge of gas was sent to the flare header at F2, which breeched the water seal of the flare gas recovery system. This caused elevated $H_2S$ readings in the flare gas at F2. Suncor determined the cause of the erratic level readings was corroded terminals within the level controller valve positioner. This prevented the control valve from adequately controlling the levels in D-278 causing the upset in the upstream Vacuum Tower.

vii. On November 4, 2018, the first stage of the flare gas recovery compressor was taken offline intermittently as part of the planned shutdown of the No. 1 Reformer and unit purging activities. The first stage of the compressor was placed back online while the outage work took place but was taken back offline intermittently again starting November 12, 2018 during planned start-up activities. This event resulted in the following exceedances of the fuel gas $H_2S$ limit at the Main Plant Flare (F1):

Start Date and Time:  11/4/2018 18:00 hrs
<u>End Date and Time:   11/4/2018 21:00 hrs</u>



Start Date and Time:  11/5/2018 21:00 hrs
End Date and Time:   11/6/2018 03:00 hrs
Start Date and Time:  11/12/2018 10:00 hrs
End Date and Time:   11/12/2018 18:00 hrs
Start Date and Time:  11/13/2018 01:00 hrs
End Date and Time:   11/13/2018 03:00 hrs
Start Date and Time:  11/15/2018 08:00 hrs
End Date and Time:   11/15/2018 12:00 hrs

viii.   On November 26, 2018 at 03:00 hrs to November 27, 2018 at 08:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On November 26, 2018, the No. 4 HDS began shutting down for a planned maintenance outage on the No. 4 HDS. The No.4 HDS was depressurized and purged to remove all products within the system.  For a portion of the shutdown and purging process, the first stage of the flare gas recovery system had to be taken offline causing $H_2S$-containing gases to be sent to F1.

ix.   On November 28, 2018, from 19:00 hrs to 20:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On November 28, 2018, Suncor was performing work within the programmable logic controller system in the No. 4 HDS. During this work, the distributed control system ("DCS") serial communications experienced a brief loss of communications. Upon restoring power to the system, several DCS alarms were triggered. One of these alarms was tied to DCS logic that shuts down hydrogen feed to the No. 3 HDS hydrogen compressor (C-53) and resulted in high compressor temperatures and shutdown of the compressor, as designed. To avoid tripping the entire recovery system offline, the first stage of the flare gas recovery system was taken offline, which allowed $H_2S$ containing gases to be routed to F1, until the compressor could be restarted and normal operations resumed.

x.   On December 5, 2018, from 06:00 hrs to 07:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2). At approximately 03:45 hrs on December 5, 2018, the $H_2S$ concentration in the Plant 3 flare gas suddenly spiked. Suncor determined the electrical heat tracing thermostat had become stuck and was no longer controlling the heat tracing line protecting the water supply line. The line froze and became plugged causing the water in the seal drum to become sour. This caused elevated $H_2S$ readings in the flare gas at F2.

*Suncor Compliance Order on Consent*

xi.   On December 9, 2018, Suncor began start-up activities in various
Plant 1 process units following maintenance outages. The start-up
activities led to fluctuations in acid gas production and a
hydrogen imbalance throughout Plant 1 and the need to have the
first stage of the flare gas recovery system offline, which resulted
in the following exceedances of the fuel gas $H_2S$ limit at the Main
Plant Flare (F1):

Start Date and Time:  12/11/2018 12:00 hrs
End Date and Time:   12/11/2018 21:00 hrs
Start Date and Time:  12/13/2018 19:00 hrs
End Date and Time:   12/14/2018 02:00 hrs
Start Date and Time:  12/14/2018 20:00 hrs
End Date and Time:   12/15/2018 13:00 hrs

xii.  On December 16, 2018 at 20:00 hrs to December 17, 2018 at 10:00
hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit
Flare (F2). On December 16, 2018, Suncor was conducting start-up
activities at Plant 3, and at approximately 15:00 hrs that day, the
Plant 3 flare gas recovery system tripped offline unexpectedly due
to a high liquid level in the F2 knockout drum (D-133). Suncor
immediately tried to drain the knockout drum but very quickly
overwhelmed the CPI separator and, therefore, was unable to
fully drain the drum. Liquid carryover occurred to F2, which also
caused a brief period of visible emissions. Suncor utilized both the
CPI pump and vacuum trucks to reduce the liquid level of the CPI
separator as expeditiously as possible, which ultimately allowed
Suncor to drop the level of the flare knockout drum and return
the flare gas recovery system to service. Suncor determined the
level controller on D-133 was not functioning properly, which
allowed the level in the drum to carry over to the flare system.

xiii. On December 22, 2018 at 15:00 hrs to December 23, 2018 at 02:00
hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare
(F1). On December 22, 2018 at approximately 13:55 hrs, the level
indication on the flare gas recovery system second stage suction
drum spiked high and immediately dropped to zero, which was a
false reading. The initial spike tripped the flare gas recovery
compressor, as designed, causing $H_2S$-containing gases to be sent
to F1.

xiv.  On December 29, 2018, from 18:00 hrs to 22:00 hrs, Suncor
exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On
December 29, 2018, the pressure swing adsorption ("PSA") portion
of the Hydrogen Plant tripped offline, which required the first

stage of the flare gas recovery compressor to come offline causing $H_2S$-containing gases to be sent to F1. Suncor suspects the PSA purge gas valves experienced freezing issues due to winterization efforts not being implemented.

xv. On December 31, 2018, Boiler 8 tripped offline causing a slump in steam supply and an upset in various process units, including the Plant 1 FCCU, No. 3 HDS, and No. 4 HDS. The cause of the Boiler 8 trip and steam supply instabilities was scaffolding constructed by a contractor. The scaffolding restricted the damper valves from opening to the required position, which ultimately caused the unit to trip due to a loss of flame. As the steam system stabilized on January 1, 2019, pressure swings occurred within the No. 3 and 4 HDS amine systems sending increased acid gas flow to the SRUs. The increased flow tripped the No. 1 SRU offline and required acid gas to be sent to the Main Plant Flare (F1). Suncor was able to restart the No. 1 SRU briefly, but it tripped again and remained down. In addition to the above events, the level controller on the Absorber Tower in the Vapor Recovery Unit began to malfunction on January 1, 2019, and therefore, was not able to maintain a proper level in the tower. Liquid hydrocarbons carried over from the tower to the Main Plant Amine System and ultimately to the No. 2 SRU. The No. 2 SRU tripped offline twice due to high liquid level in the knockout drum on January 1, 2019 resulting in additional acid gases sent to the F1. These events led to the following exceedances of the fuel gas $H_2S$ limit at the Fuel Gas System and F1:

**Fuel Gas System**

Start Date and Time:  01/01/2019 04:00 hrs
End Date and Time:   01/01/2019 11:00 hrs
Start Date and Time:  01/01/2019 16:00 hrs
End Date and Time:   01/01/2019 21:00 hrs
Start Date and Time:  01/01/2019 22:00 hrs
End Date and Time:   01/02/2019 21:00 hrs
Start Date and Time:  01/08/2019 12:00 hrs
End Date and Time:   01/08/2019 15:00 hrs

**Main Plant Flare (F1)**

Start Date and Time: 01/01/2019 02:00 hrs
End Date and Time: 01/03/2019 16:00 hrs
Start Date and Time: 01/08/2019 11:00 hrs
End Date and Time: 01/08/2019  16:00 hrs

Start Date and Time: 01/10/2019 10:00 hrs
End Date and Time: 01/10/2019  22:00 hrs
Start Date and Time: 01/11/2019 05:00 hrs
End Date and Time: 01/11/2019  09:00 hrs
Start Date and Time: 01/11/2019 11:00 hrs
End Date and Time: 01/11/2019  14:00 hrs
Start Date and Time: 01/11/2019 19:00 hrs
End Date and Time: 01/11/2019  21:00 hrs
Start Date and Time: 01/12/2019 13:00 hrs
End Date and Time: 01/12/2019  16:00 hrs
Start Date and Time: 01/13/2019  08:00 hrs
End Date and Time: 01/13/2019  13:00 hrs
Start Date and Time: 01/13/2019  23:00 hrs
End Date and Time: 01/14/2019  12:00 hrs

xvi.    On January 15, 2019, from 10:00 hrs to 12:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On January 15 2019, the No. 4 HDS began shutting down for a planned maintenance outage and repairs. Part of the unit was depressurized and purged to remove all products within the system. For a portion of the shutdown and purging process, the first stage of the flare gas recovery system had to be taken offline, and the gases were routed to F1. Additionally, the shutdown of the No. 4 HDS resulted in a hydrogen imbalance in Plant 1 causing a significant amount of hydrogen to be sent to the GBR Flare (F3) for an extended period.

xvii.    On January 24, 2019, from 11:00 hrs to 15:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On January 24, 2019 at approximately 08:30 hrs, the pressure on the Xcel Energy line supplying natural gas to the Refinery suddenly dropped from 448 psig to 331 psig. The sudden drop in city gas pressure caused the Hydrogen plant to trip and shutdown. Natural gas from Xcel Energy is a feed to the Hydrogen Plant. Due to the process upset at Hydrogen Plant, the first stage of the Flare Gas Recovery System had to be taken offline to prevent a system overload by off gases, which caused $H_2S$-containing gases to be sent to F1.

xviii.    On January 28, 2019 at 06:00 hrs to February 2, 2019 at 14:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On January 28, 2019, the No. 4 HDS, Hydrogen Plant, and No. 1 SRU at Plant 1 began starting up following a planned maintenance outage at the No. 4 HDS. During the start-up, the first stage of the flare gas recovery system had to be taken offline

causing $H_2S$-containing gases to be sent to F1. Additionally, on February 2, 2019, the TGU Incinerator (H-25) experienced an increase in $SO_2$ emissions during the planned startup of the No. 1 SRU.

xix.  On February 9, 2019 at 11:00 hrs to February 12, 2019 at 04:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On February 9, 2019, the No. 1 Crude unit began shutting down for a planned maintenance outage. The unit was depressurized and purged to remove all products within the system. For a portion of the shutdown and purging process, the first stage of the flare gas recovery system had to be taken offline causing $H_2S$-containing gases to be sent to F1.

xx.  On February 13, 2019, the NDS unit at Plant 1 was in the process of starting up following a planned maintenance outage. During the start-up, the first stage of the Flare Gas Recovery System had to be taken offline causing $H_2S$-containing gases to be sent to the Main Plant Flare (F1) and the following exceedances of the fuel gas $H_2S$ limit at F1:

Start Date and Time: 02/13/2019 19:00 hrs
End Date and Time: 02/14/2019  13:00 hrs
Start Date and Time: 02/14/2019 22:00 hrs
End Date and Time: 02/15/2019  01:00 hrs

xxi.  On February 20, 2019, from 17:00 hrs to 21:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On February 20 2019, one of the feed gas flow transmitters at the Hydrogen Plant malfunctioned and started displaying spurious low values. The values displayed by the malfunction transmitter caused a surge in feed gas flow to the Hydrogen Plant. The sudden increase in feed gas flow to Hydrogen Plant caused the unit to trip. As a result of the process upset, the first stage of the Flare Gas Recovery System had to be taken offline to prevent a system overload, which caused $H_2S$-containing gases to be sent to F1.

xxii.  On February 22, 2019 at 02:00 hrs to February 23, 2019 at 10:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On February 21, 2019 at around 22:45 hrs, the Plant 1 FCCU began to experience a process upset condition. The upset occurred at the FCC converter section (W-53) where the catalyst flow between the disengager and stripper began to drop. The decrease in catalyst flow from the disengager impacted catalyst circulation and upset the unit operation. On February 22, 2019 at

*Suncor Compliance Order on Consent*

27 |

approximately 00:00 hrs, Suncor shut down the Plant 1 FCCU. With the FCCU offline, the wet gas compressor in the vapor recovery unit had to be shut down, which required the first stage of the Flare Gas Recovery System to be taken offline to prevent a system overload. This allowed $H_2S$ containing gases to be routed to F1.

xxiii.    On March 12, 2019, Suncor discovered a fire under heater H-2101 and immediately shutdown the Hydrogen Plant. During shutdown, the first stage of the Flare Gas Recovery System had to be taken offline to prevent a system overload by off gases, which resulted in $H_2S$-containing gases to be sent to the Main Plant Flare (F1). On March 17, 2019, the No.4 HDS, previously shutdown and under pressure (not completely de-inventoried) due to Hydrogen Plant unavailability, developed leaks in at least 3 different locations. As a result of the leaks, the No.4 HDS was immediately depressurized and $H_2S$-containing gases were sent to F1. After the Hydrogen Plant shutdown, Suncor discovered a cracked weld at H-2101 on the 8-inch collector to transfer line. During preparation of the heater for repair work, water unexpectedly entered the Hydrogen Plant from the steam side of the mix tee in the front end of the unit. On March 24, 2019, the dry out process of the Hydrogen Plant began by utilizing four temporary burners. During the dry out process, $H_2S$-containing gases were sent to F1. These events resulted in the following exceedances of the fuel gas $H_2S$ limit at F1:

Start Date and Time: 03/12/2019 09:00 hrs
End Date and Time: 03/13/2019  17:00 hrs
Start Date and Time: 03/17/2019 13:00 hrs
End Date and Time: 03/18/2019  00:00 hrs
Start Date and Time: 03/22/2019 11:00 hrs
End Date and Time: 03/23/2019  14:00 hrs
Start Date and Time: 03/24/2019 17:00 hrs
End Date and Time: 03/30/2019  00:00 hrs

xxiv.    On March 14, 2019 at 12:00 hrs to March 15, 2019 at 05:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). This exceedance was a result of the event described in Paragraph 22.d.ii of this Consent Order.

xxv.    The event described in Paragraph 22.c.vi of this Consent Order resulted in the following exceedances of the fuel gas $H_2S$ limit at the Main Plant Flare (F1):

*Suncor Compliance Order on Consent*

Start Date and Time: 04/09/2019 23:00 hrs
End Date and Time: 04/10/2019  09:00 hrs
Start Date and Time: 04/12/2019 17:00 hrs
End Date and Time: 04/13/2019  02:00 hrs
Start Date and Time: 04/13/2019 17:00 hrs
End Date and Time: 04/13/2019  22:00 hrs
Start Date and Time: 04/14/2019 12:00 hrs
End Date and Time: 04/14/2019  13:00 hrs

xxvi.   On April 15, 2019, No. 4 HDS and Hydrogen Plant at Plant 1 began starting up following a maintenance and repair outage. During the start-up, the first stage of the Flare Gas Recovery System had to be taken offline causing $H_2S$-containing gases to be sent to the Main Plant Flare (F1) and the following exceedances of the fuel gas $H_2S$ limit at F1:

Start Date and Time: 04/15/2019 02:00 hrs
End Date and Time: 04/15/2019  22:00 hrs
Start Date and Time: 04/17/2019 15:00 hrs
End Date and Time: 04/20/2019  16:00 hrs

xxvii.  The event described in Paragraph 22.d.iv of this Consent Order resulted in the following exceedances of the fuel gas $H_2S$ limit at the Main Plant Flare (F1):

Start Date and Time: 04/24/2019 08:00 hrs
End Date and Time: 04/24/2019  14:00 hrs
Start Date and Time: 04/24/2019 18:00 hrs
End Date and Time: 04/24/2019  22:00 hrs
Start Date and Time: 04/25/2019 14:00 hrs
End Date and Time: 04/26/2019  04:00 hrs
Start Date and Time: 04/26/2019 05:00 hrs
End Date and Time: 04/26/2019  10:00 hrs

xxviii.  On April 28, 2019, Suncor began starting up the No. 3 HDS and No. 1 SRU at Plant 1 following a maintenance outage. During the startup, the first stage of the Flare Gas Recovery System had to be taken offline, and as a result, high $H_2S$ gases were routed to the Main Plant Flare (F1). Suncor started the No. 1 SRU on city gas, and as a result, gases were sent directly to the TGU Incinerator (H-25) causing an exceedance of $SO_2$ limit (see Paragraph 22.g of this Consent Order). On May 5, 2019, Suncor began charging the No. 1 SRU with acid gases from both the No. 3 HDS and No. 4 HDS. Introduction of acid gases initially stopped the $SO_2$ permit limit exceedance at H-25, but eventually, $SO_2$

emissions increased and caused additional non-compliance with the permit limit. Suncor determined the $SO_2$ exceedance at H-25 was caused by a non-functional ratio analyzer on the No. 1 SRU, which was a prior known issue. This event led to the following exceedances of the fuel gas $H_2S$ limit at F1:

Start Date and Time:  04/29/2019 00:00 hrs
End Date and Time:   04/29/2019 06:00 hrs
Start Date and Time:  04/29/2019 11:00 hrs
End Date and Time:   04/29/2019 14:00 hrs

xxix. On May 5, 2019, from 05:00 hrs to 08:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2). On May 5, 2019 at approximately 03:23 hrs, the Plant 3 flare seal drum (D-002) had a breakthrough, and gases from the seal drum were routed to F2. Suncor determined the flare gas compressor (C-21) screen was plugged, and the plugging caused the breakthrough in the seal drum (D-002).

xxx. On May 6, 2019, from 18:00 hrs to 23:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). On May 6, 2019, the Plant 1 FCCU feed pumps P-3510 and P-3511 unexpectedly shutdown, and the unit went into an upset mode resulting in additional gases being sent to F1. Suncor's attempts to start the spare pump failed, and an emergency shutdown of the FCCU was initiated. Suncor determined the pumps shutdown due to a loss of feed flow into the FCCU. However, the exact reason of the feed flow loss is unknown. Suncor suspects that possible changes in the FCCU feed composition could have caused the feed pumps to shut down.

xxxi. On May 7, 2019, from 19:00 hrs to 20:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2). At approximately 20:00 hrs on May 7, 2019, the Plant 3 flare seal drum (D-002) had a breakthrough due to a plugged flare gas compressor (C-21) screen, and gases from the seal drum were routed to the Asphalt Unit Flare (F2) causing the exceedance. As a corrective action measure, Suncor immediately started up Compressor C-2 and took Compressor C-21 offline.

xxxii. On May 14, 2019, at around 12:55 hrs, Suncor observed significant foaming at the amine regenerator (W-88) located at the No. 3 HDS. Suncor determined the foaming was caused by hydrocarbon carry over from the High Pressure Cold Separator Drum (D-339) at the No. 3 HDS. The hydrocarbon liquid eventually carried over

into the No. 1 SRU tripping the unit down due to a high level of hydrocarbon liquid in the Acid Gas Stop Drum (D-206). The acid gas stop drum pump (P-280) did not function during the event. During the event, in order to prevent shutdown of the No. 2 SRU, Suncor immediately diverted acid gas from the amine regenerator (W-88) to the Main Plant Flare (F1). Preventing the shutdown of the No. 2 SRU minimized the duration of acid gas flaring, as acid gases from No. 4 HDS and main plant amine regenerators were not routed to the F1. However, this event ultimately resulted in the following exceedances of the fuel gas $H_2S$ limit at F1:

Start Date and Time: 05/14/19 17:00 hrs
End Date and Time:  05/15/19  13:00 hrs
Start Date and Time: 05/15/19  14:00 hrs
End Date and Time:  05/15/19  17:00 hrs
Start Date and Time: 05/16/19  04:00 hrs
End Date and Time:  05/16/19  06:00 hrs

xxxiii.    The event described in Paragraph 22.d.v of this Consent Order resulted in the following exceedances of the fuel gas $H_2S$ limit at the Fuel Gas System and F1:

**Fuel Gas System**

Start Date and Time: 05/16/19 16:00 hrs
End Date and Time: 05/17/19 04:00 hrs
Start Date and Time: 05/17/19 05:00 hrs
End Date and Time: 05/18/19 05:00 hrs
Start Date and Time: 05/18/19 23:00 hrs
End Date and Time: 05/19/19 03:00 hrs
Start Date and Time: 05/19/19 05:00 hrs
End Date and Time: 05/19/19 08:00 hrs
Start Date and Time: 05/19/19 13:00 hrs
End Date and Time: 05/19/19 17:00 hrs
Start Date and Time: 05/20/19 02:00 hrs
End Date and Time: 05/20/19 08:00 hrs
Start Date and Time: 05/20/19 15:00 hrs
End Date and Time: 05/20/19 18:00 hrs

**Main Plant Flare (F1)**

Start Date and Time: 05/17/19 12:00 hrs
End Date and Time:  05/18/19  01:00 hrs
Start Date and Time: 05/18/19 07:00 hrs

*Suncor Compliance Order on Consent*



End Date and Time:  05/18/19  13:00 hrs

xxxiv. On June 16, 2019 at 20:00 hrs to June 17, 2019 at 00:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2). Suncor determined the exceedance was caused by a low water level in the Plant 3 flare seal drum (D-002). However, Suncor was unable to determine the cause of the water level drop in D-002 but believes it was caused by either a significantly leaking internal weir or a non-functional drain line.

xxxv. On June 28, 2019, from 11:00 hrs to 12:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). Suncor determined the exceedance was caused by a sudden pressure increase at the sweet fuel gas drum (D193). Suncor believes hot ambient temperatures around noon time on June 28, 2019 caused an increase in volume of fuel gases sent to D193. The additional fuel gas volume potentially pressured up D193 and caused the drum to vent excess fuel gas to the flare (F1). Suncor also suspects that calibration issues associated with $H_2S$ analyzer may have contributed to this exceedance.

Suncor exceeded the fuel gas $H_2S$ limit (162 ppmv, 3-hr rolling average) at the Fuel Gas System, Main Plant Flare (F1), and Asphalt Unit Flare (F2), violating Permit 96OPAD120, Conditions 11.3, 12.3, 13.3, 14.3, 15.3, 16.3, 17.3, 18.3, 20.6.2, 21.3, 27.3, 28.3, 29.2, 29.9, 30.2, 30.10, 38.2.1, 46.1.1, and 46.8; Subpart J, § 60.104(a)(1); and Subpart Ja, §§ 60.102a(g)(1)(ii) and 60.103a(h).

f. Pursuant to Permit 96OPAD120, Conditions 29.9, 31.2, and 46.3, and Subpart Ja, § 60.103a(b)(2), Suncor must comply with the flare management plans, required by Subpart Ja, for the Main Plant Flare (F1) and the GBR Flare (F3), including the alternate baseline flow rates of 16,537.94 thousand standard cubic feet per day ("Mscf/d") for F1, and 3,447.68 Mscf/d (in effect until January 30, 2019) and 6,123 Mscf/d (effective January 30, 2019) for F3.

i. On December 9, 2018, Suncor began start-up activities in various Plant 1 process units following maintenance outages. The start-up activities led to fluctuations in acid gas production and a hydrogen imbalance throughout Plant 1 and the need to have the first stage of the flare gas recovery system offline, which resulted in the following noncompliance with the alternate baseline flow rates:

**GBR Flare (F3) (3,447.68 Mscf/d)**



Start Date and Time: 12/12/2018 18:00 hrs
End Date and Time: 12/13/2018 14:00 hrs

**Main Plant Flare (F1) (16,537.94 Mscf/d)**

Start Date and Time: 12/14/2018 09:00 hrs
End Date and Time: 12/15/2018 21:00 hrs

    ii. The event described in Paragraph 22.e.xvi of this Consent Order resulted in an exceedance of the alternate baseline flow rate of 6,123 Mscf/d at the GBR Flare (F3) from January 20, 2019 at 12:00 hrs to January 23, 2019 at 22:00 hrs.

Suncor failed to comply with the Subpart Ja flare management plan alternate baseline flow rates at the Main Plant Flare (F1) and the GBR Flare (F3), violating Permit 96OPAD120, Conditions 29.9, 31.2, and 46.3, and Subpart Ja, § 60.103a(b)(2).

g. Pursuant to Permit 96OPAD120, Condition 20.1, Suncor shall not exceed the sulfur dioxide ("$SO_2$") emission limit of 15.68 pounds per hour ("lb/hr") from the Tail Gas Unit ("TGU") Incinerator (H-25)[5]. Pursuant to Permit 96OPAD120, Conditions 20.6.1 and 45.12.1; the West Plant Consent Decree, Paragraphs 169 and 171; and Subpart J, § 60.104(a)(2)(i), Suncor shall not discharge or cause the discharge of any gases into the atmosphere from any Claus sulfur recovery plant containing in excess of, for an oxidation control system or a reduction control system followed by incineration, 250 parts per million volumetric dry ("ppmvd") of $SO_2$ at 0% excess air, on a 12-hr rolling average. Pursuant to Permit 96OPAD120, Conditions 20.10 and 54.28, and Subpart UUU, § 63.1568(a)(1), the SRUs at the Refinery, Plant 1, are subject to Subpart J, § 60.104(a)(2)(i), and therefore, the hazardous air pollutant emission limit for the SRUs is 250 ppmvd of $SO_2$ at 0% excess air, on a 12-hr rolling average.

    i. On the evening of July 13, 2018, water wash maintenance was taking place on the cooling fans in the No. 2 Sour Water Stripper ("SWS"). Maintaining water flow across the cooling fan being cleaned is essential to keep the overhead gas temperature down. The contractor performing the water wash maintenance did not maintain the flow of water throughout the entire duration of the

---

[5] Emissions from SRUs and their associated sulfur pits are routed through the TGU and vented through the TGU incinerator. Therefore, emissions from the SRUs and the sulfur pits are measured at the incinerator (H-25).



cleaning operation. Therefore, the temperature and pressure spiked in the No. 2 SWS tower causing a surge of gas to the No. 2 SRU resulting in an upset. Suncor was unable to stabilize the No. 2 SWS for several hours, which led to elevated $SO_2$ emissions at H-25. Suncor determined the cooling fan maintenance was not adequately planned and communication during the maintenance work was insufficient between the contractor and Suncor. This event resulted in the following exceedances of the $SO_2$ limits at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time:  07/13/2018 22:00 hrs
End Date and Time:    07/14/2018 02:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air**

Start Date and Time:  07/13/2018 22:00 hrs
End Date and Time:    07/14/2018 13:00 hrs

ii.   The event described in Paragraph 22.e.ii of this Consent Order resulted in the following exceedances of the $SO_2$ limits at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time:  07/27/2018 23:00 hrs
End Date and Time:    07/28/2018 19:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air**

Start Date and Time:  07/27/2018 23:00 hrs
End Date and Time:    07/29/2018 06:00 hrs

iii.  On August 3, 2018 at approximately 09:00 hrs, the No. 2 Sour Water Stripper (SWS) experienced an upset due to fouling/plugging of the tower. Suncor determined the fouling is related to a trip malfunction event at the No. 4 HDS that occurred on July 27-28, 2018. As a result of the No. 4 HDS trip event, the amine unit experienced hydrocarbon contamination. In order to maintain the proper operation of the No. 2 SWS, anti-foulant is injected into the amine system. However, the presence of hydrocarbon interfered with the ability of the anti-foulant to perform its function. Fouling resulted and caused unexpected level swings within the SWS tower. Therefore, the hydrocarbon contamination from the No. 4 HDS malfunction event ultimately

*Suncor Compliance Order on Consent*

led to fouling of the No. 2 SWS days later, which resulted in swings at the No. 2 SRU and elevated emissions at H-25. This event resulted in the following exceedances of the $SO_2$ limits at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time:  08/03/2018 09:00 hrs
End Date and Time:   08/03/2018 10:00 hrs
Start Date and Time:  08/05/2018 10:00 hrs
End Date and Time:   08/05/2018 12:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air**

Start Date and Time:  08/05/2018 10:00 hrs
End Date and Time:   08/05/2018 22:00 hrs

iv.   The event described in Paragraph 22.e.iii of this Consent Order resulted in the following exceedances of the $SO_2$ limits at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time:  08/15/2018 18:00 hrs
End Date and Time:   08/16/2018 00:00 hrs
Start Date and Time:  08/16/2018 01:00 hrs
End Date and Time:   08/16/2018 04:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air**

Start Date and Time:  08/15/2018 18:00 hrs
End Date and Time:   08/16/2018 14:00 hrs

v.   On August 30, 2018 at approximately 20:22 hrs, the No. 1 SRU Tail Gas $H_2S/SO_2$ analyzer began to fail and read incorrectly. The analyzer output feeds back directly into the programmable logic controller for the combustion air blower supplying the No. 1 SRU thermal reactor. With the analyzer reading incorrectly, the air ratio in the thermal reactor was insufficient. This led to elevated levels of $H_2S$ in the tail gas, which ultimately caused elevated $SO_2$ emissions at H-25. This event resulted in the following exceedances of the $SO_2$ limits at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time:  08/30/2018 22:00 hrs

*Suncor Compliance Order on Consent*

35 |



End Date and Time:   08/31/2018 00:00 hrs

**250 ppmvd of SO$_2$ at 0% excess air**

Start Date and Time:  08/31/2018 05:00 hrs
End Date and Time:   08/31/2018 09:00 hrs

vi.  On December 9, 2018, Suncor began start-up activities in various
Plant 1 process units following maintenance outages. The start-up
activities led to fluctuations in acid gas production and a
hydrogen imbalance throughout Plant 1 and the need to have the
first stage of the flare gas recovery system offline, which resulted
in the following exceedances of the SO$_2$ limits at H-25:

**15.68 lb/hr SO$_2$ limit**

Start Date and Time:  12/09/2018 19:00 hrs
End Date and Time:   12/09/2018 20:00 hrs
Start Date and Time:  12/10/2018 09:00 hrs
End Date and Time:   12/10/2018 10:00 hrs
Start Date and Time:  12/11/2018 01:00 hrs
End Date and Time:   12/13/2018 15:00 hrs
Start Date and Time:  12/14/2018 19:00 hrs
End Date and Time:   12/14/2018 20:00 hrs
Start Date and Time:  12/16/2018 11:00 hrs
End Date and Time:   12/16/2018 13:00 hrs

**250 ppmvd of SO$_2$ at 0% excess air**

Start Date and Time:  12/9/2018 12:00 hrs
End Date and Time:   12/10/2018 20:00 hrs
Start Date and Time:  12/11/2018 01:00 hrs
End Date and Time:   12/14/2018 08:00 hrs
Start Date and Time:  12/14/2018 16:00 hrs
End Date and Time:   12/15/2018 05:00 hrs
Start Date and Time:  12/15/2018 21:00 hrs
End Date and Time:   12/16/2018 22:00 hrs

vii.  On December 22, 2018 at approximately 22:00 hrs, the tail gas
analyzer in the No. 1 SRU began to trend upward until it hit its
upper range. The unit began to make adjustments automatically
based on the tail gas analyzer readings, which caused the unit to
become off ratio. This caused elevated H$_2$S concentrations to be
sent to the TGU and ultimately H-25. This event resulted in the
following exceedances of the SO$_2$ limits at H-25:

**15.68 lb/hr SO₂ limit**

Start Date and Time:  12/22/2018 23:00 hrs
End Date and Time:   12/23/2018 00:00 hrs

**250 ppmvd of SO₂ at 0% excess air**

Start Date and Time:  12/22/2018 23:00 hrs
End Date and Time:   12/23/2018 11:00 hrs

viii.  The events described in Paragraph 22.e.xv of this Consent Order resulted in the following exceedances of the SO₂ limits at H-25:

**15.68 lb/hr SO₂ limit**

Start Date and Time: 01/01/2019 01:00 hrs
End Date and Time:  01/01/2019 13:00 hrs
Start Date and Time: 01/01/2019 15:00 hrs
End Date and Time:  01/01/2019 18:00 hrs
Start Date and Time: 01/01/2019 19:00 hrs
End Date and Time:  01/02/2019 08:00 hrs
Start Date and Time: 01/02/2019 09:00 hrs
End Date and Time:  01/02/2019 10:00 hrs
Start Date and Time: 01/14/2019 20:00 hrs
End Date and Time:  01/14/2019 21:00 hrs

**250 ppmvd of SO₂ at 0% excess air**

Start Date and Time: 01/01/2019 01:00 hrs
End Date and Time:  01/03/2019 07:00 hrs
Start Date and Time: 01/14/2019 20:00 hrs
End Date and Time:  01/15/2019 08:00 hrs

ix.  The event described in Paragraph 22.e.xviii of this Consent Order resulted in the following exceedances of the SO₂ limits at H-25:

**15.68 lb/hr SO₂ limit**

Start Date and Time: 02/02/2019 04:00 hrs
End Date and Time:  02/02/2019 10:00 hrs
Start Date and Time: 02/02/2019 12:00 hrs
End Date and Time:  02/02/2019 14:00 hrs

**250 ppmvd of SO₂ at 0% excess air**

*Suncor Compliance Order on Consent*

App. 1606

Start Date and Time: 02/02/2019 02:00 hrs
End Date and Time:  02/03/2019 01:00 hrs

x. The event described in Paragraph 22.d.ii of this Consent Order resulted in the following exceedances of the $SO_2$ limits at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time: 03/13/2019 12:00 hrs
End Date and Time:  03/13/2019 16:00 hrs
Start Date and Time: 03/13/2019 18:00 hrs
End Date and Time:  03/14/2019 07:00 hrs
Start Date and Time: 03/14/2019 10:00 hrs
End Date and Time:  03/14/2019 13:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air**

Start Date and Time: 03/13/2019 12:00 hrs
End Date and Time:  03/14/2019 23:00 hrs

xi. On April 23, 2019, the p-trap in drum D-7706 at the No. 1 SRU was plugged resulting in the blowers tripping and gases to be routed directly to H-25. Suncor enabled the booster blower bypass to divert TGU flow around the booster blowers. On April 24, 2019, Suncor attempted to return the D-7706 blower bypass back to "normal" state. In the SRU board display, there are options available to enable/disable individual bypasses around H-25/the TGU. There is also a common switch. Instead of utilizing the individual bypass option, Suncor inadvertently utilized the common switch to put D-7706 blower bypass back to "normal" state. When the common switch was put back to "normal" state, all the SRU gases were diverted back to H-25. This event resulted in the following exceedance of the $SO_2$ limit at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time: 04/23/2019 12:00 hrs
End Date and Time:  04/23/2019 13:00 hrs
Start Date and Time: 04/24/2019 09:00 hrs
End Date and Time:  04/24/2019 10:00 hrs

xii. The event described in Paragraph 22.e.xiii of this Consent Order resulted in the following exceedances of the $SO_2$ limits at H-25:

*Suncor Compliance Order on Consent*

38 |

**15.68 lb/hr SO$_2$ limit**

Start Date and Time: 04/29/2019 07:00 hrs
<u>End Date and Time:  05/01/2019 02:00 hrs</u>
Start Date and Time: 05/01/2019 03:00 hrs
<u>End Date and Time:  05/01/2019 07:00 hrs</u>
Start Date and Time: 05/01/2019 08:00 hrs
<u>End Date and Time:  05/01/2019 10:00 hrs</u>
Start Date and Time: 05/04/2019 13:00 hrs
<u>End Date and Time:  05/04/2019 14:00 hrs</u>
Start Date and Time: 05/04/2019 17:00 hrs
<u>End Date and Time:  05/04/2019 18:00 hrs</u>
Start Date and Time: 05/05/2019 05:00 hrs
<u>End Date and Time:  05/05/2019 06:00 hrs</u>
Start Date and Time: 05/05/2019 08:00 hrs
<u>End Date and Time:  05/05/2019 10:00 hrs</u>
Start Date and Time: 05/06/2019 00:00 hrs
<u>End Date and Time:  05/06/2019 03:00 hrs</u>
Start Date and Time: 05/06/2019 23:00 hrs
<u>End Date and Time:  05/07/2019 00:00 hrs</u>
Start Date and Time: 05/07/2019 01:00 hrs
<u>End Date and Time:  05/07/2019 02:00 hrs</u>
Start Date and Time: 05/07/2019 06:00 hrs
<u>End Date and Time:  05/07/2019 08:00 hrs</u>

**250 ppmvd of SO$_2$ at 0% excess air**

Start Date and Time: 04/29/2019 00:00 hrs
<u>End Date and Time:  05/01/2019 20:00 hrs</u>
Start Date and Time: 05/04/2019 16:00 hrs
<u>End Date and Time:  05/05/2019 19:00 hrs</u>
Start Date and Time: 05/06/2019 01:00 hrs
<u>End Date and Time:  05/06/2019 14:00 hrs</u>
Start Date and Time: 05/07/2019 02:00 hrs
<u>End Date and Time:  05/07/2019 15:00 hrs</u>

**xiii.** The event described in Paragraph 22.e.xxxii of this Consent Order
resulted in the following exceedances of the SO$_2$ limits at H-25:

**15.68 lb/hr SO$_2$ limit**

Start Date and Time: 05/14/19 13:00 hrs
<u>End Date and Time:  05/14/19 14:00 hrs</u>
Start Date and Time: 05/14/19 15:00 hrs
<u>End Date and Time:  05/14/19 17:00 hrs</u>

39 |

*Suncor Compliance Order on Consent*

Start Date and Time: 05/15/19 05:00 hrs
End Date and Time:  05/15/19 07:00 hrs
Start Date and Time: 05/15/19 08:00 hrs
End Date and Time:  05/15/19 10:00 hrs
Start Date and Time: 05/15/19 12:00 hrs
End Date and Time:  05/15/19 13:00 hrs
Start Date and Time: 05/15/19 14:00 hrs
End Date and Time:  05/15/19 15:00 hrs
Start Date and Time: 05/15/19 17:00 hrs
End Date and Time:  05/15/19 22:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air**

Start Date and Time: 05/14/2019  13:00 hrs
End Date and Time: 05/16/2019   06:00 hrs

xiv.  The event described in Paragraph 22.d.v of this Consent Order
resulted in the following exceedances of the $SO_2$ limits at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time: 05/16/19 15:00 hrs
End Date and Time:  05/17/19 19:00 hrs
Start Date and Time: 05/18/19 04:00 hrs
End Date and Time:  05/18/19 05:00 hrs
Start Date and Time: 05/19/19 01:00 hrs
End Date and Time:  05/19/19 02:00 hrs
Start Date and Time: 05/19/19 05:00 hrs
End Date and Time:  05/19/19 10:00 hrs
Start Date and Time: 05/26/19 12:00 hrs
End Date and Time:  05/26/19 13:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air**

Start Date and Time: 05/16/2019  15:00 hrs
End Date and Time: 05/19/2019   21:00 hrs

xv.  On June 13, 2019, Suncor observed significant foaming at the
amine regenerator (W-88) located at the No. 3 HDS. Suncor
determined the foaming was caused by hydrocarbon carry over
from High Pressure Cold Separator Drum (D-339) at the No. 3 HDS,
which was a result of a malfunctioning level controller (LC 115) on
drum D-339. The hydrocarbon liquid eventually carried over into
the No. 1 SRU resulting in acid gases being sent to H-25. The No. 1
SRU knockout drum pumps did not function properly when the



liquid was introduced into the system. This event resulted in the following exceedance of the SO$_2$ limit at H-25:

**15.68 lb/hr SO$_2$ limit**

Start Date and Time: 06/19/19 19:00 hrs
End Date and Time:  06/19/19 20:00 hrs

Suncor exceeded the SO$_2$ limits at H-25, violating Permit 96OPAD120, Conditions 20.1, 20.6.1, 20.10, 45.12.1, and 54.28; the West Plant Consent Decree, Paragraphs 169 and 171; Subpart J, § 60.104(a)(2)(i); and Subpart UUU, § 63.1568(a)(1).

h. Pursuant to Permit 96OPAD120, Condition 20.10, and Subpart UUU, §§ 63.1568(a)(2) and (4)(iii), during periods of startup and shutdown, Suncor must send any startup or shutdown purge gases to a thermal oxidizer or incinerator operated at a minimum hourly average temperature of 1,200°F in the firebox and a minimum hourly average outlet oxygen ("O$_2$") concentration of 2 volume percent (dry basis). For the Plant 1 SRUs, the purge gases are sent to the TGU Incinerator (H-25).

   i. On December 9, 2018, Suncor began start-up activities in various Plant 1 process units following maintenance outages. The start-up activities led to fluctuations in acid gas production and a hydrogen imbalance throughout Plant 1 and the need to have the first stage of the flare gas recovery system offline, which resulted in the following noncompliance with the operating limits at H-25:

   **Combustion zone temperature**

   Start Date and Time: 12/11/2018 01:00 hrs
   End Date and Time:  12/11/2018 02:00 hrs

   **Outlet O$_2$ concentration**

   Start Date and Time: 12/16/2018 12:00 hrs
   End Date and Time:  12/16/2018 13:00 hrs

   ii. The event described in Paragraph 22.e.xviii of this Consent Order resulted in the following noncompliance with the operating limit at H-25:

   **Combustion zone temperature**



Start Date and Time: 02/02/2019 13:00 hrs
End Date and Time:  02/02/2019 23:00 hrs

Suncor failed to meet the required operating limits (combustion zone temperature and outlet $O_2$ concentration) at H-25 while startup purge gases were routed to the incinerator, violating Permit 96OPAD120, Condition 20.10, and Subpart UUU, §§ 63.1568(a)(2) and (4)(iii).

i.   Pursuant to Permit 96OPAD120, Condition 22.10.1, and the West Plant Consent Decree, Paragraph 49, Suncor is required to limit carbon monoxide ("CO") emissions from the Plant 1 FCCU to 500 ppmvd at 0% $O_2$ on a one hour average. Pursuant to Permit 96OPAD120, Conditions 22.11, 22.12, 45.2, and 54.7; Subpart J, § 60.103(a); and Subpart UUU, § 63.1565(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from any FCCU catalyst regenerator any gases that contain CO in excess of 500 ppmvd.

    i.   The events described in Paragraph 22.e.xv of this Consent Order resulted in the following exceedances of the CO limits at the Plant 1 FCCU:

    **500 ppmvd at 0% $O_2$ 1-hour average**

Start Date and Time:  12/31/2018 16:00 hrs
End Date and Time:    1/1/2019 00:00 hrs
Start Date and Time:  01/01/2019 00:00 hrs
End Date and Time:    01/01/2019 05:00 hrs
Start Date and Time:  01/01/2019 07:00 hrs
End Date and Time:    01/01/2019 09:00 hrs
Start Date and Time:  01/01/2019 19:00 hrs
End Date and Time:    01/02/2019 00:00 hrs
Start Date and Time:  01/02/2019 03:00 hrs
End Date and Time:    01/02/2019 04:00 hrs
Start Date and Time:  01/02/2019 11:00 hrs
End Date and Time:    01/02/2019 12:00 hrs
Start Date and Time:  01/02/2019 15:00 hrs
End Date and Time:    01/02/2019 19:00 hrs
Start Date and Time:  01/03/2019 09:00 hrs
End Date and Time:    01/03/2019 10:00 hrs
Start Date and Time:  01/04/2019 19:00 hrs
End Date and Time:    01/04/2019 20:00 hrs

    **500 ppmvd**



Start Date and Time:  12/31/2018 16:00 hrs
End Date and Time:   12/31/2018 20:00 hrs
Start Date and Time:  12/31/2018 21:00 hrs
End Date and Time:   12/31/2018 22:00 hrs
Start Date and Time:  12/31/2018 23:00 hrs
End Date and Time:   1/1/2019 00:00 hrs
Start Date and Time:  01/01/2019 02:00 hrs
End Date and Time:   01/01/2019 05:00 hrs
Start Date and Time:  01/01/2019 07:00 hrs
End Date and Time:   01/01/2019 09:00 hrs
Start Date and Time:  01/01/2019 19:00 hrs
End Date and Time:   01/02/2019 00:00 hrs
Start Date and Time:  01/02/2019 11:00 hrs
End Date and Time:   01/02/2019 12:00 hrs
Start Date and Time:  01/02/2019 16:00 hrs
End Date and Time:   01/02/2019 18:00 hrs
Start Date and Time:  01/03/2019  09:00 hrs
End Date and Time:   01/03/2019 10:00 hrs

ii.  The event described in Paragraph 22.e.xxii of this Consent Order
     resulted in the following exceedances of the CO limits at the
     Plant 1 FCCU:

**500 ppmvd at 0% $O_2$ 1-hour average**

Start Date and Time:  02/22/2019 00:00 hrs
End Date and Time:   02/22/2019 02:00 hrs
Start Date and Time:  02/22/2019 05:00 hrs
End Date and Time:   02/22/2019 18:00 hrs
Start Date and Time:  02/22/2019 23:00 hrs
End Date and Time:   02/23/2019 01:00 hrs
Start Date and Time:  02/23/2019 19:00 hrs
End Date and Time:   02/24/2019 00:00 hrs
Start Date and Time:  02/24/2019 20:00 hrs
End Date and Time:   02/25/2019 01:00 hrs

**500 ppmvd**

Start Date and Time:  02/22/2019 00:00 hrs
End Date and Time:   02/22/2019 02:00 hrs
Start Date and Time:  02/22/2019 06:00 hrs
End Date and Time:   02/22/2019 18:00 hrs
Start Date and Time:  02/23/2019 20:00 hrs
End Date and Time:   02/24/2019 00:00 hrs
Start Date and Time:  02/24/2019 20:00 hrs



End Date and Time:   02/25/2019 01:00 hrs

iii.  The event described in Paragraph 22.c.vi of this Consent Order resulted in the following exceedances of the CO limits at the Plant 1 FCCU:

**500 ppmvd at 0% $O_2$ 1-hour average**

Start Date and Time:  04/09/2019 19:00 hrs
End Date and Time:   04/10/2019 05:00 hrs
Start Date and Time:  04/10/2019 09:00 hrs
End Date and Time:   04/10/2019 10:00 hrs
Start Date and Time:  04/10/2019 11:00 hrs
End Date and Time:   04/10/2019 16:00 hrs
Start Date and Time:  04/10/2019 18:00 hrs
End Date and Time:   04/10/2019 21:00 hrs
Start Date and Time:  04/10/2019 23:00 hrs
End Date and Time:   04/11/2019 01:00 hrs
Start Date and Time:  04/11/2019 02:00 hrs
End Date and Time:   04/11/2019 06:00 hrs
Start Date and Time:  04/11/2019 07:00 hrs
End Date and Time:   04/11/2019 08:00 hrs
Start Date and Time:  04/11/2019 09:00 hrs
End Date and Time:   04/11/2019 11:00 hrs
Start Date and Time:  04/11/2019 12:00 hrs
End Date and Time:   04/11/2019 13:00 hrs

**500 ppmvd**

Start Date and Time:  04/09/2019 19:00 hrs
End Date and Time:   04/10/2019 05:00 hrs

iv.  The event described in Paragraph 22.d.iv of this Consent Order resulted in the following exceedances of the CO limit at the Plant 1 FCCU:

**500 ppmvd at 0% O2 1-hour average**

Start Date and Time:  04/22/2019 12:00 hrs
End Date and Time:   04/22/2019 15:00 hrs
Start Date and Time:  04/23/2019 04:00 hrs
End Date and Time:   04/23/2019 09:00 hrs
Start Date and Time:  04/23/2019 10:00 hrs
End Date and Time:   04/23/2019 13:00 hrs
Start Date and Time:  04/23/2019 16:00 hrs



<u>End Date and Time:   04/23/2019 19:00 hrs</u>
Start Date and Time:  04/24/2019 00:00 hrs
<u>End Date and Time:   04/24/2019 08:00 hrs</u>
Start Date and Time:  04/25/2019 02:00 hrs
<u>End Date and Time:   04/25/2019 06:00 hrs</u>
Start Date and Time:  04/26/2019 05:00 hrs
<u>End Date and Time:   04/26/2019 06:00 hrs</u>

v.   The event described in Paragraph 22.e.xxx of this Consent Order
resulted in the following exceedances of the CO limits at the Plant
1 FCCU:

**500 ppmvd at 0% O2 1-hour average**

Start Date and Time:  05/06/2019 14:00 hrs
<u>End Date and Time:   05/06/2019 17:00 hrs</u>

**500 ppmvd**

Start Date and Time:  05/06/2019 14:00 hrs
<u>End Date and Time:   05/06/2019 16:00 hrs</u>

Suncor failed to comply with the Plant 1 FCCU CO limits, violating
Permit 96OPAD120, Conditions 22.10.1, 22.11, 22.12, 45.2, and 54.7;
West Plant Consent Decree, Paragraph 49; Subpart J, § 60.103(a); and
Subpart UUU, § 63.1565(a)(1).

j.   Pursuant to Permit 96OPAD120, Condition 22.2.1.1, and the West Plant
Consent Decree, Paragraph 40, Suncor shall limit $SO_2$ emissions from the
Plant 1 FCCU to 50 ppmvd at 0% $O_2$ on a 7-day rolling average. The
event described in Paragraph 22.d.iv of this Consent Order resulted in an
exceedance of the $SO_2$ limit at the Plant 1 FCCU from April 26, 2019 at
23:00 hrs to May 1, 2019 at 23:00 hrs. From April 26, 2019 to May 1,
2019, Suncor failed to comply with the $SO_2$ limit at the Plant 1 FCCU,
violating Permit 96OPAD120, Condition 22.2.1.1, and the West Plant
Consent Decree, Paragraph 40.

k.   Pursuant to Permit 96OPAD120, Conditions 22.7.1, 35.1, 35.2, and
General Permit Condition 16, Suncor shall comply with the opacity limits
in AQCC Regulation 1. Pursuant to AQCC Regulation 1, § II.A.1, Suncor
shall not allow or cause the emission into the atmosphere of any air
pollutant that is in excess of 20% opacity based on 24 consecutive
opacity readings taken at 15-second intervals for six minutes. Pursuant
to AQCC Regulation 1, § II.A.4, Suncor shall not allow or cause to be
emitted into the atmosphere any air pollutant resulting from the



building of a new fire, cleaning of fire boxes, soot blowing, start-up, any process modification, or adjustment or occasional cleaning of control equipment, which is in excess of 30% opacity for a period or periods aggregating more than six minutes in any sixty consecutive minutes. Pursuant to Permit 96OPAD120, Conditions 22.7.2, 22.7.3, 45.1.2, and 54.1.2; the West Plant Consent Decree, Paragraph 54; Subpart J, § 60.102(a)(2); and Subpart UUU, § 63.1564(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from any FCCU catalyst regenerator any gases exhibiting greater than 30% opacity, except for one six-minute average opacity reading in any one hour period. Pursuant to Subpart UUU, § 63.1564(a)(2), Suncor shall maintain the 3-hour rolling average opacity of emissions from the FCCU catalyst regenerator vent to no higher than 20%.

i. The events described in Paragraph 22.e.xv of this Consent Order resulted in the following exceedances of the opacity limits at the Plant 1 FCCU:

**20% (State) 6-minute average**

Start Date and Time:  12/31/2018 15:36 hrs
End Date and Time:   12/31/2018 15:54 hrs
Start Date and Time:  12/31/2018 18:54 hrs
End Date and Time:   12/31/2018 19:06 hrs
Start Date and Time:  01/01/19  01:06 hrs
End Date and Time:   01/01/19  01:12 hrs
Start Date and Time:  01/01/19  01:24 hrs
End Date and Time:   01/01/19  01:42 hrs
Start Date and Time:  01/03/19  08:30 hrs
End Date and Time:   01/03/19  08:48 hrs
Start Date and Time:  01/04/19  11:54 hrs
End Date and Time:   01/04/19  12:00 hrs

**30% (State, Sandblasting operations) 6-minute average**

Start Date and Time:  12/31/2018 15:38 hrs
End Date and Time:   12/31/2018 15:56 hrs
Start Date and Time:  12/31/2018 18:56 hrs
End Date and Time:   12/31/2018 19:04 hrs
Start Date and Time:  01/01/2019 01:49 hrs
End Date and Time:   01/01/2019 01:54  hrs

**30% (Federal, Subpart J and Subpart UUU) 6-minute average**

Start Date and Time:  12/31/2018 15:36 hrs



End Date and Time:   12/31/2018 15:54 hrs
Start Date and Time:  12/31/2018 18:54 hrs
End Date and Time:   12/31/2018 19:00 hrs

ii. The event described in Paragraph 22.e.xxii of this Consent Order
resulted in the following exceedances of the opacity limits at the
Plant 1 FCCU:

**20% (State) 6-minute average**

Start Date and Time:  02/22/19 00:36 hrs
End Date and Time:   02/22/19 02:06 hrs
Start Date and Time:  02/22/19 23:54 hrs
End Date and Time:   02/23/19 00:00 hrs
Start Date and Time:  02/23/19 00:06 hrs
End Date and Time:   02/23/19 00:18 hrs
Start Date and Time:  02/23/19 00:36 hrs
End Date and Time:   02/23/19 00:42 hrs
Start Date and Time:  02/23/19 00:48 hrs
End Date and Time:   02/23/19 02:00 hrs
Start Date and Time:  02/23/19 02:42 hrs
End Date and Time:   02/23/19 02:54 hrs
Start Date and Time:  02/23/19 04:42 hrs
End Date and Time:   02/23/19 04:48 hrs
Start Date and Time:  02/23/19 04:54 hrs
End Date and Time:   02/23/19 05:06 hrs
Start Date and Time:  02/23/19 06:42 hrs
End Date and Time:   02/23/19 06:48 hrs
Start Date and Time:  02/23/19 07:42 hrs
End Date and Time:   02/23/19 07:54 hrs
Start Date and Time:  02/23/19 08:06 hrs
End Date and Time:   02/23/19 08:18 hrs
Start Date and Time:  02/23/19 08:24 hrs
End Date and Time:   02/23/19 08:36 hrs
Start Date and Time:  02/23/19 08:42 hrs
End Date and Time:   02/23/19 08:54 hrs
Start Date and Time:  02/23/19 10:42 hrs
End Date and Time:   02/23/19 10:48 hrs
Start Date and Time:  02/23/19 12:42 hrs
End Date and Time:   02/23/19 12:48 hrs
Start Date and Time:  02/23/19 14:24 hrs
End Date and Time:   02/23/19 14:30 hrs
Start Date and Time:  02/23/19 17:24 hrs
End Date and Time:   02/23/19 17:30 hrs
Start Date and Time:  02/23/19 18:00 hrs

End Date and Time:   02/23/19 18:06 hrs
Start Date and Time:  02/23/19 19:00 hrs
End Date and Time:   02/23/19 19:06 hrs
Start Date and Time:  02/23/19 19:12 hrs
End Date and Time:   02/23/19 19:54 hrs
Start Date and Time:  02/23/19 20:00 hrs
End Date and Time:   02/23/19 20:12 hrs
Start Date and Time:  02/23/19 20:18 hrs
End Date and Time:   02/23/19 20:24 hrs
Start Date and Time:  02/23/19 21:00 hrs
End Date and Time:   02/23/19 21:06 hrs
Start Date and Time:  02/23/19 21:12 hrs
End Date and Time:   02/23/19 21:18 hrs
Start Date and Time:  02/23/19 22:00 hrs
End Date and Time:   02/23/19 22:18 hrs
Start Date and Time:  02/23/19 22:30 hrs
End Date and Time:   02/23/19 22:36 hrs
Start Date and Time:  02/23/19 23:00 hrs
End Date and Time:   02/23/19 23:24 hrs
Start Date and Time:  02/24/19 00:00 hrs
End Date and Time:   02/24/19 00:06 hrs
Start Date and Time:  02/24/19 00:48 hrs
End Date and Time:   02/24/19 00:54 hrs
Start Date and Time:  02/24/19 01:00 hrs
End Date and Time:   02/24/19 01:06 hrs
Start Date and Time:  02/24/19 02:00 hrs
End Date and Time:   02/24/19 02:06 hrs
Start Date and Time:  02/24/19 02:36 hrs
End Date and Time:   02/24/19 02:42 hrs
Start Date and Time:  02/24/19 03:00 hrs
End Date and Time:   02/24/19 03:06 hrs
Start Date and Time:  02/24/19 03:12 hrs
End Date and Time:   02/24/19 03:18 hrs
Start Date and Time:  02/24/19 04:00 hrs
End Date and Time:   02/24/19 04:06 hrs
Start Date and Time:  02/24/19 05:00 hrs
End Date and Time:   02/24/19 05:06 hrs
Start Date and Time:  02/24/19 06:00 hrs
End Date and Time:   02/24/19 06:06 hrs
Start Date and Time:  02/24/19 08:00 hrs
End Date and Time:   02/24/19 08:06 hrs
Start Date and Time:  02/24/19 09:30 hrs
End Date and Time:   02/24/19 09:36 hrs
Start Date and Time:  02/24/19 11:00 hrs
End Date and Time:   02/24/19 11:06 hrs

Start Date and Time:  02/24/19 13:00 hrs
End Date and Time:   02/24/19 13:06 hrs
Start Date and Time:  02/24/19 14:00 hrs
End Date and Time:   02/24/19 14:06 hrs
Start Date and Time:  02/24/19 15:00 hrs
End Date and Time:   02/24/19 15:06 hrs
Start Date and Time:  02/24/19 15:30 hrs
End Date and Time:   02/24/19 15:36 hrs
Start Date and Time:  02/24/19 16:00 hrs
End Date and Time:   02/24/19 16:06 hrs
Start Date and Time:  02/24/19 17:00 hrs
End Date and Time:   02/24/19 17:06 hrs
Start Date and Time:  02/24/19 18:00 hrs
End Date and Time:   02/24/19 18:06 hrs
Start Date and Time:  02/24/19 19:00 hrs
End Date and Time:   02/24/19 19:06 hrs
Start Date and Time:  02/24/19 20:00 hrs
End Date and Time:   02/24/19 20:06 hrs
Start Date and Time:  02/24/19 20:42 hrs
End Date and Time:   02/24/19 20:48 hrs
Start Date and Time:  02/24/19 21:00 hrs
End Date and Time:   02/24/19 21:36 hrs
Start Date and Time:  02/24/19 22:00 hrs
End Date and Time:   02/24/19 22:06 hrs
Start Date and Time:  02/24/19 22:12 hrs
End Date and Time:   02/24/19 22:18 hrs
Start Date and Time:  02/24/19 22:24 hrs
End Date and Time:   02/24/19 22:30 hrs
Start Date and Time:  02/24/19 23:00 hrs
End Date and Time:   02/24/19 23:06 hrs
Start Date and Time:  02/25/19 00:00 hrs
End Date and Time:   02/25/19 00:06 hrs
Start Date and Time:  02/25/19 01:00 hrs
End Date and Time:   02/25/19 01:06 hrs
Start Date and Time:  02/25/19 03:00 hrs
End Date and Time:   02/25/19 03:06 hrs
Start Date and Time:  02/25/19 04:24 hrs
End Date and Time:   02/25/19 04:30 hrs
Start Date and Time:  02/25/19 06:00 hrs
End Date and Time:   02/25/19 06:12 hrs
Start Date and Time:  02/25/19 07:00 hrs
End Date and Time:   02/25/19 07:06 hrs
Start Date and Time:  02/25/19 19:00 hrs
End Date and Time:   02/25/19 19:12 hrs
Start Date and Time:  02/26/19 08:06 hrs

End Date and Time:   02/26/19 08:24 hrs
Start Date and Time:  02/26/19 10:42 hrs
End Date and Time:   02/26/19 10:54 hrs
Start Date and Time:  02/26/19 11:36 hrs
End Date and Time:   02/26/19 11:42 hrs
Start Date and Time:  02/28/19 08:42 hrs
End Date and Time:   02/28/19 08:48 hrs
Start Date and Time:  02/28/19 10:54 hrs
End Date and Time:   02/28/19 11:06 hrs

**30% (State, Sandblasting operations) 6-minute average**

Start Date and Time: 02/22/2019 00:41 hrs
End Date and Time: 02/22/2019  02:05 hrs
Start Date and Time: 02/23/2019 01:27 hrs
End Date and Time: 02/23/2019  01:34 hrs
Start Date and Time: 02/23/2019 04:42 hrs
End Date and Time: 02/23/2019  04:45 hrs
Start Date and Time: 02/23/2019 06:42 hrs
End Date and Time: 02/23/2019  06:45 hrs
Start Date and Time: 02/23/2019 07:42 hrs
End Date and Time: 02/23/2019  07:45 hrs
Start Date and Time: 02/23/2019 08:44 hrs
End Date and Time: 02/23/2019  08:45 hrs
Start Date and Time: 02/23/2019 10:42 hrs
End Date and Time: 02/23/2019  10:45 hrs
Start Date and Time: 02/23/2019 17:24 hrs
End Date and Time: 02/23/2019  17:27 hrs
Start Date and Time: 02/23/2019 19:59 hrs
End Date and Time: 02/23/2019  20:05 hrs
Start Date and Time: 02/23/2019 20:21 hrs
End Date and Time: 02/23/2019  20:25 hrs
Start Date and Time: 02/23/2019 21:01 hrs
End Date and Time: 02/23/2019  21:05 hrs
Start Date and Time: 02/23/2019 22:02 hrs
End Date and Time: 02/23/2019  22:05 hrs
Start Date and Time: 02/23/2019 23:01 hrs
End Date and Time: 02/23/2019  23:05 hrs
Start Date and Time: 02/24/2019 00:59 hrs
End Date and Time: 02/24/2019  01:04 hrs
Start Date and Time: 02/24/2019 03:02 hrs
End Date and Time: 02/24/2019  03:05 hrs
Start Date and Time: 02/24/2019 03:13 hrs
End Date and Time: 02/24/2019  03:18 hrs
Start Date and Time: 02/24/2019 09:34 hrs

End Date and Time: 02/24/2019  09:38 hrs
Start Date and Time: 02/24/2019 21:04 hrs
End Date and Time: 02/24/2019  21:05 hrs
Start Date and Time: 02/24/2019 22:01 hrs
End Date and Time: 02/24/2019  22:05 hrs
Start Date and Time: 02/24/2019 23:04 hrs
End Date and Time: 02/24/2019  23:05 hrs
Start Date and Time: 02/25/2019 06:04 hrs
End Date and Time: 02/25/2019  06:05 hrs
Start Date and Time: 02/26/2019 08:12 hrs
End Date and Time: 02/26/2019  08:17 hrs
Start Date and Time: 02/27/2019 08:59 hrs
End Date and Time: 02/27/2019  09:03 hrs
Start Date and Time: 02/28/2019 10:55 hrs
End Date and Time: 02/28/2019  11:03 hrs

**30% (Federal, Subpart J and Subpart UUU) 6-minute average**

Start Date and Time: 02/22/2019 00:36 hrs
End Date and Time: 02/22/2019  04:00 hrs
Start Date and Time: 02/23/2019 01:24 hrs
End Date and Time: 02/23/2019  01:30 hrs
Start Date and Time: 02/23/2019 19:54 hrs
End Date and Time: 02/23/2019  20:00 hrs
Start Date and Time: 02/23/2019 20:18 hrs
End Date and Time: 02/23/2019  20:24 hrs
Start Date and Time: 02/24/2019 00:54 hrs
End Date and Time: 02/24/2019  01:00 hrs
Start Date and Time: 02/24/2019 03:12 hrs
End Date and Time: 02/24/2019  03:18 hrs
Start Date and Time: 02/24/2019 09:30 hrs
End Date and Time: 02/24/2019  09:36 hrs
Start Date and Time: 02/27/2019 08:54 hrs
End Date and Time: 02/27/2019  09:00 hrs
Start Date and Time: 02/28/2019 10:54 hrs
End Date and Time: 02/28/2019  11:00 hrs

**20% (Federal, Subpart UUU) 3-hr rolling average**

Start Date and Time: 02/22/2019 01:00 hrs
End Date and Time: 02/22/2019  04:00 hrs
Start Date and Time: 02/23/2019 02:00 hrs
End Date and Time: 02/23/2019  04:00 hrs
Start Date and Time: 02/23/2019 19:00 hrs
End Date and Time: 02/23/2019  23:00 hrs

Start Date and Time: 02/24/2019 22:00 hrs
End Date and Time: 02/25/2019  01:00 hrs

iii.  The event described in Paragraph 22.c.vi of this Consent Order
resulted in the following exceedances of the opacity limits at the
Plant 1 FCCU:

**20% (State) 6-minute average**

Start Date and Time:  04/09/19 19:24 hrs
End Date and Time:   04/09/19 21:12 hrs
Start Date and Time:  04/09/19 21:18 hrs
End Date and Time:   04/09/19 23:48 hrs
Start Date and Time:  04/10/19 00:06 hrs
End Date and Time:   04/10/19 04:18 hrs
Start Date and Time:  04/10/19 04:30 hrs
End Date and Time:   04/10/19 05:12 hrs
Start Date and Time:  04/10/19 06:36 hrs
End Date and Time:   04/10/19 06:48 hrs
Start Date and Time:  04/10/19 07:18 hrs
End Date and Time:   04/10/19 07:24 hrs
Start Date and Time:  04/10/19 07:30 hrs
End Date and Time:   04/10/19 07:36 hrs
Start Date and Time:  04/10/19 07:54 hrs
End Date and Time:   04/10/19 08:06 hrs
Start Date and Time:  04/10/19 08:12 hrs
End Date and Time:   04/10/19 09:00 hrs
Start Date and Time:  04/10/19 09:06 hrs
End Date and Time:   04/10/19 09:18 hrs
Start Date and Time:  04/10/19 09:24 hrs
End Date and Time:   04/10/19 10:06 hrs
Start Date and Time:  04/10/19 10:12 hrs
End Date and Time:   04/12/19 01:36 hrs
Start Date and Time:  04/12/19 04:54 hrs
End Date and Time:   04/12/19 08:54 hrs
Start Date and Time:  04/12/19 09:18 hrs
End Date and Time:   04/12/19 09:36 hrs
Start Date and Time:  04/12/19 11:06 hrs
End Date and Time:   04/12/19 11:54 hrs
Start Date and Time:  04/12/19 12:06 hrs
End Date and Time:   04/12/19 12:12 hrs

**30% (State, Sandblasting operations) 6-minute average**

Start Date and Time: 04/09/2019 19:19 hrs



End Date and Time: 04/09/2019  19:24 hrs

**30% (Federal, Subpart J and Subpart UUU) 6-minute average**

Start Date and Time: 04/09/2019 19:18 hrs
End Date and Time: 04/09/2019  21:06 hrs
Start Date and Time: 04/09/2019 21:18 hrs
End Date and Time: 04/09/2019  22:00 hrs
Start Date and Time: 04/10/2019 00:30 hrs
End Date and Time: 04/10/2019  02:00 hrs
Start Date and Time: 04/10/2019 03:06 hrs
End Date and Time: 04/10/2019  03:18 hrs
Start Date and Time: 04/10/2019 10:24 hrs
End Date and Time: 04/10/2019  10:30 hrs
Start Date and Time: 04/10/2019 13:36 hrs
End Date and Time: 04/10/2019  13:48 hrs
Start Date and Time: 04/10/2019 14:00 hrs
End Date and Time: 04/10/2019  14:12 hrs
Start Date and Time: 04/10/2019 14:36 hrs
End Date and Time: 04/10/2019  15:54 hrs
Start Date and Time: 04/10/2019 16:18 hrs
End Date and Time: 04/10/2019  17:24 hrs
Start Date and Time: 04/10/2019 17:42 hrs
End Date and Time: 04/10/2019  18:30 hrs
Start Date and Time: 04/10/2019 18:42 hrs
End Date and Time: 04/10/2019  19:06 hrs
Start Date and Time: 04/10/2019 19:18 hrs
End Date and Time: 04/10/2019  19:30 hrs
Start Date and Time: 04/10/2019 21:48 hrs
End Date and Time: 04/12/2019  00:36 hrs
Start Date and Time: 04/12/2019 05:00 hrs
End Date and Time: 04/12/2019  06:00 hrs
Start Date and Time: 04/12/2019 06:18 hrs
End Date and Time: 04/12/2019  07:30 hrs
Start Date and Time: 04/12/2019 08:06 hrs
End Date and Time: 04/12/2019  08:42 hrs
Start Date and Time: 04/12/2019 11:06 hrs
End Date and Time: 04/12/2019  11:30 hrs

**20% (Federal, Subpart UUU) 3-hr rolling average**

Start Date and Time: 04/09/2019 19:00 hrs
End Date and Time: 04/10/2019  06:00 hrs
Start Date and Time: 04/10/2019 09:00 hrs
End Date and Time: 04/12/2019  03:00 hrs

*Suncor Compliance Order on Consent*

App. 1622

Start Date and Time: 04/12/2019 05:00 hrs
End Date and Time: 04/12/2019  13:00 hrs

iv. The event described in Paragraph 22.d.iv of this Consent Order
resulted in the following exceedances of the opacity limits at the
Plant 1 FCCU:

**20% (State) 6-minute average**

Start Date and Time:  04/20/19 05:42 hrs
End Date and Time:   04/20/19 20:30 hrs
Start Date and Time:  04/20/19 21:06 hrs
End Date and Time:   04/20/19 21:36 hrs
Start Date and Time:  04/20/19 23:06 hrs
End Date and Time:   04/20/19 23:30 hrs
Start Date and Time:  04/22/19 06:18 hrs
End Date and Time:   04/22/19 10:30 hrs
Start Date and Time:  04/22/19 11:06 hrs
End Date and Time:   04/22/19 11:12 hrs
Start Date and Time:  04/22/19 11:36 hrs
End Date and Time:   04/22/19 13:00 hrs
Start Date and Time:  04/23/19 00:54 hrs
End Date and Time:   04/23/19 01:06 hrs
Start Date and Time:  04/24/19 07:48 hrs
End Date and Time:   04/24/19 08:00 hrs
Start Date and Time:  04/24/19 08:54 hrs
End Date and Time:   04/24/19 09:00 hrs
Start Date and Time:  04/24/19 09:06 hrs
End Date and Time:   04/24/19 09:36 hrs
Start Date and Time:  04/24/19 11:42 hrs
End Date and Time:   04/24/19 13:24 hrs
Start Date and Time:  04/24/19 14:30 hrs
End Date and Time:   04/24/19 15:00 hrs
Start Date and Time:  04/24/19 15:06 hrs
End Date and Time:   04/24/19 15:12 hrs
Start Date and Time:  04/24/19 15:18 hrs
End Date and Time:   04/24/19 15:30 hrs
Start Date and Time:  04/26/19 02:24 hrs
End Date and Time:   04/26/19 02:42 hrs
Start Date and Time:  04/26/19 07:18 hrs
End Date and Time:   04/26/19 07:24 hrs

**30% (State, Sandblasting operations) 6-minute average**

Start Date and Time: 04/24/2019 09:00 hrs



End Date and Time: 04/24/2019  09:06 hrs
Start Date and Time: 04/24/2019 15:00 hrs
End Date and Time: 04/24/2019  15:06 hrs

**30% (Federal, Subpart J and Subpart UUU) 6-minute average**

Start Date and Time: 04/20/2019 23:06 hrs
End Date and Time: 04/20/2019  23:12 hrs

**20% (Federal, Subpart UUU) 3-hr rolling average**

Start Date and Time: 04/20/2019 07:00 hrs
End Date and Time: 04/20/2019  22:00 hrs
Start Date and Time: 04/22/2019 07:00 hrs
End Date and Time: 04/22/2019  15:00 hrs
Start Date and Time: 04/24/2019 09:00 hrs
End Date and Time: 04/24/2019  16:00 hrs

v.  The event described in Paragraph 22.e.xxx of this Consent Order
resulted in the following exceedance of the opacity limit at the
Plant 1 FCCU:

**20% (State) 6-minute average**

Start Date and Time:  05/06/19 13:36 hrs
End Date and Time:   05/06/19 13:48 hrs

vi.  On May 14, 2019, the Catalyst Fines Hopper at the Plant 1 FCCU was
taken offline for scheduled maintenance. When performing the
scheduled maintenance, Suncor discovered internal erosion damage
in the Hopper that required replacement parts for repair. The
replacement parts were not immediately available, and in an effort
to prevent process unit upset, the Hopper was returned to service
on the same day. The unanticipated delay in completing the
scheduled maintenance led to significant accumulation of catalyst
at the fourth stage separator. The repair work was completed and
the Hopper was placed back in service on May 15, 2019. When the
Hopper was placed back in service, the accumulation of catalyst
resulted in the following exceedances of the opacity limit at the
Plant 1 FCCU:

**20% (State) 6-minute average**

Start Date and Time: 05/14/2019 17:12 hrs
End Date and Time: 05/14/2019  17:18 hrs

*Suncor Compliance Order on Consent*



App. 1624

Start Date and Time: 05/15/2019 02:06 hrs
End Date and Time: 05/15/2019  02:12 hrs
Start Date and Time: 05/15/2019 19:00 hrs
End Date and Time: 05/15/2019  19:06 hrs

Suncor failed to comply with the Plant 1 FCCU opacity limits, violating
Permit 96OPAD120, Conditions 22.7, 35.1, 35.2, 45.1.2, 54.1.2, and
General Permit Condition 16; the West Plant Consent Decree, Paragraph
54; AQCC Regulation 1, §§ II.A.1 and II.A.4; Subpart J, § 60.102(a)(2);
and Subpart UUU, §§ 63.1564(a)(1) and (2).

l.  Pursuant to Permit 96OPAD120, Condition 38.1, and AQCC Regulation 1,
§ VI.B.4.e, new sources of $SO_2$ shall not emit or cause to be emitted $SO_2$
in excess of 0.3 lbs $SO_2$, for the sum of all $SO_2$ emissions from a given
refinery per barrel of oil processed, averaged over a daily 24-hr period
(0.3 lb/bbl oil processed/day). The events described in Paragraph
22.e.xv of this Consent Order resulted in an exceedance of the refinery-
wide $SO_2$ limit from January 1, 2019 to January 2, 2019. From January 1-
2, 2019, Suncor failed to limit the refinery-wide $SO_2$ emissions to 0.3
lb/bbl oil processed/day, violating Permit 96OPAD120, Condition 38.1,
and AQCC Regulation 1, § VI.B.4.e.

m.  Pursuant to Permit 96OPAD120, Conditions 34.2, 34.7, 43.8, 47.1,
53.44, 55, and 64, Suncor is required to comply with the applicable
equipment leak standards, including the Leak Detection and Repair
("LDAR") monitoring requirements, contained in Subpart VV, § 60.482-1
to § 60.482-10; Subpart VVa, § 60.482-1a to § 60.482-10a; Subpart GGG,
§ 60.592(a); Subpart GGGa, § 60.592a(a); Subpart CC, § 63.648(a); and
AQCC Regulation 7, § VIII.C. Pursuant to Permit 96OPAD120, Conditions
43.8.2, 55.40, and 64.38; Subpart VV, § 60.482-6(a)(1); Subpart VVa, §
60.482-6a(a)(1); and AQCC Regulation 7, § VIII.C.2.b, except for safety
pressure relief valves, no owner or operator of a petroleum refinery
shall install or operate a valve at the end of a pipe or line containing
VOCs unless the pipe or line is sealed with a second valve, a blind
flange, a plug, or a cap.

    i.  Between January 2019 and June 2019, Suncor identified that 8
valves, 35 connectors, and 3 other components existed in the
field and were subject to LDAR monitoring requirements but had
not previously been included in the LDAR inspection program.
Suncor was unable to determine the date these components were
placed into service. These components were added to the LDAR
database for continual monitoring.

ii. On January 10, 2019, Suncor identified and plugged 4 open-ended lines at the Plant 1 wastewater treatment system API closed vent system.

Suncor failed to conduct LDAR monitoring on 46 components and seal 4 valves at the end of a pipe or line containing VOCs, violating Permit 96OPAD120, Conditions 34.2, 34.7, 43.8, 43.8.2, 47.1, 53.44, 55, 55.40, 64, and 64.38; Subpart VV, § 60.482-1 to § 60.482-10; Subpart VV, § 60.482-6(a)(1); Subpart VVa, § 60.482-1a to § 60.482-10a; Subpart VVa, § 60.482-6a(a)(1); Subpart GGG, § 60.592(a); Subpart GGGa, § 60.592a(a); Subpart CC, § 63.648(a); and AQCC Regulation 7, §§ VIII.C and VIII.C.2.b.

n. Pursuant to Permit 96OPAD120, Conditions 29.10, 30.11, 31.10, 53.89, and 53.94; and Subpart CC, §§ 63.670(c) and (h)(2), on or before January 30, 2019, Suncor shall use a video surveillance camera to continuously record (at least one frame every 15 seconds with time and date stamps) images of the flare flame and a reasonable distance above the flare flame at an angle suitable for visual emissions observations. On January 30, 2019, Suncor began monitoring flames from the Main Plant Flare (F1), Asphalt Unit Flare (F2), and GBR Flare (F3) using newly installed flare video cameras in compliance with Subpart CC. At the time of installation, Suncor configured the cameras to record video at a rate of one image every second. In April 2019, Suncor corporate security performed a configuration change to the recording system known as "video thinning." The video thinning process compresses the recorded images after a defined period of time has lapsed down in order to minimize the usage network disk space. As a result, approximately 4.5 months of recordkeeping data, from January 31, 2019 through June 20, 2019, doesn't meet the defined monitoring requirements of Subpart CC, § 63.670(h)(2). In June 2019, Suncor discovered that the video thinning decreased the recorded camera frame rate to one image every 30 seconds (half of the frequency required by Subpart CC). Suncor was not aware of the reduction in the recorded camera frame rate at the time of video thinning implementation. Upon discovery of the issue, Suncor corporate disabled the video thinning system. Suncor failed to comply with the Subpart CC visible emissions monitoring requirement for the Main Plant Flare (F1), Asphalt Unit Flare (F2), and GBR Flare (F3), violating Permit 96OPAD120, Conditions 29.10, 30.11, 31.10, 53.89, and 53.94; and Subpart CC, §§ 63.670(c) and (h)(2).

## Refinery: Plant 2 (East Plant)

o. Pursuant to Permit 95OPAD108, Conditions 15.2 and 23.1, and AQCC Regulation 7, § III.A, Suncor is required to operate and maintain all



*Suncor Compliance Order on Consent*

storage tank accesses, seals, hatches, roof drainage systems, and pressure relief valves to prevent detectable vapor loss. On May 25, 2019, Suncor found product on the roof of Tank 53. During start-up of the Plant 2 FCCU on May 25, 2019, a valve that transfers debut gasoline to Tank 53 was inadvertently left open. The debut gasoline flow to Tank 53 caused unstable material in that stream to vaporize in the tank and led to product on the roof of Tank 53. On May 25, 2019 at 01:30 hrs to May 26, 2019 at 00:00 hrs, Suncor failed to operate and maintain accesses, seals, hatches, roof drainage systems, and pressure relief valves on Tank 53 to prevent detectable vapor loss, violating Permit 95OPAD108, Conditions 15.2 and 23.1, and AQCC Regulation 7, § III.A.

p.   Pursuant to Permit 95OPAD108, Condition 5.8, Suncor shall not discharge or cause the discharge of any gases into the atmosphere from the Claus Plant containing in excess of 1.20% by volume of $SO_2$ at 0% $O_2$ on a dry basis. Pursuant to Permit 95OPAD108, Condition 5.9, periods of excess emissions are defined as any running 12-hour period during which the average concentration of $SO_2$ in the gases discharged into the atmosphere exceed the limit in Condition 5.8. On February 7, 2019, the No. 3 SRU exceeded the 1.20% $SO_2$ (12-hr average) limit due to a malfunction of the tail gas analyzer. The malfunctioned analyzer displayed invalid data causing an upset in the No. 3 SRU operations. The root cause for the incident was a failed power supply on the Tail Gas Analyzer. The power supply failure resulted in a false indication into the Distributed Control System, which disrupted the automatic control system from keeping the unit on ratio. Suncor immediately called analyzer technicians to troubleshoot the analyzer and return it to normal operation. On February 7, 2019, from 12:00 hrs to 18:00 hrs, Suncor failed to limit $SO_2$ emissions in gases discharged into the atmosphere from the Claus Plant to 1.20% by volume at 0% $O_2$ on a dry basis, violating Permit 95OPAD108, Condition 5.8.

q.   Pursuant to Permit 12AD032-3, Condition 7, and Permit 95OPAD108, Condition 5.1, emissions of CO from the No. 3 SRU shall not exceed 0.6 tpy on a rolling 12-month basis. Suncor exceeded 0.6 tpy CO from the No. 3 SRU during the rolling 12-month periods ending November 2018 through at least April 2019, as shown in the table below, violating Permit 12AD032-3, Condition 7, and Permit 95OPAD108, Condition 5.1.

| No. 3 SRU CO Actual Emissions | | |
|---|---|---|
| Month-Year | Monthly Total (tons) | 12-Month Rolling Total (tpy) |
| November-18 | 0.07 | 0.65 |
| December-18 | 0.07 | 0.69 |

| January-19 | 0.07 | **0.73** |
| February-19 | 0.06 | **0.75** |
| March-19 | 0.06 | **0.79** |
| April-19 | 0.05 | **0.77** |

r.  Pursuant to Subpart CC, § 63.670(e), Suncor shall operate the Plant 2 Flare to maintain the NHVcz at or above 270 Btu/scf determined on a 15-minute block period basis when regulated material is routed to the flare for at least 15-minutes. On April 8, 2019, from 18:00 hrs to 18:15 hrs, the Plant 2 Flare NHVcz dropped below 270 Btu/scf (15-minute block period). Suncor believes the drop in NHVcz occurred due to several spikes in the waste gas flow to the flare. Large fluctuations in waste gas flow impacted the city gas flow controller at the Plant 2 Flare. On April 8, 2019, Suncor failed to maintain the Plant 2 Flare NHVcz at or above 270 Btu/scf, violating Subpart CC, § 63.670(e).

s.  Pursuant to Subpart CC, § 63.670(c), Suncor shall operate the Plant 2 Flare with no visible emissions, except for periods not to exceed a total of five minutes during any two consecutive hours, when regulated material is routed to the flare and the flare vent gas flow rate is less than the smokeless design capacity of the flare.

   i.  On February 28, 2019, from 14:19 hrs to 14:37 hrs, Suncor observed visible emissions at the Plant 2 Flare. On February 28, 2019, the Poly reactor guard case was in the process of being placed back in service. During start-up of the guard case, the vent line to the flare is typically opened to achieve stable temperature and pressure in the guard case. The guard case vent line to the Plant 2 Flare was opened during feed introduction to the Poly reactor guard case. The increased flow to the flare from the reactor guard case caused visible emissions at the flare.

   ii.  On March 29, 2019, from 12:30 hrs to 12:42 hrs, Suncor observed visible emissions at the Plant 2 Flare. On March 29, 2019, Boiler B-504's main air blower 51F504 and the Plant 2 FCCU blower C-201 lost power and shut down. After the power loss to the blower, the Plant 2 FCCU process unit was immediately shutdown using the emergency shutdown procedure. The process upset and subsequent shutdown caused by the sudden loss of power at C-201 lead to exceedances of the opacity and CO limits at the FCCU, and visible emissions occurred at the Plant 2 Flare. Suncor determined the loss of power was caused by the trip of a protection relay at Sub 41 in Plant 2. The protection relay tripped because of loose sensor connections to the relay.

*Suncor Compliance Order on Consent*

59 |

iii. On April 8, 2019, from 15:24 hrs to 17:18 hrs, Suncor observed visible emissions at the Plant 2 Flare. Suncor attempted to stop the visible emissions by adjusting the steam flow to the flare. The exact reason for the visible emissions is unknown.

iv. On May 1, 2019, from 14:03 hrs to 16:01 hrs, Suncor observed visible emissions at the Plant 2 Flare. On May 1, 2019, the Poly reactor (R-303) guard case was in the process of being placed back in service.  During start-up of the guard case, the vent line to the flare is typically opened to achieve stable temperature and pressure in the guard case. The guard case vent line to the Plant 2 Flare was opened during feed introduction to the Poly reactor guard case. The increased flow to the flare, from the Poly reactor guard case, caused visible emissions at the flare. These emissions appear to have been avoidable by updating Poly Reactor guard case procedures to include increasing steam flow to flare prior to placing guard case back in service and additional training provided to shift teams on flare management.

Suncor failed to operate the Plant 2 Flare with no visible emissions, violating Subpart CC, § 63.670(c).

t. Pursuant to Subpart CC, § 63.670(g), Suncor shall continuously monitor the presence of the pilot flame(s) using a device (including, but not limited to, a thermocouple, ultraviolet beam sensor, or infrared sensor) capable of detecting that the pilot flame(s) is present. On April 23, 2019 from 14:45 hrs to 15:00 hrs, Suncor failed to continuously monitor the presence of the pilot flame(s) at the Plant 2 Flare. On April 23, 2019, between approximately 14:54 hrs and 14:56 hrs, thermocouple monitoring data used to verify the continuous presence of a pilot flame at the flare became unavailable in Suncor's data historian (PI) server. Suncor believes the pilot flame(s) were not lost during the data gap. However, records are not available for the above mentioned period. On April 23, 2019, Suncor failed to continuously monitor the presence of the pilot flame(s) at the Plant 2 Flare, violating Subpart CC, § 63.670(g).

u. Pursuant to Subpart Ja, § 60.103a(h), Suncor shall not burn in any affected flare any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hr rolling average basis.

i. On April 3, 2019 at 02:00 hrs to April 4, 2019 at 00:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 Flare. On March 29, 2019, the Plant 2 FCCU blower C-201 unexpectedly lost power and shut down. Following the loss of power to the blower, the Plant 2



FCCU process unit was shut down using the emergency shutdown procedure. Suncor determined the loss of power was caused by the trip of a protection relay at Sub 41 in Plant 2. In a separate incident on March 29, 2019, the level transmitter (LT303) on the stripper charge drum water boot (09V251) at the Unsaturated Gas process unit malfunctioned and started displaying random readings. The erratic readings caused the level controller at drum 09V251 to increase flow to the sour water surge drum at the No.3 SRU. The increase in flow from drum 09V251 to the No.3 SRU eventually lead to hydrocarbon carryover into the Sour Water Stripper (SWS). The hydrocarbon carryover also contaminated the No.3 SRU catalyst reactor bed. On April 2, 2019, the Plant 2 FCCU was restarted after restoring power to blower C-201 and repairing the malfunctioned level transmitter (LT303) on drum 09V251. The start-up of the unit increased acid gas feed flow to the thermal reactor at the No.3 SRU. Due to a hydrocarbon contaminated catalyst reactor bed (the March 29, 2019 event), the reactor pressure started to increase above the expected level during the start-up of the Plant 2 FCCU. In order to avoid an unsafe operating condition at the No.3 SRU, acid gas from the regenerator and SWS off-gases were required to be relieved to the Plant 2 Flare on April 2, 2019. By approximately 10:00 hrs on April 4, 2019, the unit was stabilized and acid gas flaring stopped. Suncor identified that the level transmitter on 09V251 malfunctioned, possibly due to stuck float. This increased flow from the water boot of the charge drum and eventually led to hydrocarbon carryover into the No.3 SRU. Hydrocarbon contamination typically creates abnormally high back pressure in the system and inadequate catalyst bed temperatures that restrict proper SRU operation. Suncor's response to this event was impacted by the Plant 2 FCCU shutdown process, which occurred on the same day (March 29, 2019). The root cause of the event was the mechanical failure experienced by transmitter LT303 on drum 09V251. LT303 had prior known issues.

ii. On April 4, 2019, from 16:00 hrs to 20:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 Flare. Suncor determined the exceedance was caused by a seal leak in the inner cooler pump P252B.

iii. On April 8, 2019, three leaking intercooler pump seals (at pumps P252A, P252B, and P-253) routed high $H_2S$ process streams to the Plant 2 Flare. This resulted in the in the following exceedances of the fuel gas $H_2S$ limit at the Plant 2 Flare:

Start Date and Time:  04/08/2019 04:00 hrs
End Date and Time:   04/08/2019 09:00 hrs
Start Date and Time:  04/08/2019 10:00 hrs
End Date and Time:   04/08/2019 14:00 hrs

iv.  On April 17, 2019 at 21:00 hrs to April 18, 2019 at 00:00 hrs,
Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 Flare.
Suncor determined the exceedance was caused by intercooler
pump P252B. The pump had prior known seal issues at the time of
the event.

v.  On May 24, 2019, Suncor began the process of bringing the No. 2
FCC slurry recycle circuit online after completion of planned
maintenance. When placing the recycle circuit in service, the
reactor dilute phase temperature (02TC434) and the upper riser
temperature (02TI479) began to drop sharply and the Plant 2
FCCU went into an upset mode. Feed to the Plant 2 FCCU was
immediately pulled out by Suncor. Suncor determined the upset
was likely caused by plugging of the bottom portion of slurry
settler 02V213. When the slurry recycle circuit was originally
taken offline for maintenance, the slurry settler 02V213 was still
in service and in a stagnant condition. The stagnant state of
02V213 likely led to the slurry settling up in the bottom of the
vessel and the piping. When the slurry recycle circuit was started
up, plugging caused by slurry settlement prevented flow from
02V213. Suncor made adjustments to the slurry recycle control
valves/bypass and eventually unplugged the slurry settler
(02V213).  Upon unplugging 02V213, a surge of cold heavy
material hit the riser causing a loss of heat balance and upsetting
the unit. Suncor reported that due to the status of the recycle
circuit, it was not able to limit the effect of the cold slurry that
entered the riser. During the unit upset, the regen pressure
(02PI209) reduced to a lower value, and this resulted in a higher
regen velocity. A high regen velocity led to high opacity in the
Plant 2 FCCU. Additionally, the Plant 2 FCCU suffered high
catalyst loss when the feed was cut after the upset. This event
resulted in the in the following exceedances of the fuel gas $H_2S$
limit at the Plant 2 Flare:

Start Date and Time: 5/24/19  16:00 hrs
End Date and Time:  5/24/19  19:00 hrs
Start Date and Time: 5/25/19  06:00 hrs
End Date and Time:  5/25/19  11:00 hrs



Suncor exceeded the fuel gas $H_2S$ limit (162 ppmv, 3-hr rolling average) at the Plant 2 Flare, violating Subpart Ja, § 60.103a(h).

v. Pursuant to Permit 95OPAD108, Conditions 2.7 and 33.19; Permit 09AD0961, Conditions 19 and 27(c); the East Plant Consent Decree, Paragraph 94; Subpart Ja, § 60.102a(b)(4); and Subpart UUU, § 63.1565(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from the Plant 2 FCCU any gases that contain CO in excess of 500 ppmvd corrected to 0 percent excess air, on an hourly average basis.

   i. On March 29, 2019, from 05:00 hrs to 06:00 hrs, Suncor exceeded the CO limit at the Plant 2 FCCU. This exceedance was a result of the event described in Paragraph 22.s.ii of this Consent Order.

   ii. On April 2, 2019, from 08:00 hrs to 16:00 hrs, Suncor exceeded the CO limit at the Plant 2 FCCU. This exceedance was a result of the event described in Paragraph 22.u.i of this Consent Order.

   iii. The event described in Paragraph 22.u.v of this Consent Order resulted in the following exceedances of the CO limit at the Plant 2 FCCU:

   Start Date and Time: 5/24/19 13:00 hrs
   End Date and Time:  5/24/19 18:00 hrs
   Start Date and Time: 5/24/19 20:00 hrs
   End Date and Time:  5/25/19 01:00 hrs

   Suncor failed to comply with the CO limit at the Plant 2 FCCU, violating Permit 95OPAD108, Conditions 2.7 and 33.19; Permit 09AD0961, Conditions 19 and 27(c); the East Plant Consent Decree, Paragraph 94; Subpart Ja, § 60.102a(b)(4); and Subpart UUU, § 63.1565(a)(1).

w. Pursuant to Permit 95OPAD108, Conditions 2.8, 4.4, and 19.1; Permit 09AD0961, Condition 3; AQCC Regulation 1, § II.A.1, Suncor shall not allow or cause the emission into the atmosphere of any air pollutant that is in excess of 20% opacity based on 24 consecutive opacity readings taken at 15-second intervals for six minutes. Pursuant to Permit 95OPAD108, Conditions 2.7 and 33.4; Permit 09AD0961, Condition 27(b); the East Plant Consent Decree, Paragraph 98; Subpart J, § 60.102(a)(2); and Subpart UUU, § 63.1564(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from any FCCU catalyst regenerator any gases exhibiting greater than 30% opacity, except for one six-minute average opacity reading in any one hour period. Pursuant to Subpart UUU, § 63.1564(a)(2), Suncor shall maintain the 3-hour rolling average

opacity of emissions from the FCCU catalyst regenerator vent to no higher than 20%.

i.   On July 16, 2018, from 13:48 hrs to 13:54 hrs, Suncor failed to comply with the 20% (State) 6-minute average opacity limit at the Plant 2 Polymerization Unit. On July 16, 2018, Suncor performed a catalyst unloading event at Reactor 301 (R301), which involves pressuring up the reactor with nitrogen in order to blow the catalyst into a bag located below the vessel. During this particular unloading event, the bag ripped under the pressure resulting in higher opacity for a longer period than normally observed. Suncor evaluated the pressure indication equipment utilized during the unloading and found all of the equipment to be functioning properly. Suncor suspects one of the catalyst beds was plugged, which led to the pressure gauge not providing a representative value for the reactor pressure elsewhere in the vessel. This caused the pressure at the time of unloading to exceed the 30-40 psig called for in the procedure resulting in a ripped bag.

ii.  On February 11, 2019, from 14:18 hrs to 14:24 hrs, Suncor failed to comply with the 20% (State) 6-minute average opacity limit at the Plant 2 Polymerization Unit. On February 11, 2019, during a catalyst dump at the Plant 2 Polymerization Unit reactor R-301, the catalyst blowdown bag ripped apart emitting catalyst dust to the atmosphere. Suncor determined the bag used for the process was defective.

iii. The event described in Paragraph 22.s.ii of this Consent Order resulted in the following exceedances of the opacity limits at the Plant 2 FCCU:

**20% (State) 6-minute average**

Start Date and Time:  03/29/19 04:36 hrs
End Date and Time:   03/29/19 04:54 hrs
Start Date and Time:  03/29/19 05:00 hrs
End Date and Time:   03/29/19 05:54 hrs
Start Date and Time:  03/29/19 20:00 hrs
End Date and Time:   03/29/19 20:30 hrs

**30% (Federal, Subpart J & Subpart UUU) 6-minute average**

Start Date and Time: 03/29/2019 04:36 hrs
End Date and Time: 03/29/2019  04:48 hrs
Start Date and Time: 03/29/2019 05:18 hrs



End Date and Time: 03/29/2019  05:36 hrs

iv.  The event described in Paragraph 22.u.v of this Consent Order
resulted in the following exceedances of the opacity limits at the
Plant 2 FCCU:

**20% (State) 6-minute average**

Start Date and Time: 5/24/19 13:00 hrs
End Date and Time:  5/24/19 13:06 hrs
Start Date and Time: 5/24/19 13:48 hrs
End Date and Time:  5/24/19 20:54 hrs

**20% (Federal, Subpart UUU) 3-hr rolling average**

Start Date and Time: 5/24/19 15:00 hrs
End Date and Time:  5/24/19 23:00 hrs

Suncor failed to comply with the opacity limits for the Plant 2
Polymerization Unit and Plant 2 FCCU, violating Permit 95OPAD108,
Conditions 2.7, 2.8, 4.4, 19.1, and 33.4; Permit 09AD0961, Conditions 3
and 27(b); the East Plant Consent Decree, Paragraph 98; AQCC Regulation
1, § II.A.1; Subpart J, § 60.102(a)(2); and Subpart UUU, §§ 63.1564(a)(1)
and (2).

x.  Pursuant to Permit 95OPAD108, Condition 18.2, Suncor is required to
comply with the equipment leak standards, including the LDAR monitoring
requirements, of AQCC Regulation 7, § VIII.C.2.a; Subpart GGG, §
60.592(a); and Subpart CC, § 63.648(a), as set forth in Condition 27.8.1,
30.1, and 32.16. Pursuant to Permit 95OPAD108, Condition 27.8.1, and
AQCC Regulation 7, § VIII.C.2.a.(ii), Suncor is required to conduct a
monitoring program consistent with the provisions in § VIII.C.4.a. Pursuant
to Permit 95OPAD108, Conditions 30.1 and 32.16; Subpart GGG, §
60.592(a); and Subpart CC, § 63.648(a), Suncor is required to comply with
the equipment leak standards and LDAR monitoring requirements of
Subpart VV, § 60.482-1 to § 60.482-10. Pursuant to Permit 95OPAD108,
Condition 27.8.2, and AQCC Regulation 7, § VIII.C.2.b, except for safety
pressure relief valves, no owner or operator of a petroleum refinery shall
install or operate a valve at the end of a pipe or line containing VOCs
unless the pipe or line is sealed with a second valve, a blind flange, a
plug, or a cap.

i.  On August 14, 2018 and August 24, 2018, Suncor identified two
open-ended lines that were not capped or plugged in the OMD 2

*Suncor Compliance Order on Consent*



area. Suncor sealed the open-ended lines with a plug or cap on the day of discovery.

   ii. Between January 1, 2019 and June 30, 2019, Suncor identified 5 valves and 11 connectors existed in the field and were subject to LDAR monitoring requirements but had not previously been included in the LDAR inspection program. Suncor was unable to determine the date these components were placed into service. These components were tagged, inspected, and added to the LDAR database for continual monitoring.

   iii. On May 10, 2019, Suncor identified one open-ended line that was not capped or plugged in the East Plant tank farm. Suncor sealed the open-ended line with a plug on the day of discovery.

Suncor failed to comply with LDAR monitoring and equipment leak requirements, violating Permit 95OPAD108, Conditions 18.2, 27.8.1, 27.8.2, 30.1, and 32.16; Subpart CC, § 63.648(a); Subpart GGG, § 60.592(a); Subpart VV, §§ 60.482-1 to 60.482-10; and AQCC Regulation 7, §§ VIII.C.2.a.(ii), VIII.C.2.b, and VIII.C.4.a.

y. Pursuant to Permit 95OPAD108, Conditions 10.2 and 31.16, and Subpart QQQ, § 60.692-3(b), Suncor shall operate the Upper API separator with a closed vent system. On the four occasions identified below, the high pressure relief device on the Upper API lifted and vented hydrocarbon vapors to atmosphere. Suncor believes the venting likely occurred because of sudden increases in flow to the Upper API.

Start Date and Time:  8/18/2018 23:03 hrs
End Date and Time:   8/18/2018 23:04 hrs
Start Date and Time:  8/20/2018 13:35 hrs
End Date and Time:   8/20/2018 13:36 hrs
Start Date and Time:  8/20/2018 14:52 hrs
End Date and Time:   8/20/2018 14:53 hrs
Start Date and Time:  9/5/2018 02:40 hrs
End Date and Time:   9/5/2018 02:41 hrs

On four occasions, Suncor failed operate the Upper API separator with a closed vent system, violating Permit 95OPAD108, Conditions 10.2 and 31.16, and Subpart QQQ, § 60.692-3(b).

z. Pursuant to Subpart CC, §§ 63.670(c) and (h)(2), on or before January 30, 2019, Suncor shall use a video surveillance camera to continuously record (at least one frame every 15 seconds with time and date stamps) images of the flare flame and a reasonable distance above the flare flame at an



angle suitable for visual emissions observations. Suncor began monitoring flames from the Plant 2 Flare using newly installed flare video cameras in compliance with Subpart CC on January 30, 2019. At the time of installation, Suncor configured the cameras to record video at a rate of one image every second. In April 2019, Suncor corporate security performed a configuration change to the recording system known as "video thinning." The video thinning process compresses the recorded images after a defined period of time has lapsed down in order to minimize the usage network disk space. As a result, approximately 4.5 months of recordkeeping data, from January 31, 2019 through June 20, 2019, doesn't meet the defined monitoring requirements of Subpart CC, § 63.670(h)(2). In June 2019, Suncor discovered that the video thinning decreased the recorded camera frame rate to one image every 30 seconds (half of the frequency required by Subpart CC). Suncor reports it was not aware of the reduction in the recorded camera frame rate at the time of video thinning implementation. Upon discovery of the issue, Suncor disabled the video thinning system. Suncor failed to comply with the Subpart CC visible emissions monitoring requirement for the Plant 2 Flare, violating Subpart CC, §§ 63.670(c) and (h)(2).

aa. Pursuant to Permit 95OPAD108, Conditions 2.7 and 33.19; Permit 09AD0961, Conditions 19 and 27(c); the East Plant Consent Decree, Paragraph 94; Subpart Ja, § 60.102a(b)(4); and Subpart UUU, § 63.1565(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from the Plant 2 FCCU any gases that contain CO in excess of 500 ppmvd corrected to 0 percent excess air, on an hourly average basis. Pursuant to Permit 95OPAD108, Conditions 2.8, 4.4, and 19.1; Permit 09AD0961, Condition 3; AQCC Regulation 1, § II.A.1, Suncor shall not allow or cause the emission into the atmosphere of any air pollutant that is in excess of 20% opacity based on 24 consecutive opacity readings taken at 15-second intervals for six minutes. Pursuant to Subpart UUU, § 63.1564(a)(2), Suncor shall maintain the 3-hour rolling average opacity of emissions from the FCCU catalyst regenerator vent to no higher than 20%.

On December 11, 2019, during start-up of the Plant 2 FCCU, a process upset caused a series of opacity exceedances of catalyst that settled in the neighboring community on cars and houses. Additionally, exceedances of the CO limit occurred. Upon investigation, Suncor determined too much torch oil was introduced to the regenerator during start-up and the start-up procedure lacked sufficient guidance in regard to adding torch oil. Suncor reported there was a lack of communication between operations personnel when the torch oil control valve bypass was opened in the field. This lack of communication was due to the roles and responsibilities not being clearly defined for who was monitoring torch oil levels. In addition, Suncor reported operations incorrectly believed once



the start-up had been initiated the process could not be stopped because environmental exceedances of CO would occur. This event resulted in the following CO and opacity exceedances:

**500 ppmvd at 0% O$_2$ 1-hour average**

Start Date and Time: 12/11/2019 04:00 hrs
End Date and Time:  12/11/2019 12:00 hrs
Start Date and Time: 12/11/2019 13:00 hrs
End Date and Time:  12/11/2019 16:00 hrs

**20% (State) 6-minute average**

Start Date and Time: 12/11/2019 09:18 hrs
End Date and Time:  12/11/2019 10:18 hrs
Start Date and Time: 12/11/2019 10:36 hrs
End Date and Time:  12/11/2019 11:36 hrs
Start Date and Time: 12/11/2019 11:42 hrs
End Date and Time:  12/11/2019 15:18 hrs

**20% (Federal, Subpart UUU) 3-hr rolling average**

Start Date and Time: 12/11/2019 10:00 hrs
End Date and Time:  12/11/2019 16:00 hrs

On December 11, 2019, Suncor failed to comply with the CO and opacity limits at the Plant 2 FCCU, violating Permit 95OPAD108, Conditions 2.7, 2.8, 4.4, 19.1, and 33.19; Permit 09AD0961, Conditions 3, 19, and 27(c); the East Plant Consent Decree, Paragraph 94; AQCC Regulation 1, § II.A.1; Subpart Ja, § 60.102a(b)(4); and Subpart UUU, §§ 63.1564(a)(2) and 63.1565(a)(1).

23.    The Division and Suncor entered into settlement discussions for: (i) the violations as determined by the Division in this Consent Order, Paragraphs 21 and 22, and as specifically identified as alleged violations in the Compliance Advisories issued on June 25, 2019 and December 13, 2019 and the Inspection Reports (Summary Sections) for the 2018 Inspection and 2019 Inspection; (ii) the Plant 2 FCCU violations as determined by the Division that occurred on December 11, 2019 identified in this Consent Order, Paragraph 22.aa; and (iii) for any and all Refinery air violations for which the Division has actual notice and that the Division could have asserted, but did not assert, against Suncor during the time periods identified in the Division's Inspection Reports for the 2018 Inspection and 2019 Inspection (specifically, July 1, 2017 through June 30, 2018 and July 1, 2018 through June 30, 2019) (collectively, the "Violations Addressed Herein"). The Parties reached a settlement, including of the Violations Addressed Herein, that is detailed in this Consent Order.



## III. <u>ORDER and AGREEMENT</u>

Based on the foregoing factual and legal determinations, pursuant to its authority under § 25-7-115, C.R.S., and as a result of the Violations Addressed Herein, the Division orders Suncor to comply with all provisions of this Consent Order, including all requirements set forth below.

24.     Suncor agrees to the terms and conditions of this Consent Order.  Suncor agrees that this Consent Order constitutes an order issued pursuant to § 25-7-115, C.R.S., and is an enforceable requirement of Part 1 of the Act.  Suncor also agrees not to challenge, in any judicial or administrative proceeding to enforce or interpret this Consent Order brought by the Division or by Suncor against the Division:

    a.  the issuance of this Consent Order;

    b.  the factual and legal determinations made by the Division herein; and

    c.  the Division's authority to bring, or the Colorado state court's jurisdiction to hear, any action to enforce the terms of this Consent Order under the Act.

25.     Notwithstanding the above, Suncor does not admit to any of the factual or legal determinations made by the Division herein. Neither Suncor's execution of this Consent Order, nor any action undertaken by Suncor pursuant to this Consent Order, shall constitute an admission or evidence of liability or fault by Suncor, including with respect to the factual or legal determinations made by the Division in Paragraphs 21 and 22, the Violations Addressed Herein or the condition of the Refinery.  Suncor expressly reserves, and does not waive, all rights, claims, and defenses, including the right to dispute or challenge the factual or legal determinations made herein in any proceeding except as otherwise set forth in this Consent Order.

## A. <u>Compliance Requirements</u>

26.     Effective immediately, and without limitation, Suncor must comply with the Act and the Regulations in the regulation and control of air pollutants from the Refinery.

27.     Suncor must pay the outstanding annual emissions back fees for emissions resulting from ethanol unloading at the Plant 1 Rail Loading Rack (R101) (AIRS Point 067) for calendar years 2014 through 2018 in the amount of Eight Hundred Eighty-Two Dollars and Forty-Nine Cents ($882.49).  Payment of this amount is due within thirty (30) calendar days of the Effective Date and must be paid by certified, corporate or cashier's check drawn to the order of "Colorado Department of Public



Health and Environment" and delivered to the attention of the Enforcement Unit Supervisor, Air Pollution Control Division, 4300 Cherry Creek Drive South, APCD-SS-B1, Denver, Colorado 80246-1530. Payment of the outstanding annual emissions back fees must be made separate from the Administrative Penalty in Paragraph 33, below.

28.     Within thirty (30) calendar days of the Effective Date, in order to minimize or prevent a recurrence of the Violations Addressed Herein, including those relating to opacity, Suncor must:

    a.    Revise its safe work permit policy to include a review for scaffolding erected on or near in-service equipment as part of a post-closing job walk;

    b.    Add a high-level alarm to the Plant 1 FCCU upper stripper (35LI106) density level indication and disengager (35LI107) level indication to indicate a potentially abnormal catalyst level requiring investigation;

    c.    Revise the Plant 1 FCCU emergency shutdown procedures to indicate that emergency shutdowns or other actions should be initiated when certain specific process conditions are present such that a major Plant 1 FCCU upset could occur;

    d.    Revise the Plant 2 FCCU procedures to provide guidance regarding the impact of Plant 2 FCCU regenerator velocity and pressure profile on opacity.

29.     Suncor must (i) implement the procedures identified in Paragraph 28 within (30) calendar days of the Effective Date, and (ii) maintain and implement such procedures until termination of this Consent Order pursuant to Paragraph 86. Suncor must also ensure that operations personnel (in the applicable Plant(s)) are trained on Suncor's operating procedures identified in Paragraph 28 within ninety (90) days of the Effective Date.

30.     For a period of three (3) years from the Effective Date, Suncor must ensure that a Suncor representative oversees and observes the startup of the Plant 1 FCCU and Plant 2 FCCU after a shutdown (whether planned or unplanned) to ensure Suncor's procedures are followed to minimize or prevent excess emissions.

31.     On June 4, 2019, Suncor submitted a permit modification application for the Rail Loading Rack (R101) (AIRS Point 067) to revise the NOx emission limit based on an uncontrolled emission factor of 0.146 lb/MMBtu, as determined by the April 16-18, 2019 compliance test, and to account for ethanol unloading (i.e., to account for the R101 vapor combustion unit receiving denatured ethanol vapors from railcar unloading depressurizations). Suncor must cooperate with the Division in modifying Permit 96OPAD120 2/2018 consistent with the June 4, 2019 application or with subsequent revisions to the application by Suncor based on any additional compliance testing approved by the Division. Compliance with the emission limit for NOx proposed in this permit modification application shall stand in for compliance with the existing

*Suncor Compliance Order on Consent*

App. 1639

limit in Permit 96OPAD120 until the permit modification is issued. Cooperation must include, but not be limited to, responding to the Division's requests for information within fourteen (14) calendar days of receipt or by an alternate deadline provided by the Division.

32.    All documents submitted pursuant to this Consent Order must use the same defined terms as stated in this Consent Order, and shall reference both the case number and the number of the paragraph pursuant to which the document is required.  Unless otherwise specifically provided herein, the following documents submitted for Division approval by Suncor pursuant to the following Sections and Paragraphs under this Consent Order may not be implemented unless and until written approval is received from the Division: (i) proposed Contractor pursuant to Paragraph 48, (ii) proposed testing protocol pursuant to Paragraph 55, and (iii) proposed communications protocol pursuant to Section III.G.   Any approval by the Division of any such document submitted under this Consent Order is effective upon receipt by Suncor.  All such approved documents, including all procedures and schedules contained in the documents, are hereby incorporated into this Consent Order and shall constitute enforceable requirements under the Act, until approval of a Notice of Completion of the applicable obligations relating to such document(s) or approval of a Request to Terminate.

## B.  Administrative Penalty Requirements

33.    Based upon the factors set forth in § 25-7-122, C.R.S., the Division has determined an administrative penalty in the amount of **One Million Dollars ($1,000,000)** against Suncor is appropriate and consistent with the Division's policies for violations of the Act and the Regulations cited in Section II of this Consent Order (the "Cash Administrative Penalty"). Payment of the Cash Administrative Penalty is due within thirty (30) calendar days of the Effective Date of this Consent Order by certified, corporate or cashier's check drawn to the order of "Colorado Department of Public Health and Environment" and delivered to the attention of the Enforcement Unit Supervisor, Air Pollution Control Division, 4300 Cherry Creek Drive South, APCD-SS-B1, Denver, Colorado 80246-1530.

34.    The Refinery is a stationary source that is subject to the noncompliance penalty provisions of the Act, and Suncor is required to calculate and pay any economic benefit derived from the noncompliance issues described above. The Division has approved Suncor's calculated noncompliance and economic benefit penalty of **Four Thousand, Eight Hundred Eighty-Five Dollars ($4,885.00)**, and Suncor must pay the penalty in accordance with Paragraph 33, above, within thirty (30) calendar days of the Effective Date of this Consent Order.

## C.    Stipulated Penalty Requirements

71 |



35.    Certain of the Violations Addressed Herein are subject to the stipulated penalty provisions in the West Plant Consent Decree and the East Plant Consent Decree.  In addition to the Administrative Penalty, Suncor agrees to the payment of stipulated penalties under the West Plant Consent Decree and the East Plant Consent Decree in an aggregate amount equal to **Four Hundred and Twenty-One Thousand, Eight Hundred and Fifty Dollars ($421,850.00)** (the "Stipulated Penalties"), of which **Four Hundred Eighteen Thousand, One Hundred Dollars ($418,100.00)** (the "West Plant Stipulated Penalties") is payable under the West Plant Consent Decree and **Three Thousand, Seven Hundred Fifty Dollars ($3,750.00)** (the "East Plant Stipulated Penalties") is payable under the East Plant Consent Decree, described as follows:

| Consent Order Paragraph | Violation Description | CD Citation Supporting Violation | CD Citation Supporting Stipulated Penalty Assessment and Calculation | Stipulated Penalty for Violation |
|---|---|---|---|---|
| **West Plant Consent Decree** | | | | |
| 21(a) | H-25 SO$_2$ Limit Exceedance (250 ppm) | 169 | 256(i)(1) | $3,150.00 |
| 22(g) | H-25 SO$_2$ Limit Exceedance (250 ppm) | 169 | 256(i)(1) | $362,450.00 |
| 22(i) | FCCU CO Limit Exceedance (500 ppm) | 49 | 256(d)(1) | $27,000.00 |
| 22(j) | FCCU SO$_2$ Limit Exceedance (50 ppmvd) | 40 | 256(b)(3) | $9,000.00 |
| 22(k) | FCCU Opacity Exceedances; NSPS Subpart J (30%) | 54 | 256(e)(1) | $16,500.00 |
| | | | Due to EPA: | $209,050.00 |
| | | | Due to CO: | $209,050.00 |
| **East Plant Consent Decree** | | | | |
| 22(v) & (aa) | FCCU CO Limit Exceedance (500 ppm) | 94 | 320(f) | $3,750.00 |
| | | | Due to EPA: | $1,875.00 |
| | | | Due to CO: | $1,875.00 |
| | | | **TOTAL:** | **$421,850.00** |
| | | | **TOTAL TO EPA:** | **$210,925.00** |
| | | | **TOTAL TO CO:** | **$210,925.00** |

36.    Consistent with West Plant Consent Decree Paragraph 257, Suncor must pay one-half of the West Plant Stipulated Penalties in the amount of Two Hundred Nine Thousand, Fifty Dollars ($209,050.00) (the "United States West Plant Stipulated Penalty") to the United States of America.  Payment must be made in accordance with the current procedures provided by the Financial Litigation Unit for the United States Attorney's Office for the Southern District of Texas, referencing United States of America v. Conoco, Inc. (Civil Action No. H-01-4430) (S.D. Tex.), USAO File Number 2001 V 01872, and DOJ Case Number 90-5-2-1-07295/1.  Suncor must provide notice of



payment to the Department of Justice and to United States Environmental Protection Agency ("EPA"), as provided in Paragraph 296 of the West Plant Consent Decree and referencing United States of America v. Conoco, Inc. (Civil Action No. H-01-4430) (S.D. Tex.), USAO File Number 2001 V 01872, and DOJ Case Number 90-5-2-1-07295/1.

37.    Consistent with East Plant Consent Decree Paragraph 321, Suncor must pay one-half of the East Plant Stipulated Penalties in the amount of Eighteen Hundred and Seventy-Five Dollars ($1,875.00) (the "United States East Plant Stipulated Penalty") to the United States of America.  Payment must be made in accordance with current procedures provided by the Financial Litigation Unit for the United States Attorney's Office for the Western District of Texas, referencing United States of America v. Valero Refining, et al. (Civil Action No. SA-05-CA-0569) (W.D. Tex.), USAO File No. and DOJ Case Number 90-5-2-1-0681111.  Suncor must provide notice of payment to the Department of Justice and to EPA, as provided in Paragraph 376 of the East Plant Consent Decree, and referencing United States of America v. Valero Refining, et al. (Civil Action No. SA-05-CA-0569) (W.D. Tex.), USAO File No. and DOJ Case Number 90-5-2-1-0681111.

38.    Consistent with West Plant Consent Decree Paragraph 257 and East Plant Consent Decree Paragraph 321, Suncor must pay one-half of the Stipulated Penalties in the amount of Two Hundred Ten Thousand, Nine Hundred Twenty-Five Dollars ($210,925.00) (the "Colorado Stipulated Penalties") to the Division.  Suncor must pay $210,925.00 to the Division by certified, corporate or cashier's check drawn to the order of "Colorado Department of Public Health and Environment" and delivered to the attention of the Enforcement Unit Supervisor, Air Pollution Control Division, 4300 Cherry Creek Drive South, APCD-SS-B1, Denver, Colorado 80246-1530.

39.    Notwithstanding any contrary provision in the West Plant Consent Decree and the East Plant Consent Decree, the Parties agree that Suncor must pay the amounts required to be paid by Suncor under Paragraphs 35 through 38 above within thirty (30) days of the Effective Date of this Consent Order.

### D.  Supplemental Environmental Project Requirements

40.    Suncor must provide funding in the amount of Two Million Six Hundred Twenty-Four Thousand One Hundred Dollars ($2,624,100) (the "SEP Funds") for one or more third-party SEPs selected through the Community SEP Process set forth in Paragraph 41 below. The SEP Funds shall be applied on a 1:1 basis for each dollar expended for any selected third-party SEP. The Parties agree that any SEPs selected by the SEP evaluation committee are intended to secure significant environmental or public health protection and improvements.

41.    Working with nearby communities, the Division will create and appoint a SEP evaluation committee, including at least one Suncor representative and the Division. The Division will identify and invite representatives of the nearby



communities to serve on the SEP evaluation committee. The SEP evaluation
committee will, consistent with CDPHE's SEP policy, solicit and select one or more
third-party SEP proposals within two hundred and ten (210) calendar days of the
Effective Date of this Consent Order. In accordance with Paragraph 40, Suncor will
fund the SEP(s) selected by the evaluation committee up to the aggregate amount of
the SEP Funds. If any portion of the SEP Funds is not allocated to an approved SEP
within two hundred forty (240) calendar days of the Effective Date of this Consent
Order, or such later time as agreed to by the Division in writing, Suncor must pay that
portion of the SEP Funds as an additional settlement amount in the manner prescribed
in Paragraph 33 above and no later than two hundred seventy (270) calendar days of
the Effective Date of this Consent Order.

42.    Suncor hereby certifies that, as of the date of this Consent Order, it is
not required to perform or develop the SEP by any federal, state or local law or
regulation and it is not required to perform or develop the SEP by any agreement,
grant or an injunctive relief in this or any other case. Suncor further certifies that it
has not received, and is not presently negotiating to receive, credit in any other
enforcement action for the SEP. Suncor shall not deduct the SEP Funds for any tax
purpose or otherwise obtain any favorable tax treatment for such payment.

43.    Suncor or any designated third-party SEP administrator must submit a
SEP Completion Report to the Division by the date(s) agreed to by the parties in the
SEP Agreement(s) with respect to applicable selected SEP(s). The SEP Completion
Report must contain the following information:

a.    A detailed description of the SEP as implemented;
b.    A description of any operating problems encountered and the
solutions thereto;
c.    Itemized costs, documented by copies of purchase orders and
receipts or canceled checks;
d.    Certification that the SEP has been fully implemented pursuant to
the provisions of this Consent Order; and
e.    A description of the environmental and public health benefits
resulting from implementation of the SEP (with quantification of the
benefits and pollutant reductions, if feasible).

44.    In the event that Suncor and not a designated third-party SEP
administrator is required to submit the SEP Completion Report, Suncor agrees that
failure to submit the SEP Completion Report with the required information, or any
periodic report, will be deemed a violation of this Consent Order and Suncor will
become liable for penalties as a violation of this Consent Order.

45.    Suncor must include in any public statement, oral or written making
reference to any SEP(s) selected by the SEP evaluation committee the following
language: "This project was undertaken in connection with the settlement of an

*Suncor Compliance Order on Consent*



App. 1643

enforcement action taken by the Colorado Department of Public Health and Environment, Air Pollution Control Division, for violations of air quality laws and regulations."

### E.  <u>Third-Party Root Cause Investigation</u>

46.     In furtherance of settlement of this matter, Suncor must retain a qualified third party contractor ("Contractor") to perform an investigation: (i) to determine the causes of emissions exceedances in violation of the state and federal regulatory requirements and permits listed in Paragraphs 6 through 9 of this Consent Order, (collectively, the "Applicable Limits"), during the period of July 1, 2017 through June 30, 2019, including any causes relating to the design of the Refinery's equipment identified below and/or Suncor's operating or maintenance practices or procedures relating to the Refinery's equipment, and (ii) to make recommendations, which may include improvements or changes to design, operations, or maintenance, to minimize or prevent further recurrences of the emissions exceedances (including but not limited to opacity, CO, SO2, and HCN) in violation of Applicable Limits at the following equipment ("Investigation"):

    a.  Plant 1 FCCU (AIRS Point ID 025);
    b.  Plant 1 SRUs/H-25 (AIRS Point ID 100);
    c.  Plant 2 FCCU (AIRS Point ID 217); and
    d.  Plant 2 SRU (AIRS Point ID 220).

47.     Within ninety (90) days of the Effective Date of this Consent Order, Suncor must submit to the Division for review a draft of its proposed scope of the Investigation, pursuant to which Suncor will retain the Contractor to perform the Investigation. Within thirty (30) days, the Division will provide Suncor any comments or proposed revisions consistent and in accordance with the scope of the Investigation set forth in Paragraph 46.

48.     Within one hundred and fifty (150) days of the Effective Date of this Consent Order, Suncor will notify the Division in writing of Suncor's recommended Contractor, provide statements of qualification for the Contractor, and provide the final Investigation proposal pursuant to which the Contractor will conduct the Investigation. If the Division does not respond within thirty (30) days, Suncor's recommended Contractor and Investigation Proposal shall be deemed approved and Suncor may proceed with the Investigation. In the event the Division disapproves the proposed Contractor or Investigation proposal, the Division will state the reasons for its disapproval in writing, and the process will be repeated with Suncor having thirty (30) days from the date of disapproval to propose alternate Contractor(s), provide statements of qualification, and/or provide a revised Investigation proposal.

49.     The Investigation must be completed by March 31, 2021, or later as agreed to by the Division in writing.



50.    Suncor must obtain a report from the Contractor within sixty (60) days of the Contractor completing the Investigation ("Draft Report"). The Draft Report must be provided to the Division at the same time it is provided to Suncor in accordance with Section VIII of this Consent Order (Notices). While Suncor and the Contractor may communicate regarding the Investigation, Suncor will not direct the Contractor to include or remove any causes identified or recommendations made by the Contractor from the Draft Report. The Draft Report must include a description of the work performed, conclusions reached, and recommendations made to minimize or prevent future recurrences of the emissions exceedances at the applicable equipment pursuant to Paragraph 46 above. If Suncor disputes a finding or recommendation of the Contractor, Suncor will submit a detailed explanation of the basis for its dispute, the resolution of which shall not be governed by Section VII of this Consent Order. The Draft Report shall be marked "Confidential Business Information" (CBI), and the Division shall protect the Draft Report as CBI in accordance with the Colorado Open Records Act, § 24-72-201, C.R.S. *et seq.* ("CORA"), including § 24-72-204(3)(a)(IV), C.R.S.  The Division will provide Suncor with any comments on the Draft Report (and Suncor's disputed finding or recommendation, if submitted) within thirty (30) days of receipt. Suncor agrees not to assert, solely as against the Division, any claim of attorney client, work product, or other privilege (including any testifying expert privilege) that it may have regarding communications between Suncor and the Contractor relating to the Investigation; provided, however, Suncor expressly reserves all such rights as against any person or party not a Party to this Consent Order.

51.    Suncor must submit a final report ("Final Report") to the Division within ninety (90) days of receipt of the Division's comments on the Draft Report. The Final Report must address the Division's comments on the Draft Report and must include a detailed summary of the causes and recommendations contained in the Draft Report. The Final Report must also include Suncor's proposed implementation plan (the "Implementation Plan"). In the Implementation Plan, Suncor must identify which of the Contractor's recommendations (and/or other actions identified by Suncor) Suncor will implement to minimize or prevent future emissions exceedances in violation of Applicable Limits from the applicable equipment pursuant to Paragraph 46, along with an explanation of why and how Suncor selected those recommendations and Suncor's timetable for implementation. In the Implementation Plan, Suncor must implement the practical recommendations of the Contractor that are technologically feasible and economically reasonable subject to the resolution of any dispute as provided in Paragraph 50 above; however, Suncor shall not be obligated to spend more than five million dollars ($5,000,000.00) in aggregate in the implementation of the Implementation Plan. This amount includes only Suncor's direct expenditures/payments or Suncor's external costs (e.g., labor and equipment) and any new internal labor costs (provided Suncor provides sufficient documentation demonstrating that such additional internal labor costs incurred as a result of the Implementation Plan are new), but does not include Suncor's existing internal overhead or administrative costs. If the Division does not respond within thirty (30) days, Suncor's Implementation Plan shall be deemed approved. In the event the



Division disapproves the Implementation Plan, the Division will state the reasons for its disapproval in writing, and the process will proceed in accordance with Section VII (Dispute Resolution). Upon the Implementation Plan's approval, the Division agrees to cooperate with Suncor in its implementation of the Implementation Plan, and to promptly process any applications or requests for permits, approvals, or other actions within the Division's control in connection with the Implementation Plan.

52.     The Final Report must be publicly available; provided, if there is any information in the Final Report that is CBI, it may be removed or redacted in accordance with this Paragraph, In such event, Suncor must provide two versions of the Final Report to the Division, one with and one without the CBI removed or redacted. The Final Report, protecting CBI to the extent permitted and required by CORA, will be made publicly available on the Division's website.  In the event the Division receives a request to produce, or otherwise disputes the designation of any information claimed as CBI by Suncor, the Division agrees that it will provide Suncor prompt notice and a copy of the request or dispute prior to making the information publicly available or disclosing to a requestor. If the Division notifies Suncor that the information marked CBI is not confidential under the standards of CORA, Suncor may appeal the Division's determination to the Colorado District Court for the City and County of Denver or take such other action as authorized under applicable law.

53.     Until three (3) years after approval of the Implementation Plan, Suncor must retain the Final Report, Implementation Plan, communications with the Contractor regarding the Investigation or Draft Report, and a written record of all actions that Suncor takes in furtherance of the Implementation Plan.

## F.  Monitoring Project

54.     In furtherance of settlement of this matter, Suncor agrees to perform the following monitoring project in accordance with Paragraph 55 below. The monitoring is not a specific statutory or regulatory requirement.

55.     Suncor must conduct emissions testing and monitoring of the Plant 1 FCCU (AIRS Point ID 025) and Plant 2 FCCU (AIRS Point ID 217) to measure Hydrogen Cyanide (HCN) emissions.

   a.  For eight consecutive calendar quarters, beginning in the second quarter of 2020, Suncor must conduct emissions testing at the Plant 1 FCCU (AIRS Point ID 025) and the Plant 2 FCCU (AIRS Point ID 217) to measure Hydrogen Cyanide (HCN) each calendar quarter. This quarterly testing requires the use of a temporary continuous emission monitor system ("CEMS") to measure HCN emissions for 30-days during each test. Within thirty (30) days after the Effective Date, Suncor must submit a protocol to the Division for review and approval for the 30-day quarterly testing, which shall also apply to the testing conducted during the second



quarter of 2020. Subsequent protocols are not required for the quarterly testing unless Suncor or the Division request changes. Results from the quarterly tests must be submitted to the Division within forty-five (45) days of completing each test.

b.  Suncor must provide funding for and must coordinate with the Division to conduct HCN monitoring in the community surrounding the Refinery concurrent with the HCN emissions testing per Paragraph 55.a, above, that is completed during the second quarter 2020 and the third quarter 2020. Suncor agrees to provide funds up to, but not to exceed, $75,000 to support the monitoring project. Suncor must provide the Division at least thirty (30 days) notice prior to commencing the HCN testing to ensure the Division's ability to conduct the community monitoring concurrently with the HCN testing.

c.  Suncor must install a temperature sensor at 2 meters above ground level on its existing 10 meter meteorological tower (and must maintain the sensor at 10 meters above ground level) to measure wind speed, wind direction, temperature and relative humidity. The meteorological tower, with the 10 meter and 2 meter sensors, must be in operation for a minimum of one year, to include the periods of HCN emissions testing required per Paragraph 55.b, above, and Suncor must make the foregoing data available to the Division for this one-year time period.

## G.  <u>Community Communications</u>

56.     In furtherance of settlement of this matter, Suncor agrees to develop a communications system and/or process by which Suncor can exchange communications with, and make data available to, the Division and the community surrounding the Refinery.

57.     Suncor must submit a communications proposal to the Division for review and comment by September 30, 2020. The communications proposal must identify a short-term and long-term timeline for implementation of the communications systems or processes identified.

58.     Between the Effective Date and September 30, 2020, Suncor must conduct outreach to community representatives to discuss communications system and processes. Suncor must evaluate methods by which Suncor can disseminate information to the community and methods by which community members can contact Suncor, including provisions for communications in Spanish.

59.     Short-term measures must be implemented by December 31, 2020. With respect to long-term measures, Suncor will submit a proposed timeframe for implementation with its proposal in Paragraph 57, which will be subject to Division



approval. Suncor must fully implement the long-term communications systems or processes no later than September 30, 2021, unless otherwise agreed to in writing by the Division.

## IV. SCOPE AND EFFECT OF CONSENT ORDER

60. The Parties agree and acknowledge that this Consent Order constitutes a full and final settlement of, and resolution of liability for, the Violations Addressed Herein, and further agree not to challenge the terms and conditions of this Consent Order in any proceeding before any administrative body or any judicial forum, whether by way of direct judicial review or collateral challenge.

61. This Consent Order constitutes a final agency order upon execution by Suncor and the Division and shall be enforceable by either Party in the same manner as if the Division had entered this Consent Order without agreement by Suncor. The Parties agree that any violation of the provisions of this Consent Order by Suncor concerning the Act, or the Regulations, shall be a violation of a final order of the Division for the purposes of §§ 25-7-115, 121, and 122, C.R.S., and may result in the assessment of civil penalties of Fifteen Thousand Dollars ($15,000.00) per day for each day of such violation.

62. With respect to the Stipulated Penalties payable hereunder, Suncor hereby waives any right to a demand or notice under Paragraph 257 of the West Plant Consent Decree or Paragraph 321 of the East Plant Consent Decree, and in the alternative, the Parties agree that this Consent Order, including the Stipulated Penalties described in the "Stipulated Penalty Requirements" above, constitutes a written demand for payment of stipulated penalties on behalf of the Division, which has consulted with the EPA. The Division, by signing this Consent Order, represents that EPA has agreed to the amount of Stipulated Penalties payable by Suncor and has stated that the amount satisfies any stipulated penalty demand that EPA would make in connection with any failure by Suncor to comply with the West Plant Consent Decree and the East Plant Consent Decree with respect to the Violations Addressed Herein. Payment of the Stipulated Penalties due under this Consent Order is a full and final resolution of Suncor's stipulated penalty liability to the Division under the Consent Decrees for Civil Action H-01-4430 and Civil Action No. SA-05-CA-0569 for the Violations Addressed Herein. Suncor, by signing this Consent Order, waives any and all rights under West Plant Consent Decree Paragraph 258, West Plant Consent Decree Part XXII, East Plant Consent Decree Paragraph 322, or otherwise, to dispute the imposition of any of the Stipulated Penalties reflected in this Consent Order, provided that Suncor's payment of the Stipulated Penalties constitutes a full and final resolution of Suncor's stipulated penalty liability to the Division for the Violations Addressed Herein, and no additional stipulated penalties are demanded or payable by or to the Division for the Violations Addressed Herein.

*Suncor Compliance Order on Consent*

App. 1648

63.     The Parties' obligations under this Consent Order are limited to the matters expressly stated herein or in approved submissions required hereunder. The documents submitted for approval specifically identified in Paragraph 32 of this Consent Order are incorporated into this Consent Order and become enforceable under the terms of this Consent Order as of the date of approval by the Division until approval of a Notice of Completion of the applicable obligations relating to such document(s) or approval of a Request to Terminate.

64.     The Division's approval of any submission, standard, or action under this Consent Order shall not constitute a defense to, or an excuse for, any prior violation of any requirement under the Act, the Regulations, or any subsequent violation of any requirement of this Consent Order, the Act, or the Regulations.

65.     Entering into this settlement shall not constitute an admission of violation by Suncor, nor shall the Division or any third party infer it to be such an admission by Suncor in any administrative or judicial proceeding. Notwithstanding the foregoing or anything in this Consent Order to the contrary, the described Violations Addressed Herein will constitute part of Suncor's compliance history for any purpose for which such history is relevant, including considering the Violations Addressed Herein in assessing a penalty for any subsequent violations, in accordance with the provisions of § 25-7-122, C.R.S., against Suncor.

66.     This Consent Order does not relieve Suncor from complying with all applicable Federal, State, and/or local laws and regulations and Suncor shall obtain all necessary approvals or permits to conduct the investigation and remedial activities required by this Consent Order and perform its obligations required hereunder. The Division makes no representation with respect to approval and permits required by Federal, State, or local laws or regulations other than those specifically referred to herein.

67.     Nothing herein shall be construed as prohibiting, altering, or in any way limiting the ability of the Division to seek any other remedies or sanctions available by virtue of Suncor's violation of this Consent Order or of the statutes and regulations upon which this Consent Order is based, or for Suncor's violation of any applicable provision of law, if such violations are not Violations Addressed Herein.

## V.  LIMITATION RELEASES AND RESERVATION OF RIGHTS AND LIABILITY

68.     Upon the Effective Date, the Division hereby releases, covenants not to sue, and agrees not to take any further administrative action against Suncor for the Violations Addressed Herein. This Consent Order does not grant any release of liability for any violations, regardless of when they occurred, that are not Violations Addressed Herein. The Division reserves the right to bring any action it deems necessary to enforce this Consent Order.



*Suncor Compliance Order on Consent*

69.     Nothing in this Consent Order shall preclude the Division from imposing additional requirements necessary to protect human health or the environment in accordance with applicable law.

70.     Suncor reserves its rights and defenses regarding liability in any proceedings regarding the Refinery other than proceedings to enforce this Consent Order.

71.     Upon the Effective Date, Suncor releases and covenants not to sue the State of Colorado as to all common law or statutory claims or counterclaims arising from, or relating to, the violations of the Act or the Regulations specifically addressed herein.

72.     Suncor shall not seek to hold the State of Colorado or its employees, agents or representatives liable for any injuries or damages to persons or property resulting from acts or omissions of Suncor, or those acting for or on behalf of Suncor, including its officers, employees, agents, successors, representatives, contractors or consultants in carrying out activities pursuant to this Consent Order.  Suncor shall not hold out the State of Colorado or its employees, agents or representatives as a party to any contract entered into by Suncor in carrying out activities pursuant to this Consent Order.  Nothing in this Consent Order shall constitute an express or implied waiver of immunity otherwise applicable to the State of Colorado, its employees, agents, or representatives.

73.     The Division reserves the right to bring any action or to seek civil or administrative penalties for any past, present, or future violations of the Act and the Regulations, other than with respect to the Violations Addressed Herein.  Further, the Division has the right to bring any action to enforce this Consent Order and to seek authorized penalties for any violation of this Consent Order.  Notwithstanding anything in this Consent Order to the contrary, in the event of a violation of Paragraph 26 of this Consent Order, the Division agrees that it shall only assert a violation of Paragraph 26 or a violation of the applicable Act or Regulation, and not both.

## VI. <u>FORCE MAJEURE</u>

74.     Suncor must perform the requirements of this Consent Order within the schedules and time limits set forth herein and in any approved plan unless the performance is prevented or delayed by events that constitute a force majeure.  A force majeure is defined as any event arising from causes which are not reasonably foreseeable, which are beyond the control of Suncor, and which cannot be overcome by due diligence.

*Suncor Compliance Order on Consent*



75.     Unless otherwise provided in the Act or the Regulations, within seventy-two (72) hours of the time that Suncor knows or has reason to know of the occurrence of any event which Suncor has reason to believe may prevent Suncor from timely compliance with any requirement under this Consent Order, Suncor must provide verbal notification to the Division.  Within seven (7) calendar days of the time that Suncor knows or has reason to know of the occurrence of such event, Suncor must submit to the Division a written description of the event causing the delay, the reasons for and the expected duration of the delay, and actions which will be taken to mitigate the duration of the delay.

76.     The burden of proving that any delay was caused by a force majeure shall at all times rest with Suncor.  If the Division agrees that a force majeure has occurred, the Division will so notify Suncor.  The Division will also approve or disapprove of Suncor's proposed actions for mitigating the delay.  If the Division does not agree that a force majeure has occurred, or if the Division disapproves of Suncor's proposed actions for mitigating the delay, it shall provide a written explanation of its determination to Suncor.

77.     Delay in the achievement of one requirement shall not necessarily justify or excuse delay in the achievement of subsequent requirements.  In the event any performance under this Consent Order is found to have been delayed by a force majeure, Suncor must perform the requirements of this Consent Order that were delayed by the force majeure with all due diligence.

## VII.    DISPUTE RESOLUTION

78.     If the Division determines that a violation of this Consent Order has occurred, that a force majeure has not occurred, or that the actions taken by Suncor to mitigate the delay caused by a force majeure are inadequate, the Division must provide a written explanation of its determination to Suncor.  Within fifteen (15) calendar days of receipt of the Division's determination, Suncor must:

    a.  Submit a notice of acceptance of the determination; or

    b.  Submit a notice of dispute of the determination.

If Suncor fails to submit either of the above notices within the specified time, it will be deemed to have accepted the Division's determination.

79.     If Suncor files any notice of dispute pursuant to Paragraph 78 or 87, the notice shall specify the particular matters in the Division's determination that Suncor seeks to dispute and the basis for the dispute.  Matters not identified in the notice of dispute shall be deemed accepted by Suncor.



80.    The Division and Suncor shall have thirty (30) calendar days from the receipt by the Division of the notification of dispute to reach an agreement.  If agreement cannot be reached on all issues within this thirty (30) day period, the Division must confirm or modify its decision within an additional fourteen (14) days, and the confirmed or modified decision shall be deemed effective and subject to appeal in accordance with the Act and the Colorado Administrative Procedure Act, Article 4, Title 24, Colorado Revised Statutes.

## VIII.  <u>NOTICES</u>

81.    Unless otherwise specified, any report, notice or other communication required under the Consent Order shall be sent to:

| | |
|---|---|
| For the Division: | Enforcement Unit Supervisor<br>Colorado Department of Public Health and Environment<br>APCD-SS-B1-1400<br>4300 Cherry Creek Drive South<br>Denver, Colorado 80246-1530 |
| With copy to: | First Assistant Attorney General<br>Air Quality Unit<br>Colorado Department of Law<br>1300 Broadway, 7th Floor<br>Denver, CO 80203 |
| For Suncor: | Manager – Environmental, Health and Safety<br>Suncor Energy (U.S.A.) Inc.<br>5801 Brighton Blvd.<br>Commerce City, CO 80022 |
| With copy to: | Director, Legal Affairs<br>Suncor Energy (U.S.A.) Inc.<br>717 17th Street, 29th Floor<br>Denver, CO 80202 |

## IX.  <u>OBLIGATIONS UNAFFECTED BY BANKRUPTCY</u>

82.    The obligations set forth herein are based on the Division's police and regulatory authority.  These obligations require specific performance by Suncor of corrective actions carefully designed to prevent on-going or future harm to public health or the environment, or both.  Enforcement of these obligations is not stayed by a petition in bankruptcy.  Suncor agrees that the penalties set forth in this Consent Order are not in compensation of actual pecuniary loss.  Further, the obligations imposed by this Consent Order are necessary for Suncor and the Refinery to achieve and maintain compliance with State law.



## X.  MODIFICATIONS

83.     This Consent Order may be modified only upon mutual written agreement of the Parties.

## XI. PERIODIC REPORTING, COMPLETED ACTIONS, AND TERMINATION

84.     Within thirty (30) days of the conclusion of each semi-annual period following the Effective Date of this Consent Order (e.g. January-June 2020 and July-December 2020) and during the effectiveness of this Consent Order, Suncor will submit a Periodic Report to the Division, identifying the status of Suncor's compliance with the provisions of Section III.A and Section III.E of this Consent Order. The Periodic Report must be submitted in accordance with Section VIII of this Consent Order (Notices).

85.     In the Periodic Report, Suncor may identify those provisions of Section III.A-G of this Consent Order that Suncor has completed (Notice of Completion). The Division shall either accept or reject each of Suncor's Notice(s) of Completion within thirty (30) calendar days of receipt in accordance with Paragraph 87, below.

86.     Upon completion of all of the requirements of Sections III.A-G of this Consent Order (but excluding those in Paragraphs 26, 29(ii), 32, 42, and 45) (collectively, the "Applicable Requirements"), Suncor may seek to terminate this Consent Order (Request to Terminate).  Even if certain ongoing requirements of the Applicable Requirements have been not been completed (e.g., implementing the Investigation Plan in Section III.E or implementing the community communication system in Section III.G, etc.), Suncor may still seek to terminate this Consent Order (Request Order); provided this Consent Order may not be terminated unless those ongoing requirements have been incorporated into another enforceable permit, compliance order, or other document.  To seek termination, Suncor may submit documentation demonstrating that it has fulfilled the Applicable Requirements of this Consent Order and/or that it has incorporated any ongoing requirements, if applicable, into appropriate permits or other orders. Suncor may rely on the Division's approval of Notice(s) of Completion pursuant to Paragraph 85, above, in making this demonstration as to the provisions completed. If the Request to Terminate is incomplete, the Division will advise Suncor of the missing information within thirty (30) calendar days, and Suncor will provide the requested information within fourteen (14) calendar days. The Division shall either accept or reject a complete Request to Terminate within thirty (30) calendar days of receipt in accordance with Paragraph 87, below.  This Consent Order shall terminate upon the date of the Division's acceptance of a Request to Terminate.

87.     If the Division rejects any of Suncor's Notice(s) of Completion or Suncor's Request to Terminate, the Division will include in its notice a statement



identifying the requirements that the Division considers incomplete or not satisfactorily performed and a schedule for completion. Within twenty-one (21) calendar days of receipt of the Division's notice, the Parties shall meet to discuss the Division's determination and attempt to resolve any dispute.  If the dispute remains unresolved, within twenty-one (21) calendar days after the meeting, Suncor will either:

      a.      Submit a notice of acceptance of the determination; or

      b.      Submit a notice of dispute pursuant to Section VII of this Consent Order (Dispute Resolution).

If Suncor fails to submit either of the above notices within the specified time, Suncor will be deemed to have accepted the Division's determination.

      88.     The Parties agree that Paragraphs 24, 25, 42, 45, and 68-73 of this Consent Order shall continue to survive after termination of this Consent Order.

## XII.   CONSTRUCTION, BINDING EFFECT, AUTHORIZATION TO SIGN AND EFFECTIVE DATE

      89.     This Consent Order constitutes the final and complete agreement and understanding among the Parties with respect to the settlement embodied in the Consent Order, and supersedes all prior agreements and understandings, whether oral or written, concerning the settlement embodied herein.

      90.     This Consent Order shall be construed fairly as to both Parties and shall not be construed in favor of or against either Party in the event of an ambiguity or other form of dispute as to its interpretation.  The words "include," "includes" and "including" in this Consent Order mean "include/includes/including without limitation."  The use of "or" is not intended to be exclusive.

      91.     Nothing in this Consent Order shall be construed to create any rights in, or grant any cause of action to, any person not a Party to this Consent Order.  Each of the Parties expressly reserves any and all rights, defenses, claims, demands, and causes of action that each Party may have against any party or person not a Party to this Consent Order.

      92.     This Consent Order is binding upon the Parties to this Consent Order, the Parties' subsidiaries or parents, the Parties' officers, directors, employees, successors in interest, and assigns.  The undersigned warrant that they are authorized to bind legally their respective principals to this Consent Order, and that the Parties have the authority to enter into this Consent Order.  Suncor shall be responsible for any violation of this Consent Order caused by any agents or contractors of Suncor acting within the scope of their authorization to act on Suncor's behalf.

*Suncor Compliance Order on Consent*



93.    This Consent Order shall be effective upon the date signed by the last Party below (the "Effective Date"). In the event that a party does not sign this Consent Order within thirty (30) calendar days of the other party's signature, this Consent Order becomes null and void. This Consent Order may be executed in multiple counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same Consent Order.

**COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT**

By: _____    Date: 3/6/20
Shannon McMillan
**Compliance and Enforcement Program Manager**
**Air Pollution Control Division**

**SUNCOR ENERGY (U.S.A.) INC.**

By: _____    Date: 3/5/20
NAME: _DONALD AUSTIN_
TITLE: _VP COMMERCE CITY REFINERY_

cc:   Shannon McMillan, APCD          Jason Long, APCD
      Paul Carr, APCD                 Beth Pilson, APCD
      Jeffrey Bishop, APCD            Heather Wuollet, APCD
      Garry Kaufman, APCD Director    John Putnam, CDPHE Director Environmental Programs
      Tom Lovell, APCD                Rachel Wilson-Roussel, DEHS
      Ben Cappa, APCD                 Tom Roan, Attorney General's Office
      Laurie Ostrand, EPA (Region VIII)    Robyn Wille, Attorney General's Office
      Michael Stovern, EPA (Region VIII)   File

*Suncor Compliance Order on Consent*

86    

# Exhibit 8

DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159



# COLORADO

## Department of Public Health & Environment

## AIR POLLUTION CONTROL DIVISION

**COMPLIANCE ORDER ON CONSENT**        **CASE NOS. 2021-082 & 2022-076**
                                        **AIRS NO. 001-0003**

**IN THE MATTER OF SUNCOR ENERGY (U.S.A.) INC.**

The Colorado Department of Public Health and Environment ("CDPHE"), through the Air Pollution Control Division ("Division"), issues this Compliance Order on Consent ("Consent Order"), pursuant to the Division's authority under § 25-7-115(3)(b), C.R.S., of the Colorado Air Pollution Prevention and Control Act, §§ 25-7-101 to 1507, C.R.S. ("the Act"), and its implementing regulations, 5 C.C.R. § 1001, et seq. ("the Regulations") with the express consent of Suncor Energy (U.S.A.) Inc. ("Suncor"). The Division and Suncor may be referred to each individually as a "Party" and collectively as "the Parties."

## I.  STATEMENT OF PURPOSE

The mutual objectives of the Parties in entering into this Consent Order are:

1.     To establish compliance requirements and criteria for the continued operation of Suncor's petroleum refinery located at 5801 Brighton Boulevard, Commerce City, Adams County, Colorado (Plant 1), the petroleum refinery located at 5800 Brighton Boulevard, Commerce City, Adams County, Colorado (Plant 2), and the asphalt plant located approximately at 3875 East 56th Avenue, Commerce City, Adams County, Colorado (Plant 3) (collectively, the "Refinery"); and

2.     To resolve the violations of the Act cited herein and in the Compliance Advisories issued to Suncor by the Division on August 3, 2021 (Case No. 2021-082) and May 25, 2022 (Case No. 2022-076).

## II.  DIVISION'S FINDINGS OF FACT AND DETERMINATION OF VIOLATIONS

Based upon the Division's investigation into and review of the compliance issues identified herein, and in accordance with § 25-7-115(3), C.R.S., the Division has

made the following determinations regarding violations of regulatory, statutory, and/or permit requirements associated with the Refinery.

3.      At all times relevant to the violations cited herein, Suncor was a Corporation in good standing and registered to conduct business in the State of Colorado.

4.      Suncor owns and operates the Refinery.

5.      Suncor purchased and took over operations at Plant 1 and Plant 3 in 2003 and has continuously operated since that date. Suncor purchased and took over operations at Plant 2 in 2005 and has continuously operated since that date.

6.      Plant 1 and Plant 3 are subject to the terms and conditions of the following state and federal regulatory requirements, including, but not limited to:

a. Federal Consent Decree (Civil Action No. H-01-4430) entered April 30, 2002, first amendment lodged June 16, 2003, second amendment lodged July 12, 2006 ("West Plant Consent Decree");

b. Colorado Operating Permit Number 96OPAD120, issued to Suncor on August 1, 2004, and last revised February 22, 2018 ("Permit 96OPAD120");

c. 40 C.F.R. Part 60:

   i.   Subpart A – General Provisions ("Subpart A");

   ii.  Subpart VVa - Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 ("Subpart VVa");

   iii. Subpart GGGa - Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After November 7, 2006 ("Subpart GGGa");

   iv.  Subpart QQQ - Standards of Performance for VOC Emissions from Petroleum Refinery Wastewater Systems ("Subpart QQQ"); and

d. 40 C.F.R. Part 63, Subpart R - National Emission Standards for Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations) ("Subpart R").

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159          pg 4 of 74

Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 93

7.     Plant 2 is subject to the terms and conditions of the following state and federal regulatory requirements, including, but not limited to:

a.   Federal Consent Decree (Civil Action No. SA-05-CA-0569) entered November 23, 2005, non-material modification effective June 18, 2006 ("East Plant Consent Decree");

b.   Colorado Operating Permit Number 95OPAD108, issued to Suncor on October 1, 2006, revised September 1, 2022;

c.   Colorado Construction Permit Number 09AD0961, Final Approval issued to Suncor on February 23, 2015 ("Permit 09AD0961");

d.   Colorado Construction Permit Number 09AD1422, Initial Approval issued to Suncor on May 14, 2010 ("Permit 09AD1422"); and

e.   Colorado Construction Permit Number 12AD032-3, Initial Approval Mod-2 issued to Colorado Refining Company[1] on January 5, 1998 ("Permit 12AD032-3").

8.     Plant 2 was subject to the terms and conditions of the Colorado Operating Permit Number 95OPAD108, issued to Suncor on October 1, 2006, revised June 15, 2009 ("Permit 95OPAD108").

9.     The Refinery is subject to the terms and conditions of the following state and federal regulatory requirements, including, but not limited to:

a.   40 C.F.R. Part 60:

i.    Subpart A;

ii.   Subpart J - Standards of Performance for Petroleum Refineries ("Subpart J");

iii.  Subpart Ja - Standards of Performance for Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After May 14, 2007 ("Subpart Ja");

iv.   Subpart VV - Standards of Performance for Equipment Leaks of VOC in the Synthetic Organic Chemicals Manufacturing Industry for Which Construction, Reconstruction, or Modification Commenced After January 5, 1981, and on or Before November 7, 2006 ("Subpart VV");

---

[1] Colorado Refining Company merged into Suncor on July 31, 2005.

3

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159   pg 5 of 74
Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 94

     v.   Subpart GGG - Standards of Performance for Equipment Leaks of VOC in Petroleum Refineries for Which Construction, Reconstruction, or Modification Commenced After January 4, 1983, and on or Before November 7, 2006 ("Subpart GGG");

  b.  40 C.F.R. Part 63:

     i.   Subpart CC - National Emission Standards for Hazardous Air Pollutants from Petroleum Refineries ("Subpart CC");

    ii.   Subpart UUU - National Emission Standards for Hazardous Air Pollutants for Petroleum Refineries: Catalytic Cracking Units, Catalytic Reforming Units, and Sulfur Recovery Units ("Subpart UUU");

  c.  The Compliance Order on Consent for Case Numbers 2019-097 and 2019-194 ("the 2019 Consent Order"), entered into between Suncor and the CDPHE, through the Division, effective March 6, 2020, and modified June 30, 2020, October 28, 2020, and March 9, 2021; and

  d.  The Act and the Regulations.

10.    On August 26, 2020 and July 19-21, 2021, Jason Long, of the Division, conducted inspections at the Refinery for the purpose of determining compliance with the state and federal regulatory requirements listed in Paragraphs 6 through 9 of this Consent Order. Based on the Division's inspections, and a review of records related to the Refinery, the Division issued Compliance Advisories to Suncor on August 3, 2021 and May 25, 2022.

11.    On September 7, 2021, the Division and Suncor met to discuss the issues identified in the August 3, 2021 Compliance Advisory.

12.    On August 17, 2022, the Division and Suncor met to discuss the issues identified in the May 25, 2022 Compliance Advisory.

13.    Based upon a review of information, including without limitation the Division's August 26, 2020 inspection, records related to the Refinery, and information shared by and discussions with Suncor, the Division has determined the following[2]:

### Refinery: Plant 1 and Plant 3
### Inspection: 8/26/2020, Case No. 2021-082

  a.  Pursuant to Permit 96OPAD120, § II, Conditions 11.3, 12.3, 13.3, 14.3, 15.3, 16.3, 17.3, 18.3, 20.6.2, 21.3, 27.3, 28.3, 29.2, 29.9, 30.2, 30.10,

---

[2] In repeating statements from Suncor about the causes of and Suncor's responses to certain of the violations, the Division does not necessarily concur with the accuracy of such statements.

DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159

38.2.1, 46.1.1, and 46.8; Subpart J, § 60.104(a)(1); and Subpart Ja, §§ 60.102a(g)(1)(ii) and 60.103a(h), Suncor shall not burn in any fuel gas combustion device or any affected flare any fuel gas that contains hydrogen sulfide ("$H_2S$") in excess of 162 parts per million volumetric ("ppmv") determined hourly on a 3-hour rolling average basis.

i.   On July 13, 2019, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2) from 18:00 hrs to 20:00 hrs. On July 13, 2019, at approximately 16:30 hrs, the Plant 3 flare gas compressor (C-21) tripped offline due to high liquid level in the flare gas compressor discharge separator drum (D-005). Suncor reported that the level gauge on the drum (D-005) had hydrocarbon stuck on the float, which caused an artificially high reading. Once the level indication exceeded 70%, it tripped the flare gas compressor, as designed. This allowed $H_2S$-containing gases to break through the water seal in the seal drum and flow to F2. Suncor reported that operations personnel immediately restarted C-21 and resumed the recovery of flare gases from the Plant 3 Crude Unit, but the $H_2S$-containing material became stagnant in the Asphalt Unit flare line and caused elevated $H_2S$ readings for two hours following the event until purge gas removed the stagnant material.

ii.   On July 16, 2019, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1) from 8:00 hrs to 10:00 hrs. Suncor personnel were preparing to perform pump maintenance on the F1 seal drum pump (P-3903), which required Suncor to lower the water level in the seal drum (D-3901). When the water level reached approximately 50% in D-3901, the $H_2S$ concentration spiked in the flare header. Upon noticing the $H_2S$ spike, Suncor added water to increase the level in D-3901.

iii.   On July 17, 2019, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1) from 16:00 hrs to 17:00 hrs. Suncor reported that the exceedance was caused by a sudden increase in pressure at the sweet fuel gas drum (D-193). Hot ambient temperatures caused an increase in volume of fuel gases sent to D-193. The additional fuel gas volume pressured up D-193 and caused the drum to vent excess fuel gas to F1. At the time of the event, the Plant 1 to Plant 2 transfer line was out of service due to a sight glass leak on the line. Therefore, Plant 1 was experiencing a fuel gas imbalance and not able to send excess fuel gas to Plant 2 to alleviate the elevated $H_2S$.

iv.   On September 1, 2019, from 14:00 hrs to 18:00 hrs, and September 2, 2019, from 10:00 hrs to 13:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2). On September 1, 2019, at

App. 1661

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 7 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 96

approximately 11:06 hrs, the Plant 3 flare gas recovery compressor tripped offline allowing $H_2S$-containing gases to be sent to F2. Suncor reported that the cause was a failed temperature transmitter on the Flare Knockout Drum. Suncor replaced the temperature transmitter on September 4, 2019. During the event, the water level in the flare seal drum was also dropping. Suncor discovered the check valve in the water supply line was plugged. Operators changed out the check valve, established flow back into the seal drum, and restarted the flare gas recovery compressor.

v.  On October 20, 2019, the first stage of the flare gas recovery compressor was taken offline intermittently as part of the planned shutdown of the No. 1 Reformer and No. 2 Hydrodesulfurizer ("HDS") process units and the associated unit purging activities. Suncor reported the first stage was placed back online and operated to the maximum extent possible to minimize the amount of gases that were allowed to go to the Main Plant Flare (F1). This event led to the following exceedances of the fuel gas $H_2S$ limit at F1:

Start Date and Time:  10/20/2019 19:00 hrs
End Date and Time:   10/20/2019 21:00 hrs
Start Date and Time:  10/21/2019 01:00 hrs
End Date and Time:   10/21/2019 20:00 hrs
Start Date and Time:  10/23/2019 14:00 hrs
End Date and Time:   10/23/2019 17:00 hrs

vi.  On March 2, 2020, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2) from 11:00 hrs to 14:00 hrs. On March 2, 2020, electricians were completing a preventive maintenance battery change out on the uninterruptible power supply for Plant 3. When the electricians disconnected a battery from the charger, the entire plant lost power supply to the pumps, field equipment, and flare gas recovery compressor. Suncor identified the cause as a loose electrical connection within the system, which Suncor tightened after the event.

vii.  On April 8, 2020, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1) from 10:00 hrs to 13:00 hrs. On April 7, 2020, the Plant 1 Fluid Catalytic Cracking Unit ("FCCU") lost gas oil feed flow from Pump 571 due to plugging in the pump suction line. Suncor believes the plugging was due to the line-up in place that day, which was feeding the Plant 1 FCCU from Tank 58. Tank 58 is not a heated or insulated tank. The Plant 1 FCCU hot rundown was being used to fill Tank 2 at the time, and the gas oil in Tank 58 began to cool. The cooler material, along with solids, are believed

6

to have plugged the suction line. Operators attempted to re-establish flow but were unsuccessful. The decision was made to shut down the Plant 1 FCCU until the feed issues could be addressed. During the Plant 1 FCCU restart, the flare gas recovery compressor tripped due to pressure fluctuations while bringing the wet gas compressor online. This allowed $H_2S$-containing material to go F1 until the compressor was restarted.

viii.  On April 29, 2020, at 21:00 hrs to April 30, 2020, at 16:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). At approximately 20:00 hrs on April 29, 2020, Suncor shut down the Plant 1 flare gas recovery system ("FGRS") for a planned maintenance outage to address plugging of the strainers on the first stage and second stage inlet lines and prevent a future, unplanned trip of the FGRS. With the first and second stages of the FGRS offline, $H_2S$-containing gases were sent to F1. Prior to shutting down the FGRS, process units were on minimum rates, all second stage gases were rerouted to the wet gas compressor (C-17) to minimize the volume of gases and sour material sent to F1, the Plant 1 FCCU Slurry Stripper was taken offline to minimize sour materials to F1, and purge gas was temporarily increased and recovered in order to remove any residual $H_2S$ that may have existed in the FGRS. Analysis of the material removed from the strainers identified high levels of iron and sulfur with the ratio suggesting a mixture of iron sulfide and elemental sulfur. Sulfur is created from oxygen reacting with $H_2S$. The iron sulfide is a bi-product of the sulfur corroding the metal inside the FGRS lines. The presence of these materials plugged the strainers.

ix.  On May 5, 2020, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1) from 7:00 hrs to 8:00 hrs. On May 4 and 5, 2020, Plant 1 operators experienced pressure spikes on the second stage of the FGRS. Suncor reported that gases were intermittently being sent to F1 as a result of cooler temperatures in the second stage suction drum. The temperature dynamics of the suction drum had recently changed due to the repair of a control valve in the No. 3 HDS, which was helping stabilize the temperature in the drum. With that valve repaired, the temperature was entirely dependent on the refrigeration loop on the system and subject to variability. Around December 4, 2020, Suncor completed converting the second stage discharge hot gas bypass valve to a variable opening valve with temperature control to prevent the over-cooling that caused this event.

x.  On May 17, 2020, at approximately 08:31 hrs, a brief power interruption occurred at the West/Sandown electrical distribution

line of the Refinery's primary power supply substation (Sub 100). All equipment downstream of the associated bus (a common connection point for two or more electrical components) shut down immediately. The Sub 100 system detected the loss and transferred power from the still-functioning East/Cherokee-side within five seconds, as designed. This restored line power to the Refinery allowing operations to restart equipment. However, Plant 1's electric boiler feed water pump (P-200) required a separate, manual reset and could not be immediately restarted. There are two other boiler feed water pumps (turbine-driven), but only one was operational when the event occurred. With only one of two turbine-driven pumps in service and P-200 not able to be restarted, the system was unable to maintain boiler feed water demand. This resulted in a loss of the steam system, requiring a safe shutdown of Plants 1 and 3. During the initial power interruption and subsequent shutdown, the FGRS was offline, which allowed $H_2S$-containing gases to go to the Main Plant Flare (F1). Following the shutdown, the Sulfur Recovery Units ("SRUs") (P101 and P102) remained in hot standby in preparation for the Refinery-wide restart. While in hot standby, residual $H_2S$ and sulfur dioxide ("$SO_2$") in the SRU catalyst beds were off-gassing, causing elevated $SO_2$ emissions at the Tail Gas Unit ("TGU") Incinerator (H-25). During this period, and as the SRUs returned to normal service, there was an insufficient volume of acid gas to restart the TGU, which led to an extended duration of elevated $SO_2$ at H-25 while preparations were being made to bring process units back online. Once the process units were restarted, enough acid gas and tail gas were produced to bring the TGU back online and get the $SO_2$ emissions at H-25 back into compliance. Between the shutdown and restart of the Plant 1 FCCU, the FCCU remained in hot standby to allow for a more expeditious restart. During this period, torch oil was introduced to the Plant 1 FCCU Regenerator to maintain temperatures and the secondary air blower was used, resulting in elevated carbon monoxide ("CO") and nitrogen oxides ("NOx") emissions at the Plant 1 FCCU. These events led to the following exceedances of the fuel gas $H_2S$ limit at the Fuel Gas System, F1, and F2:

**Fuel Gas System**
Start Date and Time: 05/18/2020 22:00 hrs
End Date and Time: 05/19/2020 01:00 hrs
Start Date and Time: 05/20/2020 21:00 hrs
End Date and Time: 05/22/2020 06:00 hrs
Start Date and Time: 05/22/2020 16:00 hrs
End Date and Time: 05/23/2020 01:00 hrs

**Main Plant Flare (F1)**

Start Date and Time: 05/17/2020 12:00 hrs
<u>End Date and Time: 05/19/2020 21:00 hrs</u>
Start Date and Time: 05/20/2020 01:00 hrs
<u>End Date and Time: 05/20/2020 18:00 hrs</u>
Start Date and Time: 05/22/2020 02:00 hrs
<u>End Date and Time: 05/22/2020 06:00 hrs</u>
Start Date and Time: 05/22/2020 08:00 hrs
<u>End Date and Time: 05/22/2020 09:00 hrs</u>
Start Date and Time: 05/22/2020 15:00 hrs
<u>End Date and Time: 05/23/2020 01:00 hrs</u>

**Asphalt Unit Flare (F2)**
Start Date and Time: 05/17/2020 10:00 hrs
<u>End Date and Time: 05/17/2020 16:00 hrs</u>

Suncor exceeded the fuel gas $H_2S$ limit (162 ppmv, 3-hr rolling average) at the Fuel Gas System, Main Plant Flare (F1), and Asphalt Unit Flare (F2), violating Permit 96OPAD120, § II, Conditions 11.3, 12.3, 13.3, 14.3, 15.3, 16.3, 17.3, 18.3, 20.6.2, 21.3, 27.3, 28.3, 29.2, 29.9, 30.2, 30.10, 38.2.1, 46.1.1, and 46.8; Subpart J, § 60.104(a)(1); and Subpart Ja, §§ 60.102a(g)(1)(ii) and 60.103a(h).

b.  Pursuant to Permit 96OPAD120, § II, Conditions 29.10, 31.10, and 53.91, and Subpart CC, § 63.670(e), Suncor shall operate the Main Plant Flare (F1) and the Gasoline Benzene Reduction ("GBR") Flare (F3) to maintain the net heating value of flare combustion zone gas ("NHVcz") at or above 270 British thermal units per standard cubic feet ("Btu/scf") determined on a 15-minute block period basis when regulated material is routed to the flare for at least 15-minutes.

   i.  On July 19, 2019, the Main Plant Flare (F1) NHVcz dropped below 270 Btu/scf from 20:30 hrs to 22:15 hrs. Suncor reported that the flare flow controls were in manual mode at the time of the event and were not adjusted soon enough to prevent the non-compliance. Additionally, work had been completed within the NHVcz process control system requiring the operating alarm for this parameter to be temporarily deactivated. Upon completion, the alarm setting was not reset.

   ii.  On August 28, 2019, the GBR Flare (F3) NHVcz dropped below 270 Btu/scf from 10:45 hrs to 11:30 hrs. Suncor was performing testing on Boiler 8, which required ramping up steam production to various levels. Suncor reported that, at approximately 70% capacity on the boiler, excess steam had to be sent to F3, resulting in a lower NHVcz. Suncor reported that operations was venting as much excess steam at other locations as possible prior to sending it to F3, but the lack of

communication surrounding the Boiler 8 test plan led to confusion on the amount of excess steam that could be generated and vented to the flare.

iii.  On October 27, 2019, the GBR Flare (F3) NHVcz dropped below 270 Btu/scf from 06:45 hrs to 07:00 hrs and 07:15 hrs to 07:45 hrs. On October 26, 2019, the GBR unit's Benzene Reduction Tower was taken offline. Per procedure, nitrogen was added to the tower to maintain system pressure. When the tower had reached the designated pressure, the tower pressure controller (24PC1511) began opening to F3 to maintain stable pressure on the tower. The low heat content of the nitrogen caused the NHVcz to drop below 270 Btu/scf. The process controls were being operated in manual mode at the time. Once it was identified that the NHVcz had dropped below the limit, supplemental natural gas was added to F3.

Suncor failed to maintain the Main Plant Flare (F1) and GBR Flare (F3) NHVcz at or above 270 Btu/scf, violating Permit 96OPAD120, § II, Conditions 29.10, 31.10, and 53.91, and Subpart CC, § 63.670(e).

c.  Pursuant to Permit 96OPAD120, § II, Conditions 29.10, 30.11, and 53.89, and Subpart CC, § 63.670(c), Suncor shall operate the Main Plant Flare (F1) and Asphalt Unit Flare (F2) with no visible emissions, except for periods not to exceed a total of five minutes during any two consecutive hours, when regulated material is routed to the flare and the flare vent gas flow rate is less than the smokeless design capacity of the flare.

i.  On August 2, 2019, from 17:59 hrs to 18:08 hrs, Suncor observed visible emissions at the Main Plant Flare (F1). On August 2, 2019, at approximately 17:20 hrs, Boiler 4 in Plant 1 unexpectedly shutdown and caused various upsets in Heavy Oil process units. The boiler shutdown also caused over pressure of vessel W-68 and a process upset at the Plant 1 FCCU. During the event, the first stage of the FGRS tripped offline at approximately 17:58 hrs, which resulted in visible emissions at F1. After multiple attempts, Boiler 4 was restarted at around 18:00 hrs. The first stage of the flare gas recovery compressor was brought back online at approximately 18:06 hrs. Suncor reported that the solenoid on the fuel gas shutoff valve had lost signal due to loose connections in the 24 Volt Power Distribution Panel (55IDP002), resulting in closure of the boiler fuel gas valve. Suncor indicated that permissive holdouts and sporadic signal loss to the solenoid valve caused the delay in getting Boiler 4 restarted.

ii.  On September 21, 2019, from 11:32 hrs to 11:45 hrs, Suncor observed visible emissions at the Main Plant Flare (F1). On September 21,

2019, the Plant 1 FCCU was operating at a stable state when the positioner controller (35PC102) on valve 35PV102 failed, sending a partial flow of wet gas compressor (C-17) gases to the F1. The controller (35PC102) provides backpressure control on the FCC Main Fractionators (W-17) to stabilize the unit and allows the unit to operate within its defined operating pressure envelope to achieve product cut points and provide stable flow to C-17. At approximately 11:27 hrs, the pressure on 35PC102 started to increase and the flow to C-17 began to drop. As designed, the Distributive Control System ("DCS") indication showed the controller (35PC102) opening on pressure control. However, in the field, the valve (35PV102) was closing. The valve failed to respond to the DCS output and shut to the mechanical stop position. The change in valve position resulted in pressure increasing and vapors relieving to F1. To avoid tripping the first and second stage of the Plant 1 FGRS, which would have resulted in additional flaring, the first stage suction was opened to F1. The additional vent gas flow to F1 resulted in the flare exceeding its smokeless capacity flow rate (38,624 lbs/hr or 246,598 scfh) and visible emissions at F1. Around May 15, 2021, Suncor replaced the positioner controller (35PC102) during a planned outage.

iii.   On September 25, 2019, from 00:05 hrs to 01:35 hrs, Suncor observed visible emissions at the Main Plant Flare (F1). On September 25, 2019, the W-66 catalytic poly reactor was starting up. During start-up of a reactor, pressures in all three reactors fluctuate due to changes in reactor feed rates. Suncor reported that operations personnel made adjustments to balance system pressures and maintain pressures below the relief settings of the pressure relief devices. During reactor start-up, the pressure in reactor W-70 reached approximately 540 psig when relief valve 41RV859 lifted and sent gases to F1. The set pressure for 41RV859 is 559 psig. Suncor reported the valve had unexpectedly relieved below its set point. To avoid tripping the first and second stages of the Plant 1 FGRS, which would have resulted in additional flaring, the first stage suction was opened to F1. Suncor indicated that steam flow to F1 was increased to the maximum extent possible, but the flow rate of process gases from W-70 was too high resulting in visible emissions at F1.

iv.   On November 13, 2019, from 11:44 hrs to 13:44 hrs, Suncor observed visible emissions at the Main Plant Flare (F1). On November 13, 2019, operations and maintenance personnel were preparing to start up the No. 1 Reformer following a planned outage. Suncor reported that, per procedure and for safety reasons, the first stage of the FGRS was taken offline in order to perform a flare system entry and remove blinds from the unit piping. During this period, additional gases were sent to F1. Suncor indicated that operations personnel made

11

adjustments to the steam flow. However, the adjustments were not adequate to prevent the visible emissions.

    v.    On January 25, 2020, from 13:30 hrs to 15:30 hrs, Suncor observed visible emissions at the Main Plant Flare (F1). On January 25, 2020, the No. 1 Crude Unit was restarting after a planned outage. Light hydrocarbon material was making it past the Flare KO Drum (D-322) to the Seal Drum (D-3901), which lowered the bulk density of the sealing fluid and the associated head pressure required to breakthrough the seal. The pressure fluctuations due to loading variability from the No. 1 Crude start-up led to gases breaking through to F1 and intermittent visible emissions.

    vi.    On January 26, 2020, from 08:14 hrs to 10:14 hrs, Suncor observed visible emissions at the Main Plant Flare (F1). On January 26, 2020, a butane truck was unloading and left a vent valve to F1 open, which was the source of light material to the Flare KO drum. For this event, the RSR flare camera display in the control room was not available because a password change was required. Suncor reported that the Shift Team did not have the ability to quickly fix this, so the display was not available to help identify the need for more steam flow.

    vii.    On March 2, 2020, from 09:45 hrs to 10:31 hrs, Suncor observed visible emissions at the Asphalt Unit Flare (F2). The visible emissions were a result of the event described in Paragraph 13.a.vi of this Consent Order.

    viii.    On May 17, 2020, from 08:39 hrs to 12:18 hrs, Suncor observed visible emissions at the Main Plant Flare (F1). The visible emissions were a result of the event described in Paragraph 13.a.x of this Consent Order.

    Suncor failed to operate the Main Plant Flare (F1) and Asphalt Unit Flare (F2) with no visible emissions, violating Permit 96OPAD120, § II, Conditions 29.10, 30.11, and 53.89, and Subpart CC, § 63.670(c).

d.    Pursuant to Permit 96OPAD120, § II, Conditions 34.2, 34.7, 43.8, 47.1, 53.44, 55, and 64, Suncor is required to comply with the applicable equipment leak standards, including the Leak Detection and Repair ("LDAR") monitoring requirements, contained in Subpart VV, §§ 60.482-1 to 60.482-10; Subpart VVa, §§ 60.482-1a to 60.482-10a; Subpart GGG, § 60.592(a); Subpart GGGa, § 60.592a(a); Subpart CC, § 63.648(a); and AQCC Regulation 7, §§ VIII.C[3]. Pursuant to Permit 96OPAD120, § II, Conditions 43.8.2 and 55.40; Subpart VVa, § 60.482-6a(a)(1); and AQCC Regulation 7,

---

[3] AQCC Regulation 7, effective February 14, 2020, reorganized Section VIII.C (Petroleum Refinery Equipment Leaks) to Part B, Section VI.C.

§ VIII.C.2.b, except for safety pressure relief valves, no owner or operator of a petroleum refinery shall install or operate a valve at the end of a pipe or line containing volatile organic compounds ("VOCs") unless the pipe or line is sealed with a second valve, a blind flange, a plug, or a cap. The sealing device may be removed only when a sample is being taken or when the valve is otherwise in use. Pursuant to Permit 96OPAD120, § II, Conditions 43.8.1, 51.21, and 55.63; AQCC Regulation 7, § VIII.C.2.a.(v); AQCC Regulation 7 (effective 2/14/2020), Part B, § VI.C.2.a.(v); Subpart QQQ, § 60.692-6(b); and Subpart VVa, § 60.482-9a(a), for equipment where repair is technically infeasible without a process unit shutdown, repair of equipment shall occur before the end of the next process unit shutdown and monitoring to verify repair must occur within 15 days after startup of the process unit.

i. Between July 2019 and December 2019, Suncor identified 5 valves, 19 connectors, and 1 other component that existed in the field and were subject to LDAR monitoring requirements but had not previously been included in the LDAR inspection program. These components were added to the LDAR database for continual monitoring.

ii. On September 5, 2019, Suncor identified and plugged one open-ended line.

iii. During a third-party consent decree audit in June 2020, the auditor identified the following deviations at Plant 1:

a. Two valves were discovered in the field as subject to LDAR monitoring requirements but had not previously been included in the LDAR inspection program. On July 17, 2020, Suncor added these components to the LDAR database for continual monitoring and, on July 20, 2020, monitored the components; and

b. A control valve was found to be leaking in 2019 and was placed under delay of repair because the block valves in the bypass loop would not hold flow to allow process isolation during valve repair. The isolation block valves were replaced in January 2020 during a unit outage, but the attempt to repair the control valve was not performed at that time as required. Suncor reported that the control valve assembly was repaired on September 3, 2020, and remonitored for leaks on September 9, 2020 (no leaks detected).

Suncor failed to conduct LDAR monitoring on 27 components, seal one open-ended line, and timely repair and monitor a control valve placed under delay of repair, violating Permit 96OPAD120, § II, Conditions 34.2, 34.7, 43.8, 43.8.1, 43.8.2, 47.1, 51.21, 53.44, 55, 55.40, 55.63, and 64; Subpart VV, § 60.482-1 to § 60.482-10; Subpart VVa, § 60.482-1a to § 60.482-10a; Subpart VVa, §§ 60.482-6a(a)(1) and 60.482-9a(a); Subpart

13

GGG, § 60.592(a); Subpart GGGa, § 60.592a(a); Subpart QQQ, § 60.692-6(b); Subpart CC, § 63.648(a); AQCC Regulation 7, §§ VIII.C, VIII.C.2.a.(v), and VIII.C.2.b; and AQCC Regulation 7 (effective 2/14/2020), Part B, §§ VI.C and VI.C.2.a.(v).

e. Pursuant to Permit 96OPAD120, § II, Conditions 2.3, 3.2, and 39.1, AQCC Regulation 7, § III.A, and AQCC Regulation 7 (effective 2/14/2020), Part B, § I.A, all storage tank hatches, accesses, seals, and roof drainage systems shall be maintained and operated to prevent detectable vapor loss.

  i. On November 13, 2019, Suncor discovered gas oil on top of the floating roof at Tank 1. The product was removed from the roof on December 23, 2019.

  ii. On March 6, 2020, Suncor discovered crude oil on the roof of Tank 775. The product had reached the roof through the gauge pole area of the tank and was removed from the roof on April 15, 2020.

  iii. On March 26, 2020, Suncor discovered gas oil on top of the floating roof at Tank 1. The product was removed from the roof on May 8, 2020.

  Suncor reported that, when gas oil is stored in an external floating roof tank, the material can stick to the tank walls as the floating roof descends and gets wiped onto the seal as the floating roof ascends. With rising ambient temperatures, the product on the seal becomes less viscous and flows to the roof drain. The presence of VOC product observed on the roof is indicative of a detectable vapor loss. Suncor failed to maintain and operate all hatches, accesses, seals, or roof drainage systems on Tank 1 and Tank 775 to prevent detectable vapor loss, violating Permit 96OPAD120, § II, Conditions 2.3, 3.2, and 39.1, AQCC Regulation 7, § III.A, and AQCC Regulation 7 (effective 2/14/2020), Part B, § I.A.

f. Pursuant to Permit 96OPAD120, § II, Condition 52.13, and Subpart R, § 63.427(b), each owner or operator of a bulk gasoline terminal subject to the provisions of this subpart shall operate the vapor processing system in a manner not to exceed the operating parameter value for the parameter described in paragraphs (a)(1) and (a)(2) of Subpart R, § 63.427, or to go below the operating parameter value for the parameter described in paragraph (a)(3) of Subpart R, § 63.427, and established using the procedures in Subpart R, § 63.425(b). Operation of the vapor processing system in a manner exceeding or going below the operating parameter value, as specified above, shall constitute a violation of the emission standard in Subpart R, § 63.422(b). Pursuant to Permit

96OPAD120, § II, Condition 52.4, and Subpart R, § 63.422(b), emissions to the atmosphere from the vapor collection and processing systems due to the loading of gasoline cargo tanks shall not exceed 10 milligrams of total organic compounds per liter of gasoline loaded. In accordance with Subpart R, § 63.425(b), Suncor established a temperature operating parameter value of 1,299 degrees Fahrenheit (6-hour rolling average) for the Rail Loading Rack (R101) vapor combustion unit ("VCU").

   i.  On several occasions during October 2019 and November 2019, the pressure transmitter used to indicate rail car loading froze and drifted, causing the waste gas valve to open to the VCU without active loading occurring, which resulted in lower VCU temperatures during these periods. This resulted in the following noncompliance with the R101 VCU temperature operating parameter value and Subpart R, § 63.422(b), emission standard:

Start Date and Time:  10/31/2019 00:22 hrs
End Date and Time:   10/31/2019 03:04 hrs
Start Date and Time:  10/31/2019 06:16 hrs
End Date and Time:   10/31/2019 07:28 hrs
Start Date and Time:  11/26/2019 18:51 hrs
End Date and Time:   11/27/2019 16:21 hrs
Start Date and Time:  11/29/2019 18:54 hrs
End Date and Time:   11/29/2019 21:18 hrs
Start Date and Time:  11/30/2019 05:20 hrs
End Date and Time:   11/30/2019 05:59 hrs

Suncor reported that, upon becoming aware of the issue, it added insulation and steam to the transmitter to unfreeze the transmitter and prevent future freezing events. The transmitter's vent design was also modified on December 31, 2019, to further prevent moisture infiltration.

  ii.  On March 20, 2020, at 00:18 hrs through March 22, 2020, at 23:42 hrs, for a total of 609 minutes, Suncor failed to comply with the R101 VCU temperature operating parameter value and Subpart R, § 63.422(b), emission standard. On March 20, 2020, at 01:38 hrs, while loading was occurring, the R101 VCU temperature had dropped below 1,299 degrees Fahrenheit on a 6-hour rolling average. Suncor reported that this drop in temperature was the result of a mechanical failure of the waste gas header main block valve to close as commanded by the programmable logic controller. Operations took action on the next shift, the day shift, to thaw out both pressure transmitters. DCS low temperature alarms were acknowledged at the start of the event, but corrective actions were not pursued for approximately 6 hours when the alarms re-initiated

and the day shift began. After this event, Suncor incorporated a series of additional alarms, including an alarm to indicate inconsistent readings between pressure transmitters, which may be a sign the valve is frozen.

Suncor failed to operate the Rail Loading Rack (R101) VCU above 1,299 degrees Fahrenheit on a 6-hour rolling average and failed to limit emissions to the atmosphere from the R101 vapor collection and processing system to 10 milligrams of total organic compounds per liter of gasoline loaded, violating Permit 96OPAD120, § II, Conditions 52.4 and 52.13, and Subpart R, §§ 63.422(b) and 63.427(b).

g.  Pursuant to Permit 96OPAD120, § II, Conditions 31.2 and 46.3, and Subpart Ja, § 60.103a(b)(2), Suncor must comply with the flare management plan, required by Subpart Ja, for the GBR Flare (F3), including the baseline flow rate of 944,000 standard cubic feet per day ("scf/d"). Pursuant to Permit 96OPAD120, § II, Conditions 31.2, 46.4.1.2, and 46.5, and Subpart Ja, §§ 60.103a(c)(1)(ii) and 60.103a(d), Suncor shall conduct a root cause analysis and a corrective action analysis for any discharge to the flare in excess of 500,000 standard cubic feet above the baseline in any 24-hour period, and these analyses must be completed by no later than 45 days after the discharge. To comply with the flare limit requirements of Subpart CC, Suncor installed an additional supplemental fuel natural gas line on F3, downstream of the flare waste gas flow meter. This fuel line became fully operational on January 31, 2019. During the second half of 2019, Suncor identified that only the waste gas flow meter data was being used in the data acquisition system to be compared against the flare flow baseline thresholds. Without the supplemental gas value included in the total flow calculation, Suncor unknowingly exceeded its baseline flow rate value on several occasions and failed to meet the 45-day root cause analysis requirement following these events. On December 17, 2019, Suncor completed the analysis. The cause and corrective action details are included in the February 28, 2020 semi-annual report for Permit 96OPAD120. Suncor exceeded the baseline flow rate (944,000 scf/d) at F3 during the following periods:

Start Date and Time:  2/27/2019 22:00 hrs
End Date and Time:   3/5/2019 10:00 hrs
Start Date and Time:  5/10/2019 23:00 hrs
End Date and Time:   5/11/2019 12:00 hrs
Start Date and Time:  5/11/2019 02:00 hrs
End Date and Time:   5/11/2019 12:00 hrs
Start Date and Time: 7/2/2019 18:00 hrs
End Date and Time:   7/2/2019 19:00 hrs
Start Date and Time: 7/23/2019 08:00 hrs

16

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159   pg 18 of 74

Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 107

<u>End Date and Time:   7/23/2019 11:00 hrs</u>
Start Date and Time:  7/23/2019 12:00 hrs
<u>End Date and Time:   7/24/2019 01:00 hrs</u>
Start Date and Time: 7/24/2019 23:00 hrs
<u>End Date and Time:   7/25/2019 20:00 hrs</u>
Start Date and Time: 8/4/2019 15:00 hrs
<u>End Date and Time:   8/4/2019 17:00 hrs</u>
Start Date and Time: 8/4/2019 20:00 hrs
<u>End Date and Time:   8/5/2019 09:00 hrs</u>

Suncor failed to comply with the flare management plan baseline flow rate at the GBR Flare (F3) and failed to comply with the requirements for root cause and corrective action analyses for each discharge to F3 in excess of 500,000 standard cubic feet above the baseline, violating Permit 96OPAD120, § II, Conditions 31.2, 46.3, 46.4.1.2, and 46.5, and Subpart Ja, §§ 60.103a(b)(2), 60.103a(c)(1)(ii), and 60.103a(d).

h.  Pursuant to Permit 96OPAD120, § II, Condition 22.10.1, and the West Plant Consent Decree, Paragraph 49, Suncor is required to limit CO emissions from the Plant 1 FCCU to 500 parts per million volumetric dry ("ppmvd") at 0% $O_2$ on a one-hour average. Pursuant to Permit 96OPAD120, § II, Conditions 22.11, 22.12, 45.2, and 54.7; Subpart J, § 60.103(a); and Subpart UUU, § 63.1565(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from any FCCU catalyst regenerator any gases that contain CO in excess of 500 ppmvd.

i.  On January 9, 2020, operators were attempting to stabilize apparent load sharing instabilities with both C-16 (main air blower) and C-26 (auxiliary air blower) supplying air to the Plant 1 FCCU Regenerator. Suncor reported that the Inside Operator directed the Outside Operator (via radio) to close the C-26 control valve for the vent to atmosphere, which was misinterpreted to mean closing the C-26 Air to Regenerator control valve. The C-26 Air to Regenerator control valve was shut resulting in the lower air flow to the Regenerator and elevated CO concentrations. Suncor reported that the C-26 Air to Regenerator control valve was quickly re-opened, but the air flow was lower upon re-opening, so the air imbalance remained. Prior to the event, the excess $O_2$ analyzer had been taken out of service for scheduled maintenance and calibration. Suncor indicated that not having the excess $O_2$ indication prolonged recovery from high CO, contributing to the CO exceedance. This event resulted in the following exceedance of the CO limit at the Plant 1 FCCU:

**<u>500 ppmvd at 0% $O_2$ 1-hour average</u>**

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 19 of 74

Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 108

Start Date and Time: 01/09/2020 11:00 hrs
End Date and Time:   01/09/2020 12:00 hrs

ii.   The event described in Paragraph 13.a.vii of this Consent Order
resulted in the following exceedances of the CO limits at the Plant
1 FCCU:

**500 ppmvd at 0% $O_2$ 1-hour average**

Start Date and Time: 04/07/2020 19:00 hrs
End Date and Time:   04/08/2020 07:00 hrs

**500 ppmvd**

Start Date and Time: 04/07/2020 19:00 hrs
End Date and Time:   04/08/2020 01:00 hrs

iii.  The event described in Paragraph 13.a.x of this Consent Order
resulted in the following exceedances of the CO limit at the Plant 1
FCCU:

**500 ppmvd at 0% $O_2$ 1-hour average**
Start Date and Time: 05/17/2020 09:00 hrs
End Date and Time: 05/19/2020 12:00 hrs
Start Date and Time: 05/21/2020 02:00 hrs
End Date and Time: 05/21/2020 07:00 hrs
Start Date and Time: 05/21/2020 11:00 hrs
End Date and Time: 05/21/2020 12:00 hrs
Start Date and Time: 05/21/2020 14:00 hrs
End Date and Time: 05/21/2020 15:00 hrs
Start Date and Time: 05/22/2020 06:00 hrs
End Date and Time: 05/22/2020 07:00 hrs

Suncor failed to comply with the Plant 1 FCCU CO limits, violating
Permit 96OPAD120, § II, Conditions 22.10.1, 22.11, 22.12, 45.2, and
54.7; West Plant Consent Decree, Paragraph 49; Subpart J, § 60.103(a);
and Subpart UUU, § 63.1565(a)(1).

i.   Pursuant to Permit 96OPAD120, § II, Condition 20.1, Suncor shall not
exceed the $SO_2$ emission limit of 15.68 pounds per hour ("lb/hr") from
the Tail Gas Unit (TGU) Incinerator (H-25)[4]. Pursuant to Permit
96OPAD120, § II, Conditions 20.6.1 and 45.12.1; the West Plant Consent
Decree, Paragraphs 169 and 171; and Subpart J, § 60.104(a)(2)(i), Suncor

---

[4] Emissions from SRUs and their associated sulfur pits are routed through the TGU and vented through
the TGU incinerator. Therefore, emissions from the SRUs and the sulfur pits are measured at the
incinerator (H-25).

shall not discharge or cause the discharge of any gases into the atmosphere from any Claus sulfur recovery plant containing in excess of, for an oxidation control system or a reduction control system followed by incineration, 250 ppmvd of $SO_2$ at 0% excess air, on a 12-hour rolling average. Pursuant to Permit 96OPAD120, § II, Conditions 20.10 and 54.28, and Subpart UUU, § 63.1568(a)(1), the SRUs at the Refinery, Plant 1, are subject to Subpart J, § 60.104(a)(2)(i), and the hazardous air pollutant emission limit for the SRUs is 250 ppmvd of $SO_2$ at 0% excess air, on a 12-hour rolling average.

i.  On January 16, 2020, the booster blower in the TGU tripped offline when the level indication in the knock out drum (D-7706) went to 100%. Suncor reported that the float in the level gauge became stuck while the level in D-7706 was rising. Once the float let loose, it immediately went to 100% and automatically tripped the blowers offline, as designed. When the booster blower tripped, all flow from the TGU was switched to H-25. This event resulted in the following $SO_2$ exceedances at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time:  01/16/2020 17:00 hrs
End Date and Time:   01/16/2020 19:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air, 12-hour average**

Start Date and Time:  01/16/2020 18:00 hrs
End Date and Time:   01/17/2020 05:00 hrs

ii.  The event described in Paragraph 13.a.x of this Consent Order resulted in the following $SO_2$ exceedances at H-25:

**15.68 lb/hr $SO_2$ limit**
Start Date and Time: 05/17/2020 09:00 hrs
End Date and Time: 05/17/2020 10:00 hrs
Start Date and Time: 05/17/2020 11:00 hrs
End Date and Time: 05/23/2020 03:00 hrs
Start Date and Time: 05/28/2020 21:00 hrs
End Date and Time: 05/28/2020 22:00 hrs
Start Date and Time: 06/07/2020 08:00 hrs
End Date and Time: 06/07/2020 09:00 hrs
Start Date and Time: 06/08/2020 14:00 hrs
End Date and Time: 06/08/2020 16:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air, 12-hour average**
Start Date and Time: 05/17/2020 10:00 hrs

End Date and Time: 05/24/2020 10:00 hrs
Start Date and Time: 05/28/2020 21:00 hrs
End Date and Time: 05/29/2020 09:00 hrs
Start Date and Time: 06/07/2020 09:00 hrs
End Date and Time: 06/07/2020 19:00 hrs
Start Date and Time: 06/08/2020 16:00 hrs
End Date and Time: 06/09/2020 02:00 hrs

iii. On June 11, 2020, following a catalyst change and restart of the No. 1 SRU (P101), operations experienced feed issues to the unit. Suncor suspects the feed issues were originating in the main plant amine system, the No. 3 HDS amine system, and/or No. 4 HDS amine system. Suncor believes the material, potentially hydrocarbon from the contaminated amine, was likely getting through the No. 1 SRU and TGU and impacting the TGU Incinerator (H-25) firing, ultimately tripping the incinerator. This event resulted in the following $SO_2$ exceedances at H-25:

**15.68 lb/hr $SO_2$ limit**

Start Date and Time:  06/11/2020 19:00 hrs
End Date and Time:   06/11/2020 21:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air, 12-hour average**

Start Date and Time:  06/11/2020 19:00 hrs
End Date and Time:   06/12/2020 07:00 hrs

iv. On May 17, 2020, Suncor identified a sour water leak on a line coming off the TGU Tower W-7701 and temporarily clamped the leak while an engineered clamp was fabricated. Suncor indicated that it routinely inspected this piping circuit by ultrasonic thickness testing due to thinning and corrosion issues caused by past unit upsets. The piping had been evaluated and written up for replacement and upgrade during the 2021 plant turnaround due to thinning concerns. Due to the power interruption and steam system loss event on May 17, 2020, this circuit experienced a pH excursion that resulted in additional thinning and a loss of containment on this line. On June 18, 2020, upon removing the temporary clamp to install the engineered clamp, Suncor identified that the pinhole leak had become a crack in the line that would require a different engineered clamp with a lead time of several days. Due to the potential failure of the line and the associated safety implications, Suncor reported that the TGU needed to be taken offline quickly. Operations was in the process of decreasing unit feed rates on the HDS units (No. 2 HDS, No. 3 HDS, and No. 4 HDS) to help minimize

acid gas production when the TGU was taken offline at approximately 19:45 hrs on June 18, 2020. Upon the TGU coming down, all tail gases from the SRUs were routed directly to the TGU Incinerator (H-25). This event resulted in $SO_2$ exceedances at H-25 as described below. By June 8, 2021, Suncor completed the previously identified piping circuit upgrades and installed a corrosion probe on the line.

**15.68 lb/hr $SO_2$ limit**

Start Date and Time:  06/18/2020 19:00 hrs
End Date and Time:   06/20/2020 13:00 hrs

**250 ppmvd of $SO_2$ at 0% excess air, 12-hour average**

Start Date and Time:  06/18/2020 19:00 hrs
End Date and Time:   06/21/2020 00:00 hrs

Suncor exceeded the $SO_2$ limits at H-25, violating Permit 96OPAD120, § II, Conditions 20.1, 20.6.1, 20.10, 45.12.1, and 54.28; the West Plant Consent Decree, Paragraphs 169 and 171; Subpart J, § 60.104(a)(2)(i); and Subpart UUU, § 63.1568(a)(1).

j.  Pursuant to Permit 96OPAD120, § II, Conditions 22.7.1, 35.1; Permit 96OPAD120, § IV, Condition 16; and AQCC Regulation 1, § II.A.1, Suncor shall not allow or cause the emission into the atmosphere of any air pollutant that is in excess of 20% opacity based on 24 consecutive opacity readings taken at 15-second intervals for six minutes. Pursuant to Subpart UUU, § 63.1564(a)(2), Suncor shall maintain the 3-hour rolling average opacity of emissions from the FCCU catalyst regenerator vent to no higher than 20%. The event described in Paragraph 13.a.x of this Consent Order resulted in the following exceedances of the opacity limits at the Plant 1 FCCU:

**20% (State) 6-minute average**
Start Date and Time: 05/17/2020 08:48 hrs
End Date and Time: 05/17/2020 08:54 hrs
Start Date and Time: 05/18/2020 10:18 hrs
End Date and Time: 05/19/2020 10:54 hrs
Start Date and Time: 05/20/2020 03:36 hrs
End Date and Time: 05/20/2020 06:12 hrs
Start Date and Time: 05/21/2020 03:18 hrs
End Date and Time: 05/21/2020 03:36 hrs
Start Date and Time: 05/22/2020 10:30 hrs
End Date and Time: 05/22/2020 10:36 hrs
Start Date and Time: 05/22/2020 11:18 hrs

<u>End Date and Time: 05/22/2020 11:24 hrs</u>
<u>Start Date and Time: 05/22/2020 11:36 hrs</u>
<u>End Date and Time: 05/22/2020 11:42 hrs</u>

**<u>20% (Federal, Subpart UUU) 3-hr rolling average</u>**
<u>Start Date and Time: 05/18/2020 11:00 hrs</u>
<u>End Date and Time: 05/19/2020 12:00 hrs</u>
<u>Start Date and Time: 05/20/2020 05:00 hrs</u>
<u>End Date and Time: 05/20/2020 07:00 hrs</u>

Suncor failed to comply with the Plant 1 FCCU opacity limits, violating Permit 96OPAD120, § II, Conditions 22.7.1 and 35.1; Permit 96OPAD120, § IV, Condition 16; AQCC Regulation 1, § II.A.1; and Subpart UUU, § 63.1564(a)(2).

k.   Pursuant to Permit 96OPAD120, § II, Condition 22.4.1.1, and the West Plant Consent Decree, Paragraph 15, NOx emissions from the Plant 1 FCCU shall not exceed 86.8 ppmvd at 0% $O_2$, on a 7-day rolling average. On May 18, 2020, at 00:00 hrs to May 26, 2020, at 00:00 hrs, Suncor exceeded the NOx limit (86.8 ppmvd at 0% $O_2$, 7-day rolling average) at the Plant 1 FCCU as a result of the event described in Paragraph 13.a.x of this Consent Order, violating Permit 96OPAD120, § II, Condition 22.4.1.1, and the West Plant Consent Decree, Paragraph 15.

l.   Pursuant to Permit 96OPAD120, § II, Condition 31.1, emissions of VOCs shall not exceed 25.9 tons per year ("tpy") from the GBR Flare (F3). From February 6, 2018, to November 1, 2019, Suncor elected to make the changes proposed in minor permit modification application #78 (MM #78) and, therefore, was required to comply with the proposed VOC limit of 13.6 tpy for F3 contained in MM #78. Suncor failed to comply with this limit during the periods identified in Table 1, below, with the exception of the rolling 12-month period ending December 2018. On or about September 24, 2018, Suncor completed installation of a new optical flow meter on the waste gas line at F3. On September 6, 2019, Suncor submitted permit modification application #87 to increase flare waste and supplemental gas throughput and emissions limits for F3. Suncor determined, by direct hourly comparison of data from Suncor's process data historian, that the new optical flow meter provided higher flow values than the ultrasonic flow meter previously used for compliance purposes. Additionally, actual supplemental gas data from February 2019 through July 2019 indicated that F3 required a greater amount of supplemental gas than was proposed in MM #78. On November 1, 2019, Suncor submitted a revision to permit modification application #87. The November 1, 2019 application qualified as a minor permit modification (MM #87) and contained a VOC limit of 27.1 tpy for F3. For the rolling 12-month periods ending November 2018 through

October 2019, with the exception of the rolling 12-month period ending December 2018, Suncor failed to limit VOC emissions from F3 to 13.6 tpy, violating Permit 96OPAD120, § II, Condition 31.1.

| Table 1 | | | |
|---|---|---|---|
| GBR Flare (F3) VOC Rolling 12-Month Totals | | | |
| Permit Limit 13.6 tpy | | | |
| Nov-18 | 15.53 tpy | May-19 | 18.33 tpy |
| Dec-18 | 12.58 tpy | Jun-19 | 19.81 tpy |
| Jan-19 | 15.92 tpy | Jul-19 | 20.72 tpy |
| Feb-19 | 16.66 tpy | Aug-19 | 21.78 tpy |
| Mar-19 | 17.51 tpy | Sep-19 | 23.27 tpy |
| Apr-19 | 17.80 tpy | Oct-19 | 24.68 tpy |

**Refinery: Plant 2**
**Inspection: 8/26/2020, Case No. 2021-082**

m.  Pursuant to Permit 12AD032-3, Condition 7, emissions of CO from the No. 3 SRU shall not exceed 0.6 tpy on a rolling 12-month basis. Suncor exceeded 0.6 tpy CO from the No. 3 SRU during the rolling 12-month periods ending May 2019 through April 2020, as described in Table 2, below, violating Permit 12AD032-3, Condition 7.

| Table 2 | | | |
|---|---|---|---|
| No. 3 SRU CO Rolling 12-Month Totals | | | |
| Permit Limit 0.6 tpy | | | |
| May-19 | 0.76 tpy | Nov-19 | 0.75 tpy |
| Jun-19 | 0.77 tpy | Dec-19 | 0.73 tpy |
| Jul-19 | 0.76 tpy | Jan-20 | 0.73 tpy |
| Aug-19 | 0.75 tpy | Feb-20 | 0.73 tpy |
| Sep-19 | 0.75 tpy | Mar-20 | 0.75 tpy |
| Oct-19 | 0.76 tpy | Apr-20 | 0.70 tpy |

n.  Pursuant to Permit 95OPAD108, § II, Conditions 1.3, 2.10, 3.3, 5.11, 7.2, 8.4, and 22.5.1; Permit 09AD1422, Condition 10; Subpart J, § 60.104(a)(1); and Subpart Ja, § 60.103a(h), Suncor shall not burn in any fuel gas combustion device or any affected flare any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hr rolling average basis.

   i.  On July 2, 2019, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 fuel burning equipment from 17:00 hrs to 20:00 hrs. Suncor reported that, on July 2, 2019, at approximately 15:00 hrs, a

significant rainstorm at the Refinery caused water to get into the air intake of the No. 3 SRU incinerator firebox. The moisture impacted the flame detection sensors' ability to sense a flame at the burners causing a false indication that the burners were not lit. As designed, the incinerator shut down on loss of flame detection, which caused the emergency shutdown of the thermal reactor. The shutdown of the thermal reactor resulted in temporarily routing acid gases to the fuel gas treatment system causing elevated $H_2S$ concentrations in the fuel gas.

ii.    On July 14, 2019, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 fuel burning equipment from 17:00 hrs to 18:00 hrs. On July 7, 2019, the Sour Water Stripper ("SWS") tower was shut down to repair a leaking reboiler. After the unit was started up on July 11, 2019, control valve 51FC124 was opened too far, allowing steam to blow by into the condensate system. As a result, the 50-pound steam header was only operating at 40 pounds of pressure. This led to poor regeneration of amine in the amine regenerator and an inability to manage high $H_2S$ swings in the fuel gas system. The control valve was closed down to 16%, and the SWS tower returned to normal.

iii.    On August 20, 2019, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 fuel burning equipment from 12:00 hrs to 13:00 hrs. On August 20, 2019, at around 10:05 hrs, boilers B-504 and B-505 shut down due to loss of city gas. The loss of city gas was caused by the unexpected closure of the city gas control valve (54PC23). Suncor reported that valve PCV-21 on the city gas line did not function as expected leading up to the event, even though it had been replaced two months prior. Suncor reported that PCV-21 malfunctioned due to debris in the city gas line, which plugged the regulator pilot line filter. The loss of steam supply caused a process upset in multiple process units. Suncor indicated that, as an immediate corrective measure, operations switched the regulator pilot filters and restarted the boilers.

iv.    On November 27, 2019, the Plant 2 instrument air compressor C-503 experienced a motor failure. This caused a fault condition within the electrical system and a total of three upstream circuit breakers to trip. This resulted in a loss of power to three instrument air compressors (C-503, C-504, and C-702) and boiler feed water pump P-503A. Suncor reported that its operators attempted to start the spare feed water pump P-503B, which is on a separate electrical feed, but were unsuccessful because a failed interposing relay shorted out the control power for the pump. An analysis of the electrical system found the system was solidly grounded instead of

resistance grounded, as designed. Due to the grounding system configuration, the upstream breakers from C-503 tripped on ground fault instead of alarming on ground fault. Due to the loss of both boiler feed water pumps, the boilers could not be maintained online and the process units had to be put in circulation or have feed pulled. Additionally, without a supply of steam to the Plant 2 Flare, Suncor indicated that operations personnel were unable to prevent visible emissions from occurring. Once the boilers had been restarted and stabilized, process units were restarted or taken off circulation, except for the Plant 2 FCCU. The Plant 2 FCCU had a planned outage scheduled, and therefore, Suncor decided to leave the unit offline leading up to that outage. This event resulted in the following exceedances of the fuel gas $H_2S$ limit at the Plant 2 Flare and other Plant 2 fuel burning equipment:

**Fuel Gas System**
Start Date and Time: 11/27/19 08:00 hrs
End Date and Time:  11/27/19 21:00 hrs
Start Date and Time: 11/28/19 03:00 hrs
End Date and Time:  11/28/19 04:00 hrs

**Plant 2 Flare**
Start Date and Time: 11/27/19 09:00 hrs
End Date and Time:  11/27/19 10:00 hrs
Start Date and Time: 11/27/19 13:00 hrs
End Date and Time:  11/27/19 17:00 hrs
Start Date and Time: 11/28/19 03:00 hrs
End Date and Time:  11/28/19 09:00 hrs

v.   On March 17, 2020, at 19:00 hrs to March 18, 2020, at 05:00 hrs, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 Flare. Suncor reported that, on March 17, 2020, the Plant 2 FCCU main air blower shut down due to an electrical fault in the associated soft starter. The unexpected loss of the air blower resulted in an oil reversal of the unit and substantial catalyst loss and opacity exceedances. Additionally, the fractionator depressurized to the Plant 2 Flare leading to elevated $H_2S$ concentrations in the flare gas. Suncor reported that the cause of the electrical fault was the improper installation of the "C" phase wire in the soft starter by the original equipment manufacturer such that it was in contact with the uninsulated "B" phase fuse. This contact caused the degradation of the wire insulation over time and led to the fault condition. Suncor indicated that additional evaluation of the event determined the full shutdown and system depressurizing could have occurred more quickly to help minimize the duration of the event. This is due to a variety of factors including valves needing to close more quickly

once initiated, more clarification required in procedures, and the main fractionator not being depressurized until 32 minutes into the event.

Suncor exceeded the fuel gas H₂S limit (162 ppmv, 3-hr rolling average) at the Plant 2 Flare and other Plant 2 fuel burning equipment, violating Permit 95OPAD108, § II, Conditions 1.3, 2.10, 3.3, 5.11, 7.2, 8.4, and 22.5.1; Permit 09AD1422, Condition 10; Subpart J, § 60.104(a)(1); and Subpart Ja, § 60.103a(h).

o. Pursuant to Permit 95OPAD108, § II, Conditions 15.2 and 23.1, and AQCC Regulation 7, § III.A, Suncor is required to operate and maintain all storage tank accesses, seals, hatches, roof drainage systems, and pressure relief valves to prevent detectable vapor loss.

   i. On July 15, 2019, Suncor found crude oil on the roof of Tank 26. The presence of VOC product observed on the roof is indicative of a detectable vapor loss. Upon investigation, Suncor discovered that, during vacuum truck movements of off-spec product into the tank, the elevated flow/pressure from the movements caused the contents to blow by the floating roof seal onto the roof. This unloading was taking place into a line located directly off the tank. The product was removed from the roof on August 16, 2019.

   ii. On November 29, 2019, from 12:45 hrs to 20:45 hrs, Suncor detected vapors from Tank 20. As a result of the event described in Paragraph 13.n.iv of this Consent Order, and during the subsequent restart activities, a valve was inadvertently left open in the Crude Unit, which sent hot product to the slop oil tank in OMD 2 (Tank 20). During this period, vapors were detected from the Tank 20 vents. Upon identification, operations personnel were notified and were able to discontinue slopping that material.

Suncor failed to operate and maintain accesses, seals, hatches, roof drainage systems, and pressure relief valves on Tank 26 and Tank 20 to prevent detectable vapor loss, violating Permit 95OPAD108, § II, Conditions 15.2 and 23.1, and AQCC Regulation 7, § III.A.

p. Pursuant to Permit 95OPAD108, § II, Condition 18.2, Suncor is required to comply with the equipment leak standards, including the LDAR monitoring requirements, of AQCC Regulation 7, § VIII.C.2.a; Subpart GGG, § 60.592(a); and Subpart CC, § 63.648(a), as set forth in Condition 27.8.1, 30.1, and 32.16. Pursuant to Permit 95OPAD108, § II, Condition 27.8.1, and AQCC Regulation 7, § VIII.C.2.a.(ii), Suncor is required to conduct a monitoring program consistent with the provisions in Regulation 7, § VIII.C.4.a. Pursuant to Permit 95OPAD108, § II,

Conditions 30.1 and 32.16; Subpart GGG, § 60.592(a); and Subpart CC, § 63.648(a), Suncor is required to comply with the equipment leak standards and LDAR monitoring requirements of Subpart VV, §§ 60.482-1 to 60.482-10. Between July 1, 2019 and December 31, 2019, Suncor identified 3 valves and 11 connectors that existed in the field and were subject to LDAR monitoring requirements but had not previously been included in the LDAR inspection program. Suncor was unable to determine the date these components were placed into service. On October 2, 2019, Suncor identified the components and added them to the LDAR database for continual monitoring. Suncor failed to comply with LDAR monitoring requirements, violating Permit 95OPAD108, § II, Conditions 18.2, 27.8.1, 30.1, and 32.16; Subpart CC, § 63.648(a); Subpart GGG, § 60.592(a); Subpart VV, §§ 60.482-1 to 60.482-10; and AQCC Regulation 7, §§ VIII.C.2.a.(ii) and VIII.C.4.a.

q. Pursuant to Permit 95OPAD108, § II, Conditions 2.7 and 33.19; Permit 09AD0961, Conditions 19 and 27(c); the East Plant Consent Decree, Paragraph 94; Subpart Ja, § 60.102a(b)(4); and Subpart UUU, § 63.1565(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from the Plant 2 FCCU any gases that contain CO in excess of 500 ppmvd corrected to 0% excess air, on an hourly average basis.

  i. On August 20, 2019, from 10:00 hrs to 11:00 hrs, Suncor exceeded the CO limit at the Plant 2 FCCU. This exceedance was a result of the event described in Paragraph 13.n.iii of this Consent Order.

  ii. On November 27, 2019, from 06:00 hrs to 16:00 hrs, Suncor exceeded the CO limit at the Plant 2 FCCU. This exceedance was a result of the event described in Paragraph 13.n.iv of this Consent Order.

  iii. On December 9, 2019, initial attempts to restart the Plant 2 FCCU took place. Suncor reported that, during the start-up preparation, operations personnel started-up the air blower and air preheater to begin heating up the unit. The preheater exhaust gases entered the Regenerator along with supplied air causing elevated CO concentrations that ultimately exited the Regenerator stack. The compressed air injected at high rates into the Regenerator caused residual catalyst remaining throughout the Regenerator vessel and associating piping/appurtenances to become airborne causing elevated opacity. These events resulted in the following exceedances of the CO limit at the Plant 2 FCCU:

Start Date and Time: 12/9/19 20:00 hrs
<u>End Date and Time:  12/9/19 21:00 hrs</u>
Start Date and Time: 12/9/19 23:00 hrs

Case No. 1:24-cv-02164-DDD-SBP  Document 27-8  filed 01/21/25  USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159  pg 29 of 74
Appellate Case: 25-1243  Document: 18-8  Date Filed: 09/05/2025  Page: 118

End Date and Time:  12/10/19 01:00 hrs
Start Date and Time: 12/9/19 23:00 hrs
End Date and Time:  12/10/19 01:00 hrs

iv.  On January 3, 2020, Suncor restarted the Plant 2 FCCU. As described
in Paragraph 13.q.iii, above, preheater exhaust gases entered the
Regenerator along with supplied air causing elevated CO
concentrations that ultimately exited the Regenerator stack.
Compressed air injected at high rates into the Regenerator caused
residual catalyst remaining throughout the Regenerator vessel and
associating piping/appurtenances to become airborne causing
elevated opacity. This event resulted in exceedances of the CO limit
at the Plant 2 FCCU as described below. Suncor evaluated new air
preheater design options to help avoid CO exceedances during future
startup events and has initiated a project to replace the burner
assembly, tentatively scheduled in 2024. Since this event, Suncor
reports it has been able to better manage CO compliance by slowing
down the Regenerator heat up process and reducing the firing rate.

Start Date and Time: 1/4/20 9:00 hrs
End Date and Time:  1/4/20 10:00 hrs
Start Date and Time: 1/4/20 11:00 hrs
End Date and Time:  1/4/20 12:00 hrs
Start Date and Time: 1/4/20 13:00 hrs
End Date and Time:  1/4/20 14:00 hrs
Start Date and Time: 1/4/20 18:00 hrs
End Date and Time:  1/4/20 20:00 hrs
Start Date and Time: 1/5/20 11:00 hrs
End Date and Time:  1/5/20 13:00 hrs
Start Date and Time: 1/5/20 16:00 hrs
End Date and Time:  1/5/20 18:00 hrs
Start Date and Time: 1/5/20 20:00 hrs
End Date and Time:  1/5/20 21:00 hrs
Start Date and Time: 1/7/20 11:00 hrs
End Date and Time:  1/7/20 19:00 hrs

Suncor failed to comply with the CO limit at the Plant 2 FCCU, violating
Permit 95OPAD108, § II, Conditions 2.7 and 33.19; Permit 09AD0961,
Conditions 19 and 27(c); the East Plant Consent Decree, Paragraph 94;
Subpart Ja, § 60.102a(b)(4); and Subpart UUU, § 63.1565(a)(1).

r.  Pursuant to Subpart CC, § 63.670(c), Suncor shall operate the Plant 2
Flare with no visible emissions, except for periods not to exceed a total
of five minutes during any two consecutive hours, when regulated
material is routed to the flare and the flare vent gas flow rate is less
than the smokeless design capacity of the flare.

28

     i.   On August 20, 2019, from 10:11 hrs to 11:11 hrs (intermittently for a total of 26 minutes), Suncor observed visible emissions at the Plant 2 Flare. The visible emissions were a result of the event described in Paragraph 13.n.iii of this Consent Order.

     ii.   On November 27, 2019, from 07:11 hrs to 11:11 hrs (intermittently for a total of 153 minutes), Suncor observed visible emissions at the Plant 2 Flare. The visible emissions were a result of the event described in Paragraph 13.n.iv of this Consent Order.

     iii.   On May 17, 2020, from 08:49 hrs to 09:40 hrs (intermittently for a total of nine minutes), Suncor observed visible emissions at the Plant 2 Flare. On May 17, 2020, at approximately 08:31 hrs, a brief power interruption occurred at the West/Sandown electrical distribution line of the Refinery's primary power supply substation (Sub 100). All equipment downstream of the associated bus (a common connection point for two or more electrical components) shut down immediately, resulting in a Refinery-wide process upset. The Sub 100 system detected the loss and transferred power from the still-functioning East/Cherokee-side within five seconds, as designed. This restored line power to the Refinery. Suncor reported that operations personnel responded by immediately restarting equipment to mitigate impacts. While almost all of Plant 2 was down leading up to this event, the Deisobutanizer ("DIB") tower was still receiving feed from Plant 1. Upon the shutdown of Plant 1, the feed to the DIB tower stopped. Suncor indicated that operational adjustments were made to reduce the DIB tower system temperatures and pressures. However, these moves were not enough to prevent the DIB tower overhead gases from relieving to the Plant 2 Flare several times leading to visible emission periods. Suncor reported that the overhead cooling fans had not been restarted following the power failure event, and therefore, the cooling capacity of the system was not functioning.

Suncor failed to operate the Plant 2 Flare with no visible emissions, violating Subpart CC, § 63.670(c).

s.   Pursuant to Subpart CC, § 63.670(e), Suncor shall operate the Plant 2 Flare to maintain the NHVcz at or above 270 Btu/scf determined on a 15-minute block period basis when regulated material is routed to the flare for at least 15-minutes.

     i.   On October 4, 2019, from 14:00 hrs to 14:15 hrs, the Plant 2 Flare NHVcz dropped below 270 Btu/scf (15-minute block period). On October 4, 2019, the Plant 2 Flare flow meter began experiencing

unexpected erratic readings due to low flow. Operations personnel put the city gas flow controller in manual mode to better control flow to the Plant 2 Flare. Due to prior maintenance work on the large city gas supply valve positioner, the pre-alarm set at 285 Btu/scf had been temporarily deactivated and was not activated again following the positioner work. Therefore, Suncor personnel were not alerted ahead of time before the NHVcz dropped below 270 Btu/scf, and the response to the alert at 270 Btu/scf was not able to maintain compliance during a 15-minute block period. Following the exceedance, a small amount of sweet fuel gas was added to the flare header, which resolved the erratic flare flow readings.

ii.     On December 17, 2019, from 21:15 hrs to 21:30 hrs, the Plant 2 Flare NHVcz dropped below 270 Btu/scf (15-minute block period). On December 17, 2019, liquefied petroleum gas ("LPG") from the Sat Gas Unit LPG drum was relieving due to a level instrument failure. The Plant 2 Flare control system was swinging with the LPG, so operators put the supplemental fuel gas in manual mode. While in manual mode, the NHVcz dropped below the 270 Btu/scf requirement.

iii.    On January 19, 2020, from 11:30 hrs to 12:30 hrs, the Plant 2 Flare NHVcz dropped below 270 Btu/scf (15-minute block period). On January 19, 2020, an operator was executing a steam flow increase on the Plant 2 Flare Steam Ring for a one-hour purge to reduce or eliminate any accumulated condensation in the system. Suncor reported that the board operator was unaware the flow controller for supplemental city gas to the flare had been placed into auto flow control (as opposed to Cascaded flow control) the previous morning due to unstable conditions. With the added steam to the Plant 2 Flare and no response to add more city gas, the NHVcz dropped below the 270 Btu/scf requirement.

Suncor failed to maintain the Plant 2 Flare NHVcz at or above 270 Btu/scf, violating Subpart CC, § 63.670(e).

t.     Pursuant to Permit 95OPAD108, § II, Conditions 2.8 and 19.1; Permit 09AD0961, Condition 3; AQCC Regulation 1, § II.A.1, Suncor shall not allow or cause the emission into the atmosphere of any air pollutant that is in excess of 20% opacity based on 24 consecutive opacity readings taken at 15-second intervals for six minutes. Pursuant to Permit 95OPAD108, § II, Conditions 2.7 and 33.4; Permit 09AD0961, Condition 27(b); the East Plant Consent Decree, Paragraph 98; Subpart J, § 60.102(a)(2); and Subpart UUU, § 63.1564(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from any FCCU

catalyst regenerator any gases exhibiting greater than 30% opacity, except for one six-minute average opacity reading in any one-hour period. Pursuant to Permit 95OPAD108, § II, Conditions 2.7 and 33.5, and Subpart UUU, § 63.1564(a)(2), Suncor shall maintain the 3-hour rolling average opacity of emissions from the FCCU catalyst regenerator vent to no higher than 20%.

   i.  On November 27, 2019, from 15:00 hrs to 15:06 hrs, Suncor failed to comply with the 20% (State) 6-minute average opacity limit at the Plant 2 FCCU. The opacity exceedance was a result of the event described in Paragraph 13.n.iv of this Consent Order.

   ii. The event described in Paragraph 13.q.iii of this Consent Order resulted in the following opacity exceedances at the Plant 2 FCCU:

   **20% (State) 6-minute average**
   Start Date and Time: 12/18/19 01:00 hrs
   End Date and Time:  12/18/19 01:12 hrs
   Start Date and Time: 12/18/19 15:18 hrs
   End Date and Time:  12/18/19 15:30 hrs
   Start Date and Time: 12/20/19 14:24 hrs
   End Date and Time:  12/20/19 14:54 hrs

   iii. The event described in Paragraph 13.q.iv of this Consent Order resulted in the following opacity exceedances at the Plant 2 FCCU:

   **20% (State) 6-minute average**
   Start Date and Time: 1/3/20 20:00 hrs
   End Date and Time:  1/3/20 20:06 hrs
   Start Date and Time: 1/4/20 9:12 hrs
   End Date and Time:  1/4/20 9:30 hrs
   Start Date and Time: 1/5/20 13:36 hrs
   End Date and Time:  1/5/20 13:42 hrs
   Start Date and Time: 1/5/20 14:54 hrs
   End Date and Time:  1/5/20 15:00 hrs
   Start Date and Time: 1/5/20 18:24 hrs
   End Date and Time:  1/5/20 19:00 hrs
   Start Date and Time: 1/5/20 20:06 hrs
   End Date and Time:  1/5/20 21:18 hrs
   Start Date and Time: 1/5/20 21:24 hrs
   End Date and Time:  1/5/20 21:36 hrs
   Start Date and Time: 1/6/20 00:36 hrs
   End Date and Time:  1/6/20 00:48 hrs
   Start Date and Time: 1/7/20 11:30 hrs
   End Date and Time:  1/7/20 11:48 hrs

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 33 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 122

**20% (Federal, Subpart UUU) 3-hr rolling average**
Start Date and Time: 1/5/20 20:00 hrs
End Date and Time:  1/5/20 23:00 hrs

iv.   The event described in Paragraph 13.n.v of this Consent Order
resulted in the following opacity exceedances at the Plant 2 FCCU:

**20% (State) 6-minute average**
Start Date and Time: 3/17/20 17:30 hrs
End Date and Time:  3/17/20 18:24 hrs

**30% (Federal, Subpart J and Subpart UUU) 6-minute average**
Start Date and Time: 3/17/20 17:30 hrs
End Date and Time:  3/17/20 18:12 hrs

**20% (Federal, Subpart UUU) 3-hr rolling average**
Start Date and Time: 3/17/20 18:00 hrs
End Date and Time:  3/17/20 20:00 hrs

Suncor failed to comply with the opacity limits for the Plant 2 FCCU,
violating Permit 95OPAD108, § II, Conditions 2.7, 2.8, 19.1, 33.4, and
33.5; Permit 09AD0961, Conditions 3 and 27(b); the East Plant Consent
Decree, Paragraph 98; AQCC Regulation 1, § II.A.1; Subpart J, §
60.102(a)(2); and Subpart UUU, §§ 63.1564(a)(1) and (2).

14.    Based upon a review of information, including without limitation the
Division's July 19-21, 2021 inspection, records related to the Refinery, and
information provided by and discussions with Suncor, the Division has determined the
following[5]:

**Refinery: Plant 1 and Plant 3**
**Inspection: 7/19-21/2021, Case No. 2022-076**

a.   Pursuant to Permit 96OPAD120, § II, Conditions 11.3, 12.3, 13.3, 14.3,
15.3, 16.3, 17.3, 18.3, 20.6.2, 21.3, 27.3, 28.3, 29.2, 29.9, 30.2, 30.10,
38.2.1, 46.1.1, and 46.8; Subpart J, § 60.104(a)(1); and Subpart Ja, §§
60.102a(g)(1)(ii) and 60.103a(h), Suncor shall not burn in any fuel gas
combustion device or any affected flare any fuel gas that contains
hydrogen sulfide ("$H_2S$") in excess of 162 parts per million volumetric
("ppmv") determined hourly on a 3-hour rolling average basis.

i.    Suncor reported that, on August 13, 2020, at approximately 12:56
hours, Boilers 4 and 8 tripped offline causing a plant-wide upset at

---

[5] In repeating statements from Suncor about the causes of and Suncor's responses to certain of the
violations, the Division does not necessarily concur with the accuracy of such statements.

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 34 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 123

Plant 1. Operations personnel responded by shedding steam demands throughout the plant, stabilizing process units, and restarting the boilers. At the time of the event, Boiler 6 was already offline for planned maintenance. The boilers tripped from a signal failure of the B-4 and B-8 steam drum level. Suncor concluded that the most likely cause of the event was an overloaded electrical circuit on which all three boilers operate. Due to this overloaded circuit, the voltage drop across the circuit was larger than normally expected. This left certain equipment susceptible to voltages falling below their operating thresholds when normal electrical fluctuations occurred within the system (e.g. from other equipment being turned on). The overloaded circuit was the result of electrical changes and additions over time that cumulatively resulted in the line being too small for the intended service. With the loss of steam throughout Plant 1, Suncor shutdown the Plant 1 Fluid Catalytic Cracking Unit ("FCCU"), there was no mixing steam to the Main Plant Flare (F1), and there was increased flow to F1 requiring the flare gas recovery system ("FGRS") to be taken offline. This event resulted in the following exceedances of the $H_2S$ limit at the Fuel Gas System and F1:

**Fuel Gas System**
Start Date and Time: 08/13/2020 15:00 hrs
End Date and Time: 08/13/2020 16:00 hrs

**Main Plant Flare (F1)**
Start Date and Time: 08/13/2020 15:00 hrs
End Date and Time: 08/13/2020 16:00 hrs

ii.  On September 25, 2020, from 20:00-22:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Asphalt Unit Flare (F2). Suncor reported that, on September 25, 2020, the Plant 3 flare gas header began pressuring up, which caused gases to break through the seal to F2. Operations personnel began troubleshooting the issue by reducing the crude charge rate to the process unit and ensuring all overhead cooling fans were operating. One cooling tower fan was reset and turned back on, which increased cooling capacity of the system and brought flare header pressure back to normal. The fan had been offline as it was experiencing intermittent trips due to vibration. The vibration analysis was found to be acceptable. Suncor determined that a bad vibration switch was causing the trips.

iii.  Suncor reported that, on October 21, 2020, at approximately 16:00 hours, a portion of the Plant 1 electrical system experienced a disturbance at multiple substations resulting in multiple pieces of

associated equipment shutting down. This resulted in operations personnel shutting down multiple process units or putting them on circulation or hot standby. During the initial power interruption and subsequent shutdown, the FGRS was offline, which allowed $H_2S$-containing gases to go to the Main Plant Flare (F1). With the process units shut down or on circulation, Suncor replaced the catalyst in the Tail Gas Unit ("TGU"), so the TGU could resume normal operation once the plant came back online. The No. 1 Sulfur Recovery Unit ("SRU") was offline, and the No. 2 SRU was in hot standby during this time. In addition to combusting primarily natural gas, a minimal amount of acid gas from the Plant 1 amine system was processed in the No. 2 SRU, so various amine circuits would function correctly upon the restart of the plant. With the TGU taken offline for maintenance, the No. 2 SRU tail gas could not be routed to the TGU for additional sulfur removal, which resulted in elevated sulfur dioxide ("$SO_2$") emissions at the TGU Incinerator (H-25). Following the outage, process units were restarted systemically per operating procedures, which also resulted in excess emissions. The Plant 1 FCCU experienced plugging issues in the slurry rundown line during startup. The unit was again shut down to address the plugged lines, and was subsequently restarted. Suncor determined that the transformer failed due to loose internal connections within the transformer, which resulted in overheating. The overheating caused carbon build-up between contacts causing arcing to occur as the result of different electrical potential being created between the contacts. The arcing led to the internal failure of the transformer, which then caused an upstream system-wide electrical disturbance. The transformer failure caused the immediate shutdown of the Plant 1 FCCU wet gas compressor (C-17), and the upstream impacts caused the shutdown of other compressors and boilers that are required to operate Plant 1. As a result, most of Plant 1 was required to be shut down or put on circulation. Suncor had been monitoring this transformer due to elevated dissolved gas analysis ("DGA") results on the transformer oil that were first observed in 2012. Multiple hot oil flushes were performed over the years to clean up the oil, but the routine DGA results continued to show rising levels of methane, ethane, and ethylene. These gases are created through the breakdown of transformer oil, which can be caused by internal hot spots. Additionally, elevated levels of hydrogen in the September 2018 sample results indicated a partial discharge or electrolysis condition was present. Suncor's third-party transformer service provider was tracking the status of the transformer oil and had not flagged its condition as needing immediate attention. However, Suncor's internal processes failed to document and highlight the transformer for additional maintenance at the next available opportunity, which

would have been in March 2019, during a Plant 1 FCCU outage. This event resulted in the following exceedances of the $H_2S$ limit at F1:

**Main Plant Flare (F1)**
Start Date and Time: 10/21/2020 19:00 hrs
End Date and Time: 10/22/2020 12:00 hrs
Start Date and Time: 11/07/2020 05:00 hrs
End Date and Time: 11/07/2020 12:00 hrs
Start Date and Time: 11/09/2020 20:00 hrs
End Date and Time: 11/09/2020 22:00 hrs
Start Date and Time: 11/10/2020 08:00 hrs
End Date and Time: 11/10/2020 09:00 hrs
Start Date and Time: 11/13/2020 02:00 hrs
End Date and Time: 11/13/2020 03:00 hrs
Start Date and Time: 11/20/2020 12:00 hrs
End Date and Time: 11/20/2020 13:00 hrs

iv.   On December 17-18, 2020, from 21:00-17:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). Suncor reported that, on December 17, 2020, at approximately 20:00 hours, the Plant 1 FGRS was shut down for a planned maintenance outage. The outage was pursued to address plugging of the strainers on both the first stage inlet line and prevent an unplanned trip of the FGRS. With the first and second stages offline, $H_2S$-containing gases were sent to F1. Prior to shutting down the system, the No. 1 Crude Unit was put to minimum rate and all second stage gases were rerouted to the wet gas compressor (C-17) to minimize the volume of gases and sour material sent to F1. Additionally, the Plant 1 FCCU Slurry Stripper was taken offline to minimize sour materials to F1. Finally, purge gas was temporarily increased and recovered prior to the FGRS shutdown in order to remove any pockets and/or residual $H_2S$ that may have existed in the flare gas system. Analysis of the material removed from the strainers identified high levels of iron and sulfur with the ratio suggesting a mixture of iron sulfide and elemental sulfur. Sulfur is created from oxygen reacting with $H_2S$. The iron sulfide is a byproduct of the sulfur corroding the metal inside the flare gas system lines. The presence of these materials caused the strainers to plug over time to the point where the FGRS needed to be taken offline so the strainers could be cleaned. Following a similar event in April 2020, Suncor took measures to perform tracer testing on numerous piping circuits to identify where oxygen had been entering the system, and made that repair to prevent reoccurrence. It was identified that the point of oxygen ingress previously repaired had reopened causing the reactions noted above to occur again and plug the strainers.

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 37 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 126

v.    On January 26, 2021, from 20:00-22:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). Suncor reported that, on January 26, 2021, at approximately 18:45 hours, the Plant 1 FGRS tripped offline. Prior to it tripping offline, the relief valve on D-1704 in the No.4 Hydrodesulfurizer System unit had opened due to a frozen pilot line causing a surge in flow to the recovery system. The surge in flow initially broke through the seal drum sending sour gases to F1. Operations personnel worked to unfreeze the relief valve line. When they were able to get the valve to close, the sudden loss of flow to the flare gas recovery compressor caused it to trip offline on low pressure, as designed. The trip setting is designed to prevent oxygen ingress into the flare system and maintain the system in a safe operating condition.

vi.    On February 15, 2021, from 0:00-2:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). Suncor reported that, on February 14, 2021, at approximately 14:00 hours, the Pressure Swing Adsorption ("PSA") portion of the Hydrogen Plant tripped offline due to purge gas burner pressure. Operations personnel attempted to keep the first stage of the FGRS online as much as possible in an attempt to minimize flow to F1, while also balancing the amount of purge gas recovered to minimize disruption to the sulfur recovery complex. Despite the attempt to maintain this balance, the amount of purge gas recovered caused a process upset at the sulfur recovery complex resulting in elevated $SO_2$ emissions from the TGU Incinerator (H-25). During cold weather events, the PSA valve response can slow down causing improper pressuring or depressuring of the individual drums. This disrupts the proper sequencing of the PSAs as a whole and leads to high or low pressure downstream resulting in the tripping of the PSA purge gas. The purge gas recovered within the FGRS caused swings in the tail gas analyzers within the sulfur recovery complex due to residual byproducts in the purge gas. Additionally, carbon monoxide present in the tail gas caused reduced absorption within the amine contactor and recycling in the TGU resulting in elevated $SO_2$ emissions at H-25. Earlier in the morning on February 14, 2021, the cold weather also caused a disruption in the supplemental gas flow to the Gasoline Benzene Reduction ("GBR") Flare (F3). Upon investigation, it was identified that the electric heat tracing on this insulated line had tripped causing freezing within the line and a loss of flow. Operations personnel attempted to make adjustments within the system to increase the net heating value, but the gas flows were not responding due to the line being blocked.

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 38 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 127

vii. On February 20-21, 2021, from 18:00-01:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). Suncor reported that, on February 20, 2021, at approximately 17:00 hours, the Plant 1 FGRS tripped offline. Prior to it tripping offline, operations personnel were experiencing flow instabilities on the inlet line to the second stage of the compressor. To address the issue, the second stage hot gas recycle/bypass valve was opened to send additional flow back to the second stage inlet. However, the valve was not responding correctly, opening very slowly or, at times, not at all. Subsequently, operations personnel commanded the valve to close with little immediate response from the valve. After a period of time, the valve broke loose and closed abruptly, which tripped the entire compressor due to the loss of flow, as designed. The trip setting is designed to prevent oxygen ingress into the flare system and maintain the system in a safe operating condition.

viii. On March 15-16, 2021, from 23:00-10:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). Suncor reported that, on March 15, 2021, at around 20:00 hours, the primary air supply fan motor tripped due to elevated temperatures, as designed, at two of the resistive temperature detectors on the motor windings. This led to the shutdown of the Hydrogen Plant, which requires the first stage of the FGRS to be taken at least partially offline to avoid other downstream unit impacts and exceedances. Troubleshooting identified that the fan blades of the cooling fan attached to the motor had failed, and the motor windings began to heat up without the cooling capacity. In order to protect the motor, the system is designed to trip once it reaches the temperature design set points. Suncor believes that some sort of foreign object may have entered the cooling fan blade compartment causing the blades to break despite the cooling fan compartment being protected by a slotted cover to prevent such events.

ix. On March 30-31, 2021, from 21:00-17:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Main Plant Flare (F1). Suncor reported that, on March 30, 2021, at approximately 20:00 hours, the Plant 1 FGRS was shut down for a planned maintenance outage. The outage was pursued to address plugging of the strainers on both the first stage inlet line and prevent an unplanned trip of the FGRS. With the first and second stages offline, $H_2S$-containing gases were sent to F1. Prior to shutting down the system, the No. 1 Crude Unit was put to minimum rate and all second stage gases were rerouted to the wet gas compressor (C-17) to minimize the volume of gases and sour material sent to F1. Additionally, the Plant 1 FCCU Slurry Stripper was taken offline to minimize sour materials to F1. Finally,

purge gas was temporarily increased and recovered prior to the FGRS shutdown in order to remove any pockets and/or residual $H_2S$ that may have existed in the flare gas system. Past analysis of the material removed from the strainers identified high levels of iron and sulfur with the ratio suggesting a mixture of iron sulfide and elemental sulfur. Sulfur is created from oxygen reacting with $H_2S$. The iron sulfide is a byproduct of the sulfur corroding the metal inside the flare gas system lines. The presence of these materials caused the strainers to plug over time to the point where the FGRS needed to be taken offline so the strainers could be cleaned. Following a similar event in April 2020, Suncor took measures to perform tracer testing on numerous piping circuits to identify where oxygen had been entering the system, and made that repair to prevent reoccurrence. The oxygen ingress leak had reopened contributing to a similar event in December 2020. It was repaired again, but was observed to be leaking again after this event. Further maintenance was performed to prevent an unplanned trip of the flare gas recovery compressor.

x.  Suncor reported that, on April 18, 2021, planned shutdown activities began in Plants 1 and 3 in preparation for the 2021 Turnaround Maintenance Event. This involved shutting down all process units systematically in a strategic manner to minimize emissions to the extent practicable. The shutdown schedule was extended in order to perform staged shutdowns. The FGRS was able to be kept online throughout almost the entire shutdown and equipment purging and cleaning process. This event resulted in the following exceedances of the $H_2S$ limit at the Main Plant Flare (F1):

**Main Plant Flare (F1)**
Start Date and Time: 4/18/2021 12:00 hrs
End Date and Time:   4/18/2021 14:00 hrs
Start Date and Time: 4/19/2021 20:00 hrs
End Date and Time:   4/19/2021 22:00 hrs
Start Date and Time: 4/20/2021 09:00 hrs
End Date and Time:   4/20/2021 12:00 hrs
Start Date and Time: 4/21/2021 03:00 hrs
End Date and Time:   4/21/2021 04:00 hrs

xi. Suncor reported that, in April 2021, a planned, plant-wide shutdown of Plants 1 and 3 occurred to perform maintenance activities. Following the turnaround, all of the process units were started up in a systematic manner from mid-June into July 2021, which resulted in excess emissions from various emission sources. During a plant-wide start-up, the boilers and other gas-fired sources are operating primarily on utility-supplied natural gas as

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 40 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 129

opposed to refinery fuel gas because the process units that generate refinery fuel gas are not online yet. The boilers are tuned specifically to fire refinery fuel gas which has a different fuel composition. Therefore, the boilers cannot perform optimally on natural gas. Operations personnel made various adjustments to minimize carbon monoxide ("CO") emissions from the boilers, including to combustion air levels and adjusting loads between the boilers. Once the other process units were started, refinery fuel gas began to be available which allowed the boilers to fire normally based on how they are tuned. The Main Plant Flare (F1) gas $H_2S$ exceedances that occurred June 26-27, 2021, were the result of the Hydrogen Plant PSA portion tripping offline twice requiring the Plant 1 FGRS to be taken partially offline to prevent downstream impacts in the sulfur recovery complex. The first trip occurred when the purge gas burners experienced high pressure going from 10 bed to 8 bed operation. The second time occurred when technicians were troubleshooting a steam flow discrepancy in the unit. The equalizer valve on one of the steam flow transmitters in question was found to be partially open. When the technicians closed the valve, the steam flow reading immediately increased above the trip set point for the PSA. This event resulted in the following exceedances of the $H_2S$ limit at the Fuel Gas System and F1:

### Fuel Gas System
Start Date and Time:  6/14/2021 13:00 hrs
End Date and Time:   6/14/2021 14:00 hrs
Start Date and Time:  6/17/2021 20:00 hrs
End Date and Time:   6/18/2021 03:00 hrs
Start Date and Time:  6/19/2021 03:00 hrs
End Date and Time:   6/19/2021 18:00 hrs

### Main Plant Flare (F1)
Start Date and Time:  6/17/2021 09:00 hrs
End Date and Time:   6/18/2021 00:00 hrs
Start Date and Time:  6/20/2021 10:00 hrs
End Date and Time:   6/20/2021 15:00 hrs
Start Date and Time:  6/26/2021 11:00 hrs
End Date and Time:   6/26/2021 13:00 hrs
Start Date and Time:  6/27/2021 19:00 hrs
End Date and Time:   6/28/2021 00:00 hrs

Suncor exceeded the fuel gas $H_2S$ limit (162 ppmv, 3-hr rolling average) at the Fuel Gas System, Main Plant Flare (F1), and Asphalt Unit Flare (F2), violating Permit 96OPAD120, § II, Conditions 11.3, 12.3, 13.3, 14.3, 15.3, 16.3, 17.3, 18.3, 20.6.2, 21.3, 27.3, 28.3, 29.2, 29.9, 30.2, 30.10,

38.2.1, 46.1.1, and 46.8; Subpart J, § 60.104(a)(1); and Subpart Ja, §§ 60.102a(g)(1)(ii) and 60.103a(h).

b.  Pursuant to Permit 96OPAD120, § II, Conditions 29.10, 30.11, 31.10, and 53.91, and Subpart CC, § 63.670(e), Suncor shall operate the Main Plant Flare (F1), Asphalt Unit Flare (F2), and GBR Flare (F3) to maintain the net heating value of flare combustion zone gas ("NHVcz") at or above 270 British thermal units per standard cubic feet ("Btu/scf") determined on a 15-minute block period basis when regulated material is routed to the flare for at least 15-minutes.

   i.  On February 14, 2021, from 3:00-4:00 hours, Suncor failed to maintain the F3 NHVcz at or above 270 Btu/scf as a result of the event described in Paragraph 14.a.vi of this Consent Order.

   ii.  On April 23, 2021, from 20:15-20:30 hours, Suncor failed to maintain the F2 NHVcz at or above 270 Btu/scf as a result of the event described in Paragraph 14.a.x of this Consent Order.

   iii.  On June 13, 2021, from 13:00-13:15 hours, Suncor failed to maintain the F1 NHVcz at or above 270 Btu/scf as a result of the event described in Paragraph 14.a.xi of this Consent Order.

Suncor failed to maintain the Main Plant Flare (F1), Asphalt Unit Flare (F2), and GBR Flare (F3) NHVcz at or above 270 Btu/scf, violating Permit 96OPAD120, § II, Conditions 29.10, 30.11, 31.10, and 53.91, and Subpart CC, § 63.670(e).

c.  Pursuant to Permit 96OPAD120, § II, Conditions 29.10 and 53.89, and Subpart CC, § 63.670(c), Suncor shall operate the Main Plant Flare (F1) with no visible emissions, except for periods not to exceed a total of five minutes during any two consecutive hours, when regulated material is routed to the flare and the flare vent gas flow rate is less than the smokeless design capacity of the flare.

   i.  On August 13, 2020, from 08:39-12:18 hours, Suncor observed visible emissions at F1 as a result of the event described in Paragraph 14.a.i of this Consent Order.

   ii.  On October 21, 2020, from 15:58-19:58 hours, Suncor observed visible emissions at F1 as a result of the event described in Paragraph 14.a.iii of this Consent Order.

Suncor failed to operate the Main Plant Flare (F1) with no visible emissions, violating Permit 96OPAD120, § II, Conditions 29.10 and 53.89, and Subpart CC, § 63.670(c).

d. Pursuant to Permit 96OPAD120, § II, Conditions 1.3, 2.3, 3.2, and 39.1, and AQCC Regulation 7, Part B, § I.A, all storage tank hatches, accesses, seals, and roof drainage systems shall be maintained and operated to prevent detectable vapor loss.

   i. On February 24, 2021, Suncor discovered gas oil on top of the floating roof at Tank 58. The product was removed from the roof on March 25, 2021.

   ii. On June 10, 2021, Suncor discovered gas oil on top of the floating roof at Tank 1. The product was removed from the roof on July 16, 2021.

   iii. On June 10, 2021, Suncor discovered an open vacuum breaker on the floating roof of Tank 80. Suncor reported that the probable cause for the open breaker was either an uneven/higher tank floor below the location of the vacuum breaker or solids collected on the tank floor causing the vacuum breaker to open earlier than designed. There are two vacuum breakers on the floating roof, and only one of them was open during the June 10, 2021 inspection. On June 12, 2021, operations personnel put more material into the tank to raise the external floating roof, which allowed the vacuum breaker to close.

In regards to Paragraphs 14.d.i-ii, above, Suncor reported that, when gas oil is stored in an external floating roof tank, the material can stick to the tank walls as the floating roof descends and gets wiped onto the seal as the floating roof ascends. With rising ambient temperatures, the product on the seal becomes less viscous and flows to the roof drain. The presence of VOC product observed on the roof and an open vacuum breaker is indicative of a detectable vapor loss. Suncor failed to maintain and operate all hatches, accesses, seals, or roof drainage systems on Tanks 1, 58, and 80 to prevent detectable vapor loss, violating Permit 96OPAD120, § II, Conditions 1.3, 2.3, 3.2, and 39.1, and AQCC Regulation 7, Part B, § I.A.

e. Pursuant to Permit 96OPAD120, § II, Condition 52.13, and Subpart R, § 63.427(b), Suncor shall operate the Rail Loading Rack (R101) vapor combustion unit ("VCU") in a manner not to go below 1,299 degrees Fahrenheit (6-hour rolling average). Operation of the VCU in a manner going below the operating parameter value (1,299°F, 6-hour rolling average) shall constitute a violation of the emission standard in Subpart R, § 63.422(b). Pursuant to Permit 96OPAD120, § II, Condition 52.4, and Subpart R, § 63.422(b), emissions to the atmosphere from the vapor collection and processing systems due to the loading of gasoline cargo

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 43 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 132

tanks shall not exceed 10 milligrams of total organic compounds per liter of gasoline loaded. On November 25, 2020, from 4:54-22:45 hours, Suncor failed to comply with the R101 VCU temperature operating parameter (1,299°F, 6-hour rolling average). Suncor reported that, on the evening of November 24, 2020, the waste gas valve opened during a loading event but failed to close due to freezing despite a command signal to do so. When the loading event came to an end, the vapor combustor was not able to maintain sufficient temperature. When the valve initially failed, malfunction alarms were initiated in the distributed control system, but operators did not respond to the alarms at that time. Upon becoming aware of the issue the following morning, the valve was exercised causing it to respond and close. Suncor failed to operate the Rail Loading Rack (R101) VCU at 1,299°F on a 6-hour rolling average and, therefore, failed to limit emissions to the atmosphere from the R101 VCU to 10 milligrams of total organic compounds per liter of gasoline loaded, violating Permit 96OPAD120, § II, Conditions 52.4 and 52.13, and Subpart R, §§ 63.422(b) and 63.427(b).

f.  Pursuant to Permit 96OPAD120, § II, Condition 22.10.1, and the West Plant Consent Decree, Paragraph 49, Suncor is required to limit CO emissions from the Plant 1 FCCU to 500 parts per million volumetric dry ("ppmvd") at 0% oxygen ("$O_2$") on a one-hour average. Pursuant to Permit 96OPAD120, § II, Conditions 22.11, 22.12, 45.2, and 54.7; Subpart J, § 60.103(a); and Subpart UUU, § 63.1565(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from any FCCU catalyst regenerator any gases that contain CO in excess of 500 ppmvd.

   i.  The event described in Paragraph 14.a.i of this Consent Order resulted in the following exceedances of the CO limits at the Plant 1 FCCU:

       **500 ppmvd at 0% $O_2$ 1-hour average / 500 ppmvd**
       Start Date and Time: 08/13/2020 13:00 hrs
       <u>End Date and Time: 08/13/2020 17:00 hrs</u>
       Start Date and Time: 08/14/2020 03:00 hrs
       End Date and Time: 08/14/2020 06:00 hrs

   ii.  The event described in Paragraph 14.a.iii of this Consent Order resulted in the following exceedances of the CO limits at the Plant 1 FCCU:

       **500 ppmvd at 0% $O_2$ 1-hour average / 500 ppmvd**
       Start Date and Time: 10/21/2020 16:00 hrs
       <u>End Date and Time: 10/21/2020 17:00 hrs</u>
       Start Date and Time: 11/07/2020 23:00 hrs
       <u>End Date and Time: 11/08/2020 16:00 hrs</u>

Start Date and Time: 11/08/2020 18:00 hrs
End Date and Time: 11/09/2020 12:00 hrs
Start Date and Time: 11/09/2020 18:00 hrs
End Date and Time: 11/09/2020 19:00 hrs
Start Date and Time: 11/09/2020 22:00 hrs
End Date and Time: 11/10/2020 06:00 hrs
Start Date and Time: 11/12/2020 02:00 hrs
End Date and Time: 11/12/2020 03:00 hrs
Start Date and Time: 11/12/2020 06:00 hrs
End Date and Time: 11/12/2020 12:00 hrs
Start Date and Time: 11/19/2020 14:00 hrs
End Date and Time: 11/20/2020 04:00 hrs

   iii.   On April 19, 2021, from 6:00-7:00 hours, Suncor exceeded the Plant 1 FCCU CO limits (500 ppmvd at 0% $O_2$, 1-hour average / 500 ppmvd), as a result of the event described in Paragraph 14.a.x of this Consent Order.

   iv.   The event described in Paragraph 14.a.xi of this Consent Order resulted in the following exceedances of the CO limits at the Plant 1 FCCU:

   **500 ppmvd at 0% $O_2$ 1-hour average / 500 ppmvd**
   Start Date and Time:  6/21/2021 23:00 hrs
   End Date and Time:   6/22/2021 18:00 hrs
   Start Date and Time:  6/30/2021 08:00 hrs
   End Date and Time:   7/01/2021 00:00 hrs

Suncor failed to comply with the Plant 1 FCCU CO limits, violating Permit 96OPAD120, § II, Conditions 22.10.1, 22.11, 22.12, 45.2, and 54.7; the West Plant Consent Decree, Paragraph 49; Subpart J, § 60.103(a); and Subpart UUU, § 63.1565(a)(1).

g.   Pursuant to Permit 96OPAD120, § II, Condition 20.1, Suncor shall not exceed the $SO_2$ emission limit of 15.68 pounds per hour ("lb/hr") from the TGU Incinerator (H-25)[6]. Pursuant to Permit 96OPAD120, § II, Conditions 20.6.1 and 45.12.1; the West Plant Consent Decree, Paragraphs 169 and 171; and Subpart J, § 60.104(a)(2)(i), Suncor shall not discharge or cause the discharge of any gases into the atmosphere from any Claus sulfur recovery plant containing in excess of, for an oxidation control system or a reduction control system followed by incineration, 250 ppmvd of $SO_2$ at 0% excess air, on a 12-hour rolling average. Pursuant to Permit 96OPAD120, § II, Conditions 20.10 and

---

[6] Emissions from SRUs and their associated sulfur pits are routed through the TGU and vented through the TGU incinerator. Therefore, emissions from the SRUs and the sulfur pits are measured at the incinerator (H-25).

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159   pg 45 of 74

Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 134

54.28, and Subpart UUU, § 63.1568(a)(1), the SRUs at the Refinery, Plant 1, are subject to Subpart J, § 60.104(a)(2)(i), and the hazardous air pollutant emission limit for the SRUs is 250 ppmvd of $SO_2$ at 0% excess air, on a 12-hour rolling average.

i.   Suncor reported that, on October 19, 2020, the TGU experienced a process upset in the reduced gas generator ("RGG") resulting in elevated $SO_2$ emissions at H-25. The RGG experienced abnormal process conditions due to plugging of the catalyst bed, which was caused by sooting of the catalyst bed in the TGU reactor. Suncor and its third-party consultant concluded that the primary cause was the RGG burner not adequately mixing for full combustion of the added hydrocarbon and oxygen. This caused hydrocarbon slip, which resulted in the sooting of the catalyst. The system pressure had shown a gradual increase over time, but a more sudden pressure increase occurred unexpectedly in October 2020. A downstream analysis of the mixture showed the presence of hydrocarbons and oxygen, leading Suncor and its third-party consultant to conclude a damaged burner assembly and/or burner tip(s) caused the issue. During the Spring 2021 Turnaround, the burner assembly was found to be unrepairable during the inspection and was replaced. This event resulted in the following $SO_2$ exceedance at H-25:

**250 ppmvd of $SO_2$ at 0% excess air, 12-hour average**
Start Date and Time:  10/19/2020 17:00 hrs
End Date and Time:   10/19/2020 20:00 hrs

ii.  The event described in Paragraph 14.a.iii of this Consent Order resulted in the following $SO_2$ exceedances at H-25:

**15.68 lb/hr $SO_2$ limit**
Start Date and Time: 10/21/2020 16:00 hrs
End Date and Time: 10/21/2020 17:00 hrs
Start Date and Time: 10/21/2020 23:00 hrs
End Date and Time: 10/22/2020 04:00 hrs
Start Date and Time: 10/26/2020 16:00 hrs
End Date and Time: 10/31/2020 08:00 hrs
Start Date and Time: 11/01/2020 08:00 hrs
End Date and Time: 11/01/2020 10:00 hrs
Start Date and Time: 11/01/2020 15:00 hrs
End Date and Time: 11/01/2020 16:00 hrs
Start Date and Time: 11/01/2020 23:00 hrs
End Date and Time: 11/02/2020 00:00 hrs
Start Date and Time: 11/03/2020 10:00 hrs
End Date and Time: 11/03/2020 15:00 hrs

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 46 of 74

Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 135

Start Date and Time: 11/10/2020 10:00 hrs
End Date and Time: 11/10/2020 13:00 hrs

**250 ppmvd of SO$_2$ at 0% excess air, 12-hour average**
Start Date and Time: 10/21/2020 18:00 hrs
End Date and Time: 10/22/2020 14:00 hrs
Start Date and Time: 10/26/2020 17:00 hrs
End Date and Time: 11/04/2020 02:00 hrs
Start Date and Time: 11/05/2020 07:00 hrs
End Date and Time: 11/05/2020 17:00 hrs
Start Date and Time: 11/10/2020 11:00 hrs
End Date and Time: 11/11/2020 00:00 hrs

iii.  The event described in Paragraph 14.a.vi of this Consent Order resulted in the following SO$_2$ exceedances at H-25:

**15.68 lb/hr SO$_2$ limit**
Start Date and Time: 02/14/2021 13:00 hrs
End Date and Time:  02/14/2021 16:00 hrs
Start Date and Time: 02/14/2021 23:00 hrs
End Date and Time:  02/15/2021 00:00 hrs
Start Date and Time: 02/15/2021 10:00 hrs
End Date and Time:  02/15/2021 14:00 hrs
Start Date and Time: 02/15/2021 17:00 hrs
End Date and Time:  02/16/2021 02:00 hrs
Start Date and Time: 02/16/2021 09:00 hrs
End Date and Time:  02/16/2021 10:00 hrs

**250 ppmvd of SO$_2$ at 0% excess air, 12-hour average**
Start Date and Time: 02/14/2021 14:00 hrs
End Date and Time:  02/15/2021 02:00 hrs
Start Date and Time: 02/15/2021 12:00 hrs
End Date and Time:  02/16/2021 13:00 hrs

iv.  The event described in Paragraph 14.a.x of this Consent Order resulted in the following SO$_2$ exceedances at H-25:

**15.68 lb/hr SO$_2$ limit**
Start Date and Time:  4/20/2021 17:00 hrs
End Date and Time:   4/20/2021 20:00 hrs
Start Date and Time:  4/21/2021 23:00 hrs
End Date and Time:   4/22/2021 00:00 hrs
Start Date and Time:  4/29/2021 15:00 hrs
End Date and Time:   4/29/2021 17:00 hrs
Start Date and Time:  4/29/2021 20:00 hrs
End Date and Time:  4/30/2021 09:00 hrs

45

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159          pg 47 of 74

Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 136

**250 ppmvd of SO$_2$ at 0% excess air, 12-hour average**
Start Date and Time:  4/20/2021 17:00 hrs
End Date and Time:   4/21/2021 07:00 hrs
Start Date and Time:  4/21/2021 23:00 hrs
End Date and Time:   4/22/2021 11:00 hrs
Start Date and Time:  4/29/2021 15:00 hrs
End Date and Time:   5/01/2021 20:00 hrs

    v.    The event described in Paragraph 14.a.xi of this Consent Order resulted in the following SO$_2$ exceedances at H-25:

**15.68 lb/hr SO$_2$ limit**
Start Date and Time:  6/14/2021 06:00 hrs
End Date and Time:   6/14/2021 07:00 hrs
Start Date and Time:  6/14/2021 14:00 hrs
End Date and Time:   6/14/2021 15:00 hrs
Start Date and Time:  6/17/2021 15:00 hrs
End Date and Time:   6/18/2021 18:00 hrs
Start Date and Time:  6/20/2021 06:00 hrs
End Date and Time:   6/20/2021 07:00 hrs

**250 ppmvd of SO$_2$ at 0% excess air, 12-hour average**
Start Date and Time:  6/12/2021 09:00 hrs
End Date and Time:   6/13/2021 08:00 hrs
Start Date and Time:  6/14/2021 07:00 hrs
End Date and Time:   6/15/2021 09:00 hrs
Start Date and Time:  6/16/2021 17:00 hrs
End Date and Time:   6/18/2021 07:00 hrs

Suncor exceeded the SO$_2$ limits at H-25, violating Permit 96OPAD120, § II, Conditions 20.1, 20.6.1, 20.10, 45.12.1, and 54.28; the West Plant Consent Decree, Paragraphs 169 and 171; Subpart J, § 60.104(a)(2)(i); and Subpart UUU, § 63.1568(a)(1).

h.  Pursuant to Permit 96OPAD120, § II, Conditions 22.7.1, 35.1, and 35.2, and Permit 96OPAD120, § IV, Condition 16; Suncor shall comply with the opacity limits in AQCC Regulation 1. Pursuant to AQCC Regulation 1, § II.A.1, Suncor shall not allow or cause the emission into the atmosphere of any air pollutant that is in excess of 20% opacity based on 24 consecutive opacity readings taken at 15-second intervals for six minutes. Pursuant to AQCC Regulation 1, § II.A.4, Suncor shall not allow or cause to be emitted into the atmosphere any air pollutant resulting from the building of a new fire, cleaning of fire boxes, soot blowing, start-up, any process modification, or adjustment or occasional cleaning of control equipment, which is in excess of 30% opacity for a period or

periods aggregating more than six minutes in any sixty consecutive minutes. Pursuant to Permit 96OPAD120, § II, Conditions 22.7.2, 22.7.3, 45.1.2, and 54.1.2; the West Plant Consent Decree, Paragraph 54; Subpart J, § 60.102(a)(2); and Subpart UUU, § 63.1564(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from any FCCU catalyst regenerator any gases exhibiting greater than 30% opacity, except for one six-minute average opacity reading in any one-hour period. Pursuant to Subpart UUU, § 63.1564(a)(2), Suncor shall maintain the 3-hour rolling average opacity of emissions from the FCCU catalyst regenerator vent to no higher than 20%.

i.   The event described in Paragraph 14.a.i of this Consent Order resulted in the following exceedances of the opacity limits at the Plant 1 FCCU:

**20% (State) 6-minute average**
Start Date and Time: 08/13/2020 13:00 hrs
End Date and Time: 08/13/2020 13:30 hrs
Start Date and Time: 08/13/2020 15:06 hrs
End Date and Time: 08/13/2020 15:12 hrs

**30% (Federal, Subpart J and Subpart UUU) 6-minute average**
Start Date and Time: 08/13/2020 13:00 hrs
End Date and Time: 08/13/2020 13:24 hrs

ii.  The event described in Paragraph 14.a.iii of this Consent Order resulted in the following exceedances of the opacity limits at the Plant 1 FCCU:

**20% (State) 6-minute average**
Start Date and Time: 10/21/2020 16:00 hrs
End Date and Time: 10/21/2020 16:18 hrs
Start Date and Time: 10/21/2020 20:18 hrs
End Date and Time: 10/21/2020 20:24 hrs
Start Date and Time: 10/22/2020 11:12 hrs
End Date and Time: 10/22/2020 11:24 hrs
Start Date and Time: 10/22/2020 11:36 hrs
End Date and Time: 10/22/2020 11:48 hrs
Start Date and Time: 10/22/2020 12:06 hrs
End Date and Time: 10/22/2020 12:18 hrs
Start Date and Time: 10/22/2020 12:24 hrs
End Date and Time: 10/22/2020 12:30 hrs
Start Date and Time: 10/22/2020 13:24 hrs
End Date and Time: 10/22/2020 13:30 hrs
Start Date and Time: 10/22/2020 15:18 hrs
End Date and Time: 10/22/2020 15:42 hrs

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 49 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 138

Start Date and Time: 10/22/2020 15:48 hrs
End Date and Time: 10/22/2020 16:24 hrs
Start Date and Time: 10/22/2020 16:42 hrs
End Date and Time: 10/22/2020 17:54 hrs
Start Date and Time: 10/22/2020 18:00 hrs
End Date and Time: 10/22/2020 18:06 hrs
Start Date and Time: 10/22/2020 18:18 hrs
End Date and Time: 10/22/2020 19:12 hrs
Start Date and Time: 10/22/2020 19:18 hrs
End Date and Time: 10/22/2020 19:24 hrs
Start Date and Time: 10/22/2020 19:30 hrs
End Date and Time: 10/22/2020 20:36 hrs
Start Date and Time: 10/22/2020 20:48 hrs
End Date and Time: 10/22/2020 21:00 hrs
Start Date and Time: 11/06/2020 15:12 hrs
End Date and Time: 11/06/2020 15:24 hrs
Start Date and Time: 11/09/2020 06:36 hrs
End Date and Time: 11/09/2020 06:42 hrs
Start Date and Time: 11/10/2020 07:24 hrs
End Date and Time: 11/10/2020 07:30 hrs
Start Date and Time: 11/10/2020 08:12 hrs
End Date and Time: 11/10/2020 09:30 hrs
Start Date and Time: 11/10/2020 10:12 hrs
End Date and Time: 11/10/2020 10:18 hrs
Start Date and Time: 11/10/2020 12:00 hrs
End Date and Time: 11/10/2020 12:06 hrs
Start Date and Time: 11/10/2020 12:24 hrs
End Date and Time: 11/10/2020 12:30 hrs
Start Date and Time: 11/10/2020 13:00 hrs
End Date and Time: 11/10/2020 13:24 hrs
Start Date and Time: 11/10/2020 14:00 hrs
End Date and Time: 11/10/2020 14:06 hrs
Start Date and Time: 11/20/2020 02:54 hrs
End Date and Time: 11/20/2020 13:06 hrs

**30% (State, Sandblasting operations) 6-minute average**
Start Date and Time: 11/10/2020 11:57 hrs
End Date and Time: 11/10/2020 12:01 hrs
Start Date and Time: 11/10/2020 12:56 hrs
End Date and Time: 11/10/2020 13:01 hrs
Start Date and Time: 11/10/2020 13:57 hrs
End Date and Time: 11/10/2020 14:01 hrs
Start Date and Time: 11/10/2020 15:00 hrs
End Date and Time: 11/10/2020 15:01 hrs
Start Date and Time: 11/10/2020 16:00 hrs
End Date and Time: 11/10/2020 16:01 hrs

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159   pg 50 of 74

Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 139

Start Date and Time: 11/20/2020 02:52 hrs
End Date and Time: 11/20/2020 02:57 hrs

**20% (Federal, Subpart UUU) 3-hr rolling average**
Start Date and Time: 10/22/2020 16:00 hrs
End Date and Time: 10/22/2020 21:00 hrs

iii.   On February 19, 2021, from 17:54-18:00 hours, Suncor exceeded the 30% (State, 6-minute average) opacity limit at the Plant 1 FCCU during sandblasting operations. Suncor reported that, on February 18, 2021, the Catalyst Fines Hopper at the Plant 1 FCCU was taken offline for maintenance. The sandblaster was offline for about a day to clamp a leak that had developed on the sandblasting line. The time taken to complete the line repair led to accumulation of catalyst at the fourth stage separator, and this caused an opacity exceedance when the sandblaster was placed back in service. The leak that occurred on the sandblasting line was due to erosion. It has been determined that the erosion is occurring downstream of a reducer on the line, which is accelerating the fluid and causing the erosion. As a preventive measure, Suncor x-rays this line semi-annually to try and identify any thinning areas before a leak occurs.

iv.   On April 19, 2021, from 7:42-7:48 hours, Suncor exceeded the 20% (State, 6-minute average) opacity limit at the Plant 1 FCCU. This exceedance was a result of the event described in Paragraph 14.a.x of this Consent Order.

v.   The event described in Paragraph 14.a.xi of this Consent Order resulted in the following exceedances of the opacity limit at the Plant 1 FCCU:

**20% (State) 6-minute average**
Start Date and Time:  6/21/2021 11:54 hrs
End Date and Time:   6/21/2021 12:00 hrs
Start Date and Time:  6/21/2021 15:06 hrs
End Date and Time:   6/21/2021 15:12 hrs
Start Date and Time:  6/21/2021 15:24 hrs
End Date and Time:   6/21/2021 16:00 hrs
Start Date and Time:  6/21/2021 16:12 hrs
End Date and Time:   6/21/2021 16:18 hrs
Start Date and Time:  6/21/2021 16:36 hrs
End Date and Time:   6/21/2021 16:42 hrs
Start Date and Time:  6/21/2021 23:12 hrs
End Date and Time:   6/21/2021 23:18 hrs
Start Date and Time:  6/22/2021 04:54 hrs
End Date and Time:   6/22/2021 05:06 hrs

49

Start Date and Time:  6/22/2021 08:48 hrs
End Date and Time:   6/22/2021 08:54 hrs
Start Date and Time:  6/22/2021 09:36 hrs
End Date and Time:   6/22/2021 09:42 hrs

Suncor failed to comply with the Plant 1 FCCU opacity limits, violating Permit 96OPAD120, § II, Conditions 22.7.1, 22.7.2, 22.7.3, 35.1, 35.2, 45.1.2, and 54.1.2; Permit 96OPAD120, § IV, Condition 16; the West Plant Consent Decree, Paragraph 54; AQCC Regulation 1, §§ II.A.1 and II.A.4; Subpart J, § 60.102(a)(2); and Subpart UUU, §§ 63.1564(a)(1) and 63.1564(a)(2).

i.   Pursuant to Permit 96OPAD120, § II, Condition 20.10, and Subpart UUU, §§ 63.1568(a)(2) and 63.1568(a)(4)(iii), during periods of startup and shutdown, Suncor must send any startup or shutdown purge gases from the SRUs to a thermal oxidizer or incinerator operated at a minimum hourly average temperature of 1,200°F in the firebox and a minimum hourly average outlet oxygen concentration of 2 volume percent (dry basis). On November 3, 2020, from 13:00-14:00 hours, Suncor failed to comply with the minimum temperature operating limit of 1,200°F at the TGU Incinerator (H-25) as a result of the event described in Paragraph 14.a.iii of this Consent Order, violating Permit 96OPAD120, § II, Condition 20.10, and Subpart UUU, §§ 63.1568(a)(2) and 63.1568(a)(4)(iii).

j.   Pursuant to Permit 96OPAD120, § II, Condition 13.8, and the West Plant Consent Decree, Paragraph 73(a), Suncor shall limit the CO emissions from Boilers 6 and 8 to 0.060 lb/MMBtu on a 24-hour rolling average basis.

   i.   On October 26, 2020, from 05:00-14:00 hours, Suncor failed to comply with the CO emissions limit for Boiler 6 as a result of the event described in Paragraph 14.a.iii of this Consent Order.

   ii.  The event described in Paragraph 14.a.xi of this Consent Order resulted in the following exceedances of the CO limit:

   **Boiler 6**
   Start Date and Time:  6/07/2021 05:00 hrs
   End Date and Time:   6/09/2021 07:00 hrs
   Start Date and Time:  6/10/2021 02:00 hrs
   End Date and Time:   6/13/2021 13:00 hrs

   **Boiler 8**
   Start Date and Time:  6/13/2021 11:00 hrs
   End Date and Time:   6/14/2021 20:00 hrs

Start Date and Time:  6/14/2021 23:00 hrs
End Date and Time:   6/15/2021 10:00 hrs

Suncor failed to comply with the CO emissions limit (0.060 lb/MMBtu on a 24-hour rolling average basis) for Boilers 6 and 8, violating Permit 96OPAD120, § II, Condition 13.8, and the West Plant Consent Decree, Paragraph 73(a).

k.  Pursuant to the 2019 Consent Order, Paragraph 55.a, for eight consecutive calendar quarters, beginning in the third quarter of 2020, Suncor must conduct emissions testing at the Plant 1 FCCU (AIRS Point ID 025) and the Plant 2 FCCU (AIRS Point ID 217) to measure hydrogen cyanide (HCN) each calendar quarter. Suncor failed to conduct HCN emission testing for the Plant 1 and Plant 2 FCCUs during the second quarter of 2021, violating the 2019 Consent Order, Paragraph 55.a.

**Refinery: Plant 2**
**Inspection: 7/19-21/2021, Case No. 2022-076**

l.  Pursuant to Permit 95OPAD108, § II, Conditions 1.3, 2.10, 3.3, 5.11, 7.2, 8.4, and 22.5.1; Permit 09AD1422, Condition 10; Subpart J, § 60.104(a)(1); and Subpart Ja, § 60.103a(h), Suncor shall not burn in any fuel gas combustion device or any affected flare any fuel gas that contains $H_2S$ in excess of 162 ppmv determined hourly on a 3-hour rolling average basis.

i.  On August 1, 2020, from 11:00-19:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 Flare and other Plant 2 fuel burning equipment. Suncor reported that, on August 1, 2020, the No. 2 Crude Unit began starting up after a prolonged period of Plant 2 being offline. During start-up, overhead gases are routed to the Plant 2 fuel gas system, as necessary, to maintain pressure control. This is required when the Plant 2 FCCU is offline and cannot receive this stream. As these gases were routed to the fuel gas system and through the amine contactor, the $H_2S$ in the fuel gas system began to rise. Suncor determined that even though the amine in the contactor was lean and had been circulated following the shutdown in March 2020, the lean amine still contained $H_2S$ concentrations in excess of 162 ppmv. The crude overhead gases are not sour. Instead of the amine removing $H_2S$ from the stream, the increased flow through the amine was actually liberating $H_2S$ from the amine causing the exceedance. Shutdown procedures for the amine contactor call for the contactor to be bypassed and the amine regenerated. However, the shutdown procedures did not apply because the No. 3 SRU was not shutdown; the SRU was left on hot standby during this time. Typically, if the No. 2 Crude Unit is

offline, the No. 3 SRU is also offline, but that was not the case. Suncor updated the No. 2 Crude Unit start-up procedure to bypass the gas contactor if the SRU is down, which will prevent reoccurrence.

ii. Suncor reported that, on March 17, 2020, the Plant 2 FCCU shut down. Due to the COVID-19 pandemic, it remained down for several months but was restarted in late August 2020. Additional Plant 2 process units were also brought online along with the Plant 2 FCCU, including the No. 3 SRU, unsaturated gas plant, and No. 2 Cat Poly. On August 17, 2020, the Plant 2 FCCU air blower was restarted resulting in opacity exceedances. Additional start-up activities began on August 25, 2020. This event resulted in the following exceedances of the fuel gas $H_2S$ limit at the Plant 2 fuel burning equipment:

**Fuel Gas System**
Start Date and Time: 8/27/20 18:00 hrs
End Date and Time:  8/27/20 20:00 hrs
Start Date and Time: 8/28/20 09:00 hrs
End Date and Time:  8/28/20 11:00 hrs
Start Date and Time: 8/29/20 02:00 hrs
End Date and Time:  8/29/20 20:00 hrs

iii. Suncor reported that, on November 4, 2020, a programmable logic controller ("PLC") card failure caused the immediate shutdown of the Plant 2 FCCU feed preheater, air compressor, and wet gas compressors, which initiated the emergency shutdown system for the entire process unit. The delinquent PLC card was identified and replaced, and the unit was restarted once operations had determined it was safe to do so. Diagnostics of the failed PLC card did not provide any known causes for the failure. This event resulted in the following exceedances of the fuel gas $H_2S$ limit at the Plant 2 Flare:

**Plant 2 Flare**
Start Date and Time: 11/5/20 00:00 hrs
End Date and Time:  11/6/20 11:00 hrs
Start Date and Time: 11/6/20 15:00 hrs
End Date and Time:  11/6/20 21:00 hrs
Start Date and Time: 11/7/20 00:00 hrs
End Date and Time:  11/7/20 05:00 hrs
Start Date and Time: 11/7/20 15:00 hrs
End Date and Time:  11/7/20 17:00 hrs

iv. On November 21, 2020, from 15:00-17:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 Flare. Suncor reported that, on

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159   pg 54 of 74
Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 143

November 21, 2020, at approximately 13:00 hours, the Unsat Stripper Water Boot level went high, and the level control valve opened in response to bring the level back to the control set point. The increase process flow from this vessel was sent to the Plant 2 Sour Water Surge Drum, and its level began to rise. There was uncertainty concerning the accuracy of the levels the operators were seeing. In the process of taking steps in the field to verify and manage levels, Suncor determined that two relief valves off the Surge Drum and Oil Skimmer Pump had begun relieving to the Plant 2 Flare. The Sour Water Surge Drum had filled up causing elevated pressures and the relieving to occur.

v.   On November 26, 2020, from 10:00-12:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 fuel burning equipment. Suncor reported that, on November 26, 2020, at approximately 07:40 hours, the Boiler 505 (B-505) fuel gas vent valve failed and opened. The boiler tripped on low upstream fuel gas pressure due to a plugged fuel gas regulator. Boiler 504 (B-504) tried to ramp up to compensate for the loss of B-505, but a stuck damper positioner limited the $O_2$ intake and tripped B-504. Operators tried to re-light both boilers but were unable to satisfy the start-up permissives due to the plugged fuel gas regulators and $O_2$ requirements from the damper position. The resulting loss of steam initiated the shutdown of multiple process units. It was determined that moisture in both the air system and fuel gas system likely caused freezing and/or sticking of the vent valve and fuel gas regulators. Insulation on the fuel gas regulators was not adequate, which allowed the freezing to occur. The sticking damper positioner on B-504 was the result of lubricating preventive maintenance not being performed adequately.

vi.   Suncor reported that, on March 19, 2021, the Plant 2 FCCU tripped automatically via the automated emergency shutdown system due to low differential pressure at the Regenerator slide valve. The system experienced elevated differential pressure approximately ten minutes beforehand, and operational adjustments were made to help alleviate that condition. At approximately 02:25 hours, the differential pressure instantly dropped below the trip setting, which initiated the automatic shutdown. The system is designed to shut down in order to maintain the unit in a safe condition and prevent excess emissions that would result from an oil reversal within the Regenerator. When the Plant 2 FCCU shuts down, certain circuits need to be purged and pressure relieved from the unit, which results in elevated $H_2S$ going to the Plant 2 Flare. Suncor concluded that the series of differential readings during this period and the instantaneous drop in pressure were the result of a catalyst

blockage occurring within the riser or J-bend that built up and then broke free. This event resulted in the following exceedances of the fuel gas $H_2S$ limit at the Plant 2 Flare:

**Plant 2 Flare**
Start Date and Time: 3/19/21 05:00 hrs
End Date and Time:  3/19/21  06:00 hrs
Start Date and Time: 3/19/21 07:00 hrs
End Date and Time:  3/19/21 12:00 hrs

vii.   On April 13, 2021, from 22:00-23:00 hours, Suncor exceeded the fuel gas $H_2S$ limit at the Plant 2 Flare. Suncor reported that, on April 12, 2021, the Plant 2 FCCU tripped automatically via the automated emergency shutdown system due to low differential pressure at the Regenerator slide valve. In March 2021, the unit shut down automatically due to a similar issue. While the unit was able to be restarted in March 2021, the differential pressure reading remained lower than normal providing less of a buffer against the trip setting for differential pressure variability. Suncor determined the catalyst plugging that broke loose during the March event continued to cause pressure issues downstream.

Suncor exceeded the fuel gas $H_2S$ limit (162 ppmv, 3-hr rolling average) at the Plant 2 Flare and other Plant 2 fuel burning equipment, violating Permit 95OPAD108, § II, Conditions 1.3, 2.10, 3.3, 5.11, 7.2, 8.4, and 22.5.1; Permit 09AD1422, Condition 10; Subpart J, § 60.104(a)(1); and Subpart Ja, § 60.103a(h).

m.   Pursuant to Permit 95OPAD108, § II, Conditions 12.3, 15.2, and 23.1, and AQCC Regulation 7, Part B, § I.A, Suncor is required to operate and maintain all storage tank accesses, seals, hatches, roof drainage systems, and pressure relief valves to prevent detectable vapor loss.

i.   On July 22, 2020, Suncor discovered a crude oil-water mixture on top of the floating roof of Tank 26. Suncor reported that it is not entirely clear how the material got onto the top of the roof. With the Tank 6 crude oil tank out of service due to a planned outage, crude oil offloading/shipments and slopping activities were periodically going directly to Tank 26. The size and configuration of Tank 26 is not ideal for such activities as it is not large enough to adequately absorb hotter, slopped products and does not have a distributor on the inlet nozzle like Tank 6 does. The product was removed from the roof on September 4, 2020.

ii.   On January 12, 2021, Suncor discovered an open hatch on the internal floating roof of Tank 27. Suncor reported that it is unclear

exactly how the hatch may have opened. The probable cause is that the hatch was inadvertently left open after the tank was taken out of service for maintenance in 2020. Tank 27 was taken out of service, so personnel could safely enter the tank to close the hatch. On February 25, 2021, Suncor closed the hatch and bolted it shut.

Suncor failed to operate and maintain accesses, seals, hatches, roof drainage systems, and pressure relief valves on Tanks 26 and 27 to prevent detectable vapor loss, violating Permit 95OPAD108, § II, Conditions 12.3, 15.2, and 23.1, and AQCC Regulation 7, Part B, § I.A.

n.  Pursuant to Permit 95OPAD108, § II, Condition 18.2, Suncor is required to comply with the equipment leak standards, including the Leak Detection and Repair ("LDAR") monitoring requirements, of AQCC Regulation 7, Part B, § VI.C.2.a; Subpart GGG, § 60.592(a); and Subpart CC, § 63.648(a), as set forth in Condition 27.8.1, 30.1, and 32.16. Pursuant to Permit 95OPAD108, § II, Condition 27.8.1, and AQCC Regulation 7, Part B, § VI.C.2.a.(ii), Suncor is required to conduct a monitoring program consistent with the provisions in Regulation 7, Part B, § VI.C.4.a. Pursuant to Permit 95OPAD108, § II, Conditions 30.1 and 32.16; Subpart GGG, § 60.592(a); and Subpart CC, § 63.648(a), Suncor is required to comply with the equipment leak standards and LDAR monitoring requirements of Subpart VV, §§ 60.482-1 to 60.482-10. Suncor failed to conduct the initial Method 21 monitoring for two new replacement valves within 30 days of startup, as described in Table 3 below. Suncor added the valves to the LDAR database for continual monitoring.

| Table 3 | | |
|---|---|---|
|  | First Valve | Second Valve |
| Monitoring Due Date: | 7/25/2020 | 9/1/2020 |
| Date Monitored: | 8/19/2020 | 9/2/2020 |

Suncor failed to comply with LDAR monitoring requirements for two valves, violating Permit 95OPAD108, § II, Conditions 18.2, 27.8.1, 30.1, and 32.16; Subpart CC, § 63.648(a); Subpart GGG, § 60.592(a); Subpart VV, §§ 60.482-1 to 60.482-10; and AQCC Regulation 7, Part B, §§ VI.C.2.a.(ii) and VI.C.4.a.

o.  Pursuant to Permit 95OPAD108, § II, Conditions 2.7 and 33.19; Permit 09AD0961, Conditions 19 and 27(c); the East Plant Consent Decree, Paragraph 94; Subpart Ja, § 60.102a(b)(4); and Subpart UUU, § 63.1565(a)(1), Suncor shall not discharge or cause the discharge into the atmosphere from the Plant 2 FCCU any gases that contain CO in excess of 500 ppmvd corrected to 0% excess air, on an hourly average basis.

    i.    The event described in Paragraph 14.l.ii of this Consent Order resulted in the following exceedances of the CO limit:

        **500 ppmvd at 0% O$_2$ 1-hour average**
        Start Date and Time: 8/25/20 16:00 hrs
        <u>End Date and Time:  8/25/20 17:00 hrs</u>
        Start Date and Time: 8/26/20 20:00 hrs
        End Date and Time:  8/27/20 06:00 hrs

    ii.    The event described in Paragraph 14.l.iii of this Consent Order resulted in the following exceedances of the CO limit:

        **500 ppmvd at 0% O$_2$ 1-hour average**
        Start Date and Time: 11/5/20 19:00 hrs
        <u>End Date and Time:  11/5/20 20:00 hrs</u>
        Start Date and Time: 11/6/20 10:00 hrs
        End Date and Time:  11/7/20 18:00 hrs

    iii.    On November 30, 2020, from 09:00-20:00 hours, Suncor exceeded the CO limit (500 ppmvd at 0% O$_2$ 1-hour average) at the Plant 2 FCCU as a result of the event described in Paragraph 14.l.v of this Consent Order.

    iv.    The event described in Paragraph 14.l.vi of this Consent Order resulted in the following exceedances of the CO limit:

        **500 ppmvd at 0% O$_2$ 1-hour average**
        Start Date and Time: 3/22/21 07:00 hrs
        <u>End Date and Time:  3/22/21 19:00 hrs</u>
        Start Date and Time: 3/25/21 08:00 hrs
        End Date and Time:  3/25/21 19:00 hrs

    v.    On April 13, 2021, from 07:00-18:00 hours, Suncor exceeded the CO limit (500 ppmvd at 0% O$_2$ 1-hour average) at the Plant 2 FCCU as a result of the event described in Paragraph 14.l.vii of this Consent Order.

Suncor failed to comply with the CO limit at the Plant 2 FCCU, violating Permit 95OPAD108, § II, Conditions 2.7 and 33.19; Permit 09AD0961, Conditions 19 and 27(c); the East Plant Consent Decree, Paragraph 94; Subpart Ja, § 60.102a(b)(4); and Subpart UUU, § 63.1565(a)(1).

p.    Pursuant to Permit 95OPAD108, § II, Conditions 2.8, 4.4, and 19.1; Permit 09AD0961, Condition 3; AQCC Regulation 1, § II.A.1, Suncor shall not allow or cause the emission into the atmosphere of any air pollutant that is in excess of 20% opacity based on 24 consecutive opacity readings

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159   pg 58 of 74
Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 147

taken at 15-second intervals for six minutes. Pursuant to Permit
95OPAD108, § II, Conditions 2.7 and 33.4; Permit 09AD0961, Condition
27(b); the East Plant Consent Decree, Paragraph 98; Subpart J, §
60.102(a)(2); and Subpart UUU, § 63.1564(a)(1), Suncor shall not
discharge or cause the discharge into the atmosphere from any FCCU
catalyst regenerator any gases exhibiting greater than 30% opacity,
except for one six-minute average opacity reading in any one-hour
period.

i.   The event described in Paragraph 14.l.ii of this Consent Order
     resulted in the following opacity exceedances at the Plant 2 FCCU:

     **20% (State) 6-minute average**
     Start Date and Time: 8/17/20 01:18 hrs
     End Date and Time:  8/17/20 02:24 hrs
     Start Date and Time: 8/26/20 15:54 hrs
     End Date and Time:  8/26/20 16:00 hrs
     Start Date and Time: 8/26/20 21:30 hrs
     End Date and Time:  8/26/20 22:00 hrs
     Start Date and Time: 8/26/20 23:42 hrs
     End Date and Time:  8/26/20 23:54 hrs

     **30% (Federal, Subpart J and Subpart UUU) 6-minute average**
     Start Date and Time: 8/17/20 01:18 hrs
     End Date and Time:  8/17/20 02:18 hrs

ii.  The event described in Paragraph 14.l.iii of this Consent Order
     resulted in the following opacity exceedances at the Plant 2 FCCU:

     **20% (State) 6-minute average**
     Start Date and Time: 11/4/20 20:36 hrs
     End Date and Time:  11/4/20 20:42 hrs
     Start Date and Time: 11/5/20 15:36 hrs
     End Date and Time:  11/5/20 16:06 hrs

     **30% (Federal, Subpart J and Subpart UUU) 6-minute average**
     Start Date and Time: 11/5/20 15:42 hrs
     End Date and Time:  11/5/20 16:00 hrs

iii. On December 10, 2020, from 14:48-14:54 hours, Suncor exceeded
     the 20% opacity limit (State, 6-minute average) at the Plant 2
     FCCU. Suncor reported that, on December 10, 2020, the Plant 2
     FCCU experienced a brief opacity spike while putting the catalyst
     fines hopper and filters back online after a routine filter change out
     preventive maintenance activity. During the maintenance work,
     Suncor determined that the filter bolts needed to be replaced.

However, the correct bolts were not in stock on site at the time. This caused a delay in returning the filter and hopper to service allowing catalyst to build up in the system. There was a small pressure bounce when the system was put back online, which caused brief elevated opacity readings during the operation because it was out of service for an extended period.

iv.  On March 17, 2021, from 09:28-09:34 hours, Suncor exceeded the 20% opacity limit (State, 6-minute average) at the Polymerization Unit (P006) – Reactor #2 (F009). Suncor reported that, on March 17, 2021, during a catalyst dump at Reactor #2 (F009), the catalyst blowdown bag ripped apart emitting catalyst dust to the atmosphere. Suncor determined that the local pressure gauge reading of 40 psig may have been a faulty reading. Suncor implemented corrective action to replace the pressure differential transmitters with pressure transmitters on the inlet and outlet of the reactor. This will provide an additional pressure reading for redundancy and historical data. Additionally, Suncor evaluated reactor blow bag size. Suncor implemented a larger bag for each load after this event, evaluated fitment, and implemented Jersey barriers on cave corners.

v.  On March 22, 2021, from 11:54-12:18 hours, Suncor exceeded the 20% opacity limit (State, 6-minute average) at the Plant 2 FCCU as a result of the event described in Paragraph 14.l.vi of this Consent Order.

vi.  On April 13, 2021, from 14:00-14:06 hours, Suncor exceeded the 20% opacity limit (State, 6-minute average) at the Plant 2 FCCU as a result of the event described in Paragraph 14.l.vii of this Consent Order.

Suncor failed to comply with the opacity limits at the Plant 2 FCCU and Plant 2 Polymerization Unit, violating Permit 95OPAD108, § II, Conditions 2.7, 2.8, 4.4, 19.1, and 33.4; Permit 09AD0961, Conditions 3 and 27(b); the East Plant Consent Decree, Paragraph 98; AQCC Regulation 1, § II.A.1; Subpart J, § 60.102(a)(2); and Subpart UUU, § 63.1564(a)(1).

q.  Pursuant to Permit 95OPAD108, § II, Condition 5.8, Suncor shall not discharge or cause the discharge of any gases into the atmosphere from the Claus Plant containing in excess of 1.20% by volume of $SO_2$ at 0% $O_2$ on a dry basis. On May 19, 2021, from 09:00-11:00 hours, Suncor exceeded the $SO_2$ limit at the No. 3 SRU. Suncor reported that, on the evening of May 18, 2021, the No. 3 SRU experienced an upset condition when a fuel gas valve to the thermal reactor closed unexpectedly, which led to the unit being off ratio. After troubleshooting, operations

personnel was able to make adjustments and stabilize the unit. During additional troubleshooting and maintenance the following morning on May 19, 2021, technicians removed the solenoid for the incorrect fuel gas valve, which tripped the reactor offline leading to the $SO_2$ exceedance. Suncor determined the root cause for this incident was a fuel gas valve that failed closed likely due to a bad termination (loose wire) between the programmable logic controller digital output channel and the downstream No. 3 SRU fuel gas valve solenoid 07XY130B or failed solenoid valve. However, due to the operating conditions and instrumentation drift, the zero-flow condition still showed a 6.4 MSCFD flow, which was above the 5.0 MSCFD alarm set point. Therefore, operators were not immediately aware of the closed fuel gas valve. Suncor re-zeroed the flow transmitter, which corrected the flow reading. On May 19, 2021, Suncor failed to comply with the $SO_2$ limit (1.20% by volume of $SO_2$ at 0% $O_2$ on a dry basis) at the No. 3 SRU, violating Permit 95OPAD108, § II, Condition 5.8.

15.    The Division and Suncor entered into settlement discussions for: (i) any of: the violations as determined by the Division in this Consent Order, Paragraphs 13 and 14; alleged violations in the Compliance Advisories issued on August 3, 2021 and May 25, 2022; or alleged violations described in the inspection reports (Summary Sections) for the 2020 and 2021 inspections, and (ii) any and all Refinery air violations for which the Division has actual notice and that the Division could have asserted, but did not assert, against Suncor during the time periods identified in the Division's inspection reports for the 2020 and 2021 inspections (specifically July 1, 2019 through June 30, 2020 and July 1, 2020 through June 30, 2021) (collectively, the "Violations Addressed Herein").  The Parties reached a settlement of the Violations Addressed Herein that is detailed in this Consent Order.

## III.  ORDER and AGREEMENT

Based on the foregoing factual and legal determinations, pursuant to its authority under § 25-7-115, C.R.S., and as a result of the Violations Addressed Herein, the Division orders Suncor to comply with all provisions of this Consent Order, including all requirements set forth below.

16.    Suncor agrees to the terms and conditions of this Consent Order.  Suncor agrees that this Consent Order constitutes an order issued pursuant to § 25-7-115, C.R.S., and is an enforceable requirement of Part 1 of the Act.  Suncor also agrees not to challenge, in any judicial or administrative proceeding to enforce or interpret this Consent Order brought by the Division or by Suncor against the Division, the following:

     a.  the issuance of this Consent Order;

     b.  the factual and legal determinations made by the Division herein; and

  c. the Division's authority to bring, or the court's jurisdiction to hear, any action to enforce the terms of this Consent Order.

17. Notwithstanding the above, Suncor does not admit to any of the factual or legal determinations made by the Division herein. Neither Suncor's execution of this Consent Order, nor any action undertaken by Suncor pursuant to this Consent Order shall constitute an admission or evidence of liability or fault by Suncor, including with respect to the factual or legal determinations made by the Division in Paragraphs 13 and 14, the Violations Addressed Herein, or the condition of the Refinery. Suncor expressly reserves, and does not waive, all rights, claims, and defenses, including the right to dispute or challenge the factual or legal determinations made herein and to assert any factual or legal position in any proceeding, action, or enforcement, except as otherwise set forth in this Consent Order.

## Compliance Requirements

18. Effective immediately, and without limitation, Suncor shall comply with the Act and the Regulations in the regulation and control of air pollutants from the Refinery.

19. Implementation Plan - Power Reliability Projects.

  a. On or before July 1, 2024, Suncor must submit to the Division an electrical power reliability projects implementation plan ("Implementation Plan"). Suncor must obtain approval of the Implementation Plan from the Division no later than March 1, 2025. The proposed Implementation Plan must include the information set forth below in subparagraph 19.f. The total capital and operating cost of all projects proposed in the Implementation Plan ("Power Reliability Projects") must be not less than **Eight Million Dollars ($8,000,000)**, excluding all internal overhead or administrative costs (provided contractor and other third-party costs that do not constitute overhead or administrative costs may be included).

  b. The Division will have sixty (60) calendar days after submission of the Implementation Plan to review and either approve without modification or disapprove the Implementation Plan if it does not comply with the requirements of subparagraph 19.f below.

   i. Within thirty (30) calendar days after submission of the Implementation Plan, Suncor will meet with the Division to: (a) present in detail the Power Reliability Projects included in the submitted Implementation Plan; and (b) explain Suncor's process for identifying the proposed Power Reliability Projects, including an explanation of what criteria Suncor considered in its project

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 62 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 151

selection process and how the proposed projects better achieve the objectives of subparagraph 19.f than other projects considered by Suncor (without necessarily providing specific details of the other projects considered by Suncor). Within five (5) calendar days of the meeting set forth in this subparagraph 19.b.i, if the Division reasonably determines that Suncor did not provide the information identified above, the Division shall advise Suncor of the information it deems missing. Within fourteen (14) calendar days of the Division's request, Suncor and the Division shall again meet and Suncor shall make a reasonable and good faith effort to provide the information the Division identified as missing. The timeline for the Division to review and approve the Implementation Plan shall be extended through the date of this second meeting.

ii. If the Division reasonably needs additional information to determine whether the Implementation Plan complies with subparagraph 19.f, the Division may ask Suncor for that additional information. Suncor must provide the additional information within fourteen (14) calendar days of receipt of the Division's request unless the time is extended by the Division. The timeline for the Division to review and approve the Implementation Plan shall be extended from the day of the Division's request through the day of the Division's receipt of supplemental information. If the Division advises Suncor that the supplemental information is, in the Division's reasonable determination, not sufficient for the Division to approve or disapprove the Implementation Plan, Suncor will: 1) commit to providing further supplemental information, and the deadline for the Division to act on the Implementation Plan will be extended accordingly; or 2) advise the Division in writing that Suncor has determined that it has provided information sufficient for the Division to approve or disapprove the Implementation Plan, and the timeline for the Division to act thereon will no longer be extended.

c. If the Division approves the Implementation Plan pursuant to subparagraph 19.b or subparagraph 19.e, Suncor must implement the Implementation Plan as approved, including completing all Power Reliability Projects on or before December 31, 2026. Upon approval of the Implementation Plan, all Suncor's obligations under subparagraph 19.b shall be deemed satisfied.

d. If the Division does not approve or disapprove the Implementation Plan within the timelines set out in subparagraph 19.b or subparagraph 19.e, Suncor may initiate dispute resolution under Section VII regarding whether the submitted Implementation Plan is

approvable. Dispute resolution does not extend the deadline in subparagraph 19.a for Suncor to have an approved Implementation Plan by March 1, 2025 unless dispute resolution results in a determination that the submitted Implementation Plan should have been approved as proposed.

e.   If the Division disapproves the Implementation Plan, the Division will state the reasons for its disapproval in writing, and Suncor may revise and resubmit its Implementation Plan to address the basis for the Division's disapproval within thirty (30) calendar days of receipt of the disapproval. After Suncor's resubmission of the Implementation Plan, the Division will have thirty (30) calendar days to consider the resubmitted proposed Implementation Plan. The Division may either (1) approve the Implementation Plan as resubmitted and without modification, or (2) disapprove the resubmitted Implementation Plan if it does not comply with the requirements of subparagraph 19.f. If the Division disapproves the resubmitted Implementation Plan under this subparagraph, the Division will state the reasons for the disapproval in writing and the matter will be governed by dispute resolution under Section VII. Dispute resolution does not extend the deadline in Paragraph 19.a for Suncor to have an approved Implementation Plan by March 1, 2025, unless dispute resolution results in a determination that the revised Implementation Plan should have been approved as proposed.

f.   The Implementation Plan must:
   i.   Explain how Suncor evaluated the Violations Addressed Herein where a direct or indirect cause thereof was related to a loss, surge, or sag of power to or at the Refinery in considering each Power Reliability Project;
   ii.  Discuss electrical and power reliability improvements undertaken by Suncor at the Refinery since July 1, 2019;
   iii. Identify the Power Reliability Projects that Suncor will undertake to (1) reduce or minimize the risk of electrical power loss, trips, surges, or sags that may impact refinery equipment and result in excess emissions, and (2) improve electrical reliability;
   iv.  Include a detailed description of how the Power Reliability Project(s) are designed to accomplish the goals identified in (iii), above;
   v.   Set forth an estimated timeline by which the Power Reliability Projects will be completed, which shall be no later than **December 31, 2026**; and
   vi.  Estimate the capital and operating cost, as applicable, of each Power Reliability Project consistent with Paragraph 19.a, which total cost shall be not less than **Eight Million Dollars ($8,000,000)**.

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 64 of 74
Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 153

g.  By no later than December 31, 2025, Suncor must submit an update on the Implementation Plan to the Division. This update must include a detailed description of its progress on each Power Reliability Project, any delays encountered or anticipated, any unexpected challenges encountered, and a detailed invoicing of costs incurred.

h.  By no later than April 1, 2028, Suncor must submit a detailed analysis of whether and how the Power Reliability Projects have minimized the risk of power reliability issues that may result in excess emissions. This analysis must address any ongoing power reliability issue (e.g., outage, sag) at the equipment and/or process that was addressed by a Power Reliability Project, and evaluate why the issue occurred despite the Power Reliability Project.

i.  If Suncor will be delayed in its performance of the Implementation Plan after approval by the Division, the Division may grant or deny an extension of the relevant deadline in its reasonable discretion, upon a showing by Suncor of good cause.  If Suncor asserts that the cause of its delay is a force majeure, Suncor must submit a force majeure notice consistent with Paragraphs 42 through 45 (Force Majeure), or it will waive this defense.

j.  The Implementation Plan must be publicly available. However, Suncor may mark information in the Implementation Plan "Confidential Business Information" ("CBI"), and the Division shall protect the Implementation Plan as CBI in accordance with the Colorado Open Records Act, § 24-72-201, C.R.S., *et seq*. ("CORA"), including § 24-72-204(3)(a)(IV), C.R.S. In the event that Suncor determines that the Implementation Plan, the update under subparagraph 19.g, or the analysis under subparagraph 19.h., contains CBI, Suncor shall provide two versions of the applicable document to the Division, one with the CBI and one with the CBI removed. In the event the Division receives a request to produce, or otherwise disputes the designation of any information claimed as CBI by Suncor, the Division agrees that it will provide Suncor prompt notice and a copy of the request or dispute prior to making the information publicly available or disclosing to a requestor. If the Division notifies Suncor that the information marked CBI is not confidential under the standards of CORA, Suncor may appeal the Division's determination to the Colorado District Court for the City and County of Denver or take such other action as authorized under applicable law.

k.  Suncor's performance of the Implementation Plan is remediation or required to come into compliance with law.

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
pg 65 of 74
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159

Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 154

l.     Upon the Implementation Plan's approval, the Division agrees to cooperate with Suncor in its implementation of the Implementation Plan, and to use reasonable efforts to process any application or request for permits, approvals, or other actions within the Division's control in connection with the Implementation Plan.  If Suncor reasonably determines that the Division is not timely processing any such application or request, Suncor may request a meeting with the Division.  The Division will meet with Suncor within fourteen (14) calendar days to discuss opportunities and mechanisms to address the delays with respect to the applicable permit, approval, or other action within the Division's control.

20.     All documents submitted under this Consent Order shall use the same titles as stated in this Consent Order and shall reference both the case number and the number of the paragraph pursuant to which the document is required.  Unless otherwise specifically provided herein, no document submitted for Division approval under this Consent Order may be implemented unless and until written approval is received from the Division; provided in no event shall any disapproval prevent Suncor from implementing any project outside of the Implementation Plan.  Any approval by the Division of a document required to be submitted by Suncor for approval under this Consent Order is effective upon receipt by Suncor. All such approved documents, including any procedures and schedules contained therein, are hereby incorporated into this Consent Order and shall constitute enforceable requirements under the Act until approval of a Request to Terminate.

### Administrative Penalty Requirements

21.     Based upon the factors set forth in § 25-7-122, C.R.S., the Division has determined an administrative penalty in the amount of **One Million, Nine Hundred Sixty-Nine Thousand, One Hundred Two Dollars ($1,969,102.00)** against Suncor is appropriate and consistent with the Division's policies for violations of the Act and the Regulations cited in Section II of this Consent Order. Suncor agrees to pay the sum of **One Million, Nine Hundred Sixty-Nine Thousand, One Hundred Two Dollars ($1,969,102.00)** in administrative penalties. Payment is due within thirty (30) calendar days of the Effective Date of this Consent Order by certified, corporate or cashier's check drawn to the order of "Colorado Department of Public Health and Environment" and delivered to the attention of the Enforcement Unit Supervisor, Air Pollution Control Division, 4300 Cherry Creek Drive South, APCD-SS-B1, Denver, Colorado 80246-1530.

22.     The Refinery is a stationary source that is subject to the noncompliance penalty provisions of the Act and is required to calculate and pay any economic benefit derived from the noncompliance issues described above. The Division has approved Suncor's calculated noncompliance and economic benefit penalty of **Twenty-One Thousand, Two Hundred Ninety-Eight Dollars ($21,298.00)** and Suncor

shall pay the penalty within thirty (30) calendar days of the Effective Date of this Consent Order.

## Stipulated Penalty Requirements

23.     Certain of the Violations Addressed Herein are subject to the stipulated penalty provisions in the West Plant Consent Decree and the East Plant Consent Decree. In addition to the administrative penalty, Suncor agrees to the payment of stipulated penalties under the West Plant Consent Decree and the East Plant Consent Decree in an aggregate amount equal to **Five Hundred Nine Thousand, Six Hundred Dollars ($509,600.00)** (the "Stipulated Penalties"), of which **Five Hundred Three Thousand, Six Hundred Dollars ($503,600.00)** (the "West Plant Stipulated Penalties") is payable under the West Plant Consent Decree and **Six Thousand Dollars ($6,000.00)** (the "East Plant Stipulated Penalties") is payable under the East Plant Consent Decree, described as follows:

| Consent Order Paragraph | Violation Description | CD Citation Supporting Violation | CD Citation Supporting Stipulated Penalty Assessment and Calculation | Stipulated Penalty for Violation |
|---|---|---|---|---|
| **West Plant Consent Decree** | | | | |
| 13(h) | FCCU CO Limit Exceedance (500 ppm) | 49 | 256(d)(1) | $12,000.00 |
| 13(i) | H-25 $SO_2$ Limit Exceedance (250 ppm) | 169 | 256(i)(1) | $175,400.00 |
| 13(k) | FCCU $NO_x$ Limit Exceedance (86.8 ppm) | 15 | 256(a)(5) | $12,000.00 |
| 14(f) | FCCU CO Limit Exceedance (500 ppm) | 49 | 256(d)(1) | $19,500.00 |
| 14(g) | H-25 $SO_2$ Limit Exceedance (250 ppm) | 169 | 256(i)(1) | $279,500.00 |
| 14(j) | B6 CO Limit Exceedance (0.060 lb/MMBtu) | 73(a) | 256(f)(10)(ii) | $2,800.00 |
| 14(j) | B8 CO Limit Exceedance (0.060 lb/MMBtu) | 73(a) | 256(f)(10)(i) | $2,400.00 |
| | | | Due to EPA: | $251,800.00 |
| | | | Due to CO: | $251,800.00 |
| **East Plant Consent Decree** | | | | |
| 13(q) | FCCU CO Limit Exceedance (500 ppm) | 94 | 320(f)(1) | $4,500.00 |
| 14(o) | FCCU CO Limit Exceedance (500 ppm) | 94 | 320(f)(1) | $1,500.00 |
| | | | Due to EPA: | $3,000.00 |
| | | | Due to CO: | $3,000.00 |
| | | | **TOTAL:** | **$509,600.00** |
| | | | **TOTAL TO EPA:** | **$254,800.00** |
| | | | **TOTAL TO CO:** | **$254,800.00** |

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159   pg 67 of 74
Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 156

24.     Consistent with West Plant Consent Decree Paragraph 257, Suncor must pay one-half of the West Plant Stipulated Penalties in the amount of **Two Hundred Fifty-One Thousand, Eight Hundred Dollars ($251,800.00)** (the "United States West Plant Stipulated Penalty") to the United States of America.  Payment must be made in accordance with the current procedures provided by the Financial Litigation Unit for the United States Attorney's Office for the Southern District of Texas, referencing United States of America v. Conoco, Inc. (Civil Action No. H-01-4430) (S.D. Tex.), USAO File Number 2001 V 01872, and DOJ Case Number 90-5-2-1-07295/1.  Suncor must provide notice of payment to the Department of Justice and to United States Environmental Protection Agency ("EPA"), as provided in Paragraph 296 of the West Plant Consent Decree and referencing United States of America v. Conoco, Inc. (Civil Action No. H-01-4430) (S.D. Tex.), USAO File Number 2001 V 01872, and DOJ Case Number 90-5-2-1-07295/1.

25.     Consistent with East Plant Consent Decree Paragraph 321, Suncor must pay one-half of the East Plant Stipulated Penalties in the amount of **Three Thousand Dollars ($3,000.00)** (the "United States East Plant Stipulated Penalty") to the United States of America.  Payment must be made in accordance with current procedures provided by the Financial Litigation Unit for the United States Attorney's Office for the Western District of Texas, referencing United States of America v. Valero Refining, et al. (Civil Action No. SA-05-CA-0569) (W.D. Tex.), USAO File No. and DOJ Case Number 90-5-2-1-0681111.  Suncor must provide notice of payment to the Department of Justice and to EPA, as provided in Paragraph 376 of the East Plant Consent Decree, and referencing United States of America v. Valero Refining, et al. (Civil Action No. SA-05-CA-0569) (W.D. Tex.), USAO File No. and DOJ Case Number 90-5-2-1-0681111.

26.     Consistent with West Plant Consent Decree Paragraph 257 and East Plant Consent Decree Paragraph 321, Suncor must pay one-half of the Stipulated Penalties in the amount of **Two Hundred Fifty-Four Thousand, Eight Hundred Dollars ($254,800.00)** (the "Colorado Stipulated Penalties") to the Division.  Suncor must pay **$254,800.00** to the Division by certified, corporate or cashier's check drawn to the order of "Colorado Department of Public Health and Environment" and delivered to the attention of the Enforcement Unit Supervisor, Air Pollution Control Division, 4300 Cherry Creek Drive South, APCD-SS-B1, Denver, Colorado 80246-1530.

27.     Notwithstanding any contrary provision in the West Plant Consent Decree and the East Plant Consent Decree, the Parties agree that Suncor must pay the amounts required to be paid by Suncor under Paragraphs 23 through 26 above within thirty (30) days of the Effective Date of this Consent Order.

## IV. SCOPE AND EFFECT OF CONSENT ORDER

28.     The Parties agree and acknowledge that this Consent Order constitutes a full and final settlement of, and resolution of liability for, the Violations Addressed Herein, and further agree not to challenge the terms and conditions of this Consent

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159   pg 68 of 74

Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 157

Order in any proceeding before any administrative body or any judicial forum, whether by way of direct judicial review or collateral challenge.

29.     This Consent Order constitutes a final agency order upon execution by Suncor and the Division and shall be enforceable by either Party in the same manner as if the Division had entered this Consent Order without agreement by Suncor.  The Parties agree that any violation of the provisions of this Consent Order by Suncor shall be a violation of a final order of the Division for the purposes of §§ 25-7-115, -121, and -122, C.R.S., and may result in the assessment of civil penalties consistent with § 25-7-115, C.R.S., per day for each day of such violation.

30.     With respect to the Stipulated Penalties payable hereunder, Suncor hereby waives any right to a demand or notice under Paragraph 257 of the West Plant Consent Decree or Paragraph 321 of the East Plant Consent Decree, and in the alternative, the Parties agree that this Consent Order, including the Stipulated Penalties described in the "Stipulated Penalty Requirements" above, constitutes a written demand for payment of stipulated penalties on behalf of the Division, which has consulted with the EPA.  The Division, by signing this Consent Order, represents that EPA has agreed to the amount of Stipulated Penalties payable by Suncor and has stated that the amount satisfies any stipulated penalty demand that EPA would make in connection with any failure by Suncor to comply with the West Plant Consent Decree and the East Plant Consent Decree with respect to the Violations Addressed Herein.  Payment of the Stipulated Penalties due under this Consent Order is a full and final resolution of Suncor's stipulated penalty liability to the Division under the Consent Decrees for Civil Action H-01-4430 and Civil Action No. SA-05-CA-0569 for the Violations Addressed Herein. Suncor, by signing this Consent Order, waives any and all rights under West Plant Consent Decree Paragraph 258, West Plant Consent Decree Part XXII, East Plant Consent Decree Paragraph 322, or otherwise, to dispute the imposition of any of the Stipulated Penalties reflected in this Consent Order, provided that Suncor's payment of the Stipulated Penalties constitutes a full and final resolution of Suncor's stipulated penalty liability to the Division for the Violations Addressed Herein, and no additional stipulated penalties are demanded or payable by or to the Division for the Violations Addressed Herein.

31.     The Parties' obligations under this Consent Order are limited to the matters expressly stated herein or in approved submissions required hereunder. Submissions approved pursuant to this Consent Order are incorporated into this Consent Order and become enforceable under the terms of this Consent Order as of the date of approval by the Division until approval of a Request to Terminate.

32.     The Division's approval of any submission, standard, or action under this Consent Order shall not constitute a defense to, or an excuse for, any prior violation of any requirement under the Act, the Regulations, or any subsequent violation of any requirement of this Consent Order, the Act, or the Regulations.

33.     Entering into this settlement shall not constitute an admission of violation by Suncor, nor shall the Division or any third party infer it to be such an

Case No. 1:24-cv-02164-DDD-SBP   Document 27-8   filed 01/21/25   USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159   pg 69 of 74

Appellate Case: 25-1243   Document: 18-8   Date Filed: 09/05/2025   Page: 158

admission by Suncor in any administrative or judicial proceeding. Notwithstanding the foregoing or anything in this Consent Order to the contrary, the described Violations Addressed Herein will constitute part of Suncor's compliance history for any purpose for which such history is relevant, including considering the Violations Addressed Herein in assessing a penalty for any subsequent violations, in accordance with the provisions of § 25-7-122, C.R.S., against Suncor.

34.     This Consent Order does not relieve Suncor from complying with all applicable Federal, State, and/or local laws and regulations. Suncor shall obtain all necessary approvals and permits to conduct the activities required by this Consent Order and perform its obligations required hereunder. The Division makes no representation with respect to approvals or permits required by Federal, State, or local laws or regulations other than those specifically referred to herein.

35.     Nothing herein shall be construed as prohibiting, altering, or in any way limiting the ability of the Division to seek any other remedies or sanctions available by virtue of Suncor's violation of this Consent Order or of the statutes and regulations upon which this Consent Order is based, or for Suncor's violation of any applicable provision of law, if such violations are not Violations Addressed Herein.

## V.   LIMITATION RELEASES AND RESERVATION OF RIGHTS AND LIABILITY

36.     Upon the Effective Date of this Consent Order, the Division hereby releases, covenants not to sue, and agrees not to take any further administrative action against Suncor for the Violations Addressed Herein. This Consent Order does not grant any release of liability for any violations, regardless of when they occurred, that are not Violations Addressed Herein. The Division reserves the right to bring any action it deems necessary to enforce this Consent Order.

37.     Nothing in this Consent Order shall preclude the Division from imposing additional requirements necessary to protect human health or the environment in accordance with applicable law.

38.     Suncor reserves its rights and defenses regarding liability in any proceedings regarding the Refinery other than proceedings to enforce this Consent Order.

39.     Upon the Effective Date of this Consent Order, Suncor releases and covenants not to sue the State of Colorado as to all common law or statutory claims or counterclaims arising from, or relating to, the Violations Addressed Herein.

40.     Suncor shall not seek to hold the State of Colorado or its employees, agents or representatives liable for any injuries or damages to persons or property resulting from acts or omissions of Suncor, or those acting for or on behalf of Suncor, including its officers, employees, agents, successors, representatives, contractors or consultants in carrying out activities pursuant to this Consent Order. Suncor shall not

hold out the State of Colorado or its employees, agents or representatives as a party to any contract entered into by Suncor in carrying out activities pursuant to this Consent Order.  Nothing in this Consent Order shall constitute an express or implied waiver of immunity otherwise applicable to the State of Colorado, its employees, agents, or representatives.

41.     The Division reserves the right to bring any action or to seek civil or administrative penalties for any past, present, or future violations of the Act and the Regulations, other than with respect to the Violations Addressed Herein.  Further, the Division has the right to bring any action to enforce this Consent Order and to seek authorized penalties for any violation of this Consent Order. Notwithstanding anything in this Consent Order to the contrary, in the event of a violation of Paragraph 18 of this Consent Order, the Division agrees that it shall only assert a violation of Paragraph 18 or a violation of the applicable Act or Regulation, and not both.

## VI. <u>FORCE MAJEURE</u>

42.     Suncor shall perform the requirements of this Consent Order within the schedules and time limits set forth herein and in any approved plan unless the performance is prevented or delayed by events that constitute a force majeure.  A force majeure is defined as any event arising from causes which are not reasonably foreseeable, which are beyond the control of Suncor, and which cannot be overcome by due diligence.

43.     Unless otherwise provided in the Act or the Regulations, within seventy-two (72) hours of the time that Suncor knows or has reason to know of the occurrence of any event which Suncor has reason to believe may prevent Suncor from timely compliance with any requirement under this Consent Order, Suncor shall provide verbal notification to the Division.  Within seven (7) calendar days of the time that Suncor knows or has reason to know of the occurrence of such event, Suncor shall submit to the Division a written description of the event causing the delay, the reasons for and the expected duration of the delay, and actions which will be taken to mitigate the duration of the delay.

44.     The burden of proving that any delay was caused by a force majeure shall at all times rest with Suncor.  If the Division agrees that a force majeure has occurred, the Division will so notify Suncor.  The Division will also approve or disapprove of Suncor's proposed actions for mitigating the delay.  If the Division does not agree that a force majeure has occurred, or if the Division disapproves of Suncor's proposed actions for mitigating the delay, it shall provide a written explanation of its determination to Suncor.

45.     Delay in the achievement of one requirement shall not necessarily justify or excuse delay in the achievement of subsequent requirements.  In the event any performance under this Consent Order is found to have been delayed by a force majeure, Suncor shall perform the requirements of this Consent Order that were delayed by the force majeure with all due diligence.

## VII. <u>DISPUTE RESOLUTION</u>

46.     If the Division determines that a violation of this Consent Order has occurred, that a force majeure has not occurred, that the actions taken by Suncor to mitigate the delay caused by a force majeure are inadequate, or if there is a dispute over approval of the Implementation Plan or a Request to Terminate, the Division shall provide a written explanation of its determination to Suncor.  For purposes of subparagraph 19.d, the Division's failure to approve or disapprove the Implementation Plan within the timeline set out in subparagraph 19.b or subparagraph 19.e shall constitute a determination for purposes of this Paragraph 46. Within fifteen (15) calendar days of receipt of the Division's determination, Suncor shall:

    a. Submit a notice of acceptance of the determination; or

    b. Submit a notice of dispute of the determination.

If Suncor fails to submit either of the above notices within the specified time, it will be deemed to have accepted the Division's determination.

47.     If Suncor files any notice of dispute pursuant to Paragraph 46, the notice shall specify the particular matters in the Division's determination that Suncor seeks to dispute, and the basis for the dispute.  Matters not identified in the notice of dispute shall be deemed accepted by Suncor.  The Division and Suncor shall have thirty (30) calendar days from the receipt by the Division of the notification of dispute to reach an agreement.  If agreement cannot be reached on all issues within this thirty (30) day period, the Division shall confirm or modify its decision within an additional fourteen (14) days, and the confirmed or modified decision shall be deemed effective and subject to appeal in accordance with the Act and the Colorado Administrative Procedure Act, Article 4, Title 24, Colorado Revised Statutes.

## VIII.  <u>NOTICES</u>

48.     Unless otherwise specified, any report, notice or other communication required under the Consent Order shall be sent to:

For the Division:      Enforcement Section Manager
Colorado Department of Public Health and Environment
APCD-SS-B1-1400
4300 Cherry Creek Drive South
Denver, Colorado 80246-1530

With copy to:      First Assistant Attorney General, Air Quality Unit
Colorado Department of Law
1300 Broadway, 7th Floor
Denver, CO 80203

App. 1726

For Suncor:          Manager – Environmental, Health and Safety
                     Suncor Energy (U.S.A.) Inc.
                     5455 Brighton Blvd.
                     Commerce City, CO 80022

With copy to:        Director, Legal Affairs
                     Suncor Energy (U.S.A.) Inc.
                     5455 Brighton Blvd.
                     Commerce City, CO 80022

## IX.  OBLIGATIONS UNAFFECTED BY BANKRUPTCY

49.     The obligations set forth herein are based on the Division's police and regulatory authority.  These obligations require specific performance by Suncor of corrective actions carefully designed to prevent on-going or future harm to public health or the environment, or both.  Enforcement of these obligations is not stayed by a petition in bankruptcy.  Suncor agrees that the penalties set forth in this Consent Order are not in compensation of actual pecuniary loss. Further, the obligations imposed by this Consent Order are necessary for Suncor and the Refinery to achieve and maintain compliance with State law.

## X.  MODIFICATIONS

50.     This Consent Order may be modified only upon mutual written agreement of the Parties.

## XI.  COMPLETED ACTIONS AND TERMINATION

51.     Upon completion of all of the requirements of Paragraph 19, and Paragraphs 21 through 27 (collectively, the "Applicable Requirements"), Suncor may seek to terminate this Consent Order ("Request to Terminate"). To seek termination, Suncor may submit documentation demonstrating that it has fulfilled the Applicable Requirements of this Consent Order. If the Request to Terminate is incomplete, the Division will advise Suncor of the missing information within thirty (30) calendar days, and Suncor will provide the requested information within fourteen (14) calendar days. The Division shall either accept or reject a complete Request to Terminate within thirty (30) calendar days of receipt in accordance with Paragraph 52, below. This Consent Order shall terminate upon the date of the Division's acceptance of a Request to Terminate.

52.     If the Division rejects Suncor's Request to Terminate, the Division will include in its notice a statement identifying the requirements that the Division considers incomplete or not satisfactorily performed and a schedule for completion. Within twenty-one (21) calendar days of receipt of the Division's notice, the Parties shall meet to discuss the Division's determination and attempt to resolve any dispute. If the dispute remains unresolved, within twenty-one (21) calendar days after the

meeting, Suncor will either:

a. Submit a notice of acceptance of the determination; or

b. Submit a notice of dispute pursuant to Section VII of this Consent Order (Dispute Resolution).

If Suncor fails to submit either of the above notices within the specified time, Suncor will be deemed to have accepted the Division's determination.

53.    Notwithstanding anything to the contrary in this Consent Order, the Parties agree that Paragraphs 16, 17, 28, 30, 32 through 35, 36 (excluding the last sentence), 37 through 40, 41 (first sentence only), and 56 shall survive any termination of the Consent Order.

## XII.  BINDING EFFECT, AUTHORIZATION TO SIGN AND EFFECTIVE DATE

54.    This Consent Order constitutes the final and complete agreement and understanding among the Parties with respect to the settlement embodied in the Consent Order, and supersedes all prior agreements and understandings, whether oral or written, concerning the settlement embodied herein. Except as expressly provided herein, there are no third-party beneficiaries of this Consent Order.

55.    This Consent Order shall be construed fairly as to both Parties and shall not be construed in favor of or against either Party in the event of an ambiguity or other form of dispute as to its interpretation. The words "include," "includes" and "including" in this Consent Order mean "include/includes/including without limitation." The use of "or" is not intended to be exclusive.

56.    Nothing in this Consent Order shall be construed to create any rights in, or grant any cause of action to, any person not a Party to this Consent Order. Each of the Parties expressly reserves any and all rights, defenses, claims, demands, and causes of action that each Party may have against any party or person not a Party to this Consent Order.

57.    This Consent Order is binding upon the Parties to this Consent Order and their corporate subsidiaries or parents, their officers, directors, agents, attorneys, employees, contractors, successors in interest, affiliates and assigns.  The undersigned warrant that they are authorized to bind legally their respective principals to this Consent Order, and that the Parties have the authority to enter into this Consent Order.

58.    This Consent Order shall be effective upon the date signed by the last party below (the "Effective Date").  In the event that a party does not sign this Consent Order within thirty (30) calendar days of the other party's signature, this Consent Order becomes null and void. This Consent Order may be executed in

Case No. 1:24-cv-02164-DDD-SBP    Document 27-8    filed 01/21/25    USDC Colorado
DocuSign Envelope ID: 6E7193DB-F667-43AD-9119-570FE35BA159    pg 74 of 74

Appellate Case: 25-1243    Document: 18-8    Date Filed: 09/05/2025    Page: 163

multiple counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same Consent Order.

**COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT**


By:  _____    Date: 2/5/2024

**Shannon McMillan**
**Compliance and Enforcement Program Manager**
**Air Pollution Control Division**


**SUNCOR ENERGY (U.S.A.) INC.**


By:  _____    Date: 2/2/2024

**Jeff Krafve**
**Vice President, Refineries, Downstream**


cc:  Shannon McMillan, APCD          Jason Long, APCD
     Paul Carr, APCD                 Beth Pilson, APCD
     Heather Wuollet, APCD           Jeffrey Bishop, APCD
     Michael Ogletree, APCD          David Beckstrom, Attorney General's Office
     Robert Stockton, APCD           Julia La Manna, Attorney General's Office
     Ben Cappa, APCD                 Robyn Wille, Attorney General's Office
     Tom Lovell, APCD                Michael Stovern, EPA (Region VIII)
     Colin Lecortz, EPA (Region VIII)
     File